AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Klamath-Siskiyou Wildlands Center; Oregon Wild; and Cascadia Wildlands,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Douglas James Burgum, in his official capacity as Secretary of the Interior; U.S. Fish & Wildlife Service; and U.S. Bureau of Land Management.<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Fish & Wildlife Service
Department of the Interior
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sangye Ince-Johannson
David T. Woodsmall
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, OR 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*