ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, and **CASCADIA WILDLANDS**,<br><br>Plaintiffs,<br><br>v.<br><br>**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE,** and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>Defendants. | Case No.: 1:25-cv-2296-CL<br><br>**NOTICE OF APPEARANCE OF SHANNON BOYLAN** |

      Federal Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Douglas James Burgum in his official capacity as Secretary of the Interior, the U.S. Fish & Wildlife Service, and the U.S. Bureau of Land Management in the above-captioned matter.  Please enter the appearance of Shannon Boylan, U.S. Department of Justice, as counsel for Federal Defendants.

Page 1 –     NOTICE OF APPEARANCE OF SHANNON BOYLAN
                *Klamath-Siskiyou Wildlands Center, et al. v. Burgum*, Case No. 1:25-cv-2296-CL

Ms. Boylan's contact information is as follows:

    Shannon Boylan
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 7611
    Washington, D.C. 20044-7611
    Telephone: (202) 598-9584
    Fax: (202) 305-0506
    Email: Shannon.boylan@usdoj.gov

    Overnight or Hand Delivery:
    150 M Street N.E.
    Unit 3.1406
    Washington, D.C. 20002

Respectfully submitted this 5th day of January, 2026.

                                      ADAM R. F. GUSTAFSON
                                      Principal Deputy Assistant Attorney General
                                      Environment and Natural Resources Division

                                      */s/ Shannon Boylan*
                                      SHANNON BOYLAN (D.C. Bar No. 1724269)
                                      U.S. Department of Justice
                                      Environment and Natural Resources Division
                                      Natural Resources Section
                                      150 M St NE
                                      Washington, D.C. 20002
                                      Tel: (202) 598-9584; Fax: (202) 305-0506
                                      E-mail: shannon.boylan@usdoj.gov

                                      *Attorney for Defendant*