ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

CHRISTIAN H. CARRARA
Trial Attorney (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 598-9736
christian.carrara@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,<br><br>   Plaintiffs,<br><br>   v.<br><br>**DOUGLAS JAMES BURGUM**, in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>   Defendants. | Case No. 1:25-cv-2296-CL<br><br>**NOTICE OF APPEARANCE OF CHRISTIAN CARRARA** |

Please take notice that Christian Carrara of the United States Department of

Justice enters his appearance as counsel in the above-captioned matter for Defendants.

Service of all papers by U.S. Mail should be addressed as follows:

> Christian Carrara
> U.S. Department of Justice
> Environment and Natural Resources Division
> Wildlife and Marine Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611

Express deliveries (courier, etc.) should be addressed as follows:

> Christian Carrara
> U.S. Department of Justice
> Environment and Natural Resources Division
> Wildlife and Marine Resources Section
> 150 M Street NE
> Washington, DC 20002

Mr. Carrara may be reached by telephone at (202) 598-9736 and by email at christian.carrara@usdoj.gov.

Counsel is registered with the Court's CM/ECF system for electronic filing using the email address set forth above. Mr. Carrara is a member of the bar of the State of New Jersey, and his bar identification number is 317732020.

Respectfully submitted this 26th day of January, 2026.

> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General
> Environment and Natural Resources Division
> United States Department of Justice

/s/ Christian H. Carrara
CHRISTIAN H. CARRARA
Trial Attorney (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 598-9736
christian.carrara@usdoj.gov

*Counsel for Defendants*