Michael E. Haglund, OSB No. 772030  
e-mail: mhaglund@hk-law.com  
Julie A. Weis, OSB No. 974320  
e-mail: weis@hk-law.com  
Christopher T. Griffith, OSB No. 154664  
e-mail: cgriffith@hk-law.com  
Haglund Kelley LLP  
2177 SW Broadway  
Portland, Oregon 97201  
Phone: (503) 225-0777  
Facsimile: (503) 225-1257  

Attorneys for Proposed Defendant-Intervenor  
Murphy Company

THE HONORABLE MARK D. CLARKE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U. S. BUREAU OF LAND MANAGEMENT,**<br><br>Defendants,<br><br>and<br><br>**MURPHY COMPANY,**<br><br>Proposed Defendant-Intervenor. | Case No. 1:25-cv-02296-CL<br><br>**DECLARATION OF CHRISTOPHER T. GRIFFITH ATTACHING EXHIBITS** |

I, Christopher T. Griffith, being sworn, declare as follows:

1.     I am one of the attorneys representing proposed intervenor Murphy Company.

2.     I also represented Murphy Company in connection with the first case challenging the Last Chance Forest Management Project. See *Klamath-Siskiyou Wildlands Ctr. v. BLM*, Case No. 1:24-cv-01930-CL (D. Or. dismissed Sept. 11, 2025). The plaintiffs voluntarily

Page 1 – **DECLARATION OF CHRISTOPHER T. GRIFFITH ATTACHING EXHIBITS**

dismissed that case last year.

3. Attached as Exhibit A is a true and correct copy of the Declaration of John Murphy filed in support of Murphy Company's motion to intervene in Case No. 1-24-cv-01930-CL (Document No. 14).

4. Attached as Exhibit B is a true and correct copy of the Declaration of Nate Root filed in support of Murphy Company's motion to intervene in Case No. 1-24-cv-01930-CL (Document No. 15).

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated this 28th day of January, 2026.

<u>s/ Christopher T. Griffith</u>
Christopher T. Griffith

Page 2 - **DECLARATION OF CHRISTOPHER T. GRIFFITH ATTACHING EXHIBITS**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

Michael E. Haglund, OSB No. 772030  
e-mail: mhaglund@hk-law.com  
Julie A. Weis, OSB No. 974320  
e-mail: weis@hk-law.com  
Christopher T. Griffith, OSB No. 154664  
e-mail: cgriffith@hk-law.com  
Haglund Kelley LLP  
2177 SW Broadway  
Portland, Oregon 97201  
Phone: (503) 225-0777  
Facsimile: (503) 225-1257  

THE HONORABLE MARK D. CLARKE

Attorneys for Proposed Defendant-Intervenor  
Murphy Company

UNITED STATES DISTRICT COURT  
DISTRICT OF OREGON  
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS, and OREGON WILD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant,<br><br>and<br><br>MURPHY COMPANY,<br><br>Proposed Defendant-Intervenor. | Case No. 1:24-cv-01930-CL<br><br>DECLARATION OF JOHN R. MURPHY |

I, John R. Murphy, being sworn, declare as follows:

1. I am the president of Murphy Company, an Oregon family-owned wood products company founded more than a century ago. I reside in Eugene and make this declaration based on personal knowledge and in support of the Paul's Payoff Timber Sale, which Murphy

Page 1 – DECLARATION OF JOHN R. MURPHY

HAGLUND KELLEY LLP  
ATTORNEYS AT LAW  
2177 SW BROADWAY  
PORTLAND, OR 97201

**Exhibit A**  
**Page 1 of 8**

Company purchased from the Bureau of Land Management (BLM) in September 2024. Paul's Payoff was offered pursuant to Decision Record #1 under BLM's Last Chance Forest Management Project (Last Chance Project). BLM withdrew the Project and Sale after Plaintiffs filed this lawsuit. My understanding is that the agency issued a Revised EA and Decision Record on May 12, 2025. Murphy Company is still the purchaser for Paul's Payoff and is hoping to receive formal award of the sale any day now.

2. Murphy Company, along with other wood products companies, is facing a fiber supply crisis. Murphy Company purchased Paul's Payoff to supply its southern Oregon facilities with the raw materials needed to sustain operations and supply wood products to the public. Murphy Company's three southern Oregon facilities – our veneer plant in White City, our plywood plant in Rogue River and our laminated veneer lumber (LVL) plant in Sutherlin – collectively employ more than 500 people. Our employees work in good, family wage jobs that enable them to live and work in their local communities. Our management team is committed to making Murphy Company a place where every employee can succeed and enjoy long-term employment. Our company needs a reliable fiber supply to remain in business in this region.

3. The Last Chance Project and Paul's Payoff are located almost entirely on O&C lands managed by BLM under the O&C Act of 1937 for permanent forest production in accordance with the principle of sustained yield. The Last Chance Project area includes 32,272 acres of BLM-administered lands, of which 30,573 are O&C lands. Implementation of the Last Chance Project is needed to treat overly dense stands of trees that are at high risk of stand replacing wildfire, particularly within close proximity to cities like Grants Pass, Rogue River, Glendale and Merlin. Paul's Payoff will help implement the Last Chance Project, including

Page 2 - **DECLARATION OF JOHN R. MURPHY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

Exhibit A
Page 2 of 8

through the commercial harvest (commercial thin, selection harvest and roadside vegetation maintenance) of about 575 acres.

4. Murphy Company is heavily dependent upon the purchase of timber from public and private forestland owners for its raw material supply. O&C lands managed by BLM for sustained-yield timber production historically helped meet our southern Oregon facilities' fiber supply needs. For example, the public timber sales put up for auction by BLM historically accounted for 20% to 30% of the annual requirements for our White City veneer plant. That figure has declined to less than 10% or even down to 5% in recent years. Serial litigation challenging timber harvest on O&C lands, like this lawsuit, has contributed greatly to that decline.

5. The serial litigation of timber sales on O&C lands has curtailed our available supply of BLM timber and left us with no choice but to harvest our private timberlands that adjoin the Paul's Payoff sale area, accelerating harvest of stands needed for the future. We manage those lands on a sustained-yield basis and count on them being available to us at appropriate intervals, while in the meantime conserving the forest ecosystem and fostering carbon sequestration. Overharvesting those lands because of our inability to harvest a sale like Paul's Payoff disrupts the balance of harvest and growth over time with potentially negative consequences. We have seen consistently our well managed private timberlands threatened by wildfire coming from unhealthy O&C lands that BLM was unable to manage for forest health purposes due to lawsuits like this. Change is needed for the overall forest health of the region.

///

Page 3 - **DECLARATION OF JOHN R. MURPHY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

**Exhibit A**
**Page 3 of 8**

6. Paul's Payoff is a modest timber sale involving 575 harvest acres, 17 of which are for roadside vegetation maintenance and 38 of which involve thinning. The sale is located in a planning area where almost all of the BLM-administered lands (95%) are O&C lands. Even though Paul's Payoff is on BLM lands designated for the very purpose of commercial timber production, the plaintiffs seek to halt the sale's implementation. Plaintiffs also seek to halt implementation despite Paul's Payoff having been designed to implement the Last Chance Project, which responds to the Project area's need to reduce the risk of stand replacing wildfire in close proximity to local communities while also complying with the direction of Congress by offering timber for sale on a sustained yield basis from O&C lands. Over the last ten years the frequency of catastrophic fire in the area has dramatically increased, and the threats to human life are real.

7. The Court has allowed Murphy Company to intervene in lawsuits filed by the same plaintiffs challenging timber sales purchased by Murphy Company from BLM's Medford District. The Court has correctly recognized that the existing parties do not and cannot adequately represent the unique private interests of Murphy Company. For example, in December 2019, the Court allowed Murphy Company to intervene in a lawsuit challenging Murphy Company's Stag Timber Sale and the North Landscape Project, of which the Stag Timber Sale was a part. In March 2020, the Court allowed Murphy Company to intervene in a lawsuit challenging Murphy Company's Griffin Half Moon Timber Sale and the Griffin Half Moon Vegetation Management Project. And in January 2022, the Court allowed Murphy Company to intervene in a lawsuit challenging Murphy Company's Lost Antelope Timber Sale and the Lost Antelope Vegetation Management Project. Those cases, like this one, are part of

Page 4 - **DECLARATION OF JOHN R. MURPHY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

**Exhibit A**
**Page 4 of 8**

the plaintiffs' continued effort to curtail the timber supply from lands designated for the very purpose of timber harvest, to the detriment of companies like Murphy Company. Plaintiffs' continued effort to curtail timber harvest on O&C Act lands also harms counties like Josephine and Jackson Counties, which have a statutory right to receive a certain percentage of timber receipts from O&C sales like Paul's Payoff within their jurisdictions.

8.  Murphy Company originally planned to harvest Paul's Payoff starting during the second half of 2025. Now that BLM has reauthorized the Project, Murphy Company would like to harvest the sale as soon as possible. Given the delays due to this litigation, we project that we will harvest the sale in 2026. To begin the harvest early in 2026, Murphy Company intends to begin rehabilitating roads during the dry weather before the rain prevents further construction. Prompt implementation is important not only because Murphy Company is counting on the sale's timber volume to supply its mills, but also because the stands in the sale area are overstocked, vulnerable to disturbance and at risk of stand replacing wildfire. Murphy Company also has invested in a state of the art hydraulic logging system that is highly safe and efficient but also expensive – our 30-person logging division needs to operate consistently our hydraulic logging system to maintain this operation and its employees. Interrupted seasonal operations are not possible due to the skilled operators that are highly sought after. The Murphy Company Logging investments were made to continue the forest improvement harvests on federal lands where the regional logging infrastructure is virtually gone. Murphy Company seeks to intervene in this lawsuit to ensure that the Paul's Payoff sale continues as quickly as possible.

///

Page 5 - DECLARATION OF JOHN R. MURPHY

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

Exhibit A
Page 5 of 8

9. Paul's Payoff will contribute to the Medford District's timber harvest requirements in the governing Resource Management Plan (RMP), which is the 2016 Southwestern Oregon RMP. In March 2019, the Oregon District Court upheld the governing RMP against challenges brought by environmental plaintiffs (including the three plaintiffs in this case) under the Endangered Species Act and the National Environmental Policy Act. The Ninth Circuit affirmed that decision. Under the 2016 RMP, the Medford District's annual allowable sale quantity (ASQ) for sawtimber is 37 million board feet, but the Medford District is only at about 78% of that ASQ, and that figure is for sold sales, including sales like Paul's Payoff for which implementation is at risk due to litigation. Despite that deficit, and despite the need to reduce fire risk and improve forest health on the O&C lands in the Project area, plaintiffs seek to halt the Last Chance Project and its modest Paul's Payoff timber sale involving 575 harvest acres. Plaintiffs' lawsuit thus further threatens Murphy Company's ability to secure the fiber supply needed to sustain its southern Oregon operations and support the livelihoods of Murphy Company's important work force.

10. It is rare in recent years for a BLM timber sale purchased by Murphy Company to go unchallenged, which makes it hard to do business. The Paul's Payoff Sale has already faced months of delay prompted by this litigation. Murphy Company has already had to scramble to rearrange its harvest schedule to accommodate that delay, and seeks intervention in part to avoid future disruption. Murphy Company wants to see Paul's Payoff implemented and desires to intervene in this lawsuit to help defend the Last Chance Forest Management Project on O&C lands. And as demonstrated by its past participation in lawsuits affecting its private interests, Murphy Company's efficient participation will help fully inform the Court about the issues

Page 6 - **DECLARATION OF JOHN R. MURPHY**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

**Exhibit A**
**Page 6 of 8**

before it, and Murphy Company's unique interests, without hindering plaintiffs' prosecution of the case.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated this 28 day of May, 2025.

_____
John R. Murphy

Page 7 - DECLARATION OF JOHN R. MURPHY

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

Exhibit A
Page 7 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2025, I served the foregoing **DECLARATION OF JOHN R. MURPHY**, with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Julie A. Weis
Julie A. Weis

Case 1:24-cv-02129-CL    Document 94    Filed 07/30/25    Page 10 of 15

**CERTIFICATE OF SERVICE**

Michael E. Haglund, OSB No. 772030
e-mail: mhaglund@hk-law.com
Julie A. Weis, OSB No. 974320
e-mail: weis@hk-law.com
Christopher T. Griffith, OSB No. 154664
e-mail: cgriffith@hk-law.com
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Proposed Defendant-Intervenor
Murphy Company

THE HONORABLE MARK D. CLARKE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS, and OREGON WILD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant,<br><br>and<br><br>MURPHY COMPANY,<br><br>Proposed Defendant-Intervenor. | Case No. 1:24-cv-01930-CL<br><br>DECLARATION OF NATE ROOT |

I, Nate Root, being sworn, declare as follows:

1.  I am the Log Procurement Manager for Murphy Company, a third-generation, family-owned forest products company founded more than a century ago. I reside in Washington and make this declaration based on personal knowledge in support of Murphy

Page 1 – DECLARATION OF NATE ROOT

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

Exhibit B
Page 1 of 4

Company's implementation of the Paul's Payoff Timber Sale under the Last Chance Forest Management Project.

2. Murphy Company operates multiple facilities in the Pacific Northwest, including three in southern Oregon: a veneer plant in White City, a plywood plant in Rogue River, and a laminated veneer lumber (LVL) plant in Sutherlin. These facilities collectively employ over 500 people in family-wage jobs with good benefits. Our company depends on a reliable supply of timber to maintain operations and support these jobs.

3. Murphy Company purchased the Paul's Payoff Timber Sale from the Bureau of Land Management (BLM) in September 2024. This sale was offered under Decision Record #1 of the Last Chance Forest Management Project, which is designed to reduce wildfire risk and promote forest health on O&C lands.

4. The Paul's Payoff project includes approximately 575 acres of commercial harvest, including thinning, selection harvest, and roadside vegetation maintenance. The project is in a high-risk wildfire area near communities such as Grants Pass and Rogue River.

5. Our operational window for road work and maintenance is from May 15 to October 15. Given the scale of the project, it will require more than a full season to complete. We are currently planning the following:

    a. Begin operations in mid-August 2025 to complete at least two months of road rehabilitation.

    b. Focus initially on roadside vegetation management and culvert replacement.

Page 2 - **DECLARATION OF NATE ROOT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

**Exhibit B**
**Page 2 of 4**

        c.      Conduct as much road renovation as possible during the 2025 season. This work will provide access to harvest units for early 2026 operations, pending approval by the Authorized Officer.

        d.      No new road construction or harvest will occur in 2025.

        e.      Complete all remaining road work and begin harvesting in 2026.

6.      The ability to begin work in 2025 is critical to preparing for the 2026 harvest season. Delays in road work would jeopardize our ability to meet procurement schedules and supply our mills, which are already facing a fiber supply crisis due to reduced availability of public timber sales.

7.      Murphy Company has invested in a state-of-the-art hydraulic logging system and employs a 30-person logging division. Consistent seasonal operations are essential to maintaining this workforce and equipment. Interruptions caused by litigation or administrative delays threaten our ability to operate efficiently and retain skilled personnel.

8.      Maintaining road infrastructure also provides significant benefits to the public and the environment. The BLM depends on purchasers to maintain road systems in many circumstances. Beyond providing access to timber harvest, these roads also provide safe and reliable access for the public and BLM personnel.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated this 28th day of May, 2025.

_/s/ Nate Root_
Nate Root

Page 3 - **DECLARATION OF NATE ROOT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

**Exhibit B**
**Page 3 of 4**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2025, I served the foregoing **DECLARATION OF NATE ROOT** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Julie A. Weis
Julie A. Weis

**CERTIFICATE OF SERVICE**

**Exhibit B**
**Page 4 of 4**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2026, I served the foregoing **DECLARATION OF CHRISTOPHER T. GRIFFITH ATTACHING EXHIBITS** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

                                              /s/ Julie A. Weis
                                              Julie A. Weis

**CERTIFICATE OF SERVICE**