Michael E. Haglund, OSB No. 772030  
e-mail: mhaglund@hk-law.com  
Julie A. Weis, OSB No. 974320  
e-mail: weis@hk-law.com  
Christopher T. Griffith, OSB No. 154664  
e-mail: cgriffith@hk-law.com  
Haglund Kelley LLP  
2177 SW Broadway  
Portland, Oregon 97201  
Phone: (503) 225-0777  
Facsimile: (503) 225-1257  

Attorneys for Proposed Defendant-Intervenor Murphy Company

THE HONORABLE MARK D. CLARKE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U. S. BUREAU OF LAND MANAGEMENT,**<br><br>Defendants,<br><br>and<br><br>**MURPHY COMPANY,**<br><br>Proposed Defendant-Intervenor. | Case No. 1:25-cv-02296-CL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, proposed defendant-intervenor Murphy Company states that it is an Oregon corporation that does not issue shares to the public and that has no parent corporation or subsidiaries.

Page 1 – **CORPORATE DISCLOSURE STATEMENT**

DATED this 28th day of January, 2026.

                       **HAGLUND KELLEY LLP**

                       By:   /s/ Julie A. Weis
                             Michael E. Haglund, OSB No. 772030
                             Julie A. Weis, OSB No. 974320
                             Christopher T. Griffith, OSB No. 154664
                             Attorneys for Proposed Defendant-Intervenor

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2026, I served the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Julie A. Weis
Julie A. Weis

**CERTIFICATE OF SERVICE**