Michael E. Haglund, OSB No. 772030
e-mail: mhaglund@hk-law.com
Julie A. Weis, OSB No. 974320
e-mail: weis@hk-law.com
Christopher T. Griffith, OSB No. 154664
e-mail: cgriffith@hk-law.com
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Proposed Defendant-Intervenor
Murphy Company

THE HONORABLE MARK D. CLARKE

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U. S. BUREAU OF LAND MANAGEMENT,**<br><br>Defendants,<br><br>and<br><br>**MURPHY COMPANY,**<br><br>Proposed Defendant-Intervenor. | Case No. 1:25-cv-02296-CL<br><br>**PROPOSED DEFENDANT-INTERVENOR'S ERRATA REGARDING MEMORANDUM IN SUPPORT OF INTERVENTION (Dkt. 8)** |

Proposed defendant-intervenor Murphy Company submits this errata out of an abundance of caution to provide an update on an inadvertent omission in its memorandum in support of intervention (Dkt. 8). That document stated (p. 3, n.1) that "Mr. Root's declaration testimony provides the most recent information about Murphy Company's operations and planned

Page 1 – **ERRATA**

operations on Paul's Payoff." Subsequent to authoring that declaration, which stated that Murphy Company intended "to begin logging in April 2026," Declaration of Nate Root (Dkt. 10) ¶ 6, Mr. Root learned that "the week after [he] finished [his] declaration, tree falling commenced in certain Paul's Payoff cable yarding units and right of way in preparation for the commencement of yarding operations in April." Second Declaration of Nate Root ¶ 6.

The foregoing does not change the analysis regarding Murphy Company having satisfied the four-part test for intervention of right under FRCP 24(a) along with the requirements for permissive intervention under FRCP 24(b).

RESPECTFULLY SUBMITTED this 2nd day of February, 2026.

**HAGLUND KELLEY LLP**

By: /s/ Julie A. Weis
    Michael E. Haglund, OSB No. 772030
    Julie A. Weis, OSB No. 974320
    Christopher T. Griffith, OSB No. 154664
    Attorneys for Proposed Defendant-Intervenor

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2026, I served the foregoing **PROPOSED DEFENDANT-INTERVENOR'S ERRATA REGARDING MEMORANDUM IN SUPPORT OF INTERVENTION (Dkt. 8)** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Julie A. Weis
Julie A. Weis

**CERTIFICATE OF SERVICE**