Michael E. Haglund, OSB No. 772030
e-mail: mhaglund@hk-law.com
Julie A. Weis, OSB No. 974320
e-mail: weis@hk-law.com
Christopher T. Griffith, OSB No. 154664
e-mail: cgriffith@hk-law.com
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Proposed Defendant-Intervenor
Murphy Company

THE HONORABLE MARK D. CLARKE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U. S. BUREAU OF LAND MANAGEMENT,**<br><br>Defendants,<br><br>and<br><br>**MURPHY COMPANY,**<br><br>Proposed Defendant-Intervenor. | Case No. 1:25-cv-02296-CL<br><br>**SECOND DECLARATION OF NATE ROOT** |

I, Nate Root, being sworn, declare as follows:

1.  I am the Vice President of Resources for Murphy Company. I make this second declaration based on personal knowledge to correct an inadvertent mistake in my first declaration regarding Murphy Company's continuing implementation of the Paul's Payoff Timber Sale.

Page 1 – **SECOND DECLARATION OF NATE ROOT**

Paul's Payoff is helping implement the Last Chance Forest Management Project (which I refer to as the Project) at issue in this lawsuit.

2. For context, as I explained in my first declaration, Murphy Company purchased Paul's Payoff from the Bureau of Land Management (BLM) in September 2024. The same plaintiffs in this case previously filed a lawsuit challenging the Project in November 2024. Murphy Company was as intervenor in that case.

3. Murphy Company commenced roadwork and roadside vegetation management on Paul's Payoff in late August 2025. Shortly thereafter, plaintiffs voluntarily dismissed their first lawsuit.

4. Murphy Company continued its work – and its investment of time and money – on implementing Paul's Payoff after plaintiffs dismissed their first lawsuit.

5. In my first declaration, which I finished on January 23, 2026, I testified (after having reviewed the logging plan) that Murphy Company intended to begin logging in April 2026.

6. I subsequently learned that the week after I finished my declaration, tree falling commenced in certain Paul's Payoff cable yarding units and right of way in preparation for the commencement of yarding operations in April.

///

///

///

7.  I had not known tree falling was going to commence on Paul's Payoff prior to April and offer the foregoing to update the Court and parties about Murphy Company's operations on this multi-season sale.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated this  31st  day of January, 2026.

_____
Nate Root

## CERTIFICATE OF SERVICE

I hereby certify that on the <u>2nd</u> day of February, 2026, I served the foregoing **DECLARATION OF NATE ROOT** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Julie A. Weis
Julie A. Weis

**CERTIFICATE OF SERVICE**