# Exhibit B

U.S. Fish and Wildlife Service

Roseburg Field Office

Biological Opinion on the Medford District of the Bureau of Land Management

FY23 Batch of Projects

July 3, 2023

KSW00279




# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Roseburg Field Office
777 N.W. Garden Valley Boulevard
Roseburg, OR 9741
Phone: (541) 957-3474 FAX: (541) 440-4948

File Number: 2023-F-0021
File Name: Medford District BLM FY23 Batch of Projects BO.pdf
TS Number: 23-261
ECOSphere: 2023-0084354
Doc Type: Formal Consultation

July 3, 2023

To:     District Manager, Medford District
Bureau of Land Management
Medford, Oregon

JAMES THRAILK  Digitally signed by JAMES
THRAILKILL
Date: 2023.07.03 12:02:39 -07'

From:   Field Supervisor, Roseburg Fish and Wildlife Office
Roseburg, Oregon

Subject:  Formal Consultation on the Medford District of the Bureau of Land
Management's FY23 Batch of Projects

This memorandum transmits the Fish and Wildlife Service's (Service) Biological Opinion (Opinion) addressing the proposed Medford District Bureau of Land Management's (District or BLM) Fiscal Year 2023 (FY23) Batch of Projects for forest management activities across the District. This Opinion was prepared in accordance with the requirements of section 7 of the Endangered Species Act (ESA) of 1973, as amended (16 U.S.C. 1531 et seq.). We received your Biological Assessment (Assessment) and request for formal consultation on April 21, 2023.

At issue are the effects of the proposed actions (FY23 Batch of Projects or Projects) which may affect the threatened northern spotted owl (*Strix occidentalis caurina*) (spotted owl) and spotted owl designated critical habitat. Additionally, the BLM has requested concurrence on its determination that the FY23 Batch of Projects is not likely to adversely affect the endangered Franklin's bumble bee (*Bombus franklini*). The Service concurs with this determination regarding Franklin's bumble bee (see Appendix B). In addition, ESA protection for the gray wolf (*Canis lupus*) within the Action Area was recently reestablished per court order. The District determined that effects of the FY23 Batch of Projects are addressed by an existing Informal consultation, the 2017 Programmatic Activities Affecting the Gray Wolf (TAILS: 01EOFW00-I-0123), as amended December 2020.

## PACIFIC REGION 1

Idaho, Oregon*, Washington,
American Samoa, Guam, Hawaii, Northern Mariana Islands
*partial

KSW00280

Biological Opinion – Medford District BLM FY23 Batch of Projects
ECOSphere: 2023-0084354

The proposed FY23 Batch of Projects includes three forest management projects (collectively, Projects): the Rogue Gold, Trail Creek, and Last Chance Projects.

These Projects include a suite of activities designed to reduce competition between trees, promote forest resiliency, and harvest timber to contribute to the attainment of the declared Allowable Sale Quantity (ASQ) for the Medford District. The Projects include 22,589 acres of proposed treatments resulting from commercial thinning (including riparian thinning), selection harvest, regeneration harvest, roadside vegetation management, quarry expansions, hazardous fuels reduction, and road/landing construction. The District incorporated design features as conservation measures in the Projects to minimize impacts to listed species, while still meeting project objectives. These design features include measures consistent with dry forest management recommendations described in the 2011 Spotted Owl Recovery Plan (USDI FWS 2011, pp. III-20 - III-22).

After reviewing the current status of the species, environmental baseline, effects of the proposed action, and cumulative effects, we conclude the proposed Projects are not likely to jeopardize the continued existence of the spotted owl. We also conclude that the proposed action will not destroy or adversely modify designated critical habitat for the spotted owl. The attached Opinion is based on information provided in the Assessment, discussions, field visits, and other sources of information cited in this Opinion. A complete record of this consultation is on file with our Roseburg Field Office.

In accordance with the implementing regulations at 50 CFR § 402.16, re-initiation of consultation on the proposed action is required where discretionary Federal agency involvement or control over the action has been maintained (or is authorized by law) and if: (1) the amount or extent of exempted incidental take is exceeded; (2) new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not considered in this Opinion; (3) the agency action is subsequently modified in a manner that causes an effect to listed species or critical habitat that was not considered in this Opinion; or (4) a new species is listed or critical habitat designated that may be affected by the action. When consultation is reinitiated, the provisions of section 7(d) of the ESA apply.

If you have any questions regarding the enclosed Biological Opinion, or our shared responsibilities under the ESA, please contact Trinity Harvey of the Service's Roseburg Field Office at (541) 957-3474.

cc: Jason Reilly, District Wildlife Biologist (Acting), Medford District BLM (e)
    Dave Clayton, Forest Biologist, Rogue River-Siskiyou National Forest (e)

KSW00281

**Endangered Species Act – Section 7 Consultation**

# Biological Opinion

## Medford District Bureau of Land Management's FY23 Batch of Projects

**ECOSphere: 2023-0084354**

**Federal Action Agency:**
**Medford District, Bureau of Land Management**

**Consultation Conducted By:**

**U.S. Fish and Wildlife Service**
**Roseburg Fish and Wildlife Office**

JAMES THRAILKILL  Digitally signed by JAMES
THRAILKILL
Date: 2023.07.03 12:04:17 -07'
_____

Jim Thrailkill
Field Supervisor

July 3, 2023
_____
Date

KSW00282

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................. 6

CONCURRENCE ................................................................................................. 6

DEFINITIONS ..................................................................................................... 7

BIOLOGICAL OPINION ..................................................................................... 14

DESCRIPTION OF THE PROPOSED ACTION ................................................. 14

ANALYTICAL FRAMEWORK FOR THE JEOPARDY AND DESTRUCTION OR
    ADVERSE MODIFICATION DETERMINATIONS ........................................ 42

STATUS OF THE SPECIES – NORTHERN SPOTTED OWL ............................. 44

STATUS OF CRITICAL HABITAT – NORTHERN SPOTTED OWL ................ 74

ENVIRONMENTAL BASELINE ......................................................................... 78

EFFECTS OF THE PROPOSED ACTION .......................................................... 91

CUMULATIVE EFFECTS .................................................................................. 160

SUMMARY AND SYNTHESIS ......................................................................... 161

CONCLUSION .................................................................................................. 165

INCIDENTAL TAKE STATEMENT ................................................................. 165

SPOTTED OWL - AMOUNT OR EXTENT OF TAKE ...................................... 166

EFFECT OF THE TAKE .................................................................................... 166

REASONABLE AND PRUDENT MEASURES ................................................. 166

TERMS AND CONDITIONS ............................................................................ 166

MONITORING .................................................................................................. 166

CONSERVATION RECOMMENDATIONS ...................................................... 167

REINITIATION NOTICE .................................................................................. 167

LITERATURE CITED ....................................................................................... 168

APPENDIX A: STATUS OF THE SPECIES – Northern Spotted Owl .................... 186

APPENDIX B: DETAILED ANALYSIS FOR EFFECTS OF THE FY23 BATCH OF
    PROJECTS TO FRANKLIN'S BUMBLE BEE AND CONCURRENCE ...... 271

APPENDIX C: STATUS OF THE SPECIES – Franklin's Bumble Bee .................... 285

KSW00283

# List of Tables

Table 1.   Northern Spotted Owl Breeding Periods..................................................................8
Table 2.   Medford District 2016 SWO RMP/ROD Land Use Allocations ...............................20
Table 3.   Treatment Acres by Spotted Owl Habitat ...............................................................21
Table 4.   Acres of Vegetation Treatments and Road/Landing Construction.............................26
Table 5.   Spotted Owl Environmental Baseline for the Rogue Gold Portion of Action Area .....79
Table 6.   Spotted Owl Environmental Baseline for the Trail Creek Portion of Action Area ......80
Table 7.   Spotted Owl Environmental Baseline for the Last Chance Portion of Action Area.....81
Table 8.   Dispersal Habitat Conditions in the Fifth Field Watersheds of the Projects ...............82
Table 9.   Spotted Owl Sites Associated with the Action Area ................................................84
Table 10.  Spotted Owl Occupancy Status Summary ..............................................................85
Table 11.  Spotted Owl Habitat Outside of Known Spotted Owl Home Ranges ........................86
Table 12.  Barred Owl Detections Within the Action Area ......................................................88
Table 13.  Critical Habitat Baseline ......................................................................................89
Table 14.  Spotted Owl Habitat in LSR Within the Action Area...............................................91
Table 15.  Summary of Effects to Spotted Owl Habitat in the Action Area................................97
Table 16.  Changed Dispersal Conditions in the Fifth Field Watersheds in the Action Area .....103
Table 17.  Medford BLM General Factors for Spotted Owl Effect Determinations ...................114
Table 18.  Rogue Gold, Trail Creek, and Last Chance Spotted Owl Effects Table Summary ....115
Table 19.  Detailed Spotted Owl Site Effects .......................................................................138
Table 20.  Effects to Spotted Owl Habitat Outside of Known Home Ranges ............................142
Table 21.  Effects to Spotted Owl Critical Habitat ................................................................146
Table 22.  Summary of Effects to Sub-Unit Intended Functions..............................................150
Table 23.  RA 32 Summary for the Rogue Gold, Trail Creek, and Last Chance Projects...........155
Table 24.  Summary of Effects to Spotted Owl Habitat in the LSR LUA..................................158

# List of Figures

Figure 1.  Spotted Owl Spatial Scales...................................................................................9
Figure 2.  Medford District Structural Class Departure ..........................................................15
Figure 3.  Rogue Basin Annual Burn Probability for the Rogue Basin, Southwest Oregon .........16
Figure 4.  Current Rogue Gold Structural Class Abundance ....................................................17
Figure 5.  Current Trail Creek Structural Class Abundance .....................................................18
Figure 6.  Current Last Chance Structural Class Abundance ....................................................19
Figure 7.  Examples of UTA Selection Harvest Prescriptions...................................................29
Figure 8.  Examples of LSR Prescriptions .............................................................................31

KSW00284

# INTRODUCTION

This U.S. Fish and Wildlife Service (Service) Biological Opinion (Opinion) addresses the Medford District of the Bureau of Land Management's (District or BLM) proposed Fiscal Year 2023 (FY23) Batch of Projects for forest management activities across the District and its effects on the threatened northern spotted owl (*Strix occidentalis caurina*) (spotted owl) and its designated critical habitat. The proposed FY23 Batch of Projects includes three forest management projects (collectively, Projects): the Rogue Gold, Trail Creek, and Last Chance Projects. Additionally, this document includes the informal consultation on the Projects' effects on the endangered Franklin's bumble bee (*Bombus franklini*). The District determined that effects of the proposed Projects on the endangered gray wolf (*Canis lupus*) are addressed by the existing Informal consultation, the 2017 Programmatic Activities Affecting the Gray Wolf (TAILS: 01EOFW00-I-0123), as amended December 2020. We received your request for formal consultation on April 21, 2023.

This Opinion was prepared in accordance with the requirements of section 7 of the Endangered Species Act (ESA) of 1973, as amended (16 U.S.C. 1531 et seq.).

This Biological Opinion is based on information provided in your Biological Assessment (USDI BLM 2023, entire; Assessment) for the proposed FY23 Batch of Projects incorporated by reference here, as well as information obtained from discussions with BLM staff, species experts, field visits, and other information cited. A complete record of this consultation is on file with this office.

## Consultation History

The Rogue Gold, Trail Creek, and Last Chance Projects are considered new projects and have not had previous consultations. A Level 1 field trip to the Rogue Gold Project Area occurred on February 10, 2022. The Level 1 team did not have a field trip to the Trail Creek Project Area; however, several meetings with the Project biologist and Level 1 team occurred to discuss the Project and status of spotted owls within the Project Area. A Level 1 field trip to the Last Chance Project Area occurred on November 9, 2021.

A draft of the April FY23 Biological Assessment for formal consultation was first submitted to the Service for review on March 27, 2023. Another version of the draft Assessment was provided to the Service on March 31, 2023. The Service returned comments to the District on April 7, 2023. Recommendations from the Service were incorporated into the preparation of the final Assessment. The final Assessment was submitted to the Service on April 21, 2023. The District reviewed a draft Biological Opinion from June 20-26, 2023. The Service has considered and incorporated the District's comments where appropriate.

## CONCURRENCE

In its Assessment, the District determined the proposed actions in its FY23 Batch of Projects may affect, and are not likely to adversely affect the endangered Franklin's bumble bee (*Bombus*

KSW00285

*franklini*). The Service reviewed the best available information, including material regarding closely related *Bombus* species – particularly the rusty patched bumble bee (*B. affinis*) and the western bumble bee (*B. occidentalis*) – as surrogates where specific life history knowledge pertaining to Franklin's bumble bee is lacking. Based on this material, site specific information from the Assessment, the application of Project Design Criteria, and in consultation with species experts, the Service concluded the proposed Projects will have discountable effects to this species and concurs with the District's determination that the proposed actions may affect, but are not likely to adversely affect Franklin's bumble bee. Critical habitat was not designated for the species because the Service determined that a designation is not prudent for this species (86 FR 47221). As such, there is no analysis of Franklin's bumble bee critical habitat in this consultation. The basis for this concurrence determination is presented in Appendix B; this species is not discussed further in this Opinion.

**DEFINITIONS**

The terms and definitions listed below are integral to the clear understanding of the proposed action and the analyses in this Opinion.

***Land Use Allocations – 2016 SWO RMP***
There are five land use allocations designated in the 2016 Southwestern Oregon Resource Management Plan (USDI BLM 2016a) in the Project Areas: Congressionally Reserved Lands, District-Designated Reserves, Harvest Land Base, Late-Successional Reserve, and Riparian Reserve.

**Congressionally Reserved Lands** are lands set aside to conserve, protect, and restore the identified outstanding cultural, ecological, and scientific values of National Conservation Lands and other congressionally designated lands. These include Designated and Suitable Wild and Scenic Rivers and Designated Wilderness and Wilderness Study Areas.

**District-Designated Reserves (DDR)** is the Federal land in which the primary objective is to maintain the values and resources for which the BLM has reserved these areas from sustained-yield timber production. The DDR contains further sub-allocations to guide management based on site-specific values identified; Lands Managed for their Wilderness Characteristics (DDR-LMWC), Areas of Critical Environmental Concern (ACEC), and Timber Production Capability Class (DDR-TPCC).

**Harvest Land Base (HLB)** has specific management direction for sustained-yield timber production. The HLB contains further sub-allocations to guide forest management based on large-scale forest conditions: Uneven-Aged Timber Area (UTA), Light Intensity Timber Area (LITA), and Moderate Intensity Timber Area (MITA).

**Late-Successional Reserve (LSR)** is the Federal land in which the primary objective is to maintain and promote the development of habitat for the northern spotted owl and other late-successional species. The LSR is comprised of two sub-allocations: Dry Forest and Moist Forest.

KSW00286

**Riparian Reserve (RR)** is the Federal land in which the primary objectives are to maintain and restore riparian functions, maintain water quality, and contribute toward the conservation and recovery of ESA-listed fish species (USDI BLM 2016a, p. 75). The RR is comprised of two sub-allocations: Dry and Moist.

### *Activity Periods for the Northern Spotted Owl*

| Table 1. Northern Spotted Owl Breeding Periods | |
|---|---|
| **Entire Breeding Period** | **Critical Breeding Period** |
| March 1 - September 30 | March 1 - July 15 |

### *Northern Spotted Owl Sites*

**Northern spotted owl sites** are defined as locations with evidence of continued use by spotted owls (including breeding), a repeated location of a pair or single birds, presence of young before dispersal, or some other strong indication of continued occupancy. Spotted owls are generally monogamous and primarily mate for life (Courtney et al. 2004). They are also known to exhibit high site fidelity. However, owls often switch nest trees and use multiple core areas over time, possibly in response to fluctuations of prey availability, loss of a particular nest tree, or presence of barred owls. In the referenced Assessment, these multiple nest locations and activity centers (original and alternates) are combined to represent **one spotted owl pair territory**. Spotted owl sites identified in the Assessment are based on historic information, recent protocol surveys, incidental observations, or a combination thereof. In the Assessment, both the original and alternate nest locations are analyzed when survey information indicated owls were at both locations in the last two years. However, only one location is analyzed to represent the territory when the site is not occupied, or when protocol surveys indicate the owls have only been using only one location (original or alternate) in the last two years.

**Home Range Circle** is an approximation of the median home range size used by spotted owls. The Medford District uses the median home range estimated for southwestern Oregon of 2,895 acres or a circle with a radius of 1.2 miles for the West Cascades Province and 3,400 acres or a circle with a radius of 1.3 miles for the Klamath Province (Thomas et al. 1990; Courtney et al. 2004). The practice of using circles has a biological basis (Lehmkuhl and Raphael 1993), and has been shown to provide useful predictive capability about owl occupancy and reproduction utilized by many researchers (Thomas et al. 1990; Ripple et al. 1991; Lehmkuhl and Raphael 1993; Ripple et al. 1997; Swindle et al. 1999; Perkins 2000; Franklin et al. 2000; Olson et al. 2004; Dugger et al. 2005; and see summary in Courtney et al. 2004) by providing a uniform method for quantifying (comparing/contrasting) owl habitat. Use of circles, as opposed to other shapes (i.e., squares, rectangles, etc.) imposes no bias on what is included or excluded for analysis. The use of circles is also appropriate for species, like the spotted owl, characterized as "central place foragers" and provides a simple unbiased measure of habitat availability at multiple ecologically-relevant scales surrounding owl sites. The use of circles should be large enough to include habitat to meet all major life history needs and include areas important to both members of most pairs. The provincial home ranges of several owl pairs may overlap. While the home range circle is a useful construct for large scale analyses including many spotted owl sites,

KSW00287

it is also important to recognize that this home range circle is just an approximation of the total area used by a pair or single spotted owl, and the true home range is likely not a perfect circle; rather, the true home range follows habitat and landscape patterns, creating a more irregular shape.

**Core-Use Area Circle** has a radius that captures the approximate core use area, defined as the area around the nest tree that receives disproportionate use (Bingham and Noon 1997). The Medford District uses a 0.5-mile radius (~500 acres) circle to approximate the core-use area. Core-use areas represent the areas that are defended by territorial owls and generally do not overlap the core-use areas of other owl pairs (Bingham and Noon 1997; Anthony and Wagner 1998; Zabel et al. 2003; Dugger et al. 2005).

**Nest Patch** is the 300-meter radius (~70 acres) around a known nest site or Activity Center (defined below) and is included in the core and home range areas. Nest area arrangement and nest patch size have been shown to be an important attribute for site selection by spotted owls (Miller 1989; Swindle et al. 1997; Meyer et al. 1998; Perkins 2000). Models developed by Swindle et al. (1997) and Perkins (2000) showed that the amount of older forest within the 200- to 300-meter radius (and sometimes greater) is positively associated with likelihood of nesting by spotted owls. The nest patch size also represents key areas used by juveniles prior to dispersal. Miller (1989) found that the extent of forested area used by juvenile owls prior to dispersal averaged approximately 70 acres.

**Activity Center** is a location or point representing the most recent concentrated use of resident single owls or territorial pairs within a stand, or the most recent nest tree location. Activity centers are the center point of the nest patch, 0.5-mile core-use area, and home range (USDI FWS 2012).

**Figure 1.** Spotted Owl Spatial Scales. The outer circle (blue) represents the median provincial home range, the middle circle (green) represents the 0.5-mile core use area, the inner circle (red) represents the nest patch, and the center point (triangle) represents the nest tree or center of activity. The grey lines are 1 mile section lines. While theses circles are a useful construct for large scale analyses including many spotted owl sites, it is also important to recognize that these circles are just an approximation of the areas used by a pair or single spotted owl, and the true home range, core, and nest patch are likely not perfect circles and rather follow habitat and landscape patterns creating more irregular shapes.  Some analyses utilize the landscape patterns.



KSW00288

**Resident Single** status is assumed if any of the following criteria from protocol surveys are met: 1) the presence or response of a single owl within the same general area on 3 or more occasions within the breeding season, with no response by an owl of the opposite sex after a complete survey; or 2) multiple responses over several years (e.g., two responses in year 1 and one response in year 2) from the same general area. Any observations that do not meet these criteria would result in a "status unknown" determination and not a Resident Single determination (USDI FWS 2012).

**Territorial Pair** status is assumed if any of the following criteria from protocol surveys are met: 1) a male and female are heard and/or observed (either initially or through their movement) in close proximity (< ¼ mile apart) to each other on the same visit; or 2) a male takes a mouse to a female; or 3) a female is detected (seen or heard) on a nest; or 4) one or both adults are observed with young; or 5) young identifiable based on plumage characteristics are observed late in the season by knowledgeable surveyors, or young identifiable based on molecular data are documented (USDI FWS 2012).

**Transient (Transience) Phase** is a period of extensive movement from one area to another (Johnson and Gaines 1985; Small et al. 1993; Miller et al. 1997).

**Colonization Phase** is the period when an animal attempts to become established in a new area (Johnson and Gaines 1985; Small et al. 1993; Miller et al. 1997).

### _Northern Spotted Owl Habitat_

**Canopy Cover** is considered the area of the ground covered by a vertical projection of the canopy (Jennings et al. 1999). When measured in the field, closure or cover is expressed as percent coverage of an area intercepted by foliage. Based on best available information, the Rogue Basin Level 1 team uses canopy cover to measure canopy levels important to spotted owl habitat function. Canopy cover is important for spotted owls because it provides dispersal/connectivity, thermal cover, and protection from avian predators (Forsman et al. 1984; Thomas et al. 1990). The Rogue Basin Level 1 team calculates canopy cover averaged at the scale of the treatment unit (see Treatment Unit definition below), which includes a distribution of overstory trees across the unit. The terms canopy cover and canopy closure are often used inter-changeably in the literature and among resource professionals despite technically being considered different measurements (Jennings et al. 1999). However, in its Assessment, the District is using canopy cover as described above, to characterize pre- and post- treatment conditions.

**Nesting-Roosting (NR) Habitat** for the northern spotted owl consists of forest cover types used by owls for nesting and roosting. Generally, this habitat is multistoried, 80 years old or older (depending on stand type and structural condition), has high canopy cover (generally $\geq$ 60 percent), and has sufficient snags and down wood to provide opportunities for nesting, roosting, and foraging. Although structural characteristics vary across the northern spotted owl's range, northern spotted owl nesting-roosting habitat generally is characterized by conifer stands with a multi-layered, multispecies canopy dominated by large (> 30" diameter at breast height [DBH]) conifer overstory trees, and an understory of shade-tolerant conifers or hardwoods, $\geq$ 60 percent canopy cover, substantial decadence in the form of large, live conifer trees with deformities

KSW00289

(such as cavities, broken tops, and dwarf mistletoe infections; numerous large snags), ground cover characterized by large accumulations of logs and other woody debris, and a canopy that is open enough to allow northern spotted owls to fly within and beneath it (USDI BLM 2016a, p. 70). Not all of these habitat components need to be present to qualify as NR habitat. Sometimes only some of the habitat components are present, or all of them are present, but at lower quantities. The basal areas in nesting-roosting habitat can range from approximately 180 to 240 ft$^2$/acre or greater. The basal area is typically greater than 240 ft$^2$/acre.

In southwest Oregon, NR habitat varies greatly, but common components include mixed-conifer forest, recurrent fire history, patchy habitat components, and a higher incidence of woodrats. It may consist of somewhat smaller tree sizes. One or more important habitat components, such as dead down wood, snags, dense canopy, multistoried stands, or mid-canopy habitat, might be lacking or even absent in portions of southwest Oregon NR. NR habitat also functions as foraging and dispersal habitat.

**Foraging (F) Habitat** is a "step-down" habitat from NR, with many similar stand attributes. Even though the stands might have large trees and high canopy, they are often single storied, lack decadent features, and while basal areas may vary in SW Oregon, foraging habitat in the Klamath Province usually has at least 150 ft$^2$/acre basal area and could range from 150 to 240 ft$^2$/acre basal area. The Medford District classifies and tracks NR and Foraging habitat separately, which also helps inform the effects determinations and planning for all projects. On the Medford District, Foraging Habitat is determined through field evaluations.

**Dispersal-Only (DO) Habitat** at a minimum consists of stands with adequate tree size and canopy cover to provide protection from avian predators and at least minimal foraging opportunities. Dispersal-only habitat may include younger and less diverse forest stands than foraging habitat, such as even-aged, pole-sized stands, but such stands should contain some roosting structures and foraging habitat to allow for temporary resting and feeding for dispersing juveniles (USDI FWS 1992 and USDI FWS 2012). Dispersal-only habitat as described here, is generally forest stands with an average stand canopy cover of 40 percent or greater and an average diameter at breast height (DBH) of 11 inches or greater. It provides temporary shelter for owls moving through the area between NR and F habitats and some opportunity for owls to find prey; but it does not provide all the requirements to support an owl throughout its life. NR and F habitat can also function as dispersal habitat (see "Dispersal Quality/Function"). However, dispersal-only habitat will be used throughout this document to refer to habitat that does not meet the criteria to be NR and F habitat but has adequate cover to facilitate movement between blocks of NR and F habitat.

**Dispersal Quality/Function Habitat** for the spotted owl consists of an assemblage of conifer-dominated forest stands that the owls can use for dispersal movements across the landscape. Dispersal quality habitat for spotted owls includes nesting-roosting, foraging, and dispersal-only habitat. Dispersal habitat and dispersal-only habitat are not synonymous. The term "dispersal habitat" is generally used when describing and discussing the opportunities (e.g., acres of dispersal habitat) for spotted owls to move across the landscape. Dispersal function consists of landscapes with sufficient dispersal-quality habitat that provides for forest connectivity enabling successful dispersal (Thomas et al. 1990; Lint et al. 2005; Davis et al. 2011; Davis et al. 2016).

KSW00290

The Service has generally recommended using a fifth field or larger landscapes for assessing dispersal habitat conditions because watersheds or provinces offer a more biologically meaningful way to evaluate dispersal function. More recent information (Davis et al. 2016), suggests that landscapes having at least 40 percent of dispersal habitat conditions (including both older and younger forests) would be sufficient to support spotted owl dispersal across the landscape.

**Capable Habitat** for the northern spotted owl is forestland that is currently not habitat but can become NR, F, or dispersal-only habitat in the future, as trees mature and the canopy closes.

**Non-habitat** does not currently provide habitat for northern spotted owls and will not develop into NR, F, or dispersal-only habitat in the future.

**Relative Habitat Suitability (RHS)** in this assessment refers to the RHS model developed in the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011). This model fit biotic and abiotic features on the landscape with spotted owl detection locations to evaluate spotted owl habitat preferences. This model applied the metrics as averaged across a 500-acre area and is intended for large scale planning efforts (USDI FWS 2011).

### *Northern Spotted Owl Habitat Alteration*

**Stands** are an aggregation of trees occupying a specific area managed as a discrete operational or management unit. A stand may be composed of trees and groups of trees of a variety of ages, species, and conditions, or it may be relatively uniform. A stand may also contain multiple land use allocations (USDI BLM 2016a, p. 314).

**Treatment Unit (or cutting unit)** is the footprint of where trees are being cut. This includes all proposed actions including roads, landings, gaps, and skips because these actions also contribute to canopy cover and basal area retention values. It does not include existing roads outside the cutting units, untreated areas, or riparian reserves, unless the action is thinning in the riparian reserve. Trees left standing outside the treatment unit perimeter of where cutting is authorized are not in the cutting unit and do not count toward canopy cover or basal area retention levels. Prescribed treatments may result in separate effects determinations within a single treatment unit, based on the extent and variety of the prescriptions and existing habitat conditions. For example, portions of a treatment unit with prescriptions that reduce the canopy cover below 40 percent would remove spotted owl habitat, while the other portion of a unit that maintains 60 percent canopy cover would maintain spotted owl NR or F habitat function. Research evaluating habitat thresholds within spotted owl sites calculated NR and F habitat at a finer scale and not the stand scale (Franklin et al. 2000; Dugger et al. 2005). Thus, while a treated unit may maintain habitat characteristics, for actions within NR or F, habitat metrics are evaluated a smaller scale to evaluate effects within owl sites. For example, a 4-acre created gap or patch cut within NR habitat would likely result in 4 acres of NR habitat removal, even if the habitat surrounding the patch cut maintains NR habitat function post-treatment at the treatment unit and stand scale. Project Design Criteria below provide further guidance and direction for planning actions while maintaining habitat function. The overall goal of defining the treatment area this way informs an analysis of habitat function pre- and post-treatment and effects.

KSW00291

**Modify NR, F, or Dispersal-Only Habitat** is the treatment defined when an action or activity in nesting-roosting, foraging, or dispersal-only habitat removes some trees or reduces the availability of other habitat components but does not change the current function of the habitat because the conditions that would classify the stand as NR, F, or dispersal-only habitat would remain post-treatment. The treated stand is expected to still function as NR or F habitat because it will continue to provide at least 60 percent canopy cover (treatment unit average), large trees, multistoried canopy, standing and down dead wood, diverse understory adequate to support prey, and may have some mistletoe or other decay (when present prior to harvest). The treated stand will still function as dispersal habitat because it will continue to provide at least 40 percent canopy cover (treatment unit average), flying space, and an average of trees 11 inches DBH or greater. To maintain function at treatment unit scale, habitat variables should be distributed within that defined area. For example, the stand or unit would not function as NR, F, or dispersal-only habitat if all the canopy retention was concentrated on the side or middle of the unit, leaving large gaps that do not provide spotted owl habitat/function. Depending on the scale and intensity of harvest, the results may have adverse effects to spotted owls.

**Downgrade NR or F** alters the condition of spotted owl NR or F habitat, so the habitat no longer contains the variables associated with nesting, roosting, and foraging. Downgraded units would contain trees > 11 inches in diameter and enough tree canopy cover to support spotted owl dispersal. Downgrade is defined when the canopy cover in a NR or F stand is reduced to 40-60 percent (treatment unit average) and other key habitat elements are removed, such as decadent down wood, snags, multi canopy layers, and hunting perches. Conditions are altered such that an owl would be unlikely to continue to use that unit for nesting, roosting, or foraging. The removal of these key habitat features would reduce the roosting and foraging opportunities for owls and may lead to increased predation risk by exposing owls to other raptors. Downgraded NR or F continues to provide habitat for dispersal and potentially foraging opportunities.

**Remove NR or F** alters known spotted owl NR or F habitat, so the habitat no longer functions as nesting, roosting, or foraging habitat. Removal generally reduces canopy cover to less than 40 percent (treatment unit average), alters the structural diversity and dead wood in the stand or otherwise changes the unit so it no longer provides nesting, roosting, or foraging, or even dispersal habitat for owls. The removal of these key habitat features would reduce the roosting, foraging, and dispersal opportunities for owls in the Action Area, and lead to increased predation risk. These treatment acres would not be expected to provide functioning NR or F habitat for decades post-treatment.

**Remove Dispersal** alters known spotted owl dispersal-only habitat, so the habitat no longer functions as dispersal habitat. Removal generally drops canopy cover to less than 40 percent (treatment unit average) and otherwise changes the stand, so it no longer provides dispersal habitat for owls. The post-harvest stand would be too open to provide protection from predators.

KSW00292

# BIOLOGICAL OPINION

## DESCRIPTION OF THE PROPOSED ACTION

The Assessment (pp. 15–34), along with the Assessment's Appendices A, B and C provide details of the proposed action for the FY23 Batch of Projects. The following represents a summary of the proposed Rogue Gold, Trail Creek, and Last Chance Projects as represented in the Assessment.

### Action Area

The Action Area is defined as all areas to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action (50 CFR § 402.02). In delineating the Action Area, we evaluated the farthest reaching physical, chemical, and biotic effects of the action on the environment. The Rogue Gold, Trail Creek, and Last Chance Projects are within three geographically separate polygons, which create a single multipart Action Area. This Action Area is based on the geographic extent of in-air sound, ground vibration from blasting, and of timber harvest, roadside treatments, road construction, and hazardous fuels reduction treatments (Assessment, Appendix E Maps 1-3). For the proposed Projects, the Action Area was defined by using a spotted owl metric to determine areas indirectly affected by the proposed actions. For northern spotted owls, the areas directly or indirectly affected are usually based on the radius of a circle that would capture the provincial home range. The provincial home range is 1.3 miles for the Oregon Klamath Mountains Province, where all three Projects are located. The Trail Creek Project also partially overlaps the West Cascades Province, so a 1.2-mile provincial home range was used for portions of the Trail Creek Project (Thomas et al. 1990 and Courtney et al. 2004).

Based on this distance, the Action Area represents all lands within 1.2 or 1.3 miles of proposed treatment units and all lands within any overlapped associated provincial home ranges of known spotted owl sites that could be directly, indirectly, or cumulatively impacted by the proposed action.

### Project Area History and Current Condition

There is a range of structural stages within a forest area at any given time, which can be analyzed against a historical reference condition to determine ecological departure. This reference condition – the percentage of a seral stage across biophysical settings – does not represent a specific historical date, but instead approximates an equilibrium condition, or ecological reference condition, a Natural Range of Variability (NRV), based upon the natural biological and physical processes. Quantifying the departure of current vegetation structure and landscape composition patterns from this reference condition can inform where, how much, and what types of restoration are needed to move present day landscape scale forest structure towards a NRV (Haugo et al. 2015). Figure 2 displays the relative amount of each structural class on the Medford District. Currently, there is an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (USDI BLM 2016b, pp. 223-242). The Medford District has an excess of early and mid-closed structural classes, the quantity of the latter being significantly greater. In contrast, there is

14

KSW00293

a deficit of mid-open, late-open, and late-closed classes across the District. The difference between current conditions and reference conditions ranges from 5 to 55 percent. The imbalance in open and closed forest stages has resulted in an abundance of overly dense, structurally homogenous forest stands; a lack of large fire-resistant trees and fire-resistant species; and increased surface ladder, and canopy fuels (Hagmann et al. 2021). These conditions have limited the growth and vigor of stands, increased susceptibility to wide-spread insect and disease infestations (e.g., epidemic vs. endemic), and heightened the potential for larger-scale, stand-replacing fires that are difficult to control (USDI BLM 2016b, pp. 225– 226).

Similar to the overall distribution of each structural class across the Medford District (Figure 2), the three Project Areas reflect a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figures 4-6).



**Figure 2.** Medford District structural class departure from natural range of variability for Dry Douglas-fir (USDI BLM 2015a).

After missing several fire return cycles, the likelihood of uncharacteristic fire behavior and high severity fire has increased due to the buildup of fuels (Brown et al. 2004; Kauffman 2004; Hessberg et al. 2005; Reinhardt et al. 2008; Ryan et al. 2013). Haugo et al. (2015) categorized the forest restoration needs across Oregon and Washington and found that not only does southwest Oregon demonstrate the highest need for active forest restoration in the region, but many of the watersheds across the Medford District (lands located primarily in the center portion of Figure 3) are among the most in need of active management to promote forest resiliency. Lesmeister et al. (2019) concluded that older mixed conifer forests are less susceptible to high-severity fire than other successional stages, even under high fire weather conditions, but notes that habitat suitability is reduced or lost when they do burn at moderate and high severity. The 2011 Revised Recovery Plan (USDI FWS 2011) addresses this concern and recommends

15

conserving older more structurally complex habitat and strategically treating forests around older forest habitat. The Recovery Plan further recommends active management that includes the strategic placement of projects guided by a landscape context where practicable. Metlen et al. (2017) generated an annual burn probability map for the Rogue Basin (Figure 3) that further illustrates fire risk in southwest Oregon and the need for active management. The burn probability across the Action Area is variable; the Trail Creek Project broadly overlaps areas of lower burn probability with some portions of moderate to high burn probability in the northeast, while the Rogue Gold and Last Chance Project Areas broadly overlap areas of moderate to high burn probability. The burn probability, considered in chorus with the abundance of mid-closed forest in the Action Area, highlights the benefits of active management and hazardous fuels reduction activities included in the proposed actions.



**Figure 3.** Rogue Basin annual burn probability for the Rogue Basin, southwest Oregon. FSim generated annual probability of a 2-ac pixel burning in a fire >35-ac for the 10 million-ac fire behavior modeling area (see inset) centered on the 4.6 million-ac Rogue Basin (Metlen et al. 2017, p. 15).

### Rogue Gold Project Area Current Vegetation Conditions

The Rogue Gold Project is located between the cities of Gold Hill and Rogue River to the south and northwest of the city of Medford in Jackson County, Oregon. This portion of the Action Area is 76,838 acres. These lands are a mix of BLM administered and private, or individual company ownership. The Project is within three 5th field watersheds (Gold Hill-Rogue River, Grants Pass-Rogue River, and Bear Creek). The current landscape pattern of the vegetation is a

KSW00295

result of highly dissected topography, fires, wind events, timber harvesting, and forest pathogens. The Rogue Gold Project contains lands between 1,000 and 4,400 feet in elevation. Moisture and temperature gradients differ between forest zones creating a unique pattern of various vegetation types throughout the Project Area, which are broadly correlated with elevation. Vegetation within this area is summarized according to Plant Associations Groups (PAG) of Southern Oregon (Atzet and McCrimmon 1990). Douglas-fir plant associations comprise the majority of forestland in the Project Area. At the highest elevations on the southside of the project the PSME (Douglas fir)-ABCO (white fir) and PSME-ABCO/PIPO (ponderosa pine) plant associations are present. When rainfall is abundant, or the aspect is more conducive to cooler temperatures (such as north and east aspects), the plant associations most often found include PSME-PIPO, and PSME-BENE (dwarf Oregon grape). On the drier sites the PSME-RHDI (poison oak) and PSME-RHDI-BEPI (Piper's Oregon grape) plant associations are most prevalent. Pine and white oak series forests are usually found on south and west aspects and the lowest elevations (PIPO-QUKE (California black oak) and PIPO-PSME). Similar to the overall distribution of each structural class across the Medford District, the Rogue Gold Project reflects a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figure 4).



**Figure 4.** Current Rogue Gold Structural Class Abundance (Project Units). Medford District BLM.

### *Trail Creek Project Area Current Vegetation Conditions*

The Trail Creek Project is located just east and northeast of the city of Trail and north of the city of Medford in Jackson County, Oregon. These lands are a mix of BLM administered and private, or individual company ownership. This portion of the Action Area is 56,247 acres. The Trail Creek Project is within five 5th field watersheds (Elk Creek-east, Elk-Creek-west, Evans Creek, Shady-Cove-Rogue River, Trail Creek). The current landscape pattern of the vegetation is a result of natural disturbances (i.e. fires, wind events, forest pathogens) and human influences (i.e.

KSW00296

timber harvesting and agriculture). The Trail Creek Project contains lands between 1,600 and 4,100 feet in elevation. Moisture and temperature gradients differ between forest zones creating a unique pattern of various vegetation types throughout the Project Area, which are broadly correlated with elevation. Vegetation within this area is summarized according to Plant Associations Groups (PAG) of Southern Oregon (Atzet and McCrimmon 1990). Douglas fir – dry is the most dominant PAG, with minor amounts of white fir and ponderosa pine PAGS in the Project Area. Forest vegetation within the Trail Creek Project can be described as structurally variable with areas of early seral, mid-seral to late-mature forest with moderately dense or dense over-story layers. Ponderosa pine, sugar pine, Douglas-fir, white fir, and incense cedar dominate the conifer overstory except in portions of the Douglas-fir-dry forest types where pine, incense cedar, and oak are more prevalent. Similar to the overall distribution of each structural class across the Medford District, the Trail Creek Project reflects a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figure 5).



**Figure 5**. Current Trail Creek Structural Class Abundance (Project Units). Medford District BLM.

### *Last Chance Project Area Current Vegetation Conditions*

The Last Chance Project is located northeast of the city of Grants Pass in Josephine County, Oregon. This portion of the Action Area is 91,000 acres. These lands are a mix of BLM-administered and private, or individual company ownership. The Project is primarily within three 5th field watersheds: Upper Cow Creek, Middle Cow Creek, and Grave Creek, with a small inclusion in the Evans Creek watershed on the east side of the Project Area. The current landscape pattern of the vegetation is a result of highly dissected topography, fires, wind events, timber harvesting, and forest pathogens. Overstory dominant tree species and associated understory vegetation within the Project Area is summarized according to Plant Associations Groups (PAGs) subseries of southern Oregon (Atzet and McCrimmon 1990). Forested areas

KSW00297

within the Last Chance Project Area are made up of a diverse collection of PAGs that support diverse stand compositions of conifers such as Douglas-fir, ponderosa pine, sugar pine, western hemlock, white fir, and incense cedar, as well as hardwoods such as California black oak, Pacific madrone, canyon live oak, and tanoak. These PAGs exhibit a wide variety of conditions, differing by slope, aspect, elevation, and soil types. South and west aspects exhibit relatively more cover in sugar pine, ponderosa pine, California black oak, and canyon live oak, while northern and eastern slopes, as well as more productive soil types, display more tanoak, white fir, hemlock, and chinquapin. Similar to the overall distribution of each structural class across the Medford District, the Last Chance Project reflects a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figure 6).



**Figure 6.** Current Last Chance Structural Class Abundance (Project Units). Medford District BLM.

**Proposed Action Overview**

The Rogue Gold, Trail Creek, and Last Chance Projects have been designed in conformance with the Southwestern Oregon Resource Management Plan (2016 SWO RMP/ROD) (USDI BLM 2016a) to accomplish management directions such as reduce competition among trees, promote forest resiliency, and harvest timber to contribute to the attainment of the declared Allowable Sale Quantity (ASQ) for the Medford District. The Projects will follow the management directions for the land use allocations (LUAs) within the Project Areas (Table 2).

KSW00298

**Table 2. Medford District BLM 2016 SWO RMP/ROD Land Use Allocations for the Rogue Gold, Trail Creek, and Last Chance Projects[1].**

| Project | 2016 Land Use Allocation[2] Acres | | | | | | |
|---|---|---|---|---|---|---|---|
| | HLB – MITA | HLB – LITA | HLB-UTA | DDR[3] | LSR | RR[4] | Total Acres |
| **Rogue Gold** | 0 | 20 | 3,919 | 2,222 | 711 | 899 | **7,771** |
| **Trail Creek** | 0 | 239 | 1,831 | 403 | 97 | 161 | **2,731** |
| **Last Chance** | 71 | 981 | 6,010 | 1,216 | 957 | 2,852 | **12,087** |
| **TOTAL** | **71** | **1,240** | **11,760** | **3,841** | **1,765** | **3,912** | **22,589** |

1 – This table includes actions that occur on federal lands only.  2 - HLB-MITA=Moderate Intensity Timber Area; HLB-LITA = Harvest Land Base-Low Intensity Timber Area; HLB-UTA= Harvest Land Base – Uneven-Aged Timber Area; DDR= District Designated Reserve; LSR = Late  Successional Reserve; RR = Riparian Reserve (see definitions).  3 - The DDR acres in the Projects include TPCC lands, roads, and water.  4 –  Riparian Reserve acres presented here are generated from BLM corporate data for LUA and include all acres associated with Riparian Reserves  (inner, middle, and outer zones).  Actual riparian thinning treatment acres are lower and based upon on-the-ground field assessments during Project  layout (see 2.3.2 below Riparian Reserve treatment type definition).

## Detailed Project Objectives and Descriptions

Field-based surveys and inventories were completed by the District during the project planning process to determine current and desired-future stand conditions. Because of this field review, current stand data were used to determine where management could occur within the Rogue Gold, Trail Creek, and Last Chance Project Areas to meet project objectives such as forest resiliency and achieving the District's ASQ targets. To further inform project planning, evaluations of spotted owl habitat were also incorporated into the treatment designs and prescriptions. Table 3 below provides a distribution of 22,589 acres of proposed vegetation treatment, road construction, and landing construction by spotted owl habitat type. The highest proportion (35 percent, 7,946 acres) of the treatments across all Projects are planned within stands characterized as spotted owl dispersal-only habitat, followed by 25 percent (5,726 acres) in foraging habitat, and 16 percent (3,589 acres) in nesting-roosting habitat. Twenty-four percent (5,328 acres) of the proposed actions are planned in lands that do not currently function as spotted owl habitat (i.e., capable or non-habitat) (see *Definitions* section above). The majority of acres proposed for treatment in NRF habitat (2,153 acres or 60 percent) occur in hazardous fuels reduction maintenance (HFRM) units and roadside vegetation management areas. Habitat determinations for the Rogue Gold, Trail Creek, and Last Chance hazardous fuels reduction units were based on GIS and have not been field verified.  Therefore, the exact habitat conditions and structure are unknown but were assigned to the NRF habitat type when data was not available to differentiate nesting-roosting or foraging habitat.  Field habitat evaluations would be conducted in all NRF units prior to initiating any HFRM treatments within the 0.5-mile core-use areas and home ranges of occupied spotted owl sites associated with the Rogue Gold, Trail Creek, and Last Chance Projects.

KSW00299

| Project | Field Office | NRF | | Dispersal-Only | Capable | Non-Habitat | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Nesting-Roosting | Foraging | | | | |
| **Rogue Gold** | Ashland | 489 | 1,104 | 2,567 | 1,211 | 2,400 | **7,771** |
| **Trail Creek** | Butte Falls | 530 | 1,015 | 970 | 204 | 12 | **2,731** |
| **Last Chance** | Grants Pass | 2,570 | 3,607 | 4,409 | 1,183 | 318 | **12,087** |
| | **TOTAL** | **3,589** | **5,726** | **7,946** | **2,598** | **2,730** | **22,589** |

Table 3. Treatment Acres by Spotted Owl Habitat Type for the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM.

*Project Objectives and Development Strategies*

To balance the ecological need as described above (e.g., Figures 2-6), along with the District's and RMP Management Direction and Objectives (2016 SWO RMP/ROD) and ESA obligations, the District planned, to the extent practicable, the proposed actions with the following strategies to avoid and minimize impacts to spotted owls (Assessment, pp. 16-18). Because RMP Management Direction differs by land use allocation, specific objectives pertaining to the HLB and LSR LUAs are provided below.

## HLB

The primary objectives for treatments planned in the HLB (13,071 acres, Table 2) are to meet sustained-yield timber production targets (i.e., the District's declared ASQ) while maintaining forest health and creating resilient stands. While these objectives are not owl-specific, some treatments in the HLB (specifically UTA treatments promoting stand development and restoration) would provide secondary benefits for spotted owls by maintaining spotted owl habitat function (post-treatment) and/or developing nesting-roosting habitat over the long term by retaining large trees, encouraging tree growth, increasing heterogeneity and diversity, enhancing and creating horizontal and vertical structure, and reducing risk of habitat loss due to severe fire, disease, and insects. Some of these secondary benefits may vary spatially and temporally and are further addressed in the *Effects of the Proposed Action* section.

The 2016 SWO RMP/ROD reflects the need to restore fire-adapted ecosystems to increase stand-level fire resistance and decrease stand-level fire hazard from current conditions. There is a need to create and improve areas of strategic opportunity to contain large wildfires and reduce negative impacts from high-severity fire to communities and infrastructure, landscapes, ecosystems, and highly valued resources. The BLM identified units for non-commercial hazardous fuels treatments utilizing the wildland fire operational consideration of using roads and ridges to contain wildfire spread.

## LSR

There are two purposes for conducting fuels treatments within the LSR LUA: 1) treat both management activity fuels and natural hazardous fuels to modify the fuel profile (e.g., reduce

KSW00300

surface and ladder fuels, raise canopy base heights, or reduce crown bulk density) and 2) reduce potential fire behavior (e.g., crown fire spread) and severity (USDI BLM 2016a, p. 91).

Regardless of the treatment objective, LSR management direction also states that within the LSR LUA, "In stands that are not northern spotted owl nesting-roosting habitat, apply silvicultural treatments to speed the development of northern spotted owl nesting-roosting habitat or improve the quality of northern spotted owl nesting-roosting habitat in the stand or in the adjacent stand in the long term. Limit such silvicultural treatments (other than forest pathogen treatments) to those that do not preclude or delay by 20 years or more the development of northern spotted owl nesting-roosting habitat in the stand and in adjacent stands, as compared to development without treatment" (USDI BLM 2016a, p. 72).

The 2016 SWO RMP/ROD identifies the need to protect and develop spotted owl nesting-roosting habitat in the LSR LUA (pp. 71-72). The proposed actions would include hazardous fuels reduction maintenance treatments within the LSR LUA, designed to reduce the potential for uncharacteristic wildfires and enable stands to respond to wildfire with resilience (Assessment, p. 17). Any commercial thinning treatments within the LSR LUA are proposed to occur in stands that currently do not function as spotted owl nesting-roosting habitat and are expected to improve spotted owl nesting conditions across the landscape in the future (Assessment, p. 83). Stands selected for commercial treatment are currently densely stocked, single-storied homogenous stands lacking structure, or layered stands lacking large diameter trees characteristic of supporting nesting habitat (Assessment, pp. 84-85). These stand conditions do not currently support spotted owl nesting-roosting habitat and can hinder the development of structurally complex forest characteristics that provide habitat for spotted owls and other special status species. These same conditions have limited the growth and vigor of stands, increased stand susceptibility to insects and disease, and have heightened the potential for larger-scale, stand-replacing fires that are difficult to control (Fettig et al. 2007; USDI BLM 2016b, pp. 225 – 226). In these areas, treatments are silviculturally designed to increase tree DBH, canopy layering, and stand diversity; this treatment design is intended to speed the trajectory of the development of spotted owl nesting-roosting habitat, improve resiliency, and restore ecological functions (Assessment, pp. 85-86; USDI BLM 2016a, pp. 70, 72, 74). Without treatment, competition between trees slows their growth (Bennett and Main 2018, p. 4), delaying the development of nesting-roosting habitat characteristics. The 2016 SWO RMP/ROD directs the application of "selection harvest or commercial thinning treatments to at least 17,000 acres per decade in the Medford District" in the LSR-Dry LUA (p. 74). All LSR treatments in the Projects would occur in the LSR-Dry LUA.

Units in the Rogue Gold, Trail Creek, and Last Chance Projects were selected for the LSR Selection Harvest or Commercial Thinning prescriptions for the following reasons: these stands generally lack the diversity, structure, layering, large trees, higher canopy cover, and other important habitat elements required to function as nesting-roosting habitat. The current forest conditions limit the extent of nesting-roosting habitat, increase the risk of their loss to wildfire, and delay and hinder the development of new nesting-roosting habitat. The proposed treatment areas are generally characterized by densely stocked small diameter trees. These stands have reduced tree vigor and are at increased risk of insect outbreaks and disease (Fettig et al 2007).

KSW00301

Competition between trees slows their growth (Bennett and Main 2018, p. 4), delaying the development of nesting-roosting habitat characteristics.

These prescriptions are consistent with the intent of the 2016 SWO RMP/ROD (see footnote on p. 71) that states:

> "Activities needed to protect the overall health of the stand or adjacent stands, such as fuels reduction and insect and disease control, and wildfire management actions/activities may occur even if they downgrade or remove northern spotted owl habitat or remove marbled murrelet habitat."

Overall, all LSR commercial prescriptions would promote and retain large trees, increase or maintain species diversity, maintain hardwoods, retain coarse woody material, and retain and create snags; these treatments would not preclude or delay the development of nesting-roosting habitat in the stand and in adjacent stands by 20 years or more, as compared to development without treatment (USDI BLM 2016a, pp. 70-75). Bailey and Tappeiner (1998, p. 111) found that treatments designed to purposely favor legacy structures (large remnant trees, snags, and downed wood) and/or overstory hardwoods would further hasten development of old-growth forest characteristics. This is also consistent with the Service's Opinion on the RMP which expected that thinning in the LSR and other reserve LUAs would benefit spotted owls by increasing the speed of development of spotted owl habitat compared to not managing these types of stands (USDI FWS 2016, p. 605).

The District's prescriptions are consistent with recommendations in the Service's spotted owl critical habitat rule and recovery plan by treating single-story, uniform forest stands to promote the development of multistory structure and nest trees. Larger trees are more likely to provide nesting opportunities for spotted owls. While the treatment would result in short-term adverse effects, the prescriptions are expected to have long-term benefits to the species and habitat by creating higher quality habitat that would better support territorial pairs of northern spotted owls (77 FR 71876, p. 71939). All prescriptions would increase canopy and age-class diversity and increase fire resiliency by reducing short-term fuel loading and increasing tree health, fire resiliency, and species diversity.

### Rogue Gold, Trail Creek, and Last Chance Project Objectives

The Land Use Allocation Management Directions from the 2016 SWO RMP/ROD (USDI BLM 2016a) have been incorporated into the Rogue Gold, Trail Creek, and Last Chance Projects:

### Harvest Land Base

- Conduct timber harvest to contribute to the attainment of the declared Allowable Sale Quantity (ASQ) for the Medford Sustained Yield Unit (SYU) (HLB LUA) (pp. 62, 64, and 68).

- Utilize integrated vegetation management to promote the development and retention of large, open grown trees and multi-cohort stands; increase or maintain vegetative species diversity; promote and enhance the development of structural complexity and heterogeneity; adjust stand composition or dominance; reduce stand susceptibility to

KSW00302

disturbances; and create growing space for hardwood and pine persistence and regeneration (at dry sites) (HLB-UTA LUA) (p. 68).

- Conduct regeneration harvest to reset stand development in stands that would not respond well to commercial thinning and provide complex early-successional ecosystems (HLB-LITA LUA) (p. 64).

- Design timber harvest treatments in a manner sufficient to avoid incidental take of spotted owls (p. 121).

- Treat both management activity fuels and natural hazardous fuels to modify the fuel profile, reduce potential fire behavior and fire severity (p. 91).

The acres of spotted owl habitat impacted in the HLB across all Projects include: 5,355 acres NRF, and 4,955 acres dispersal-only.

**Late Successional Reserves**
- Promote the development of nesting-roosting habitat for the spotted owl in stands that do not currently support northern spotted owl nesting and roosting (p. 70).

- Apply silvicultural treatments to speed the development of spotted owl nesting-roosting habitat or improve the quality of spotted owl nesting-roosting habitat in the stand in the long-term (p. 72).

- Enable forests to respond positively to climate-driven stresses, wildfire, and other disturbance with resilience, and ensure positive or neutral ecological impacts from wildfire (p. 74).

- Contribute to the 17,000-acre decadal target (p. 74).

- Apply fuels treatments to reduce the potential for uncharacteristic wildfires (p. 75).

- Design timber harvest treatments in a manner sufficient to avoid incidental take (p. 121).

The acres of spotted owl habitat impacted in the LSR-Dry LUA across all Projects include: 720 acres NR, 664 acres F, and 366 acres dispersal-only (see Table 24 and Assessment, p. 82).

**Riparian Reserves**
- Conduct timber harvest and fuels reductions treatments to reduce the risk of stand-replacing crown fires and/or to ensure that stands are able to provide trees that would function as stable wood in the stream (RR-Dry LUA, Class 1 watershed) (pp. 82-84).

The acres of spotted owl habitat impacted in the Riparian Reserve across all Projects include: 1,689 acres NRF, and 1,420 acres dispersal-only. These Riparian Reserve acres include the Inner Riparian Zone, which will not receive any treatments (see *Additional Riparian Reserve Prescriptions* section, below); this inner zone will be excluded by on-the-ground surveys prior to implementation, so actual treatment acres will be less than the maximum scenario acres reported here (J. Reilly pers. comm. 2023a).

KSW00303

*Spotted Owl Considerations in Project Planning*

Effects to spotted owls were considered in planning for the Rogue Gold, Trail Creek, and Last Chance Projects because timber harvest under the BLM's SWO RMP/ROD is required to avoid incidental take of spotted owls until implementation of a barred owl management program (USDI BLM 2016a, p. 30). Therefore, the proposed treatments are designed to avoid incidental take (per Level 1 discussions with the U.S. Fish and Wildlife Service) while contributing to the District's ASQ and improving forest resilience (USDI BLM 2016a). BLM wildlife biologists and silviculturists worked together to design treatments in occupied spotted owl habitat/sites to avoid an incidental take determination by the Service (See PDC below).

The Medford District is continuing protocol surveys (USDI FWS 2012) to known spotted owl sites, including timber harvest areas associated with the proposed Rogue Gold, Trail Creek, and Last Chance Project Areas. If resident spotted owls are located, the District will drop units or modify the treatment prescriptions to avoid an incidental take determination by the Service. The Service can provide technical assistance to the BLM when evaluating silvicultural practices and impacts to the spotted owl.

The Rogue Gold, Trail Creek, and Last Chance Projects were designed to support the Physical and Biological Features (PBFs) and conservation purposes of critical habitat units (77 FR 71876) in treatment areas within designated critical habitat to the extent practicable, as well as incorporating concepts from the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011). This is primarily being accomplished by following management direction for each specific LUA, which considered treatment intensities in dry and moist forest types within designated critical habitat and following concepts of Ecological Forestry. The SWO RMP/ROD has applied the following concepts of Ecological Forestry:

- Uneven-aged stand management for fire resilience in the dry forest;
- Regeneration harvest with varying levels of retention in the Low Intensity Timber Area (moist forests types);
- Protection of larger and older trees within harvested areas;
- Thinning within the Late-Successional Reserve to speed the development of northern spotted owl habitat and promote fire resiliency; and
- Retention of key forest structural components following natural disturbances in the reserves (USDI BLM 2016a, p. 23).

In addition, the Rogue Gold, Trail Creek, and Last Chance Projects follow recommendations for active management in the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011) and referenced in the 2012 final critical habitat rule. While the management of spotted owl recovery is not the primary objective for the treatments proposed in the HLB LUA, the proposed silviculture objectives will reduce stand densities to within the historic natural range to increase stand resilience, which is consistent with the critical habitat rule to restore natural ecological processes where they have been disrupted or suppressed. In addition, treatments proposed in LSR are intended to hasten development of spotted owl nesting habitat, also consistent with the rule (77 FR 71876, p. 71881).

KSW00304

*Project Descriptions and Prescriptions*

The Rogue Gold, Trail Creek, and Last Chance Projects utilize silviculture treatments identified in the BLM SWO RMP/ROD (USDI BLM 2016a) for managing conifer forests to accomplish project level objectives (Table 4). The silvicultural prescriptions applied to each stand were also based on existing stand conditions, field-based spotted owl habitat determinations, or in some cases, aerial photo/LiDAR interpretation by experienced BLM wildlife biologists. The Project prescription writer and Project wildlife biologist will conduct field reviews and adjust marked trees as necessary prior to harvest, to ensure prescription objectives and spotted owl habitat retention levels are met and consistent with the Assessment and this Opinion.

**Table 4.  Acres of Vegetation Treatments and Road/Landing Construction for the Rogue Gold, Trail Creek, and Last Chance Projects.** Adapted from Assessment, Table 4 (J. Reilly pers. comm 2023b).

| Treatment Type | Rogue Gold | Trail Creek | Last Chance | Total Acres |
|---|---|---|---|---|
| Commercial Thinning[1] | 0 | 214 | 280 | 494 |
| Commercial Thinning / HFR[2] | 6 | 0 | 0 | 6 |
| Selection Harvest | 0 | 1,549 | 5,397 | 6,946 |
| Selection Harvest / HFR[2] | 1,687 | 0 | 1,504 | 3,191 |
| Regeneration Harvest[3] | 0 | 0 | 1,050 | 1,050 |
| Roadside Vegetation Management | 104 | 96 | 564 | 764 |
| Quarry Expansions | 0 | 0 | 49 | 49 |
| Hazardous Fuels Reduction (stand-alone) | 5,949 | 798 | 2,814 | 9,561 |
| Road and Landing Construction[4] | 25 | 74 | 429 | 528 |
| **TOTAL** | **7,771** | **2,731** | **12,087** | **22,589** |

1 = These acres also include Riparian Commercial Thinning.

2 = These acres include commercial thinning or selection harvest, followed by hazardous fuels reduction treatments within the same acreage footprint.

3 = Removal prescription on HLB-LITA & HLB-MITA.

4 = These only include acres from road and landing construction that are outside of units or inside NR or F downgrade or NR, F, and Dispersal-only modification units.

## Project Prescriptions – by LUA

*Harvest Land Base*

<u>Commercial Thinning (CT)</u>
Commercial Thinning would be implemented in the HLB-Low Intensity Timber Area (LITA), HLB-Medium Intensity Timber Area (MITA), and HLB-Uneven Aged Timber Area (UTA) LUAs to reduce stand densities, improve stand growth and vigor, reduce susceptibility to disturbances, promote or enhance the development of structural complexity and heterogeneity, and adjust stand composition or dominance. Thinning treatments would be prescribed to achieve an average relative density between 25-45 percent after harvest. Overall stand average canopy cover post-harvest would range from below 30 percent to 60 percent.  The canopy retention in NRF units in occupied home ranges would be at least 60 percent, while the canopy retention in dispersal-only habitat units in occupied home ranges would be at least 40 percent.  Trees that are both $\geq 40$ inches DBH and that the BLM identifies as having been established prior to 1850 would be retained.

26

Prescriptions under Commercial Thinning would include a combination of single tree selection thinning, group selection, and/or skips. Trees within each diameter class would be selectively removed to approximate a relatively flat diameter distribution and more natural range of variability. A preference for individual tree retention would be given to the best-formed trees that are insect/disease/damage free, with full crowns ($\geq$ 30 percent crown ratio). Openings would range in size between 0.1 - 1 acres and would be located and mapped in the field prior to harvesting. This treatment would be applied to no more than 10 percent of the treatment unit acres. Spatial variability, including gap creation, may facilitate moving stands toward late successional structure; gaps are major structural components of many older forests, but may require centuries to develop without management intervention (Dodson et al. 2012). Changes in the historic distribution of forest openings suggest there has been a loss of small openings, and that forest restoration treatments should focus on recreating small openings representing the historic range of variation (Dickinson 2014). These areas could be circular or irregular shapes following the variability of the stand biotic and abiotic conditions. Some overstory trees may be retained within a gap, depending on site conditions and whether trees of special interest are present. Skips would be implemented on a minimum of 5 percent of the treatment unit acres but would not have designated acre requirements.

Selection Harvest – HLB-LITA and HLB-MITA
Selection harvest would be implemented in the HLB-Low Intensity Timber Area (LITA) and HLB- Medium Intensity Timber Area (MITA) LUAs which will follow the direction under the SWO RMP/ROD as described below.

Projects would be treated with integrated vegetation management. **Integrated vegetation management** includes the use of a combination of silvicultural or other vegetation treatments, fire and fuels management activities, harvest methods, and **restoration** activities. Activities include, but are not limited to, vegetation control, planting, snag creation, prescribed fire, thinning, single tree selection harvest, and group selection harvest (USDI BLM 2016a, p. 68). In forested stands greater than 10 acres commercial treatments may consist of the following:

- Thinning treatments would be prescribed to achieve an average relative density between 20-45 percent after harvest.

- The retention of all dominant Douglas-fir and pine trees that are both greater than or equal to 40 inches DBH and were established prior to 1850.

- The retention of all madrone, big leaf maple, and oak trees greater than or equal to 24 inches DBH.

- At least 10 percent of the treatment unit would be retained in untreated "skips" to provide structural complexity and refugia.

- A total of 25 percent of the stand may consist of openings up to, but not exceeding 4 acres each.

- For stands where the primary objective is to maintain nesting-roosting or foraging function, Selection Harvest would be prescribed to maintain 60 percent canopy cover and retain other key habitat features, such as canopy

KSW00306

layering, large down woody material, standing snags, and legacy structures, to maintain nesting and/or roosting foraging function.

- Prescribed fire may be used following mechanical treatments to stimulate vegetation, reduce fuel loading, and prepare the site for planting.

- In stands < 10 acres treated with selection harvest or commercial thinning, do not create group selection openings greater than 2.5 acres in size.

- When conducting commercial harvest create snags as identified in the SWO RMP/ROD (p. 73).

The proposed selection harvest prescriptions would occur within NRF and dispersal-only habitat and the effects range from downgrade to modify because of retention of canopy and other key structural elements.

<u>Harvest Land Base - Uneven Aged Timber Area (UTA)</u>

Management activities are proposed within the Harvest Land Base Uneven-aged Timber Area. While each Project uses different terms for the prescriptions (commercial thinning, selection harvest), they will follow the direction under the SWO RMP/ROD for UTA LUA as described below.

Projects would be treated with integrated vegetation management. **Integrated vegetation management** includes the use of a combination of silvicultural or other vegetation treatments, fire and fuels management activities, harvest methods, and **restoration** activities. Activities include, but are not limited to, vegetation control, planting, snag creation, prescribed fire, biomass removal, **thinning**, single tree **selection harvest**, and group selection harvest (USDI BLM 2016a, p. 68). In forested stands greater than 10 acres commercial treatments may consist of the following:

- Thinning treatments would be prescribed to achieve an average relative density between 20-45 percent after harvest.

- The retention of all dominant Douglas-fir and pine trees that are both greater than or equal to 36 inches DBH and were established prior to 1850.

- The retention of all madrone, big leaf maple, and oak trees greater than or equal to 24 inches DBH.

- At least 10 percent of the treatment unit would be retained in untreated "skips" to provide structural complexity and refugia.

- A total of 30 percent of the stand may consist of openings up to 4 acres, but not exceeding 4 acres each.

- For stands where the primary objective is to maintain dispersal-only habitat, Selection Harvest would be prescribed to achieve 40 percent canopy cover retention, as well as retaining other key habitat features to maintain dispersal function. For stands where the primary objective is to maintain NR or F habitat function, Selection Harvest would be prescribed to maintain 60 percent canopy cover and retain other key habitat features, such as canopy layering, large down

KSW00307

woody material, basal area, and standing snags, and legacy structures, to maintain nesting and/or roosting foraging function. Additionally, no more than 20 percent of the pre-harvest basal area would be removed in the stands with prescriptions to maintain nesting-roosting habitat function.

- Prescribed fire may be used following mechanical treatments to stimulate vegetation, reduce fuel loading, and prepare the site for planting.

The proposed Uneven-aged management prescriptions would occur within both NRF and dispersal-only habitat and, depending on the specific prescription applied to each unit, the effects range from removal (due to a reduction in canopy cover and structural layering to maintaining habitat function (retention of canopy and other key structural elements).



**Figure 7.** Examples of UTA Selection Harvest Prescriptions proposed for the Projects, Medford District BLM.

Regeneration Harvest (RH)

Regeneration harvest would occur in HLB-Low Intensity Timber Area (LITA) and HLB-Medium Intensity Timber Area (MITA) LUAs. The primary purposes of implementing regeneration harvest are to produce timber to contribute to the attainment of the declared ASQ and to create growing space for early-seral species (such as pine) persistence and regeneration and to provide a variety of forest structural stages distributed both spatially and temporally. Per the SWO RMP/ROD (USDI BLM 2016a) parameters, 15-30 percent of live conifer pre-harvest basal area (BA) would be retained (LITA LUA) or 5-15 percent of live conifer pre-harvest BA would be retained (MITA LUA), in a variety of spatial patterns including aggregated groups and individual trees. Trees that are both ≥ 40 inches DBH and that the BLM identifies as having been established prior to 1850 would be retained, except where felling is necessary for safety or operational reasons and no alternative harvesting method is economically viable or practically feasible. If such trees need to be cut for safety or operational reasons, the BLM will retain those cut trees in the stand. After regeneration harvest, natural or artificial regeneration would be used to reforest a mixture of species appropriate to the site.

KSW00308

The proposed regeneration harvest prescription would remove NRF and dispersal-only habitat.

### *Late-Successional Reserve (LSR) – Dry*
<u>Selection Harvest</u>
Management activities are proposed within the Late Successional Reserve. Proposed treatments include Selection Harvest, which will follow the direction under the SWO RMP/ROD for the LSR LUA as described below.

Projects in LSR-Dry LUA would be treated with integrated vegetation management. **Integrated vegetation management** includes the use of a combination of silvicultural or other vegetation treatments, fire and fuels management activities, harvest methods, and **restoration** activities. Activities include, but are not limited to, vegetation control, planting, snag creation, prescribed fire, thinning, single tree selection harvest, and group selection harvest (USDI BLM 2016a, p. 68). In forested stands greater than 10 acres, commercial treatments will consist of the following, when applicable:

- Thinning treatments would be prescribed to achieve an average relative density between 20-45 percent after harvest.
- The retention of all dominant Douglas-fir and pine trees that are both greater than or equal to 36 inches diameter at breast height and were established prior to 1850.
- The retention of all madrone, big leaf maple, and oak trees greater than or equal to 24 inches diameter at breast height.
- At least 10 percent of the treatment unit would be retained in untreated "skips" to provide structural complexity and refugia.
- A total of 25 percent of the stand may consist of openings up to, but not exceeding 4 acres each.
- For stands where the primary objective is to maintain dispersal-only habitat, Selection Harvest would be prescribed to achieve 40 percent canopy cover retention, as well as retaining other key habitat features to maintain dispersal function.  For stands where the primary objective is to maintain spotted owl foraging habitat function, Selection Harvest would be prescribed to maintain 60 percent canopy cover and retain other key habitat features, such as canopy layering, large down woody material, standing snags, and legacy structures, to maintain nesting and/or roosting foraging function.
- Prescribed fire may be used following mechanical treatments to stimulate vegetation, reduce fuel loading, and prepare the site for planting.
- In stands < 10 acres treated with selection harvest or commercial thinning, will not create group selection openings greater than 2.5 acres in size.
- When conducting commercial harvest, create snags as identified in the SWO RMP/ROD (p. 73).

KSW00309



**Figure 8.** Examples of range of LSR Prescriptions described above that could be applied within a unit. The "patch cuts" represent group selection openings. The "commercial thinning" represents the range of relative density retention. The "no treatment" represents "skips." The "precommercial thinning" represents an area of small diameter thinning.

### *Riparian Reserve*

Riparian Commercial Thinning would be applied in the Middle (50-120 feet of intermittent, non-fish-bearing streams) and Outer Zones (Site Potential Tree of fish-bearing, perennial, and intermittent streams) of the Riparian Reserve-Dry (RR) land use allocation (Class I sub-watershed). The primary objective is to reduce the risk of stand-replacing, crown fires by reducing stand density and creating space between residual trees to reduce the potential for fire spread (USDI BLM 2016a, p. 83).

Commercial-sized (> 8 inches DBH) conifer trees would be removed in addition to hardwoods > 8 inches DBH, if necessary, to facilitate removal of conifer trees to meet the prescription. Generally, conifer tree removal would target the lowest size classes (8 inches DBH to 20 inches DBH) within the stand. Appropriate riparian species would be retained to maintain and improve diversity. The following retention preference for conifer species would be applied, where possible: sugar pine, ponderosa pine, incense cedar, Douglas-fir, and white fir. Treatments would maintain at least 30 percent canopy cover and 60 trees per acre expressed as an average across the treated portion of the RR (USDI BLM 2016a, p. 83). Existing snags > 6 inches DBH and down woody material > 6 inches in diameter at the large end and > 20 feet in length would be retained unless removal is necessary for safety, operation, or fuels reduction reasons. Snags > 6 inches DBH cut for safety or operational reasons would be retained as down woody material. In the Inner, Middle, or Outer Zones, a minimum of two new snags (1 >10 inches DBH and 1 >20 inches DBH) would be created within one year of completion of yarding the timber in the timber sale. If trees are not available in the size class specified, trees from the largest size class available would be used. Snag creation amounts would be met as an average at the scale of the portion of the harvest unit within the RR and would not need to be attained on every acre (USDI BLM 2016a, p. 83).

KSW00310

**Additional Riparian Reserve Prescriptions**

Riparian thinning is proposed to occur within the Outer Riparian Zone of perennial streams and within the Outer and Middle Riparian Zones of intermittent streams. Riparian thinning prescriptions would retain between 120-200 square feet of BA/acre. In occupied spotted owl home ranges, the BA retention would be 160-200 square feet of BA/acre, and outside of occupied spotted owl home ranges, the BA retention would be 120-160 BA/acre. No commercial treatments will occur within the Inner Riparian Zone.

*Roadside Vegetation Maintenance – all LUAs*

Many BLM roads have not been maintained properly and now have an increased density of vegetation and trees that present a safety concern for road travelers and the integrity of the road from roadside litterfall. The proposed treatment would cut vegetation along roadsides beyond typical roadside brushing specifications in timber sale contracts. In the Trail Creek and Last Chance Projects, the proposed clearing limits would be 15 feet slope distance from the center line of the ditch upslope away from road and 15 feet slope distance downslope from the outside shoulder of the road (Figure 9). In the Rogue Gold Project, the proposed clearing limits would be 6 feet slope distance from the center line of the ditch upslope away from road and 6 feet slope distance downslope from the outside shoulder of the road. Vegetation proposed for removal may be hardwood or conifer trees and merchantable timber may be sold. Approximately 278 miles of BLM controlled roads across all three Projects are proposed for treatment (13 miles in Rogue Gold, 51 miles in Trail Creek, and 214 miles in Last Chance). In total, all Projects would modify approximately 764 acres.

These roadside vegetation treatments are proposed adjacent to all spotted owl habitat types. The proposed treatment would modify NRF and dispersal-only habitat but would not change the function of the larger stand of spotted owl habitat beyond the road prism (road surface and original clearing limits used to build the road). The road prism area has been previously disturbed, and the vegetation does not contribute to the function of the habitat adjacent to the road. Treatments would not occur beyond the original road prism/clearing limits. Seasonal restrictions would be applied to avoid effects from disturbance (See Appendix A for Seasonal Restriction distances and time frames). The treatments would reduce fuel build-up of dense trees that have grown into the original clearing limits established during the road construction. These treatments would provide beneficial effects to the adjacent spotted owl habitat by helping to protect the adjacent habitat by reducing fuel loads adjacent to roads where a high percentage of public-caused fires originate. The treatments would also improve and maintain fire breaks provided by the road management system, which could also potentially reduce fire spread and protect adjacent spotted owl habitat. The effects analysis for this treatment type is included in the NRF or dispersal-only habitat modification summaries.

KSW00311



**Figure 9.** Road Vegetation Management Diagram

### *Quarry Expansion (Last Chance Project) – all LUAs*

The BLM proposes to potentially expand up to 24 quarries scattered throughout the Last Chance portion of the Action Area. The cumulative total of all quarry expansions is approximately 49 acres; these include 22 acres in DDR, 18 acres in HLB, five acres in RR, and four acres in LSR. The 49 total acres include the existing quarry acres, so the expansions would impact fewer acres of habitat. All vegetation (forested habitat – trees, brush, shrubs, etc.) within the quarry expansion areas will be cleared (removed) and would be followed by multiple entries of drilling to the exposed ground within the existing and expansion areas of the quarry. Expanding the quarries would allow the BLM to create benches to extract rock in a safe and efficient manner. The quarry expansions would primarily provide rock to support the roadwork associated with future timber sales associated with the Last Chance Project (and potentially future sales and road work contracts) by providing a local source of rock that reduces haul costs and overall road work costs associated with timber harvest.

The proposed quarry expansions would remove 16 acres of NRF and 12 acres of dispersal-only spotted owl habitat and would also occur in spotted owl non-habitat. Seasonal restrictions would be applied to avoid effects from disturbance (See Appendix A for seasonal restriction distances and time frames).

### *Hazardous and Activity Fuels Reduction Treatments – all LUAs*

#### Fuels Treatment of Forest Management Activity Slash
Activity fuels created from forest management activities described above would be treated post-harvest. To accomplish the fuels treatments, the BLM would conduct a fuels assessment within each unit following harvest activity to determine the fuel hazard and fire risk based on surface fuel loading, aspect, slope, access, and location of each unit. A fuels specialist will prescribe the appropriate treatment, if necessary, to mitigate raised fire hazard from activity fuels. Post-

KSW00312

harvest fuels treatments may include lop and scatter, selective slashing, hand pile burning, biomass removal, understory thinning, and underburning following the prescriptions outlined below.

Hazardous Fuels Reduction
Hazardous fuels reduction (HFR) treatments will occur primarily outside of thinning, selection harvest, or regeneration harvest units; additionally, a subset of selection harvest and commercial thinning units will also have co-occurring HFR treatments within the same footprint (Table 4). HFR treatments are designed to reduce ladder and ground fuels and maintain tree and brush densities in stands. These treatments would improve stand-level residual tree growth and vigor and reduce the fire hazard (reduction in surface fuels and ladder fuels), potentially decreasing the risk of wildfire climbing into the crowns of trees. Treatments could include slashing, hand piling, hand pile burning, chipping, lop and scatter, biomass removal, and/or understory burning following the prescriptions outlined below. These treatments would reduce understory fuels levels but would not remove trees larger than 8 inches DBH (Assessment, p. 26). Approximately 9,561 acres of HFR treatments would occur across all three Project Areas and would occur in all spotted owl habitat types. All hazardous fuels treatments in the Last Chance Project Area are maintenance treatments, within stands that have previously been treated for hazardous fuels reduction at least once, and are designed to maintain the current stand condition.

*Lop-and-Scatter and Burning*
The remaining slash (live and dead material 8 inches or less in diameter) in the treatment units after harvest, including all stems and branches, would be cut from the tree trunk and scattered. Trunks 7 inches in diameter and less would be cut to 3-foot lengths and left on the ground. Slash depth would not exceed 18 inches. Underburning may be proposed in treatment units to reduce fire hazard.

*Hand Piling, Mechanical Piling, and Pile Burning*
Material between 1 and 7 inches in diameter, and approximately 4 feet in length, would be hand piled. The piles would be a minimum of 4 feet high and 6 feet in diameter. Piles would be burned in the fall, winter, or spring and would occur within 2 years or less of being piled.

Mechanical piling and pile burning would occur in the treatment units with slopes less than 35 percent. Mechanical equipment would pick up material and walk it to the pile. Material would not be pushed into a pile. Equipment would only travel on previously used skid trails. If machine piled, material between 2 and 12 inches in diameter and 4 feet long would be piled. The piles would be a minimum of 8 feet high and 10 feet in diameter. Some fuels treatments could begin as early as 90 days after completion of harvest activities (depends on the season and the type of contract). Piles would be burned in the fall to winter and burning of piles would occur within six months to 3 years of being piled.

*Underburning*
Underburning may be proposed in treatment units to treat residual slash and reduce fire hazard. In proposed treatment units, underburning would be used to remove at least 60 percent of slash less than 3 inches in diameter and a lesser amount of larger fuel size classes. Underburning would be implemented in the winter, spring, or fall. Treatment units are analyzed for possible

34

KSW00313

underburning based on the amount of residual slash, resource objectives, strategic and logistical concerns (aspect, ridgetops, roads, proximity to other fuels treatments, values at risk, etc.). BLM fire and fuels management personnel would conduct post-treatment evaluations to determine the need for underburning.

Follow-up maintenance underburning may take place within five years following initial treatments. Underburning involves the controlled application of fire to understory vegetation and downed woody material when fuel moisture, soil moisture, and weather and atmospheric conditions allow for the fire to be confined to a predetermined area at a prescribed intensity to achieve the planned resource objectives. Prescribed underburning usually occurs during late winter to spring when soil and duff moisture conditions are sufficient to retain the required amounts of duff, large woody material, and to reduce soil heating. Occasionally, these conditions can be met during the fall season.

*Biomass Removal*
Whole trees or tree tops would be yarded to log landings, the tree tops and limbs removed and piled at the landings, and the resulting slash piles hauled away from the landings. Whole tree yarding and tree top yarding would not be required but are options for treating activity slash.

**Proposed Action Implementation Methods**
The proposed timber harvest extraction would be implemented using a variety of manual and mechanical tools. These methods include ground-based, skyline-cable, and helicopter log extraction.

Polygons representing possible landing locations were included in the proposed units GIS layer used to determine effects from the proposed actions. All landings occurring outside of proposed units or within units with prescriptions that would not remove spotted owl habitat were included in the analysis. Approximately 44 acres of NRF habitat and 41 aces of dispersal-only habitat would be removed from landing construction within the Rogue Gold, Trail Creek, and Last Chance Projects. The habitat effects from the proposed landing construction are analyzed as a separate treatment area and have been incorporated into the total habitat effects for the Projects as habitat removal (Table 16). Openings created from proposed yarding corridors were assessed and added to the potential treatment effects determination for each unit (either modified and maintained habitat function or downgraded NR or F habitat). Per the timber sale contracts, yarding corridors are limited to 12 feet in width. The prescription writers/silviculturists work with logging systems foresters to determine where more basal area retention is needed to account for potential openings from yarding corridors, while still maintaining habitat function post-treatment. Additionally, the BLM would use one of the timber sale contract stipulations (L-24) to ensure canopy cover is retained, when necessary. The L-24 stipulation requires yarding corridors to be flagged prior to harvesting the unit and if previously reserved trees are needed for yarding corridors, a tree previously marked for harvest could be re-marked as reserve to replace the original reserved tree in the corridor. BLM contract administrators walk the flagged corridors and identify equivalent reserve trees in the unit if needed to replace marked reserve trees located in flagged corridors. The BLM contract administrator makes the final approval before the contractor is allowed to move forward with cutting and yarding operations along the corridors.

KSW00314

Known spotted owl nest tree locations were compared with the proposed cable units and this evaluation found that no known nest trees are located near potential guy line anchor or tailhold tree estimated paths or locations. Therefore, the BLM has determined that no known spotted owl nest structures would be removed because of tailhold or anchor trees, or damaged by yarding cables. Spotted owl surveys are being conducted consistent with the spotted owl survey protocol, including surveys at known sites and proposed timber sale areas. If spotted owls are located, the BLM will evaluate the spotted owl locations relative to the logging systems and make changes as appropriate consistent with BLM authorities which could include modification to the logging systems or reducing the number of anchor trees.

The exact number of guyline or tailhold trees that would be cut in the proposed units is unknown, but the potential exists for several to be cut adjacent to each cable unit. Guyline or tailhold trees could be cut in nesting-roosting, foraging, dispersal-only, or non-habitat. Even though several trees could be cut, these stands adjacent to the harvest units are still anticipated to retain their current habitat function post-treatment because it is estimated that no more than three to six trees per landing would be cut. The total number of trees to be cut would depend on the amount of yarder settings/landings for each unit. The removal is not expected to have substantial reductions to the canopy cover or basal area, change multi-layer stand conditions (if they exist), or remove other key habitat components. The number of individual trees that could be cut would not collectively change the current function of nesting-roosting, foraging, or dispersal-only stands in which they occur. BLM contract administrators inspect these guyline and tailhold trees while the timber sale is active and report findings to the wildlife biologist and other resource specialists. All landings need approval from the BLM contract administrator prior to being cut. In some cases, the adjacent areas where the guylines are located do not qualify as habitat, and when single remaining trees are not present, dozers would be used as anchors. According to Oregon OSHA Regulations, felled trees would be removed from the site if they cannot be stabilized and pose an additional threat of sliding or rolling onto roadways (OAR 437-007-0225 and OAR 437-007-0500). Potential guyline or anchor trees are not expected to occur in known spotted owl nest patches.

Access to some units would require road construction to extract timber. Habitat effects from road construction are analyzed as separate treatment areas if they are located outside of habitat removal units and have been incorporated into the total habitat effects for the Projects as habitat removal (Table 16). The roads were buffered to create polygons to represent the effects from the road building. These buffers were included in the proposed units GIS layer used to determine effects from the proposed actions. All road construction outside of proposed units or within NR or F modified, or dispersal-only modified units were included in the analysis. Approximately 191 acres of NRF habitat and 177 acres of dispersal-only habitat would be removed by proposed road construction scattered throughout the Rogue Gold, Trail Creek, and Last Chance Projects.

For all the activities included above, reinitiation of consultation would occur if the actual effects from these actions exceed the anticipated effects described in the Assessment.

**Project Design Criteria**
Project Design Criteria (PDC) are conservation measures applied to project activities designed to reduce and minimize potential detrimental effects to listed species. In some cases, use of PDC

KSW00315

may result in a determination of *may affect, not likely to adversely affect* (NLAA) for a project which may have otherwise been determined to be a *may affect, likely to adversely affect* (LAA).

Physical impacts to habitat and disturbances to individual spotted owls can be reduced or avoided with PDC. Table A-1 (Assessment, Appendix A) provides the disturbance, and/or physical injury distance thresholds for spotted owls which would be used to develop appropriate timing restrictions for proposed activities. PDC involving seasonal restrictions will be implemented unless completed spotted owl protocol surveys (or other best available information) (USDI FWS 2012) indicate either non-occupancy or non-nesting of target species. The District retains discretion to halt and modify all projects, anywhere in the process of project completion, should new information regarding effects to proposed and listed threatened or endangered species, or their critical habitat, arise. Use of the 2012 Northern Spotted Owl Survey Protocol serves two primary purposes: (1) provide a methodology that results in adequate coverage and assessment of an area for the presence of spotted owls, and (2) ensure a high probability of locating resident spotted owls and identifying owl territories that may be affected by a proposed management activity, thereby minimizing the potential for unauthorized incidental take (USDI FWS 2012). Minimization of impacts will then, at the least, include the application of an appropriate seasonal restriction to minimize disruption impacts; and could include clumping of retention trees around nest trees, establishment of buffers, dropping unit(s) or portions of units, or modifying prescriptions. Also, should such a situation arise, the interagency Level 1 team will be convened to evaluate whether reinitiating consultation will be necessary.

If any resident spotted owls are located during surveys, District staff biologists and the interagency Level 1 team will review PDC and the consultation to evaluate whether the ESA analysis remains valid given the circumstances. Timber sales have a contract clause (E-3) that authorizes the District to initiate a stop work order to the timber sale contractor when threatened and endangered species are found in the timber sale or to comply with court orders (Assessment, Appendix A). If or when a spotted owl or other listed species is found in a Project Area the timber operators would be notified in writing by the contracting officer to stop the work until the issue is evaluated further. If the impacts are no longer consistent with the analysis of effects in this Opinion, the Project will remain stopped until the BLM completes one or more of the following:
- Modifies the proposed action to ensure that impacts remain as described in the consultation documents.
- Imposes seasonal protections (if necessary).
- Reinitiates and completes new consultation.

All actions included in this Opinion will be consistent with the PDC described below.

**The following PDC are designed to help reduce impacts to northern spotted owls:**

1) Activities would be seasonally restricted between March 1 and July 15 within the disruption distances as described in Table A-1 in Appendix A, for any occupied spotted owl site.

2) No timber harvest will occur within 0.25 mile of any known spotted owl site from March 1 through July 15, unless protocol surveys have determined owls are not

KSW00316

present, are non-nesting, or nesting has failed.

3) The proposed treatments are designed to avoid incidental take (per Level 1 discussions with the Service) while contributing to the District's ASQ, improving forest resilience, and developing spotted owl habitat in the LSR LUA (USDI BLM 2016a). BLM wildlife biologists and silviculturists worked together to design treatments in occupied spotted owl habitat/sites to avoid incidental take.

4) Spotted owl protocol (USDI FWS 2012) surveys have been conducted for two or more years for each project prior to the completion of this Assessment (with the minor exception below). Surveys will continue until project implementation is complete and if resident spotted owls are located during protocol surveys before implementation is complete, units within any detected resident owl home ranges would be dropped or modified to eliminate potential adverse effects that could lead to an incidental take determination. BLM will share information with the Service in a timely manner to evaluate the potential for incidental take as survey results become available and as warranted. Survey results will be shared with the Level 1 team at the end of each survey season to discuss the survey results and appropriate conservation measures.

- Two sites (site 3253B in the Trail Creek Project and site 0935A in the Last Chance Project) with anticipated adverse impacts to NRF habitat from the proposed action had a break in annual surveys and as a result, recent occupancy status at these sites is unknown. The BLM is deferring harvest at these two sites until protocol surveys can be completed. Due to the break in surveys, the BLM will restart the protocol surveys in the spring of 2023, and harvest will not start in the units within these home ranges before the 2nd year of consecutive surveys have been completed in 2024. Proposed treatments will be adjusted accordingly depending on survey results and final occupancy status of these sites.

5) Wildlife biologists will review proposed activities through current and on-going field office project tracking procedures, which may include field reviews. The purpose of this involvement is to ensure the project minimizes impacts to listed species and the project is carried out as described in this Opinion and supporting documents, including implementing seasonal restrictions and other PDC.

6) Prescriptions designed to maintain nesting-roosting or foraging habitat function at the unit scale would implement the following project design criteria below to ensure the function of the habitat would remain post-treatment. Best available information from the Klamath Mountains and West Cascades Provinces, and as summarized in USDA FS and USDI BLM (2013) informs the treatments and PDC.

- Nesting-roosting habitat (NR) would retain an average of 60 percent canopy cover. Generally, no more than 20 percent of the existing basal area would be removed (Anthony and Wagner 1998) in NRF habitat. This includes having at least 180 ft$^2$/acre total basal area (conifer and hardwoods) retention. As part of following the District's Planning and Implementation Quality Control Plan (USDI BLM 2015b), the wildlife biologist and prescription writer would review pre- harvest mark of the

KSW00317

NR units to ensure sufficient habitat elements are retained so the units would still function as nesting-roosting habitat post-treatment.  If deficiencies are found in the mark, the wildlife biologists and prescription writer will adjust the mark to retain sufficient habitat elements (greater than 60 percent canopy cover, at least 180 ft$^2$/acre total basal area, layering, etc.).

- Foraging stands would retain an average of 60 percent canopy cover and will have at least 150 ft$^2$/acre total basal area (balanced mix of conifer and hardwoods) retention.  The wildlife biologist and prescription writer would review the  foraging units to ensure habitat elements, including basal area and canopy cover, are retained to ensure the stands would still function as foraging habitat post- treatment.

- For riparian thinning prescriptions, in occupied spotted owl home ranges, the BA retention would be 160-200 square feet of BA/acre, and outside of occupied spotted owl home ranges, the BA retention would be 120-160 BA/acre.

- Multiple canopy layers would be retained in stands with more than one layer present prior to treatment.  These conditions are documented prior to treatment during habitat evaluations and/or silviculture stand exams.  The mark inspection process includes the evaluation of how the mark impacts the layering and would be adjusted as needed to ensure pre-treatment layering is retained post-treatment (USDI BLM 2015b).

- Decadent components such as large snags, large character trees (live trees with deformities) large down wood, and large hardwoods, would be retained.  Based  on manager discretion, snags and danger/hazard trees that must be felled to meet Occupational Safety and Health Administration guidelines would be left on site, used for stream restoration, or sold, depending on the proximity to roads, streams, and the LUA.

- In prescriptions that include the creation of small openings (approximately 0.25 acre to 1 acre) and where the objective is to maintain habitat function, the openings would be distributed throughout the unit in a manner to retain sufficient canopy cover, basal area, and key habitat features as described above and the total acres of openings would not exceed 20 percent of the treatment area to maintain NRF quality and canopy cover.  In order to keep the openings less than one acre, created small openings (patch cuts) will not be placed adjacent to other existing or created openings.  Fewer openings will be included in the prescriptions in units with additional thinning in order to retain sufficient basal area (150 ft$^2$/acre minimum for foraging or 180 ft$^2$/acre minimum for nesting-roosting) and canopy cover (at least 60 percent) to maintain habitat function (as described above).

- Post-harvest fuels treatments, understory reduction, or pre-commercial thinning would only be done if the existing post-harvest layering

KSW00318

(especially the lower canopy layers) would not be removed as a result of the activity fuels treatments. The post-harvest layering conditions and need for additional understory treatments would be assessed by the Project wildlife biologist, fuels specialist, and prescription writer.

7) Prescriptions designed to maintain dispersal-only habitat function at the unit scale post- treatment would implement the following project design criteria below to ensure the function of the habitat and the conditions that would classify the stand as dispersal-only habitat would remain post-treatment. Best available information from the Klamath Mountains and West Cascades Provinces, and as summarized in USDA FS and USDI BLM (2013) informs the treatments and PDC.

- Canopy cover in treated dispersal-only units would be retained at an average of 40 percent, which would provide the minimum canopy to function as dispersal-only habitat.

- Decadent components important to owls, such as large snags, large down wood, and large hardwoods, would be retained. Based on Manager discretion, snags or danger/hazard trees that must be felled for Occupational Safety and Health Administration guidelines would be left on-site, used for stream restoration, or sold, depending on the proximity to roads, streams, and the LUA.

8) No known nest trees would be removed where treatments in the nest patch would occur. This includes Rogue Gold sites 0102O, 0956O, 0958A, 4045A, and 4621O; Trail Creek sites 1949A, 2625O, 2629O, 3394A, and 4381O; and Last Chance sites 0068O, 0099O, 0928O, 1731O, 2068O, 2015A, and 2070A. All of these sites are unoccupied (per protocol surveys). All treatments that do occur in the nest patch of the above sites occur at the periphery of the nest patch and do not overlap known nest tree locations, with the exception of sites 0068O and 1731O. The nest tree locations in sites 0068O and 1731O are unknown because either the nest trees were located in the 1990s before accurate GPS technology, or fledglings were located after they left the nest. In addition, a wildlife biologist will review proposed activities through current and on-going field office project tracking procedures, which may include on-the-ground field reviews of marked stands to ensure all known spotted owl nest trees are retained. Further, as described in the *Project Prescriptions by LUA* section above, large trees will be retained in all treatment units. This includes all dominant Douglas-fir and pine trees that were established prior to 1850 and are both greater than or equal to 40 inches DBH (HLB-LITA and MITA) or 36 inches DBH (HLB-UTA), as well as all madrone, big leaf maple, and oak trees greater than or equal to 24 inches DBH.

9) Large standing snags and down wood will be retained in proposed harvest units to meet the SWO RMP/ROD management direction (USDI BLM 2016a). Generally, the marking guidelines favor the retention of large hardwoods and large deformed trees, which provide nesting opportunities for spotted owls. Based on Manager discretion, snags and danger/hazard trees that must be felled to meet Occupational Safety and Health Administration guidelines would be left on site, used for stream restoration, or sold, depending on the proximity to roads, streams, and the LUA.

KSW00319

10) The planning and implementation of the Rogue Gold, Trail Creek, and Last Chance Projects will be consistent with the District's Planning and Implementation Quality Control Plan (USDI BLM 2015b) current at the time of project implementation. Note the Plan is periodically revised; project implementation will be consistent with the current plan. The citation provided here represents the current plan.

11) The timber sale mark in proposed units that modify nesting-roosting or foraging habitat would be reviewed by the project wildlife biologist prior to implementation to ensure the prescription would retain the function of NR or F habitat post-treatment. The priority for review would be in the home ranges of occupied owl sites to ensure accurate implementation in the relatively more demographically meaningful areas for spotted owls. Foraging units retaining at least 150 ft$^2$/acre total basal area (conifer and hardwoods), would also be a high priority for review. The desired habitat retention stand conditions described in the definition section above would be checked in the field by the project area biologist and/or the prescription writer. Specifically, the mark review would include checking and documenting how the mark would affect the following stand/habitat elements: tree DBH, basal area, canopy cover, multi-layered structure (if present), skip placement, and gap sizes. Additional trees would be marked for retention if the field review indicated the habitat function (i.e., high canopy cover, layering, basal area, etc.) as intended in the prescription would not be retained post-harvest (USDI BLM 2015b).

12) Habitat determinations for the Rogue Gold, Trail Creek, and Last Chance Hazardous Fuels Reduction Treatment (HFR) units were based on GIS and have not been field verified. Therefore, the exact habitat conditions and structure are unknown at this time but were assigned to the NRF habitat type when data was not available to identify nesting-roosting or foraging habitat. Field habitat evaluations would be conducted in all NRF units prior to initiating any HFR treatments within the 0.5- mile core use areas and home ranges of occupied spotted owl sites associated with the Rogue Gold, Trail Creek, and Last Chance Projects.

13) If field habitat evaluations locate nesting-roosting habitat (as opposed to foraging or dispersal-only habitat), the fuels specialist would work with the wildlife biologist to modify the prescription (i.e., retain more understory and utilize winter/early spring burning windows) to ensure that key habitat features, such as complex structure and multi-layered canopy structure would be retained post-treatment to maintain nesting- roosting habitat function.

14) Seasonal restrictions would be implemented for any HFR treatments proposed to occur in NRF habitat, where habitat evaluations and spotted owl surveys are not current at the time of implementation. These seasonal restrictions would be waived if field habitat evaluations determine the units are dispersal-only habitat or if protocol surveys (project clearance or demography protocol) determine resident single or territorial pairs are not present.

15) HFR Treatments would be distributed over time and space and would be implemented over several years and throughout the Action Area.

KSW00320

**ANALYTICAL FRAMEWORK FOR THE JEOPARDY AND DESTRUCTION OR ADVERSE MODIFICATION DETERMINATIONS**

**Jeopardy Determination**

In accordance with our regulations (see 50 CFR § 402.02, 402.14(g)), the jeopardy determination in this Biological Opinion relies on the following four components:

1. The *Status of the Species* evaluates the species' current range-wide condition relative to its reproduction, numbers, and distribution; the factors responsible for that condition; its survival and recovery needs; and explains if the species' current range-wide population retains sufficient abundance, distribution, and diversity to persist and retains the potential for recovery (see Endangered Species Consultation Handbook, March 1998, pp. 4-19 to 4-22; USDC NOAA-NMFS and USDI FWS 1998).

2. The *Environmental Baseline* section of this Biological Opinion evaluates the past and current condition of the species in the action area relative to its reproduction, numbers, and distribution absent the effects of the proposed action; including the anticipated condition of the species contemporaneous to the term of the proposed action; the factors responsible for that condition; and the relationship of the action area to the survival and recovery of the species.

3. The *Effects of the Action* section of this Biological Opinion evaluates all consequences to the species that are reasonably certain to be caused by the proposed action (i.e., the consequences would not occur but for the proposed action and are reasonably certain to occur) and how those consequences are likely to influence the survival and recovery of the species.

4. The *Cumulative Effects* section of this Biological Opinion evaluates the effects of future State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area of the Federal action subject to consultation, on the species and its habitat, and how those effects are likely to influence the survival and recovery of the species.

In accordance with policy and regulation, the jeopardy determination is made by formulating the Service's opinion as to whether the proposed Federal action, including its consequences, taken together with the status of the species, environmental baseline, and cumulative effects, reasonably would be expected to reduce appreciably the likelihood of both the survival and recovery of the species in the wild by reducing the reproduction, numbers, or distribution of that species.

The Project Areas are located within the Oregon Klamath Mountains Physiographic Province; the Trail Creek Project also partially overlaps the West Cascades Physiographic Province. These Provinces are recognized as recovery units in the Northern Spotted Owl Revised Recovery Plan. Pursuant to Service policy, when an action impairs or precludes the capacity of a recovery unit from providing both the survival and recovery function assigned to it, that action may represent

KSW00321

jeopardy to the species. When using this type of analysis, the Biological Opinion describes how the action affects not only the recovery unit's capability, but also the relationship of the recovery unit to both the survival and recovery of the listed species as a whole. For the spotted owl, when an action impairs or precludes the capacity of a recovery unit from providing both the survival and recovery function assigned to it, that action may inform the jeopardy analysis of the spotted owl at the range-wide scale.

The analysis in the following sections places an emphasis on consideration of the range wide survival and recovery needs of the spotted owl and the relationship of the action area to the survival and recovery of the spotted owl at the range wide and provincial scales as the context for evaluating the significance of the effects of the proposed Federal action, taken together with cumulative effects, for purposes of making the jeopardy determination.

**Destruction/Adverse Modification Determination**

In accordance with regulations and regional implementing guidance, the destruction or adverse modification (DAM) determination in this Biological Opinion relies on the following four components:

1. The *Status of Critical Habitat* section evaluates the range-wide condition of the critical habitat (CH) in terms of essential habitat features, primary constituent elements, or physical and biological features that provide for the conservation of the listed species; the factors responsible for that condition; and the intended value of the CH for the conservation of the listed species (see Endangered Species Consultation Handbook, March 1998, pp. 4-19, 4-22; USDC NOAA-NMFS and USDI FWS 1998).

2. The *Environmental Baseline* section of this Biological Opinion evaluates the past and current condition of the CH in the action area absent the effects of the proposed action; including the anticipated condition of the species and its CH contemporaneous to the term of the proposed action; the factors responsible for that condition; and the conservation value of CH in the action area for the conservation of the listed species.

3. The *Effects of the Action* section of this Biological Opinion evaluates all consequences to CH that are reasonably certain to be caused by the proposed action (i.e., the consequences would not occur but for the proposed action and are reasonably certain to occur) and how those consequences are likely to influence the conservation value of the affected CH for the species in the action area.

4. The *Cumulative Effects* section of this Biological Opinion evaluates the effects to CH of future State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area of the Federal action subject to consultation, and how those effects are likely to influence the conservation value of the affected CH for the species in the Action Area.

In accordance with regulation, the DAM determination is made by formulating the Service's opinion as to whether the effects of the proposed Federal action, taken together with the status of the critical habitat, environmental baseline, and cumulative effects, reasonably would be

KSW00322

expected to result in a direct or indirect alteration that appreciably diminishes the value of CH for the conservation of the species.

The following analysis places an emphasis on using the intended range-wide and provincial scale recovery functions of spotted owl critical habitat and the role of the action area relative to those intended functions as the context for evaluating the significance of the effects of the proposed Federal action, taken together with cumulative effects, for purposes of making the adverse modification determination.

In the following sections the jeopardy analysis for the spotted owl is presented first, followed by the adverse modification analysis for spotted owl critical habitat. The *Conclusion* section then provides the section 7(a)(2) determinations based on each of these analyses.

## STATUS OF THE SPECIES – NORTHERN SPOTTED OWL

The northern spotted owl was listed as threatened on June 26, 1990, due to widespread loss of habitat across the owl's entire range and the inadequacy of existing regulatory mechanisms to conserve the owl (55 FR 26114). Primary threats to spotted owls have changed since its initial listing; range-wide competition from invasive barred owls is currently considered the primary driver of spotted owl population declines, in addition to high-severity wildfire posing significant risks to spotted owl habitat (85 FR 81144, p. 81146; Franklin et al. 2021, p. 2). Relevant information pertaining to the life history, threats, and status of the spotted owl is summarized below. A detailed accounting of the range-wide status of the northern spotted owl is provided in Appendix A.

### <u>Spotted Owl Resource Use</u>

Because complete range wide population surveys for the spotted owl are not available, this analysis evaluated effects of proposed activities on the spotted owl based on the extent, duration, and timing of habitat-altering activities and how those alterations are likely to affect spotted owl nesting, roosting, foraging, and dispersal behavior based on known spatial and habitat use relationships exhibited by the spotted owl (see USDA FS and USDI BLM 1994a and 1994b, Lehmkuhl and Raphael 1993, Meyer et al. 1998, and Courtney et al. 2004). The anticipated amount of forest habitat likely to be used by spotted owls is based on the known range of habitat conditions used by spotted owls for nesting, roosting, and foraging (see Thomas et al. 1990 and Courtney et al. 2004). In addition, the basis for a finding that a proposed action is reasonably certain to significantly impair the breeding, feeding, sheltering and/or dispersal of affected spotted owls relies on the scientifically recognized range of habitat conditions that are known to adequately provide for spotted owl life history requirements.

Spotted owls exhibit clear, consistent patterns of habitat association, and these patterns can provide the foundation for assessing the potential effects caused by land management activities. In the 1990 *Conservation Strategy for the Northern Spotted Owl*, the Interagency Scientific Committee (Thomas et al. 1990) stated that:

"With the exception of recent studies in the coastal redwoods of California, all studies of

KSW00323

habitat use suggest that old-growth forests are superior habitat for northern spotted owls. Throughout their range and across all seasons, spotted owls consistently concentrated their foraging and roosting in old-growth or mixed-age stands of mature and old-growth trees…Structural components that distinguish superior spotted owl habitat in Washington, Oregon, and northwestern California include: a multilayered, multispecies canopy dominated by large (> 30 inches DBH) conifer overstory trees, and an understory of shade-tolerant conifers or hardwoods; a moderate to high (60-80 percent) canopy closure; substantial decadence in the form of large, live coniferous trees with deformities-such as cavities, broken tops, and dwarf mistletoe infections; numerous large snags; ground cover characterized by large accumulations of logs and other woody debris; and a canopy that is open enough to allow owls to fly within and beneath it."

Fifteen years later, the conclusions of the Interagency Scientific Committee were echoed in the *Scientific Evaluation of the Status of the Northern Spotted Owl* (Courtney et al. 2004), which found that the habitat attributes identified by Thomas et al. (1990) remain important components of spotted owl habitat. Notably, positive relationships were found with the aforementioned attributes whether the samples of spotted owl and random locations were within old-growth forest, non-old growth forest, National Parks, public land, or private land. In 2011, the Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011) again reiterated the association of spotted owls with older forest conditions, stating: "Spotted owls generally rely on older forested habitats (Carroll and Johnson 2008) because such forests contain the structures and characteristics required for nesting, roosting, and foraging (NRF)."

Spotted Owl Spatial Use of Forest Landscapes

A major advance in our understanding of spotted owl habitat relationships from Thomas et al. (1990) to the present is that we now have a much better understanding of the spatial scale of habitat selection (see Hunter et al. 1995, Meyer et al. 1998, Zabel et al. 2003) and the relationships of habitat to spotted owl fitness (Franklin et al. 2000, Olson et al. 2004, Dugger et al. 2005). Several studies have shown that spotted owls optimize selection of their nest sites to maximize the amount of older forest habitat close to the nest (see Ripple et al. 1991, Ripple et al. 1997, Swindle et al.1999, and Perkins 2000) in addition to selecting habitat on a larger landscape basis (Ripple et al. 1997 and Swindle 1999). On that basis, evaluations of spotted owl spatial use of an area and habitat are most meaningfully conducted at two spatial scales: the home range and core-use area, recognizing that habitat selection at a larger home range scale is likely dependent on the smaller core-use area (see Johnson 1980 for hierarchy of habitat selection).

Spotted Owl Core Areas and Home Ranges

As spotted owls are central place foraging animals, areas closer to the nest site receive disproportionally greater use (Rosenberg and McKelvey 1999). Resources such as food and breeding and resting sites can be patchily distributed in heterogeneous landscapes, such as those prevalent throughout the physiographic provinces. In such landscapes, animals are likely to disproportionately use areas that contain relatively high densities of important resources (Powell 2000), with concentrated use close to their nests. These disproportionately used areas are referred to as "core areas" (Bingham and Noon 1997).

KSW00324

Based on best available information, we are utilizing the documented spotted owl spatial use patterns of home range and core-use areas to inform potential project effects to the species. Due to the impracticality of conducting radio telemetry on each individual owl potentially affected, the Service uses circles as surrogates for approximating spotted owl home range and core–use areas to inform impacts to the species. It is recognized that spotted owls may adjust the shape of their home ranges to encompass as much older forest habitat as possible (Carey et al. 1992). As such, the use of circles may not correspond exactly with the areas used by spotted owls and may be more defined by other factors such as topographic features (e.g., drainages), abundance and availability of prey species, and the distribution and/or abundance of competitors and predators (Anthony and Wagner 1998, pp. 5-6, 1-17; summarized by Courtney et al. 2004, pp. 5-4 through 5-7). However, the practice of using circles has a biological basis (Lehmkuhl and Raphael 1993) and has been utilized by many researchers (Thomas et al. 1990, Ripple et al. 1991, Lehmkuhl and Raphael 1993, Ripple et al. 1997, Swindle et al. 1999, Perkins 2000, Franklin et al. 2000, Olson et al. 2004, Dugger et al. 2005) by providing a uniform method for quantifying (comparing/contrasting) spotted owl habitat. Use of circles, as opposed to other shapes (i.e., square, rectangles, etc.) imposes no bias on what is included or excluded for analysis. The use of circles also seems appropriate for species, like the spotted owl, characterized as a "central place species" and provides a simple unbiased measure of habitat availability at multiple ecologically-relevant scales surrounding spotted owl sites. Described further within this Opinion, the use of circles that correspond to minimum convex polygon (MCP) estimates (and used interchangeably) should be large enough to include habitat to meet all major life history needs and include areas important to both members of most pairs.

*Core Area*

Thomas et al. (1990) found that amounts of suitable habitat within 0.7 miles (986 acres) of spotted owl activity centers were important to spotted owl life history functions, and that the amount of suitable habitat around nest sites was significantly greater than the amount of suitable spotted owl habitat in random circles. Schilling et al. (2013) found similar results for spotted owls in southwest Oregon in that the probability of stand use decreased with increasing distances from the nest area.

The findings of Thomas et al. (1990) illustrate the importance of the amount of suitable habitat within a spotted owl territory to support the life history requirements of the spotted owl. The results of subsequent studies (see below) have also indicated that a 0.5-mile radius circular area encompassing 500 acres around spotted owl activity centers is likely a more appropriate scale at which to evaluate the amounts of habitat required by breeding spotted owls (USDI FWS 2009 and USDI FWS 2011 Appendix A). These studies relied on three primary sources of information to support the 500-acre core area size: (1) the distribution of locations of radio-telemetered spotted owls; (2) the territorial spacing patterns of spotted owls; and (3) the results of studies comparing relative habitat selection by spotted owls at different scales (see Appendix A- Status of the Species, Habitat Use and Selection).

Habitat-fitness and landscape models and other publications have demonstrated the importance of having sufficient amounts of NRF habitat within spotted owl core areas to adequately provide for spotted owl survival and reproduction, and access to prey (Franklin et al. 2000; Zabel et al.

KSW00325

2003; Olson et al. 2004; Dugger et al. 2005). Habitat-based fitness, or habitat fitness potential (HFP), is the "fitness conferred on an individual occupying a territory of certain habitat characteristics" (Franklin et al. 2000). HFP is function of both the survival and reproduction of individuals within a given territory. For example, the data sets analyzed by Franklin et al. (2000) and a similar study by Dugger et al. (2005) were re-analyzed to evaluate the relationship between HFP and the simple proportion of older forest within spotted owl core areas. Both studies found high quality spotted owl territories had at least 50 percent older forest. Collectively, researchers have reported a wide range (35 to 60 percent) of mean proportions of older forest at the core area scale around spotted owl nests in southwest Oregon and northwest California (Hunter et al. 1995; Ripple et al. 1997; Meyer et al. 1998; Franklin et al. 2000; Dugger et al. 2005). It is difficult to assess how much of this variation was due to differences in ecological setting, spatial scale, habitat classification, and individual variation among owls. Nonetheless, the central tendency of these results was roughly 50-60 percent older forest habitat within spotted owl core-use areas. The best available information suggests that older forest is more likely than other vegetation classes to provide the spotted owl with suitable structures for perching and nesting, a stable, moderate microclimate at nest and roost sites, and visual screening from both predators and prey.

*Home Range*

The home range is the "area traversed by the individual in its normal activities of food gathering, mating, and caring for young" (Burt 1943, p. 351). Within home ranges, areas receiving concentrated use, typically surrounding the nest site and favored foraging areas, are called core areas (Bingham and Noon 1997). Establishing the exact spatial extent of a spotted owl's home range and core area based on relative use within a home range typically requires use of radio-telemetry. Because of the intensity and high cost of radiotelemetry, action agencies are not able to conduct this type of study for specific projects. Therefore, for the purposes of assessing a project's potential impacts to the spotted owl, the Service approximates circles of similar size to the provincial median home range and core-use area estimates of spotted owls (see home range estimates in Thomas et al. 1990 and reaffirmed in Courtney et al. 2004), centered on spotted owl nest sites or activity centers (see below).

There are numerous analytical techniques for estimating home range sizes based on animal locations (reviewed in Powell 2000). For estimating median annual home range size of spotted owl pairs in Oregon (and elsewhere in the spotted owl's range), the estimator typically used was the minimum convex polygon or MCP method (Thomas et al. 1990 and 57 FR 1796). Because the MCP estimates are generally large (as compared to other methods), they provide relatively conservative values on which to base the outer habitat-analysis area in that they include distant but likely important patches of habitat in such home ranges.

Based on the median MCP home range estimate for spotted owl pairs, the following estimates by NWFP Province will help inform a spotted owl spatial analysis for Oregon: Coast Ranges Province = 4,524 acres or a circle with a 1.3-mile radius; West Cascades Province = 2,895 acres or a circle with a 1.2-mile radius; and the Klamath Province = 3,398 acres or a circle with a 1.3-mile radius. Within a home range, the smaller core-use area estimate of 500 acres or a circle with a 0.5-mile radius will inform the spotted owl core-use area analysis for each of the aforementioned provinces (Thomas et al. 1990; 57 FR 1796; Carey et al. 1992; Anthony and

KSW00326

Wagner 1998; Irwin et al. 2000; Courtney et al. 2004; Glenn et al. 2004; and USDI FWS 2011). For purposes of this analysis, the core-use/home range area circle(s) will be centered on a spotted owl activity center that represents the area that spotted owls are likely to use for nesting and foraging in any given year. In situations where there is local information available on home range and core-use areas, those estimates should be given consideration for use.

Bart (1995) evaluated the suggestion in the 1992 draft recovery plan for the spotted owl (USDI FWS 1992) that at least 40 percent of the estimated home range be retained as suitable habitat. Using demographic data from throughout the spotted owl's range, including Oregon, Bart (1995) calculated that spotted owl populations are stable when the average proportion of NRF habitat in the home range is 30 to 50 percent. Olson et al. (2004) found for their Oregon Coast Ranges study area that mid and late-seral forest is important to spotted owls, but also found that a mixture of these forests with early seral forest improved spotted owl productivity and survival. Spotted owl demography and the presence of spotted owls appear to be positively associated with an intermediate amount of horizontal heterogeneity in forest habitat at the home range scale (Schilling et al. 2013); findings reported in more recent papers (see USDI FWS 2009) have been consistent with those of Bart (1995).

*Site Occupancy*

Habitat-based assessments have been used in various studies to estimate the presence (occupancy) of breeding spotted owls; these tools are important for evaluating the species-habitat relationships. Bart (1995) reported that occupied spotted owl core areas contained at least 30 to 50 percent mature and old growth forest and spotted owl demographic performance, particularly occupancy, increases with increasing amounts of NRF habitat in the core area. Meyer et al. (1998) examined landscape indices associated with spotted owl sites versus random plots on BLM lands throughout Oregon. Across provinces, landscape indices highly correlated with the probability of spotted owl occupancy included the percent of older forest (approximately 30 percent) within the 500 acres (analogous to a core area) surrounding the site (and this predictive value decreased with increasing distance), and that territory occupancy decreased following the harvest of NRF habitat in the vicinity of the affected core area. Zabel et al. (2003) found for their northwest California study area that the highest probability of spotted owl occupancy occurred when the core area is comprised of 60 - 70 percent nesting/roosting habitat. Stepping up to the larger home range scale, Thomas et al. (1990), Bart and Forsman (1992), Bart (1995), Olson et al. 2004, and Dugger et al. (2005) suggest that when spotted owl home ranges are comprised of less than 40 to 60 percent NRF habitat, they were more likely to have lower occupancy and fitness.

The Service recognizes that many different combinations of forest habitat structure and amount at various spatial scales may support viable spotted owl territories sufficient for the survival and reproduction of individual owls. Despite consistent patterns of habitat selection by spotted owls, structural conditions of forest habitats occupied by spotted owls are highly variable. However, overall, the best available information suggests that: (1) the probability of spotted owls occupying a given patch of forest habitat is increased when core areas contain a range of forest habitat conditions that support the essential life history requirements of individual spotted owls; and (2) the survival and fitness of spotted owls are positively correlated with larger patch sizes of

KSW00327

older forest or larger patches of forest habitat with a high proportion of older forest (Franklin et al. 2000; Olson et al. 2005; Dugger et al. 2005). Site specific circumstance of habitat quantity, quality and the parameters of the proposed action inform the effects analysis at all spatial scales.

*Non-territorial Spotted Owls*

Northern spotted owl populations include a territorial and to a lesser extent a non-territorial component. The non-territorial (non-breeding) adult component is sometimes referred to as ''floater'' spotted owls. Non-territorial spotted owls use closed canopy forest habitat to support transient and colonization phases until they recruit into the breeding population. Non-territorial spotted owls generally persist in the population and use a series of temporary home ranges to systematically sample or "prospect" the underlying network of resident territories along a somewhat erratic dispersal path (Forsman et al. 2002, p. 30). Because they are difficult to detect, the number and distribution of non-territorial spotted owls are poorly known for any given northern spotted owl local population. Male and female non-territorial spotted owls are recruited into the population differently through recruitment and immigration (Franklin 1992, p. 822).

Non-territorial spotted owls likely contribute an important role in spotted owl population regulation. However, for monitored populations, population change was more sensitive to adult survival than to recruitment (Glenn et al. 2010). Also, the rate of population change in spotted owls is most sensitive to variation in adult female survival and relatively insensitive to variation in fecundity and age at first reproduction (Noon and Biles 1990). As such, the degree to which floaters influence or regulate populations is unknown, for example in Franklin's study population (Franklin 1992).

Franklin et al. (2021) also demonstrated negative effects of barred owls presence on spotted owl reproductive potential, as well as the decreasing ability of younger spotted owls to establish breeding territories. As part of an evaluation of the experimental barred owl removal study, Wiens et al. (2021, p. 5) noted that there were few younger, non-territorial recruits available in the particular study areas to fill territory vacancies, even once barred owl occupants were removed. Given that non-territorial spotted owls are difficult to detect, how to manage for them is unknown relative to territorial owls. Because of their non-territorial (and non-nesting) behavior, we assume that ensuring sufficient habitat (of at least dispersal-only quality) for transience and colonization phases, and sufficient NRF maintained in accessible unoccupied historic sites or areas outside of known spotted owl home ranges (i.e., available sites in which to prospect), will support the non-territorial component of the spotted owl population. While barred owl competition was the driving force in spotted owl population declines, the recent meta-analysis highlighted the importance of habitat conservation for spotted owl recovery and future colonization (Franklin et al. 2021, p. 18).

Because spotted owl populations are regulated by territorial behavior, declines in the territorial component initially would be dampened by the increased recruitment of floaters. If the number of floaters is sizable, then the number of territory holders would appear stable for some time before a decline is observed. The recent population trend analysis and reports from demography studies indicate spotted owl occupancy and reproduction has been consistently low for the last few years, and that the population decline is likely driven by barred owls (Franklin et al. 2021, p.

KSW00328

11; Dugger et al. 2020, pp. 14-15; Lesmeister et al. 2021, pp. 16, 18). With the barred owl impact reducing spotted owl populations and demographic rates it is likely the floater population has decreased and thus is not replacing the territory holders. This is supported in the recent review of spotted owl response to barred owl removal, where Wiens et al. (2021) found spotted owl survival increased, but only found a weak association with recruitment. Both the recent meta-analysis (Franklin et al. 2021) and Wiens et al. (2021) hypothesize the continued reproductive suppression within the spotted owl population has led to an absence of non-territorial individuals on the landscape; however, the true proportion of these individuals within the population is unknown.

<u>Dispersal Habitat</u>

Dispersing spotted owls are essential to maintaining stable populations by filling territorial vacancies when resident spotted owls die or leave their territories (colonization phase), and to providing adequate gene flow across the range of the species (transience phase). The effects analysis for owl dispersal habitat considerations is informed by landscape conditions, as suggested by Thomas et al. (1990) along with Lint et al. (2005) and Davis et al. (2016). Typical dispersal-only habitat is characterized as forest stands less than 80 years old, of simple structure, and providing some foraging structure and prey base for owls as they disperse across the landscape (Miller et al. 1997 and Courtney et al. 2004) with adequate tree size and canopy to provide protection from avian predators (USDI FWS 2011). However, dispersal habitat not only includes the forests as previously described but also forests greater than 80-years-old which provides better dispersal conditions due to stand structure and available prey (Miller et al. 1997; Courtney et al. 2004; Sovern et al. 2015). Although, as Buchanan (2004, p. 1341) noted, the stand- and landscape-level attributes of forests needed to facilitate successful dispersal may not have been thoroughly evaluated. An assessment of dispersal habitat condition was recommended on the quarter-township scale by Thomas et al. (1990); the Service has subsequently used fifth-field watersheds or larger landscapes for assessing dispersal habitat conditions because watersheds or provinces offer a more biological meaningful way to conduct the analysis (see Davis et al. 2011 and Davis et al. 2016). Forsman et al. (2002, p. 22) found that spotted owls could disperse through highly fragmented forest landscapes. To assess potential impacts in the ability of spotted owls to move across a given landscape, Davis and others (2016, p.12) recently described "dispersal-capable landscapes" as those which contain >40 percent dispersal habitat.

<u>Role of Forest Canopy in Spotted Owl Habitat Selection</u>

Because the terms canopy cover and canopy closure are often used inter-changeably in the literature and among resource professionals despite technically being considered different measurements (Jennings et al. 1999, entire), we believe it important to make the distinction that in this Opinion, and which may not be applicable for other Biological Opinions or elsewhere in the range of the spotted owl, the Service and the District are using canopy cover when characterizing pre- and post- treatment of spotted owl habitat. Characterizing canopy by using "cover" has relied on the Rogue Basin Level 1 Team's determination of the best available science for each consultation, as appropriate.

There is little dispute in the literature that canopy cover or closure is just one of several indicators in estimating the likelihood of use of a stand by a spotted owl and that relatively high

KSW00329

canopy cover or closure correlates with presence and use by spotted owls. However, inconsistent methodology and estimation methods do not necessarily lend themselves to a definitive standard for use of an area by spotted owls.

The Service uses current and expected residual canopy as one factor in its evaluation of potential impacts to spotted owls. Canopy is believed to be important to spotted owls because of prey associations (Forsman et al. 1984, pp. 55-56), acting as a thermal mediator during hot and cold conditions (Barrows 1981; Forsman et al. 1984, pp. 29-30; Thomas et al. 1990, pp. 171 and 278), and providing concealment cover for predator protection (Thomas et al. 1990, pp. 299-300). Canopy alone is unlikely to provide good insight into a stands ability to provide spotted owl habitat; rather, it is one of the factors associated with use. For example, lower quantities of one factor may be ameliorated by higher quantities of others; North et al. (2017) found canopy cover of large trees a better predictor of California spotted owl nest site locations than total canopy cover. Most likely, it is the combination of several factors in variable quantities that influence the likelihood of spotted owl use (Zabel et al. 2003; Irwin et al. 2007). Generally, however, there is little evidence that stands with < 40 percent canopy cover are substantially used by owls, and that 40 to 60 percent canopy may not preclude use if other features are present (e.g., perches and relatively higher prey density), while stands with denser canopy cover are most commonly used by spotted owls for nesting and roosting. Habitat structure and composition are described in detail in the final Revised Critical Habitat Rule for the Northern Spotted Owl (77 FR 71876). NRF habitat function evaluation must take **all** of the fundamental elements into consideration, and none should be considered in isolation.

Northern Spotted Owl Prey Species

The composition of the spotted owl's diet varies geographically and by forest type. In southwest Oregon, dusky-footed woodrats (*Neotoma fuscipes*) and northern flying squirrels (*Glaucomys sabrinus*) are a primary prey species for spotted owls (Forsman et al. 2004). Other important prey items include red tree voles (RTVs), deer mice, red-backed voles, gophers, snowshoe hare, bushy-tailed wood rats, birds, and insects, although these species comprise a small portion of the spotted owl diet (USDI FWS 2011).

Flying squirrels are associated with old growth and mature forests with dense, complex canopies (see Carey 2000, pp. 46, 52-54; Lehmkuhl et al. 2006, p. 5910; and as reviewed in Wilson and Forsman 2013, p. 81). Sullivan and others (2017, p. 580) described flying squirrels as occurring in a "relatively broad range of young managed forest habitats, as well as in old-growth stands". Both bushy-tailed and dusky-footed woodrats can be found in the action area, although dusky-footed woodrats are more common (Carey et al. 1999, pp. 68, 73). Bushy-tailed woodrats can be found across the Pacific Northwest and are associated with older forests and riparian areas (Carey et al. 1999, p. 72). Dusky-footed woodrats are found in southwestern Oregon and California, occur in a variety of conditions and stand age classes, and are positively associated with dense vegetation, mast producing trees and shrubs, and downed wood (Sakai and Noon 1993, pp. 377-378; Carey et al. 1999, p. 73; Innes et al. 2007, p. 1528; Hamm and Diller 2009). While the younger stands identified as dusky-footed woodrat habitat are not always considered spotted owl foraging habitat, a growing body of evidence suggests spotted owls hunt the ecotones between older and younger stands older stands and riparian areas, or areas of mixed fire

severity, likely targeting woodrats in the stands less suitable for nesting and roosting (Zabel et al. 1995, p. 437; Folliard et al. 2000, p. 81; Glenn et al. 2004, p. 47; Eyes et al. 2017, p. 384).  This prey-related evidence further supports that a mosaic of habitats in the southern portion of the northern spotted owl's range may be important to spotted owl life history (Franklin et al. 2000).

Restoration-based treatments can variably influence the occurrence and/or richness of shrubs or herbaceous vegetation and the prey that resides there depending on the study area, pre-existing vegetation condition, the scope and scale of treatments, or the combination of treatments (Fulé et al. 2005; Converse et al. 2006, pp. 1726-1727; Verschuyl et al. 2011, p. 227; Willms et al. 2017, pp. 191-192). Reductions in habitat components such as canopy connectivity and cover such as shrubs, down wood, and snags, may subsequently affect small mammal abundance and diversity (Chambers 2002; Manning et al., 2012); however positive response of some components of prey habitat such as herb-grass cover, understory vegetation, shrub cover, understory species richness) have been observed after restoration-based treatments (Suzuki and Hayes 2003, p. 357; Manning and Edge 2008, p. 628; Dodson et al. 2008, pp. 3134, 3137; Dodson and Peterson 2010, p. 1704). Other findings indicate thinning can have short-term negative effects on understory plants (mechanical destruction) and below-ground fungi (death of host trees and mechanical destruction; Courtney et al. 2004). In turn these effects may affect the food sources used by small mammals. Where treatments similar to those proposed in these Projects have been studied, the effects to small mammal species' diets and small mammal biomass have been shown to be insignificant or of short duration (Suzuki and Hayes 2003, pp. 358-359; Converse et al. 2006, pp. 268-269; Amacher et al. 2008, pp. 3198-3199; Manning and Edge 2008, p. 628). Although small mammals seem to recolonize areas soon after disturbance, diversity and species dominance differ as succession progresses. Verschuyl and others (2011, p. 227) reported positive medium- and long-term response to forest thinning by mammals across all forest types and thinning intensities but noted that the effects of forest thinning on species of conservation concern may warrant further review. Treatments in dense stand conditions as those found in portions of the Action Area are likely to have variable impacts from the creation of openings that foster development of important prey habitat elements such as shrubs, herbaceous growth, and hardwoods; however, the tendency is that the impacts are neutral or of very short duration.

Studies of the effects of vegetation management on flying squirrels have found similarly mixed results as those for other species described above, likely due to variability in stand conditions, spatial distribution of treatments, and treatment intensity and of study areas. Effects to flying squirrels at the stand-scale appear to vary depending on the prescription and pre-treatment conditions. Thinning and other forms of partial harvesting can alter forest structure and/or reduce canopy continuity; therefore, can affect a squirrel's ability to glide or avoid predation (Wilson and Forsman 2013, p. 82). In one study in the Sierra Nevada of California abundances of flying squirrels in thinned stands appeared related to the amount of canopy cover retained during harvesting; though authors noted that the study was limited in scope and sampling effort (Meyer et al. 2007, pp. 206-207). In a literature review, Holloway and Smith (2011) found flying squirrel abundance lower in partially harvested areas compared to uncut stands (p. 670). Holloway and others (2012, p. 191) found thinning treatments that retained less than 40 percent of the stands represented poor quality habitat for flying squirrels. Similar results have been described by others (Manning et al. 2012, p. 120; Sollmann et al. 2016, p. 104-106).

KSW00331

The context of the landscape adjacent to treatments can influence flying squirrel response to thinning treatments (Holloway et al. 2012, p. 191; Sollmann et al. 2016, pp. 104-106). Comparing flying squirrel densities in thinned and un-thinned areas, flying squirrel densities were found to be lowest in thinned units, that flying squirrels shifted into un-thinned patches toward un-harvested areas that retained higher percent canopy, but overall flying squirrel densities at larger spatial scales did not decline (Sollmann et al. 2016, pp. 104-106). Spatial patterns and degree of retention was found to influence the post-treatment truffle and fungi persistence, at least three years after treatment (Luoma et al. 2003, pp. 348-349). Effects of prescribed fire treatments that follow thinning can have additive effects to habitats used by flying squirrels, but similar to thinning, the variability of the underburning influences the degree of impacts to forage conditions, cover, or squirrel mobility. For example, flying squirrels were largely absent from stands where canopies were impacted from wildfire (see review in Roberts et al. 2015, p. 115-116).

Research has suggested that some types of harvest activities such as regeneration harvest and thinning or associated practices (e.g., burning slash piles) could be temporarily detrimental to dusky-footed woodrats if it reduces hardwoods, shrubs, or downed wood. Thinning that creates substantial canopy openings (which is not the case for thinning prescriptions included in these proposed actions) could reduce habitat suitability for woodrats in the short-term but conversely can create benefits if increases the growth of shrubs or hardwoods following thinning (Innes et al. 2007, pp. 1528-1529) or the creation of new ecological edges (Sakai and Noon 1993). A study of dusky-footed woodrats in the redwood region of California found positive relationships in the abundance of woodrats with amount of shrub cover and found lower abundances in thinned mature stands (Hamm and Diller 2009, pp. 100-101).

**Threats to the Continued Existence of the Northern Spotted Owl**

Below is a summary of threats to the spotted owl pertaining to the proposed actions and the Action Area. A comprehensive review of current threats to the spotted owl can be found in Appendix A.

*Climate Change*

Current climate projection models are limited by uncertainty; however, modeling indicates the action area may experience increased temperatures, particularly during summer months, with high uncertainty around future precipitation amounts (Mote et al. 2014, pp. 489; Reilly et al. 2018, pp. 42-43). These changes will likely exacerbate some existing threats such as the effects of past habitat loss as a result of tree mortality caused by drought, wildfires, insects and disease, and increases in extreme flooding, landslides and wind-throw events in the short-term (10 to 30 years) (Mote et al. 2014, p. 494). Changes in forest composition and structure as well as spotted owl prey species distributions and abundance resulting from climate change may impact availability and or quality of habitat across the range. This may in turn exacerbate existing reductions in connectivity between areas of habitat and could increase probability of localized extirpations (Schumaker et al. 2014, p. 587). Long-term environmental changes could affect population distributions (Carroll 2010, p. 1436) and population dynamics (Franklin et al. 2000, pp. 576-578; Glenn et al. 2010, p. 2551; Glenn et al. 2011, p. 1291; Peery et al. 2012, p. 876).

KSW00332

Modeling of wildfire risk has a stronger association for increased fire potential in Washington and Oregon, with a weaker association for northern California (summarized in Reilly et al. 2018, p 52). Changes in fire and pest regimes could affect remaining suitable habitat for the northern spotted owl and they will also likely influence forest growth and development processes (Dale et al. 2001, entire; Sheehan et al. 2015, p. 20; Yospin et al. 2015, entire). McKenzie et al. (2009) described an increased risk for forest pathogen disturbances associated with the anticipated climate changes (pp. 326-327). These changes are anticipated to increase forest mortality rates across the Pacific Northwest, although to varying degrees based on forest type and location.

Identifying and protecting forest refugia on the landscape will likely be important for species at risk from changes anticipated due to future climate change. Morelli et al. (2016) defined climate change refugia as "areas relatively buffered from contemporary climate change over time that enable persistence of valued physical, ecological, and socio-cultural resources" (p. 2). While identifying these has proven difficult, Dobrowski (2011) found refugia may likely be found in topographically complex landscapes where microclimates vary from differences in aspect, shading and isolation, and cold-air drainages. Frey et al. (2016, pp. 1, 6) concluded that old-growth will provide some buffer from impacts of regional warming and/or slow the rate at which some species relying on old-growth must adapt, based on their modeling of the fine-scale spatial distribution, under-canopy air temperatures in mountainous terrain of central Oregon. Similarly, Lesmeister et al. (2019, p. 16) concluded that older forest can serve as a buffer to climate change and associated increases in wildfire, as these areas have the highest probability of persisting through fire events even in weather conditions associated with high fire activity.

While a change in forest composition or extent is likely as a result of climate change, the rate of that change is uncertain. The increased occurrences of localized conifer mortality and high severity fires realized in southern Oregon in recent years demonstrate how climate change can influence the availability and distribution of habitats in the Oregon Klamath Mountains Physiographic Province and others adjacent; these trends are likely to continue in the future (Davis et al. 2017, pp. 179-181; Haugo et al. 2019, p. 11). Additionally, Tepley et al. (2017) found severe fires in this region have the potential of converting forests to open shrub fields (pp. 7 and 13). Recent studies and reviews of existing literature assessing current condition and trends of western forests and the restoration approaches recognize these losses and call for management to incorporate more historical variation (Hessburg et al. 2016; Knapp et al. 2017; Metlen et al. 2017; Willms et al. 2017; Haugo et al. 2019; Stephens et al. 2019). In southwest Oregon specifically, about 50 percent of the forests were identified as needing some form of disturbance in order to retain the natural range of variability of forest structure (Haugo et al. 2015, Table 5, p. 47). To address the low diversity of current stand conditions typical in many areas of western states, management recommendations proposed by these reviews include a range of treatment types, similar to those in the proposed Projects. Variable approaches within each are dictated by many factors including objectives for specific landscapes, but recommended treatments included mechanical commercial and non-commercial thinning, prescribed burning, managed wildfire, and prevention, or a combination of these methods (Stephens et al. 2009, p. 313; Haugo et al. 2015, pp. 46-48; Hessburg et al. 2016, entire; Willms et al. 2017 pp. 187-188).

KSW00333

In forests characterized by mixed severity fires, restoration-based treatment objectives that promote larger patches of older, larger, widely spaced trees with variable understories, in addition to fine-and large-scale heterogeneity will increase landscape resistance to severe fires (as reviewed in Hessburg et al. 2016, pp. 233-234) (see text below). Resiliency-based treatments can influence the occurrence and/or richness of shrubs and herbaceous vegetation depending on pre-treatment conditions, the treatments or combination of treatments (Fulé and others 2005, pp. 135, 139-141; Willms et al. 2017, pp. 191-192). Consequently, variable direct and indirect effects to prey may result from these treatments (see Impacts to Prey). In a meta-analysis of biodiversity response to biomass treatments, Verschuyl et al. (2011, p. 227) found forest thinning treatments had generally positive or neutral effects on diversity and abundance across all taxa but that the degree of impact to species depended upon the intensity and the type of thinning conducted.

The degree to which climate change will further challenge future species' populations and their habitats is unknown, but change is likely to occur.

### Barred Owl Competition

*Also see Appendix A and the Competition Between Spotted Owls and Barred Owls section that contain additional information on barred owls.*

Although habitat remains a key consideration for spotted owl recovery, the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011, pp. III-62-68) identifies competition from the barred owl as an important threat to the spotted owl, and the Service now recognizes it as currently the most pressing threat to the species' recovery. Habitat is clearly important for spotted owls (e.g., Weins et al. 2014; Yackulic et al. 2019), but the effects of barred owls on spotted owl demography are so large all spotted owl demographic trends in all demography study areas analyzed by Franklin et al. (2021) were negative, regardless of habitat quantity or the relative suitability of habitat. For example, barred owls have now largely displaced northern spotted owls in Olympic National Park and Mount Rainer National Park, which contain large areas of older forest and do not allow commercial timber harvest (Lesmeister et al. 2018; Mangan et al. 2019). Davis et al. (2022) estimated that the range-wide carrying capacity for northern spotted owls (maximum number of owl sites that could be contained in a given landscape based on biological and physical features) on Federal lands has increased by 3.5 percent from 1993 to 2017, but territory occupancy had declined by approximately 62 percent.

### Resource Use

Interspecific competition between barred owls and spotted owls is the current primary driver of spotted owl population decline seen throughout the northern spotted owl's range (Franklin et al. 2021). Interspecific competition has been defined as "an interaction between members of two or more species that, as a consequence of either exploitation of a shared resource or of interference related to that resource, has a negative effect on fitness-related characteristics of at least one species" (Wiens 1989, p. 7). Barred owls exert pressure on northern spotted owls through interference competition, where barred owls deny spotted owls access to resources (e.g., older forest stands for breeding); through territorial interaction; and through exploitation competition,

KSW00334

where barred owls use some or all of the resources necessary for spotted owl fitness (e.g., prey species), thereby reducing their availability (Wiens et al. 2014; Yackulic et al. 2014, p. 275).

While barred owls utilize similar resources as spotted owls, they are considered generalist predators and consume a wider variety of food than spotted owls. Thus, barred owls are able to occupy habitat in much higher densities than spotted owls. This packing effect is likely to negatively affect the food supply of the remaining spotted owls. The competition for food and the aggressive nature of barred owls may explain why spotted owls are less likely to remain in their territories in the presence of barred owls. Strong effects of barred owls on spotted owls (e.g., occupancy, survival, reproduction, population size, etc.) is now firmly described in the literature (Kelly et al. 2003; Olson et al. 2005; Anthony et al. 2006; Bailey et al. 2009; Kroll et al. 2010; Dugger et al. 2011; Forsman et al. 2011; Glenn et al. 2011; Sovern et al. 2014; Yackulic et al. 2014; Diller et al. 2016; Dugger et al. 2016; Yackulic et al. 2019; Franklin et al. 2021). Barred owls likely out-compete spotted owls for resources (Van Lanen et al. 2011, p. 2199) and could influence major changes in the trophic structure of local resources (Holm et al. 2016, entire) at the territory scale.

Where one species is competitively dominant over another and where there is a high degree of habitat overlap, only spatial segregation would ameliorate the effects of such competition. For two competitor species to persist on the same landscape, there must be exclusively suitable habitat for both species (i.e., areas only used by one of the two species, or some other form of spatial or temporal niche separation) (Carrete et al. 2005). Barred owls and spotted owls have a high degree of niche overlap, preferentially selecting for the same forest cover types and food resources, although the barred owls' niche width is wider than that of spotted owls, preying on a wider variety of species and at least in some forest types, selecting for a wider variety of forest cover types (Wiens et al. 2014; Irwin et al. 2020). Barred owls' more generalist character allows them to have relatively smaller home ranges and produce more young annually than the more specialized northern spotted owl (Hamer et al. 2007; Singleton et al. 2010; Wiens et al. 2014). In areas where the two species occur, individual spotted and barred owls in adjacent territories were found to have overlapping home ranges but overlapping use areas were largely restricted to broader foraging areas in the home range with minimal spatial overlap among core-use areas. (Wiens et al. 2014, pp. 16-18). Authors found overall similar patterns of habitat use in that both species selected old forest for foraging but differences in roosting were noted where barred owls selected a broader range of habitat types and spotted owls relied more on older forests.

*Competition Effects on Spotted Owl Demography and Behavior*

The most recent reports for all nearby DSAs indicated increased trends in numbers of barred owls with decreasing spotted owl occupancy and fecundity, and that multiple barred owl pairs have been detected in single historic spotted owl territories (Dugger et al. 2023; Lesmeister et al. 2021). Based on monitoring data and other regional trend information, we assume that within the Action Area, spotted owl populations are low and declining and the barred owl population is high and increasing. The likelihood of one or more barred owls using or residing in habitat within most spotted owl territories is high and increasing.

KSW00335

Demographic evidence strongly suggests that barred owls are a dominant competitor (Olson et al. 2005; Kroll et al. 2010; Dugger et al. 2011, 2016; Sovern et al. 2014; Yackulic et al. 2014; Franklin et al. 2021). Barred owls are more aggressive and occupy a wider array of habitat types (are habitat generalists), including seeking the same habitats and prey as spotted owls (USDI FWS 2011, p. III-62-68). A consensus in the literature documents the negative influence barred owls are having on northern spotted owl site occupancy, fecundity, reproduction, apparent survival, and detectability. That data indicates that over the last 25+ years, barred owls are increasing in number and are the most substantial factor contributing to declines in northern spotted owl populations (Olson et al. 2005, p. 924; Forsman et al. 2011, pp. 69-70, Dugger et al. 2011, pp. 2463-2467; Dugger et al. 2016, pp. 70-96; Franklin et al. 2021, entire). In the 2021 meta-analysis of spotted owl population changes, Franklin et al. (2021, pp. 1, 9-18) noted: "Barred owl presence in spotted owl territories was the primary factor negatively affecting apparent survival, recruitment, and ultimately, rates of population change. Analysis of spotted and barred owl detections in an occupancy framework corroborated the capture-recapture analyses with barred owl presence increasing territorial extinction and decreasing territorial colonization of spotted owls." There is evidence that barred owls are occurring in higher densities than spotted owls in many parts of the range (i.e., from 3 to 8 barred owl territories for each spotted owl territory; Hamer et al. 2007; Singleton et al. 2010; Wiens et al. 2011, 2014).

As Lesmeister et al. (2018) indicate, it is unknown how barred owls influence juvenile spotted owl survival or dispersal. Historically, adult spotted owls exhibited strong nesting-site and mate fidelity, with fewer than eight percent of individuals dispersing to a different territory between years (Forsman et al. 1984, 2002). In recent years, however, field observations suggest that inter-territory movements by resident spotted owls are increasing, and that such movements appear to coincide with the colonization of barred owls (Olson et al. 2005; Dugger et al. 2011; Dugger et al. 2016; Jenkins et al. 2021). Though the rate of dispersal was likely due to reduced mate availability from declining populations, other possibilities could include a possible shift in age-structure of younger owls with a greater propensity to move; or dispersal rates may be related to sex of the owl, with females more likely to disperse. Overall, despite movements, estimates of site occupancy – tied to known sites, not individual birds – have exhibited a strong decline, and survival of individuals has also declined. This means there are fewer spotted owls available on the landscape to occupy habitat, regardless of location. Additional research is needed that addresses how forest alteration influences barred owl and spotted owl interactions and subadult and adult movements.

A recent review of Oregon and Washington demographic study area data by Jenkins et al. (2021) focused on studying breeding dispersal events. The authors found that barred owl presence increases the likelihood of breeding dispersal, and that this additive pressure – when compounded with intrinsic factors influencing breeding dispersal (such as mate loss, experience at a site, or other exogenic factors such as site disturbance or available nesting and roosting habitat) – likely has a negative effect on individual fitness and overall population dynamics (Jenkins et al. 2021, pp. 11 and 15). As described in a nearby demographic study area, the number of movements (expressed as a proportion of occupied sites) have been steadily increasing for non-juvenile spotted owls, as barred owl densities have increased, suggesting disruptions in the spotted owl's connection or fidelity to their territory (Lesmeister et al. 2021, p. 5 and 11). Wiens (2012, pp. 45-49) also found that the relative probability of spotted owls

KSW00336

selecting a location for reproduction was reduced if the location was in close proximity to the core-use area of a barred owl.

Dugger et al. (2011, entire) modeled extinction and colonization rates for spotted owl pairs in the South Cascade Demographic Study Area where barred owls were detected on some home ranges. They found that extinction rates for spotted owls increased with decreasing amounts of old forest in the core-use area, and that the effect was 2-3 times greater when barred owls were detected. They also found that colonization rates for spotted owls decreased as the distance between patches of old forest increased (i.e., increased habitat loss and fragmentation) and that barred owl presence similarly decreased the rate of colonization of spotted owl pairs. They concluded that conserving large blocks of contiguous old-forest habitat was important for reducing interference competition between the two owl species. They mapped old-forest habitat as generally >100 years of age with trees >35 cm DBH (Dugger et al. 2011, Appendix A).

The strong correlation between barred owl colonization concurrent with spotted owl site extinction indicates spotted owls, at the population level, are unable to outcompete for resources at the range-wide scale (Franklin et al. 2021, p. 15-18; Wiens et al. 2021, p. 7). The Service is unaware of any analysis that evaluated the proportion of spotted owl habitat, including "older forest", in a landscape where barred owls are well established, and which found clear relationships between habitat and a substantial mitigation of downward spotted owl population trends once a threshold amount of habitat was reached (USDI FWS 2011; USDI BLM 2016a; Franklin et al. 2021). We have evidence that barred owls can greatly outnumber spotted owls in areas where habitat, including older habitat, is abundant or presumably not the primary limiting factor in sustaining higher population levels. In much of the spotted owl's range, barred owls have demonstrated an ability to rapidly expand in range and population.

Most research and modeling show a general expectation of eventual wide scale and continuing declines in spotted owl populations regardless of management retention of habitat (USDI BLM 2016a, Figure 3-188, p. 959; Wiens et al. 2014; Yackulic et al. 2019; Franklin et al. 2021). However, details of those assertions, including the rate of spotted owl population decline and barred owl population increase, depend on the location, existing spotted owl habitat conditions, and the spatial and temporal scales examined. The authors caution that while barred owl presence was the dominating negative force on spotted owl populations across the range, it does not mean that changes to habitat are not important at a finer scale (Franklin et al. 2021, p. 18). Occupancy modeling indicated a positive influence of available habitat on colonization, even though the overall trend was negatively associated with barred owl presence (Franklin et al. 2021, p. 13). The meta-analysis of the multi-year barred owl removal experiment (Wiens et al. 2021, entire) in five study areas across the range demonstrated that removal of invasive barred owls had a strong, positive effect on survival of native northern spotted owls. This subsequently reduced long-term population declines from a mean annual decline of 12.1 percent without barred owl removal to a 0.2 percent decline in areas with removal (Wiens et al. 2021, p. 1). Because of this, the authors emphasize the importance of protecting portions of existing habitat to maintain areas available for spotted owl re-colonization, although, re-colonization is likely contingent on barred owl population reductions. Franklin and others (2021, p. 18) warn that while habitat loss had little influence on population trends on the range-wide scale, it likely remains an important factor in localized areas (p. 15).

KSW00337

Information presented above and below indicates that both barred owls and spotted owls prefer older forest habitat, although spotted owls are more reliant on older forests for roosting, foraging, and breeding. The Spotted Owl Recovery Plan recognized this mutual preference (and greater reliance by spotted owls) for older forests by stating: "Because barred owls compete with spotted owls for habitat and resources for breeding, feeding, and sheltering, ongoing loss of habitat has the potential to intensify the competition by reducing the total amount of these resources available to the spotted owl and bring barred owls into closer proximity with the spotted owl" (USDI FWS 2011, p. I-9). To help reduce or minimize this threat, the Service developed Recovery Action 32 (USDI FWS 2011, p. III-67) which recommends conserving and restoring older, multi-layered forests across the range of the spotted owl. As discussed below, several researchers have found and/or recommended protection of older forest habitat as a prioritized element of spotted owl conservation and recovery when barred owls are present (Wiens et al. 2014, pp. 30 and 38).

Franklin and others (2021, pp. 13, 18) found that spotted owl sites with greater amounts of spotted owl habitat supported increased colonization and decreased spotted owl site extinction, even when barred owls were present. Yackulic (2019, pp. 4-6) and others noted the influence of habitat amounts on spotted owl population extirpation. Spotted owls may attempt to reduce competitive interactions with barred owls by spatial avoidance. However, in doing so, they may limit their available resources (e.g., selecting lower quality foraging habitat) and experience increases in predation risk, as suggested by the high incidence of avian predation on spotted owls in one study where most verified predation was from species other than barred owls (Wiens et al. 2014 p. 37).

A recent study by Jenkins and others (2019) indicates that while both species use similar stand types, there may be fine scale niche partitioning of habitat, where spotted owls tend to select for areas with steep slopes, lower canopy cover in tall (> 10 meter) canopies, and high mid-story cover (from four to eight meters), while barred owls select for high canopy cover, regardless of canopy conditions and only high mid-story cover during the non-breeding season. This and other studies have also found that both species were associated with drainage bottoms, but barred owls were more likely to select locations within larger drainages and that spotted owls used steeper slopes, particularly draws and drainages, when barred owls were present (Singleton 2013; Wiens et al. 2014; Jenkins et al. 2019, pp. 3-6; Irwin et al. 2020) and may expand their home range use area to forage in areas further from their nest site (Irwin et al. 2020, Table 3, p. 109). These behaviors are likely the result of attempts to avoid interactions with barred owls, decreased prey availability due to barred owl additive predation, or both. Spotted owls are central place foragers and likely have a finite limit on the expansion of their home range before they become energetically limited (Rosenberg and McKelvey 1999) and unsuccessful in reproduction or territorial defense. The authors (Jenkins et al. 2019) surmise the dense mid-story may provide spotted owls protection from antagonistic competitive interactions with barred owls.

It should be noted that both Jenkins et al. 2019 and Hagar et al. 2020 suggest that taller tree height and high canopy cover are strong predictors of spotted owl habitat. They further suggest that vegetation close to the ground is also a predictor of spotted owl habitat. These findings are not unexpected, given both the terrestrial and arboreal prey selection demonstrated by spotted

KSW00338

owls (see *Northern Spotted Owl Prey Species* section) throughout the species' range. Studies conducted by Jenkins et al. (2019) and Hagar et al. (2020) were conducted in the moist mixed-conifer forests of the Oregon Coast Range. These complex moist mixed-conifer forests are different floristically relative to the dry mixed-conifer forests of southwest Oregon, where the proposed Projects are located. One notable difference among these forest types is the low strata understory component, which is denser in the moist forests. As such, caution should be employed when extrapolating the findings of Jenkins et al. (2019) and Hagar et al. (2020) to a different ecological environment. The authors acknowledge that forest types and owl prey communities vary across the range of the spotted owl, so the differential use of fine-scale forest structural metrics observed in their studies should be considered as a basis for further hypothesis testing. Differences in selection within tall canopy forests suggest that vegetation manipulation of understory canopies might provide a mechanism to mitigate effects of competitive interactions between barred owls and northern spotted owls; however, further study is needed to link structural metrics from LiDAR to forest community composition and management history.

While the two species demonstrate some level of niche partitioning, what is unknown is how changes to the mid-story and canopy impact interspecies competition. For example, the removal of older forest habitat likely contributes to interference competition between the two species because of less available habitat at the site level for spotted owls to occupy. However, it is uncertain how treatments that retain conditions in the older forest upper story canopy, such as light thinning of NRF, but result in a loss of the mid-story, impact competitive interactions. As such the outcome of impacts to spotted owls is not reasonably certain from this type of activity, based on best available science to date.

*Barred Owl Management*

The potential for management (i.e., removal) to mitigate the impacts of barred owls may be effective for maintaining occupied northern spotted owl sites and enabling northern spotted owls to recolonize historic sites that have been occupied by barred owls (Diller et al. 2016, p. 11; Wiens et al. 2021, p. 7). Removal studies have demonstrated a positive association between removal of barred owls and population trends of spotted owls; these responses appear to vary between study areas (Diller et al. 2016; Dugger et al. 2016; Wiens et al. 2020; Wiens et al. 2021); effectiveness may be influenced by the timing of the management relative to the timing of the barred owl invasion (Wood et al. 2020). Modeling studies have also shown beneficial effects of barred owl removal for spotted owls (USDI BLM 2016a; Dunk et al. 2019). Some populations of spotted owls have responded positively to the removal of barred owls during the removal experiments, supporting the hypothesis that along with forest conservation and management, removal of barred owls might slow or reverse local declines in spotted owl populations in some areas (Holm et al. 2016; Diller et al. 2016; Dugger et al. 2016). Dunk et al. (2019, p. 38) suggested that barred owl populations within the range of the spotted owl are apparently not currently at equilibrium. Thus, barred owl impacts, in many portions of the spotted owl's range will increase if no countervailing management actions are taken. For example, under the no barred owl control scenario evaluated in modeling studies, state-wide spotted owl populations declined by 95 percent, but under the barred owl control scenario, spotted owl populations decline by about 50 percent. The long-term effectiveness from the barred owl removal experiment is being evaluated (USDI FWS 2013; Wiens et al. 2020; Wiens et al. 2021).

KSW00339

Projections from occupancy models suggest that maintaining barred owls at a relatively low occupancy level (0.2/survey polygon) may decrease competition and benefit northern spotted owls by significantly lowering barred owl colonization rates (Yackulic et al. 2014).

The Service conducted an experimental study evaluating the removal of barred owls In various study areas throughout the spotted owl range to determine whether removals could support northern spotted owl conservation. Over 2,000 barred owls were removed under the experimental removal study (USDI FWS 2013; Wiens et al. 2020). In a summary of the completed barred owl removal experiment, Wiens et al. (2021, pp 5-6) reported barred owl removal increased spotted owl survival, with a weaker association with spotted owl reproduction. Additionally, the authors' hypothesis is that this association is the result of previously territorial spotted owls recolonizing the area, but that the weak association with reproduction is tied to the continued suppression of reproduction in spotted owl populations, which is attributed to barred owl presence (p. 7). Similarly, Franklin and others (2021, pp. 18-19) describe two trajectories for spotted owl populations. In one scenario, spotted owls will continue to decline until populations across the range are extinct. In a second scenario, which is weakly supported by slowing rates of decline in two of the study areas, spotted owl populations may stabilize at smaller populations sizes. This, however, will leave populations vulnerable to catastrophic or adverse genetic effects (Franklin et al. 2021, p. 18-19).

The Service is applying the results from the experimental removal in its development of a barred owl management strategy that is intended to span across the range of the spotted owl, including BLM managed lands. The Service initiated a public process for developing that strategy in 2022 (87 FR 43886). The intensity, timing, and locations of any barred owl management plan, and expected results from its implementation, are still being developed by the Service. Implementation of such a management plan is not assumed in the development of the proposed action and the effects analysis in this Opinion.

*Forest Management Considerations*

Ameliorating the potential negative effects of barred owl competition is an essential component of the recovery of the northern spotted owl. Removal of barred owls is one tool to aid spotted owl recovery and is further discussed below. The degree to which the colonizing population of barred owls has reached carrying capacity within the geographic range of the spotted owl is currently unknown and may not be at equilibrium (Dunk et al. 2019), but studies are underway that can help address this uncertainty (e.g., Wiens et al. 2017; Wiens et al. 2021). Barred owl populations may continue to increase depending on the capacity of available habitat and food resources, which varies regionally with forest composition and latitudinal changes in prey communities and climate.

In examining forest or habitat management that may favor spotted owls and hinder barred owls, the following factors should be considered:
- To date, there is no known information that there are forest conditions under which spotted owls have a competitive advantage over barred owls, for which we can manage. However, barred owl removal increases spotted owl survival, with a weaker association with spotted owl reproduction (Wiens et al. 2021, p. 5), further supporting the conclusion

KSW00340

that spotted owls do not have a competitive advantage over barred owls.
- To date, studies suggest barred owls use a broad range of habitat conditions including all types of habitat used by spotted owls.
- Changes in the abundance and distribution of an apex predator like the barred owl can have cascading effects on prey populations and food web dynamics (Wiens et al. 2014; Holm et al. 2016), as well as populations of other small sympatric owls (Elliot 2006; Acker 2012).
- Differences in space use, abundance, demography, suitable forest, diets, and behavior collectively suggest that the barred owl is not a direct functional replacement of the spotted owl in old-growth forest ecosystems (Wiens et al. 2014; Holm et al. 2016).
- Removal of barred owls had a strong, positive effect on survival of spotted owls, which arrested long-term population declines of spotted owls. The results demonstrate that the long-term persistence of spotted owls will depend heavily on reducing the negative impacts of barred owls while simultaneously addressing other threats such as habitat loss, e.g., due to wildfire (Wiens et al. 2021).

In the 2011 Revised Recovery Plan for the Northern Spotted Owl, the Service's modeling team used the HexSim modeling program (Schumaker 2008) to simulate population-level responses to various conservation strategies and other threats (USDI FWS 2011). This work provided further evidence that the framework, standards, and guidelines of the interagency Northwest Forest Plan (NWFP) are critical components to spotted owl recovery plans, but the impacts of barred owls will likely need to be controlled if spotted owl species recovery is to be successful (Dunk et al. 2019).

Similar to the recovery planning efforts used by the Service, Marcot et al. (2013) also used the HexSim model to evaluate how size and spacing of suitable forest cover types for spotted owls affected simulated population size and persistence. Their results indicated that long-term occupancy rates were significantly higher with suitable forest patches large enough to support 25 spotted owl pairs or more, with less than 9.3 mi (15 km) spacing between patches, and with overall landscapes of at least 35 to 40 percent suitable forest cover types for nesting and roosting (i.e., analogous to contemporary conservation planning for spotted owls). The Service's work above and Marcot et al. (2013) used static habitat maps that did not incorporate climate change or wildfire impacts on spotted owls. Only the Service (2011) model incorporated effects of barred owls.

As part of the analysis for the BLM's RMP FEIS and section 7 consultation, BLM developed a modeling strategy and analytical approach to assess the influence of BLM lands in western Oregon on northern spotted owl demography (USDI BLM 2016b pp. 928-989). The modeling approach included a "habitat model" (MaxEnt [same as used in the Service's Recovery Plan]) informed by a forest development and harvest selection model (Organon and Woodstock, respectively) and a population response model (HexSim [same as used in the Service's Recovery Plan]) that included a barred owl effect and also wildfire disturbance.

The BLM included a "No Harvest" scenario, where all forest capable lands were allowed to develop without intervention in the analysis along with alternatives that removed differing amounts of older forest associated with use by spotted owls within the Harvest Land Base. This

KSW00341

allowed them to assess the likelihood that conservation needs associated with habitat could be met through the reserve networks under each alternative. The FEIS analysis showed that there were minimal differences in the formation of large blocks of spotted owl habitat or expected population responses between the No Harvest Scenario and the Preferred Alternative (See USDI BLM 2016b Figures 3-180 and 182, pp. 938 and 940, and Figure 3-188, p. 959 respectively). Forest cover amount on BLM managed lands in these two alternatives had essentially no influence on projected spotted owl population trends due to the effects of barred owls.

However, Franklin et al. (2000), Olson et al. (2004), Dugger et al. (2005), and others have independently found that the amount of old forest in spotted owl territories had a positive influence on their survival. Davis et al. (2016 p. 14 and Figure 1) reported a strong negative correlation between spotted owl territories with barred owl detections and habitat quality. Dugger et al. (2011, pp. 2463-2467) described synergistic effects associated with spotted owl territory composition and the presence of barred owls; and even though some northern spotted owl pairs retained their territories and continued to survive and successfully reproduce during their study, even when barred owls were present, the effect of suitable habitat (mature and old forest) alteration on spotted owl pair survival (estimated as the probability of extinction of a single territory) may be exacerbated by 2-3 times (Dugger et al. 2011, pp. 2462, 2463, 2465) when barred owls were present. Wiens et al. (2014 p. 38) found the presence of barred owls in a spotted owl territory reduced the amount of old forest available to spotted owls; and they found a strong, positive relationship between seasonal (6-month) survival probabilities of both species and the proportion of old (>120 years) conifer forest within individual home ranges, which suggested that availability of old forest was a potential limiting factor in the competitive relationship between these two species (Wiens et al. 2014 pp. 1-2, 30 and Figure 13). Wiens et al. (2014) and others found that both barred and spotted owls use mid- and late-seral forests, and both species prefer older forests (> 120 years), especially for nesting. Wiens et al. (2014 p. 30) also noted that: "dietary analysis illustrated that barred owls foraged opportunistically across a broad range of prey types and sizes, whereas spotted owls specialized on arboreal and semiarboreal mammals associated with older conifer forest". Furthermore, barred owls appear to use or tolerate a greater range of forest types compared to spotted owls (Dugger et al. 2011, p. 2466; Wiens et al. 2014, p. 32), while requiring less habitat due to home ranges 2-4 times smaller than for spotted owls.

Additionally, because northern spotted owls have a more limited diet than barred owls, they require a larger territory to support their needs and likely expend more energy foraging in a territory compared to barred owls (Wiens et al. 2014). Use of a larger territory may also result in increases in predation risk, as suggested by the high incidence of various types of avian predation on spotted owls in the Wiens et al. (2014 p. 37) study. As generalists, barred owls can forage in a wider variety of habitats than northern spotted owls. Barred owls can move into open areas outside of forested habitats to forage (Holt and Bitter 2007, p. 10), and are more apt to forage in meadow and riparian areas than northern spotted owls (Hamer et al. 2001, pp. 255–226; Wiens et al. 2014, p. 21-22). Wiens et al. (2014, p. 32) found that northern spotted owls spent more time foraging on steep slopes dominated by old conifers (>120 year) while barred owls used a broader range of forest types and frequently used flatter, riparian areas with large hardwood and conifer trees; and they found through pellet analyses that spotted owl prey were more associated with older conifer forest, compared to prey for barred owls. Wiens et al. (2014 p. 1) concluded that:

KSW00342

"When viewed collectively, our results support the hypothesis that interference competition with barred owls for territorial space can constrain the availability of critical resources required for successful recruitment and reproduction of spotted owls. Availability of old forests and associated prey species appeared to be the most strongly limiting factors in the competitive relationship between these species, indicating that further loss of these conditions can lead to increases in competitive pressure" (Wiens et al. 2014, p. 1).

Barred owls and their competitive effects with spotted owls are now an established attribute of the environmental baseline. Therefore, habitat management must be evaluated with respect to changes in spotted owl habitat and also changes in barred owl populations and behaviors, including competition with spotted owls and their resources.

When considering the best available science and the combination of barred owl competition and habitat removal, it is the Service's opinion that when barred owls are present on the landscape, spotted owl NRF habitat removal or downgrade (especially of older forest) within an occupied spotted owl core-use area can:

- increase the amount of spotted-barred owl encounters as both species increasingly compete for the same reduced forested habitat resources for foraging, roosting and breeding;
- intensify the effects of spotted-barred owl encounters;
- reduce spotted owl use of older forests for foraging and roosting due to habitat removal or exclusion due to barred owls;
- alter spotted owl breeding season territory behavior and result in increased energy expenditure and increased risk of general avian predation as spotted owls attempt to modify the shape or extent of their territory;
- disproportionately affect spotted owls versus barred owls due to spotted owls having a greater reliance on older forest;
- increase the likelihood of spotted owl territory extinction.

The above factors directly and indirectly reduce spotted owl fitness, survival, and reproduction within an occupied site. See the *Effects to Individual Owl Sites* section (pp. 111-135) for site narratives of impacts to individual owl sites.

### Status of Spotted Owl Habitat at the Range-wide and Province Scales

The current range-wide environmental baseline for spotted owl habitat can be obtained from two primary sources. The first source of range-wide nesting/roosting data can be obtained from the 25-Year Northwest Forest Plan (NWFP) Northern Spotted Owl Monitoring Report which evaluates remotely sensed nesting/roosting habitat trends from 1994 through 2017 (Davis et al. 2022, entire). The 25-year report illustrated variable rates of habitat loss depending on land allocation, ownership, and Provincial location. At the time of the report, there was a range-wide gross loss of about 1,045,100 acres of nesting-roosting habitat on federal lands (Davis et al. 2022, p. 12), which represents about 11.8 percent of what was present in 1993. Most of the overall losses (69.4 percent) occurred within the federally reserved land use allocations, roughly in proportion with the amount of NRF habitat within the reserves (Davis et al. 2022, pp. 12-13).

KSW00343

On federal lands, approximately 67.3 percent of habitat loss was due to wildfires, with timber harvest accounting for 24.7 percent (Davis et al. 2022, p. 13).

Forest succession is resulting in habitat recruitment at a greater rate than losses, which has resulted in a three percent net gain in NRF habitat across all federal lands (Davis et al. 2022, pp. 13-14):

> The period 2009–2012 showed the highest annual gains (about 53,500 ac per year, or 0.6-percent recruitment), with about half of that occurring in reserved LUAs. Most of the gains occurred closer to the Pacific coast and moister physiographic provinces (e.g., coast ranges and western Cascades). Reasons for the net gain were mainly owing to recruitment from old stand-replacing fires that burned in those areas during the mid- to late-1800s.

When factoring in gains in NRF habitat, the Washington East Cascades recorded the largest net loss in NRF habitat, although the Oregon and California Klamath Province experienced the greatest gross loss of NRF habitat. Net NRF habitat gains were largest in the Oregon Coast Range and Western Cascades Physiographic Provinces, with gains seen in eight of the 12 provinces (Davis et al. 2022, p. 14 and Figure 7, p. 15).

Habitat within reserve LUAs was stable, with the increases in NRF occurring in the non-reserve LUAs. This is contrary to the NWFP assumption that reserves would provide for increasing amounts of NRF habitat. Reserves were designed with the intent of withstanding habitat loss due to fire for at least 50 years; however, these losses from fires exceeded the 2.5 percent loss per decade estimate in less than 25 years (Davis et al. 2022, p. 19). These losses were not consistent across the range, with some reserves gaining more than five percent NRF habitat, while others lost more than five percent NRF habitat (Davis et al. 2022, Figure 13, pp. 19-20). The NWFP included an objective of reducing the rate at which NRF habitat was being lost on federal lands. The rate of NRF habitat lost on federal lands has decreased since before the NWFP and is less than anticipated when the NWFP was designed, but primarily due to reductions in timber harvest and habitat recruitment in non-reserved LUAs. Range-wide, habitat losses continue on private lands (as expected), reducing the dispersal-capable landscape by nine percent and further confining NRF habitat to federally managed lands, and fragmenting dispersal connections between the Oregon Coast Range and the Cascades (Davis et al. 2022, pp. 21-22). The authors surmise the predicted climate change-driven increases in fire severity and frequency may complicate the NWFP goal of increasing and stabilizing available spotted owl NRF habitat (Davis et al. 2022, pp. 21-22). However, with the forest management history prior to the implementation of the NWFP, NRF habitat recruitment is not expected to peak until around 2040 (Davis et al. 2022, p. 21), indicating net habitat gains may continue. A quarter century into the NWFP, the current monitoring shows that it has been effective at reducing the preceding rate of habitat loss.

With foresight, the LSRs under the NWFP within the fire-prone provinces were designed with wildfire in mind. LSRs were delineated to be large enough to withstand large wildfire events over 50 years such that unburned portions would maintain a well-connected network of dispersal-quality habitat (USDA FS and USDI BLM 1994a, apps. J3-8 and 9). As mentioned elsewhere in this Opinion, compared to their land allocation structure under the NWFP, BLM's revised RMP is providing protection to more NRF habitat in the LSRs. The additional habitat

KSW00344

protection afforded under the revised RMP provides for continued redundancy of LSR protection and is expected to support dispersal capable landscapes. However, this is assuming that future fire severity does not occur at higher than expected rates. In March of 2022, the BLM released their 5th Year RMP Evaluation Report. This report concluded that despite greater than predicted frequency and scale of wildfires shifting baseline conditions, BLM-administered lands will continue to contribute to the development of large blocks of owl habitat, but the rate of development and shape of the blocks will be different in areas affected by wildfires compared to the development described in the RMP EIS. These changed baseline conditions of spotted owl habitat do not alter the scope of resource uses or the ability to make progress towards achieving the desired conditions described in the RMP management objective to conserve and recover the northern spotted owl and the ecosystem on which it depends (USDI BLM 2022, pp. A19-A20).

In November of 2021, the BLM authored the Northern Spotted Owl Carrying Capacity Change Assessment for BLM Lands in Western Oregon. In this change assessment the BLM noted that in 2017, BLM managed lands in western Oregon provided an estimated carrying capacity for 1,589 territories. Most of these are centered in reserved LUAs, with LSR encompassing the most potential territories, consistent with modeling in the PRMP FEIS and aligned with the primary purpose for which they were designated: conserving spotted owl habitat. At the end of 2020 there was a net decline in Carrying Capacity to 1,573 potential territories or ~99% of the 2017 capacity. Despite the substantial wildfire disturbance from 2017 through 2020, the results on the BLM landscape yielded relatively small changes to carrying capacity (USDI BLM 2021, pp. 3-4).

In the Service's Opinion on the RMP, the Service concluded that the combined effect of the spatial configuration of reserves, the management of those reserves to retain, promote and develop spotted owl habitat, the management of the HLB, and the scheduling of the management of the HLB are expected to provide for spotted owl dispersal between physiographic provinces/modeling regions and between and among large blocks of spotted owl habitat designed to support clusters of reproducing spotted owls. The Service's conclusion was also based on the BLM's commitment to avoid incidentally taking spotted owls via timber harvest so as not to adversely influence the distribution of spotted owls at the local, Action Area, or range-wide scales, pending implementation of a barred owl management strategy.

The habitat modeled in the 25-year NWFP report did not include losses from the 2017-2022 fire seasons; however, Davis and others have been providing an annual estimate of NRF habitat loss, calculated through remotely sensed data (Davis et al. 2023). This review provides an estimate of gross habitat loss, but does not categorize the cause of the loss, or provide an estimate of habitat ingrowth. Based on Davis and others' review from early 2023, range-wide habitat loss since the last meta-analysis is approximately 12 percent from the 2017 habitat estimate on federally managed lands alone, with an additional approximate loss of 11 percent on non-federal lands.

Additionally, the Service tracks habitat effects evaluated in section 7 consultations through an internal tracking database (See Appendix A, Tables A-1 through A-3), which includes a component for tracking the effects to NRF habitat (by physiographic province and ownership type), based on consultation related impacts to habitat from 2012 to present. The database also incorporates the effects to foraging habitat, where field units are able to discern these distinct

KSW00345

habitats; though they may or may not be included in the remotely sensed and classified "NR" layers. These data are entered typically after completion of consultation, but prior to the realization of the effects. While the Service's tracking data base is not directly comparable to the baseline by Davis and others (2022 and 2023), it provides another useful measure of tracking spotted owl habitat across the landscape. As of August 25, 2022, 125,120 acres of NRF have been reported removed or downgraded from federal management actions, and 466,938 acres have been reported removed or downgraded from wildfires or other natural causes (see Appendix A, Table A-2).

Spotted Owl Habitat – Province Level

The most recent habitat meta-analysis reviewed habitat changes from 1993 through 2017 and provided a detailed accounting of habitat gains and losses at the provincial scale (Davis et al. 2022, entire). Based on this report, the Oregon Klamath Province was estimated to consist of 1,427,800 acres of NRF habitat across all lands, 1,087,600 of which are federally managed (Davis et al. 2022, Tables A1-1-4, pp. 29-33). Prior to the wildfires in recent years, the Oregon Klamath Province had a 4.1 percent net increase of NRF habitat across all lands; however, this increase was not equally distributed. On federally managed lands as a whole, Davis and others reported an increase of 3.1 percent and an increase of 7.3 percent on non-federal lands. A closer evaluation of habitat changes on federal lands shows that habitat increases were largely in non-reserved lands, with reserved LUAs reporting a loss of 20,600 acres (2.6 percent) of NRF. The extreme and severe fires that occurred across the range since 2017 are not accounted for in this baseline, but habitat losses associated with these fires, as well as other activities, are reported annually to the Service (Appendix A, Tables A-4 and A-5). Based on the information in this reporting, the Oregon Klamath Province has an estimated loss of 128,100 acres of NRF on federally managed lands, a net decrease of 11.4 percent since 2017 and a loss of 52,400 acres of NRF on non-federal lands, a decrease of 14.4 percent. It is important to note this annual assessment does not include an estimate of habitat ingrowth. As noted in the *Status of Spotted Owl Habitat at the Range-wide and Province Scales* section above, the LSR system despite wildfires is continuing to provide for large blocks of habitat and dispersal function with a relatively small reduction in carrying capacity. The California and Oregon Klamath Physiographic Provinces experienced losses due to wildfires but gains offset the losses in both provinces (Davis et al. 2022 pp. 14-15).

The Oregon Western Cascades Province was estimated to consist of 2,699,900 acres of NRF habitat across all lands, of which 2,251,200 acres are federally managed (Davis et al. 2022, Tables A1-1-4, pp. 29-33). Prior to the wildfires in recent years, the Western Cascades Province had a 2.6 percent net decrease of NRF habitat across all lands. However, this loss was not equally distributed. On non-federal lands, the net decrease of NRF habitat was 34.2 percent (primarily due to timber harvest), while on federal lands, the Western Cascades Province experienced a 3.7 percent net increase of NRF habitat. Habitat increases were largely in non-reserved lands, with reserved LUAs reporting a gain of 1,300 acres (0.1 percent) of NRF. As described above, fires that occurred across the range since 2017 are not accounted for in this baseline, but associated habitat losses are reported annually to the Service (Appendix A, Tables A-4 and A-5). Based on this reporting, the Western Cascades Province has an estimated loss of 291,000 acres of NRF on federally managed lands, a net decrease of 12.5 percent since 2017 and

KSW00346

a loss of 90,300 acres of NRF on non-federal lands, a decrease of 30.6 percent. This annual assessment does not include an estimate of habitat ingrowth. As noted in the *Status of Spotted Owl Habitat at the Range-wide and Province Scales* section above, the LSR system despite wildfires is continuing to provide for large blocks of habitat and dispersal function with a relatively small reduction in carrying capacity. The Oregon Western Cascades Province experienced losses due to wildfires but gains offset the losses, and this Physiographic Province was among those with the largest net gains on federal lands (Davis et al. 2022, pp. 14-15).

Additionally, as mentioned above, the Service tracks habitat effects evaluated in section 7 consultations through internal tracking databases (See Appendix A, Tables A-1 through A-3). At this time, this database is not directly comparable to the habitat baseline provided by Davis and others (2022 and 2023) but does report that consulted on nesting-roosting habitat changes in the Oregon Klamath Province include a loss of 90,420 acres due to management activities and an additional loss of 92,771 acres due to natural disturbance events, such as wildland fire since 2012; changes in the Oregon Western Cascades include a loss of 15,818 acres from management activities and a loss of 104,783 acres from natural disturbance (Appendix A, Table A-2).

Generally, the current conditions of forested stands in both Provinces reflect an area characterized by very high climatic and vegetative diversity resulting from the regime of mixed-fire severity, steep gradients of elevation, dissected topography, mixed soil types, and range of precipitation. As a result, the forests in the Oregon Klamath and Oregon Western Cascades support a highly diverse mix of vegetation types with compositional diversity and spatial heterogeneity at the stand, landscape, and regional levels (Spies et al. 2007, entire). The vegetational diversity translates to a diverse prey base for spotted owls in the Action Area, but generally dominated by woodrats (*Neotoma* spp.) and northern flying squirrels (*Glaucomys sabrinus*) (Carey and Biswell. 1992, p. 242, Carey et al. 1999, pp. 73-76; Forsman et al. 2004, p. 219). On federally managed lands, the most common nesting structure used by spotted owls in the southern Oregon portion of these Provinces include Douglas-fir mistletoe platforms or some type of cavity nest (as summarized in Courtney et al. 2004, pp. 5-26).

## Spotted Owl Conservation and the BLM's RMP

Large, contiguous blocks of late-successional forest have been an element of northern spotted owl conservation strategies for over two decades. For example, Thomas et al. (1990, pp. 23–27) and reaffirmed by Courtney et al. (2004, pp. 9-15) 15 years later described that a conservation strategy for the northern spotted owl requires large blocks of nesting, roosting, and foraging habitat that support clusters of reproducing owls, distributed across a variety of ecological conditions, and spaced to facilitate owl movement between the blocks. More recently, the Service's 2011 Revised Recovery Plan for the Northern Spotted Owl recommends managing for large, contiguous blocks of late-successional forest (USDI FWS 2011, p. III-19) (see USDI BLM 2016a p. 20). For example, in the 2011 Revised Recovery Plan, the Service's modeling team used the HexSim modeling program (Schumaker 2008) to simulate population-level responses to various conservation strategies and other threats (USDI FWS 2011). This work provided further evidence that the framework, standards, and guidelines of the interagency NWFP are critical components to spotted owl recovery plans, but the impacts of barred owls will likely need to be controlled if spotted owl recovery is to be successful (Dunk et al. 2019). The resulting models

KSW00347

were used for delineation and designation of what was considered critical habitat (USDI FWS 2011).

Similar to the recovery planning used by the Service, Marcot et al. (2013) also used the HexSim model to evaluate how size and spacing of suitable forest cover types for spotted owls affected simulated population size and persistence. Their results indicated that long-term occupancy rates were significantly higher with suitable forest patches large enough to support 25 spotted owl pairs or more, with less than 9.3 mi (15 km) spacing between patches, and with overall landscapes of at least 35 to 40 percent suitable forest cover types for nesting and roosting (i.e., analogous to contemporary conservation planning for spotted owls).

As part of the analysis for the BLM's RMP Final Environmental Impact Statement (FEIS) and section 7 consultation, BLM developed a modeling strategy and analytical approach to assess the influence of BLM lands in western Oregon on northern spotted owl demography (USDI BLM 2016b pp. 928-989). The modeling approach included a "habitat model" (MaxEnt [same as used in the Service's Recovery Plan – Appendix C]) informed by a forest development and harvest selection model (Organon and Woodstock, respectively) and a population response model (HexSim [same as used in the Service's Recovery Plan – Appendix C]) that included a barred owl effect and wildfire disturbance (see below for BLM wildfire modeling).

> "The ability of the BLM to contribute to the conservation and recovery of the northern spotted owl necessitates maintaining a network of large blocks of forest to be managed for late-successional forests" (USDI BLM 2016a p. 20).

BLM's Management Direction and Objectives in the LSRs include:

"Contribute to the conservation and recovery of threatened and endangered species, including –
- Maintaining a network of large blocks of forest to be managed for late-successional forests; and
- Maintaining older and more structurally-complex multi-layered conifer forests" (USDI BLM 2016b pp. xxiii and 1).

In developing the BLM's resource management plans, BLM assembled a team of northern spotted owl experts, fire ecologists, silviculturists, and modelers to develop an approach to model and analyze the potential effects on northern spotted owl habitat and populations from large wildfires (USDI BLM 2016a, RMP Vol. 3, Appendix D). For its analysis, the BLM predicted future wildfire effects based upon historic fire frequency, size, and severity. This effort also supported the Service's request that BLM evaluate whether the resulting RMP would provide sufficient habitat to assure persistence of the northern spotted owl for the next 50 years. The BLM's estimation of the quantity of habitat affected by fire over the next five decades informed the development of land management strategies for the BLM-administered lands in western Oregon.

The BLM used the underlying data for the maps produced from this modeling effort as input into the vegetation modeling process to inform the effects of disturbance on habitat loss and recruitment over the next five decades. The BLM used the results of the vegetation modeling

KSW00348

efforts in the northern spotted owl population analysis for the 2016 RMP revisions, which inform management decisions on lands administered by the BLM in western Oregon.

Wildfire is a natural process within the identified range for the northern spotted owl, especially in the southern and eastern portions of the range. While the spotted owl has adapted to wildfire and its effects in an intact landscape, human development and land use have reduced and fragmented habitat and populations in large portions of the region (Davis and Lint 2005; Davis et al. 2011). One result has been an increase in the potential for adverse effects of large, high severity wildfires on remnant northern spotted owl habitats and populations. The overall expectation of the NWFP and BLM's 2016 RMP is that LSRs, currently and over the planning horizon, develop and maintain habitat conditions to support multiple breeding pairs and facilitate spotted owl population recovery (see the conservation and habitat modeling above). The ability to continue to meet that expectation depends on the frequency, severity, and spatial extent of disturbance (e.g., wildfire, timber harvests), as well as the rate of forest succession, and interactions among these processes on forest recruitment.

Results from long-term monitoring (see Davis et al. 2022, pp. 21-22 and Tables A1-1-4, pp. 29-33) indicate that during the first 25 years of the NWFP, range-wide losses of nesting-roosting habitat on federal lands were estimated at 7.9 percent (703,700 ac) from wildfire; 2.9 percent (257,700 ac) from timber harvesting; and 0.9 percent (83,700 ac) from insects, disease, or other natural disturbances. This accounted for a total range-wide loss of 11.8 percent, but Davis et al. (2022) estimated an overall net increase of 3.0 percent, owing to new nesting/roosting habitat recruitment. Range-wide, the observed rate of habitat loss on federal lands was less than what was anticipated when the NWFP was designed, mostly because of less timber harvest than was anticipated. Losses from wildfire were slightly higher than anticipated in federal reserved LUAs at the range scale. Insects and disease accounted for less than 1 percent of losses. While dispersal habitat has shown a net increase of 1.0 percent on federal lands, it decreased by 1.9 percent on reserved LUAs (Davis et al. 2022, Tables A2-1-2).

Forest cover trends on federal lands during the next two to three decades are expected to benefit spotted owls because significant recruitment of suitable nesting/roosting forest cover is expected to offset many pre-NWFP losses (Davis et al. 2022, p. 21-22). However, Davis and others (2022) are cautious about this expectation moving forward based on current rates of wildfire occurrence on federal lands, which are predicted to increase in spatial extent, frequency, and severity due to climate change (p. 21). For example, in 2020, five megafires burned about 812,977 acres in Oregon, and more than 321,236 acres were at high severity (Davis et al. 2022, p. 21).

Spotted owl nesting-roosting habitat was projected to continue to decline for up to 50 years or until about 2044 (USDA FS and USDI BLM 1994a, chap. 3 and 4, p. 228) (and under the BLM RMP). Eventually, habitat recruitment was expected to exceed losses and nesting/roosting habitat within the LSR network would begin to increase and become less fragmented, providing greater benefits for spotted owls as well as other late-successional forest species (USDA FS and USDI BLM 1994a, apps. J3-8).

The recovery of future spotted owl habitat may be affected by climate change that could alter the pattern and frequency of large wildfires within the northern spotted owl's range. Climate change

KSW00349

is also expected to alter forest species composition within the Pacific Northwest by the end of the 21st century (Peterson et al. 2014). Subalpine forests are expected to recede in area while pine-dominated forests will likely expand. Both forest types are normally not used for nesting and roosting by spotted owls, and these potential changes will affect amounts and distribution of future spotted owl habitat. While any changes in forest species composition over two decades were most likely due to disturbances (e.g., wildfire, timber harvest, etc.) or natural succession, the potential for forest species composition changes resulting from changes in climate will need to be considered in future monitoring (Davis et al. 2016, p. 37). Carroll (2010) used a climatic niche modeling approach to evaluate the regional system of LSRs for resiliency to climate change for providing necessary resources of species associated with old forest. The LSRs functioned better than expected by chance for capturing all the species, but community composition and interspecific interactions were also important to consider in evaluating effectiveness of the reserves. As such, a fixed reserved system needs to provide for topographic heterogeneity (i.e., designed for resilience) to have an increased likelihood of retaining the biological diversity of old-forest ecosystems under climate change. Continued monitoring is needed to adaptively manage under a changing climate.

### Range-wide Demographic Information

Because current range-wide survey data are not available and likely insufficient to produce reliable estimates of the spotted owl's population size, demographic data are used to evaluate trends in spotted owl study area populations, and these trends are used to inform a characterization of the range-wide status of the spotted owl.

The most recent meta-analysis of spotted owl data was conducted in 2020 (Franklin et al. 2021, entire – data through 2018). The analysis followed the general guidelines of previous meta-analyses and incorporated the long history of spotted owl data, which includes survey and banding data from 11 demographic study areas for the past 27 to 34 years. The modeling from this analysis indicates there has been a gradual decline in survival since 1993, with a notable steep decline after 2011, now apparent across all study areas (Franklin et al. 2021, p. 11). This analysis found stronger evidence barred owl presence negatively affects all reviewed demographic traits, as well as stronger evidence of population declines across all study areas, whereas the previous analysis indicated only weak, but increasing declines in the Tyee, Southern Cascades, and Klamath study areas (Dugger et al. 2016, p. 70). Franklin and others (2021, p. 13) attribute barred owl occupancy as the current primary cause of range-wide spotted owl population declines (Franklin et al. 2021, p. 13).

The authors caution that while barred owl presence was the dominating negative force on spotted owl populations across the range, it does not mean that changes to habitat are not important at finer scales (Franklin et al. 2021, p. 18). Occupancy modeling indicated a positive influence of available habitat on colonization, even though the overall trend was negatively associated with barred owl presence (Franklin et al. 2021, p. 13). Because of this, the authors emphasized the importance of protecting reserves of existing habitat to maintain areas available for spotted owl re-colonization, although, re-colonization is likely contingent on barred owl population reductions. The authors hypothesized two trajectories for spotted owl populations. In one scenario, spotted owls will continue to decline until populations across the range are extinct. In a second scenario, which is weakly supported by slowing rates of decline in two of the study areas,

spotted owl populations may stabilize at smaller populations sizes. This, however, will leave populations vulnerable to catastrophic or adverse genetic effects (Franklin et al. 2021, p. 18-19).

The key findings in Franklin et al. (2021) include the following:

- Based on data analysis from 1995-2018, spotted owl populations range-wide are declining at an average annual rate of 5-9 percent on six study areas and 2-5 percent on the other five, with a range wide average population decline of 5.3 percent (with the Hoopa Study Area excluded as it had a shorter study interval than the other areas) (Franklin et al. 2021, pp. 11-12). This is an increase over the 3.8 percent decline reported by Dugger et al. (2016).
- In Oregon and Washington, populations in all study areas had declined by more than 60 percent since 1995, with five of the eight study areas declining more than 75 percent (Franklin et al. 2021, p. 13).
- Compared to previous meta-analysis, the current analysis indicates stronger evidence that the presence of barred owls is the primary factor in declines across all demographic parameters and study areas (Franklin et al. 2021, p. 13).
- Effects of climate/weather are less apparent at the range-wide scale relative to the results of the previous meta-analysis (Franklin et al. 2021, p. 15).
- Habitat loss is still concerning but does not model as a significant factor in the range-wide decline of spotted owl populations. However, habitat availability models were positively associated with spotted owl site colonization (Franklin et al. 2021, p. 13).
- The report concludes: "Current trends and the predictability about future trends in northern spotted owl populations, based on this and previous meta-analyses, suggests that these populations will face extirpation if competition from barred owls is not ameliorated in the short term (Franklin et al. 2021, p. 19)."

### Spotted Owl Demographics – Province Level

The Medford District FY23 Rogue Gold, Trail Creek, and Last Chance Projects occur within the Oregon Klamath Physiographic Province. A portion of the Trail Creek Project also falls within the Oregon Western Cascades Physiographic Province. Actual population data for the Provinces are not available. However, the Oregon Klamath Province intersects with portions of the Klamath East and Klamath West Modeling regions analyzed in the 2012 critical habitat rule. Together, these two modeling regions were determined to contain 934 spotted owl sites (USDI FWS 2011, p. C-20-21, Table C-3). Using the above estimate for both modeling regions and assuming pair occupancy (from 2008 data), an estimated 1,868 spotted owls would have occurred in the East and West Klamath modeling regions.

Incorporating data from 2009-2013, Dugger et al. (2016) found annual declines in the Klamath, Southern Cascades, and Northwestern California study areas ranging from 2.8 to 3.7 percent (Table 4, p. 70). Applying the mean annual rate of decline (3.17 percent) from the estimated 2008 population to the time prior to the 2017 fires, we estimated the 2018 population to have approximately 1,300 spotted owls in the Klamath East and Klamath West modeling regions, including updates from relevant consultations (on file with the Service). Since the 2018 review, the population rate in the Oregon Klamath Province has continued to decline. The recent meta-

KSW00351

analysis by Franklin and others (2021) reported a greater than five percent annual rate of decline between 1995 and 2017 within the Klamath study area (Figure 7, p. 13). An exact mean annual rate of decline is not identified, but from the figure on page 13, we assume the Klamath study area's rate of decline is between five and six percent (Franklin et al. 2021, p. 13). Thus, we consider the estimate of 1,300 spotted owls optimistic. If we apply an annual rate of decline of 5.5 percent to the 2008 population estimate, the population of owls in the Klamath modeling regions would only be 714 owls. If the decline is closer to six percent, the population would be about 650 owls.

*Demographic Study Areas (DSAs)*

In addition to the range-wide analysis, we incorporate recent occupancy information from two spotted owl DSAs that are within or immediately adjacent to the District: the Klamath Study Area (KLA) and Southern Oregon Cascades Study Area (CAS). For the purposes of this analysis, we are relying on the results of the range wide population assessments (Franklin et al. 2021, entire) and KLA and CAS demography study areas, as well as local sources of information and survey data provided within this Opinion to evaluate the current condition of the spotted owl population for the local environmental baseline.

The KLA is located within the Oregon Klamath Physiographic Province in southwestern Oregon and occurs across the BLM checkboard ownership pattern within and adjacent to the Action Area. This study area is approximately 1,422 km$^2$ (351,334 acres) in size, just over 1.5 times the size of the multipart Action Area (224,085 acres, Assessment p. 39-40). While this study area only overlaps a portion of the Action Area, the precipitation patterns and forest composition are representative of the entire Action Area (Dugger et al. 2016, pp. 104-105; Lesmeister et al. 2021, p. 2). The KLA is almost entirely composed of checkerboard ownership patterns (Lesmeister et al. 2021, p.2), similar to the land base in the Action Area, as described above. For the purpose of this analysis, we assume demographic data from the KLA is likely representative of the spotted owl population condition in the Action Area. However, we recognize that the differences in size, land ownership patterns, and recent natural and anthropomorphic disturbances may influence differences in demographic performance to an unknown extent (see Hollen et al. 2016, p. 3; Lesmeister et al. 2021, p. 3) likely influencing spotted owls.

The Southern Oregon Cascades Study Area (CAS) includes portions of the Oregon Western Cascades Physiographic Province and incorporates approximately 2,400 km$^2$ of primarily federal forest land, including lands adjacent to the District administered by the Rogue River-Siskiyou National Forest (High Cascades Ranger District). The CAS also includes lands administered by the Fremont-Winema National Forest (Klamath Ranger District) and the Umpqua National Forest (Diamond Lake Ranger District). This land ownership pattern differs from the Action Area, which is comprised almost entirely of a checkerboard pattern of ownership of private land interspersed with BLM lands (Assessment, p. 39). This study area occupies the southern terminus of the Oregon Cascades including portions of both the Western and Eastern Provinces and occurs to the east of the Action Area. Landforms are primarily volcanic in origin and consist of plateaus and moderately dissected terrain (USDA FS and USDI BLM 1994a). The study area lies within the Mixed-Conifer, *Abies concolor*, *Abies magnifica var. shastensis*, and *Tsuga mertensiana* zones at elevations ranging from 900-2000 meters (Dugger et al. 2023, p. 3).

KSW00352

Despite land ownership differences, for the purpose of this analysis we assume demographic data from the CAS is likely representative of, or somewhat comparable to, the spotted owl population condition within the Action Area.

In recent years, both the KLA and CAS have concluded demographic monitoring efforts; the KSA concluded in 2020, while the CAS concluded in 2022. At the time of each study's conclusion the annual number of sites with spotted owl detections declined for the last 10 or so years (Lesmeister et al. 2021, p. 16; Dugger et al. 2023, pp. 17-18). While the annual nesting and fecundity rates continued to fluctuate, the overall trend indicated a similar decline. The KLA recorded two consecutive years (2019 and 2020) of no-nesting within the DSA in its final two years of demographic monitoring (Lesmeister et al. 2020, p. 3 and 2021, p. 4). An additional concern is the paucity of sub-adults detected during survey efforts (Lesmeister et al. 2021, p. 18, Dugger et al. 2023, pp. 21-22). The average 2020 occupancy rate across the two DSAs was 16.5 percent, down slightly from 17.4 percent in 2019 and 21 percent in 2018. The CAS continued monitoring efforts for two more years (2021-2022) after the KLA concluded monitoring in 2020; in its final year, the occupancy rate in the CAS was 17 percent, down from 18 percent in 2021 and 20 percent in 2020 (Dugger et al. 2023, pp. 17-18).

## STATUS OF CRITICAL HABITAT – NORTHERN SPOTTED OWL

For a detailed account of the status of critical habitat for the spotted owl, refer to Appendix A.

A revised designation of spotted owl critical habitat was published on December 4, 2012 (77 FR 71876) and became effective January 3, 2013. This final rule was challenged in court; the parties ultimately settled the case, which was dismissed. Pursuant to the settlement, the Service published proposed revisions to the critical habitat designation in the Federal Register on August 11, 2020, proposing to exclude certain areas for the current designation, including all of the areas designated as Harvest Land Base managed by the BLM in southwestern Oregon (85 FR 48487, pp. 48487, 48494). The Service published the Final Rule for the spotted owl critical habitat on November 10, 2021, with an effective date of December 10, 2021 (86 FR 62606), excluding areas managed under the 2016 RMP Harvest Land Base (HLB) land use allocation from designation as critical habitat. The December 2012 critical habitat rule, as revised by the December 2021 rule, is the current effective designation of critical habitat for the northern spotted owl.

The 2012 rule for spotted owl critical habitat defined the primary constituent elements (PCEs), a term synonymous with "physical or biological features," essential to the conservation of the spotted owl as forested areas that are used or likely to be used for nesting, roosting, foraging, or dispersing" (77 FR 71876, p. 71897). The new critical habitat regulations discontinue use of the terms "PCEs" or "essential features," and rely exclusively on use of the term "PBFs" for that purpose because that term is contained in the statute. However, the shift in terminology does not change the approach used in conducting a "destruction or adverse modification" analysis, which is the same regardless of whether the original designation identified PCEs, PBFs or essential features. For those reasons, in this Biological Opinion, references to PCEs or essential features should be viewed as synonymous with PBFs. All these terms characterize the key components of critical habitat that provide for the conservation of the listed species.

KSW00353

See Appendix A for a detailed description and range-wide status of spotted owl critical habitat.

### *Essential Physical or Biological Features of Critical Habitat*

PBFs are considered essential to the conservation of the spotted owl and are those elements that make areas suitable as spotted owl nesting, roosting, foraging, and dispersal habitat (77 FR 71876, p. 71904). The PBFs should be arranged spatially such that it is favorable to the persistence of spotted owl populations by promoting the survival and reproductive success of resident pairs, and the survival of dispersing juvenile spotted owls until they are able to recruit into a breeding population (77 FR 71876, p. 71904). Within the areas considered essential for the conservation of the spotted owl, the Service (77 FR 71876, pp. 72051-72052) has defined the four PBFs of spotted owl critical habitat as:

PBF (1). **Forest types** that may be in early, mid-, or late-seral states and support the northern spotted owl across its geographical range.

PBF (2). Habitat that provides for **nesting and roosting**. This habitat must provide:
    a. Sufficient foraging habitat to meet the home range needs of territorial pairs of northern spotted owls throughout the year.
    b. Stands for nesting and roosting that are generally characterized by:
        (i) Moderate to high canopy cover (60 to over 80 percent),
        (ii) Multilayered, multispecies canopies with large (20–30 in. [51-76 cm] or greater DBH) overstory trees,
        (iii) High basal area (greater than 240 ft$^2$/acre [55 m$^2$/ha]),
        (iv) High diversity of different diameters of trees,
        (v) High incidence of large live trees with various deformities (e.g., large cavities, broken tops, mistletoe infections, and other evidence of decadence)
        (vi) Large snags and large accumulations of fallen trees and other woody debris on the ground, and
        (vii) Sufficient open space below the canopy for northern spotted owls to fly.

PBF (3). Habitat that provides for **foraging**, which varies widely across the northern spotted owl's range, in accordance with ecological conditions and disturbance regimes that influence vegetation structure and prey species distributions.

PBF (4). Habitat to support the **transience and colonization phases of dispersal**, which in all cases would optimally be composed of nesting-roosting (PBF (2)) or foraging habitat (PBF (3)), but which may also be composed of other forest types that occur between larger blocks of nesting, roosting, and foraging habitat. In cases where nesting, roosting, or foraging habitats are insufficient to provide for dispersing or nonbreeding owls, the specific dispersal habitat PBFs for the northern spotted owl may be provided by the following:
    a. Habitat supporting the transience phase of dispersal, which includes:
        (i) Stands with adequate tree size and canopy cover to provide protection from avian predators and minimal foraging opportunities; in general, this may include, but is not limited to, trees with at least 11 in. (28 cm) DBH and a minimum 40 percent canopy cover; and

KSW00354

(ii) Younger and less diverse forest stands than foraging habitat, such as even-aged, pole-sized stands, if such stands contain some roosting structures and foraging habitat to allow for temporary resting and feeding during the transience phase.

b. Habitat supporting the colonization phase of dispersal, which is generally equivalent to nesting, roosting, and foraging habitat as described in PBFs (2) and (3) but may be smaller in area than that needed to support nesting pairs.

### *Range-wide Status of Critical Habitat for the Northern Spotted Owl*

The current condition of critical habitat incorporates the effects of all past human activities and natural events that led to the present-day status of the habitat (USDC NOAA-NMFS and USDI FWS 1998, pp. 4-19). The range-wide condition was "reset" as of December 4, 2012 after the 2012 critical habitat revision. The critical habitat database still contains areas that are managed under the HLB LUA; however, all lands within the HLB LUA are excluded from designation as critical habitat, based on the 2021 Critical Habitat Revision (as discussed above and below), and these exclusions are factored into our baseline evaluation of critical habitat. In addition, our quantitative assessment of the current condition of range-wide critical habitat does not include the full impacts of the recent fires but does include some interim numbers that represent the impacts on BLM and USFS lands in Oregon. The 2021 final critical habitat rule considered the effects of both the critical habitat exclusions and the 2020 mega-wildfires and concluded that "although some sub-units have experienced a partial and/or temporary reduction in connectivity in places, overall, the critical habitat units and the range-wide network designated in 2012 will continue to provide demographic support and connectivity for the northern spotted owl as intended" (86 FR 62606,  p. 62619).

The changes to critical habitat within the Action Area due to wildfire are analyzed in the Environmental Baseline of the Biological Assessment utilizing the current (86 FR 62606, entire) critical habitat designated acres. The database indicates that as of December 27, 2021, approximately 21,342 acres of NR habitat in critical habitat have been removed or downgraded range-wide (about 0.75 percent the NR reported in 2012). The Service's review of effects to critical habitat relies heavily on the conditions within affected critical habitat sub-units. The Action Area baseline below includes a description of the current habitat conditions within the affected critical habitat subunits, based on the 2021 designation of critical habitat.

### STATUS OF CRITICAL HABITAT UNITS

The following descriptions for Critical Habitat Unit (CHU) 10 and its associated sub-units where proposed treatments occur are as described in the 2012 final rule (77 FR 71876, pp.71931-71935). The number of historical spotted owl sites for each sub-unit are from local BLM and Forest Service database and GIS queries. The 2021 Critical Habitat Revision excluded BLM managed lands designated as HLB. As the sub-units impacted by these proposed Projects did not include expansive areas designated as HLB, the following sub-unit acreages from 2012 represent the best available information.

KSW00355

The Action Area includes portions of three CH sub-units (KLE-1, KLE-2, and KLE-3), totaling 70,400 acres of designated spotted owl CH on federal lands (Tables 5-7), which is 0.7 percent of designated spotted owl CH range-wide (9,577,342 acres). Of the lands within spotted owl CH in the Action Area (all on federal lands), 77 percent (54,541 acres) are dispersal quality habitat (NRF plus dispersal-only habitat), and 48 percent (33,668 acres) are NRF habitat (Tables 5-7). Treatments are only proposed in sub-units KLE-2 and KLE-3.

## Unit 10: Klamath East (KLE)

Unit 10 contains seven sub-units and consists of the eastern portion of the Klamath Mountains Ecological Section M261A, based on section descriptions of forest types from Ecological Subregions of the United States (McNab and Avers 1994, Section M261A), and portions of the Southern Cascades Ecological Section M261D in Oregon. This region is characterized by a Mediterranean climate, greatly reduced influence of marine air, and steep, dissected terrain. Franklin and Dyrness (1988, pp. 137-149) differentiate the mixed-conifer forest occurring on the "Cascade side of the Klamath from the more mesic mixed evergreen forests on the western portion (Siskiyou Mountains)," and Kuchler (1977) separates out the eastern Klamath based on increased occurrence of ponderosa pine. The mixed-conifer/evergreen hardwood forest types typical of the Klamath region extend into the southern Cascades in the vicinity of Roseburg and the North Umpqua River, where they grade into the western hemlock forest typical of the Cascades. High summer temperatures and a mosaic of open forest conditions and Oregon white oak (*Quercus garryana*) woodlands act to influence northern spotted owl distribution in this region. Northern spotted owls occur at elevations up to 1,768 m. Dwarf mistletoe provides an important component of nesting habitat, providing additional structure and enabling northern spotted owls to occasionally nest within stands of relatively younger, small trees.

## KLE-2

The 100,374-acre KLE-2 sub-unit occurs in Josephine and Douglas Counties, Oregon, and comprises federal lands managed by the USFS and the BLM under the NWFP (USDA FS and USDI BLM 1994a, entire). The 2021 Critical Habitat Revision excluded approximately 30,000 acres of BLM HLB designated under the 2012 Critical Habitat Designation (86 FR 62606, p. 62641). Special management considerations or protection are required in this sub-unit to address threats to the essential physical or biological features from current and past timber harvest, losses due to wildfire and the effects on vegetation from fire exclusion, and competition with barred owls. This sub-unit is expected to function primarily for east-west connectivity between subunits and critical habitat units, but also for demographic support. This sub-unit facilitates northern spotted owl movements between the western Cascades and coastal Oregon and the Klamath Mountains.

## KLE-3

The 112,709-acre KLE-3 sub-unit occurs in Jackson, Josephine, and Douglas Counties, Oregon, and comprises federal lands managed by the USFS and the BLM under the NWFP (USDA FS and USDI BLM 1994a, entire). The 2021 Critical Habitat Revision excluded approximately 38,400 acres of BLM HLB designated under the 2012 Critical Habitat Designation (86 FR 62606, p. 62641). Special management considerations or protections are required in this sub-unit

KSW00356

to address threats to the essential physical or biological features from current and past timber harvest, losses due to wildfire and the effects on vegetation from fire exclusion, and competition with barred owls. This sub-unit is expected to function primarily for east-west connectivity between sub-units and critical habitat units, but also for demographic support. This sub-unit facilitates northern spotted owl movements between the western Cascades and coastal Oregon and the Klamath Mountains.

**ENVIRONMENTAL BASELINE**

Regulations implementing the ESA (50 CFR § 402.02) define the environmental baseline as the condition of the listed species or its designated critical habitat in the Action Area, without the consequences to the listed species or designated critical habitat caused by the proposed action. The environmental baseline includes the past and present impacts of all Federal, State, or private actions and other human activities in the Action Area, the anticipated impacts of all proposed Federal projects in the Action Area that have already undergone formal or early section 7 consultation, and the impact of State or private actions which are contemporaneous with the consultation in process. The consequences to listed species or designated critical habitat from ongoing agency activities or existing agency facilities that are not within the agency's discretion to modify are part of the environmental baseline.

*Description of the Action Area*

As described in the Proposed Action section, the Action Area for the Rogue Gold, Trail Creek, and Last Chance Projects represents all lands within 1.2 or 1.3 miles of proposed treatment units and all lands within any overlapped associated home ranges of known spotted owl sites.

**Status of Northern Spotted Owl Habitat in the Action Area**

The Medford District BLM spotted owl habitat baseline is continually updated by the District. The Action Area habitat baseline is current as of February 2023 and includes changes in habitat from wildfires (2021 Board Mountain, Buck Rock, and North River Road fires; the 2022 Rum Creek fire did not overlap the Action Area) and timber harvest. The District updated the spotted owl habitat baseline for all lands within the fire perimeters based on burn severity data obtained from satellite imagery. A crosswalk with pre-fire habitat conditions and burn severity was used to predict the post-fire habitat conditions. Fire severity was classified for the fires by calculating the Normalized Burn Ratio (NBR) and Delta NBR (dNBR) from pre- and post-fire Sentinel multispectral imagery. At the Medford District, the dNBR was classified based on breakpoints indicated by Key and Benson (2006) (High, Moderate-High, Moderate-Low, Low, and Unburned to Very Low). While the severity data is not an exact match for vegetation mortality, High and Moderate (high and low) burn severity categories can be used to estimate the amount of vegetation mortality resulting from the fires. The post-fire habitat was further refined with on the ground evaluations. The effects to northern spotted owl habitat from the fires were variable throughout the fire footprints, depending on the fire severity.

The majority of the habitat updates within the proposed Rogue Gold, Trail Creek, and Last Chance treatment units were based on field evaluations. These field evaluations included taking measurements of overstory canopy cover (using ocular estimates), measuring overstory tree

KSW00357

diameters, recording the number of canopy layers, recording the amount of coarse woody debris and snags, and recording other habitat characteristics such as nesting platforms, cavities, and mistletoe brooms. In addition to the field evaluations, the Project wildlife biologists conducted a review of potential spotted owl habitat using a combination of aerial photographs, LiDAR, GIS software, wildlife survey data, and stand exam records for the remaining project units. Additionally, BLM managed lands outside of proposed treatment units were updated using aerial photos or LiDAR. The updated 2014 Rogue Basin habitat layer, which is based on GNN (Gradient Nearest Neighbor) data, provides post-fire (as of January 2023) habitat conditions on non-BLM land. As a result, the habitat baseline for the Rogue Gold, Trail Creek, and Last Chance Projects represents the most current and up-to-date habitat information to the extent practicable, and overall, this habitat information represents the best available information. The Action Area is comprised of three geographically separate Project Areas, which combined create a multipart Action Area totaling 224,085 acres.

The portion of the Action Area for the Rogue Gold Project totals 76,838 acres (all land ownerships). Approximately 30 percent of the federal lands within the Rogue Gold portion of the Action Area are NRF habitat (Table 5). There are 21 known spotted owl home ranges completely contained within the Rogue Gold portion of the Action Area (Table 9).

| Table 5.  Spotted Owl Habitat Environmental Baseline for the Rogue Gold Portion of the Action Area. Medford District BLM. | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Acres | NRF Habitat Acres (% Of Total) | Capable Habitat Acres (% Of Total) | Dispersal Quality[2] Acres (% Of Total) | Reserved Acres[1] (% Of Total) | Non-Reserved Acres (% Of Total) |
| **OWNERSHIP** | | | | | | | |
| -All Ownerships | | 76,838 | 13,436 (17%) | 22,670 (43%) | 42,722 (56%) | 15,379 (20%) | 61,459 (80%) |
| - Non-Federal (Private) | | 48,948 | 4,992 (10%) | 16,902 (35%) | 22,532 (46%) | 0 | 48,948 (100%) |
| -Federal (BLM) | | 27,890 | 8,444 (30%) | 5,768 (21%) | 20,190 (72%) | 15,379 (55%) | 12,511 (45%) |
| **LAND ALLOCATION—FEDERAL** (hierarchal, no acres double-counted) | | | | | | | |
| Reserves (BLM) | | 15,379 | 4,247 (28%) | 4,018 (26%) | 9,729 (63%) | 15,379 (100%) | NA |
| Harvest Land Base (BLM) | | 12,511 | 4,197 (34%) | 1,749 (14%) | 10,461 (84%)0 | NA | 12,511 (100%) |
| **SPOTTED OWL CRITICAL HABITAT (2012)** | | | | | | | |
| Critical Habitat Unit | Sub-unit | Acres | NRF Habitat Acres | Capable Habitat Acres | Dispersal Quality Acres | Reserved Acres | Non-Reserved Acres |
| **10** | KLE-3 | 16,369 | 5,644 (34%) | 2,727 (17%) | 12,522 (76%) | 9,463 (58%) | 6,906 (42%) |
| Notes:  1. Based on 2016 RMP LUAs BLM and 1994 NWFP LUA FS Reserved= land allocation with no programmed timber harvest, but some removal of commercial trees, including LSR, Riparian Reserve, and District Designated Reserves in this AA  2. Dispersal includes NRF habitat. | | | | | | | |

KSW00358

The Trail Creek portion of the Action Area is contained in one large polygon totaling 56,247 acres. Approximately 47 percent of the federal lands within the Trail Creek portion of the Action Area are NRF habitat (Table 6). There are 25 known spotted owl home ranges within the Trail Creek portion of the Action Area (Table 9).

| Table 6.  Spotted Owl Habitat Environmental Baseline for the Trail Creek Portion of the Action Area. Medford District BLM. | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total Acres | NRF Habitat Acres (% Of Total) | Capable Habitat Acres (% Of Total | Dispersal Quality[2,] Acres (% Of Total) | Reserved Acres[1] (% Of Total) | Non-Reserved Acres (% Of Total) |
| **OWNERSHIP** | | | | | | | |
| -All Ownerships | | 56,247 | 17,819 (32%) | 19,605 (35%) | 33,373 (59%) | 16,288 (29%) | 39,958 (71%) |
| - Non-Federal (Private, State) | | 27,397 | 4,308 (16%) | 13,263 (48%) | 12,328 (45%) | 0 | 27,397 (100%) |
| -Federal (BLM, USFS) | | 28,850 | 13,512 (47%) | 6,342 (22%) | 21,045 (73%) | 16,288 (56%) | 12,562 (44%) |
| **LAND ALLOCATION—FEDERAL** *(hierarchal, no acres double-counted)* | | | | | | | |
| Reserves (BLM, USFS) | | 16,288 | 8,123 (50%) | 3,150 (19%) | 11,869 (73%) | 16,288 (100%) | NA |
| Harvest Land Base (matrix FS) | | 12,562 | 5,388 (43%) | 3,192 (25%) | 9,175 (73%) | NA | 12,562 (100%) |
| **SPOTTED OWL CRITICAL HABITAT (2012)** | | | | | | | |
| Critical Habitat  Unit | Sub-unit | Acres | NRF Habitat Acres | Capable Habitat Acres | Dispersal Quality Acres | Reserved Acres | Non-Reserved Acres |
| 10 | KLE-1 | 4,355 | 2,158 (50%) | 773 (18%) | 3,526 (81%) | 3 (0.1%) | 4,352 (99.9%) |
| 10 | KLE-3 | 16,459 | 8,376 (51%) | 4,023 (24%) | 11,693 (71%) | 10,923 (66%) | 5,537 (34%) |
| Notes:  1. Based on 2016 RMP LUAs BLM and 1994 NWFP LUA FS Reserved= land allocation with no programmed timber harvest, but some removal of commercial trees, including LSR, Riparian Reserve, and District Designated Reserves in this AA  2.  Dispersal includes NRF habitat. | | | | | | | |

KSW00359

The portion of the Action Area for the Last Chance Project totals 91,000 acres (all land ownerships). Approximately 77 percent of the federal lands within the Last Chance portion of the Action Area are NRF habitat (Table 7). There are 33 known spotted owl home ranges completely contained within the portion of the Last Chance Action Area (Table 9).

**Table 7.  Spotted Owl Habitat Environmental Baseline for the Last Chance Portion of the Action Area. Medford District BLM.**

| | | Total Acres | NRF Habitat Acres (% Of Total) | Capable Habitat Acres (% Of Total) | Total Dispersal[2.] Acres (% Of Total) | Reserved Acres[1] (% Of Total) | Non-Reserved Acres (% Of Total) |
|---|---|---|---|---|---|---|---|
| **OWNERSHIP** | | | | | | | |
| -All Ownerships | | 91,000 | 29,666 (33%) | 26,385 (29%) | 58,663 (64%) | 24,659 (27%) | 66,341 (73%) |
| - Non-Federal (Private, State) | | 44,818 | 6,747 (23%) | 16,947 (64%) | 23,384 (40%) | 0 | 72,875 (100%) |
| -Federal (BLM, USFS) | | 46,182 | 22,919 (77%) | 9,438 (36%) | 35,279 (60%) | 24,659 (53%) | 21,523 (47%) |
| **LAND ALLOCATION—FEDERAL** (*hierarchal, no acres double-counted*) | | | | | | | |
| Reserves (BLM, USFS) | | 24,659 | 14,378 (58%) | 3,717 (15%) | 19,718 (80%) | 24,659 (100%) | NA |
| Harvest Land Base (matrix FS) | | 21,523 | 8,553 (40%) | 5,719 (27%) | 15,564 (72%) | NA | 21,523 (100%) |
| **SPOTTED OWL CRITICAL HABITAT** | | | | | | | |
| Critical Habitat Unit | Sub-unit | Acres | NRF Habitat Acres | Capable Habitat Acres | Dispersal Acres | Reserved Acres | Non-Reserved Acres |
| 10 | KLE-1 | 46 | 31 (68%) | 3 (6%) | 43 (94%) | 3 (7%) | 43 (83%) |
| 10 | KLE-2 | 29,376 | 15,996 (54%) | 4,313 (15%) | 24,141 (82%) | 16,077 (55%) | 13,299 (45%) |
| 10 | KLE-3 | 3,795 | 1,463 (39%) | 1,123 (30%) | 2,616 (69%) | 1,937 (51%) | 1,858 (49%) |

Notes: 1 Based on 2016 RMP LUAs BLM and 1994 NWFP LUA FS Reserved= land allocation with no programmed timber harvest, but some removal of commercial trees, including LSR, Riparian Reserve, and District Designated Reserves in this AA   2. Dispersal includes NRF habitat.

### Status of the Northern Spotted Owl Dispersal Conditions

Fifth field watersheds can provide a landscape-level qualitative evaluation for dispersal function using the concepts of Thomas et al (1990), as described below, along with more recent analyses of dispersal function per Lint et al. (2005) and Davis et al. (2011). Thomas et al. (1990) originally recommended assessing dispersal habitat conditions on the quarter-township scale and managing forested landscapes so 50 percent of each quarter-township contains dispersal habitat. These levels were used to describe suitable habitat to support the transient phase of spotted owl dispersal. Since then, the Service has generally recommended using a fifth field or larger landscapes for assessing dispersal habitat conditions because watersheds or provinces offer a more biologically meaningful way to evaluate dispersal function. For the fifth field watershed scale analysis conducted in the Assessment, the BLM used the updated habitat information as described above to characterize NRF, dispersal-only, capable, and non-habitat

81

KSW00360

across the Action Area and across all ownerships (Table 8). Davis et al. (2016) suggested that landscapes having at least 40 percent of dispersal habitat conditions (including both older and younger forests) would be sufficient to support spotted owl dispersal across the landscape. Based on these assumptions, fifth field watersheds with NRF and Dispersal-only habitats (described as dispersal habitat when combined) over greater than 40 percent of the area likely support spotted owl dispersal. This information represents the best available analysis approach to evaluate dispersal-habitat function within the Action Area.

**Table 8. Dispersal Habitat Conditions in the Fifth Field Watershed Associated with the Rogue Gold, Trail Creek, and Last Chance Projects (all land ownerships). Medford District BLM.**

| 5th Field Watershed | Associated Project(s) | Total Watershed Acres | Total NRF Habitat Acres | Total Dispersal-Only Habitat Acres | Total Dispersal Quality Acres (NRF + Dispersal-only) | % Watershed Providing Dispersal Quality Habitat (NRF + Dispersal-only) |
|---|---|---|---|---|---|---|
| Bear Creek | Rogue Gold | 231,070 | 36,322 | 163,046 | 93,822 | **41 %** |
| Elk Creek[1] | Trail Creek | 54,322 | 24,592 | 16,886 | 41,477 | **76 %** |
| Elk Creek[2] | Trail Creek | 85,409 | 28,453 | 20,969 | 48,522 | **57 %** |
| Evans Creek | Trail Creek and Last Chance | 143,280 | 45,545 | 44,761 | 90,305 | **63 %** |
| Gold Hill-Rogue River | Rogue Gold | 135,963 | 14,522 | 32,942 | 47,464 | **35 %** |
| Grants Pass-Rogue River | Rogue Gold | 53,767 | 8,625 | 14,956 | 23,581 | **44 %** |
| Lower Applegate River | Rogue Gold | 90,537 | 24,320 | 32,576 | 56,896 | **63 %** |
| Middle Applegate River | Rogue Gold | 82,538 | 20,011 | 25,073 | 45,084 | **55 %** |
| Shady Cove-Rogue River | Trail Creek | 74,217 | 6,584 | 17,054 | 23,638 | **32 %** |
| Trail Creek | Trail Creek | 35,319 | 10,012 | 9,906 | 19,918 | **56 %** |
| Grave Creek | Last Chance | 104,517 | 36,502 | 30,742 | 67,244 | **64%** |
| Middle Cow Creek | Last Chance | 113,081 | 39259 | 30422 | 69,681 | **62%** |
| Upper Cow Creek | Last Chance | 47,480 | 25152 | 12704 | 37,856 | **80%** |

1 = There are two Elk Creek 5th field watersheds. Elk Creek[1] is primarily north of the Trail Creek project and Trail Creek watershed. 2 = Elk Creek[2] is primarily northeast of the Trail Creek project and Trail Creek watershed.

KSW00361

**Status of Northern Spotted Owls in the Action Area**

Northern spotted owl site occupancy is defined by evidence of continued use by spotted owls (including breeding), repeated detections of a pair or single birds, presence of young before dispersal, or some other strong indication of continued occupation. Spotted owl sites described in this Opinion are based on historic site information, recent and current protocol survey results, and incidental observations. Spotted owls are generally monogamous and primarily mate for life (Courtney et al. 2004). They are also known to exhibit high site fidelity. However, owls often switch nest trees and use multiple core areas over time, possibly in response to fluctuations of prey availability, loss of a particular nest tree, or presence of barred owls (see *Competition Between Spotted Owls and Barred Owls*). These multiple nest locations (original and alternates) are typically combined to represent one spotted owl pair territory for analysis purposes. For this Opinion, both the original and alternate nest locations are analyzed separately when the survey information indicated the owls were observed at each location in the last two years. However, only one location (most recent original or alternate location), is analyzed below to represent the territory when the site is not occupied, or recent protocol surveys (in the last two years) indicate the owls are only using one location.

**<u>Spotted Owl Surveys</u>**

All nesting-roosting and foraging habitat associated with the Rogue Gold, Trail Creek, and Last Chance Projects will be surveyed to protocol (Lint et al. 1999; USDI FWS 2012), on BLM lands within 1.2 and 1.3 miles of the proposed units and within spotted owl sites affected by the proposed action. These surveys include NRF habitat outside spotted owl known home ranges in the areas that have the highest potential for spotted owl occupancy, as determined by the District (see *Spotted Owl Habitat Outside of Known Sites* below). As of the completion of this consultation spotted owl occupancy has been recorded in 20 sites, two of which were assigned as occupied due to a lack of survey information (FS-9988O and 4028O). However, the occupancy status of another two sites is currently unknown due to a break in the survey protocol (Table 10). These two occupancy unknown sites (3253B and 0935A) will be surveyed to protocol prior to implementation per project PDC. To date, no additional spotted owls have been detected in these areas outside of the known spotted owl home ranges. Spot check surveys will continue as needed according to the protocol. If resident spotted owls are located, the BLM will modify or drop the units as appropriate with review by the Level 1 team to avoid incidental take of spotted owls. See Assessment, Appendix B, for a summary of the survey efforts and survey results for the known spotted owl sites associated with the Rogue Gold, Trail Creek, and Last Chance Projects.

As discussed above the District will continue to conduct project clearance surveys using call-back surveys or per other best available methodologies. Franklin et al. 2021 (figure 9) showed that occupancy of spotted owls have continued to decline across the demography areas with many areas having modeled occupancy rates of less than 20 percent. This is further supported by empirical site occupancy of less than 15 percent on the local demographic study areas and the District's own surveys of known sites as described below. Meaning that very few spotted owls are the landscape to be influenced by barred owls. Dugger et al. (2023a) affirmed that barred owls influence spotted owl detectability, which is not new information (see Status of the Species) and for which the survey protocol incorporates. Per the Project Design Criteria of this

KSW00362

consultation, the District and the Service will evaluate spotted owl detections for occupancy status and for consideration of Dugger et al. (2023a) and modify projects as necessary to avoid incidental take. As survey results become available or if information suggests a methodology change in collecting spotted owl occupancy information, this consultation will be amended or will be reinitiated as appropriate.

**Known Spotted Owl Sites** (20 occupied, 57 unoccupied, and two unknown, as discussed below)

There are 79 known spotted owl site home ranges (including 5 territories with original and alternate site locations) that could be impacted by proposed actions under the Rogue Gold, Trail Creek, and Last Chance Projects (Table 9). These home ranges are completely contained within the Action Area and overlap Project unit footprints (Assessment, Maps 7-9).

In addition to the 79 sites described above, there are 37 spotted owl site centers outside of the Action Area with a portion of their home range overlapping the Action Area (Assessment, Maps 10-12). However, no Rogue Gold, Trail Creek, or Last Chance Project treatments are proposed within these home ranges, so the habitat conditions within these 37 home ranges would not change as a result of the Rogue Gold, Trail Creek, or Last Chance Projects. Additionally, since there are no proposed units within the home ranges of these sites, foraging habitat also would not be altered or affected at the smaller 0.5-mile core-use scale within the home range. As mentioned earlier, spotted owls are "central place" foragers, with the 0.5-mile core-use area (the area closest to the nest) being the focal area receiving disproportionate use (Rosenberg and McKelvey 1999).

These site centers are also beyond noise and smoke disturbance distances, so no indirect effects from noise, smoke, or associated road use would occur within the home range of these 37 sites. Effects to dispersal function is addressed at the fifth field watershed scales, which include the home ranges of these 37 sites. Therefore, these home ranges are not included in the Action Area and the sites are not carried forward in this Opinion.

| Table 9. Spotted Owl Sites Associated with the Action Area for the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM. | | | | |
|---|---|---|---|---|
| | **Rogue Gold** | **Trail Creek** | **Last Chance** | **TOTAL** |
| **Number of Owl Home Ranges Completely Contained in the Action Area** *(proposed units in known home ranges)* | **21**[1] | **25**[2] | **33**[2] | **79** |
| **Number of Owl Home Ranges Overlapping the Action Area** *(site center outside of AA and no units inside known home ranges and no direct or indirect effects from the proposed actions)* | **7** | **12** | **18** | **37** |
| **TOTAL** | **27** | **35** | **51** | **114** |

1 – Includes 1 territory with 1 alternate location/home range; 2 – Includes 2 territories with 1 alternate location/home range

*Occupancy Status of Spotted Owls Sites*

For planning purposes for the Rogue Gold, Trail Creek, and Last Chance Projects, the District is determining occupancy status based on current protocol survey information and current habitat amounts within the home range and core-use areas. The current occupancy status summary

KSW00363

provided in Table 10 is subject to change as protocol surveys continue until harvest. If spotted owls are located during protocol surveys before the time of on-the-ground implementation, units would be dropped or modified to eliminate potential adverse effects that could lead to an incidental take determination, as identified in the PDC above. The Service will provide technical assistance as appropriate.

| Table 10. Rogue Gold, Trail Creek, and Last Chance Spotted Owl Occupancy Status Summary. Medford District BLM. | | | |
|---|---|---|---|
| | **Surveys are Current (at least 2 years of protocol surveys)** | | **Occupancy Status Currently Unknown (Protocol Surveys Not Completed)** |
| | **Occupied** (Pair or Resident Single) | **Unoccupied** | |
| **Rogue Gold** | **4** | **17** | **0** |
| | 4683A/O, 2766O, 1198O | 4060O, 4069O, 4382O, 4480O, 4612O, 4621O, 0102O, 0956O, 0958A, 4045A, 2076O, 2269O, 2398O, 4041A, 1952O, 2260B, 3277O | |
| **Trail Creek** | **6 (2)** | **16** | **1** |
| | 1304B/O, 1172O, 2006A/O, 0926O, FS-9988O[1], 40280[1] | 2219O, 2356O, 1949A, 1824O, 3394A, 4027A, 2630O, 1822O, 2625O, 1832O, 1823O, 2629O, 3395O, 3396O, 4309O, 4381O | 3253B |
| **Last Chance** | **8** | **24** | **1** |
| | 1732B, 0917C, 4625C, 2406C, 1314A/O, 4626A/O | 0933A, 0877A, 0878A, 2015A, 2618A, 0883B, 1953A, 1731O,0943O, 2071O, 4619O, 0928O, 2277A, 2068O, 2273O, 0068O, 1300O, 2070A, 2620B, 2215O, 0099O, 0950B, 0924O, 0078O | 0935A |

1= occupancy status unknown for these sites due to lack of survey information, but conservatively assigned as occupied.

**Summary of Current Spotted Owl Site/Home Range Habitat Conditions**

This Opinion uses the provincial home range and core-use area to define the extent and spatial importance of an owl's habitat, because the average quantity of habitat within those areas has been shown to be associated with occupancy and reproduction (sometimes referred to as "habitat fitness") (Assessment, Appendix D). As with assessing stand function, the estimate of habitat quantities within the provincial home range and core-use area are derived mean quantities, not absolute thresholds.

NRF habitat is a focus of the analysis because research has indicated that the quantity and configuration of "older forest" (analogous to NRF habitat) provides a valid inference into the likelihood of occupancy (Hunter et al. 1995), survival, and reproduction (Franklin et al. 2000;

KSW00364

Zabel et al. 2003; Olson et al. 2004; Dugger et al. 2005; Dugger et al. 2011). For example, when less than 40 to 60 percent of the home range is in NRF habitat, the likelihood of spotted owl occupancy is lower, and survival and reproduction may be reduced (Thomas et al. 1990; Bart and Forsman 1992; Bart 1995; Dugger et al. 2005). Generally, survival and reproduction are supported when there is between 40 and 60 percent older forest within the core-use area (Dugger et al. 2005), but local conditions and possibly pair experience, as well as the presence of barred owls, may contribute to large variance in actual amounts for individual owls. The amount, quantity, and configuration of habitat within an approximate 0.5-mile radius provides a reasonable inference into survival and successful reproduction. Appendix D in the Assessment provides a summary of the best available information regarding spotted owl resource and landscape use to help inform the baseline and effects analysis for this Opinion.

The pre- and post- treatment NRF habitat acres for spotted owl sites in the Action Area (Assessment, Appendix C, Table C-1) inform the effects determinations from the proposed actions. As mentioned above, the spotted owl baseline update for the Assessment includes changes in habitat from wildfires and timber harvest.

**Spotted Owl Habitat Outside of Known Spotted Owl Home Ranges**

There are approximately 9,002 acres of NRF and 7,852 dispersal-only habitat on federal lands within the Action Area that are outside of known spotted owl home ranges (Table 11).

| Table 11. Spotted Owl Habitat on Federal Lands Outside of Known Spotted Owl Home Ranges, but within the Action Area. Medford District BLM. | | |
|---|---|---|
| Project | NRF Acres | Dispersal-Only Acres |
| Rogue Gold | 2,444 | 4,122 |
| Trail Creek | 2,546 | 1,216 |
| Last Chance | 4,012 | 2,514 |
| TOTAL | 9,002 | 7,852 |

All NRF habitat that has the highest potential for spotted owl occupancy within 1.2 or 1.3 miles of the proposed actions will continue to be surveyed to protocol (data on file with the District).

The NRF habitat acres outside of known spotted owl home ranges include aggregations of habitat that have potential for spotted owl occupancy. Contiguous NRF habitat greater than 70 acres (Miller et al. 1989) is one factor to consider when evaluating the occupancy suitability of blocks of habitat and is based on threshold models developed by Swindle et al. (1997) and Perkins (2000) that indicate the 200- to 300-meter radius (and sometimes greater) encompassing up to 70 acres around a nest is important to spotted owls. Additionally, contiguous NRF habitat located in high relative habitat suitability (RHS) (see USDI FWS 2011) has a higher potential of supporting owls. Abiotic factors represented in the high RHS, such as slope, aspect, and core habitat, increase the likelihood of supporting nesting owls compared to other locations across the landscape. These habitat areas will be further evaluated in the Effects section below.

**Spotted Owl Sites Considered Non-viable Within the Action Area**

Two historic spotted owl sites within the Action Area are located with site centers on private

KSW00365

lands (3395O and 3396O). The core-use areas of both sites are entirely on private ownership and contain no (zero percent) NRF habitat. The home range areas of these sites contain six and three percent NRF habitat, respectively (Assessment, Table C-1, Appendix C). Surveys at these sites were not completed because BLM does not have access to the private lands where the site centers are located, but all NRF habitat that does fall within the home range of these sites has been surveyed. Spotted owl sites with very low NRF habitat values in the core-use and home range areas have been shown to be non-viable for spotted owl occupancy (Franklin et al. 2000; Dugger et al. 2005). Given the extremely low habitat-fitness values in these two sites (3395O and 3396O), they are considered non-viable and therefore unoccupied by spotted owls.

**Non-territorial Spotted Owls within the Action Area**

Northern spotted owl populations include a territorial and to a lesser extent a non-territorial component. The non-territorial (non-breeding) adult component is sometimes referred to as ''floater'' spotted owls.

As described in Assessment Table 10 and in Assessment Appendix B, 20 of the 79 sites in the Rogue Gold, Trail Creek, and Last Chance Action Area have been occupied by a spotted owl pair or resident single within the last two years (2021 and 2022). Given the lack of territory occupancy, the unoccupied sites and areas outside of known spotted owl home ranges should be accessible to non-territorial spotted owls to colonize as territory holders. Seven of the unoccupied sites have detected incidental spotted owl responses (responses that do not meet residency status) in the last two years. Protocol surveys will continue within the Action Area and would discover any future recolonization by floaters of the currently unoccupied territories, or colonization of other NRF habitat outside of known territories within 1.2 or 1.3 miles of the proposed actions.

**Barred Owls**

***General***

*Also see Appendix A and the Barred Owls section that contain additional information on barred owls.*

Although habitat remains a key consideration for spotted owl recovery, the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011, pp. III-62-68) identifies competition from the invasive barred owl as an important threat to the spotted owl, and the Service now recognizes this to be the most pressing threat to spotted owl recovery. Interspecific competition between barred owls and spotted owls is the current primary driver of spotted owl population decline seen throughout the spotted owl's range (Franklin et al. 2021).

Detailed barred owl population or density numbers are not available for the Action Area. However, barred owls were detected at 42 percent of known NSO territories in the Southern Oregon Cascades Demography Study Area (DSA) (Dugger et al. 2023) and 52 percent of territories in the Klamath DSA through spotted owl call-back surveys (Lesmeister et al. 2020, p. 17). Passive Acoustic Monitoring (conducted on 20 percent of 5 km$^2$ hexagonal grid cells

KSW00366

covering the Klamath DSA) detected northern spotted owls on 53 percent of the cells and barred owls in 95 percent of the cells sampled in 2020 (Lesmeister et al. 2022, Table 8). The BLM does not conduct barred owl surveys across the District; barred owls are detected opportunistically during spotted owl call-back surveys. Surveys for spotted owls in the Action Area over the past two years reported barred owl responses in 39 of the 79 territories within the survey areas (~49 percent) (Table 12). For the purposes of this analysis, we assume that barred owls likely saturate available habitat in the Action Area, consistent with Lesmeister et al. (2022).

**Table 12. Barred Owl Detections within the Action Area. Medford District BLM.**

| Project | Spotted Owl Sites with Barred Owl Detections *(within the last 2 years)* | Percent of Total Spotted Owl Sites in the Action Area with Barred Owls | Additional Barred Owl Observations in the Action Area/ Comments *(within the last 2 years)* |
|---|---|---|---|
| **Rogue Gold** | **10 sites** <br><br> 4382O, 4683A, 4683O, 0102O, 0956O, 0951A, 2766O, 1198O, 4041A, 2260B | 48% | No Detections outside of known spotted owl home ranges |
| **Trail Creek** | **9 sites** <br><br> 4381O, 1824O, 1304O, 4027A, 2006O, 2625O, 2629O, 09260, 4309O | 36% | Nine barred owl observations in four locations were detected within the Action Area but outside of home ranges. |
| **Last Chance** | **20 sites** <br><br> 0933A, 0878A, 2015A, 1732B, 2618A, 0883B, 1953A, 0917C, 2406C, 0943O, 2071O, 4619O, 0928O, 2277A, 2070A, 2620B, 0099O, 0950B, 0924O, 0078O | 61% | No Detections outside of known spotted owl home ranges |
| **TOTAL** | | 49% | Nine |

**Current Condition of Spotted Owl Critical Habitat in the Action Area**

Approximately 4,362 acres of the proposed treatments in the Rogue Gold, Trail Creek, and Last Chance Projects occur in designated northern spotted owl CH (86 FR 62606) (Table 21). All these acres occur within Critical Habitat Unit (CHU) 10, and treatments are only proposed within sub-units KLE-2 and KLE-3. Even though the Action Area includes lands in sub-unit KLE-1, no proposed treatment units occur in this sub-unit and therefore there will be no effects to the sub-unit from the proposed Projects.

**Northern Spotted Owl Critical Habitat Baseline Data**

Table 13 summarizes the spotted owl habitat baseline for the entire critical habitat sub-units KLE-2 and KLE-3, based on the total sub-unit acres described in the 2021 final critical habitat designation (86 FR 62606, p. 62641). For this analysis, the District used the habitat baseline that was updated from completed habitat-altering projects, as well as 2019-2022 wildfires that

KSW00367

occurred within the Action Area (current as of February 2023) (updates to habitat baseline detailed above). All the habitat acres (all columns except *Total Sub-unit Acres*) in Table 13 are for BLM managed lands in KLE-2 and KLE-3. Note that while the District reported totals for Capable or Non-Habitat acres within sub-units overlapping the proposed Projects, as shown in Table 13, the Service did not include lands that currently do not function as spotted owl habitat (i.e., capable or non-habitat) within the final critical habitat designation (86 FR 62606, p. 62632).

**Table 13. Critical Habitat baseline within sub-units overlapping the proposed Projects. Medford District BLM.**

| CHU/ Sub-unit | Total Sub-unit Acres | NRF | Dispersal- Only | Dispersal (NRF + Dispersal-Only) | Capable or Non-Habitat | Total (Dispersal + Capable + Non-Habitat) |
|---|---|---|---|---|---|---|
| 10/KLE-2 | 100,374 | 43,213 | 14,457 | 57,670 | 12,706 | 70,376 |
| 10/KLE-3 | 112,709 | 30,054 | 15,874 | 45,928 | 18,382 | 64,310 |

**Role of the Action Area in the Survival and Recovery of the Spotted Owl**

There are 60,921 acres of spotted owl NRF habitat across all land ownerships and 44,875 acres of NRF habitat on federally managed lands in the Action Area. This represents approximately 0.7 and 0.5 percent of the range wide nesting-roosting habitat respectively (8,961,758 acres total; USFWS spotted owl baseline, 2021). There are approximately 134,758 acres of dispersal quality habitat over all land ownerships and 76,514 acres of dispersal quality habitat on federally managed lands within the Action Area. This represents 0.5 and 0.3 percent of the range wide dispersal quality habitat respectively (25,729,299 acres total; Davis et al. 2016, p. 32). There are 79 known spotted owl sites within the Action Area and based on surveys to date, only 20 of these 79 sites have been occupied by spotted owls (single or pair) in at least one of the last two years (two of these 20 sites, FS-9988O and 4028O, were assigned as occupied due to a lack of survey information) (Table 10). Surveys will continue across all Project Areas, including full protocol surveys within four sites that are currently un-surveyed.

The Action Area, as part of the Medford District, plays an important role in the range-wide population dynamics of this species, because the District – including the Action Area – overlaps the Klamath-East, Klamath-West, and West Cascades South modeling regions, which have been shown to serve as a "source" population for spotted owls (Schumaker et al. 2014; Dugger et al. 2016). This means that the populations in these areas tend to be robust enough to provide sufficient northern spotted owls to help colonize other areas, as compared with "sink" population areas (such as populations in the Oregon Coast Ranges and North Coast Olympics (Schumaker et al 2014, p. 588; Dugger et al. 2016, entire). As a result, the Action Area population plays an important role in the population support for the species range-wide. Schumaker et al. (2014, p. 589) developed a spatially explicit, individual-based model of spotted owl population dynamics and found that protecting and enhancing performance in both sources and sinks may be essential for range-wide population persistence.

The Revised Recovery Plan for the Spotted Owl (USDI FWS 2011, p. III-1) identified the NWFP Physiographic Provinces as recovery units, intended to support high quality spotted owl NRF and dispersal habitats. The Oregon Klamath and West Cascades Provinces, which overlap

KSW00368

the Action Area, were noted as threatened with ongoing habitat loss as a result of wildfire and the effects of fire exclusion on vegetation change (USDI FWS 2011, p. I-8, III-7). Findings from the 25-year NWFP report confirm these findings (Davis et al. 2022, p. 14). To respond to these threats to old forests in these two provinces, the Service recommended that landscapes:

> "… be actively managed in a way that reconciles the overlapping goals of spotted owl conservation, responding to climate change and restoring dry forest ecological structure, composition and processes, including wildfire and other disturbances."

As described in Davis et al. 2022 (p. 14), and further supported by more recent fires, the Oregon and California Klamath Provinces have been repeatedly impacted by large scale wildfire resulting in loss of spotted owl habitat.

Reserve LUAs make up approximately 54.7 percent (Tables 5-7) of Federal lands in the Action Area. Of all dispersal-quality spotted owl habitat on Federal lands in the Action Area (76,514 acres; Table 15), approximately 21.4 percent (16,393 acres) is in the LSR LUA (Tables 14, 24). Land management in the LSR LUA provides for the conservation and recovery of the spotted owl in a variety of ways. For example, the LSR LUA was designed, in part, to contribute to the development and spacing of large habitat blocks to support spotted owl conservation and is managed for the retention and development of large trees and complex forests across the RMP landscape (USDI FWS 2016, Table 1, p. 9). Conversely, management objectives on the non-reserve LUAs center around the economic utilization of timber resources. The District deliberately targeted the HLB LUA for more intensive management actions, outside of areas designated for spotted owl recovery.

## Status of Late Successional Reserves in the Action Area

There are approximately 17,531 acres of LSR on BLM managed lands within the Action Area. Of these acres, 78 percent (13,745 acres) is currently spotted owl NRF habitat, 15 percent (2,648 acres) is currently spotted owl dispersal-only habitat, and the remaining seven percent (1,138 acres) is currently not providing spotted owl habitat (Table 14). As stated earlier, BLM designed the Rogue Gold, Trail Creek, and Last Chance projects under the 2016 SWO RMP/ROD (USDI BLM 2016a) consistent with Management Direction for LSRs that includes treatments that promote the development of nesting-roosting habitat in stands that do not currently support northern spotted owl nesting and roosting. Treatments under LSR LUA Management Direction are also designed to enable forests to respond positively to climate-driven stresses, wildfire, and other disturbance with resilience, and ensure positive or neutral ecological impacts from wildfire. Additionally, LSR Management Direction includes applying fuels treatments to reduce the potential for uncharacteristic wildfires, which would also provide protection of currently functioning nesting-roosting habitat.

KSW00369

| Table 14. Spotted Owl Habitat in LSR within the Action Area. Medford District BLM. | | | | |
|---|---|---|---|---|
| **Project Area** | **Total LSR LUA Acres** | **NRF Acres (% in LSR)** | **Dispersal-Only Acres (% in LSR)** | **Capable or Non-Habitat Acres (% in LSR)** |
| **Rogue Gold** | 3,683 | 2,385 (65%) | 963 (26%) | 335 (9%) |
| **Trail Creek** | 5,498 | 4,074 (74%) | 937 (17%) | 487 (9%) |
| **Last Chance** | 8,350 | 7,286 (87%) | 748 (9%) | 316 (4%) |
| **TOTAL** | **17,531** | **13,745 (78%)** | **2,648 (15%)** | **1,138 (7%)** |

## EFFECTS OF THE PROPOSED ACTION

Effects of the action are all consequences to listed species or critical habitat that are caused by the proposed action, including the consequences of other activities that are caused by the proposed action. A consequence is caused by the proposed action if it would not occur but for the proposed action and it is reasonably certain to occur. Effects of the action may occur later in time and may include consequences occurring outside the immediate area involved in the action (50 CFR § 402.02).

The effects analysis below assumes full implementation of the PDC (see above and Assessment Appendix A) as conservation measures included as part of the District's proposed actions.

### Effects to Northern Spotted Owls - Overview

We evaluate potential impacts to northern spotted owls based on effects of the proposed actions on spotted owl habitat. Our evaluation of habitat impacts includes consideration of the scope (intensity) of the proposed habitat treatments, the treatment location and distribution, and how these factors may influence the life functions of spotted owls and their prey. We use specific terms to categorize the estimated degree of change caused by the proposed actions and the associated potential effect that may or is likely to occur to spotted owl habitat elements. For example, the term *downgrade* signifies that the proposed treatments may have a negative influence on the quality of affected spotted owl habitat by removing or reducing habitat elements that support spotted owl life history requirements. The term *remove* pertains to treatments that significantly reduce or remove the elements of habitat to the degree that it no longer supports spotted owl life history requirements. The term *modify* is the treatment defined when an action or activity in nesting-roosting, foraging, or dispersal-only habitat removes some trees or reduces the availability of other habitat components but does not change the current function of the habitat because the conditions that would classify the stand as NR, F, or dispersal-only habitat would remain post-treatment (see *Definitions*, above).

We also evaluate the potential impacts from the Projects to owls and their habitats in context with the threats to, and trends of habitat observed in available information, such as the effect of wildfires. Over the last two decades, the rates of habitat loss from high severity fires have

KSW00370

disproportionately affected the Oregon and California portions of the Klamath Physiographic Province, including the Action Area.

In areas such as the Oregon portions of the Klamath Physiographic Province where the threat of high-severity wildfire to resources including spotted owl habitat is high, the Service encourages managers to consider an ecological forestry approach to meet the needs of the northern spotted owl, the goals of the land managers, and long-term forest health.

Our evaluation of the significance of changes to spotted owl habitat likely to be caused by proposed activities, and whether these changes are likely to adversely affect spotted owls or their critical habitat, are also based on an analysis of site-specific conditions, including the type of treatment(s), and the scale of dependent factors (e.g., nesting, foraging, or dispersal). For example, spotted owl responses to light to medium thinning of nesting and roosting habitat are likely most influenced by relative changes in important structural features such as canopy closure, availability of dense clumps of larger trees, and nesting structures such as mistletoe brooms, defective trees, and large snags. The removal of defective trees and snags that could serve as nesting structures may reduce nesting opportunities for spotted owls; the simplification of canopy layering can degrade the thermal and protective properties found in multi-storied stands.

**Effects to Northern Spotted Owls Analyzed by Habitat**

The effects to spotted owl habitats analyzed here are the assumed effects from the District's current proposal for the Rogue Gold, Trail Creek, and Last Chance Projects (Table 15). The effects to habitat described below are a "worst case scenario" because actual actions implemented would likely be reduced in scope or scale at the time of individual National Environmental Policy Act (NEPA) Decision Records for specific sales because the District anticipates that acres would be deferred for various reasons including economics or logging feasibility issues, resulting in fewer acres offered for sale. Past implementation experience with the District shows fewer acres harvested in many of their sale plans than assumed and analyzed in consultations. Additionally, locations for landing and road construction might be adjusted by the time of implementation, but the contract administrator, Project planner, and Project wildlife biologist will ensure any changes are consistent with this Opinion. Annual consultation monitoring reports will reflect the actual implemented acres for the Rogue Gold, Trail Creek, and Last Chance Projects.

Under the District's proposed actions, the effects to spotted owl habitat will not be concentrated in space or time, but instead will be metered out spatially (distributed over 13 5th field watersheds) and temporally (estimated to be implemented over 5-10 years). The Rogue Gold, Trail Creek, and Last Chance Projects may result in a combination of multiple individual timber sales, stewardship contracts, and service contracts. The Projects will result in at least one timber sale for each Project in FY2023, FY2024, and potentially into FY2025.

The results of treatment on spotted owl habitat depends on the current stand condition (and how close it approximates old, complex-forest characteristics important to owls), how many trees are removed, the residual overstory, the aerial extent of the treatment, the residual decadence of

KSW00371

standing and down wood, the canopy complexity, the time of year the treatment occurs, and the type of tree removal. The habitat effects categories listed in Table 16 are described in more detail in the *Definitions* section above, but additional Rogue Gold, Trail Creek, and Last Chance Project specific details are provided below. In the proposed action section above, there is a range of relative density retention levels in the prescriptions applied to each unit based on the LUA and stand conditions. As a result, the same general prescription types are listed below for different habitat effects. For example, selection harvest or commercial thinning treatments retaining less relative density post-treatment would result in either habitat removal or habitat downgrade, depending on the particular prescription. Prescriptions that retain more relative density post-treatment would result in habitat changes, but habitat function would be retained (habitat "*modify*").

### Removal

The proposed action is described as removal when canopy cover would drop below 40 percent of the unit and canopy layering and other key habitat would be reduced so the unit would no longer function as spotted owl habitat post-harvest. Removing these habitat elements eliminates important microclimate considerations for the stand function, diminishes concealment cover from predators, and reduces habitat for primary spotted owl prey such as flying squirrels. Removal of large diameter trees may eliminate nesting structure and a reduction in canopy layering contributes to less foraging/perching structures. In the Rogue Gold, Trail Creek, and Last Chance Projects, NRF and dispersal-only habitat removal would occur from road and landing construction, quarry expansion, regeneration harvest, commercial thinning, and selection harvest.

### Downgrade

NR and F downgrade will alter the condition of spotted owl NR and F habitat by removing key habitat elements so the treatment unit no longer functions as nesting, roosting, and foraging habitat, but it would still function as dispersal-only habitat, and in some cases foraging habitat, post-treatment. Habitat elements impacted include layering, NR canopy, and concealment cover. However, canopy cover, snags, down-wood and some structural complexity are mostly likely to remain post-treatment, in sufficient quantity and quality for spotted owl foraging, natal dispersal, and some prey species and natal dispersal. This is because while canopy will be reduced below 60 percent, it is expected that it will remain above 40 percent, and the stand can support natal dispersal (see Davis et al. 2016) and some foraging (Zabel et al. 1992b). In the Rogue Gold, Trail Creek, and Last Chance Projects, NRF downgrade would occur from some selection harvest and commercial thinning.

### Habitat Modify

NR, F, or dispersal-only habitat modify occurs when the action would remove some trees or reduces the availability of other habitat components and quality of the habitat but does not change the current function of the habitat because the conditions that would classify the stand as NR and F or dispersal-only habitat would remain post-treatment. *Modify* is typically light-moderate forest-thinning activities. As described above quantities of habitat elements, such as multiple canopy layers, snags, coarse woody debris, and hardwoods, must be retained in order to maintain habitat function post-treatment. The District would follow the PDC for maintaining habitat function to ensure the appropriate site-specific habitat elements are retained at appropriate levels. In the Rogue Gold, Trail Creek, and Last Chance Projects, NRF and

KSW00372

dispersal-only habitat modification would occur from selection harvest, commercial thinning, hazardous fuels maintenance, roadside vegetation removal, and harvest access (yarding corridors).

While these *modify* treatments would retain higher overstory canopy cover and maintain habitat function, treatments that reduce the understory may have temporary short-term impacts to a few spotted owl prey species. The lower-level vegetation provides horizontal and vertical structure, and understory hardwood components benefit spotted owl small mammal prey species (see *Prey* section below); and in some cases, lower-level vegetation provides security cover and microclimate conditions for roosting by spotted owls. Thus, treatments that reduce the understory could negatively impact spotted owls because they have been found to select forests with greater understory densities in some parts of their range (see Jenkins et al. 2019), although not others (see North et al. (2017), which indicates that California spotted owls (*Strix occidentalis occidentalis*) select against relatively more dense understory). For our analysis here, we consider the analysis in North et al. (2017) to be more applicable relative to Jenkins et al. (2019) because the dry mixed-conifer forest composition of the Action Area is more similar to the study area utilized by North et al. (2017).

In our evaluation of the impacts of understory removal on spotted owl habitat, we start with the understanding that primary stand features such as tall overstory trees, a range in diameter distribution of tree size classes, and high canopy cover are the best indicators of spotted owl habitat. These primary stand features such as overstory trees, large remnant trees, and dominant and co-dominant hardwoods would be retained, and snags and coarse wood would be protected to the extent practicable, as part of any *modify* treatments under the proposed actions. This includes a high retention of the stand's basal area which provides a diameter distribution range maintaining vertical structure for roosting and foraging. Further, treated stands are expected to maintain on average 60 percent canopy cover in NR and F, and 40 percent canopy cover in dispersal-only habitat. Overall, retaining these overstory features is expected to maintain habitat function for spotted owl occupancy and use, albeit at a reduced quality (including considerations of impacts to the understory) than before treatment.

Additionally, considering the location of where *modify* treatments occur within a spotted owl site is important in weighing the variable level of impact; for example, treatments that modify a substantial proportion of the available NRF habitat within an occupied core-use area (which receives disproportionate use by spotted owls because of their central place foraging strategies; see Rosenberg and McKelvey 1999) may have a greater impact than *modify* treatments occurring outside the core but within the home range radius. Although the amount of late-seral forest near the core of spotted owl territories influences the annual survival of spotted owls in southern Oregon (Olson et al. 2004 and Dugger et al. 2005), it did not influence monthly survival rates of spotted owls at the home range scale, consistent with another study conducted by Schilling et al. (2013) on lands adjacent to the Action Area. Schilling et al. (2013) found that late seral forest at the home range scale did not influence monthly survival rates in the southwestern Oregon study area. In consideration of this information, the District has delineated most treatments to largely avoid core-use areas. *Modify* treatments under this proposed action do not remove habitat and do not create edge habitat. Rather, the treatments retain habitat function, thereby retaining habitat fitness. As such, spotted owl use patterns are expected to be relatively similar post-treatment.

KSW00373

Further, a large portion of the proposed actions are planned outside of core-use areas and in the outer home ranges, which is expected to have fewer impacts to spotted owls.

The best available information regarding the spotted owl response to thinning related activities is varied. For example, as overviewed in the Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011), most of the data on thinning effects were collected incidental to larger research objectives and the studies were generally not designed or intended to develop future spotted owl habitat. A theme from Forsman et al. (1984) suggests that harvest, particularly higher intensity timber harvest such as regeneration or heavy tree selection (most likely resembling NRF removal), close to the nest and when the sites had low amounts of habitat, had negative impacts to spotted owls (e.g., decreased reproduction and site abandonment). Meiman et al. (2003) recommended that harvest operations not be conducted near active spotted owl nest sites, which indicated that a spotted owl in their study moved its core-use area away from thinned areas. However, Anthony and Wagner (1998) and Zabel et al. (1992b) found spotted owls using stands with some overstory removal and thinning from below. In the case of Anthony and Wagner (1998), their study was conducted several years post-treatment so initial spotted owl response is unknown, though the results provide a fact pattern that retention of overstory is important for spotted owls. Additionally, Call et al. (1992) found spotted owls selecting foraging macrohabitat with larger trees and greater canopy cover than would be expected by chance. In their study, they recorded spotted owls using habitat that was partially logged in the past which may indicate spotted owls will use a broader range of habitats in the dry forest systems. Irwin et al. (2015 p. 236) did not observe site abandonment as a result of thinning or partial harvest of young stands. We also have information that *modify* treatments impacting the understory (as those under the proposed actions) have been demonstrated to have neutral to very short duration impacts to small mammal species' diets and overall small mammal biomass (Suzuki and Hayes 2003, pp. 358-359; Converse et al. 2006, pp. 268-269; Amacher et al. 2008, pp. 3198-3199; Manning and Edge 2008, p. 628).

Overall, given the small number of spotted owls studied, the information provided in these studies is insufficient for drawing firm conclusions about the effects of thinning prescriptions on spotted owls (USDI FWS 2011, p. III-15). However, after weighing this information, it is the Service's view that although thinning can result in negative effects to spotted owl habitat, opportunities exist to conduct vegetation management to enhance development of late-successional forest characteristics or meet other restoration and forest resiliency goals in a manner compatible with retaining resident spotted owls (USDI FWS 2011, p. III-14). This requires consideration of the trade-offs of short-term potential effects for longer-term benefits in the context of the site-specific circumstances, including the spatial location of the treatments relative to the nest site and core-use area.

For the proposed actions, we expect that some habitat *modify* treatments will provide beneficial effects in the long-term, such as fuels treatments. Treating the buildup of fuels is likely to contribute to reducing the rate of spread and intensity of wildland fires common to the Action Area. That long-term benefit is evaluated against the reduction of the understory, particularly in core-use areas of occupied sites, which could result in short-term measurable effects (depending on treatment extent) to spotted owls through reduced habitat quality due to a temporary reduction in the abundance and some short-duration impacts to availability of the prey base resulting from

KSW00374

the removal of understory layers (similar outcomes to the understory are expected in both thinning and fuels treatments). However, the spatial extent of treatments will be limited across sites and will incorporate refugia patches (treatment "skips") within treated stands, allowing prey to persist; further, prey are expected to persist in the substantial areas of untreated refugia within sites (the majority of NRF will remain untreated). This will reduce the extent of impacts to the understory, and consequently a meaningful reduction in overall prey abundance is not anticipated as a result of the proposed actions.

KSW00375

**Table 15. Summary of Effects to Spotted Owl Habitat in the Action Area. Medford District BLM.**

| | NRF Removal (acres) | | NRF Downgrade (acres) | | NRF Modify (acres) | | Dispersal-only Removal[3] (acres) | Dispersal-only Modify (acres) | Dispersal Quality Removal (acres) *(NRF+Dispersal-only)[4]* | Total Habitat Acres Treated[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| | NR[1] | F[2] | NR[1] | F[2] | NR[1] | F[2] | | | | |
| *Rogue Gold Action Area Baseline Habitat – all land ownerships (Tables 5-7)* | 13,436 | | | | | | 29,286 | | 42,722 | 76,838 |
| *Rogue Gold Action Area Baseline Habitat – federal ownership (Tables 5-7)* | 8,444 | | | | | | 11,746 | | 20,190 | 27,890 |
| Rogue Gold Treatment Effects | 224 | 380 | 5 | 162 | 229 | 562 | 290 | 2,218 | 894 | 4,070 |
| % Change to the Rogue Gold Action Area Baseline Habitat (all ownerships) | -5% | | -1% | | No Change | | -1% | No Change | -2% | 5% of AA treated |
| % Change to the Rogue Gold Action Area Baseline Habitat (federal ownership) | -7% | | -2% | | No Change | | -3% | No Change | -4% | 15% of Federal Lands in AA Treated |
| *Trail Creek Action Area Baseline Habitat – all land ownerships (Tables 5-7)* | 17,819 | | | | | | 15,554 | | 33,373 | 56,247 |
| *Trail Creek Action Area Baseline Habitat – federal ownership (Tables 5-7)* | 13,512 | | | | | | 7,533 | | 21,045 | 28,850 |
| Trail Creek Treatment Effects | 362 | 713 | 0 | 8 | 168 | 294 | 583 | 387 | 1,658 | 2,515 |
| % Change to the Trail Creek Action Area Baseline Habitat (all ownerships) | -6% | | -0.04% | | No Change | | -4% | No Change | -5% | 5% of AA treated |
| % Change to the Trail Creek Action Area Baseline Habitat (federal ownership) | -8% | | -0.06% | | No Change | | -8% | No Change | -8% | 9% of Federal Lands in AA Treated |
| *Last Chance Action Area Baseline Habitat – all land ownerships (Tables 5-7)* | 29,666 | | | | | | 28,997 | | 58,663 | 91,000 |
| *Last Chance Action Area Baseline Habitat – federal ownership (Tables 5-7)* | 22,919 | | | | | | 12,360 | | 35,279 | 46,182 |
| Last Chance Treatment Effects | 1,155 | 2,507 | 0 | 0 | 1,153 | 1,099 | 2,508 | 1,731 | 6,170 | 10,153 |
| % Change to the Last Chance Action Area Baseline Habitat (all ownerships) | -12 % | | No Change | | No Change | | -8.6% | No Change | -11% | 11% of AA treated |
| % Change to the Last Chance Action Area Baseline Habitat (federal ownership) | -16 % | | No Change | | No Change | | -20% | No Change | -17% | 22% of Federal Lands in AA Treated |
| **TOTAL HABIAT EFFECTS** | 1,741 | 3,600 | 5 | 170 | 1,550 | 1,955 | 3,381 | 4,336 | 8,722 | 16,738 |

1=NR = Nesting-Roosting; 2= Foraging; 3 =Baseline is Dispersal-Only habitat; 4=Baseline is Total Dispersal Quality Habitat (NRF + Dispersal-Only Habitat); 5=Total Action Area acres across all ownership, including non-habitat and capable habitat acres; Note – the total acres are different in Tables 2-4 because this table only describes effects to spotted owl habitat. Treatment acres in capable habitat and non- habitat are not included here.

KSW00376

**Effects to NRF Habitat due to NRF Removal and Downgrade**

Proposed actions that result in NRF removal (all Projects = 5,341 acres) and downgrade (175 acres) (Table 15) are intended to contribute to the ASQ, and, in some circumstances, improve forest-stand resiliency by reducing tree competition for resources in stands with high relative densities. Proposed activities such as  selection harvest (including riparian commercial thinning), commercial thinning, regeneration harvest, roadside vegetation removal, quarry expansion, and road and landing construction would remove large trees that could support spotted owl nesting structure, reduce the overall average canopy cover within the affected stand to near or below approximately 40 percent, diminish the existing multi-canopy layering, and other key habitat features, rendering the affected stands non-functional as spotted owl NRF or dispersal-only habitat. These treatments, primarily large tree removal, are expected to result in mostly unusable NRF habitat within the affected stands for decades post-treatment.

Treatments in the proposed actions that result in NRF removal and downgrade have the potential to reduce the overall carrying capacity of the Action Area and adversely affect spotted owl survival and reproduction, albeit depending on treatment size and proximity to occupied nest patches and core-use areas in concert with other site-specific habitat conditions (e.g., the proportion of older forest in a given site; see Franklin et al. 2000 and Dugger et al. 2005). Because BLM's proposed actions are designed to avoid incidental take of owls, these adverse effects will impact unoccupied spotted owl sites, and thus are likely to preclude future use by spotted owls for decades until regrowth occurs. Consequences for spotted owls within the Action Area because of these treatments are discussed further below.

NRF removed through proposed actions will not support future spotted owl nesting and roosting, or substantial foraging opportunities; however, depending on site-specific situations, spotted owls may not avoid all NRF removal areas post-treatment. There is some potential for short-term foraging opportunities in NRF removal areas (Sisco 1990; Folliard 1993; Irwin et al. 2012) if the harvested areas are connected or adjacent to higher quality habitat or smaller order watercourses (Irwin et al. 2011, pp. 9-10). Further, as compared with "removed" habitat, downgraded NRF habitat can still provide dispersal function due to remaining canopy, perches, and food resources, and in some cases may still function as foraging habitat depending on the site-specific conditions. For example, if the post-treatment conditions of the stands are variably open due to having skip areas with dense pockets of trees, remnant large trees, and mixed sized hardwoods (which is expected with some of the downgraded stands), spotted owls make use of these treated stands with some frequency (see Zabel et al. 1992a, b).

There are 13,436 acres of NRF habitat across all land ownerships in the Rogue Gold portion of the Action Area, of which 8,444 acres are on Federal lands. The proposed treatments in the Rogue Gold Project will remove or downgrade 771 acres of NRF habitat, a six percent decrease in available NRF habitat across all land ownerships and a nine percent decrease in the available NRF habitat on Federal lands within the Rogue Gold portion of the Action Area. Of these acres of NRF removed or downgraded, 588 acres (76 percent) occur in the HLB. One acre of NR removal, five acres NR downgrade, and 151 acres of F downgrade will occur in the LSR (Table 24). These 157 total acres of downgrade/removal in the LSR represent a 6.6 percent reduction in NRF habitat within the LSR in the Rogue Gold portion of the Action Area.

KSW00377

There are 17,819 acres of NRF habitat across all land ownerships in the Trail Creek portion of the Action Area, of which 13,512 acres are on Federal lands in the Trail Creek portion of the Action Area. Proposed treatments in the Trail Creek Project will remove or downgrade 1,083 acres of NRF habitat, a six percent decrease in available NRF habitat across all land ownerships and an eight percent decrease in the available NRF habitat on Federal lands within this portion of the Action Area. Of these acres of NRF removed or downgraded, 1,011 acres (93 percent) occur in the HLB. Six acres of NRF will be removed in LSR; zero acres of NRF will be downgraded (Table 24). These six total acres removed in the LSR represent a 0.15 percent reduction in NRF habitat within the LSR in the Trail Creek portion of the Action Area.

The Last Chance portion of the Action Area contains 29,666 acres of NRF habitat across all land ownerships in the Last Chance portion of the Action Area, of which 22,919 are on Federal lands. Proposed treatments in the Last Chance Project will remove or downgrade 3,662 acres of NRF habitat, resulting in a 12 percent decrease in available NRF habitat across all land ownerships and a 16 percent decrease in available NRF habitat on Federal lands in the Last Chance portion of the Action Area. Of these acres of NRF removed or downgraded, 2,290 acres (63 percent) occur in the HLB. In the LSR, 24 acres of NRF will be removed; zero acres of NRF will be downgraded (Table 24). These 24 acres removed in the LSR represent a 0.33 percent reduction in NRF habitat within the LSR in the Last Chance portion of the Action Area.

As provided above, 60,921 acres of NRF habitat occur across all land ownerships within the entire Action Area, of which 44,875 acres occur on Federal lands. The proposed actions will remove or downgrade a total of 5,516 acres of NRF habitat across all Projects; as per Table 15, most of the NRF habitat in the Action Area will not be impacted by the proposed actions. Implementation of the proposed actions will result in the removal and downgrade of nine percent of the available NRF across all land ownerships and 12.3 percent of the available NRF habitat on Federal lands across the entire Action Area.

At the scale of the Action Area, reduction in NRF habitat decreases the capacity of the local landscape to provide both demographic (breeding) and dispersal (recruitment) support for spotted owls. Of the total 5,516 acres NRF proposed for removal and downgrade, 3,889 acres (71 percent) occur in the HLB LUA; 187 acres (three percent) occur in the LSR, while the remaining 26 percent of acres occur within a mixture of RR and DDR LUAs. Reductions in NRF habitat and the potential to preclude spotted owls from occupying these areas in the future was an anticipated outcome of the RMP, which focuses commercial harvest activities in the HLB LUA. The HLB is not where recovery of the spotted owl will be focused and is not being relied on for supporting populations of spotted owls.

Of the 5,516 acres NRF proposed for removal and downgrade, 187 acres occur within the LSR LUA, which would result in a 1.4 percent decrease in NRF habitat in the LSR across the entire Action Area. These 187 acres consist of 31 acres NRF removal due to road and landing construction, yarding wedges, and quarry expansions, as well as one acre from commercial thinning; five acres NR downgrade due to selection harvest; and 151 acres of foraging downgrade from selection harvest (Assessment, Table 23, p. 82). The areas proposed for treatment that would downgrade foraging habitat in LSR are expected to have short-term adverse effects to owls but long-term beneficial effects to the species and habitat. Treatments are

KSW00378

designed to increase resiliency of stands to withstand wildfire, and to develop future spotted owl nesting-roosting habitat (Bailey and Tappeiner 1998, p. 111; USDI BLM 2016a, pp. 70-75). The amount of short-term loss of NRF habitat is expected to be offset by the development of current dispersal-only and foraging habitat into nesting-roosting habitat as forest conditions improve over time; additionally, the vast majority of the small amount of NRF removal in LSR is the result of disjointed linear slivers for road construction, which will not present barriers to owl movement. Further, effects will be spatially distributed, and foraging downgrade to dispersal will not result in large gaps precluding owls from moving across the landscape. Of the total mapped LSR in the Action Area, 90 percent would not be treated; these untreated areas will further provide areas for spotted owls to re-colonize across the landscape and will facilitate connectivity and dispersal between spotted owl occupied areas (Assessment, p. 73).

Under the RMP, individual projects – while potentially incurring adverse effects at the local scale – are expected to have an overall net positive conservation outcome at the landscape scale and to improve habitat conditions for the spotted owl in the LSRs (USDI FWS 2016, pp. 637-638). The amount of change to the Reserve network is small and would not change the function for which they were designated, including providing blocks of older forest cover capable of supporting viable populations of spotted owls to contribute to the conservation of the species (USDI FWS 2016, pp. 700-703).

**Effects to NRF and Dispersal-only Habitat due to Modify Prescriptions**

The objectives of *modify* treatments (e.g., selection harvest, commercial thinning, hazardous fuels reduction, roadside vegetation removal, and yarding corridors) in NRF (3,505 acres) and dispersal-only (4,336 acres) habitats (Table 15) are to contribute to the District's ASQ for activities in the HLB, and, in some cases, to improve forest-stand resiliency by reducing tree competition for resources in the LSR, in stands with high relative tree densities. To achieve the outcome of retaining stand-habitat function post-treatment, the District will adhere to the PDC outlined above in the PDC section. In general, *modify* treatments are not anticipated to result in adverse effects to spotted owls because the habitat is expected to retain a similar overall habitat function, since essential habitat elements such as overstory canopy cover, tall/large trees, basal area, legacy features, and other key elements will be retained post-treatment. However, we note that in some situations where occupied sites consist of marginal pre-treatment habitat fitness, co-occur with extensive *modify* treatments, and/or are in concert with conditions that may amplify effects (e.g., treatments in close proximity to core-use areas or occur in the presence of barred owls), these effects will be evaluated in detail to ensure any temporary reductions in prey abundance and availability (resulting from reductions in the understory during *modify* treatments) do not result in meaningful impacts to spotted owl foraging. See the *Effects of the Action on Spotted Owl Prey Species*, below, for further discussion of how different *modify* treatments may impact prey availability differently due to modifications or removal of the understory.

Up to 1,466 acres of NRF *modify* treatments are planned for the HLB and 1,197 acres in the LSR (Assessment, Table 23, p. 82). For the LSR, the NRF modify acres are to reduce the risk of wildfire through fuels treatments as well as habitat improvement through increasing the rate of development of late-successional conditions, as intended per RMP-LSR management objectives.

KSW00379

**Effects due to Removal of Spotted Owl Dispersal-quality Habitat (NRF and Dispersal-only)**

The proposed actions include the removal of approximately 8,722 acres (Table 15) of dispersal-quality habitat (NRF and dispersal-only habitat), resulting from road and landing construction, quarry expansion, commercial thinning, selection harvest, and regeneration harvest. This would result in an 11.4 percent reduction of dispersal-quality habitat on BLM managed lands within the Action Area and a 6.5 percent reduction across all land ownerships within the Action Area. We evaluate effects to spotted owl dispersal at both the stand- and landscape-level. The effectiveness of spotted owl dispersal is most meaningfully evaluated at a landscape scale (see Thomas et al. 1990; Buchanan 2004 [as cited in USDI FWS 2016]; Lint 2005; Davis et al. 2016). Analyses of movement data of spotted owls suggest that most (90 percent) dispersal movements occurred through landscapes meeting criteria of having > 11 inch DBH trees and at least 40 percent canopy cover (at the stand level) (Forsman et al. 2002; Lint 2005; Davis et al. 2011 and 2016). However, while further study is needed, this approach represents the best available information for landscape-scale analyses. Only two studies (Miller et al. 1997; Sovern et al. 2015) have empirically studied forest-type selection at the stand-level scale during juvenile dispersal. Both studies found that juveniles select for old forest with closed canopy (> 70 percent canopy cover) and large-diameter trees (> 20-inch DBH), which are similar forest conditions selected by adult spotted owls for nesting and roosting (Miller et al. 1997; Sovern et al. 2015). Miller et al. (1997, p. 145) found that dispersing spotted owls selected for closed-sapling-pole saw timber stands (defined as 2.5-53.3 cm (1-21 inches) DBH and 'crown canopy closure' > 60 percent; p. 143). In general, dispersing spotted owls tend not to select and/or avoid more open forest conditions (Miller et al. 1997, p. 146). The stand-level descriptions in these studies are similar to the combined NRF and dispersal-only habitats so we analyze them together as 'dispersal-quality habitat' in this Opinion.

Fragmented forest landscapes are more likely to be used by spotted owls in the transience phase to move rapidly between denser forest areas (Courtney et al. 2004, pp. 5-13; USDI FWS 2011). Transient dispersers use a wider variety of forest conditions for movements than colonizing dispersers, who require habitats resembling NRF habitats used by breeding birds (USDI FWS 2011). Movements through closed canopy forests occur during the colonization phase when birds are looking to become established in an area (Johnson and Gaines 1985; Small et al. 1993; Miller et al. 1997, p. 144; Courtney et al. 2004, pp. 5-13).

Forest landscapes traversed by dispersing owls typically include a fragmented mosaic of roads, clear-cuts, non-forested areas, and a variety of forest age classes (Forsman et al. 2002). Miller et al. (1997, p. 147) found that dispersing juvenile owls selected equally between less fragmented and more fragmented forests. While acknowledging it is difficult to quantify the relationship between forest fragmentation and dispersal, Miller et al. (1997) noted that indirect evidence suggests fragmentation may require owls to disperse greater distances to locate preferred habitat, and owls that confront clearcuts while dispersing in fragmented forests may actually reduce their dispersal distances. Landscapes with 40 to 50 percent (or more) dispersal-quality habitat are more likely to provide habitat connectivity conducive to spotted owl dispersal (Davis et al. 2016, p. 12). For purposes of this analysis, landscapes such as fifth-field watersheds and the overall habitat condition of the Action Area are useful scales at which to evaluate the project's effects on dispersal habitat connectivity.

KSW00380

Removal of dispersal-quality habitat is proposed in 13 of the 16 fifth field watersheds associated with the Rogue Gold, Trail Creek, and Last Chance Projects. The removal would not reduce the amount of dispersal-quality habitat below 40 percent post-harvest of any watershed currently above 40 percent (Table 17). Best available information suggests 40 percent is sufficient to maintain dispersal-habitat function at the landscape scale (Davis et al. 2016, p. 12). Forest landscapes traversed by dispersing owls typically include a fragmented mosaic of roads, clear-cuts, and non-forested areas, and a variety of forest age classes ranging from fragmented forests on cutover areas to old-growth forests (Forsman et al. 2002). Two of the fifth field watersheds (Gold Hill – Rogue River and Shady Cove – Rogue River) associated with the Projects have limited dispersal-quality habitat (below 40 percent) due to abiotic and biotic site limitations, past fires, and large amounts of non-federal lands in the low-valley bottoms with urban and agricultural areas. A high proportion of these watersheds do not provide spotted owl habitat currently and are not expected to in the future due to site limited grounds and human development. Though there is limited dispersal-quality habitat, the adjacent watersheds (as well as portions of the landscape within the Gold Hill – Rogue River and Shady Cove – Rogue River fifth field watersheds) provide connectivity and dispersal function. These watersheds would still provide habitat for transient dispersers because transient dispersers use a wider variety of forest conditions for movements. Sufficient NRF and dispersal-only habitat remains on the landscape to facilitate dispersing owls recolonizing in these watersheds. Additionally, though dispersal-quality habitat is below 40 percent at the landscape scale in these watersheds, these areas have not been identified as areas that have lost dispersal connection or created a bottleneck for dispersal (Davis et al. 2022, p. 17).

KSW00381

**Table 16. Changed Dispersal Conditions in the Fifth Field Watersheds (all land ownerships) from the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM.**

| 5th Field Watershed | Total Watershed Acres | Total Dispersal[1] Acres Pre-treatment | Percent of Watershed Dispersal[1] Habitat Pre-treatment | Total NRF Removed | Total Dispersal-only Removed | Percent of Watershed Dispersal[1] Habitat Post-Treatment | Total % Reduction from Proposed Action |
|---|---|---|---|---|---|---|---|
| Bear Creek | 231,070 | 93,822 | 41 % | 141 | 56 | 41 % | -0.1 % |
| Elk Creek 1[2] | 54,322 | 41,477 | 76 % | 5 | 42 | 76 % | -0.1 % |
| Elk Creek 2[2] | 85,409 | 48,522 | 57 % | 0 | 0 | 57 % | 0 % |
| Evans Creek | 143,280 | 90,305 | 63 % | 44 | 191 | 63 % | -0.2 % |
| Gold Hill-Rogue River | 135,963 | 47,464 | 35 % | 463 | 224 | 34 % | -0.5 % |
| Grants Pass-Rogue River | 53,767 | 23,581 | 44 % | 0 | 10 | 44 % | -0.2 % |
| Shady Cove-Rogue River | 74,217 | 23,638 | 32 % | 14 | 24 | 32 % | -0.5 % |
| Lower Applegate River | 90,537 | 56,896 | 63 % | 0 | 0 | 63 % | 0 % |
| Middle Applegate River | 82,538 | 45,084 | 55 % | 0 | 0 | 55 % | 0 % |
| Trail Creek | 35,319 | 19,918 | 56 % | 521 | 863 | 52 % | -4 % |
| Grave Creek | 104,517 | 67,244 | 64 % | 1,914 | 1,703 | 61 % | -3 % |
| Middle Cow Creek | 113,081 | 69,681 | 62 % | 1,579 | 676 | 60 % | -2 % |
| Upper Cow Creek | 47,480 | 37,856 | 80 % | 171 | 130 | 79 % | -1 % |

1 = Dispersal habitat is all habitat types that support spotted owl dispersal and includes NRF plus dispersal-only habitat. 2 = There are two Elk Creek 5th field watersheds: Elk Creek 1 is primarily north of the Trail Creek Project and Trail Creek watershed; Elk Creek 2 is primarily northeast.

**Effects to Northern Spotted Owl Dispersal Function**

Since the establishment of the NWFP there have been notable changes to dispersal-habitat landscape conditions across greater southwest Oregon that may have created challenges to dispersal, particularly in relation to wildfires. A recent review of habitat conditions from 1993 through 2017 found that the Western Cascades Province had a substantial net gain, while the Oregon Klamath Province experienced net losses of dispersal-quality habitat (Davis et al. 2022, Figure 10, p. 17). The habitat losses were most significant in the vicinity of the 2002 Biscuit fire, which occurred on the west side of the Oregon Klamath Province. The reserve networks on the south and east sides of the province experienced net gains in dispersal-quality habitat. The Action Area occurs on the east side of the province, where the reserve network was recorded to have 1-5 percent increase in dispersal-quality habitat (Davis et al. 2022, Figure 13, p. 20).

KSW00382

The Action Area habitat baseline is current as of February 2023. In the Rogue Gold portion of the Action Area, there are 42,722 acres of dispersal-quality habitat across all land ownerships, of which 20,190 acres are on Federal lands. 894 acres of dispersal-quality habitat will be removed; 98 percent of the dispersal-quality habitat across all land ownerships and 96 percent of the dispersal-quality habitat on BLM lands in this portion of the Action Area would continue to support dispersal post-treatment.

In the Trail Creek portion of the Action Area, there are 33,373 acres of dispersal-quality habitat across all land ownerships, of which 21,045 acres are on Federal lands. 1,658 acres of dispersal-quality habitat will be removed; 95 percent of the dispersal-quality habitat across all land ownerships and 92 percent of the dispersal-quality habitat on BLM lands in this portion of the Action Area would continue to support dispersal post-treatment.

In the Last Chance portion of the Action Area, there are 58,663 acres of dispersal-quality habitat across all land ownerships, of which 35,279 acres are on Federal lands. 6,170 acres of dispersal-quality habitat will be removed; 89 percent of the dispersal-quality habitat across all land ownerships and 83 percent of the dispersal-quality habitat on BLM lands in this portion of the Action Area would continue to support dispersal post-treatment.

Under the proposed actions, 94 percent of the dispersal-quality habitat across all land ownerships and 89 percent of the dispersal-quality habitat on BLM lands across the entire Action Area would continue to maintain habitat function post-treatment; 98 percent of dispersal-quality habitat within the LSR would continue to maintain habitat function. Additionally, 90 percent of the total mapped LSR across the Action Area would not be treated. Therefore, large blocks of LSRs are still available and functioning to support dispersal and clusters of reproducing spotted owls. Franklin et al. (2021) confirmed the importance of these large blocks of contiguous older forest to help provide for sufficient cover for spotted owls to re-colonize across the landscape and facilitate connectivity and dispersal between spotted owl occupied areas. These areas of functioning dispersal-quality habitat in the LSR are sufficient to continue meeting LSR purposes of providing habitat for spotted owl survival and recovery. The removal of dispersal-quality habitat would not preclude spotted owls from dispersing throughout the Action Area post-treatment. This is because the units would be spatially distributed throughout the Action Area and therefore would not create large areas of non-habitat that would form movement barriers and preclude owls from dispersing through the watersheds (see Assessment, Appendix E, Maps 19-24). Based on the relatively small reduction in dispersal-quality habitat and the expected distribution of habitat effects, bottlenecks to connectivity are not expected as a result of the proposed actions. Thus, the Action Area is anticipated to continue to support functional dispersal habitat/connectivity and colonization for spotted owls.

**Effects of the Action on Spotted Owl Prey Species**

As described in the Status of the Species above, the composition of the spotted owl's diet varies geographically and by forest type. In southwest Oregon, dusky-footed woodrats (*Neotoma fuscipes*) and northern flying squirrels (*Glaucomys sabrinus*) are a primary prey species for spotted owls (Forsman et al. 2004). Other important prey items include deer mice, red-backed voles, gophers, snowshoe hare, bushy-tailed wood rats, birds, and insects, although these species

KSW00383

comprise a small portion of the spotted owl diet (USDI FWS 2011). Red tree voles may comprise only 2.6 percent of the diet of spotted owls on the majority of the Medford District (Interior Southwest Zone) (Forsman et al. 2004, Table 2, p. 218).

Forest management actions can have varying impacts on prey species. Northern flying squirrels are dependent on forest structure, dead wood, and the presence of hypogeous fungi, while woodrats are more dependent on younger forests and ecotones. So, while thinning and selection harvest treatments can impact flying squirrel populations, these actions may create habitat for woodrats. Additionally, reviews on flying squirrel population response to management actions demonstrate conflicting results (see Status of the Species).

The thinning prescriptions for the Projects will reduce some important habitat components (hardwoods, snags, woody debris, shrubs) within treatment units. Gaps, no treatment 'skips', and riparian habitats will reduce the continuity of cover but are expected to retain the fine-scale diversity of vegetation and should contribute to the maintenance of overall populations of dusky-footed woodrats.

Dusky-footed woodrats occur in a variety of conditions, including old, structurally complex forests, younger seral stages, and shrubby openings, and are often associated with streams (Carey et al. 1999; Sakai and Noon 1993; Hamm and Diller 2009). The prescriptions and implementation of PDC for the Projects will reduce – but are expected to variably retain – important habitat components (large hardwoods, snags, woody debris, shrubs) during treatments. Oaks (*Quercus* spp.), other mast producing hardwoods, and shrubs provide a key food resource for dusky-footed woodrats and shrubs may be important sources of cover from predators. Forms of thinning that create substantial canopy openings could reduce habitat suitability for woodrats in the short-term but may subsequently create benefits if resulting increases in growth of shrubs or hardwoods (Innes et al. 2007) follow thinning; however, these types of large openings are not anticipated due to the thinning prescriptions for the proposed Projects. Conversely, thinning or its associated practices (e.g., burning slash piles) could be detrimental to dusky-footed woodrats if hardwoods, shrubs, or down logs are reduced. A study of dusky-footed woodrats in the redwood region of California, however, did not find an association between abundances of woodrats and different intensities of commercial thinning (Hamm and Diller 2009). Gaps, no treatment 'skips', and retention of riparian habitats will enhance the fine-scale diversity of vegetation and should maintain overall populations of dusky-footed woodrats in the long-term. These gaps and no treatment 'skips' are also incorporated as part of the proposed fuels reduction prescriptions, to retain a patchy distribution of dense shrubs and vertical distribution within stands (J. Reilly pers. comm. 2023c). Short-term effects are largely dependent on the large-and fine-scale spatial distribution of existing habitats and the proportion of the habitat affected.

Studies of the effects of vegetation management on flying squirrels have found similarly mixed results, likely due to variability in stand conditions and treatment intensity of study areas. Depending on the prescription and initial conditions, thinning and other forms of partial harvesting can affect a squirrel's ability to glide or avoid predation. For example, NRF habitat removal and possibly downgrade would likely remove flying squirrel habitat and decrease flying squirrel abundance (Wilson 2010; Manning et al. 2012). Thinning can also destroy decaying or defective woody materials, increase their recruitment, or both. In a study conducted in the Sierra

KSW00384

Nevada of California (a similar ecotype as the Rogue Gold, Trail Creek, and Last Chance Projects), abundances of flying squirrels in thinned stands appeared related to the amount of canopy cover retained during harvesting; though authors noted that the study was limited in scope and sampling effort (Meyer et al. 2007, pp. 206-207). Canopy was also found to be positively correlated with flying squirrel density in another study (Sollmann et al. 2016, pp. 104-106). Other studies have suggested that food availability influences flying squirrel abundance, and commercial thinning modifies microsite conditions and can temporarily (e.g., < 20 years) reduce the availability of truffles and other hypogeous fungi which are key food resources for flying squirrels and other small mammals (Waters et al. 1994; Luoma et al. 2003; Gomez et al. 2005). Comparing flying squirrel densities in thinned and un-thinned treatments, flying squirrel densities were found to be lowest in thinned units, and that flying squirrels shifted into un-thinned patches toward un-harvested areas that retained higher percent canopy, but overall flying squirrel densities at larger spatial scales did not decline (Sollmann et al. 2016, pp. 104-106). Management recommendations for flying squirrel conservation in the papers cited above include the retention of the existing environmental heterogeneity, specifically, avoidance of large openings, the retention of large logs and snags and escape cover, and connectivity within the canopy to facilitate gliding.

Surveys for red-tree voles were not conducted because the Rogue Gold, Trail Creek, and Last Chance Projects are under the 2016 SWO RMP/ROD and Survey and Manage surveys are not required (USDI BLM 2016a, pp. 27-28). As a result, some undiscovered nests may be removed as a result of the proposed action. Red tree voles and their habitat would be negatively affected due to reducing canopy cover, isolating nests, and reducing dispersal capability. However, these are not a substantial prey species for northern spotted owls across much of the Medford District BLM; red tree voles may comprise only 2.6 percent of the diet of spotted owls on the majority of the Medford District (Interior Southwest Zone) (Forsman et al. 2004, Table 2, p. 218). Even with the loss of some nests and habitat from the proposed actions, red tree voles are likely to persist in the Action Area because spotted owl habitat would remain throughout the Action Area.

The FY23 Rogue Gold, Trail Creek, and Last Chance Projects plan to implement harvest in a manner that would distribute the impacts to spotted owl prey species both temporally and spatially within the Action Area, providing areas for spotted owl foraging during implementation of the Projects. Eighty-five percent of the NRF habitat on all land ownerships and 80 percent the NRF habitat on BLM managed lands would be untreated within the Action Area. Therefore, much of the Action Area will continue to provide current levels of prey species and foraging opportunities for spotted owls. On-the-ground activities are likely to be conducted over a longer time period, as discussed above. The results of distributing effects spatially and temporally could reduce the impact of short-term negative impacts at the Project level. Residual trees, snags, and down wood that are retained in the thinned stands would provide some cover for spotted owl prey species over time, and would help minimize harvest impacts to some prey species. Harvest activities may reduce flying squirrel densities in treated stands, but those same activities have the potential to be beneficial for woodrats and other small mammals (as summarized in Courtney et al. 2004; Verschuyl et al. 2011, p. 227; Sollmann et al. 2016, pp. 104-105).

Considering all the available information, the Service anticipates some limited short- and long-term reductions in the distribution and abundance of primary prey species of the spotted owl,

KSW00385

particularly the northern flying squirrel, caused by the habitat modification treatments (i.e., removal and downgrade and to some extent modify) in the Action Area. Where substantial areas of *modify* treatments occur within occupied core-use areas, the removal of the understory resulting from *modify* treatments may have considerable and longer-term reductions in the prey base, which can have compounding effects to spotted owls already under competitive pressure for foraging in competition with barred owls. These negative impacts to the prey base will be offset in the long-term by the on-site retention of snags and coarse wood (as described in the *Description of the Proposed Action* section) as well as the fuels prescriptions which are designed to retain leave trees, incorporate skips, and retain shrub patches for prey refugia (J. Reilly pers comm. 2023c). Additional factors offsetting both short and long-term impacts include the spatial configuration of the proposed Projects (i.e., largely avoiding core-use areas where the majority of spotted owl use occurs; confining treatments to a small percentage of the total available NRF in the core) and temporal implementation (i.e., spreading treatments out over multiple seasons). This spatial configuration of treatments will reduce the extent of impacts to the understory and leave substantial areas of untreated refugia (the majority of NRF will remain untreated) for spotted owl prey; prey are also expected to persist in refugia patches (treatment "skips") within treated stands. Therefore, it is not anticipated that population-level impacts to the prey base will result from the proposed actions. For these reasons, any reduction in habitat-fitness to spotted owl sites as a result of impacts to prey is not reasonably certain to occur as a result of the proposed actions.

## Effects to Northern Spotted Owls

While assessing the impacts to spotted owls, we consider a complex interaction of factors in order to assess the impact the treatments could have on known or unknown territorial individuals or pairs. These factors include intensity, affected habitat, abiotic factors, proximity to nest areas, the amount of habitat available, the access to alternate habitats, as well as considerations associated with competitive pressures from barred owls. The District will continue protocol-level surveys across all Project Areas (Assessment, p. 54) and depending on the outcome of the surveys, units may be dropped or altered. The following analysis reviews current occupancy status.

To evaluate Project effects to spotted owls, the analysis describes changes in habitat conditions caused by the proposed actions in relation to habitat available within 1.2 or 1.3 miles of a Project footprint. These distances were used because they reflect the radius of the median home range circle of a resident spotted owl pair in the West Cascades Province (1.2 miles) or Oregon Klamath Province (1.3 miles) and reflect the best available approach to analyzing habitat modification impacts to spotted owls (see the *Spotted Owl Resource Use and Selection* section above). As described above and in the Assessment, the District utilized multiple sources of habitat data to inform their characterization of spotted owl habitat within the footprints of the Projects and to inform the characterization of baseline spotted owl habitat conditions at the Action Area scale.

KSW00386

### Amount of Habitat Available

Bart (1995) reported a linear reduction in spotted owl productivity and survivorship as the amount of habitat within a spotted owl home range declined. Many researchers have stressed the importance of habitat availability within a core area around the nest site (Bingham and Noon 1997; Franklin et al. 2000; Hunter 1994; Meyer et al. 1998; Zabel et al. 2003). Reductions in the amount of habitat, or large proportions of habitat treatments within home ranges, especially close to the nest site, can be expected to have negative effects on spotted owls. The Projects propose substantial amounts of collective treatments but include design features and deliberate project planning to minimize impacts to 39 percent of treated NRF habitat. Treatments across all three Projects will remove or downgrade approximately 5,516 acres of NRF; this represents a nine percent, eight percent, and 16 percent decrease in NRF in the Rogue Gold, Trail Creek, and Last Chance portions of the Action Area, respectively. Across the entire Action Area, this represents a decrease of 12.3 percent of the NRF available on federal lands in the Action Area (44,875 acres; Assessment, Table 15, p. 59). Approximately 39,359 acres of NRF habitat (87.7 percent) would continue to maintain current function on Federal lands within the Action Area (Assessment, p. 75).

### Treatment Intensity

Effects to habitat are influenced by the type, amount, distribution, and timing of treatments. Proposed regeneration harvests will remove existing habitat within Project footprints but would not occur within Reserve LUAs. Selection harvest and commercial thinning have varying prescriptions intensities based on harvest unit location, LUA, and spotted owl site occupancy status. Treatments in the LSR may downgrade forage habitat to dispersal-only habitat but would largely maintain (99 percent of treatments) NRF habitat characteristics (Assessment, Table 23, p. 82). Treatments in UTA LUAs will range in effects based on Project objectives, treatment type, and spotted owl site occupancy status and may result in NRF or dispersal-only habitat removal (Assessment, p. 23). The proposed actions include hazardous fuels reduction treatments, which occur within treated areas to manage activity fuels, and hazardous fuels reduction maintenance treatments within areas previously treated for with fuels reduction management. These treatments would reduce understory fuels levels but would not remove trees larger than 8 inches DBH (Assessment, p. 26).

Intense forest management within spotted owl territories in California indicated potential adverse effects to spotted owl occupancy (Seamans and Gutierrez 2007, p. 573; Stephens et al. 2014, pp. 902-903; Gallagher et al. 2019, pp. 496-498); however, other studies have reported weak, neutral, or beneficial results to spotted owl occupancy after logging (Zabel et al. 1992a and b; Temple et al. 2016, p. 760). These differences are likely driven by the variable treatment or fire intensities, distribution of the treatments within known territories, pre-treatment site conditions, and sample size. Temple et al. (2016) did report negative occupancy rates within sites with higher intensity changes (either through fire, logging, or fuels treatments), or reducing the canopy cover below 40 percent (p. 759). Overall, research indicates there may be trade-offs in resiliency-based forest treatments, where treatments may provide a benefit to future habitat, but prescriptions need to consider immediate impacts to spotted owls (summarized in Peery et al. 2017, pp. 270-276). It was recognized early in the history of northern spotted owl conservation

KSW00387

that fire would play a major role in determining the success of management plans (Agee and Edmunds 1992). The Northern Spotted Owl Recovery Plan (USDI FWS 2011) recommends increasing fire resiliency in dry forests with focus on active management outside of spotted owl core areas to meet project goals, as largely promoted under the proposed Projects. For many dry forests in the western United States that historically experienced frequent, low- to moderate-severity fire regimes, prescribed fire and mechanical treatments have been effective at reducing surface fuel loads and potential fire severity (Stephens et al. 2009). In mixed-severity landscapes, the fire severity mosaic is highly variable and the effects of topography and climate are strong predictors for this regime; however, forest conditions also are important and are much less predictable or stable (Beaty and Taylor 2001), further complicating management decisions aimed at increasing fire resiliency of forests (Lesmeister et al. 2019).

The thinning prescriptions proposed under the *modify* treatments are designed to retain key habitat elements (e.g., canopy cover, basal area, layers, etc.) and habitat functionality. For example, within-stand vegetation layers are considered important characteristics of spotted owl habitat (Mills et al. 1993; Anthony and Wagner 1998; North et al. 1999). In many cases, there will be immediate improvements in stand structure from the proposed treatments that reduce the dense or uniform pole-sized Douglas-firs and create variable understories that spotted owls can navigate through. There is some uncertainty regarding the overall response of the spotted owls to these types of treatments, particularly from treatments within NRF habitat and at the scale proposed, combined with the existing effects of the presence of barred owls in this landscape. However, the District incorporated design features and retention requirements into the Projects' design to minimize potential effects from any temporary reductions in the prey base from understory treatments to the greatest extent possible.

While actions may retain overstory features or canopy cover, thinning and fuels reduction projects have varying effects to prey depending on pre-existing treatment stand conditions, adjacent stand conditions, and prey species' ecology (See *Effects to Prey Species*). The proposed Rogue Gold, Trail Creek, and Last Chance Projects address these concerns by moderating the intensity of some actions within NRF habitats through prescription variability, distribution, and timing of treatments, together with the spatial distribution of untreated, high-quality habitat across the Action Area landscape. Additionally, some of the proposed treatments are designed to promote the development of a landscape resilient to catastrophic disturbance events through the restoration of managed stands and a strategic reduction in fuel loads.

### *Affected Habitat*

Spotted owls depend on multi-storied, structurally complex forests that are dominated by large trees and high densities of down and standing coarse wood for nesting and foraging. Habitats that contain these attributes are considered high quality NRF habitats. Spotted owls also rely on stands with lesser amounts of these features for foraging and dispersal across the landscape. As described above, proposed treatments are largely proposed within forested stands classified as NRF or dispersal-only habitat (Table 3). Treatment impacts will vary based on LUA, spotted owl site occupancy status, and treatment objectives, but treatments will vary spatially and temporally across the Action Area, distributing the anticipated effects.

KSW00388

Habitat changes within spotted owl core-use areas could have disproportionate effects to individual spotted owls. Survival and fitness have been positively related to the proportion of these older forests and the amounts of edge of other vegetation types (Franklin et al. 2000; Dugger et al. 2005). Demographic parameters have been positively related to the proportion of these older forests and the amounts of edge of other vegetation types (Bart 1995; Franklin et al. 2000; Olson et al. 2004; Dugger et al. 2005; and others). The higher the proportion of affected high quality habitats, the more severe the potential effects may be.

Habitat-fitness and landscape models and other publications have demonstrated the importance of having sufficient amounts of NRF habitat within spotted owl core areas to adequately provide for spotted owl survival and reproduction, and access to prey (Franklin et al. 2000; Zabel et al. 2003; Olson et al. 2004; Dugger et al. 2005).

In slight contrast, studies in southwestern Oregon demonstrate spotted owl demography and the presence of spotted owls appear to be positively associated with an intermediate amount of horizontal heterogeneity in forest habitat at the home range scale and survival rates of spotted owls are not necessarily associated with NRF habitat at the home range scale (Olson et al. 2004, Dugger et al. 2005 and Schilling et al. 2013). Additionally, habitat within a 0.5-mile radius of nests (i.e., the core-use area) differed more strongly from the general landscape compared with larger areas around nests (Hunter et al. 1995; Meyer et al. 1998; Zabel et al. 2003). While these results do not necessarily indicate that spotted owls are most selective of habitat at the core-use area scale, they do show that evidence of habitat selection by spotted owls is weaker at scales larger than this. As such, the relationship is much stronger for managing spotted owl habitat at the core-use scale relative to the larger surrounding landscape (i.e., the home range scale).

Research in the Klamath Province and adjacent areas indicates that spotted owl habitat management should be concentrated at the core-use area scale around nests and interspersed with other land cover classes in the rest of the home range. For this reason, retention of a higher proportion of the home range's total habitat should be in the core-use area and allow for a wider range of forest conditions in the outer ring at the home range scale. A study in southwestern Oregon showed that habitat fitness potential was optimal for spotted owls when the home range (beyond the core-use area) was comprised of large amounts of forest (young, mature, and old classes) and an intermediate amount of "non-habitat" (non-forest, early seral forest, heavily harvested forest) (Dugger et al. 2005). Thus, both the demography and presence of spotted owls in the Klamath Province appear to be positively associated with an intermediate amount of horizontal heterogeneity at the home range scale because spotted owls demonstrate a broader range of habitat use patterns at the home range scale. The aforementioned information informs the evaluation of impacts to spotted owls in the *Effects to Occupied Spotted Owl Sites* section below.

Impacts to NRF habitat may result in reductions in spotted owl survival and fitness, compared to impacts to dispersal-only habitat. For example, Olson et al. (2004) found that a mixture of forests, primarily influenced by mid- and late-seral forests with early seral and non-forest improved spotted owl productivity and survival. Dugger et al. (2005) indicate that there was little evidence for any relationship between intermediate-aged forest types and spotted owl demographics in their study. The amount of these younger-forest types does not appear to affect

KSW00389

spotted owl fitness directly (Dugger et al. 2005). Spotted owl demographic rates (e.g., survival and productivity) appear to be more directly tied to the amount of older forest habitats close to the nest site/within the core-use area (Ripple et al. 1991; Bart and Forsman 1992; Swindle et al. 1999; Franklin et al. 2000; Olson et al. 2004; Dugger et al. 2005). As a result, these anticipated impacts to dispersal-only habitat likely do not represent a significant impact to spotted owl breeding activity.

### Abiotic Factors

In addition to forest structure, some landscape factors act to influence the habitat value of forest stands for spotted owls in the mixed-conifer hardwood forests. Spotted owl foraging is strongly associated with distance to streams, proximity to nest sites, slope position, aspect, and elevation (Irwin et al. 2007, pp. 1187-1188); USDI FWS 2009 (review), p. 58; Irwin et al. 2011, pp. 208-209). These abiotic factors are incorporated into the RHS models used by the District in site specific analysis and discussions with the Level 1 team.

### Proximity to the Nest Area

Nest patches are delineated as roughly 70 acres of the best available habitat around known nests or roosts. Because of their central-place foraging tendency (Rosenberg and McKelvey 1999, entire), treatment close to a nest area has a higher likelihood of negatively affecting spotted owls than does treatment further from a nest area. Probability of foraging has been observed to decrease with increased distance from site centers (Irwin et al. 2015, pp. 239-240; Gallagher et al. 2019, pp. 495-496). Results by Irwin et al. (2015, p. 239) found spotted owls would use thinned or partially harvested (primarily young) stands equally or more often than before harvesting and that overall, the probability of use increased with decreasing distance from the nest site. See the *Effects to Individual Owl Sites* section, below, for further discussion of impacts of proposed treatments.

### Competition Between Spotted Owls and Barred Owls

*Also see Appendix A and the Threats to the Continued Existence of the Spotted Owl section which contain additional information on barred owls.*

Barred owl colonization has a clear negative impact on spotted owl demographics at all scales. The two species compete for habitat and prey; and although studies indicate a potential for niche partitioning, barred owls generally outcompete spotted owls for these resources. In assessing the effects of this suite of activities, and for consideration in site-specific pre-project review, we make the following assumptions:

- While spotted owls are considered mammal specialists, and barred owls have a more generalized diet, both species include northern flying squirrels as a substantial portion of their diet (Hamer et al. 2007, p. 225; Wiens et al. 2014, p. 24). Reductions in prey habitat due to management actions may influence competitive interactions; however, we assume impacts to flying squirrels may have an increased influence on competitive interactions.

KSW00390

- o The proposed actions include retention of existing environmental heterogeneity, retaining large logs, snags, and escape cover, and connectivity within the canopy to facilitate gliding and avoiding the creation of large openings – all management recommendations to conserve flying squirrels (Sollmann et al. 2016).
- Barred owls can be found in a greater range of habitats than spotted owls, but both species primarily select for older, mature forests, and somewhat for riparian areas (although barred owls foraged in riparian/hardwood areas more frequently than spotted owls) while young forests are selected for less than anticipated based on availability (Wiens et al. 2014, pp. 21 and 29-33; Irwin et al. 2018, p. 213). As such we assume treatments in younger stands, as with this proposed action, may contribute less to competitive interaction between the species than actions in older, mature, or riparian forests, which are also part of the proposed action.
- The two species rarely have overlapping core areas, even when home ranges overlap. As proximity to a barred owl's core-use area increased, spotted owl habitat use shifted away from older, mature, and young forests towards riparian-hardwood forests (Wiens et al. 2014, pp. 23, 31) and may be entirely excluded from patches (Yackulic et al. 2014, p. 275). Thus, locations where spotted and barred owl home ranges overlap, spotted owls may be excluded from preferred habitats within their home range. Because District activities proposed in the outer home ranges of spotted owl sites are primarily thinning treatments that *modify* habitat, rather than removing habitat, it is unlikely the treatments are a compounding effect to the competitive exclusion by barred owls at the home range scale under the proposed Projects.
- Spotted and barred owls may exhibit fine scale niche partitioning, with spotted owls selecting for higher mid-story canopy year-round but lower canopy cover in tall forests than barred owls (Jenkins et al. 2019, pp. 3-4). However, impacts to spotted owls from treatments that retain conditions in the older forest upper-story canopy but result in a loss of the mid-story, and consequent potential competitive interactions with barred owls, are not reasonably certain from this type of activity based on best available science to date.
- While the recent meta-analysis indicates habitat loss had little influence on population trends on the range-wide scale, it likely remains an important factor in localized areas (Franklin et al. 2021, pp. 15 and 18). Additionally, spotted owl population trends shifted from a 12.1 percent decline in control areas to a 0.2 percent decline in removal areas, and thus it is important to protect existing habitat to maintain areas available for spotted owl re-colonization; although, re-colonization is likely contingent on barred owl population management (Wiens et al. 2021, p. 7).

District spotted owl survey efforts and results from adjacent DSAs indicate barred owls are prevalent across the Project Areas and that occupancy of spotted owl sites continues to decline, likely due to widespread barred owl occupation (Lesmeister et al. 2021; Franklin et al. 2021; Dugger et al. 2023). Although habitat remains a key consideration for spotted owl recovery, the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011, pp. III-62-68) identifies competition from the barred owl as an important threat to the spotted owl, and the Service now recognizes it as currently the most pressing threat to species' recovery.

Based on the above information, the Service concludes that when significant habitat removal or downgrade occurs within an occupied spotted owl core-use area where barred owls are present

KSW00391

on the landscape, particularly when the habitat is old forest and NRF habitat, the effects are additive to the effects of barred-spotted owl competition. In combination, habitat actions of this type and in such locations likely increases barred-spotted owl competition encounters and intensifies resulting effects to spotted owls, thereby resulting in total effects to spotted owls that are greater than the impact of barred owls alone.

These determinations apply at the individual spotted owl occupied home range scale even though we have no evidence that management of habitat can significantly reduce or eliminate effects to spotted owls due to competition with barred owls, especially once barred owls are well established. These effects are likely to vary in occurrence and intensity depending on the behavior of an individual spotted owl and circumstances within a specific home range.

**Effects to Individual Owl Sites**

As indicated above in the *Known Spotted Owl Sites* section, there are 79 owl sites/territories affected by the proposed Rogue Gold, Trail Creek, and Last Chance Projects. As described in the *Spotted Owl Core Areas and Home Ranges* section above, spotted owl occupancy and reproductive success is associated with increasing amounts of older forest or NRF habitat within the core-use area and territory. Based on this information, we consider sites with at least 40 to 60 percent (50 percent average) NRF at the core-use area and 30 to 50 percent NRF (40 percent average) at the home range scales to have sufficient habitat fitness to meet the essential life history needs of spotted owls (Bart 1995, p. 944; Dugger et al. 2005, p. 876). These thresholds factor into the general determination guidelines described in Table 18 and provide guidance when reviewing habitat impacts to spotted owl sites. However, site-specific information associated with these habitat effects may influence the degree to which habitat effects contribute to changes in habitat fitness. This section focuses on the degree to which project effects on habitat result in changes in the habitat fitness of known spotted owl sites. Barred owl competition also plays a role in effects to spotted owls and is discussed in detail in the *Competition Between Spotted Owls and Barred Owls* and in the *Threats to the Continued Existence of the Spotted Owl* sections above. Effect determinations to spotted owls are based on the degree to which changes in habitat conditions within the core-use area and home range result in effects to the habitat fitness potential of the spotted owl site; and to the extent a reduction in habitat fitness compromises a spotted owl's ability to feed, breed, or find shelter within its site. While all impacted sites are considered, effects are only realized at sites that are known to be occupied by a spotted owl individual or pair. The Service weighs project impacts of NRF habitat removal and downgrade within core-use areas as additive to the impacts of barred owl competition in occupied spotted owl sites as analyzed below. Maps displaying owl sites/territories, home ranges, 0.5-mile core-use areas, nest patches, and proposed units within the Action Area are included in Assessment Appendix E, maps 16-24 and 32-38.

Pre- and post-treatment habitat conditions at the different site scales for each site/territory associated with the Rogue Gold, Trail Creek, and Last Chance Projects are presented in Table 20. When less than 40 to 60 percent of the home range is NRF habitat, spotted owl survival and reproduction may be reduced (Thomas et al. 1990; Bart and Forsman 1992; Bart 1995; Dugger et al. 2005). Impacts of limitations in available NRF habitat could be confounded by barred owls competing for the same habitat at occupied spotted owl sites at the core-use scale; this is further

KSW00392

discussed and analyzed in the *Competition Between Spotted Owls and Barred Owls* section, above. These NRF values which are expected to support habitat fitness associated with occupancy are considered by the Service, along with site-specific conditions (i.e., habitat arrangement, topography, distribution of effects, relative habitat suitability, among other similar attributes) and other best available information in the Service's evaluation and determination of effects and, when involving an occupied site, in determinations of incidental take. Adjacent private lands have removed or could remove potential NRF habitat on their lands within spotted owl home ranges. Therefore, we generally assume that private lands that may be within a spotted owl territory are not contributing to the older forest conditions in these home range and core-use areas in the spotted owl sites in this Opinion.

The District described the manner and extent of habitat effects that may result from the proposed actions in the Rogue Gold, Trail Creek, and Last Chance Projects. General parameters informing whether a given project will adversely affect spotted owls through effects to habitat resulting in the potential compromising of the habitat fitness within the site are provided in Table 17. While site-specific details are reviewed at all affected sites, habitat effects in occupied sites and sites with the potential for adverse effects are given additional scrutiny to determine whether the proposed actions would harm a spotted owl occupying that site. This further analysis involves knowing the type of habitat that will be impacted by the treatment and to what extent the treatment will affect essential habitat elements of basal area, canopy layering and complexity, down wood, snags, shrubs, and other similar habitat elements. The degree to which habitat effects result in impacts to spotted owls is further influenced by site conditions such as the arrangement of habitat effects, the relation of these changes to the core-use use areas, and the relative habitat suitability of the treated areas. Collectively, these factors inform the effects determinations provided below. For example, a project could numerically remove the same number of acres of NRF from two spotted owl sites; however, the site-specific review of the habitat effects may result in differing determinations for each of the two sites, based on the factors described above.

| Table 17. Medford BLM General Factors for Spotted Owl Effect Determinations. | |
| --- | --- |
| **LAA Determination Factors** | **NLAA Determination Factors** |
| • NR or F **removal or downgrade** within the 0.5-mile core-use area or home range, depending on context with current amounts of NR or F habitat.<br>• NR or F and dispersal-only treatment in the nest patch.<br>• Treatments that modify NR or F or dispersal habitat while maintaining habitat function and are located in the 0.5-mile core-use areas with low amounts of NR or F habitat pre-treatment. | • Generally, all treatments would **modify** but maintain NR or F habitat within the home range and 0.5-mile core-use area (with some site-specific exceptions, and dependence on current habitat quantity and quality).<br>• No treatment in a nest patch. |

Site-specific review is important in determining effects to spotted owls and the potential for incidental take via "harm", an action that actually kills or injures wildlife. Such an act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering. 50 CFR §17.3. The mere potential for injury from habitat modification is insufficient; there must be a causal connection between the activity and the injury to the species, and the Service must be reasonably certain take will occur before it issues an incidental take statement in

KSW00393

association with a Biological Opinion. See *Ariz. Cattle Growers' Ass'n v. US. Fish & Wildlife Serv.*, 273 F.3d 1229, 1243, 1246 (9th Cir. 2001). While a site may fall within one of the categories of determination factors, site-specific review is required to assess any additional information that may influence the validity of the general factor assumptions. This may include information such as the likelihood a treatment unit would be used by a spotted owl based on landscape positioning, presence of barred owls, size and arrangement of the individual treatments, and the overall condition of the site, among other information and reasons. This detailed review for the 20 occupied sites is in the *Effects to Occupied Spotted Owl Sites* section below.

| **Table 18. Rogue Gold, Trail Creek, and Last Chance Spotted Owl Effects Table Summary (from Appendix C, Table C-1).** *Occupied sites shown in* **bold**. | | |
|---|---|---|
| | **LAA Sites** | **NLAA Sites** |
| **Rogue Gold** | 13 | 8 |
| | 0102O, 0956O, 0958A, 2269O, 3277O, 4045A, 4382O, 4480O, 4612O, 4621O, **4683A/O, 2766O** | 1198O, 1952O, 2076O, 2260B, 2398O, **4041A**, 4060O, 4069O |
| **Trail Creek** | 16 | 9 |
| | 1822O, 1823O, 1824O, 1832O, 1949A, 2219O, 2356O, 2625O, 2629O, 2630O, 3253B, 3394A, 3395O, 3396O, 4027A, 4381O | **0926O, 1172O, 1304B/O, 2006A/O, 4028O**, 4309O, **FS Site-9988O** |
| **Last Chance** | 29 | 4 |
| | 0068O, 0878A, 0928O, 0943O, 1300O, **1732B**, 2273O, 2277A, **2406C**, 2620B, 4619O, 0078O, 0099O, 0883B, **0917C**, 0924O, 0933A, 0935A, **1314A/O**, 1731O, 2015A, 2068O, 2070A, 2071O, 2215O, **4625C**, **4626A/O** | 0950B, 2618A, 0877A, 1953A |
| **TOTAL** | **58** | **21** |

**Spotted Owl Sites Likely to be Adversely Affected from the Proposed Action**

Based on the general factors listed in Table 17, along with the effects descriptions provided in the *Definitions* section above and the acres of effects provided in the *Effects to Habitat* section above, habitat for spotted owls at 58 sites would likely be adversely affected by the proposed actions (Table 18). Of these, 11 such sites (4683A, 4683O, 0917C, 1314A, 1314O, 1732B, 2406C, 4625C, 4626A, 4626O, 2766O) are currently occupied; these 11 sites are discussed in the *Occupied Spotted Owl Sites* section below.

Within the remaining 47 sites, effects to habitat that are likely to compromise habitat fitness include removal and downgrade of NRF habitat and in some cases, extensive modify treatments of NRF habitat within sites with pre-existing poor habitat conditions, resulting in a meaningful change to the site condition. As described in the *Effects of the Action on Spotted Owl Prey Species* section above, while modify treatments retain overall habitat function and conserve essential features associated with NRF or dispersal habitats, changes in the harvest units may result in shifted stand use by primary spotted owl prey species. Where these changes impact

115

KSW00394

substantial areas of NRF habitat within the core-use area, occur in sites with poor habitat fitness, and/or occur within sites with barred owl presence, shifts in the abundance and potential availability of primary prey species may compromise spotted owl foraging. Where these factors align, the District modified the proposed actions to ensure project impacts would not significantly impair the foraging potential of resident spotted owls. This analysis is captured in detail below in the *Effects to Occupied Sites* section.

Of the 47 remaining sites, six sites (1823O, 1824O, 1832O, 2219O, 2015A, 2071O) have more than 40 percent NRF at the home range and 50 percent NRF in the core-use area. Five of the sites (0068O, 0878A, 2068O, 2070A, 2620B) are below 40 percent NRF at the home range, but above 50 percent NRF at the core-use area, while one site (0943O) is above 40 percent NRF at the home range but below 50 percent NRF at the core-use area. The remaining 35 sites are below 40 percent NRF habitat at the home range and 50 percent NRF in the core-use area. Two of these 35 sites (3395O and 3396O) are considered non-viable (see *Spotted Owl Sites Considered Non-viable Within the Action Area* section, above) and therefore assumed unoccupied. Another two of the 35 sites have unknown occupancy status, because surveys are not yet complete; however, these two sites (3253B and 0935A) are subject to survey PDC. Each of the sites described above are currently unoccupied based on recent survey results (in the case of the two occupancy unknown sites, surveys will be completed prior to harvest, and if resident owls are found, units will be modified or dropped per PDC); therefore, in the absence of territorial owls, negative impacts to spotted owl survival and reproduction are not reasonably certain to occur.

While adverse impacts are anticipated in these sites, treatments are proposed in forested stands where the existing overstocked/dense conditions have formed from fire suppression and/or ingrowth subsequent to management and therefore are subject to resiliency treatments. One objective in these stands is that long-term benefits to spotted owls would result compared to no action, because the vegetation structure would more closely resemble those found historically in the respective watersheds/action areas. Some of these habitats are classified as either relatively lower quality NRF or F for spotted owls based on field observations. The Service recognizes that impacts to spotted owl habitats due to removal of trees may be necessary to maximize treatment efficacy and may result in adverse effects to spotted owls. For example, to achieve stand resiliency and to moderate fire behavior, low-intensity silvicultural prescriptions have been found to be ineffective (Roloff et al. 2005, pp. 178-180). Increasing the intensity of treatments, focusing treatments in vegetation types associated with frequent fire regimes (active management), and that are not associated with spotted owl core-use areas was found to result in lower crown fire potential than no management (Roloff et al. 2012, pp. 4-6). The long-term benefits of reducing wildfire hazard and loss of habitat are balanced against the shorter-term trade off of adversely affecting spotted owl habitat at these unoccupied sites.

*(Please see pages 105-111 for review of context that informs the following section on impacts to individual spotted owl sites.)*

**Spotted Owl Sites Not Likely to be Adversely Affected from the Proposed Action**

Based on the general factors listed in Table 17, 21 spotted owl sites are not likely to be adversely affected by the proposed action (Table 18), of which, nine are occupied and covered in the

KSW00395

*Occupied Spotted Owls Sites* section below. A detailed evaluation of the extent and distribution of the proposed habitat impacts within these sites determined the proposed actions are not expected to functionally alter habitat for nesting or foraging activities. Additional site-level details for the remaining 12 unoccupied sites are provided below.

### Summary of BLM's NLAA Determination at 12 Unoccupied Spotted Owl Sites:

- Proposed treatments would not treat any acres within the nest patches of any of these sites.
- Proposed treatments would not downgrade or remove any nesting-roosting or foraging habitat within the 0.5-mile core use areas of any of these sites. Further, treatments that modify NR or F habitat within the core-use area will retain habitat function post-treatment because the conditions that classify the stand as NR or F would remain post-treatment and are therefore expected to continue to support the overall habitat fitness of the site.
- Proposed treatments would treat a small proportion of the existing available nesting-roosting or foraging habitat within the core-use areas (all treatment types). While all treatments in the core would maintain habitat function, *modify* treatments are expected to reduce the understory which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. However, the spatial extent of treatments will be limited across these sites, thereby reducing the extent of impacts to the understory and leaving substantial areas of untreated refugia (the majority of NRF will remain untreated) for spotted owl prey; prey are also expected to persist in refugia patches (treatment "skips") within treated stands. For these reasons, a meaningful reduction in overall prey abundance is not expected, which will further support the overall habitat fitness of the sites.
- Treatments at two sites (Rogue Gold: 1198O, 4069O) would result in removal of up to one acre of NRF in each site at the outer home range scale only. While both of these sites are habitat limited, the very minimal amount of removal (1 ac or less) would not fragment interior contiguous NRF habitat (important for spotted owl use patterns), and the removal is outside the predominately used core-use area. As such, the proposed action is expected to be insignificant and not reasonably certain to impact habitat-fitness of the sites.

For these reasons, a determination of NLAA has been made for these 12 sites. Similar to the LAA sites listed above, if spotted owls are located during surveys that represent a change in site location or some other change in circumstances that warrants a reevaluation of the effects determination, the District will modify or drop units to avoid incidental take (per Level 1 discussions with the Service; the Service can provide technical assistance to the BLM when evaluating silvicultural practices and impacts to the spotted owl).

### Occupied Spotted Owl Sites

The following section provides a detailed analysis on the effect of habitat impacts from the proposed actions on spotted owls in occupied sites. Additive effects to these individuals may

KSW00396

occur due to interactions from barred owls, which is described in detail in the *Competition Between Spotted Owls and Barred Owls* section, above.

As noted in Table 10, 20 of the 79 sites affected by the proposed actions in the Rogue Gold, Trail Creek, and Last Chance Projects are currently occupied by spotted owl resident singles or pairs as determined through protocol surveys (two of these sites, FS-9988O and 4028O, are assumed to be occupied due to a lack of survey information, and as additional surveys will not be completed prior to treatment). The following analysis determines if the proposed actions are reasonably certain to cause injury or death to a spotted owl in an occupied site by significantly impairing essential behavior patterns, through significant habitat modification (i.e., incidental take via harm). We have not identified precise thresholds for incidental take via harm, as the context of each site varies. Instead, we consider the amount and type of habitat affected in the occupied (and two assumed occupied) home ranges. The assessment of effects to habitat fitness include: the location of the treatment in relation to the site and surrounding landscape; the extent of treatment, particularly within the core-use area, in relation to pre-treatment habitat fitness; and barred owl occupation and competition. These details contribute to evaluating which habitat impacts we are reasonably certain would result in injury or death of a spotted owl by significantly impairing essential behavior patterns including breeding, feeding, or sheltering. As discussed previously in this Opinion, how much habitat is already available in the territory is important. In addition, in general, actions that remove or downgrade NRF habitat in the core area create a greater risk of harm than actions that remove or downgrade NRF habitat outside the core area within the home range, and actions that modify NRF habitat generally carry less risk of harm than actions that remove or downgrade NRF habitat. In considering the effects of barred owl competition, we particularly consider how actions that alter (through removal, downgrade, or modify treatments) NRF habitat may worsen interspecific competition, such as by further reducing prey availability for northern spotted owls already under stress for prey resources in competition with barred owls.

To reiterate per the best available information presented above, activities that modify NR or F habitat are generally considered as insignificant or discountable, albeit depending on site-specific context. Additionally, actions outside the core-use area generally carry less risk of harm; habitat amount and quality at the core-use area is a better predictor of habitat-fitness for spotted owls relative to the heterogeneity of habitats at the home range scale. As related to stand *modify* activities, as long as tall/large trees, high canopy cover, relative basal area, and other key habitat elements are retained post-treatment, spotted owls demonstrate the ability to maintain essential behavior patterns in thinned habitat. While some of these elements/features may be reduced in abundance, when/where they are retained spotted owls tend to continue to use the stands due to the retained vertical habitat complexity; although dense understory is relatively less important to spotted owl occupancy in the dry mix-conifer forests (such as the location of the proposed Projects). The District has incorporated PDC into the proposed actions that account for the aforementioned within-stand elements and spatial considerations. In addition, the District will utilize hazardous fuels prescriptions that retain and anchor to important stand elements benefiting spotted owls and prey. However, the proposed actions may still result in adverse effects because of the relative context of the site-specific conditions (e.g., habitat amount and quality, extent of the proposed treatments, etc.); but as described below in the site-specific summaries of occupied sites, the adverse effects are not reasonably certain to reduce habitat-fitness of the sites or significantly impair survival and reproduction of spotted owls.

KSW00397

*Modify* treatments impacting the understory (as those under the proposed action) have been demonstrated to have neutral to very short duration impacts to small mammal species' diets and overall small mammal biomass (Suzuki and Hayes 2003, pp. 358-359; Converse et al. 2006, pp. 268-269; Amacher et al. 2008, pp. 3198-3199; Manning and Edge 2008, p. 628). The District incorporated project design features into the proposed actions to ensure project impacts would not significantly impair the foraging potential of resident spotted owls. Comparing flying squirrel densities in thinned vs. un-thinned stands, flying squirrels were found to shift into un-thinned patches, and overall flying squirrel densities at larger spatial scales did not decline (Sollmann et al. 2016, pp. 104-106).

Best available information suggests that managing for the protection and production of large trees can be accomplished while still reducing potential fire intensity (through surface and ladder fuel reduction) and drought stress (Stephens et al. 2009; Martinson and Omi 2013; Lydersen et al. 2017; Prichard et al. 2020). Treatment of within-stand lower-level strata to reduce ladder and surface fuels while increasing large tree resilience can increase overall forest-stand resistance to impacts from high-severity wildfire, albeit depending on the fire-weather conditions. Jones et al. (2016) noted that near-term habitat management may need to take a more active role in reducing stem density in the lower strata, including surface fuels, in tall tree areas to make these stands more resistant and resilient to drought and high-severity wildfire (events which can significantly reduce local owl populations).

Consistent with its commitments under the RMP/ROD (USDI BLM 2016a, pp. 121 and 127), the District will avoid actions in the Rogue Gold, Trail Creek, and Last Chance Projects that would cause the incidental take of spotted owls from timber harvest. Site-specific information for occupied sites is included below.

### *Site Specific Summaries of Occupied Spotted Owls Sites Not Likely to be Adversely Affected:*

### <u>Rogue Gold</u>

### *Site 4041A*

- A resident single male was located at this site in 2022; barred owls were also detected in 2022.
- This site has 18 percent NRF in the home range, and 29 percent NRF in the core-use area.
- Zero acres of NRF will be removed, downgraded, or modified in the core-use area or home range of this site, and zero acres of dispersal-only habitat will be removed in the site.

- Treatments would modify 82 acres of dispersal-only habitat at the home range scale; habitat function would be maintained, because the conditions that classify the stand as dispersal-only would remain post-treatment. Dispersal-only habitat does not contribute to the habitat fitness of a spotted owl site as it does not support nesting, roosting, or substantial forage for spotted owls.

- Spotted owl survival and reproduction are not expected to be significantly impaired at this site because the amount of NRF habitat located within the core-use area and home range will remain at the same value after treatments as prior to treatments, and actions will not result in impacts to prey species in areas expected to provide foraging

KSW00398

opportunities for spotted owls. As such, compounding effects from the habitat treatments with barred owl presence and prey impacts are not anticipated.
- Based on the above, we find that incidental take is not reasonably certain to occur as a result of the proposed action.

## Trail Creek

### Site 0926O

- A resident single male was located at this site in 2021; barred owls were also detected.
- This site has 17 percent NRF in the home range, and 18 percent NRF at the core-use scale.
- Zero acres of NRF or dispersal-only habitat will be removed or downgraded at either the core-use area or home range scales.

- Treatments will modify 34 acres (5.8 percent) of available NRF at the home range scale only. Treatments will modify 62 acres and 1 acre of dispersal-only habitat at the home range scale and core use scale, respectively. Proposed treatment would modify stand conditions, but habitat function would be maintained, because the conditions that classify the stand as NRF or dispersal-only would remain post-treatment. These NRF modify treatments are expected to reduce the understory within these stands, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (100 percent of available NRF in the core-use area will be untreated along with the majority of NRF available at the home range scale). As such, the ability for spotted owls to find prey will not be significantly impaired.

- Because zero acres of NRF will be treated in the core-use area and NRF modify treatments at the home range scale will not result in a meaningful reduction in the spotted owl prey base, compounding effects from the habitat treatments with barred owl presence and prey impacts are not anticipated.

- Based on the above, we find that incidental take is not reasonably certain to occur as a result of the proposed action.

### Site 1172O

- A pair was located at this site in 2022 and 2021; barred owls were detected in 2020.
- This site has 33 percent NRF in the home range and 52 percent NRF in the core.
- Zero acres of NRF will be removed or downgraded in the core-use area and zero acres of dispersal-only will be removed at the site.
- Three acres of NRF are proposed for removal due to landings at the home range scale only; these acres are in low RHS and are comprised of several discontiguous patches generally < 0.5 ac in size. This small amount of removal will not result in a meaningful amount of habitat loss at the home range scale because it will not further fragment interior habitat preferred by spotted owls for nesting and roosting functions, is located at a spotted owl site with relatively robust proportions of NRF habitat on BLM lands (33 and 52 percent NRF at the home range and the core-use area scales, respectively), and the

KSW00399

removal is proposed beyond the core-use area where the majority of spotted owl use occurs. As such, compounding effects of habitat removal and barred owl presence are not anticipated.

- Treatments will modify 69 acres (7.6 percent) of available NRF at the home range scale and zero acres of NRF modify will occur within the core. Proposed treatment would modify stand conditions at the home range scale, but habitat function would be maintained, because the conditions that classify the stand as NRF would remain post-treatment; however, NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (100 percent of available NRF in the core-use area will be untreated along with the majority of NRF available at the home range scale). As such, the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF modify treatments at the home range scale will not result in a meaningful reduction in the spotted owl prey base and additionally because treatments avoid the core-use area, compounding effects from the habitat treatments with barred owl presence and prey impacts are not anticipated.

- Based on the above, we find that incidental take is not reasonably certain to occur as a result of the proposed action.

### Site 1304O/B

- Both the "O" and "B" sites are considered active due to back-and-forth occupancy between the locations; a pair was located at the "B" site in 2022, and the male was detected at the "O" site the same year. Barred owls were detected at the "O" site in 2022.
- The "O" site has 33 percent NRF in the home range, and 39 percent NRF in the core; the "B" site has 29 percent NRF in the home range, and 19 percent NRF in the core.
- Zero acres of NRF or dispersal-only removal or downgrade will occur at either the core-use area or home range scales of this site.

- At the home range scale, treatments will modify seven acres ("O" site) and 12 acres ("B" site) of available NRF. Zero acres of NRF modify will occur within the core at either site. Proposed treatment would modify stand conditions at the home range scale, but habitat function would be maintained, because the conditions that classify the stands as NRF would remain post-treatment. NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (100 percent of available NRF in the core-use areas will be untreated along with the majority of NRF available at the home range scales). As such, the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF modify treatments at the home range scale will not result in a meaningful reduction in the spotted owl prey base, and additionally because the treatments avoid the

KSW00400

core-use area, compounding effects from the habitat treatments with barred owl presence and prey impacts are not anticipated.

- Based on the above, we find that incidental take is not reasonably certain to occur as a result of the proposed action.

### Site 2006 O/A

- A pair was detected moving back and forth between the "O" and "A" sites in 2021. Barred owls were detected in 2022.
- The "O" site has 39 percent NRF in the home range and 21 percent NRF in the core; the "A" site has 45 percent NRF in the home range and 35 percent NRF in the core.
- Zero acres of NRF will be removed or downgraded in the core-use area of either site.
- Zero acres of NRF modify are proposed at the home range scale of the "O" site.
- Two acres of NRF removal at the home range scale are proposed in the "A" site. This small amount of NRF removal will not result in a meaningful amount of habitat loss at the home range scale of the "A" site because the site has 45 percent (sufficient) habitat at the home range scale and additionally the reduction is not within the core-use area. As such, compounding effects of habitat removal and barred owl presence are not anticipated.
- One acre of dispersal-only removal is proposed at the home range scale of the "A" site only; this small amount of removal will not diminish the ability of spotted owls to disperse across the site because of sufficient dispersal-quality habitat available.
- Treatments will modify 76 acres of NRF at the home range scale of the "A" site, and zero acres of NRF modify will occur within the core of either site. Proposed treatment would modify stand conditions at the home range scale, but habitat function would be maintained, because the conditions that classify the stand as NRF would remain post-treatment. NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (100 percent of available NRF in the core-use areas will be untreated along with the majority of NRF available at the home range scales). As such, the ability for spotted owls to find prey will not be significantly impaired.
- Because NRF modify treatments at the home range scale will not result in a meaningful reduction in the spotted owl prey base and additionally because the NRF modify treatments avoid the core-use area, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.
- Based on the above, we find that incidental take is not reasonably certain to occur as a result of the proposed action.

### Site 4028O

- This site was assigned as occupied due to a lack of survey information for 2022, and no planned survey effort prior to implementation.
- This site has 69 percent NRF in the home range and 81 percent NRF in the core-use area.

KSW00401

- Zero acres of NRF or dispersal-only removal or downgrade are proposed in either the core-use area or home range of this site.
- One acre of NRF modify is proposed at the home range scale only. Because the site has sufficient NRF habitat and treatments impacts are extremely minimal (1 acre of NRF modify, beyond the core-use area), compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.
- Based on the above, we find that incidental take is not reasonably certain to occur as a result of the proposed action.

### Site FS-9988O

- This site was assigned as occupied due to a lack of survey information for 2021 and 2022, and no planned survey effort prior to implementation.
- This site has 28 percent NRF in the home range and 61 percent NRF in the core-use area.
- Zero acres of NRF will be removed or downgraded in the core. Zero acres of dispersal-only will be removed at either the core-use area or home range scale of this site.
- Two acres of NRF removal due to landings at the home range scale are proposed. These acres are in low RHS and are comprised of several discontinuous patches < 0.5 acre in size. These same landings account for 2 out of the 3 acres NRF removal proposed in the home range of site 1172O, described above; these acres are not additive (there is overlap of the home ranges between these two sites). This minimal amount of NRF removal will not result in a meaningful amount of habitat loss at the home range scale because interior contiguous NRF habitat will not be impacted, nor will edge effects be introduced to habitat. Thus, compounding effects of habitat removal and barred owl presence are not anticipated.

- Treatments will modify 22 acres (3 percent) of available NRF at the home range scale and will modify zero acres of NRF within the core-use area. Proposed treatment would modify stand conditions but habitat function would be maintained, because the conditions that classify the stand as NRF would remain post-treatment. NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (100 percent of available NRF in the core-use area will be untreated along with the majority of NRF available at the home range scale). As such, the ability for spotted owls to find prey will not be significantly impaired.

- Because the minimal amount of NRF removal and treatments that maintain NRF habitat at the home range scale will not result in a meaningful reduction in the spotted owl prey base, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Based on the above, we find that incidental take is not reasonably certain to occur as a result of the proposed action.

KSW00402

***Site Specific Summaries of Occupied Spotted Owls Sites Likely to be Adversely Affected:***

***(LAA compared to NLAA sites generally have more extensive NRF habitat impacts, either through removal/downgrade or a greater extent of Modify treatments – including treatment impacts to core-use areas; see Table 17.)***

As described in the PDC section, NRF modify treatments will retain critical elements of spotted owl habitat within stands such as high canopy cover ($\geq$ 60 percent in NRF), at least 150 ft$^2$/acre total basal area (conifer and hardwoods) retention, as well as other key habitat features including large legacy trees established prior to 1850 ($\geq$ 36" DBH in HLB-UTA/LSR $\geq$ 40" DBH in HLB-LITA/MITA; hardwoods $\geq$ 24" DBH would be retained across all LUAs). Large, tall trees and corresponding increased canopy cover are a primary indicator of spotted owl habitat (North et al. 2017, p. 174), in addition to legacy structures (e.g., snags and old, large trees) and vertical diversity within stands. These features will persist post-treatment, and stands will still support spotted owls, albeit with a lower quality (simplification of stands) for all the occupied sites likely to be adversely affected.  As noted above, spotted owls in dry forests seem to have broad habitat-use patterns which include foraging and roosting in stands that have been previously treated. Modify treatments impacting the understory (as those under the proposed action) have been demonstrated to have neutral to very short duration impacts to small mammal species' diets and overall small mammal biomass (Suzuki and Hayes 2003, pp. 358-359; Converse et al. 2006, pp. 268-269; Amacher et al. 2008, pp. 3198-3199; Manning and Edge 2008, p. 628). The District incorporated project design features into the proposed actions to ensure project impacts would not significantly impair the foraging potential of resident spotted owls. Comparing flying squirrel densities in thinned vs. un-thinned stands, flying squirrels were found to shift into un-thinned patches, and overall flying squirrel densities at larger spatial scales did not decline (Sollmann et al. 2016, pp. 104-106). Skips would be implemented on a minimum of 5 percent of the acres in each commercial thinning treatment unit, and 10 percent of the acres within each selection harvest unit, thereby retaining patches that provide structural complexity, vertical diversity, and refugia for prey and spotted owls. Hazardous fuels reduction units would be implemented with varied prescription intensity and timing, incorporating the treatment skips approach, further retaining refugia patches within units and contributing to complexity. As such, and described in further detail for each site below, the Service does not consider incidental take to be reasonably certain to occur.

## **Rogue Gold**

### ***Site 2766O***

- The District reached a determination of NLAA for this site (Assessment, Table 18, p. 63); however, we determined this site warranted further discussion than presented in the Assessment, and the Service considers a LAA determination to be more appropriate based on the information provided and factors for effects determinations presented in Table 17.
- A spotted owl pair  and barred owls were observed at this site in 2022.
- This site has 19 percent NRF in the home range, and 16 percent NRF in the core-use area.
- Zero acres of NRF will be removed or downgraded at either the core-use area or home range scale of this site.

KSW00403

- 10 acres of dispersal-only habitat will be removed at the home range scale; the fifth-field watershed analysis of dispersal habitat condition (Table 16) suggests that spotted owl dispersal function will still remain post-treatment. Additionally, because dispersal-only habitat does not support nesting, roosting, or substantial forage for spotted owls, this habitat type does not factor into the habitat-fitness potential of the site.

- Treatments will modify 128 acres (20 percent; all acres are F habitat) of the NRF available at the home range scale and 5 acres of NRF (6 percent) in the core-use area. Treatments will also modify 277 acres of dispersal-only habitat at the home range and 30 acres of dispersal-only habitat in the core. Modify activities of foraging habitat at the home range scale include 37 acres (70 percent of which are in low relative habitat suitability) of selection harvest followed by hazardous fuels reduction within the same footprint, and 91 acres of hazardous fuels reduction treatment only.

- As part of the proposed action for this site, fuels reduction treatments within the same footprint as commercial treatment (selection harvest) will not be implemented the same year as harvest. Fuels reduction treatments will be delayed by 2 years with implementation occurring in year 3 (post-selection harvest), or unless surveys indicate the site is unoccupied in a given year.

- Proposed treatment would modify stand conditions, but habitat function would be maintained, because the conditions that classify the stand as NR, F, or dispersal-only would remain post-treatment. NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (the majority of NRF available at the core-use area and home range scales will be untreated). As such, the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF modify treatments will not result in a meaningful reduction in the spotted owl prey base, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Spotted owl survival and reproduction are not expected to be significantly impaired at this site because the amount of NRF habitat located within the core-use area and home range will remain at the same value after treatments as prior to treatments.

- Based on the above, we find that incidental take of owls at this site is not reasonably certain to occur as a result of the proposed action.

### Site 4683A/O (Maps 32a and 32b)

- A resident single male spotted owl was located at this site in 2022, and because of the close proximity of the "A" and "O" sites, was observed using both areas. Barred owls were observed at the site in 2020 and 2022.

- This site has 19 percent NRF in the home range, and 25 percent NRF in the core-use area for the "A" site; the "O" site has 18 percent NRF in the home range and 41 percent NRF in the core-use area.

KSW00404

- Zero acres of NRF will be removed or downgraded in the core-use area of either site.

- Approximately 4 acres of NRF removal (3 acres of NR and 1 acre of F) will occur at the home range scale of the "A" site from roads and landings; these removals are comprised of small, discontiguous patches distributed across the home range of the site. At the "O" site, 4 acres of 6 total acres of NRF habitat removal would occur from road construction (2 acres) and landings (2 acres) and are distributed outside the core-use area of the site. Approximately 2 acres of foraging removal are proposed from commercial thinning treatments in an isolated BLM parcel at the outer edge of the 4683O home range circle with no connectivity to the activity center due to non-habitat conditions on surrounding private land and to the west of the home range (Assessment, Map 32b). The ownership patterns displayed in Assessment Maps 32a and 32b demonstrate BLM ownership is also concentrated in the north, central, and southeastern portions of the home range. This NRF removal unit is beyond what is more likely a non-circular home range shape, given the location of the removal unit in relation to the more contiguous NRF habitat within the home range of this site. Due to the minimal and discontiguous amounts of NRF removal distributed outside the core of either site, compounding effects of habitat removal and barred owl presence are not anticipated.

- The removal of 21 and 28 acres of dispersal-only habitat at the home range scale at the "A" and "O" sites respectively would not diminish the ability of spotted owls to disperse within and across these sites because forest landscapes traversed by dispersing owls typically include a fragmented mosaic of roads, clear-cuts, and non-forested areas, and a variety of forest age classes ranging from fragmented forests from cutover areas to old-growth forests (Forsman et al. 2002) and the fifth-field watershed analysis (Table 16) suggests sufficient dispersal habitat will remain post-treatment. Additionally, dispersal-only habitat does not support nesting, roosting, or substantial forage for spotted owls; as such, impacts to dispersal-only habitat are not anticipated to impact habitat-fitness potential. Dispersal habitat will also be modified at these sites, which is not expected to contribute to a reduction in habitat fitness for the aforementioned reasons.

- The proposed action would modify 257 acres (41 percent; 142 acres of NR and 115 acres of F) of available NRF at the home range scale of the "A" site and would modify 253 acres (42 percent; 142 acres of NR and 111 acres of F) of available NRF at the home range scale of the "O" site. These NRF modify treatments include selection harvest followed by hazardous fuels reduction within the same footprint for all acres. Proposed treatment would modify stand conditions, but habitat function would be maintained, because the conditions that classify the stand as NRF or dispersal-only would remain post-treatment.

- As part of the proposed action for this site, fuels reduction treatments within the same footprint as commercial treatment (selection harvest) will not be implemented the same year as harvest. Fuels reduction treatments will be delayed by 2 years with implementation occurring in year 3 (post-selection harvest), or unless surveys indicate the site is unoccupied in a given year.

- Zero acres of NRF will be modified in the core of the "A" site. At the "O" site, less than 1 acre (0.4 acres) of thinning or selection harvest treatments in NRF habitat would occur at

KSW00405

the outer edge of the 0.5-mile core-use area and would modify but maintain the NRF habitat.

- As described above, these modify actions would not compromise the habitat fitness of the site; however, NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (over 99 percent of NRF available at the core-use area will remain untreated, as well as the majority of the NRF available at the home range scales). As such, the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF modify treatments will not result in a meaningful reduction in the spotted owl prey base and largely avoid the core-use areas, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Spotted owl survival and reproduction are not expected to be significantly impaired because the amount of NRF habitat located within the 0.5-mile core use area will remain at the same value post-treatment and the home range NRF values will only be reduced by less than one percent. This small reduction at the home range scale from small, isolated treatments is not expected to reduce the habitat fitness of the site, even in the presence of barred owls, because it avoids the core-use areas where most spotted owl use occurs.

- Based on the above, we find that incidental take of owls at these sites is not reasonably certain to occur as a result of the proposed action.

## Last Chance

All fuels treatments included in the Last Chance Project Area are maintenance treatments. These stands have each been previously treated at least once for hazardous fuels reduction, and the proposed new treatments are intended to maintain the simplified yet functioning condition of NRF stands (lower fuel loading and ladder fuels). These treatments utilize a spacing grid to retain large leave trees, incorporating the skip and gap approach; while the understory will be simplified by treatments, complexity and vertical diversity within stands will be retained due to untreated skip islands, and overall habitat function will be maintained (J. Reilly pers. comm., 2023c).

### Site 0917C (Assessment Maps 33a and 33b)

- A resident single male spotted owl was located at this site in 2021, and a pair of spotted owls were observed at this site in 2020 (Assessment, Appendix B-3). Barred owls were observed at the site in each of the last five years of surveys.

- This site has 31 percent NRF in the home range and 33 percent NRF in the core-use area.

- Zero acres of NRF will be removed or downgraded in the core-use area of this site.

- Approximately 6 acres of foraging habitat would be removed at the home range scale of this site from road construction, landings, and quarry expansions. These foraging habitat removals are comprised of several small (< 2 acres each) discontiguous patches scattered across the home range of this site. This small amount of removal will not result in a

127

KSW00406

meaningful amount of habitat loss at the home range scale because it will not fragment interior contiguous NRF habitat or increase edge effects; therefore, compounding effects of habitat removal and barred owl presence are not anticipated.

- Treatments would remove 4 acres of dispersal-only habitat at the home range scale; this small amount of removal will not diminish the ability of spotted owls to disperse across the area (Table 16) and as discussed elsewhere dispersal-only habitat removal is not expected to reduce habitat-fitness of the site.

- The proposed action would modify 294 acres (29 percent; 164 acres NR and 130 acres of F) of available NRF and 126 acres of dispersal-only habitat at the home range scale. Activities in NR habitat include 163 acres of hazardous fuels reduction and 1 acre of commercial thinning; activities in F habitat include 82 acres of commercial thinning only, 31 acres of commercial thinning followed by hazardous fuels reduction in the same footprint, and 17 acres of hazardous fuels reduction treatments only. Two acres of NRF modify would occur at the core-use scale, at the periphery of the core-use area. Proposed treatment would modify stand conditions, but habitat function would be maintained, because the conditions that classify the stand as NRF or dispersal-only would remain post-treatment. While these actions would not compromise the habitat fitness of the site, NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (over 99 percent of NRF available in the core-use area will remain untreated, as well as the majority of the NRF available at the home range scale). As such, the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF removal or modify treatments at the home range and core-use scales would not result in a meaningful reduction in the spotted owl prey base, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Spotted owl survival and reproduction are not expected to be significantly impaired at this site because the amount of NRF habitat located within the core-use area will remain at the same value post-treatments, and the home range NRF values will only be reduced by less than one percent. This small reduction at the home range scale is from small, isolated treatments and is not expected to reduce the habitat fitness of the site, even in the presence of barred owls. Additionally, it avoids the core-use area where most spotted owl use occurs.

- Based on the above, we find that incidental take of owls at this site is not reasonably certain to occur as a result of the proposed action.

### Site 1314A/O (Maps 34a and 34b)

- A resident single male spotted owl was located at the A site in 2022, and spotted owls have been observed moving between both the O and the A site over the past 5 years of monitoring, so both sites are included here for analysis (Assessment, Appendix B-3).

KSW00407

- The "A" site has 41 percent NRF in the home range and 67 percent NRF in the core-use area. The "O" site has 39 percent NRF in the home range and 49 percent NRF in the core. Both sites are well within the range of NRF values expected to support habitat fitness associated with occupancy at both the home range and core-use area scales.

- Zero acres of NRF will be removed or downgraded in the core of the "O" site. In the core of the "A" site, less than 1 acre of foraging habitat will be removed from road and landing construction; zero acres of NRF will be downgraded. This negligible amount of removal will not result in a meaningful amount of habitat loss and is not expected to reduce the habitat fitness of the site or compound effects of barred owl competition.

- Within the "A" site, approximately 6 acres of foraging habitat would be removed at the home range scale from road construction and landings. Within the "O" site, approximately 10 acres of NRF (3 acres of NR and 7 acres of F; 60 percent in low RHS) would be removed at the home range scale from road construction and landings (including 1 acre of commercial thinning in NR). These NRF habitat removals are comprised of several small (< 2 acres each) isolated patches scattered across the home ranges of these sites and are not expected to fragment interior contiguous habitat. This minimal amount of NRF habitat removal will not result in a meaningful amount of habitat loss at the home range scale because sufficient NRF habitat will continue to remain post-treatment and habitat impacts largely avoid the core-use area; therefore, compounding effects of NRF habitat removal and barred owl presence are not anticipated.

- Within the "A" site, 11 acres of dispersal-only habitat would be removed at the home range scale and less than one acre of dispersal-only habitat would be removed in the core from road and landing construction. At the "O" site, 24 acres of dispersal-only habitat would be removed at the home range scale and 2 acres of dispersal-only habitat removal would occur at the periphery of the core; these dispersal-only habitat removals are from road construction, landings, and quarry expansions, comprised of several small, isolated patches scattered across the home ranges. This small amount of removal will not diminish the ability of spotted owls to disperse throughout the area as demonstrated from the fifth-field watershed analysis above (Table 16); also see Forsman et al. (2002).

- The proposed action would modify 172 acres (13 percent; 45 acres NR and 127 acres F) of available NRF habitat at the home range scale of the "A" site and would modify 448 acres (34 percent; 234 acres NR and 214 acres F) of available NRF at the home range scale of the "O" site. Treatment would modify 391 acres of dispersal-only habitat at the home range scale and 29 acres of dispersal-only habitat in the core of the "O" site; at the "A" site treatments would modify 156 acres of dispersal-only habitat at the home range scale and 4 acres of dispersal-only habitat in the core-use area.

  o At the "A" site, NRF modify treatments at the home range scale include 45 acres (NR habitat) of hazardous fuels reduction, 78 acres of commercial thinning (F habitat), 44 acres (F habitat)of commercial thinning followed by hazardous fuels reduction in the same footprint, and 5 acres of hazardous fuels reduction (F habitat) only.

  o At the "O" site, NRF modify treatments at the home range scale include 234 acres (NR habitat) of hazardous fuels reduction only, 97 acres of commercial thinning (F habitat), 84 acres (F habitat) of commercial thinning followed by hazardous fuels

KSW00408

reduction in the same footprint, and 33 acres (F habitat) of hazardous fuels reduction only.

- At the "A" site, 8 acres (2.4 percent) of foraging habitat will be modified in the core, of which approximately 5 acres are hazardous fuels reduction prescriptions, and 3 acres are commercial thinning treatments. At the "O" site, 31 acres (12.6 percent) of NRF (22 acres of NR, 9 acres of F) will be modified in the core, all from hazardous fuels reduction prescriptions

- Modify treatments would modify stand conditions, but habitat function would be maintained, because conditions that classify the stand as NRF or dispersal-only would remain post-treatment. As described above, these actions would not compromise the habitat fitness of the site; however, NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (the majority of NRF available at the core-use area and home range scales will remain untreated); as such the ability for spotted owls to find prey will not be significantly impaired.

- Therefore, NRF removal or modify treatments at the home range and core-use scales will not result in a meaningful reduction in the spotted owl prey base, and as such compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Because the "A" and "O" sites contain total NRF values that are within or above the values expected to support habitat fitness for occupancy at both the core-use scale and the home range scale, post-treatment, spotted owl breeding, feeding, and sheltering are not expected to be significantly impaired.

- Based on the above, we find that incidental take of owls at these sites is not reasonably certain to occur as a result of the proposed action.

### Site 1732B (Maps 35a and 35b)

- A resident single female spotted owl was located at this site in 2021, and a pair of spotted owls were observed at this site in 2019 (Assessment, Appendix B-3). Barred owls were observed at the site in four of the last five years of surveys.

- This site has 33 percent NRF in the home range and 17 percent NRF in the core.

- Zero acres of NRF will be removed, downgraded, or modified within the core-use area of this site.

- Approximately 13 acres of NRF (10 acres of foraging and 3 acres of NRF) would be removed at the home range scale of this site from road construction, landings, and quarry expansions. These foraging habitat removals are comprised of several small (< 2 acres each) discontiguous patches scattered across the home range of this site. This small amount of removal will not result in a meaningful amount of habitat loss at the home range scale because it is not within the core-use area where most spotted owl use occurs

KSW00409

and will not fragment interior contiguous NRF habitat. Therefore, compounding effects of habitat removal and barred owl presence are not anticipated.

- 20 acres of dispersal-only habitat would be removed at the home range scale of this site from road construction, landings, and quarry expansions. Less than one acre of dispersal-only habitat would be removed within the core-use area of this site from work associated with a quarry expansion. This small amount of removal will not diminish the ability of spotted owls to disperse throughout the area (Table 16) and reductions in habitat-fitness related to dispersal-only impacts are not anticipated due to the treatments.

- The proposed action would modify 427 acres (39 percent; 197 acres of NR and 230 acres of F) of the available NRF at the home range scale. Treatments would modify 389 acres of dispersal-only habitat at the home range scale and 27 acres of dispersal-only habitat in the core. Modify treatments include 197 acres (NR habitat) of hazardous fuels reduction, 46 acres (F habitat) of hazardous fuels reduction, 95 acres (F habitat) of commercial thinning, and 89 acres (F habitat) of commercial thinning followed by hazardous fuels reduction within the same footprint. Proposed treatment would modify stand conditions but habitat function would be maintained, because the conditions that classify the stand as NRF or dispersal-only would remain post-treatment. As described above, these actions would not compromise the habitat fitness of the site; however, NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (100 percent of NRF available in the core-use area and the majority of NRF available at the home range scale will remain untreated); as such the ability for spotted owls to find prey will not be significantly impaired.

- Therefore, NRF removal or modify treatments at the home range scale will not result in a meaningful reduction in the spotted owl prey base, and as such compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Spotted owl survival and reproduction are not expected to be significantly impaired at this site because the amount of NRF habitat located within the core-use area will remain at the same post-treatment, and the home range NRF values will only be reduced by less than one percent from small, isolated treatments.

- Based on the above, we find that incidental take of owls at this site is not reasonably certain to occur as a result of the proposed action.

### Site 2406C (Maps 36a and 36b)

- A resident single male spotted owl was located at this site in 2021 and 2020, and a pair of spotted owls were observed at this site in 2018 (Assessment, Appendix B-3). Barred owls were observed at the site in 2022 and 2018.

- This site currently has sufficient NRF habitat expected to support habitat fitness associated with occupancy at both the home range (40 percent) and core-use (62 percent) areas (Table 19).

- Approximately 15 acres of NRF (9 acres of NR and 6 acres of F) would be removed at the home range scale from roads, landings, and quarry expansions. These NRF habitat removals are comprised of several small (< 2 acres each) discontiguous patches scattered across the home range of this site. Treatments generally follow ridges and upper slopes and work to compartmentalize treatment areas, providing strategic fuel breaks that work in concert with other treatments to provide landscape-level reductions in high-severity fire risk. This minimal amount of removal will not result in a meaningful amount of habitat loss at the home range scale because it will not fragment interior contiguous NRF habitat. Therefore, compounding effects of habitat removal and barred owl presence are not anticipated.

- 20 acres of dispersal only habitat would be removed at the home range scale, and approximately 5 acres of dispersal-only would be removed within the core-use area from road construction, landings, and quarry expansions. This small amount of removal will not diminish the ability of spotted owls to disperse across the area (see Table 16 and Forsman et al. 2002), nor is habitat-fitness potential expected to be negatively impacted due to dispersal-only habitat impacts.

- 3 acres of NRF removal would occur in the core-use area, from road construction, landings, and quarry expansion. These NRF habitat removals are comprised of several small discontiguous patches and will not affect the overall habitat quality of the core-use area, which will retain sufficient NRF habitat to support habitat-fitness potential of the site post-treatment. Thus, compounding effects of habitat removal and barred owl presence are not anticipated.

- Proposed treatments would modify 184 acres (15 percent) of the available NRF and 165 acres of dispersal-only habitat at the home range scale. Activities in NRF include 3 acres (NR) and 181 acres (F) of commercial thinning; the 3 acres of NR are included as a yarding wedge and would potentially be impacted only by cable corridors needed to facilitate logging of adjacent habitat. Treatments would modify zero acres of NRF and 23 acres of dispersal-only habitat in the core. Proposed treatment would modify stand conditions, but habitat function would be maintained because the conditions that classify the stand as NRF or dispersal-only would remain post-treatment. As described above these actions would not compromise the habitat fitness of the site, but NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (99 percent of NRF available in the core-use area and the majority of NRF available at the home range scale will remain untreated); as such the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF modify treatments at the home range scale will not result in a meaningful reduction in the spotted owl prey base across the site, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Because this site is expected to retain sufficient NRF habitat supporting the habitat-fitness potential of the site post-treatment at both the home range (one percent reduction)

KSW00411

and core-use area scales, spotted owl survival and reproduction are not expected to be significantly impaired at this site.

- Based on the above, we find that incidental take of owls at this site is not reasonably certain to occur as a result of the proposed action.

### Site 4625C (Maps 37a and 37b)

- A spotted owl pair has been observed at this site every year of the last five years (Assessment, Appendix B-3). Barred owls have not been observed at the site over the last five survey seasons.

- This site has 32 percent NRF in the home range and 49 percent (likely sufficient) NRF in the core.

- Approximately 14 acres of NRF (nine acres of foraging and 5 acres of NR) would be removed at the home range scale of this site from road construction, landings, and quarry expansions. These NRF removals are comprised of several small (< 2 acres each) discontiguous patches scattered across the home range of this site. Approximately 12 of these 14 acres (81 percent) occur in low RHS. These NRF removals are comprised of several small (< 2 acres each) discontiguous patches scattered across the home range of this site. Treatments generally follow ridges and upper slopes and work to compartmentalize treatment areas, providing strategic fuel breaks that work in concert with other treatments to provide landscape-level reductions in high-severity fire risk. This minimal amount of removal will not result in a meaningful amount of habitat loss at the home range scale because it will not fragment interior contiguous NRF habitat. Therefore, compounding effects of habitat removal and barred owl presence are not anticipated.

- Proposed treatments would remove 18 acres of dispersal-only habitat at the home range scale and 1 acre of dispersal-only habitat in the core-use area from road construction, landings, and quarry expansions. This small amount of removal, comprised of several small (< 2 acres each) discontiguous patches scattered throughout the home range, will not diminish the ability of spotted owls to disperse across the area (Table 16) and spotted owls can disperse through habitat fragmented landscapes (Forsman et al. 2002).

- Two acres of foraging habitat would be removed within the core-use area from road and landing construction, in small discontiguous patches. This minimal amount of removal will not result in a meaningful amount of habitat loss because these small, isolated patches will not fragment contiguous NRF habitat. Therefore, compounding effects of habitat removal and barred owl presence are not anticipated.

- Proposed treatments would modify 361 acres (34 percent; 162 acres of NR and 199 acres F) of the available NRF and 299 acres of dispersal-only habitat at the home range scale. NRF modify activities include 155 acres of commercial thinning (2 acres of NR, 153 acres of F), 34 acres of commercial thinning followed by hazardous fuels reduction within the same footprint (1 acre of NR, 33 acres of F), and hazardous fuels reduction only (159 acres NR, 13 acres F). Treatments would modify 14 acres of dispersal-only habitat in the core.

KSW00412

- 29 acres (11.9 percent; 10 acres of NR and 19 acres of F) of NRF modify would occur in the core. Modify activities include 1 acre of commercial thinning (NR habitat), 6 acres of commercial thinning followed by hazardous fuels reduction in the same footprint (F habitat), and hazardous fuels reduction treatment only (9 acres of NR and 13 acres of F.)

- These modify treatments would modify stand conditions, but habitat function would be maintained, because the conditions that classify the stand as NRF or dispersal-only would remain post-treatment. As described above these actions would not compromise the habitat fitness of the site, but NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (the majority of NRF available at the core-use area and home range scales will remain untreated); as such the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF modify treatments will not result in a meaningful reduction in the spotted owl prey base across the site, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Spotted owl survival and reproduction are not expected to be significantly impaired at this site because sufficient post-treatment NRF habitat will remain post-treatment at both the core-use area and the home range scales (each will be reduced by less than one percent from small, isolated treatments).

- Based on the above, we find that incidental take of owls at this site is not reasonably certain to occur as a result of the proposed action.

### Site 4626A/O (Maps 38a and 38b)

- Spotted owls have been observed at this site using two territories over the past five years (Appendix B-3). Spotted owls were observed nesting at the "A" site in 2022 and were detected multiple times at the "O" site over the past 5 years of monitoring, and both sites are included here for analysis.

- Both the "O" and "A" sites currently have sufficient NRF habitat values expected to support habitat-fitness associated with occupancy. The "O" site has 44 percent NRF in the home range and 74 percent NRF in the core, while the "A" site has 39 percent NRF in the home range and 51 percent NRF in the core (Table 19).

- Zero acres of NRF will be removed or downgraded in the core of either site.

- Proposed treatments would remove 3 acres of NRF at the home range scale at the "A" site from road and landing construction. At the "O" site, approximately 2 acres of foraging habitat would be removed at the home range scale from road construction and landings. These NRF habitat removals at the home range scale are comprised of several small (< 2 acres each) isolated patches scattered across the home ranges. This minimal amount of removal will not result in a meaningful amount of habitat loss at the home range scale because of remaining sufficient NRF habitat in quantity and quality. Therefore, compounding effects of habitat removal and barred owl presence are not anticipated.

KSW00413

- 4 acres and 8 acres of dispersal-only habitat will be removed at the home range scale of the "A" and "O" sites, respectively. This small amount of removal, comprised of several small discontiguous patches scattered throughout the home ranges, will not diminish the ability of spotted owls to disperse throughout the area (Table 16); additionally spotted owls can disperse through fragmented habitat (Forsman et al. 2002).

- Proposed treatments would modify 24 acres (2 percent) and 43 acres (3 percent) of the available NRF at the home range scale of the "A" and "O" sites, respectively. NRF modify activities at the home range scale include commercial thinning (at the "A" site: 4 acres of NR, 19 acres of F; at the "O" site, 31 acres of F) and hazardous fuels reduction (1 acre of NR at the "A" site and 12 acres NR at the "O" site). 1 acre of NRF modify would occur in the core of the "O" site and zero acres of NRF modify would occur in the core of the "A" site. Treatments would modify 55 acres and 126 acres of dispersal-only habitat at the home range scale of the "A" and "O" sites, respectively.

- Proposed modify treatments would modify stand conditions, but habitat function would be maintained, because the conditions that classify the stand as NRF or dispersal-only would remain post-treatment. As described above these actions would not compromise the habitat fitness of the site, but NRF modify treatments are expected to reduce the understory, which may result in a temporary reduction in the abundance and availability of primary spotted owl prey species. Prey are however expected to persist and remain readily accessible for owls within refugia patches (treatment "skips") of treated modify stands, as well as within untreated stands (Over 99 percent of NRF available at the core-use scales and the majority of NRF available at the home range scales will remain untreated); as such the ability for spotted owls to find prey will not be significantly impaired.

- Because NRF modify treatments will not result in a meaningful reduction in the spotted owl prey base across the site, compounding effects from the habitat treatments with barred owl competition and prey impacts are not anticipated.

- Spotted owl survival and reproduction are not expected to be significantly impaired at these sites because sufficient NRF habitat is anticipated to remain post-treatment at the core-use area and home range scales of both sites, and home range NRF values will only be reduced by less than one percent. This small reduction at the home range scale is from small, isolated treatments and would not significantly impair the habitat-fitness potential of the sites for the aforementioned reasons.

- Based on the above, we find that incidental take of owls at these sites is not reasonably certain to occur as a result of the proposed action.

**Take Avoidance**

Consistent with its commitments under the RMP/ROD (USDI BLM 2016a, pp. 121 and 127), the District will avoid actions in the Rogue Gold, Trail Creek, and Last Chance Projects that would cause the incidental take of spotted owls from timber harvest. Incidental take via "harm" means an action that actually kills or injures wildlife. Such an act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing

KSW00414

essential behavioral patterns, including breeding, feeding or sheltering (50 CFR § 17.3). The mere potential for injury from habitat modification is insufficient; there must be a causal connection between the activity and the injury to the animal.

To determine whether a proposed action affecting habitat will incidentally take northern spotted owls, the Service considers the significance of the habitat modification within occupied spotted owl territories based on the best available information, as well as whether a resident owl is reasonably likely to be present. As discussed previously, when the percentage of NRF in the spotted owl site is below 40 to 60 percent, the likelihood of spotted owl survival and reproduction may be reduced. The Service uses these central tendency values, other site-specific information, along with the most up-to-date survey information as to resident owl presence, to evaluate whether incidental take is reasonably certain to occur.

The Service also considers the impact of barred owls in evaluating whether incidental take from the proposed action will occur. As discussed in further detail above, the best available information indicates that the competitive pressure from the barred owl is having direct negative impacts on spotted owls throughout their range, and that this effect is presently a greater impact on the northern spotted owl than habitat modification on its own. District activities are not known to be causing the presence of the barred owl, nor are there any known habitat actions that can be managed to improve the northern spotted owl's position in that competition, i.e., there are presently no known habitat conditions which provide a benefit only to the northern spotted owl.

Even so, the best available science also indicates that the continued protection of higher quality habitat favored by both northern spotted owls and barred owls remains important for the northern spotted owl. Habitat removal and downgrade that eliminates higher quality habitat preferred by both species is assumed to negatively affect spotted owls and be of lesser impact to the barred owl, because of its capacity to utilize less high-quality habitat conditions overall. Precisely how much of an impact habitat removal has on the competition between the species at the site-specific scale, or the precise mechanisms of this effect are not well understood at this time. However, at the scale of the individual occupied spotted owl core-use area, the competitive pressure from barred owls is the backdrop against which the Service considers the additive effects of NRF habitat removal and downgrade in determining whether incidental take is reasonably certain to occur.

Because of the barred owl competitive pressure on spotted owls, the Service currently considers NRF habitat removal and downgrade in core-use areas of known occupied spotted owl sites when barred owls are present to be of particular concern. The number of occupied spotted owl territories continues to decline throughout the owl's range, making occupied owl sites and the continued survival of those owls important for supporting continued spotted owl populations. In addition, resident spotted owls defending current territories in the face of barred owl competition suggest that the site-specific conditions of that particular territory provide sufficient characteristics to enable some co-occupancy by barred and spotted owls.

For the Rogue Gold, Trail Creek, and Last Chance Projects, the District is not proposing any commercial regeneration harvest in the 20 known occupied sites, which reduces the potential for harm to spotted owls present. However, other habitat treatments are still proposed to occur. As

KSW00415

discussed above in the *Site Specific Summaries of Occupied Spotted Owls Sites* section, the particular type, amount, and location of the treatment activities in the 20 occupied sites are of limited effect and generally avoid particularly sensitive areas like the core-use area and nest patch. As a result, the Service concludes they do not rise to the level of significant habitat modification that would significantly impair the essential behavioral patterns of the spotted owls present, even considering the presence of barred owls, and as such the Service expects no incidental take of spotted owls from the proposed action.

There are 58 spotted owl sites that are expected to have habitat modifications that would likely adversely affect spotted owls, potentially resulting in incidental take, were resident owls to occupy these sites (as of 2022 surveys, 11 of the LAA sites are occupied, and are addressed in the site-specific analysis above). The District must continue to conduct complete protocol surveys prior to spotted owl habitat modification. This includes up until the time of harvest. If resident spotted owls are located within any of these "LAA" spotted owl sites (see Table 18), the District will change the proposed actions as necessary to avoid incidental take of spotted owls. The Service will provide technical assistance through the Level 1 process in making recommendations for minimizing adverse impacts and avoiding incidental take of spotted owls should updated surveys confirm new occupancy.

KSW00416

**Table 19.** Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM.

| Project | NSO SITE | EFFECTS | NRF HR acres Pre-Treat | NRF HR % Pre-Treat | NRF Core acres Pre-Treat | NRF Core % Pre-Treat | NRF Acres Removed HR | Core | NP | NRF Acres Downgraded HR | Core | NP | NRF Acres Modified (Function Maintained) HR | Core | NP | Dispersal Acres Removed HR | Core | NP | Dispersal Acres Modified (Function Maintained) HR | Core | NP | NRF HR Reduced (acres) | NRF HR Acres Post-Treat | HR NRF Percent Post-Treat | NRF Core Reduced (acres) | NRF Core acres Post-Treat | NRF Core Percent Post-Treat | Occupancy Status 2022 | 2021 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rogue Gold | 0102O | LAA | 515 | 15% | 95 | 19% | 160 | 0 | 0 | 39 | 26 | 1 | 0 | 0 | 0 | 69 | 0 | 0 | 33 | 14 | 2 | 199 | 316 | 9% | 26 | 69 | 14% | NO+ | NO+ | |
| Rogue Gold | 0956O | LAA | 576 | 17% | 79 | 16% | 84 | 6 | 0 | 0 | 0 | 0 | 46 | 8 | 7 | 6 | 5 | 0 | 130 | 71 | 20 | 84 | 492 | 14% | 6 | 73 | 15% | NO | NO | |
| Rogue Gold | 0958A | LAA | 579 | 17% | 72 | 14% | 0 | 0 | 0 | 17 | 0 | 0 | 92 | 0 | 0 | 0 | 0 | 0 | 183 | 104 | 22 | 17 | 562 | 17% | 0 | 72 | 14% | NO | NO | |
| Rogue Gold | 1198O | NLAA | 450 | 13% | 111 | 22% | 1 | 0 | 0 | 0 | 0 | 0 | 64 | 1 | 0 | 2 | 0 | 0 | 190 | 9 | 0 | 1 | 449 | 13% | 0 | 111 | 22% | NO | NO | |
| Rogue Gold | 1952O | NLAA | 664 | 20% | 237 | 47% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 0 | 0 | 0 | 664 | 20% | 0 | 237 | 47% | NO | NO | |
| Rogue Gold | 2076O | NLAA | 955 | 28% | 134 | 27% | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 6 | 0 | 10 | 6 | 0 | 97 | 1 | 0 | 0 | 955 | 28% | 0 | 134 | 27% | NO | NO | |
| Rogue Gold | 2260B | NLAA | 219 | 6% | 70 | 14% | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 219 | 6% | 0 | 70 | 14% | NO+ | NO+ | |
| Rogue Gold | 2269O | LAA | 399 | 12% | 114 | 23% | 35 | 17 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 1 | 0 | 0 | 43 | 0 | 0 | 35 | 364 | 11% | 17 | 97 | 19% | NO | NO | |
| Rogue Gold | 2398O | NLAA | 641 | 19% | 193 | 39% | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 31 | 0 | 10 | 9 | 0 | 106 | 42 | 0 | 0 | 641 | 19% | 0 | 193 | 39% | NO | NO | |
| Rogue Gold | 2766O | NLAA | 648 | 19% | 79 | 16% | 0 | 0 | 0 | 0 | 0 | 0 | 129 | 5 | 0 | 10 | 0 | 0 | 277 | 30 | 0 | 0 | 648 | 19% | 0 | 79 | 16% | PAIR | PAIR | |
| Rogue Gold | 3277O | LAA | 370 | 11% | 138 | 28% | 18 | 0 | 0 | 0 | 0 | 0 | 33 | 0 | 0 | 39 | 0 | 0 | 75 | 0 | 0 | 18 | 352 | 10% | 0 | 138 | 28% | NO | NO | |
| Rogue Gold | 4041A | NLAA | 624 | 18% | 145 | 29% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 | 0 | 0 | 0 | 624 | 18% | 0 | 145 | 29% | RSM+ | RSM | |
| Rogue Gold | 4045A | LAA | 542 | 16% | 17 | 3% | 59 | 0 | 0 | 31 | 7 | 0 | 121 | 70 | 3 | 2 | 0 | 0 | 19 | 0 | 0 | 90 | 452 | 13% | 7 | 10 | 2% | F-obs | NO | |
| Rogue Gold | 4060O | NLAA | 316 | 9% | 53 | 11% | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 0 | 0 | 0 | 0 | 0 | 144 | 18 | 0 | 0 | 316 | 9% | 0 | 53 | 11% | NO | NO | |
| Rogue Gold | 4069O | NLAA | 202 | 6% | 0 | 0% | 1 | 0 | 0 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 | 0 | 85 | 0 | 0 | 1 | 201 | 6% | 0 | 0 | 0% | NO | NO | |
| Rogue Gold | 4382O | LAA | 602 | 18% | 62 | 12% | 43 | 0 | 0 | 5 | 0 | 0 | 192 | 12 | 0 | 37 | 0 | 0 | 153 | 33 | 0 | 48 | 554 | 16% | 0 | 62 | 12% | NO+ | NO+ | |
| Rogue Gold | 4480O | LAA | 439 | 13% | 93 | 19% | 59 | 0 | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 6 | 0 | 0 | 89 | 350 | 10% | 0 | 93 | 19% | NO | NO | |
| Rogue Gold | 4612O | LAA | 647 | 19% | 100 | 20% | 54 | 0 | 0 | 31 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 44 | 0 | 0 | 85 | 562 | 17% | 0 | 100 | 20% | NO | NO | |
| Rogue Gold | 4612O | LAA | 565 | 17% | 172 | 34% | 47 | 0 | 0 | 0 | 0 | 0 | 204 | 66 | 21 | 46 | 0 | 0 | 103 | 13 | 7 | 47 | 518 | 15% | 0 | 172 | 34% | NO | NO | |
| Rogue Gold | 4683A | LAA | 638 | 19% | 127 | 25% | 4 | 0 | 0 | 0 | 0 | 0 | 257 | 0 | 0 | 21 | 0 | 0 | 237 | 0 | 0 | 4 | 634 | 19% | 0 | 127 | 25% | RSM | M-obs+ | |
| Rogue Gold | 4683O | LAA | 625 | 18% | 205 | 41% | 6 | 0 | 0 | 0 | 0 | 0 | 254 | 1 | 0 | 28 | 0 | 0 | 192 | 38 | 0 | 6 | 619 | 18% | 0 | 205 | 41% | RSM | M-obs+ | |
| Trail Creek | 0926O | NLAA | 583 | 17% | 89 | 18% | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 0 | 62 | 1 | 0 | 0 | 583 | 17% | 0 | 89 | 18% | NO | RSM+ | |
| Trail Creek | 1172O | NLAA | 952 | 33% | 262 | 52% | 3 | 0 | 0 | 0 | 0 | 0 | 69 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 3 | 949 | 33% | 0 | 262 | 52% | PAIR | PAIR | |
| Trail Creek | 1304B | NLAA | 847 | 29% | 95 | 19% | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 847 | 29% | 0 | 95 | 19% | PAIR | PAIR | |
| Trail Creek | 1304O | NLAA | 960 | 33% | 197 | 39% | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 960 | 33% | 0 | 197 | 39% | M-obs+ | NO | |
| Trail Creek | 1822O | LAA | 354 | 10% | 70 | 14% | 103 | 18 | 0 | 0 | 0 | 0 | 39 | 0 | 0 | 16 | 0 | 0 | 64 | 0 | 0 | 103 | 251 | 7% | 18 | 52 | 10% | NO | NO | |
| Trail Creek | 1823O | LAA | 1,460 | 50% | 338 | 68% | 16 | 6 | 0 | 0 | 0 | 0 | 29 | 0 | 0 | 12 | 0 | 0 | 30 | 0 | 0 | 16 | 1444 | 50% | 6 | 332 | 66% | NO | NO | |
| Trail Creek | 1824O | LAA | 2,055 | 71% | 480 | 96% | 8 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 3 | 0 | 0 | 40 | 0 | 0 | 8 | 2047 | 71% | 0 | 480 | 96% | F-obs+ | | |
| Trail Creek | 1832O | LAA | 1,457 | 50% | 351 | 70% | 16 | 0 | 0 | 0 | 0 | 0 | 56 | 12 | 0 | 10 | 0 | 0 | 51 | 1 | 0 | 16 | 1441 | 50% | 0 | 351 | 70% | NO | NO | |
| Trail Creek | 1949A | LAA | 510 | 15% | 73 | 15% | 49 | 5 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 70 | 5 | 0 | 6 | 0 | 0 | 49 | 461 | 14% | 5 | 68 | 14% | NO | NO | |
| Trail Creek | 2006A | NLAA | 1,312 | 45% | 173 | 35% | 2 | 0 | 0 | 0 | 0 | 0 | 76 | 0 | 0 | 1 | 0 | 0 | 45 | 0 | 0 | 2 | 1310 | 45% | 0 | 173 | 35% | NO+ | PAIR | |
| Trail Creek | 2006O | NLAA | 1,118 | 39% | 106 | 21% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 1118 | 39% | 0 | 106 | 21% | NO+ | PAIR | |
| Trail Creek | 2219O | LAA | 1,150 | 40% | 255 | 51% | 11 | 0 | 0 | 0 | 0 | 0 | 78 | 54 | 0 | 15 | 0 | 0 | 57 | 10 | 0 | 11 | 1139 | 39% | 0 | 255 | 51% | NO | NO | |
| Trail Creek | 2356O | LAA | 235 | 7% | 115 | 23% | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 | 0 | 0 | 0 | 0 | 0 | 48 | 187 | 6% | 0 | 115 | 23% | NO | NO | |
| Trail Creek | 2625O | LAA | 1,026 | 35% | 200 | 40% | 70 | 29 | 5 | 0 | 0 | 0 | 11 | 2 | 0 | 26 | 19 | 3 | 37 | 3 | 0 | 70 | 956 | 33% | 29 | 171 | 34% | NO+ | NO+ | |

KSW00417

**Table 19.** Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM.

| Project | NSO SITE | EFFECTS | NRF HR acres Pre-Treat | NRF HR % Pre-Treat | NRF Core acres Pre-Treat | NRF Core % Pre-Treat | NRF Acres Removed HR | Core | NP | NRF Acres Downgraded HR | Core | NP | NRF Acres Modified (Function Maintained) HR | Core | NP | Dispersal Acres Removed HR | Core | NP | Dispersal Acres Modified (Function Maintained) HR | Core | NP | NRF HR Reduced (acres) | NRF HR Acres Post-Treat | HR Percent Post-Treat | NRF Core acres Reduced (acres) | NRF Core Acres Post-Treat | NRF Core Percent Post-Treat | Occupancy 2022 | Occupancy 2021 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trail Creek[1] | 2629O | LAA | 793 | 23% | 95 | 19% | 207 | 33 | 0 | 0 | 0 | 0 | 152 | 40 | 0 | 90 | 42 | 0 | 173 | 79 | 0 | 207 | 586 | 17% | 33 | 62 | 12% | NO | NO+ | |
| Trail Creek[1] | 2630O | LAA | 824 | 24% | 164 | 33% | 216 | 1 | 0 | 0 | 0 | 0 | 53 | 0 | 0 | 150 | 0 | 0 | 216 | 608 | 18% | 1 | 163 | 33% | NO | NO+ | | |
| Trail Creek[1] | 3253B | LAA | 482 | 14% | 148 | 30% | 21 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 4 | 0 | 0 | 2 | 1 | 0 | 21 | 461 | 14% | 0 | 148 | 30% | NS | NS | PDC require surveys prior to implementation |
| Trail Creek[1] | 3394A | LAA | 1,133 | 33% | 244 | 49% | 80 | 43 | 5 | 8 | 0 | 0 | 104 | 28 | 0 | 59 | 2 | 0 | 41 | 0 | 0 | 88 | 1045 | 31% | 43 | 201 | 40% | NO | NO | |
| Trail Creek[1] | 3396O | LAA | 217 | 6% | 0 | 0% | 53 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 8 | 0 | 0 | 54 | 0 | 0 | 53 | 164 | 5% | 0 | 0 | 0% | NS | NS | The entire core is on private ownership |
| Trail Creek[1] | 3396O | LAA | 111 | 3% | 0 | 0% | 51 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 19 | 0 | 0 | 3 | 0 | 0 | 51 | 60 | 2% | 0 | 0 | 0% | NS | NS | The entire core is on private ownership |
| Trail Creek[1] | 4027A | LAA | 727 | 21% | 207 | 41% | 140 | 27 | 0 | 0 | 0 | 0 | 47 | 0 | 0 | 115 | 11 | 0 | 67 | 0 | 0 | 140 | 587 | 17% | 27 | 180 | 36% | NO+ | NO | |
| Trail Creek[1] | 4028O | NLAA | 2,012 | 69% | 406 | 81% | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 2012 | 69% | 0 | 406 | 81% | NS | NO | Considered Occupied |
| Trail Creek[1] | 4309O | NLAA | 1,073 | 32% | 165 | 33% | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 1073 | 32% | 0 | 165 | 33% | NO | NO+ | |
| Trail Creek[1] | 4381O | LAA | 382 | 11% | 102 | 20% | 194 | 63 | 1 | 0 | 0 | 0 | 46 | 0 | 0 | 80 | 11 | 0 | 125 | 0 | 0 | 194 | 188 | 6% | 63 | 39 | 8% | NO+ | NO | |
| Trail Creek[1] | FSuite | NLAA | 818 | 28% | 303 | 61% | 2 | 0 | 0 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 816 | 28% | 0 | 303 | 61% | NS | NS | Considered Occupied |
| Last Chance[1] | 0680O | LAA | 1054 | 31% | 289 | 58% | 417 | 113 | 23 | 0 | 0 | 0 | 222 | 94 | 18 | 64 | 24 | 4 | 121 | 17 | 0 | 417 | 637 | 19% | 113 | 177 | 35% | F-obs | NO | |
| Last Chance[1] | 0078O | LAA | 727 | 21% | 68 | 14% | 255 | 1 | 0 | 0 | 0 | 0 | 163 | 2 | 0 | 78 | 1 | 0 | 71 | 6 | 0 | 255 | 472 | 14% | 1 | 67 | 13% | NO+ | NO | |
| Last Chance[1] | 0099O | LAA | 763 | 22% | 168 | 34% | 180 | 43 | 6 | 0 | 0 | 0 | 117 | 0 | 0 | 40 | 8 | 0 | 9 | 2 | 0 | 180 | 584 | 17% | 43 | 124 | 25% | NO+ | NO | |
| Last Chance[1] | 0877A | NLAA | 1184 | 35% | 300 | 60% | 0 | 0 | 0 | 0 | 0 | 0 | 49 | 0 | 0 | 1 | 0 | 0 | 66 | 0 | 0 | 0 | 1184 | 35% | 0 | 300 | 60% | UNK-obs | | |
| Last Chance[1] | 0878A | LAA | 1299 | 38% | 276 | 55% | 8 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 8 | 1291 | 38% | 0 | 276 | 55% | NO+ | NO+ | |
| Last Chance[1] | 0883B | LAA | 436 | 13% | 71 | 14% | 39 | 0 | 0 | 0 | 0 | 0 | 62 | 0 | 0 | 286 | 93 | 7 | 31 | 0 | 0 | 39 | 398 | 12% | 0 | 71 | 14% | NO+ | NO | |
| Last Chance[1] | 0917C | LAA | 1038 | 31% | 164 | 33% | 6 | 0 | 0 | 0 | 0 | 0 | 294 | 2 | 0 | 4 | 1 | 0 | 126 | 0 | 0 | 6 | 1032 | 30% | 0 | 164 | 33% | NO+ | RSM+ | |
| Last Chance[1] | 0924O | LAA | 916 | 27% | 182 | 36% | 268 | 41 | 0 | 0 | 0 | 0 | 77 | 0 | 0 | 145 | 2 | 0 | 67 | 0 | 0 | 268 | 648 | 19% | 41 | 141 | 28% | NO | NO+ | |
| Last Chance[1] | 0928O | LAA | 996 | 29% | 188 | 38% | 353 | 88 | 3 | 0 | 0 | 0 | 184 | 44 | 2 | 203 | 127 | 2 | 194 | 3 | 0 | 353 | 643 | 19% | 88 | 101 | 20% | NO+ | NO+ | |
| Last Chance[1] | 0933A | LAA | 730 | 21% | 122 | 24% | 193 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 159 | 12 | 0 | 2 | 0 | 0 | 193 | 537 | 16% | 54 | 68 | 14% | NO+ | NO | |
| Last Chance[1] | 0935A | LAA | 884 | 26% | 186 | 37% | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 | 23 | 860 | 25% | 0 | 186 | 37% | NS | NS | |
| Last Chance[1] | 0943O | LAA | 1446 | 43% | 185 | 37% | 158 | 12 | 0 | 0 | 0 | 0 | 102 | 0 | 0 | 63 | 0 | 0 | 55 | 0 | 0 | 158 | 1288 | 38% | 12 | 172 | 34% | NO | NO+ | |
| Last Chance[1] | 0960B | NLAA | 594 | 17% | 136 | 27% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 594 | 17% | 0 | 136 | 27% | NO | NO+ | <1 acre NRF maintained at the extreme home range from hazardous fuels reduction. |
| Last Chance[1] | 1300O | LAA | 612 | 18% | 154 | 31% | 113 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 125 | 0 | 0 | 0 | 0 | 0 | 113 | 499 | 15% | 0 | 154 | 31% | NO | NO | |
| Last Chance[1] | 1314A | LAA | 1406 | 41% | 333 | 67% | 6 | 1 | 0 | 0 | 0 | 0 | 170 | 8 | 0 | 11 | 1 | 0 | 156 | 4 | 0 | 6 | 1400 | 41% | 1 | 332 | 66% | RSM | NO | |
| Last Chance[1] | 1314O | LAA | 1329 | 39% | 246 | 49% | 9 | 0 | 0 | 0 | 0 | 0 | 448 | 31 | 0 | 24 | 2 | 0 | 391 | 29 | 0 | 9 | 1320 | 39% | 0 | 246 | 49% | NO | NO | |
| Last Chance[1] | 1731O | LAA | 1075 | 32% | 220 | 44% | 162 | 35 | 7 | 0 | 0 | 0 | 232 | 62 | 9 | 201 | 23 | 4 | 265 | 81 | 9 | 162 | 913 | 27% | 35 | 185 | 37% | NO | NO | |
| Last Chance[1] | 1732B | LAA | 1127 | 33% | 86 | 17% | 13 | 0 | 0 | 0 | 0 | 0 | 427 | 0 | 0 | 20 | 1 | 0 | 389 | 27 | 0 | 13 | 1115 | 33% | 0 | 86 | 17% | NO | RSF+ | <1 acre dispersal removal at the extreme home range from commercial thinning. |
| Last Chance[1] | 1963A | NLAA | 798 | 23% | 166 | 33% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 798 | 23% | 0 | 166 | 33% | NO+ | NO | |
| Last Chance[1] | 2015A | LAA | 1361 | 40% | 249 | 50% | 234 | 2 | 0 | 0 | 0 | 0 | 225 | 46 | 2 | 105 | 21 | 1 | 234 | 1126 | 33% | 2 | 234 | 247 | 49% | NO+ | NO+ | |
| Last Chance[1] | 2068O | LAA | 1248 | 37% | 272 | 54% | 57 | 22 | 1 | 0 | 0 | 0 | 341 | 39 | 0 | 133 | 53 | 0 | 326 | 76 | 0 | 57 | 1191 | 35% | 22 | 250 | 50% | NO | NO | |
| Last Chance[1] | 2070A | LAA | 767 | 23% | 308 | 62% | 322 | 142 | 15 | 0 | 0 | 0 | 195 | 95 | 0 | 90 | 17 | 0 | 60 | 0 | 0 | 322 | 445 | 13% | 142 | 167 | 33% | F-obs+ | NO+ | |
| Last Chance[1] | 2071O | LAA | 1679 | 49% | 274 | 55% | 101 | 0 | 0 | 0 | 0 | 0 | 133 | 2 | 0 | 43 | 0 | 0 | 98 | 5 | 0 | 101 | 1577 | 46% | 0 | 274 | 55% | NO | NO+ | |

KSW00418

**Table 19.** Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM.

| Project | NSO SITE | EFFECTS | NRF HR acres Pre-Treat | NRF HR % Pre-Treat | NRF Core acres Pre-Treat | NRF Core % Pre-Treat | NRF Acres Removed | | | NRF Acres Downgraded | | | NRF Acres Modified (Function Maintained) | | | Dispersal Acres Removed | | | Dispersal Acres Modified (Function Maintained) | | | NRF HR Reduced (acres) | NRF HR Acres Post-Treat | HR NRF Percent Post-Treat | NRF Core Reduced (acres) | NRF Core acres Post-Treat | NRF Core Percent Post-Treat | Occupancy Status 2022 | Occupancy Status 2021 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | HR | Core | NP | HR | Core | NP | HR | Core | NP | HR | Core | NP | HR | Core | NP | | | | | | | 2022 | 2021 | |
| Last Chance | 2218O | LAA | 958 | 28% | 193 | 39% | 110 | 26 | 0 | 0 | 0 | 0 | 65 | 23 | 0 | 20 | 0 | 0 | 28 | 7 | 0 | 110 | 848 | 25% | 26 | 167 | 33% | NO | NO | |
| Last Chance | 2273O | LAA | 734 | 22% | 227 | 45% | 362 | 88 | 0 | 0 | 0 | 0 | 133 | 17 | 0 | 125 | 44 | 0 | 119 | 29 | 0 | 362 | 372 | 11% | 88 | 138 | 28% | NO | NO | |
| Last Chance | 2277A | LAA | 399 | 12% | 12 | 2% | 238 | 12 | 0 | 0 | 0 | 0 | 46 | 0 | 0 | 113 | 6 | 0 | 238 | 161 | 5% | 12 | 1 | 0% | NO+ | NO+ | |
| Last Chance¹ | 2406C | LAA | 1361 | 40% | 308 | 62% | 14 | 3 | 0 | 0 | 0 | 0 | 184 | 0 | 0 | 20 | 5 | 0 | 165 | 23 | 0 | 14 | 1347 | 40% | 3 | 305 | 61% | NO+ | RSM+ | |
| Last Chance¹ | 2618A | NLAA | 774 | 23% | 115 | 23% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 774 | 23% | 0 | 115 | 23% | NO+ | NO+ | |
| Last Chance | 2620B | LAA | 1192 | 35% | 252 | 50% | 286 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 247 | 41 | 0 | 2 | 0 | 0 | 286 | 906 | 27% | 40 | 212 | 42% | NO+ | M-obs+ | |
| Last Chance | 4619O | LAA | 433 | 13% | 71 | 14% | 91 | 11 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 126 | 29 | 0 | 0 | 0 | 0 | 91 | 343 | 10% | 11 | 60 | 12% | NO+ | NO+ | |
| Last Chance¹ | 4625C | LAA | 1096 | 32% | 243 | 49% | 15 | 2 | 0 | 0 | 0 | 0 | 361 | 29 | 0 | 18 | 1 | 0 | 299 | 14 | 0 | 15 | 1081 | 32% | 2 | 241 | 48% | PAIR | PAIR | |
| Last Chance¹ | 4626A | LAA | 1337 | 39% | 254 | 51% | 3 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 4 | 0 | 0 | 55 | 0 | 0 | 3 | 1334 | 39% | 0 | 254 | 51% | PAIR | NO | |
| Last Chance | 4626O | LAA | 1507 | 44% | 368 | 74% | 2 | 0 | 0 | 0 | 0 | 0 | 43 | 1 | 0 | 8 | 0 | 0 | 126 | 6 | 0 | 2 | 1505 | 44% | 0 | 368 | 74% | NO | PAIR | |

1 = Site Center is in December 2021 Designated Critical Habitat

All acres < 1 acre were rounded to 1 acre

| OCCUPANCY CODES | |
|---|---|
| NO | Not Occupied (protocol surveys) |
| RSM | Resident Single Male |
| RSF | Resident Single Female |
| PAIR | Pair |
| M-obs | Male, not enough for Resident Single Status |
| F-obs | Female, not enough for Resident Single Status |
| MF-obs | Male or Female - not enough for Resident Single or Pair |
| UNK-obs | Unknown STOC - not enough for Resident Single Status |
| NS | Not Surveyed |
| + | Barred Owl |

KSW00419

### Effects from Proposed Treatments Outside of Known Home Ranges

The Rogue Gold, Trail Creek, and Last Chance Projects are proposing to treat 4,226 acres of spotted owl habitat (NRF and dispersal-only habitat) outside of home ranges of known spotted owl sites (across all three Projects). These acres are a subset of the total spotted owl habitat acres treated listed in Table 3 (23 percent of total NRF and dispersal-only habitat acres treated) and further summarized by habitat type in Table 15. Approximately 35 percent of these acres outside the home ranges (i.e., the interstitial space between home ranges) would maintain NRF and dispersal-only habitat function. Another two percent (98 acres) of treatment, while characterized as NRF downgrade, will still provide habitat connectivity post-harvest. The 1,527 acres of NRF and 1,128 acres of dispersal-only habitat removal outside of known home ranges would not preclude dispersal because the units are scattered throughout the Action Area (Assessment, Appendix E, Maps 19-24). As a result, large gaps or barriers would not be created and spotted owls are expected to be able to navigate successfully between home ranges. Additionally, this removal would not reduce the amount of dispersal-quality habitat of any fifth field watershed currently above 40 percent to below 40 percent post-harvest (Table 16). Best available information suggests 40 percent is sufficient to maintain dispersal-habitat function at the landscape scale (Davis et al. 2016, p. 12). Two fifth field watersheds overlapping the Action Area have limited dispersal quality habitat (below 40 percent) due to abiotic and biotic site limitations, past fires, and large amounts of non-federal lands in the low-valley bottoms with urban and agricultural areas. A high proportion of these watersheds do not provide spotted owl habitat currently and are not expected to in the future due to site limited grounds and human development. Even though there is limited dispersal quality habitat, portions of the landscape within these two watersheds, as well as adjacent watersheds, provide connectivity and dispersal function. These watersheds would still provide habitat for transient dispersers outside of known home ranges because transient dispersers use a wider variety of forest conditions for movements.

There is a total of 16,854 acres of dispersal-quality habitat outside all known owl sites, of which 12,628 acres (75 percent) would not be treated; 179 acres of NRF and 1,294 acres of dispersal-only habitat would modify but maintain habitat function post-treatment. In total, 14,199 acres (84 percent) of dispersal-quality habitat would remain outside of all known sites post-implementation of all treatments. These acres would continue to provide for dispersal and connectivity. As discussed in the *Effects to Northern Spotted Owl Dispersal Function* section, a recent review of habitat conditions from 1993 through 2017 found that while the Western Cascades Province had a substantial net gain, the Oregon Klamath Province experienced net losses of dispersal-quality habitat (Davis et al. 2022, Figure 10, p. 17). The habitat losses were most significant in the vicinity of the 2002 Biscuit Fire, which occurred on the west side of the Oregon Klamath Province. The reserve networks on the south and east sides of the province experienced net gains in dispersal-quality habitat. The Action Area falls on the east side of the province, where the reserve network was recorded to have 1-5 percent increase in dispersal-quality habitat (Davis et al. 2022, Figure 13, p. 20). Further, the region of the Action Area has not been identified as an area that has lost dispersal connection or created a bottleneck for dispersal at the landscape scale (Davis et al. 2022, p. 17); as such, no significant barriers to dispersal are anticipated as a result of the District's proposed Rogue Gold, Trail Creek, and Last Chance Projects, as supported by the best available science.

Spotted owl protocol surveys to all NRF outside of known home ranges are continuing and if resident spotted owls are found, the District will drop units or modify proposed prescriptions to

KSW00420

avoid and minimize adverse effects to the extent possible and avoid incidental take (per Level 1 discussions with the Service).

| **Table 20. Effects to Spotted Owl Habitat Outside of Known Home Ranges for the Rogue Gold, Trail Creek, and Last Chance Projects (all federal lands). Medford District BLM.** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NRF Removed (acres)** | | **NRF Downgraded (acres)** | | **NRF Modify (acres)** | | **Dispersal-Only Removed (acres)** | **Dispersal-Only Modify (acres)** | **Total Habitat Acres Treated** |
| | **NR[1]** | **F[2]** | **NR[1]** | **F[2]** | **NR[1]** | **F[2]** | | | |
| **Rogue Gold** | 151 | 95 | 0 | 98 | 30 | 84 | 100 | 1,245 | **1,803** |
| **Trail Creek** | 50 | 321 | 0 | 0 | 3 | 4 | 183 | 6 | **567** |
| **Last Chance** | 170 | 740 | 0 | 0 | 35 | 23 | 845 | 43 | **1,856** |
| **TOTAL** | **371** | **1,156** | **0** | **98** | **68** | **111** | **1,128** | **1,294** | **4,226** |

1- NR = Nesting/Roosting; F = Foraging

### *Effects to Non-territorial "floater" spotted owls*

As described in the Status of the Species (Appendix A), northern spotted owl populations consist of the territorial, resident owls, for which we have documented occupancy throughout much of the owl's range, but also include non-territorial (non-breeding) adult spotted owls often referred to as "floaters." Non-territorial spotted owls are present on the landscape and use closed canopy forest habitat to support transient and colonization phases until they recruit into the breeding population. However, non-territorial spotted owls are difficult to detect in surveys because they either do not respond to surveys or respond in a very tenuous fashion such that they are difficult to capture or resight (Forsman et al. 2002, p. 26).

The distribution of closed canopy forest relative to the spotted owl's ability to locate and access it affects the persistence of the spotted owl population. Many of the 79 spotted owl home ranges in the Action Area provide this closed canopy forest across the landscape. Approximately 74 percent of all Federal lands within the Action Area support dispersal-quality habitat, of which 58 percent is NRF habitat (Assessment, Table 5, p. 39). The proposed actions will result in a reduction of 11 percent of the dispersal-quality (NRF plus dispersal-only) habitat on BLM managed lands. Of the existing NRF habitat, 80 percent will be retained (Assessment, p. 73) across the entire Action Area. Examining the separate portions of the Action Area, 91 percent NRF will be retained in Rogue Gold, 92 percent NRF will be retained in Trail Creek, and 84 percent NRF will be retained in Last Chance. Non-territorial spotted owls should be able to access this habitat.

Surveys have documented 20 sites with pairs or resident singles within the last two years (including two sites, FS-9988O and 4028O, assigned as occupied due to a lack of survey information) (Assessment, Table 10, p. 44). These occupied sites are not subject to further colonization by spotted owls. Seven sites have had incidental observations (i.e., potential floaters) within the last two years (Assessment, p. 47). The status at two additional sites remains unknown and harvest will be deferred until surveys are complete (3253B and 0935A). Twenty-one sites (Tables 18, 19) will have impacts that are insignificant (NLAA). Just over half (12) of these 21 sites are currently unoccupied, and therefore would be accessible to non-breeding spotted owls to colonize as territory holders. Additionally, approximately 80 percent of the NRF

KSW00421

habitat on BLM managed lands in the Action Area will not be impacted by the proposed actions. Specifically outside of known home ranges within the Action Area, there are approximately 16,854 acres of dispersal-quality habitat (9,002 acres NRF; 7,852 acres dispersal-only; Assessment, Table 11, p. 45) on Federal lands, of which 84 percent will retain dispersal-quality function (J. Reilly, pers. comm 2023a). Therefore, non-territorial spotted owls would still be able to access and colonize this substantial amount of available habitat in the Action Area, in addition to the unoccupied known home ranges available.

Further, at a micro-habitat scale (within the stand), these closed canopy forest-habitats (untreated and maintained stands) likely have roost site characteristics which moderate temperature and facilitate predator avoidance, such as trees with variable perch heights and overhead cover for concealment. Thus, spotted owls are highly likely to find suitable habitat conditions for transient dispersal, because more NRF habitat will remain available post-treatment than is currently occupied. Because relatively few spotted owls are found within the Action Area, transient spotted owls being excluded from defended, occupied territories is less likely to occur, and therefore non-territorial owls have favorable conditions based on habitat considerations.

Surveys will continue across the Action Area and if non-territorial owls become resident at previously unoccupied sites (colonization), ongoing surveys in support of the proposed actions provide a reasonable likelihood of detecting these owls and therefore BLM can adjust their Projects, as appropriate. Surveys are conducted during the breeding period for spotted owls when they are territorial and most responsive.

**Effects from Disturbance**

Spotted owls are most susceptible to disturbance from noise and visible activity associated with adjacent forest management activities during the critical breeding period, defined as March 1 to July 15 (See *Definitions* section). Critical breeding season behavior includes nest site selection, egg laying, incubation, and brooding of nestlings to the point of fledging (Forsman et al. 1984, pp. 32-38). The proposed use of large trucks, chainsaws, yarding equipment and other heavy machinery, and helicopters for yarding in some units will introduce increased levels of noise and human activity into the Project Areas, with the resulting potential to disturb spotted owl essential behaviors during the critical breeding season, which could result in actual injury (i.e., harm). However, the District's proposed actions include Project Design Criteria as conservation measures, which restrict activities during the critical breeding season with recommended disturbance distance thresholds (Assessment, Appendix A). On-the-ground implementation will not occur during the critical breeding season, March 1 – July 15. Applying the PDC will avoid noise or activity which would adversely affect nesting owls and their young during this critical period.

After this critical breeding period, into July and particularly into late August, juvenile spotted owls have increased mobility; they will likely have moved away from the nest and are no longer completely dependent upon the adults for daily feedings. A flush response from either an adult or juvenile at this stage of development is not likely to reduce the juvenile owls' fitness or ability to survive.

KSW00422

Therefore, with the application of seasonal restriction PDC, while there may be some behavioral effects of noise disturbance that occurs after the critical breeding period, the disturbance is not likely to adversely affect spotted owls and is not reasonably certain to result in the incidental take of adults or juvenile northern spotted owls.

## Summary of Effects to Spotted Owls

The primary effects to spotted owls of the Rogue Gold, Trail Creek, and Last Chance Projects are adverse effects to spotted owl habitat, with a total of 22,589 acres being treated with a variety of prescriptions. Of the total acres of treatment, 13,071 acres will occur in the Harvest Land Base, which is where the RMP directs most of the commercial harvest of timber to occur. Another 1,765 acres of treatment will occur in LSR, and will not include commercial regeneration harvest, but will use different treatments that will help increase complexity of dense and overstocked stands, promote development of spotted owl nesting-roosting habitat, and improve stand resiliency.

Treatments other than regeneration harvest are largely aimed to address forested stands where the existing conditions have formed from fire suppression and/or ingrowth subsequent to management. The rate of habitat loss from uncharacteristic fires in the dry forest provinces, particularly the Oregon Klamath Province of the Action Area, is a threat to spotted owl habitat. Increasing the intensity of treatments and focusing treatments in vegetation types associated with frequent fire regimes (i.e., active management) is likely to result in lower crown fire potential, thus increasing the affected stand's potential for withstanding disturbance under characteristic fire conditions. Active management that includes the strategic placement of projects guided by a landscape context are part of the Service's Recovery Plan guidance for addressing wildfire risks to spotted owl habitat where practicable. The proposed actions include protection of structurally complex forest through LSR protections and propose active management to promote forest resiliency, reduce fuels, and accelerate growth of young stands toward spotted owl habitat.

Project activities will adversely affect spotted owl habitat in 58 (including 11 occupied) of the 79 known spotted owl territories in the Action Area, though the level of adverse effects are variable; 21 known sites (including nine occupied) will not likely be adversely affected by the habitat modifications. As discussed in more detail above in this Opinion, the proposed actions are not reasonably certain to result in the incidental take of northern spotted owls. The District is not seeking to undertake large-scale removal or downgrade of NRF habitat in any of the spotted owl territories currently occupied by spotted owls, and is limiting NRF *modify* treatments in type and location to avoid incidental take of spotted owls. For the currently occupied sites, habitat impacts such as removal and downgrade are minimal, and NRF habitat is available to accommodate spotted owls that may shift home ranges. However, shifts in home ranges are unlikely, due to the limited amount of NRF removal and downgrade proposed in occupied sites; further, owls in dry mixed-conifer forests have been documented to use a broad range of habitats, including previously thinned NRF habitat. Additionally, a substantial amount (84 percent) of the dispersal-quality habitat outside of known home ranges will retain function and continue to support transient non-territorial "floater" owls post-treatment.

Many of the adversely affected sites are within the Harvest Land Base and as a result, would not be expected to maintain the capacity for spotted owl survival and reproduction for decades as

KSW00423

that is not the primary objective for the Harvest Land Base in the conservation strategy of the 2016 SWO RMP. The District is further conserving spotted owls through consideration of Recovery Actions 6, 10, and 32 of the Recovery Plan (see discussion below, *Consideration of the Spotted Owl Recovery Plan)*. Dispersal connectivity is expected to continue to fill its role for spotted owl transient dispersal. Collectively for these reasons, the Service anticipates that the Action Area will continue to provide for spotted owl survival and recovery after implementation of the FY23 Rogue Gold, Trail Creek, and Last Chance Projects.

## **Effects to Northern Spotted Owl Critical Habitat**

This section evaluates how the proposed actions are likely to affect the capability of affected critical habitat PBFs to support spotted owl life history requirements regardless of the species' presence or absence in the affected critical habitat (77 FR 71876, entire). We also evaluate how the impacts of the actions may likely influence the designated functions of critical habitat at the landscape, sub-unit, and unit scale. As described in the 2012 Final Rule (p. 71938), there are five possible outcomes in terms of how proposed Federal actions may affect the PBFs of northern spotted owl critical habitat or essential habitat qualities associated with that critical habitat area: (1) No effect; (2) wholly beneficial effects (e.g., improve habitat condition); (3) both short-term adverse effects and long-term beneficial effects; (4) insignificant or discountable adverse effects; or (5) wholly adverse effects.

Approximately 70,400 acres of the Rogue Gold, Trail Creek, and Last Chance Projects are within the December 2021 designated northern spotted owl critical habitat (Tables 6-8, Assessment Appendix E, Maps 25-27; 86 FR 62606). In its Assessment, the District addressed the effects of the proposed actions on the capability of the revised critical habitat to support northern spotted owl nesting, roosting, foraging, or dispersal physical and biological features (PBFs) by considering the scales at which the life-history requirements of the northern spotted owl are based regardless of the species' presence or absence.

Overall, the Rogue Gold, Trail Creek, and Last Chance Projects will treat up to 4,362 acres of spotted owl NRF and dispersal-only habitat in designated critical habitat (Table 22). The primary impacts to critical habitat will be the removal or downgrade of 933 acres in total of NRF habitat. As discussed above, if spotted owls are located during ongoing surveys, the District will modify or drop units to avoid incidental take, as appropriate. These potential changes if spotted owls are located could also reduce the amount of NRF habitat proposed for removal or downgrade within critical habitat, but this Opinion is based on an analysis of the total maximum proposed treatments.

As shown in Table 21, of the total combined 933 acres of NRF habitat acres proposed for removal or downgrading, 45 percent (416 acres) are in nesting-roosting habitat (PBF 2) and 55 percent (517 acres) are in foraging habitat (PBF 3). As provided in the *Definitions* section, foraging habitat is a subset of NRF (and as such, is calculated as NRF for baseline tracking). Even though these foraging stands may have large trees and high canopy cover, they are often dense, uniform, and single-storied, lacking important spotted owl nesting-roosting habitat components such as canopy layering, snags, and coarse woody debris.

KSW00424

To consider the temporal and spatial scale of impacts a proposed action may have on the PBFs of spotted owl critical habitat, the Service recommends using a scale that is relevant to the needs and biology of the spotted owl such as the 500-acre core area scale as a reasonable metric for land managers to use as a screen when assessing effects to critical habitat (77 FR 71876). The Rogue Basin Level 1 team has consistently used the 500-acre scale analysis in previous ESA Section 7 consultations. However, in this case, it was evident without doing a site specific 500-acre analysis that the amount of NRF removal and downgrade relative to the existing NRF at the 500-acre scale would be measurable. As a result, the BLM determined the removal and downgrade of 933 acres of NRF habitat *may affect, and would likely adversely affect* (LAA) spotted owl critical habitat because it would result in a measurable removal of an essential physical or biological feature.

| Table 21. Effects to Spotted Owl Critical Habitat from the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NRF Removed (acres) | | NRF Downgrade (acres) | | NRF Modify (acres) | | Dispersal-Only Removed (acres) | Dispersal-Only Modify (acres) | Dispersal Quality Remove (acres) (NRF+Dispersal-only)[3] | Total Habitat Acres Treated |
| | NR[1] | F[2] | NR[1] | F[1] | NR[1] | F[2] | | | | |
| KLE-2 (baseline acres from Table 13) (federal lands) | 43,213 | | | | | | 14,457 (Dispersal-only) | | 57,670 (NRF + Dispersal-only) | 70,376 |
| Last Chance | 372 | 419 | 0 | 0 | 778 | 517 | 336 | 671 | 1,127 | 3,093 |
| % Change to KLE-2 Baseline Habitat (federal lands) | -1.8% | | No Change | | No Change | | -2.3% | No Change | -2.0% | 4.4% |
| KLE-3 (baseline acres from Table 13) (federal lands) | 30,054 | | | | | | 15,874 (Dispersal-only) | | 45,928 (NRF + Dispersal-only) | 64,310 |
| Rogue Gold Treatment Effects | 7 | 7 | 5 | 65 | 36 | 261 | 13 | 423 | 27 | 817 |
| Trail Creek Treatment Effects | 32 | 26 | 0 | 0 | 162 | 66 | 34 | 132 | 92 | 452 |
| KLE-3 TOTAL | 39 | 33 | 5 | 65 | 198 | 327 | 47 | 555 | 119 | 1,269 |
| % Change to KLE-3 Baseline Habitat (federal lands) | -0.2% | | -0.2% | | No Change | | -0.3% | No Change | -0.3% | 2.0% |

1- NRF = Nesting/Roosting/Foraging - PBF #2; RF = Roosting /Foraging - PBF #3; All Dispersal Baseline (Dispersal-only + NRF)

## Effects to Physical and Biological Features

### Nesting, Roosting, and Foraging Habitat (PBFs 2 and 3)

### NRF Removal

The primary objective for the 863 acres of NR and F proposed for removal within critical habitat is to meet SWO RMP/ROD directed timber ASQ volume targets (located in the HLB LUA). These acres of habitat proposed for removal in the Rogue Gold, Trail Creek, and Last Chance Projects would not be expected to obtain NRF conditions in designated critical habitat for decades.

KSW00425

Up to 46 of the 863 acres of NR/F proposed for removal in the Rogue Gold, Trail Creek, and Last Chance Projects are due to road and landing construction. The road and landing construction in NR and F would remove all vegetation and key habitat components (layering, large trees, snags, coarse woody debris, and high canopy cover) and are not expected to return to or obtain NR or F functioning habitat as long as these areas are utilized as roads or landings in the future.

**KLE-2** – Within KLE-2, up to 791 acres of NRF are proposed for removal. This represents less than a two percent (1.8 percent) decrease in NRF habitat at the sub-unit scale and therefore would not result in a meaningful change at the sub-unit scale (791 acres removed per 43,213 NRF acres in KLE-2).

**KLE-3** – Within KLE-3, up to 72 acres of NRF is proposed for removal. This represents less than a one percent change (0.2 percent) of NRF habitat at the sub-unit scale and therefore would not result in a meaningful change at the sub-unit scale (72 acres removed per 30,054 NRF acres in KLE-3).

### *NRF Downgrade*

The proposed vegetation treatments in the Rogue Gold, Trail Creek, and Last Chance Projects would downgrade 70 acres of NRF habitat in designated critical habitat. Treatments proposed to downgrade NRF habitat in the Projects are located in the LSR LUA. The current condition of the 70 acres of NRF stands proposed for treatment in the Projects are generally either single-storied homogenous stands and lacking structure, or layered stands lacking the large diameter trees characteristic of supporting nesting habitat. In these areas the treatments are silviculturally designed and intended to speed the trajectory of the development of spotted owl nesting habitat (PBF 2), improve resiliency, and restore ecological functions (USDI BLM 2016a, pp. 70, 72, and 74). Therefore, some long-term habitat benefits may also be achieved from the proposed actions as tree diameter growth increases and multi-layered structure and species diversity develops.

By conducting these types of treatments in PBF 3, over the long term, it is anticipated that stand resiliency will improve which will reduce fire risk and enhance the overall ecological condition of the stand and immediate landscape. These types of treatments were proposed in the Western Oregon Proposed Resource Management Plan/Final Environmental Statement (USDI BLM 2016b, p. 252) because the increased spatial heterogeneity at multiple scales, and disruption of fuel continuity, can alter potential fire behavior and may create conditions in which wildfire can occur without detrimental consequences, reducing impacts to highly valued resources, including timber and wildlife habitat (Finney 2001; Jain et al. 2012). In stands that are not currently structurally complex, the creation of small openings and heterogeneous (patchy) stand composition would move vegetation patterns and fuel loadings and arrangements toward conditions comparable to low- and mixed-severity fire regimes (Agee 2002). Additionally, in general, studies have shown that stands with higher fire resistance have reduced surface fuel loading, lower tree density, large diameter trees of fire-resistant species, increased height to live crown, and discontinuous horizontal and vertical fuels (USDI BLM 2016b, p. 243).

KSW00426

**KLE-2** – Within KLE-2, 0 acres of NRF are proposed for downgrade. There will be no downgrade to NRF habitat at the sub-unit scale, resulting in no change at the sub-unit scale (0 acres of downgrade per 43,213 NRF acres in KLE-2).

**KLE-3** – Within KLE-3, up to 70 acres of NRF are proposed for downgrade. This represents less than a one percent change (0.2 percent) to NRF habitat at the sub-unit scale and therefore would not result in a meaningful change at the sub-unit scale (70 acres of downgrade per 30,054 NRF acres in KLE-3).

### *Dispersal Function (PBF 4)*

### *Dispersal Habitat Removal*

The Rogue Gold, Trail Creek, and Last Chance Projects would remove 383 acres of dispersal-only habitat in designated critical habitat from vegetation treatments and road/landing construction. Combined with the removal of dispersal-only habitat, the removal of 863 acres of NRF habitat – which also serves as dispersal-quality habitat – would contribute to a reduction of dispersal habitat (PBF 4) in these critical habitat sub-units.

The removal of 1,246 acres of dispersal-quality habitat (NRF plus dispersal-only) would not affect the intended connectivity function of these sub-units (KLE-2 and KLE-3 east/west connectivity). The intended connectivity function of these critical habitat sub-units and the connectivity between other adjacent sub-units will not be negatively impacted because the proposed removal of dispersal-only habitat would result in a reduction of two percent or less of the dispersal-quality habitat (NRF plus dispersal-only) within each of the sub-units (Table 23). The proposed treatment units in the Rogue Gold, Trail Creek, and Last Chance Projects would be dispersed throughout the critical habitat sub-units and would not create large blocks of non-habitat that would create barriers and preclude owls from dispersing through and between the sub-units.

Of the 1,246 acres of dispersal-quality habitat removal in designated critical habitat, 1,127 acres of removal would occur in KLE-2 (two percent reduction). The proposed Last Chance Project treatment units are scattered within the eastern-central portion of the Action Area that overlaps the KLE-2 sub-unit (Assessment, Appendix E, Map 28). KLE-2 is a large sub-unit that extends approximately 38 miles north and south and 14 miles east and west at the widest locations. The proposed Last Chance Project units are located in the southern portion of sub-unit KLE-2. In order to evaluate any impacts to connectivity, the Service reviewed the maps of the proposed treatment units and the critical habitat sub-unit boundaries, taking into account known habitat quality including dispersal-quality within the fifth field watershed level, and any associated effects (such as the 2019 Milepost 97 Fire). Taking into account known spotted owl territories expected to retain sufficient NRF at the home range (30 to 50 percent) and 0.5-mile core (40 to 60 percent) scales to support survival and reproduction (see Bart 1995, p. 944 and Dugger et al. 2005, p. 876) after the implementation of the Rogue Gold, Trail Creek, and Last Chance Projects, and the usual dispersal distances of colonizing spotted owls, the Service considered whether there was sufficient dispersal habitat available on the landscape in quality and distribution to provide for dispersal of owls between sub-units KLE-2, KLW-1, and KLE-3. The

KSW00427

Service concludes there is sufficient dispersal-quality habitat available. The 2019 Milepost 97 Fire did not affect the potential connectivity between KLW-1 and KLE-2 because adjacent NRF and dispersal-only habitats were not within the fire perimeter and were not affected. As indicated in Assessment Map 28 the proposed Last Chance unit locations would not affect connectivity within KLE-2 or between KLE-2 and the adjacent sub-units KLW-1 and KLE-3. Therefore, the proposed treatment units would not preclude the function of KLE-2 to serve as the important connectivity corridor between the western Cascades and coastal Oregon and the Klamath Mountains.

Of the 1,246 acres of dispersal-quality habitat removal in designated critical habitat, 119 acres of removal would occur in KLE-3 (0.3 percent reduction). The proposed treatment units for the Rogue Gold and Trail Creek Projects are scattered within the southern portion (Rogue Gold) and eastern portion (Trail Creek) of the Action Area that overlaps the KLE-3 sub-unit (Assessment, Appendix E, Maps 29-31). KLE-3 is a large sub-unit that extends approximately 43 miles northeast and southwest and 35 miles east and west at the widest locations. As indicated in Assessment Maps 29-31, the treatment unit locations would not affect connectivity within KLE-3 or between KLE-3 and the adjacent sub-units KLW-1 and KLE-2. Evaluation of the maps indicate sufficient NRF and dispersal-only habitat is available (in quantity and distribution) to allow for dispersal of owls between sub-units KLE-2, KLW-1, and KLE-2. Therefore, the proposed treatment units would not preclude the function of KLE-3 to serve as an important connectivity corridor between the western Cascades and coastal Oregon and the Klamath Mountains.

Habitat supporting the transience phase of dispersal contains stands with adequate tree size and canopy cover to provide minimal foraging opportunities and protection from avian predators. Compared to foraging habitat, this may include younger and less diverse forest stands, such as even-aged, pole-sized stands; but such stands should contain some roosting structures and foraging habitat to allow for temporary resting and feeding during the movement phase (USDI FWS 2011). Forest landscapes traversed by dispersing owls typically include fragmented mosaics of roads, clear-cuts, and non-forested areas, and a variety of forest age classes ranging from fragmented forests on cutover areas to old-growth forests. Spotted owls can move successfully through highly fragmented landscapes typical of the mountain ranges in western Washington and Oregon (Forsman et al. 2002).

The proposed removal and downgrade of NRF and removal of dispersal-only habitat within these critical habitat sub-units would not alter the intended sub-unit function of providing demographic support for spotted owls (see footnote in Assessment Appendix C, Table C-1 for sites located in critical habitat). While many of these sites would be adversely affected (Table 21), these sites are either currently unoccupied or have not had a resident single or territorial pair in the last two years. Surveys are ongoing and units would be dropped or modified if territorial spotted owls are located. Therefore, even though adverse effects are anticipated from proposed treatments at these sites, project design criteria are in place that would avoid affecting owls and the demographic support of these sub-units.

KSW00428

| Table 22. Summary of Effects to Sub-Unit Intended Functions from the Rogue Gold, Trail Creek, and Last Chance Creek Projects. Medford District BLM. | | |
|---|---|---|
| Sub-Unit | Number and Percent of Total Historical Sites Adversely Affected | Percent Habitat Loss in the entire sub-unit from Dispersal Removal (NRF+Dispersal-only Habitat) |
| **KLE-2** | 16 (13%) | **-2.0 %** |
| **KLE-3** | 18 (22%) | **-0.3 %** |

### *NRF and Dispersal-Only Habitat Modification (Maintaining Function) (PBFs 1, 2, 3, and 4)*

The proposed vegetation treatments in the Rogue Gold, Trail Creek, and Last Chance Projects would modify, but maintain the function of 1,820 acres of NRF habitat (PBFs 2 and 3) and 1,226 acres of dispersal-only habitat (PBFs 1 and 4) in designated critical habitat. The BLM would follow the PDC described above to ensure habitat would continue to function post-treatment. As a result, no adverse effects are anticipated to designated critical habitat as a result of these modify treatments because the amount and condition of these PBFs would not change.

### *Effects to Critical Habitat Sub-units KLE-2 and KLE-3 (Landscape Level)*

Each of the sub-units KLE-2 and KLE-3 were designated to function as connectivity between sub-units and units and to provide demographic support to the overall spotted owl population (77 FR 71876).

From a provincial perspective and as discussed in the *Effects to Northern Spotted Owl Dispersal Function* section, a recent review of habitat conditions from 1993 through 2017 found that while the Western Cascades Province (which overlaps a portion of the Trail Creek Project within the Action Area) had a substantial net gain, the Oregon Klamath Province experienced net losses of dispersal-quality habitat (Davis et al. 2022, Figure 10, p. 17). The habitat losses were most significant in the vicinity of the 2002 Biscuit Fire, which occurred on the west side of the Oregon Klamath Province. The reserve networks on the south and east sides of the province experienced net gains in dispersal-quality habitat (Davis et al. 2022). The habitat modeled in the 25-year report (as cited above) did not include losses from the 2017-2022 fire seasons; however, Davis and others have been providing an annual estimate of NRF habitat loss, calculated through remotely sensed data (Davis et al. 2023). This review provides an estimate of gross habitat loss, but does not categorize the cause of the loss, or provide an estimate of habitat ingrowth (recruitment). Based a review from early 2023 by Davis and others (Davis et al. 2023), range wide habitat loss since the last meta-analysis is an approximately 12 percent loss from the 2017 habitat estimate on federally managed lands alone, with an additional approximately 11 percent loss on non-federal lands. The Service considers this measured loss with the acknowledged absence of recruitment information from this 2023 analysis.

Because the Action Area falls on the east side of the province, where the LSR network was recorded to have a one to five percent increase in dispersal-quality habitat (Davis et al. 2022, Figure 13, p. 20), LSR trajectories are not altered from present habitat loss due to wildfire (USDI BLM 2022, pp. A19-A20), and because carrying capacity for spotted owls has been largely maintained despite losses (USDI BLM 2021), the Service concludes that no bottlenecks to

KSW00429

dispersal will result from the proposed actions at the Action Area, fifth field watershed, or Oregon Klamath Province scale. The redundancy of the NWFP reserve system along with BLM increasing the acres of protected reserves under the RMP (of which portions overlap critical habitat) continues to support the dispersal and connectivity function of critical habitat.

### *Beneficial Effects to Critical Habitat*

The following beneficial effects may be realized in some stands as a result of implementation of the proposed actions:

- Thinning in simple stands of foraging and dispersal-only habitat would accelerate tree growth and promote the development of structurally complex forest conditions, which are important to spotted owls (Andrews et al. 2005, as cited in USDI FWS 2011).

- All LSR commercial thinning prescriptions would promote and retain large trees, increase or maintain species diversity, create and maintain hardwoods, retain coarse woody material, and retain and create snags. Bailey and Tappeiner (1998, p. 111) found that treatments designed to purposely favor legacy structures (large remnant trees, snags, and downed wood) and/or overstory hardwoods would further hasten development of old-growth forest characteristics.

- Thinning dense understories and maintaining overstory conditions, would provide more open space below the canopy for spotted owls to fly (Thomas et al. 1990).

- Treated stands are likely to be more ecologically sustainable because residual stands would be less susceptible to suppression mortality (Drew and Flewelling 1979), as well as mortality from insects and disease (Davis and Johnson 1987; Fiddler et al. 1989; Long and Daniel 1990; Cochran and Barrett 1995; Fettig et al 2007; Bennett and Main 2018, p. 9; Stephens et al. 2018, p. 85).
- Treated stands may provide additional protection to adjacent untreated NRF stands from uncharacteristically severe wildfire by making more fire resilient stands through stand density and ladder fuel reduction (Spies et al. 2006; Kennedy and Wimberly 2009; Ager et al. 2010; Gaines et al. 2010; Roloff et al. 2012; Jones et al. 2016; Lesmeister et al. 2019).

### Summary of Impacts to Critical Habitat

Activities associated with the proposed actions may adversely affect PBFs but are of limited scope and scale and are not expected to alter the ability of the affected critical habitat sub-units to provide the intended functions of demographic support and connectivity for spotted owls.

The proposed actions will affect up to 4,362 acres of spotted owl critical habitat. Of this total, 933 acres impacted will be due to the removal and downgrade of NRF habitat, and 1,246 acres will be due to the removal of dispersal-only habitat. Overall, the proposed actions would lead to a two (KLE-2), and 0.3 (KLE-3) percent reduction of the dispersal-quality (PBFs 1, 2, 3, and 4) habitat baseline (Table 22).

KSW00430

Despite the expected adverse effects associated with habitat removal, the type, location, and proportional impacts will not affect the designated function of critical habitat at the Action Area or the sub-unit scale. These actions do not represent a meaningful reduction in the amount of designated critical habitat, nor will the impacts compromise the capability of the affected sub-units to fulfill their intended conservation functions.

**CONSIDERATION OF THE SPOTTED OWL RECOVERY PLAN**

The Revised Recovery Plan (Plan) for the Spotted Owl (USDI FWS 2011) identifies discrete recovery units throughout the entire range of the spotted owl. These recovery units are based on physiographic provinces defined by unique biological and physical factors that provide essential survival and recovery functions for the spotted owl. The Plan identifies the primary range-wide threats to the spotted owl as competition with the barred owl and habitat loss or degradation, primarily from stand-replacing wildfire and other disturbances. The Plan describes a Recovery Strategy and discretionary Recovery Actions that include habitat conservation and active forest management as necessary steps to address these threats, including: conserving more occupied habitat and unoccupied high-value habitat; and encouraging and initiating active management actions that restore, enhance and promote development of high value habitat, consistent with broader ecological restoration goals (USDI FWS 2011, pp. III-4-5).

In the disturbance-prone drier forests of the southern Oregon Klamath Province, where the Rogue Gold, Trail Creek, and Last Chance Projects are located, the Plan recommends that active management be conducted "in a way that reconciles overlapping goals of spotted owl conservation, responding to climate change and restoring dry forest ecological structure, composition, and processes, including wildfire and other disturbances (USDI FWS 2011, pp. III-20-21).

The dry forests of the Oregon Klamath Province are threatened by ongoing habitat loss as a result of wildfire and effects of fire exclusion on vegetation change and susceptible (USDI FWS 2011, p. I-8; Davis et al. 2016, p. 39 and Figure 13). Potential management in older forests, either for climate-related management or spotted owl recovery, must explicitly weigh the relative trade-offs of silvicultural activities in these systems (USDI FWS 2011 p. III-18).

As a general rule, forest management activities that are likely to diminish a home range's capability to support spotted owl occupancy and reproduction in the long-term should be discouraged. However, the Service recognizes that it may be necessary to maintain or improve ecological conditions where the intent is to provide long-term benefits to forest resiliency and restore natural forest dynamic processes, when implemented in a landscape context and carefully applied prescriptions (USDI FWS 2011, p. III-45). Such actions may include silvicultural treatments that promote ecological restoration and are expected to reduce future losses of spotted owl habitat and improve overall forest ecosystem resilience to climate change, which should result in more habitat retained on the landscape for longer periods of time (USDI FWS 2011, p. II-11). Land managers should not be so conservative that, to avoid risk, they forego actions that are necessary to conserve the forest ecosystems that are necessary to the long-term conservation of the spotted owl. But they should also not be so aggressive that they subject spotted owls and their habitat to treatments where the long-term benefits do not clearly outweigh the short-term risks. The Service acknowledged in the Recovery Plan that finding an appropriate balance will

KSW00431

be an ongoing challenge for all engaged in spotted owl conservation and as Federal actions are considered in section 7 consultations (USDI FWS 2011, pp. II-11-12).

Increasingly, objectives for forests with moderate- or mixed-severity fire regimes, such as in southwestern Oregon, are to restore successfully diverse landscapes that are resistant and resilient to current and future stressors (Hessburg et al. 2016). Best available information indicates that large portions of the forested landscape in the southern Oregon have missed frequent, low-intensity fires, and current conditions of stands are severely departed from historic conditions (Haugo et al. 2015; Hessburg et al. 2016). This leads to the prospect of more high severity and extent of large-scale fires, as suggested by Davis et al. (2016). There is scientific debate regarding past and future fire frequency in the dry forest systems and whether to actively manage at risk stands (Odion et al. 2014a; Odion et al. 2014b; Hessburg et al. 2016). The Recovery Plan and Critical Habitat Rule acknowledged differences of opinion in the literature but concluded that active forest management is needed and appropriate in dry forests with appropriate considerations.

The District proposes to apply several active management approaches in implementing the Rogue Gold, Trail Creek, and Last Chance Projects. One such tool is forest thinning, which can include a reduction in density-based mortality and the resulting fuel load and fire risk. The utilization of skips and gaps in treatments are another tool, which will provide both structural complexity in stands and refugia. HFRM treatments are designed to reduce and maintain tree and brush densities in stands that have been treated previously with hazardous fuel reduction treatments. Many areas need follow-up treatment to reduce tree and brush densities that have re-established over the last 20 years since their original treatments (covered under various prior Assessments). HFRM treatments are intended to maintain the stand condition created from the initial treatment and keep ladder and ground fuels at reduced levels. These treatments would improve stand-level residual tree growth and vigor and reduce the fire hazard (reduction in surface fuels and ladder fuels), potentially decreasing the risk of wildfire climbing into the crowns of trees.

Besides the broader recovery actions mentioned above, the Rogue Gold, Trail Creek, and Last Chance Projects involve three recovery actions in particular: Recovery Actions 6, 10, and 32. Each of these discretionary recovery actions are discussed below. In addition, the Recovery Plan recommends continued application of the NWFP reserve network (USDI FWS 2011, p. III-41) which is addressed on BLM lands in accordance with the BLM's 2016 RMP Late-Successional Reserves. We discuss the role of the Rogue Gold, Trail Creek, and Last Chance Projects in maintaining the Late Successional Reserve network in support of recovery of the spotted owl below as well.

**Recovery Action 6** – "...modify younger stands to accelerate the development of structural complexity…"

In the Rogue Gold, Trail Creek, and Last Chance Projects, approximately 7,717 acres of thinning treatments are proposed in dispersal-only habitat and capable habitat that have the potential to develop into nesting habitat based on their plant association series and site potential (high relative habitat suitability). These treatments would accelerate the development of structural complexity and biological diversity and would help support Recovery Action 6.

KSW00432

**Recovery Action 10** – "Conserve spotted owl sites and high value spotted owl habitat to provide additional demographic support to the spotted owl population."

The BLM worked to meet the intent of Recovery Action 10 in the Rogue Gold, Trail Creek, and Last Chance Projects by designing the Projects to minimize adverse effects to occupied spotted owl sites. This included staff wildlife biologists and silviculturists working together to design treatments that would not result in an incidental take determination by the Service and be consistent with the SWO RMP/ROD (USDI BLM 2016a, pp. 30, 127). As summarized above (see *Take Avoidance*), the Rogue Gold, Trail Creek, and Last Chance Projects have no commercial regeneration harvest proposed in the 20 known occupied spotted owl sites, and any habitat modifications planned in those home ranges is not expected to result in incidental take of spotted owls. Further, the District will continue to survey for spotted owls in accordance with the Service's survey protocol up until harvest, and if resident spotted owls are located, the District will drop or modify treatment units to reduce potential adverse effects to spotted owls and avoid incidental take of spotted owls. BLM's take avoidance strategy is their primary contribution to Recovery Action 10 implementation.

**Recovery Action 32** – "Because spotted owl recovery requires well distributed, older, and more structurally complex multi-layered conifer forests on Federal and non-federal lands across its range, land managers should work with the Service as described below to maintain and restore such habitat while allowing for other threats, such as fire and insects, to be addressed by restoration management actions. These high-quality spotted owl habitat stands are characterized as having large diameter trees, high amounts of canopy cover, and decadence components such as broken-topped live trees, mistletoe, cavities, large snags, and fallen trees."

The intent of Recovery Action 32 (RA 32) is to maintain the older and more structurally complex multi-layered conifer forests on federal lands to not further exacerbate the competitive interactions between spotted owls and barred owls (USDI FWS 2011 p. III-67; USDA FS and USDI BLM 2010). The land use allocations, management direction, and the guidance in the RMP provides contributions toward Recovery Action 32 (USDI BLM 2016a).

Management Direction in the SWO RMP/ROD (USDI BLM 2016a, p. 71) provides for protection of structurally complex forests specifically identified in the stand level mapped LSR (RA32) LUA. There are 17,531 acres of stand level mapped LSR (RA32) in the Action Area. These "mapped" acres were based on a desktop evaluation using GIS layers and satellite imagery; BLM continually conducts new surveys during the course of implementing actions under the RMP to improve accuracy of geospatial information in the BLM spatial database (USDI BLM 2016a, p. 14). Approximately 1,764 acres of these mapped LSR (RA32) (10 percent) are proposed for treatment. However, based on field reviews, these 1,764 LSR (RA 32) acres do not actually have the characteristics of a structurally complex forest. No treatment will occur in verified RA32 type habitat. These stands were field verified by the BLM wildlife staff using the interagency SW Oregon process for determining structurally complex forest (USDA FS and USDI BLM 2010). The objective of the prescriptions would be to accelerate the development of nesting habitat or for ecological reasons, such as restoring pine-oak communities.

KSW00433

The District staff surveyed for Recovery Action 32 type habitat (structurally complex forest) within the early proposed commercial treatment units and identified 328 acres of RA32 habitat in the HLB LUA, of which 282 acres are proposed for treatment (Table 23). This is consistent with direction in the SWO RMP/ROD not to forego timber harvest of stands in the Harvest Land Base to contribute to Recovery Action 32 (USDI BLM 2016a, p. 127). The remaining 46 acres were dropped from treatment for various reasons.

Current habitat determinations for the Rogue Gold, Trail Creek, and Last Chance Hazardous Fuels Reduction Maintenance treatment units were based on GIS review and not field verified, and units were not separated between nesting-roosting or foraging classes (for the purposes of the analysis above, they are classified as NRF). Previous hazardous fuels reduction treatments have already occurred within these stands, removing the mid-story canopy and understory brush layers; as such, the habitat conditions in these NRF HFRM treatment units are likely more representative of foraging stands, with high canopy cover, but lacking the more structurally complex multi-storied canopy layering typically represented in true NRF stands. These past small diameter hazardous fuels reduction treatments modified (i.e., retained canopy cover and other qualitative aspects of the stand) as foraging habitat with the expectation for periodic re-entry to keep fuels loads reduced.

**Table 23. Recovery Action 32 Summary for the Rogue Gold, Trail Creek, and Last Chance Projects. Medford District BLM.**

| Project | District Identified structurally complex habitat (Recovery Action 32) Acres | | Treated Structurally Complex Habitat Acres | |
|---|---|---|---|---|
| | District Staff Field Identified in Project Area in HLB | 2016 SWO RMP/ROD Mapped LSR/RA 32 Habitat in the Action Area (federal lands) | HLB | 2016 SWO RMP/ROD Mapped LSR/RA 32 (federal lands) |
| Rogue Gold | 62<br>11 patches<br>(1–23) acres in size) | 3,683 | 53 | 711 |
| | | | 45 acres modified,<br>4 acres removed,<br>4 acres no effect | 1 acres NRF removed<br>157 acres NRF downgrade<br>261 acres NRF modified<br>2 acres dispersal-only removed<br>190 acres dispersal-only modified<br>100 acres of capable habitat |
| Trail Creek | 124<br>17 patches<br>(1 - 36 acres in size) | 5,498 | 87 | 96 |
| | | | 87 acres removed | 6 acres NRF removed<br>65 acres NRF modified<br>6 acres dispersal-only removed<br>11 acres dispersal-only modified<br>8 acres of capable habitat |
| Last Chance | 142<br>23 patches<br>(1–19 acres in size) | 8,350 | 142 | 957 |
| | | | 21 acres modified,<br>121 acres removed | 31 acres NRF removed<br>779 acres NRF modified<br>19 acres dispersal-only removed<br>102 acres dispersal-only modified<br>26 acres of capable habitat |
| **Total** | **328** | **17,531** | **282** | **1,764** |

KSW00434

**Effects to the Late Successional Reserves**

As noted above, one of the primary recommendations for recovery of the northern spotted owl in the Recovery Plan is the protection of sufficient quality habitat in late successional reserves. There are a total of 17,531 acres within the Action Area within the LSR LUA.

The proposed actions would treat 1,765 acres of these LSR LUA acres. Of these 1,765 acres of total treatment within the LSR LUA, 1,750 acres would occur in spotted owl habitat (NRF or dispersal-only habitat), primarily for forest resiliency and the acceleration of the development of NRF habitat. The benefits include a reduction in potential fire behavior and severity and promotion of future spotted owl NRF habitat, consistent with the RMP (pp. 70, 71, and 74). The majority of treatment acres are Hazardous Fuels Reduction Maintenance treatments (812 acres; 46 percent); there will be a total of 31 acres of NRF removed. See Table 24 for a summary of treatment types and spotted owl habitat effects.

Units in the Rogue Gold, Trail Creek, and Last Chance Projects were selected for the LSR Selection Harvest/Commercial Thinning Prescriptions for the following reasons. These stands lack the diversity, structure, layering, large trees, higher canopy cover, and other important habitat elements required to function as nesting-roosting habitat. The current forest conditions limit the extent of nesting-roosting habitat, increase the risk of their loss to wildfire, and delay and hinder the development of new nesting-roosting habitat.

The removal of 31 acres is 0.2 percent of the NRF within the LSR on Federal lands in the Action Area. These acres are primarily being removed as a result of linear road construction and/or small discontiguous chunks of removal for landings/yarding wedges. This is not expected to result in a discernable impact in the function and value of the LSR network as a whole.

The areas proposed for vegetation treatments in the Rogue Gold, Trail Creek, and Last Chance Projects that would downgrade NRF habitat or remove dispersal-only habitat are expected to have short-term adverse effects to spotted owl habitat, but long-term beneficial effects to the habitat and species. The treatments are designed to meet the objectives of providing forest resiliency or promoting spotted owl habitat improvement. Treated stands with forest resiliency objectives are anticipated to better withstand wildfire impacts. Treated stands with habitat improvement objectives are designed to develop future spotted owl nesting-roosting habitat. These downgrade impacts will result in a 1.1 percent loss of NRF habitat within the LSR on BLM managed lands in the Action Area. This amount of short-term loss is expected to be offset by the development of current dispersal-only habitat and foraging habitat into nesting-roosting habitat as forest conditions improve over time, both with and without management.

Up to 28 acres of dispersal-only habitat would be removed (13 acres of commercial thinning and 15 acres of road/landing construction and yarding wedges) resulting in a 1.1 percent loss of dispersal-only habitat within the LSR LUA on BLM managed lands in the Action Area. These stands generally lack the diversity, structure, layering, large trees, higher canopy cover, and other important habitat elements required to function as nesting-roosting habitat. The current forest conditions limit the extent of nesting-roosting habitat, increase the risk of their loss to wildfire, and delay and hinder the development of new nesting-roosting habitat. The proposed treatment areas are characterized by densely stocked small diameter trees. These stands have reduced tree

KSW00435

vigor and are at increased risk of insect outbreaks and disease (Fettig et al 2007). Competition between trees slows their growth (Bennett and Main 2018, p. 4), delaying the development of nesting-roosting habitat characteristics. The benefits of these treatments outweigh inaction as they will reduce the risk of catastrophic wildfire and help speed the development of spotted owl habitat.

These prescriptions are consistent with the intent of the RMP (footnote p. 71) that states:

> "Activities needed to protect the overall health of the stand or adjacent stands, such as fuels reduction and insect and disease control, and wildfire management actions/activities may occur even if they downgrade or remove northern spotted owl habitat or remove marbled murrelet habitat.".

Overall, the LSR treatments under the proposed actions would promote and retain large trees, increase or maintain species diversity, maintain hardwoods, retain coarse woody material, and retain and create snags, to ensure treatments do not preclude or delay the development of northern spotted owl nesting-roosting habitat in the stand and in adjacent stands by more than 20 years, as compared to development without treatment (USDI BLM 2016a, p. 72). Bailey and Tappeiner (1998, p. 111) found that treatments designed to purposely favor legacy structures (large remnant trees, snags, and downed wood) and/or overstory hardwoods, would further hasten development of old-growth forest characteristics. This is also consistent with the Service's Opinion on the RMP which expected that thinning in the LSR and other reserve LUAs would benefit spotted owls by increasing the speed of development of spotted owl habitat compared to not managing these types of stands (USDI FWS 2016, p. 605).

KSW00436

**Table 24. Summary of Effects to Spotted Owl Habitat in the LSR LUA in the Action Area. Medford District BLM.**

| | NRF Remove (acres) | | NRF Downgrade (acres) | | NRF Modify (acres) | | Dispersal-only Remove[3] (acres) | Dispersal-only Modify (acres) | Total Habitat Acres Treated[4] |
|---|---|---|---|---|---|---|---|---|---|
| | NR[1] | F[2] | NR[1] | F[2] | NR[1] | F[2] | | | |
| **All Projects (combined)** *Action Area Baseline Habitat –LSR LUA* | 13,745 *(Nesting-Roosting and Foraging)* | | | | | | 2,648 *(Dispersal-only)* | | 17,531 *(total in AA)* |
| **Selection Harvest** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 5 | 151 | 61 | 107 | 0 | 135 | **459** |
| Trail Creek | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Last Chance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Commercial Thinning** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** | **0** |
| Trail Creek | 0 | 1 | 0 | 0 | 0 | 0 | 1 | **0** | **2** |
| Last Chance | 0 | 0 | 0 | 0 | 40 | 183 | 12 | 59 | **294** |
| **Roadside Vegetation Removal** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Trail Creek | 0 | 0 | 0 | 0 | 6[5] | 1 | 0 | 6 | **13** |
| Last Chance | 0 | 0 | 0 | 0 | 91[5] | 0 | 0 | 34 | **125** |
| **Hazardous Fuels Maintenance** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 0 | 0 | 0 | 93 | 0 | 56 | **149** |
| Trail Creek | 0 | 0 | 0 | 0 | 47[5] | 12 | 0 | 5 | **64** |
| Last Chance | 0 | 0 | 0 | 0 | 452[5] | 104 | 0 | 43 | **599** |
| **Road and Landing Construction, Yarding wedges, Quarry Expansions** | | | | | | | | | |
| Rogue Gold | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | **3** |
| Trail Creek | 4 | 1 | 0 | 0 | 0 | 0 | 5 | 0 | **10** |
| Last Chance | 13 | 11 | 0 | 0 | 0 | 0 | 8 | 0 | **32** |
| **Total LSR Treatment Effects** | 18 | 13 | 5 | 151 | 697 | 500 | 28 | 338 | **1,750** |
| **% Change to the Rogue Gold, Trail Creek, and Last Chance Action Area Baseline Habitat – LSR LUA** | - 0.2 % | | - 1.1 % | | No Change | | - 1.1 % | No Change | **10 % of LSR in AA treated** |

1 = Nesting-Roosting; 2 = Foraging; 3 = Baseline is Dispersal-Only habitat; 4 = Total acres in the LSR within the Action Area includes capable or non-habitat acres not presented in other columns. 5 = Field evaluations have not been completed for these acres and were conservatively assigned to NR category.

158

KSW00437

### Habitat Development

LSR LUA commercial thinning treatments are proposed to occur in currently non-spotted owl nesting-roosting habitat and are expected to improve spotted owl nesting conditions across the landscape in the future. The proposed treatments would provide long term benefits by allowing trees to grow larger faster, and to develop other suitable wildlife habitat characteristics, such as large limbs and crowns. Additionally, these prescriptions would help develop multi-canopy stands, increase tree diameter growth, promote tree species diversity, and create more favorable roosting and foraging habitat conditions. As structural components used by spotted owls continue to develop, such as multiple canopy layers, large diameter trees and eventually large snags and coarse wood, the amount of spotted owl nesting habitat is expected to increase over time. These treatments would increase habitat patch size and connectivity across the landscape.

### Resistant Stands and Habitat Protection

As mentioned above, the proposed treatments are also designed to meet forest resiliency objectives, which would also help protect spotted owl habitat. The proposed commercial thinning treatments would reduce canopy fuels and create discontinuous horizontal canopy fuels. Thinning of the over-story canopy would result in horizontal separation of tree crowns and decrease the likelihood of tree-to-tree crown fire spread under typical fire weather indices (Scott and Reinhardt 2001). Thinned stands with remaining large trees have been shown to have less severe fire effects when intersected by wildfires (Martinson and Omi 2013; Lydersen et al. 2014; USDI BLM 2016b, p. 228). The proposed prescriptions would retain and promote a cohort of large diameter trees and reduce the threat and competition from adjacent fuels and vegetation to legacy trees. This would improve resistance to stand-replacing crown fire, as large trees are an important component of fire-resistant stand structure (Martinson and Omi 2013; USDI BLM 2016b, pp. 243, 252). Lesmeister et al. (2019) also found that spotted owl nesting-roosting habitat (i.e., stands with large live trees) had a lower probability of burning at moderate or high severity compared to other forest types under high burning conditions. Additionally, the proposed treatments would provide greater influence to modify fire behavior and slow fire spread (Finney 2001) and provide greater protection to resources, such as spotted owl habitat (Ager et al. 2007). Protecting large blocks of old forests (as in the Reserves network) can enhance resistance of landcapes to high-severity fires, which are predicted to increase in frequency and extent in the face of climate change; this protection of spotted owl habitat can buffer against these negative landscape-scale effects, as described by Lesmeister et al. (2019).

These long-term benefits are also consistent with the Service's expectation for BLM's management of the landscape under its RMP, as assessed in the Opinion on that RMP. The Service there acknowledged that individual projects would have short-term localized adverse impacts, but if appropriately designed, projects consistent with management direction would have an overall net positive conservation outcome at the plan level (USDI FWS 2016, pp. 522 and 609).

In March of 2022, the BLM released their 5th Year RMP Evaluation Report. This report concluded that despite greater than predicted frequency and scale of wildfires shifting baseline conditions, BLM-administered lands will continue to contribute to the development of large blocks of owl habitat, but the rate of development and shape of the blocks will be different in

KSW00438

areas affected by wildfires compared to the development described in the RMP EIS. These changed baseline conditions of spotted owl habitat do not alter the scope of resource uses or the ability to make progress towards achieving the desired conditions described in the RMP management objective to conserve and recover the northern spotted owl and the ecosystem on which it depends (USDI BLM 2022, pp. A19-A20).

Although actions under the Rogue Gold, Trail Creek, and Last Chance Projects are likely to adversely affect northern spotted owl habitat in the LSR network, as discussed above, we conclude that the short-term effects within the LSR, including negligible removal of NRF acres, the small percentage of downgrade of NRF habitat, and a small percentage of removal of dispersal-only acres overall does not meaningfully affect the habitat function in the LSR in the Action Area, and that the LSR post-implementation of the Rogue Gold, Trail Creek, and Last Chance Projects will continue to function as protected habitat for northern spotted owl survival and recovery.

## CUMULATIVE EFFECTS

Cumulative effects are those effects of future State or private activities, not involving Federal activities, that are reasonably certain to occur within the action area of the Federal action subject to consultation (50 CFR § 402.02). Future federal actions that are unrelated to the proposed action are not considered in this section because they will require separate consultation pursuant to section 7 of the ESA. Updates to habitat from post-harvest monitoring of recent BLM timber sales within the Action Area were included in the Biological Assessment and considered in this Biological Opinion.

The Action Area has a checkerboard pattern of ownership of private land interspersed with BLM. Management practices occurring on private lands range from residential home site development to intensive industrial timber management. The majority of State and private forests in Washington, Oregon, and northern California are managed for timber production. Non-federal lands are not expected to provide demographic support for spotted owls across and between physiographic provinces (Thomas et al. 1990; USDA FS and USDI BLM 1994a). Historically, non-federal landowners practiced even-aged management (clear-cutting) of timber over extensive acreages. Presently, private industrial forestlands are managed for timber production and are typically harvested between 40 and 60 years of age, in accordance with State Forest Practices Act Standards.

For purposes of this Opinion, we assume past management practices on private lands will continue. As noted by the BLM, the continued loss of spotted owl habitat on private lands is expected, but the agencies cannot predict the rate of loss, types of spotted owl habitat affected, or the specific location of harvest. BLM does not track private land harvest activity. Harvest activities on state and private lands can be expected to impact spotted owls located within adjacent BLM lands by removing and fragmenting habitat and through disturbance activities adjacent to occupied sites during sensitive periods. The Oregon Forest Practices Act Rules (OAR 629-665-0210) protects spotted owl nest sites (70-acre core areas) for at least three years after the last year of occupation. The BLM does not track pre-harvest habitat on non-BLM managed lands.

KSW00439

Landowners or their agents are required to obtain Road Use Permits to build roads across BLM managed land for commercial purposes or to haul commercial products on BLM maintained road systems. Reciprocal ROWs with private parties already cover many existing road activities in the Action Area. Reciprocal ROW permit holders may fell hazard trees and adjacent trees on BLM lands. In the most hazardous situations, especially for roads within high to moderate burn severity areas from wildfires, a clearing width of 700 feet may occur along the road (350 feet on either side of the road). According to BLM Information Bulletin (IB) # OR-2000-174, this is a non-discretionary action, including the disposal of the logs.  If these areas occur in LSR or Riparian Reserves, the BLM cannot ask the permittees to leave these trees as coarse woody debris. For the purposes of this consultation, the impacts to spotted owl sites is based on BLM's updated best available habitat information related to these types of activities. BLM will reinitiate consultation as appropriate if there is change in condition that triggers reinitiation.

**SUMMARY AND SYNTHESIS**

The Rogue Gold, Trail Creek, and Last Chance proposed actions, while incurring adverse effects to spotted owl habitat, were designed in accordance with the BLM's RMP and the management directions for treated LUAs. In particular, the short-term loss of some habitat function in LSR stands are designed to improve future stand complexity and fire resilience. The Service considers these targeted LSR modifications and associated effects an important facet of recovery-oriented forest management in the dry forests within the range of the spotted owl.

The proposed Projects will remove a limited amount of NRF habitat, particularly from the HLB, reducing habitat availability for the spotted owl in those units for decades to come. This will have a localized adverse effect on the future potential for spotted owl survival and recovery, including preventing colonization. However, substantial removal of spotted owl habitat in the HLB LUA under the RMP was expected and analyzed. The Service anticipated this outcome because of the BLM RMP's effort to focus commercial harvest in the Harvest Land Base, and these adverse effects in the Harvest Land Base do not preclude future colonization of the remaining NRF habitat in the Action Area. In the Service's Opinion on the RMP, the Service concluded that the combined effect of the spatial configuration of reserves, the management of those reserves to retain, promote, and develop spotted owl habitat, the management of the HLB, and the scheduling of HLB management are expected to provide for spotted owl dispersal between physiographic provinces/modeling regions and between and among large blocks of spotted owl habitat designed to support clusters of reproducing spotted owls (USDI FWS 2016, pp. 637-638). This was conditioned on the BLM's commitment to avoid incidentally taking spotted owls via timber harvest activities, so as not to adversely influence the distribution of spotted owls at the local, Action Area, or range-wide scales.

Overall, implementation of the RMP is expected to result in an overall net positive conservation outcome at the landscape scale and to improve habitat conditions for the spotted owl in the LSRs. With the maintenance of dispersal quality habitat throughout the Action Area, and the maintenance of connectivity throughout, the Service does not expect the adverse habitat effects of these Projects to have effects that resonate at the landscape or provincial (Recovery Unit) scales for the northern spotted owl.

KSW00440

The Projects are designed to avoid incidental take of spotted owls, meaning the numbers of spotted owls in the Action Area will not be reduced by the proposed actions. While the Service expects the population of spotted owls within the Action Area will continue to be depressed by the competitive pressures of the barred owl, the proposed actions will not further exacerbate the barred owl effect due to the avoidance of incidental take from habitat modification, and due to the District's protection and management of unoccupied territories in the LSR. These protections, in concert with retaining sufficient amounts of untreated dispersal quality habitat in the LSR, will support colonizing spotted owls.

### *Effects to Habitat*

The proposed Rogue Gold, Trail Creek, and Last Chance Projects are expected to affect 16,738 acres of spotted owl habitat, including the removal or downgrade of 5,516 acres of NRF habitat. The majority (89 percent) of NRF and dispersal-only habitat on BLM lands within the Action Area will maintain habitat function post treatment. The removal of NRF habitat is an adverse effect to the habitat condition of the landscape; however, the Projects are designed in accordance with the BLM's RMP, and the Service in its review of that RMP determined the associated habitat loss from harvest concentrated in the HLB would not likely jeopardize the continued existence of the spotted owl at the local, Action Area, or range-wide scales, given the protection provided in the RMP for reserve habitat.

The proposed actions will remove 8,722 acres of dispersal-quality habitat but will not compromise the dispersal function of the landscape, as demonstrated at the fifth field watershed scale. Dispersal-only habitat with modify treatments (4,336 acres) are intended to speed the development trajectory toward NRF habitat. Depending on current stand condition, development of spotted owl habitat could occur in the next 20-30 years.

Fuels reduction activities are a primary objective of the Projects, utilizing prescriptions that modify NRF, therefore retaining current habitat function. The goal is to manage the hazardous fuels profile within stands and across the landscape to reduce potential fire behavior and severity in NRF habitat. The anticipated outcome of the treatments is the retention of NRF habitat for prolonged periods.

The Rogue Gold, Trail Creek, and Last Chance Projects also include the treatment of 1,750 acres in the LSR LUA. The LSR is where habitat protection and management efforts are targeted for support of the survival and recovery of late-successional species like the northern spotted owl. While this ordinarily means limited to no commercial timber harvest, the Service supports the active management of acres in the LSR when it is necessary or appropriate to enhance stand complexity or improve fire resiliency.

Timber activities in LSRs are designed to speed the development of older forest structure, such as spotted owl habitat, retain species and compositional heterogeneity, retain and promote species diversity, treat insect infestations, and reduce the threat from wildfires. These activities may target non-Douglas fir species, but are designed to retain species that are adapted for persistence and are being crowded out in areas where they currently occur. The reduction of hazardous fuels is designed to help protect LSRs from high-intensity wildfires and, therefore, retain greater amounts of older forest on the landscape. In the dry LSRs wildfire can remove

KSW00441

spotted owl habitat across vast areas under stand-replacing fire conditions. The intent of treating these acres is to preclude these stand-replacing effects, which would result in forest stands having to start development in the stand initiation phase, which can take 80 years or more. Treatments for insect infestations are similarly designed to stop or slow the spread of insects that can stress or kill conifers and alter the function of stands. These activities are expected to address specific situations within the LSRs when they occur, but are not expected to alter the function of the LSR network or individual LSRs. Spotted owl habitat can be fairly heterogeneous and can withstand such operations at the landscape scale.

Overall we expect LSR treatments within the Rogue Gold, Trail Creek, and Last Chance Projects to develop resilient forest stands, create stand-level conditions for increased stand vigor, reduce fire risk, and move stagnant stands toward mature spotted owl habitat within the next two decades. This will provide a more diverse landscape and protect against losses of habitat and, so, are expected to result in a net habitat improvement for the spotted owl. Overall the aggregate effects of these activities in LSRs is expected to be small compared to the overall size and distribution of LSRs in the Action Area, and these effects are not expected to preclude the effectiveness of this long-term ecosystem approach to management of the LSRs. Although short-term impacts to spotted owl habitat are expected, these Projects will be spread out spatially and temporally across the LSR landscape.

### Effects to Spotted Owls

The modification of habitat will adversely affect the habitat fitness condition within 58 of the 79 known spotted owl sites within the Action Area. The BLM surveyed all known spotted owl sites, as well as areas of NRF within 1.2 or 1.3 miles of the proposed actions. Spotted owls do not occupy 47 of these sites. The BLM will implement take avoidance measures in all occupied sites, including generally avoiding NRF removal and downgrade in the 0.5 mile core-use area of these sites. The Service considered the remaining treatments that are proposed in those territories and concluded they will not reduce the habitat-fitness conditions (through habitat degradation) at the site that will significantly impair essential behavioral patterns, including breeding, feeding, or sheltering of the northern spotted owl.

The District will continue to conduct spotted owl surveys to protocol up until the time of harvest, to known spotted owl sites and timber harvest areas associated with the Project Areas. If spotted owls (territorial pairs or resident singles) are located during surveys, before on-the-ground implementation, the proposed actions within the site would be dropped or modified to eliminate potential adverse effects that could lead to an incidental take determination.

### Recovery of the Spotted Owl

The proposed actions incorporate discretionary Recovery Plan recommendations. This includes actions in support of Recovery Actions 6, 10, 29 and 32, along with implementing dry forest restoration treatments at the landscape scale. The Rogue Gold, Trail Creek, and Last Chance Projects include actions within polygons identified as potential RA 32 habitat, based on remote sensing; however, field reviews by BLM wildlife staff determined these stands are not structurally complex, and thus no RA 32 habitat will be treated under these proposed actions. As

163

such, structurally complex habitat is available to spotted owls to help ameliorate the impacts from barred owls.

The prescriptions in the Projects are consistent with the active forest management recovery goals described in the Spotted Owl Recovery Plan (USDI FWS 2011). The proposed actions within the HLB UTA and LSR LUAs are anticipated to enhance portions of the Action Area to be more resilient to wildfire, through the HLB UTA and LSR prescriptions. Considered in the context of potential climate change interactions (i.e., changes in temperature and precipitation), the habitat actions here are not expected to worsen conditions for the owl. There will be immediate short-term impacts in the LSR due to the removal of some areas of important habitat features such as canopy layers, perches for foraging, and some concealment cover; however, consistent with our Opinion on the BLM's RMP, these short-term impacts in the LSR are tolerable given limited impacts to NRF habitat in the Action Area overall, and the continued functioning of large blocks of LSR habitats that remain untreated.

Based on our review, the BLM's FY23 Batch of Projects is not anticipated to reduce the reproduction, numbers, or distribution of the spotted owl. Although the Projects will result in adverse impacts to spotted owl habitat, the Projects will retain sufficient NRF habitat both within occupied owl sites and in unoccupied sites, with sufficient habitat connectivity function, to support the continued breeding, feeding, and sheltering of spotted owls within the Action Area. The impacts of the Projects are not reasonably certain to rise to the level of harm, given the limited treatments within occupied owl sites, the commitment to further surveys to ensure continued avoidance of incidental take, and because of seasonal restrictions on activities.

Further, the BLM's FY23 Batch of Projects is consistent with Service's Recovery Plan recommendations, including the active treatment of habitat within LSR in the dry forest landscapes within the spotted owl's range.

The Service's Opinion for the 2016 PRMP states that "while there may be some effects to spotted owl habitat in the Harvest Land Base during implementation of the RMP, it is not expected to appreciably reduce the survival or recovery of the northern spotted owl because spotted owl habitat availability in the RMP Action Area is not currently likely to limit the reproduction, numbers, and distribution of the spotted owl" (USDI FWS 2016, p. 620). Therefore, effects to northern spotted owl sites impacted by the FY23 Batch of Projects are consistent with the Biological Opinion that supports the FEIS.

In March of 2022, the BLM released their 5th Year RMP Evaluation Report. This report concluded that despite greater than predicted frequency and scale of wildfires shifting baseline conditions, BLM-administered lands will continue to contribute to the development of large blocks of owl habitat, but the rate of development and shape of the blocks will be different in areas affected by wildfires compared to the development described in the RMP EIS. These changed baseline conditions of spotted owl habitat do not alter the scope of resource uses or the ability to make progress towards achieving the desired conditions described in the RMP management objective to conserve and recover the northern spotted owl and the ecosystem on which it depends (USDI BLM 2022, pp. A19-A20).

**Spotted Owl Critical Habitat**

KSW00443

Overall, the proposed actions will lead to a two (KLE-2) and 0.30 (KLE-3) percent reduction of the dispersal-quality (PBFs 1, 2, 3, and 4) habitat baseline (Table 22) within these critical habitat sub-units. The intended function of the sub-units is for landscape connectivity and demographic support.

The proposed actions are not expected to alter any critical habitat sub-unit to a point that would appreciably diminish the value of critical habitat sub-units for the conservation of spotted owls, because:

- Adverse impacts will occur on only a very small portion of these sub-units.
- The ability of the sub-units to support dispersing spotted owls is expected to be retained post-treatment, supporting the life history needs of dispersing spotted owls with habitat connectivity.
- Demographic support is not expected to be compromised because incidental take of spotted owls is not anticipated.

Despite potential adverse effects associated with habitat removal, the type, location, and proportional impacts will not affect the designated function of critical habitat at the Action Area or the sub-unit scale. These actions will not compromise the capability the affected sub-units to fulfill their intended conservation function.

Within critical habitat, the District developed the Rogue Gold, Trail Creek, and Last Chance Projects consistent with the dry forest recommendations in the critical habitat rule so as to promote and conserve biodiversity, and restore more natural vegetation and disturbance regimes and heterogeneity conducive to the long-term conservation of the spotted owl (77 FR 71876, pp. 71908-71911).

In summary, the Rogue Gold, Trail Creek, and Last Chance Projects will not result in direct or indirect alteration that appreciably diminishes the value of critical habitat as a whole for the conservation of the northern spotted owl.

**CONCLUSION**

After adding the effects of the action and cumulative effects to the environmental baseline and in light of the status of the species and critical habitat, it is the Service's Opinion that the Rogue Gold, Trail Creek, and Last Chance Forest Management Projects are not likely to jeopardize the continued existence of the northern spotted owl or result in the destruction or adverse modification of its designated critical habitat.

**INCIDENTAL TAKE STATEMENT**

Section 9 of the ESA and Federal regulations pursuant to section 4(d) of the ESA prohibit the take of endangered and threatened animal species, respectively, without special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct. *Harm* is defined by the Service as an act which actually kills or injures wildlife. Such an act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavior patterns,

KSW00444

including breeding, feeding, or sheltering (50 CFR § 17.3). Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking that is incidental to and not intended as part of the agency action is not considered to be prohibited taking under the ESA provided that such taking is in compliance with the terms and conditions of this Incidental Take Statement.

**SPOTTED OWL - AMOUNT OR EXTENT OF TAKE**

From the analysis presented above, the Service determined that the proposed actions are not likely to jeopardize the continued existence of the spotted owl or result in the destruction or adverse modification of its critical habitat. Spotted owls present in the Project Areas could be exposed to stressors caused by the proposed actions, but as part of the proposed actions, the BLM will implement project design criteria such as timing restrictions to avoid or minimize disturbance of spotted owls; in addition, BLM will survey known spotted owl sites in areas proposed for treatment, and will drop the area from treatment, or modify the treatment prescription, to avoid take if spotted owls are detected. As such, the Service does not anticipate the proposed actions under the Rogue Gold, Trail Creek, or Last Chance Projects will incidentally take any spotted owls because take as defined in the ESA is not reasonably certain to occur.

**EFFECT OF THE TAKE**

Not applicable.

**REASONABLE AND PRUDENT MEASURES**

No reasonable and prudent measures are set forth below because no take of the spotted owl is anticipated. However, the District will monitor the implementation of the proposed actions (see below) to ensure that the anticipated amount or extent of take (zero) is not exceeded. If during the course of the actions the amount or extent of incidental taking (zero) is exceeded, the District must reinitiate consultation immediately (50 CFR §402.14(i)(4)).

**TERMS AND CONDITIONS**

No Terms and Conditions are included as there are no reasonable and prudent measures.

The Service is to be notified within three working days upon locating a dead, injured, or sick endangered or threatened species specimen. Initial notification must be made to the nearest U.S. Fish and Wildlife Service Law Enforcement Office. Notification must include the date, time, precise location of the injured animal or carcass, and any other pertinent information. Care should be taken in handling sick or injured specimens to preserve biological materials in the best possible state for later analysis of cause of death, if that occurs. In conjunction with the care of sick or injured endangered or threatened species or preservation of biological materials from a dead animal, the finder has the responsibility to ensure that evidence associated with the specimen is not unnecessarily disturbed. Contact the U.S. Fish and Wildlife Service Law Enforcement Office at (503) 682-6131, or the Service's Oregon Fish and Wildlife Office at (503) 231-6179.

KSW00445

**MONITORING**

As noted in the Assessment, the District retains discretion to halt and modify all projects, anywhere in the process of project completion, should new information regarding effects to proposed and listed threatened or endangered species, or their critical habitat, arise (Assessment p. 29). If new information regarding effects arises, for example if new resident spotted owl sites are located during surveys, or project modifications are proposed that may alter the effects from those considered, BLM staff biologists and the interagency Level 1 team will review PDC and the consultation to evaluate whether the ESA analysis remains valid given the circumstances.

**CONSERVATION RECOMMENDATIONS**

Section 7(a)(1) of the ESA directs Federal agencies to utilize their authorities to further the purposes of the ESA by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information. The Service recommends the following actions to facilitate conservation of listed species within the Action Area:

- The BLM is a collaborator with the Service in implementing Recovery Action 29 (USDI FWS 2011), which helps address the barred owl threat through experimental removal of barred owls. With the completion of this experiment, the Service recommends the BLM participate in future barred owl management plans where appropriate.
- In order for the Service to be kept informed of actions that minimize or avoid adverse effects or benefit listed species or their habitats, the Service requests notification regarding the implementation of any conservation recommendation.

**REINITIATION NOTICE**

This concludes formal consultation on the Medford District's FY23 Batch of Projects. As provided in 50 CFR § 402.16, reinitiation of consultation is required and shall be requested by the Federal agency or by the Service, where discretionary Federal involvement or control over the action has been retained or is authorized by law and: (1) If the amount or extent of taking specified in the incidental take statement is exceeded; (2) If new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered; (3) If the identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the Biological Opinion; or (4) If a new species is listed or critical habitat designated that may be affected by the identified action.

If you have any questions about this consultation, please contact Trinity Harvey of the Service's Roseburg Field Office at (541) 957-3474.

KSW00446

# LITERATURE CITED

Acker, J. 2012. Recent trends in western screech-owl and barred owl abundances on Bainbridge Island, Washington. Northwestern Naturalist. 93(2): 133–137. doi:10.1898/nwn11-21.1.

Agee, J. K. 2002. The fallacy of passive management managing for firesafe forest reserves. Conservation in Practice. 3(1): 18–26. http://dx.doi.org/10.1111/j.1526-4629.2002.tb00023.x.

Agee, J. K., and R. L. Edmunds. 1992. Forest protection guidelines for the northern spotted owl, vol. 2. Pages 181–244 in USDI, editor. Recovery plan for the northern spotted owl-final draft. Volume 2. US Government Printing Office, Washington, D.C., USA.

Ager, A.A., M.A. Finney, B.K. Kerns, H. Maffei. 2007. Modeling wildfire risk to northern spotted owls (*Strix occidentalis caurina*) habitat in Central Oregon, USA. Forest Ecology and Management. 246(1): 45-56.

Ager, A.A., N.M. Vaillant, and M.A. Finney. 2010. A comparison of landscape fuel treatment strategies to mitigate wildland fire risk in the urban interface and preserve old forest structure. Forest Ecology and Management 259(8): 1556-1570.

Amacher, A.J., R.H. Barrett, J.J. Oghaddas, and S.L. Stephens. 2008. Preliminary effects of fire and mechanical fuel treatments on the abundance of small mammals in the mixed-conifer forest of the Sierra Nevada.  Forest Ecology and Management 255 (2008) 3193–3202

Andrews, L.S., J.P. Perkins, J.A. Thrailkill, N.J. Poage and J.C. Tappeiner, II. 2005. Silvicultural Approaches to Develop Northern Spotted Owl Nesting Sites, Central Coast Ranges, Oregon. Western Journal of Applied Forestry 20: pp. 13–27.

Anthony, R.G and F.F. Wagner. 1998. "Reanalysis of northern spotted owl habitat use on the Miller Mountain study area. A report for the Research Project:  Identification and evaluation of northern spotted owl habitat in managed forests of southwest Oregon and the development of silvicultural systems for managing such habitat." Oregon Cooperative Wildlife Research Unit, Department of Fisheries and Wildlife, Oregon State Univ. Corvallis, OR.

Anthony, R.G., E.D. Forsman, A.B. Franklin, D.R. Anderson, K.P. Burnham, G.C. White, C.J. Schwarz, J. Nichols, J.E. Hines, G.S. Olson, S.H. Ackers, S. Andrews, B.L. Biswell, P.C. Carlson, L.V. Diller, K.M. Dugger, K.E. Fehring, T.L. Fleming, R.P. Gerhardt, S.A. Gremel, R.J. Gutiérrez, P.J. Happe, D.R. Herter, J.M. Higley, R.B. Horn, L.L. Irwin, P.J. Loschl, J.A. Reid, and S.G. Sovern. 2006. Status and trends in demography of northern spotted owls, 1985–2003. Wildlife Monograph No. 163.

Atzet, T., and L.A. McCrimmon. 1990. Preliminary plant associations of the southern Oregon Cascade Mountain Province. USDA Forest Service, Pacific Northwest Region, Siskiyou National Forest, 1990.

Ariz. Cattle Growers' Ass'n v. US. Fish & Wildlife Serv., 273 F.3d 1229, 1243, 1246 (9th Cir. 2001).

Bailey, J.D. and J.C. Tappeiner. 1998. Effects of Thinning on Structural Development in 40-to 100-Year-Old Douglas-Fir Stands in Western Oregon. Forest Ecology and Management 108: pp. 99-113.

KSW00447

Bailey, L. L., J. A. Reid, E. D. Forsman, and J. D. Nichols. 2009. Modelling co-occurrence of Northern Spotted and Barred owls: Accounting for detection probability differences. Biological Conservation 142:2983–2989.

Barrows, C.W. 1981. Roost selection by Spotted Owls: an adaptation to heat stress. Condor 83: 302-309.

Bart, J. 1995. Amount of Suitable Habitat and Viability of Northern Spotted Owls. Conservation Biology, Pages 943-946 Volume 9, No. 4, August 1995.

Bart, J. and E.D. Forsman. 1992. Dependence of Northern Spotted Owls, *Strix occidentalis caurina*, on Old-Growth Forests in the Western United States. Biological Conservation 62(2):95-100.

Beaty, R. M., and A. H. Taylor. 2001. Spatial and temporal variation of fire regimes in a mixed conifer forest landscape, Southern Cascades, California, USA. Journal of Biogeography 28:955–966.

Bennett M., Main M. 2018. Thinning in Mature Douglas-Fir Stands in Southwest Oregon: A Case Study. Oregon State University. EM 9199.

Bingham, B. and B.R. Noon. 1997. Mitigation of Habitat Take: Application to Habitat Conservation Planning. Conservation Biology 11(1):127-139.

Brown, R. T., J. K. Agee, and J. F. Franklin. 2004. Forest restoration and fire: Principles in the context of place. Conservation Biology 18(4), 903-912.

Buchanan, J.B. 2004. Managing habitat for dispersing northern spotted owls - are the current management strategies adequate?. Wildlife Society Bulletin 32:1333–1345.

Burt, W.H. 1943. Territoriality and home range concepts as applied to mammals. Journal of Mammalogy 24:346-352.

Call, D.R., R.J. Guiterrez, and J. Verner. 1992. Foraging Habitat and home-range characteristics of California spotted owls in the Sierra Nevada. The Condor 94:880-888.

Carey, A.B. 2000. Effects of new forest management strategies on squirrel populations. Ecological Applications 10(1):248–257.

Carey, A.B., S.P. Horton and B.L. Biswell. 1992. Northern spotted owls: influence of prey base and landscape character. Ecological Monographs 62(2):223–250.

Carey, A. B., J. Kershner, B.Biswell, and L. Dominguez de Toledo. 1999. Ecological scale and forest development: squirrels, dietary fungi, and vascular plants in managed and unmanaged forests. Wildlife Monographs. 142, pp. 3-71.

Carey, A.B. 2000. Effects of new forest management strategies on squirrel populations. Ecological Applications 10(1):248–257.

Carrete, M., J. A. Sánchez-Zapata, J. F. Calvo, and R. Lande. 2005. Demography and habitat availability in territorial occupancy of two competing species. Oikos. 108:125-136.

Carroll, C. and D.S. Johnson. 2008. The importance of being spatial (and reserved): Assessing northern spotted owl habitat relationships with hierarchical Bayesian models. Conservation Biology 22:1026-1036.

Carroll, C. 2010. Role of climatic niche models in focal-species-based conservation planning: Assessing potential effects of climate change on northern spotted owl in the Pacific Northwest, USA. Biological Conservation. 146(6): 1432-1437.

KSW00448

Chambers, C.L. 2002. Forest management and the dead wood resource in ponderosa pine forests: Effects on small mammals. *in* Proceedings of the symposium on the ecology and management of dead wood in Western forests. *tech. coord.* W.F. Laudenslayer, Jr., P.J. Shea, B.E. Valentine, C.P. Weatherspoon, T.E. Lisle. U.S. Department of Agriculture-Forest Service: Pacific Southwest Research Station. Gen. Tech. Rep. PSW-GTR-181. Reno, Nevada. pp. 679-693.

Cochran, P. H. and J. W. Barrett. 1995. Growth and Mortality of Ponderosa Pine Poles Thinned to Various Densities in the Blue Mountains of Oregon. Research Paper. USDA Forest Service. Pacific Northwest Research Station. PNW-RP-483. 27 pp.

Converse, S. J., G. C. White, K. L. Farris, and S. Zack. 2006. Small mammals and forest fuel reduction: national-scale responses to fire and fire surrogates. Ecological Applications 16:1717-1729

Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, and L. Sztukowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004.

Dale, V.H, L.A. Joyce, S. McNulty, R.P. Neilson, M.P. Ayres, M.D. Flannigan, P.J. Hanson, L.C. Irland, A.E. Lugo, C.J. Peterson, D. Simberloff, F.J. Swanson, B.J. Stocks, and B.M. Wotton. 2001. Climate change and forest disturbances. BioScience 51: 723–734.

Davis, L.S. and Johnson, K.N. 1987. *Forest Management*, 3rd edition. McGraw-Hill, N.Y. p. 79

Davis, R.J. and J. Lint. 2005. Chapter 3: Habitat Status and Trends. in. Northwest Forest Plan-the first 10 years (1994-2003): Status and trends of northern spotted owl populations and habitat. *tech. coord.* J. Lint. U.S. Department of Agriculture-Forest Service: Pacific Northwest Research Station. Gen. Tech. Rep. PNW-GTR-648. Portland, OR. pp. 21-82.

Davis, R.J.; Dugger, K.M.; Mohoric, S.; Evers, L.; Aney, W. C. 2011. Northwest Forest Plan-the first 15 years (1994-2008): status and trends of northern spotted owl populations and habitats. Gen. Tech. Rep. PNW-GTR- 850. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 147 pp.

Davis, Raymond J.; Hollen, B.; Hobson, J.; Gower, J.E.; and D. Keenum. 2016. Northwest Forest Plan—the first 20 years (1994–2013): status and trends of northern spotted owl habitats. Gen. Tech. Rep. PNW-GTR-929. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 54 p.

Davis, R. Z. Yang, A. Yost, C. Belongie, W. Cohen. 2017. The normal fire environment-Modeling environmental suitability for large wildfires use past, present, and future climate normals. Forest Ecology and Management, 390:173-186.

Davis, R.J., D.B. Lesmeister, Z. Yang, B. Hollen, B. Tuerler, J. Hobson, J. Guetterman, and A. Stratton. 2022. Northwest Forest Plan—the first 25 years (1994–2018): Status and trends of northern spotted owl habitats. Gen. Tech. Rep. PNW-GTR-1003. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 38 p. https://doi.org/10.2737/PNW-GTR-1003.

Davis, R.J., J.H. Guetterman, and A. Stratton. 2023. NSO_CTS_CLASS_2023: Classified nesting/roosting forest cover type suitability map. Unpublished geographic information system dataset. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Portland, Oregon.

Dickinson, Y. 2014. Landscape restoration of a forest with a historically mixed-severity fire

KSW00449

regime: What was the historical landscape pattern of forest and openings? Forest Ecology and Management. 331: 264-271.

Diller, L.V., K.A, Hamm, D.E. Early, D.W. Lamphear, K.M. Dugger, C.B. Yackulic, C.J. Schwarz, P.C. Carlson, and T.L. McDonald. 2016. Demographic response of northern spotted owls to barred owl removal. Journal of Wildlife Management 80: 691–707.

Dobrowski, S.Z. 2011. A climatic basis for microrefugia: the influence of terrain on climate. Global Change Biology. 17(2): 1022–1035.

Dodson, E. K., Peterson, D. W. and Harrod, R. J. 2008. Understory vegetation response to thinning and burning restoration treatments in dry conifer forests of the eastern Cascades, USA. Forest Ecology and Management 255, 3130–3140

Dodson, E.K., and D.W. Peterson 2010.  Dry coniferous forest restoration and understory plant diversity: The importance of community heterogeneity and the scale of observation. Forest Ecology and Management.  260:1702-1707.

Dodson, E.K., A. Ares, K.J. Puettmann. 2012. Early responses to thinning treatments designed to accelerate late successional forest structure in young coniferous stands of western Oregon, USA. Canadian Journal of Forest Research. 42: 345-355.

Drew, T.J. and J.W. Flewelling. 1979. Stand Density Management: An Alternative Approach and its Application to Douglas-Fir Plantations. Forest Science 25(3): pp. 518-532.

Dugger, K.M., F. Wagner, R.G. Anthony, and G.S. Olson. 2005. "The relationship between habitat characteristics and demographic performance of northern spotted owls in southern Oregon." *Condor* 107:863-878.

Dugger, K.M., R.G. Anthony and L.S. Andrews. 2011. Transient dynamics of invasive competition: barred owls, spotted owls, habitat, and the demons of competition present. Ecological Applications. 21:2459-2468.

Dugger, K., E. D. Forsman, A. B. Franklin, R. J. Davis, G. C. White, C. J. Schwarz, K. P. Burnham, J. D. Nichols, J. E. Hines, C. B. Yackulic, P.F. Doherty. Jr., L. Bailey, D. A. Clark, S.H. Ackers, L. S. Andrews, B. Augustine, B. L. Biswell, J. Blakesley, P. C. Carlson, M.J. Clement, L. V. Diller, E. M. Glenn, A. Green, S. A. Gremel, D. R. Herter, J. M. Higley, J. Hobson, R. B. Horn, K. P. Huyvaert, C. McCafferty, T. McDonald, K. McDonnell, G.S. Olson, J.A. Reid, J. Rockweit, V. Ruiz, J. Saenz, and S. G. Sovern. 2016. The effects of habitat, climate, and Barred Owls on long-term demography of Northern Spotted Owls. The Condor. 118(1): 57-116.

Dugger, K., S. Ackers, R. Claremont, M. Danilenko, R. Leach, S. Lei, R. Pechtimaldjian, L. Roerk. 2020. The demography of northern spotted owls (*Strix occidentalis caurina*) on the Willamette National Forest, Oregon. Annual research report for 2020. USDA Forest Service, Pacific Northwest Research Station, Corvallis, OR and Dept. of Fish and Wildlife, Oregon State Univ., Corvallis, OR. pp. 66.

Dugger, K., S. Andrews, L. Bright, S. Adams, K. Browning, E. Jaworski, J. Kurowski, J. Paque, and C. Peirce. 2023. Demographic characteristics and ecology of northern spotted owls (*Strix occidentalis caurina*) in the Southern Oregon Cascades. 2022 Annual research report. Oregon Cooperative Fish and Wildlife Research Unit (OCFWRU), Department of Fisheries and Wildlife, Oregon State University, Corvallis, OR. 39 p.

171

KSW00450

Dugger, K., A.B.,Franklin, D.B. Lesmeister, R.J. Davis, J. D. Wiens, G. C. White, J.D. Nichols, J. E. Hines, C.B. Yackulic, C.J. Schwarz, S.H. Ackers, L. S. Andrews, L.L. Bailey, R.B., Bown, J. Burgher, K.P. Burnham, P.C. Carlson, T. Chestnut, M.M. Conner, K.E. Dilione, E.D. Forsman, E.M. Glenn, S.A. Gremel, K,A. Hamm, D.R. Herter, J.M. Higley, R.B. Horn, J.M. Jenkins, W.L. Kendall, D.W. Lamphear, C. McCafferty, T.L. McDonald, J.A. Reid, J.T. Rockweit, D.C. Simon, S.G. Sovern, J.K. Swingle, and H. Wise.  2023a. Estimating northern spotted owl (*Strix occidentalis caurina*) pair detection probabilities based on call-back surveys associated with long-term mark-recapture studies, 1993–2018: U.S. Geological Survey Open-File Report 2023–1012, 25 p., https://doi.org/ 10.3133/ ofr20231012.

Dunk, J.R., B. Woodbridge, N. Schumaker, E.M. Glenn, B. White, D.W. LaPlante, R.G. Anthony, R.J. Davis, K. Halupka, P. Henson, B.G. Marcot, M. Merola-Zwartjes, B.R. Noon, M.G. Raphael, J. Caicco, D.L. Hansen, M.J. Mazurek, J. Thrailkill. 2019. Conservation planning for species recovery under the Endangered Species Act: A case study with the northern spotted owl. PLoS ONE 14(1): e0210643. https://doi.org/10.1371/journal. pone.0210643

Elliot, K. 2006. Declining numbers of western screech-owl in the lower mainland of British Columbia. British Columbia Birds. 14: 2–11.

Eyes, S.A., S. L. Roberts, and M.D. Johnson. 2017. California Spotted Owl *(Strix occidentalis occidentalis)* habitat use patterns in a burned landscape. The Condor, 119: 375-388.

Fettig, C. J., K.D. Klepzig, R. F. Billings, A. S. Munson, T. E. Nebeker, J. F. Negrón, and J.T. Nowak. 2007. The Effectiveness of Vegetation Management Practices for Prevention and Control of Bark Beetle Infestations in Coniferous Forests of the Western and Southern United States. Forest Ecology and Management 238(2007): pp. 24-53.

Fiddler, Gary O., Troy A. Fiddler, Dennis R. Hart, Philip M. McDonald. 1989. Thinning Decreases Mortality and Increases Growth of Ponderosa Pine in Northeastern California. Research Paper. USFS. Southwest Research Station. PSW-RP-194. Albany, California.

Finney, M.A. 2001. Design of Regular Landscape Fuel Treatment Patterns for Modifying Fire Growth and Behavior. Forest Science 47:219–228.

Folliard, L. 1993. Nest site characteristics of northern spotted owls in managed forest of northwest California.  M.S. Thesis.  Univ. Idaho, Moscow, ID.

Folliard, L.B, K.P. Reese, L.V. Diller. 2000. Landscape characteristics of northern spotted owl nest sites in managed forests of northwestern California. Journal of Raptor Research. 34(2): 75-84.

Forsman, E.D., Meslow, E.C. and Wight, H.M., 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs, pp.3-64.

Forsman, E.D., R.G. Anthony, J.A. Reid, P.J. Loschl, S.G. Sovern, M. Taylor, B.L. Biswell, A. Ellingson, E.C. Meslow, G.S. Miller, K.A. Swindle, J.A. Thrailkill, F.F. Wagner and D.E. Seaman. 2002. Natal and breeding dispersal of northern spotted owls. Wildlife Monographs 149:1–35.

Forsman, E.D., R.G. Anthony, E.C. Meslow, and C.J. Zabel. 2004. "Diets and Foraging Behavior of Northern Spotted Owls in Oregon." *J. of Raptor Res.* 38(3):214-230.

Forsman, E. D., R. G. Anthony, K. M. Dugger, E. M. Glenn, A. B. Franklin, G. C. White, C. J. Schwarz, K. P. Burnham, D. R. Anderson, J. D. Nichols, J. E. Hines, J. B. Lint, R. J. Davis, S. H. Ackers, L. S. Andrews, B. L. Biswell, P. C. Carlson, L. V. Diller, S.

172

A.Gremel, D. R. Herter, J. M. Higley, R. B. Horn, J. A. Reid, J. Rockweit, J. Schaberl, T. J. Snetsinger, and S. G. Sovern. 2011. Population demography of Northern Spotted Owls. Studies in Avian Biology 40.

Franklin, J.F., and C.T. Dyrness. 1988. Natural vegetation of Oregon and Washington. Oregon State University Press, Corvallis, OR. 452 pp.

Franklin, A.B. 1992. Population regulation in northern spotted owls: Theoretical implications for management. Pages: 815-827 *In*: McCullough and Barrett, eds. Wildlife 2001: Populations. Elsevier Applied Science, London, England.

Franklin, A.B., D.R. Anderson, R.J. Gutiérrez, and K.P. Burnham. 2000. Climate, habitat quality, and fitness in northern spotted owl populations in northwestern California. Ecological Monographs 70(4):539-590.

Franklin, A.B., K. M. Dugger, D.B. Lesmeister, R.J. Davis, J. D. Wiens, G. C. White, J.D. Nichols, J. E. Hines, C.B. Yackulic, C.J. Schwarz, S.H. Ackers, L. S. Andrews, L.L. Bailey, R.B., J.B., K.P. Burnham, P.C. Carlson, T. Chestnut, M.M. Conner, K.E. Dilione, E.D. Forsman, E.M. Glenn, S.A. Gremel, K,A. Hamm, D.R. Herter, J.M. Higley, R.B. Horn, J.M. Jenkins, W.L. Kendall, D.W. Lamphear, C. McCafferty, T.L. McDonald, J.A. Reid, J.T. Rockweit, D.C. Simon, S.G. Sovern, J.K. Swingle, H. Wise. 2021. Range-Wide Declines of Northern Spotted Owl Populations in the Pacific Northwest: A Meta-Analysis. Biological Conservation 259 (109168): pp. 1-21.

Frey, S.J.K, A.S. Hadley, S.L. Johnson, M. Schulze, J.A. Jones, and M.G. Betts. 2016. Spatial models reveal the microclimatic buffering capacity of old-growth forests. Sci. Adv. 2016; 2: e1501392. Downloaded from http://advances.sciencemag.org/ on October 13, 2017

Fulé, P.Z., D.C. Laughlin, W.W. Covington. 2005. Pine-oak forest dynamics five years after ecological restoration treatments, Arizona, USA. Forest Ecology and Management 218 (2005) 129–145.

Gallagher, C.V., J.J. Keane, P.A. Shaklee, H.A. Kramer, and R. Gerrard. 2019. Spotted owl foraging patterns following fuels treatments, Sierra Nevada, California. The Journal of Wildlife Management 83(2):487–501; 2019.

Gaines, W.L., R.J. Harrod, J. Dickinson, A.L. Lyons and K. Halupka. 2010. Integration of Northern spotted owl habitat and fuels treatments in the eastern Cascades, Washington, USA. Forest Ecology and Management 260:2045–2052.

Glenn, E.M., M.C. Hansen, and R.G. Anthony. 2004. Spotted owl home-range and habitat use in young forests of western Oregon. Journal of Wildlife Management 68:33-50.

Glenn, E.M., R.G. Anthony, and E.D. Forsman. 2010. Population trends in northern spotted owls: associations with climate in the Pacific Northwest. Biological Conservation. 143(11): 2543-2552.

Glenn, E.M., R.G. Anthony, E.D. Forsman, G.S. Olson. 2011. Reproduction of northern spotted owls: The role of local weather and regional climate. The Journal of Wildlife Management 75(6): 1279-1294.

Gomez, D.M., Anthony, R.G. and Hayes, J.P. 2005. Influence of thinning of Douglas-fir forests on population parameters and diet of northern flying squirrels: Journal of Wildlife Management 69:1670–1682.

Hagar, J,C., A. Yost, and P.K. Haggertya. 2020. Incorporating LiDAR metrics into a structure-based habitat model for a canopy-dwelling species. Remote Sensing of Environment 236 (2020) 111499.

KSW00452

Hagmann, R.K., Hessburg, P.F., Prichard, S.J., Povak, N.A., Brown, P.M., Fulé, P.Z., Keane, R.E., Knapp, E.E., Lydersen, J.M., Metlen, K.L. and Reilly, M.J. 2021. Evidence for Widespread Changes in the Structure, Composition, and Fire Regimes of Western North American Forests. Ecological Applications, 31(8): p.e02431.

Hamer, T.E., D.L. Hays, C.M. Senger, and E.D. Forsman. 2001. Diets of northern barred owls and northern spotted owls in an area of sympatry. Journal of Raptor Research 35(3):221-227.

Hamer, T. E., Forsman, E. D., & Glenn, E. M. 2007. Home range attributes and habitat selection of barred owls and spotted owls in an area of sympatry. Condor, 109(4), 750-768.

Hamm, K.A., and L.V. Diller. 2009. Forest management effects on abundance of woodrats in northern California. Northwestern Naturalist. 90:97-106.

Haugo, R., Zanger, C., DeMeo, T., Ringo, C., Shlisky, A., Blankenship, K., Simpson, M., Mellen-McLean, K., Kertis, J. and Stern, M. 2015. A new approach to evaluate forest structure restoration needs across Oregon and Washington, USA. Forest Ecology and Management, 335: 37-50.

Haugo, R.D., B.S. Kellogg, C.A. Cansler, C.A. Kolden, K.B. Kemp, J.C. Roberston, K.L. Metlen, N.M. Vaillant, C.M. Restaino. 2019. The missing fire: quantifying human exclusion of wildfire in Pacific Northwest forests, USA. Ecosphere. 10(4): 16 pp.

Hessburg, P. F., J. K. Agee, and J. F. Franklin. 2005. Dry forests and wildland fires of the inland Northwest USA: Contrasting the landscape ecology of the pre-settlement and modern eras. Forest Ecology and Management 211: 117–139.

Hessburg, P.F.; Spies, T.A.; Perry, D.A.; Skinner, C.N.; Taylor, A.H.; Brown, P.M.; Stephens, S.L.; Larson, A.J.; Churchill, D.J.; Povak, N.A. 2016. Tamm review: Management of mixed-severity fire regime forests in Oregon, Washington, and Northern California. For. Ecol. Manag. 2016, 366, 221–250.

Hollen, B., R. Horn, P. Caldwell, R. Crutchley, K. Fukuda, T. Kaufmann, C. Larson, and H. Wise. 2016. Demographic characteristics of northern spotted owls (Strix occidentalis caurina) in the Klamath Mountain Province of Oregon, 1990-2014. Annual report. USDI Bureau of Land Management, Oregon State Office, Portland, OR. 20 p.

Holloway G.L. and W.P. Smith. 2011. A Meta-Analysis of Forest Age and Structure Effects on Northern Flying Squirrel Densities. The Journal of Wildlife Management 75(3):668–674.

Holloway, G.L., Smith, W.P., Halpern, C.B., Gitzen, R.A., Maguire, C.C. & West, S.D. 2012. Influence of forest structure and experimental green-tree retention on northern flying squirrel (Glaucomys sabrinus) abundance. Forest Ecology and Management, 285, 187–194.

Holm, S.R., B.L. Noon, J.D. Wiens, and W.J. Ripple. 2016. Potential Trophic Cascades Triggered by the Barred Owl Range Expansion. Wildlife Society Bulletin; DOI: 10.1002/wsb.714

Holt, D.W., C. Bitter. 2007. Barred owl winter diet and pellet dimensions in western Montana. Northwestern Naturalist. 88(1): 7-11.

Hunter, J. 1994. Habitat configuration around spotted owl nest and roost sites in northwestern California. Masters Thesis. Humboldt State University. Arcata, CA.

Hunter, J.E., R.J. Gutierrez and A.B. Franklin. 1995. Habitat configuration around spotted owl nest sites in northwestern California. Condor 97:684- 693.

KSW00453

Innes, R.J., D.H. Van Vuren, D.A. Kelt, M.L. Johnson, J.A. Wilson and P.A. Stine. 2007. Habitat associations of dusky-footed woodrats (*Neotoma fuscipes*) in mixed-conifer forests of the northern Sierra-Nevada. Journal of Mammalogy, 88(6):1523–1531, 2007.

Irwin, L.L., D.F. Rock, and G.P. Miller. 2000. Stand structures used by northern spotted owls in managed forests. Journal of Raptor Research 34:175-186.

Irwin, L.L., D. Rock, and S. Rock. 2007. Modeling Foraging Habitat of California Spotted Owls. Journal of Wildlife Management. V. 71(4):1183-1191.

Irwin, L.L., D.F. Rock, and S. C. Rock. 2011. Habitat Selection by Northern Spotted Owls in Mixed-Coniferous Forests. Journal of Wildlife Management. 76(1):200-213.

Irwin, L.L., D.F. Rock and S.C. Rock. 2012. Habitat selection by northern spotted owls in mixed-conifer forests. Journal of Wildlife Management. 76: 200-213.

Irwin, L.L, D.F. Rock, Suzanne C. Rock, C. Loehle, P. Van Deusen. 2015. Forest ecosystem restoration: Initial response of spotted owls to partial harvesting. Forest Ecology and Management 354: 232–242.

Irwin, L.L., D.F. Rock, S.C. Rock. 2018. Barred owl habitat selection in West Coast forests. The Journal of Wildlife Management. 82(1): 202-216.

Irwin, L.L.; Rock, D.F.; Rock, S.C.; Heyerly, A.K.; Clark, L.A. 2020. Barred Owl effects on Spotted Owl resource selection: A meta-analysis. J. Wildl. Manag. *84*, 96–117.

Jain, T. B., M. A. Battaglia, H. Han, R.T. Graham, C. R. Keyes, J. S. Fried, and J. E. Sandquist. 2012. A Comprehensive Guide to Fuel Management Practices for Dry Mixed Conifer Forests in the Northwestern United States. General Technical Report RMRS-GTR292. USDA Forest Service, Rocky Mountain Research Station. Fort Collins, Colorado. 331 pp. http://www.fs.fed.us/rm/pubs/rmrs_gtr292.pdf.

Jenkins, J.M.A, D.B. Lesmeister, D. Wiens, J.T. Kane, V.R. Kane, and J. Verschuyl. Three-dimensional partitioning of resources by congeneric forest predators with recent sympatry. 2019. Scientific Reports. https://doi.org/10.1038/s41598-019-42426-0.

Jenkins, J.M.A, D.B. Lesmeister, E.D. Forsman, K.M. Dugger, S.H. Ackers, L.S. Andrews, S.A. Gremel, B. Hollen, C.E. 2021. Conspecific and congeneric interactions shape increasing rates of breeding dispersal of northern spotted owls. Ecological Applications 31(1): 18 pp.

Jennings, S.B., Brown, N.D. and Sheil, D. 1999. Assessing forest canopies and understory illumination: canopy closure, canopy cover and other measures. Forestry, *72*(1), pp.59-74.

Johnson, D.H. 1980. The comparison of usage and availability measurements for evaluating resource preference. Ecology 61:65-71.

Johnson, M. L., and M. S. Gaines. 1985. Selective basis for emigration of prairie vole, *Microtus ochrogaster*: open field experiment. J. Anim. Ecol. 54:399-410

Jones, G.M., R.J. Gutiérrez, D. J Tempel, S.A.Whitmore, W.J. Berigan, and M.Z. Peery. 2016. Megafires: an emerging threat to old-forest species. Front Ecol Environ 14(6): 300–306.

Kauffman, J. B. 2004. Death rides the forest: perceptions of fire, land use, and ecological restoration of western forests. Conservation Biology *18*(4): 878-82. http://dx.doi.org/10.1111/j.1523-1739.2004.545_1.x

Kelly, E. G., E. D. Forsman, and R. G. Anthony. 2003. Are barred owls displacing spotted owls? Condor 105:45–53.

KSW00454

Kennedy, R.S.H., and M.C. Wimberly. 2009. Historical fire and vegetation dynamics in dry forests of the interior Pacific Northwest, USA, and relationships to northern spotted owl (*Strix occidentalis caurina*) habitat conservation. Forest Ecology and Management 258:554–566.

Key, C.H. and Benson, N.C., 2006. Landscape assessment (LA). In: Lutes, Duncan C.; Keane, Robert E.; Caratti, John F.; Key, Carl H.; Benson, Nathan C.; Sutherland, Steve; Gangi, Larry J. 2006. FIREMON: Fire effects monitoring and inventory system. Gen. Tech. Rep. RMRS-GTR-164-CD. Fort Collins, CO: US Department of Agriculture, Forest Service, Rocky Mountain Research Station. p. LA-1 55,164. https://www.fs.fed.us/postfirevegcondition/documents/publications/FIREMON_LandscapeAssessment.pdf

Knapp, E.E. J. M. Lydersen, M.P. North, and B.M. Collins. 2017. Efficacy of variable density thinning and prescribed fire for restoring forest heterogeneity to mixed-conifer forest in the central Sierra Nevada, CA. Forest Ecology and Management 406 (2017) 228–241.

Kroll, A. J., T. L. Fleming, and L. L. Irwin. 2010. Site occupancy dynamics of Northern Spotted Owls in the Eastern Cascades, Washington, USA, 1990–2003. The Journal of Wildlife Management 74:1267–1274.

Kuchler, A.W. 1977. The Map of the Natural Vegetation of California. University of Kansas, Lawrence.

Lehmkuhl, J.F. and M.G. Raphael. 1993. Habitat pattern around northern spotted owl locations on the Olympic Peninsula, Washington. J. Wildlife Management 57(2):302-315.

Lehmkuhl, J.F., K.D. Kistler, J.S. Begley and J. Boulanger. 2006. Demography of northern flying squirrels informs ecosystem management of western interior forests. Ecological Applications 16:584–600. Cited in Roberts et al. 2014.

Lesmeister, D.B., R.J. Davis, P.H. Singleton, J.D. Weins. 2018. Chapter 4: Northern spotted owl habitat and populations: Status and trends. *in* Synthesis of science to inform land management within the Northwest Forest Plan area. *tech coord.* T.A. Spies, P.A. Stine, R. Gravenmier, J.W. Long, M.J. Reilly. U.S. Department of Agriculture-Forest Service: Pacific Northwest Research Station. Gen. Tech. Rep. PNW-GTR-966. Portland, Oregon. pp. 248-300.

Lesmeister, D. B., S. G. Sovern, R. J. Davis, D. M. Bell, M. J. Gregory, and J. C. Vogeler. 2019. Mixed-severity wildfire and habitat of an old-forest obligate. Ecosphere 10(4):e02696. 10.1002/ecs2.2696

Lesmeister, D., R. Horn, R. Crutchley, E. Fliegel, K. Fukuda, A. Kupar, S. Langley, C. Larson, H. Wise. 2020. Demographic characteristics of northern spotted owls (*Strix occidentalis caurina*) in the Klamath Mountain Province of Oregon, 1990-2019. Annual research report for 2019. USDA Forest Service, Pacific Northwest Research Station, Corvallis, OR. USDI Bureau of Land Management, Roseburg District, Roseburg, OR. 27 pp.

Lesmeister, D., J. Mowdy, E. Fliegel, K. Fukuda, A. Kupar, S. Langley, C. Larson, H. Wise. 2021. Demographic characteristics of northern spotted owls (*Strix occidentalis caurina*) in the Klamath Mountain Province of Oregon, 1990-2020. Annual research report for 2020. USDA Forest Service, Pacific Northwest Research Station, Corvallis, OR. USDI Bureau of Land Management, Roseburg District, Roseburg, OR. 21 pp.

Lesmeister, D.B., J. M. Jenkins, Z.J. Ruff, R.J. Davis, C.L. Appel, A.D. Thomas, S. Gremel, D.

KSW00455

Press, T. Chesnut, J. K. Swingle, T.Wilson, D.C. Cult, H. Lambert, C. McCafferty, K. Wert, B. Henson, L. Platt, D. Rhea-Fournier, S. Mitchell. 2022. Passive Acoustic Monitoring within the Northwest Forest Plan Area: 2021 Annual Report. USDA Forest Service, Pacific Northwest Research Station, Corvallis, OR. USDI Bureau of Land Management, Roseburg District, Roseburg, OR. 30 pp.

Lint, Joseph, *tech. coord.* 2005. Northwest Forest Plan—the first 10 years (1994–2003): status and trends of northern spotted owl populations and habitat. Gen. Tech. Rep. PNW-GTR-648. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 176 p.

Lint, Joseph; Noon, B.; Anthony, R.; Forsman, E.; Raphael, M.; Collopy, M.; Starkey, E. 1999. Northern spotted owl effectiveness monitoring plan for the Northwest Forest Plan. Gen. Tech. Rep. PNW-GTR-440. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 43 p.

Long, J.N. and T.W. Daniel. 1990. Assessment of growing stock in uneven-aged stands. Western Journal of Applied Forestry. 5(3):93-96.

Luoma, D. L., J. M. Trappe, A.W. Claridge, K.M. Jacobs and E. Cazares. 2003. Relationships among fungi and small mammals in forested ecosystems. Pp 343– 373 in C.J. Zabel and R.G. Anthony (editors), Mammal Community Dynamics in Western Coniferous Forests: Management and Conservation. Cambridge University Press, Cambridge, United Kingdom.

Lydersen, J. M., M. P. North, and B. M. Collins. 2014. Severity of an uncharacteristically large wildfire, the Rim Fire, in forests with relatively restored frequent fire regimes. Forest Ecology and Management 328: 326–334. http://dx.doi.org/10.1016/j.foreco.2014.06.005.

Lydersen, J.M., Collins, B.M., Brooks, M.L., Matchett, J.R., Shive, K.L., Povak, N.A., Kane, V.R., and Smith, D.F. 2017. Evidence of fuels management and fire weather influencing fire severity in an extreme fire event. Ecol. Appl. 27(7): 2013-2030. doi:10.1002/eap.1586.

Mangan, A.O., T. Chestnut, J.C. Vogeler, I.K. Breckheimer, W.M. King K.E. Bagnall and K.M. Dugger. 2019. Barred Owls reduce occupancy and breeding propensity of Northern Spotted Owl in a Washington old-growth forest. The Condor: 121, pp.1-20.

Manning, J. A., and W.D. Edge. 2008. Small Mammal Responses to Fine Woody Debris and Forest Fuel Reduction in Southwest Oregon. The Journal of Wildlife Management, Vol. 72, No. 3 (Apr., 2008), pp. 625-632

Manning, T., J.C. Hagar, and B. McComb. 2012. Thinning of young Douglas-fir forests decreases density of northern flying squirrels in the Oregon Cascades. Forest Ecology and Management 264 (2012): 115-124.

Marcot, B.G.; Raphael, M.G.; Schumaker, N.H.; Galleher, B. 2013. How big and how close? Habitat patch size and spacing to conserve a threatened species. Natural Resource Modeling. 26(2): 194–214.

Martinson, E. J., and P. N. Omi. 2013. Fuel treatments and fire severity: a meta-analysis. USDA Forest Service, Rocky Mountain Research Station RMRS-RP-103WWW. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 38 p.

McKenzie, D., D.L. Peterson, and J.J. Littell. 2009. Global warming and stress complexes in forests of western North America. Pages 319–338 *In* A. Bytnerowicz, M.J. Araugh, A.R.

KSW00456

Riebau, and C. Andersen, *editors*. Developments in Environmental Science, Volume 8. Elsevier, The Netherlands.

McNab, W.H. and P.E. Avers. 1994. Ecological subregions of the United States: Section descriptions. US Department of Agriculture: US Forest Service- Ecosystem Management. University of Montana.

Meiman, S., R. Anthony, E. Glenn, T. Bayless, A. Ellingson, M.C. Hansen and C. Smith. 2003. Effects of commercial thinning on home range and habitat-use patterns of a male northern spotted owl: A Case Study. Wildlife Society Bulletin 2003 31(4) 1254-1262.

Metlen, K. L., D. Borgias, B. Kellogg, M. Schindel, A. Jones, G. McKinley, D. Olson, C. Zanger, M. Bennett, B. Moody, and E. Reilly. 2017. Rogue Basin Cohesive Forest Restoration Strategy: A Collaborative Vision for Resilient Landscapes and Fire Adapted Communities. The Nature Conservancy, Portland, OR.

Meyer, J.S., L.L. Irwin and M.S. Boyce. 1998. Influence of habitat abundance and fragmentation on northern spotted owls in western Oregon. Wildlife Monographs 139:1–51.

Meyer M.D., D.A. Kelt, and M.P. North. 2007. Microhabitat Associations of Northern Flying Squirrels in Burned and Thinned Forest Stands of the Sierra Nevada. The American Midland Naturalist. 157(1): 202-211.

Miller, G.S. 1989. Dispersal of juvenile spotted owls in western Oregon. M.S. Thesis. Oregon State University, Corvallis, Oregon.

Miller, G.S., R.J. Small, and E.C. Meslow. 1997. Habitat selection by spotted owls during natal dispersal in western Oregon. J. Wildl. Manage. 61(1):140-150.

Mills, L.S., R.J. Fredrickson and B.B. Moorhead. 1993. Characteristics of old-growth forests associated with norhthern spotted owls in Olympic National Park. J. Wildl. Manage. 57(2):315-321.

Morelli, T.L.; Daly, C.; Dobrowski, S.Z.; Dulen, D.M.; Ebersole, J.L.; Jackson, S.T.; Lundquist, J.D.; Millar, C.I.; Maher, S.P.; Monahan, W.B.; Nydick, K.R. Redmond, K.T.; Sawyer, S.C.; Stock, S.; Beissinger, S.R. 2016. Managing climate change refugia for climate adaptation. PLoS One. 11(8): 17.

Mote, P., A. K. Snover, S. Capalbo, S. D. Eigenbrode, P. Glick, J. Littell, R. Raymond, and S. Reeder, 2014: Ch. 21: Northwest. Climate Change Impacts in the United States: The Third National Climate Assessment, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 487-513. doi:10.7930/J04Q7RWX.

Noon, B.R. and C.M. Biles. 1990. Mathematical demography of spotted owls in the Pacific Northwest. J. Wildl. Manage. 54(1) 18-26.

North, M.P., J. F. Franklin, A. B. Carey, E. D Forsman and T. Hamer. 1999. Forest Stand Structure of the Northern Spotted Owl's Foraging Habitat. Journal of Forest Science 45(14).

North, M.P., J.T. Kane, V. R. Kane, G.P. Asner, W. B., D.J. Churchill, S. Conway, R.J. Gutiérrez, S.Jeronimo , J.Keane , A. Koltunov, T. Mark, M. Moskal, T. Munton,Z. Peery, C. Ramirez, R. Sollmann, A. White, and S. Whitmore. 2017. Cover of tall trees best predicts California spotted owl habitat. Forest Ecology and Management 405 (2017) 166–178.

Odion, D.C., C.T. Hanson, A. Arsenault, W.L. Baker, D.A. DellaSala, R.L. Hutto, W. Klenner,

KSW00457

M.A. Moritz, R.L. Sherriff, T.T. Veblen, and M.A. Williams 2014a.  Examining Historical and Current Mixed-Severity Fire Regimes in Ponderosa Pine and Mixed-Conifer Forests of Western North America. PLoS ONE 9(2): e87852. doi:10.1371/journal.pone.0087852  14 pp.

Odion, D.C., C.T. Hanson, D.A. DellaSala, W.L. Baker, M.L. Bond. 2014b. Effects of fire and commercial thinning on future habitat of the northern spotted owl. The Open Ecology Journal. 7: 37-51.

Olson, G.S., E. Glenn, R.G. Anthony, E.D. Forsman, J.A. Reid, P.J. Loschl, and W.J. Ripple. 2004.  Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon.  J. Wildlife Management 68(4):1039-1053.

Olson, G. S., R. G. Anthony, E. D. Forsman, S. H. Ackers, P. J. Loschl, J. A. Reid, K. M. Dugger, E. M. Glenn, and W. J. Ripple. 2005. Modeling of site occupancy dynamics for northern spotted owls, with emphasis on the effects of barred owls. Journal of Wildlife Management 69:918–932.

Peery, M.Z., R.J. Gutierrez, R. Kirby, O.E. LeDee, W. LaHaye. 2012. Climate change and spotted owls: potentially contrasting responses in the Southwestern United States. Global Change Biology. 18: 865-880.

Peery, M.Z., R.J. Gutierrez, P.N. Manley, P.A. Stine, M. P. North. 2017. Chapter 9: Synthesis and interpretation of California Spotted Owl research within the context of public forest management. In The California Spotted Owl: Current State of Knowledge. Gen. Tech.Report. PSW-GTR-254. US Department of Agriculture-Forest Service: Pacific Southwest Research Station. Albany, CA. 294 pp.

Perkins, J.P.  2000.  Land cover at northern spotted owl nest and non-nest sites, East-Central Coast Ranges, Oregon. M.S. thesis. Depart. Forest Resources, Oregon State University, Corvallis, OR.

Peterson, D.W., B.K. Kerns, E.K. Dodson. 2014. Climate change effects on vegetation in the Pacific Northwest: A review and synthesis of the scientific literature and simulation model projections. Gen. Tech. Rep. PNW-GTR-900. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 183 p.

Powell, R.A. 2000. Animal home ranges and territories and home range estimators. Pages 65-110 in L. Boitani and T. K. Fuller, editors. Research techniques in animal ecology: controversies and consequences.

Prichard, S.J. and Stevens-Rumann, C. 2020. Wildland fire-on-fire interactions: management implications under a changing climate. Forest Ecology and Management.

Reilly, M.J., T.A. Spies, J. Little, R. Butz, J.B. Kim. 2018. Climate, disturbance, and vulnerability to vegetation change in the Northwest Forest Plan area. in Synthesis of science to inform land management within the Northwest Forest Plan area. tech coord. T.A. Spies, P.A. Stine, R. Gravenmier, J.W. Long, M.J. Reilly. U.S. Department of Agriculture-Forest Service: Pacific Northwest Research Station. Gen. Tech. Rep. PNW-GTR-966. Portland, Oregon. pp. 29-94.

Reinhardt, E. D., R. E. Keane, D. E. Calkin, and J. D. Cohen. 2008. Objectives and considerations for wildland fuel treatment in forested ecosystems of the interior western United States. Forest Ecology and Management 256, 1997-2006. http://dx.doi.org/10.1016/j.foreco.2008.09.016

Ripple, W.J., D.H. Johnson, K.T. Hershey, and E.C. Meslow.  1991.  Old-growth and mature

KSW00458

forests near spotted owl nests in western Oregon. J. Wildlife Management 55(2):316-318.

Ripple, W.J., P.D. Lattin, K.T. Hershey, F.F. Wagner, and E.C. Meslow. 1997. Landscape Composition and Pattern around Northern Spotted Owl Nest Sites in Southwest Oregon. J. Wildl. Manage. 61(1):151-158.

Roberts, S.L., D.A. Kelt, J. W. van Wagtendonk, A. K. Miles, and M. D. Meyer. 2015 Effects of fire on small mammal communities in frequent-fire forests in California. Journal of Mammalogy, 96(1):107-119.

Roloff, G.J., S.P. Mealey, C.Clay, J. Barry, C. Yanish, L. Neuenschwander. 2005. A process for modeling short- and long-term risk in the southern Oregon Cascades. Forest Ecology and Management. 211:166-190.

Roloff, G.J., Mealey, S.P., and Bailey, J.D. 2012. Comparative hazard assessment for protected species in a fire-prone landscape. Forest Ecology and Management 277: 1-10.

Rosenberg, D.K. and K.S. McKelvey. 1999. Estimation of habitat selection for central-place foraging animals. J. Wildlife Management 63(3):1028-1038.

Ryan, K.C., E.E. Knapp, J.M. Varner. 2013. Prescribed fire in North American forests and woodlands: history, current practice, and challenges. Frontiers in Ecology and the Environment. 11(1s): e15-e24.

Sakai, H.F., and B.R. Noon. 1993. Dusky-footed woodrat abundance in different aged forests in northwestern California. Journal of Wildlife Management 57:373–382.

Schilling, J.W., K.M. Dugger, and R.G. Anthony. 2013. Survival and home-range size of northern spotted owls in Southwestern Oregon. Journal of Raptor Research 47:1-14.

Schumaker, N.H. 2008. HexSim (version 1.3.6.9). http://www.hexsim.net. (13 September 2017).

Schumaker, N.H., A. Brookes, J.R. Dunk, B. Woodbridge, J.A. Heinrichs, J.J. Lawler, C. Carroll, D. LaPlante. 2014. Mapping sources, sinks, and connectivity using a simulation model of northern spotted owls. Landscape Ecology 29:579-592.

Scott, J. H. and E. D. Reinhardt. 2001. Assessing crown fire potential by linking models of surface and crown fire behavior. USDA Forest Service, Rocky Mountain Research Station, Fort Collins, CO. Research Paper RMRS-RP-29. 59 pp. http://www.fs.fed.us/rm/pubs/rmrs_rp029.pdf

Seamans, M.E., R.J. Gutiérrez. 2007. Habitat selection in a changing environment: The relationship between habitat alteration and spotted owl territory occupancy and breeding dispersal. The Condor 109(3): 566-576.

Sheehan, T., D. Bachelet, K. Ferschweiler. 2015. Projected major fire and vegetation changes in the Pacific Northwest of the conterminous United States under selected CMIP5 climate futures. Ecological Modelling. 317: 16-29.

Singleton, P. H., J. F. Lehmkuhl, W. L. Gaines, and S. A. Graham. 2010. Barred Owl space use and habitat selection in the Eastern Cascades, Washington. The Journal of Wildlife Management 74:285–294.

Singleton, P.H., 2013. Barred owls and northern spotted owls in the eastern Cascade Range, Washington (Doctoral dissertation).

Sisco, C.L. 1990. Seasonal home range and habitat ecology of spotted owls in northwestern California. M.S. Thesis. Humboldt State University, Arcata, California.

Small, R. J., J. C. Holzwart, and D. H. Rusch. 1993. Are ruffed grouse more vulnerable to

KSW00459

mortality during dispersal? Ecology 74:2020-2026.

Sollmann, R. A.M. White, G.L. Tarbill, P.N. Manley, and E.E. Knapp. 2016. Landscape heterogeneity compensates for fuel reduction treatment effects on Northern flying squirrel populations. Forest Ecology and Management 373: 100–107.

Sovern S.G., E.D. Forsman, G.S. Olson, B.L. Biswell, M. Taylor, R.G. Anthony. 2014. Barred owls and landscape attributes influence territory occupancy of northern spotted owls. The Journal of Wildlife Management. 78(8): 1436-1443.

Sovern, S.G., E.D. Forsman, K.M. Dugger, M. Taylor. 2015. Roosting habitat use and selection by northern spotted owls during natal dispersal. The Journal of Wildlife Management, 79(2): 254-262.

Spies, T.A., M.A. Hemstrom, A. Youngblood, S. Hummel. 2006. Conserving old-growth forest diversity in disturbance-prone landscapes. Conservation Biology 20(2): 351-362.

Spies, T.A., B.C. McComb, R.S.H. Kennedy, M.T. McGrath, K. Olsen, and R.J. Pabst. 2007. Potential effects of forest policies on terrestrial biodiversity in a multi-ownership province. Ecological Applications 17(1):48-65.

Stephens, S.L., J.J. Moghaddas, C. Edminster, C.E. Fiedler, S. Haase, M. Harrington, J.E. Keeley, E.E. Knapp, J.D. McIver, K. Metlen, K., C.N. Skinner, and A. Youngblood. 2009. Fire treatment effects on vegetation structure, fuels, and potential fire severity in western U.S. forests. Ecological Applications, 19(2), pp. 305–320.

Stephens, S.L., S.W. Bigelow, R.D. Burnett, B.M. Collins, C.V. Gallagher, J. Keane. D.A. Kelt, M.P. North, L.J. Roberts, P.A. Stine. 2014. California spotted owl, songbird, and small mammal responses to landscape fuel treatments. BioScience. 64(10):893-906.

Stephens, S.L., B.M. Collins, C.J. Fettig, M.A. Finney, C.H. Hoffman, E.E. Knapp, M.P. North, J. Safford, R.B. Wayman. 2018. Drought, tree mortality, and wildfire in forests adapted to frequent fire. BioScience. 68: 77-88.

Stephens, S.L., L. N Kobziar, B.M. Collins, R. Davis, P. Fulé, W. Gaines, J. Ganey, J. M. Guldin, P. F Hessburg, K. Hiers, S. Hoagland, J. J. Keane, R. E. Masters, A.E. McKellar, W. Montague, M. North, and T. A. Spies. 2019. Is fire "for the birds"? How two rare species influence fire management across the U.S. Front Ecol Environ doi:10.1002/fee.2076

Sullivan, T.P., D.B. Ransome, D.S. Sullivan, M.F. Lindgren and W. Klenner. 2017. Tree squirrel abundance and demography in managed coniferous forests of British Columbia are within the range of natural fluctuations of old-growth stands. Canadian Journal of Forest Research. 47: 565-582. http://www.nrcresearchpress.com/cjfr.Suzuki, N. and J. P. Hayes. 2003. Effects of thinning on small mammals in Oregon coastal forests. J. Wildlife Management 67(2):352-271.

Suzuki, N. and J. P. Hayes. 2003. Effects of thinning on small mammals in Oregon coastal forests. J. Wildlife Management 67(2):352-271.

Swindle, K.A., W.J. Ripple, E.C. Meslow, and D.J. Schafer. 1997. Old-forest distribution around spotted owl nests in the central Cascade Mountains, Oregon. M.s. Thesis, Oregon State University.

Swindle, K.A., W.J. Ripple, E.C. Meslow, and D.J. Schafer. 1999.  Old-forest distribution around spotted owl nests in the central Cascade Mountains, Oregon. J. Wild. Manage. 63(4):1212-1221.

KSW00460

Tempel, D.J., J.J. Keane, R.J. Gutierrez, J.D. Wolfe, G.M. Jones, A. Koltunov, C.M. Ramirez, W.J. Berigan, C.V. Gallagher, T.E. Munton, P.A. Shaklee, S.A. Whitmore, M.Z. Peery. 2016. Meta-analysis of California spotted owl (*Strix occidentalis occidentalis*) territory occupancy in the Sierra Nevada: Habitat associations and their implications for forest management. The Condor. 118: 747-765.

Tepley, A.J., J.R. Thompson, H.E. Epstein, K.J. Anderson-Teixeira. 2017. Vulnerability to forest loss through altered postfire recovery dynamics in a warming climate in the Klamath Mountains. Global Change Biology. 16 pp. DOI: 10.1111/gcb.13704.

Thomas, J.W., E.D., Forsman, J.B. Lint, E.C. Meslow, B.R. Noon, and J. Verner. 1990. "A conservation strategy for the northern spotted owl: report of the Interagency Scientific Committee to address the conservation of the northern spotted owl." USDA Forest Service, USDI Bureau of Land Management, USDI Fish and Wildlife Service, and USDI National Park Service. Portland, OR. 427 pp.

USDA FS (Forest Service) and USDI BLM (Bureau of Land Management). 1994a. Final Supplemental Environmental Impact Statement on Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl US Government Printing Office, Portland, OR.

USDA FS (Forest Service) and USDI BLM (Bureau of Land Management), 1994b. Record of Decision for Amendments to Forest Service and BLM Planning Documents within the Range of the Northern Spotted Owl. Includes Standards and Guidelines for Management of Late-Successional and Old-Growth Dependent Species Within the Range of the Northern Spotted Owl. US Government Printing Office, Portland, OR.

USDA FS (Forest Service) and USDI BLM (Bureau of Land Management). 2010. Interagency methodology for Recovery Action 32 identification. Unpublished. Medford BLM and Rogue River Siskiyou National Forest. Medford, OR.

USDA FS (Forest Service) and USDI BLM (Bureau of Land Management). 2013. Recovery Plan Implementation Guidance: Interim Recovery Action 10 Medford Bureau of Land Management Rogue River-Siskiyou National Forest USFWS Roseburg Field Office. Unpublished. Medford BLM and Rogue River Siskiyou National Forest. Medford, OR.

USDC NOAA-NMFS (National Oceanic and Atmospheric Administration-National Marine Fisheries Service) and USDI FWS (U.S. Fish and Wildlife Service). 1998. Procedures for Conducting Consultation and Conference Activities under Section 7 of the Endangered Species Act.

USDA FS (Forest Service), USDC NOAA-NMFS (National Oceanic and Atmospheric Administration-National Marine Fisheries Service), and USDI BLM and FWS (Bureau of Land Management and U.S. Fish and Wildlife Service). 1999. Streamlined Consultation Procedures for section 7 of the Endangered Species Act (ESA).

USDI BLM (Bureau of Land Management). Western Oregon. 2015a. Proposed Resource Management Plan, Western Oregon. Portland, OR.

USDI BLM (Bureau of Land Management). 2015b. Medford District Guide for Planning and Implementing Vegetation Management Projects. Medford, OR.

USDI BLM (Bureau of Land Management), Western Oregon. 2016a. Southwest Oregon Record of Decision/ Resource Management Plan, Western Oregon. Portland, OR.

KSW00461

USDI BLM (Bureau of Land Management). 2016b. Proposed Resource Management Plan/Final Environmental Impact Statement for the Resource Management Plans for Western Oregon. Volumes 1-4. Portland, OR: Government Printing Office.

USDI BLM (Bureau of Land Management). 2021. Northern Spotted Owl Carrying Capacity Change Assessment for BLM Lands in Western Oregon. Unpublished Analysis on file with BLM Oregon State Office. 4 p.

USDI BLM (Bureau of Land Management). 2022. Resource Management Plan Evaluation Report Northwestern and Coastal Oregon Resource Management Plan Southwestern Oregon Resource Management Plan. Unpublished Analysis on file with BLM Oregon State Office. 58 p.

USDI BLM (Bureau of Land Management). 2023. Medford BLM FY23 Batch of Projects Biological Assessment. Medford District BLM. Medford, OR. pp. 180.

USDI FWS (U.S. Fish and Wildlife Service). 1992. Endangered and Threatened Wildlife and Plants; Draft Recovery Plan for the northern spotted owl.

USDI FWS (U.S. Fish and Wildlife Service). 2009. Regulatory and scientific basis for the U.S. Fish and Wildlife Service guidance for evaluation of take for northern spotted owls on private timberlands in California's northern interior region.

USDI FWS (U.S. Fish and Wildlife Service). 2011. Revised Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*). U.S. Fish and Wildlife Service, Portland, Oregon. xvi + 258 pp.

USDI FWS (U.S. Fish and Wildlife Service). 2012. 2012 Revision- Protocol for Surveying Proposed Management Activities that May Impact Northern Spotted Owls. U.S. Fish and Wildlife Service, Portland, OR.

USDI FWS (U.S. Fish and Wildlife Service). 2013. Experimental Removal of Barred Owls to Benefit Northern Spotted Owls. Final Environmental Impact Statement. Oregon Fish and Wildlife Office, Portland, Oregon. 467 pp.

USDI FWS (U.S. Fish and Wildlife Service). 2016. Biological Opinion on the Bureau of Land Management's Approval of the Proposed Resource Management Plan for Western Oregon. Tails # 01EOFW00-2015-F-0279). Oregon Fish and Wildlife Office. Portland, OR.

Van Lanen, N. J., A. B. Franklin, K. P. Huyvaert, R. F. Reiser Ii, and P. C. Carlson. 2011. Who hits and hoots at whom? Potential for interference competition between barred and northern spotted owls. Biological Conservation 144:2194-2201.

Verschuyl, J., S. Riffell, D. Miller, T. B. Wigley. 2011. Biodiversity response to intensive biomass production from forest thinning in North American forests – A meta-analysis. Forest Ecology and Management 261 (2011) 221–232.

Waters, J.R., K.S. McKelvey, and C.J. Zabel. 1994. The effects of thinning and broadcast burning on sporocarp production of hypogeous fungi. Can. J. For. Res. 24: 1516-1522.

Wiens, J.A. 1989. Spatial scaling in ecology. Functional Ecology. 3(4): 385-397

Wiens, J.D., R.G. Anthony, and E.D. Forsman. 2011. Barred owl occupancy surveys within the range of the northern spotted owl. Journal of Wildlife Management 75:531-538.

Wiens, J. D. 2012. Competitive interactions and resource partitioning between northern spotted owl and barred owl in western Oregon. Oregon State University, Corvallis.

Wiens, J. D., R. G. Anthony, and E. D. Forsman. 2014. Competitive interactions and resource

KSW00462

partitioning between northern spotted owls and barred owls in western Oregon. Wildlife Monographs 85:1-50

Wiens, J.D, K.M. Dugger, K.E. Lewicki, and D.C. Simon. 2017. Effects of Experimental Removal of Barred Owls on Population Demography of Northern Spotted Owls in Washington and Oregon—2016 Progress Report. U.S. Geological Survey Open-File Report 2017-1040, 23 p., https://doi.org/10.3133/ofr20171040.

Wiens, J.D., K.M. Dugger, D.B. Lesmeister, K.E. Dilione, and D.C. Simon. 2020. Effects of barred owl (*Strix varia*) removal on population demography of northern spotted owls (*Strix occidentalis caurina*) in Washington and Oregon—2019 annual report: U.S. Geological Survey Open-File Report 2020–1089, 19 p., https://doi.org/10.3133/ofr20201089.

Wiens, J.D., K.M. Dugger, J.M. Higley, D.B. Lesmeister, A.B. Franklin, K.A. Hamm, G.C. White, K.E. Dilione, D.C. Simon, RR. Bown, P.C. Carlson, C.B. Yackulic, J.D. Nichols, J.E. Hines, R.J. Davis, D.W. Lamphear, C. McCafferty, T.L. McDonald, and S.G. Sovern. 2021. Invader removal triggers competitive release in a threatened avian predator. Ecology, 118(31): 1-9.

Willms, J., A.Bartuszevige, D.W. Schwilk, and P.L. Kennedy. 2017. The effects of thinning and burning on understory vegetation in North America: A meta-analysis. Forest Ecology and Management. 392: 184-194

Wilson, T.M. 2010. Limiting factors for northern flying squirrels (*Glaucomys sabrinus*) in the Pacific Northwest: a spatio-temporal analysis. Ph.D. dissertation. Cincinnati, OH: Union Institute & University.

Wilson, T. M. and E. D. Forsman. 2013. Thinning effects on spotted owl prey and other forest-dwelling small mammals. In: Anderson, Paul D.; Ronnenberg, Kathryn L., eds. Density management for the 21st Century: west side story. Gen. Tech. Rep. PNW-GTR-880. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station: 79–90.

Wood, C. M., R. J. Gutierrez, J. J. Keane, and M. Z. Peery. 2020. Early detection of rapid Barred Owl population growth within the range of the California Spotted Owl advises the Precautionary Principle. The Condor. Volume 122, pp. 1–10.

Yackulic, C. B., J. Reid, J. D. Nichols, J. E. Hines, R. Davis, and E. D. Forsman. 2014. The roles of competition and habitat in the dynamics of populations and species distributions. Ecology 95:265–279.

Yackulic, C.B., L.L. Bailey, K.M. Dugger, R.J. Davis, A.B. Franklin, E.D. Forsman, S.H. Ackers, L.S. Andrews, L.V. Diller, S.A. Gremel, K.A. Hamm, D.R. Herter, J.M. Higley, R.B. Horn, C. McCafferty, J.A. Reid, J.T. Rockweit, and S.G. Sovern. 2019. The past and future roles of competition and habitat in the range-wide occupancy dynamics of northern spotted owls: Ecological Applications, v. 29, no. 3, article e01861, 8 p., https://doi.org/10.1002/eap.1861.

Yospin, G.I., S.D. Bridgham, R.P. Neilson, J.P. Bolte, D.M. Bachelet, P.J. Gould, C.A. Harrington, J.A. Kertis, C. Evers, and B.R. Johnson. 2015. A new model to simulate climate-change impacts on forest succession for local land management. Ecological Applications, 25(1), 226-242. doi:10.1890/13-0906.

Zabel, C.J., G.N. Steger, K.S. McKelvey, G.P. Eberlein, B.R. Noon, and J. Verner. 1992a. Home-range size and habitat-use patterns of California spotted owls in the Sierra Nevada.

KSW00463

In Verner et al., The California Spotted Owl: A technical assessment of its current status. PSW-GTR-133. USDA Forest Service, Pacific Southwest Region. 285 pages.

Zabel, C.J., K.S. McKelvey and J.D. Johnston. 1992b. Patterns of habitat use by California spotted owls in logged forests of the northern Sierra Nevada. In Verner et al., The California Spotted Owl: A technical assessment of its current status. PSW-GTR-133. USDA Forest Service, Pacific Southwest Region. 285 pages.

Zabel, C.J., K. McKelvey, J.P. Ward, Jr. 1995. Influence of primary prey on home-range size and habitat-use patterns of northern spotted owls (*Strix occidentalis caurina*). Canadian Journal of Zoology. 73: 433-439.

Zabel, C.J., J.R. Dunk, H.B. Stauffer, L.M. Roberts, B.S. Mulder, and A. Wright. 2003. Northern spotted owl habitat models for research and management application in California (USA). Ecological Applications. 13(4):1027-1040.

## PERSONAL COMMUNICATIONS

J. Reilly pers. comm. 2023a. Jason Reilly, District Wildlife Biologist (Acting), Medford District BLM. Email correspondence, June 2-14 2023.

J. Reilly pers. comm. 2023b. Jason Reilly, District Wildlife Biologist (Acting), Medford District BLM. Email correspondence, June 9 2023.

J. Reilly pers. comm. 2023c. Jason Reilly, District Wildlife Biologist (Acting), Medford District BLM. Email correspondence, June 15 2023.

J. Reilly pers. comm. 2023d. Jason Reilly, District Wildlife Biologist (Acting), Medford District BLM. Email correspondence, June 23 2023.

## ASSOCIATED FEDERAL REGISTER DOCUMENTS

55 FR 26114: Determination of Threatened Status for the Northern Spotted Owl. Final Rule. Published in the Federal Register on January 26, 1990. 26114-26194.

57 FR 1796: Endangered and Threatened Wildlife and Plants; determination of critical habitat for the northern spotted owl. Final Rule. Published in the Federal Register on January 15, 1992. 1796-1838.

77 FR 71876: Designation of Revised Critical Habitat for the Northern Spotted Owl. Final Rule. Published in the Federal Register on December 4, 2012. 71876-72068.

85 FR 48487. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Northern Spotted Owl, Proposed Rule. Published in the Federal Register on August 11, 2020.

85 FR 81144:  12-Month Finding for the Northern Spotted Owl. Published in the Federal Register on December 15, 2020. 81144-81152

86 FR 47221. Endangered and Threatened Wildlife and Plants; Endangered Species Status for Franklin's Bumble Bee; Final Rule. Published in the Federal Register on August 27, 2021.

86 FR 62606. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical

KSW00464

Habitat for the Northern Spotted Owl, Final Rule; withdrawal and revision. Published in the Federal Register on November 10, 2021. 62606-62666.

87 FR 43886: Barred Owl Management Strategy; Intent to Prepare an Environmental Impact Statement; Washington, Oregon, and California.  Notice of availability July 22, 2022.

**APPENDIX A**

**STATUS OF THE SPECIES**
**FOR**
**NORTHERN SPOTTED OWL**
**AND ITS**
**CRITICAL HABITAT**

**Produced by**
**U.S. Fish and Wildlife Service,**
**Portland, OR**
**May 21, 2023**

KSW00465

### *NORTHERN SPOTTED OWL*

## EXECUTIVE SUMMARY

The northern spotted owl has declined across large portions of its range since the time of its listing in 1990. The biggest threats are 1) loss of habitat due to timber harvest and/or severe wildfire 2) and competition with non-native barred owls (*Strix varia*). The most severe population declines are occurring in the northern portion of the species' range where barred owls have been established for the longest period of time. The current rate of decline raises concerns about the long-term persistence of the northern spotted owl throughout the Pacific Northwest.

Northern spotted owls rely on older forested habitats because such forests contain the structures and characteristics required for nesting, roosting, and foraging. The northern spotted owl was listed as threatened throughout its range "due to loss and adverse modification of northern spotted owl habitat as a result of timber harvesting and exacerbated by catastrophic events such as fire, volcanic eruption, and wind storms" (Service 1990a, p. 26114). Loss of northern spotted owl habitat on Federal lands since the 1990s due to timber harvest has been reduced over the past two decades under the Northwest Forest Plan (NWFP or the Plan). Wildfire is currently the primary cause of habitat loss on Federal lands, and the rate and severity of wildfire in portions of the range of the northern spotted owl are expected to increase in the future under projected climate change scenarios. Northern spotted owl habitat on private lands has continued to decline since the time of listing and has declined at a higher rate than on Federal lands; thus, Federal and State lands will continue to provide the majority of habitat for northern spotted owls for the foreseeable future. With the exception of some areas in northern California, northern spotted owls are unlikely to persist in areas without Federal lands.

The most recent observed 5.3 percent annual rate of decline of the northern spotted owl (Franklin et al. 2021, p. 13) indicates that this species is in severe decline and the extinction risk for this species has increased since the time of listing. Spotted owl populations in long-term study areas have declined 32 to over 80 percent since the early 1990s. If this rate continues into the future, the species will likely decline to extirpation in the northern portion of its range in the near future where population declines have been greatest (over 60 percent). Additionally, northern spotted owl population simulations indicated that without a reduction in barred owl impacts on northern spotted owls, northern spotted owl populations had a greater than 50 percent probability of extirpation in Washington and the Oregon Coast Ranges. The most recent range-wide northern spotted owl demographic meta-analysis indicated that barred owls are currently the factor with the largest negative impact on northern spotted owls (Franklin et al. 2021, entire).

Critical habitat for the northern spotted owl includes approximately 9,373,676 acres in 11 units and 60 sub-units in California, Oregon, and Washington (Service 2021b, p. 62641). This acreage resulted from the November 10, 2021 Final Rule's exclusion of approximately 204,294 acres within the Harvest Land Base for BLM and some tribal lands in Oregon (Service 2021b, entire) from the 2012 critical habitat designation (Service 2012a, entire).

KSW00466

## LEGAL STATUS

The northern spotted owl (*Strix occidentalis caurina*) was listed as threatened on June 26, 1990 due to widespread loss and adverse modification of habitat across the species' entire range and the inadequacy of existing regulatory mechanisms to conserve the owl (Service 1990a, p. 26114). Recovery priority numbers are assigned on a scale of 1C (highest) to 18 (lowest). The number reflects the severity of threats and the potential for recovery, and "C" reflects conflict with development, construction, or other economic activity (Service 1983, p. 43104). The northern spotted owl was originally listed with a recovery priority number of 3C, but that number has been changed several times over the years and is now 6C. This number reflects a high degree of threat, a low potential for recovery, and conflicts with economic activity (Service 1983, p. 51895). In 2012, the U.S. Fish and Wildlife Service (Service) was petitioned to uplist the northern spotted owl from threatened to endangered status under the Endangered Species Act (ESA). In April 2015, the Service determined that petition presented substantial information indicating that the listing may be warranted due to a number of listing factors (Service 2015, pp. 19259-19263). An assessment of the species' status in the most recent 5-year review documented the declining status of the northern spotted owl (Service 2019, entire). After this review, the Service concluded on December 15, 2020 that changing the status of the northern spotted owl from threatened to endangered was warranted but precluded by higher priority actions to amend the Lists of Endangered and Threatened Wildlife and Plants (Service 2020, pp. 81144-81152).

## LIFE HISTORY

### Taxonomy

The northern spotted owl is one of three subspecies of spotted owls currently recognized by the American Ornithologists' Union. The taxonomic separation of these three subspecies is supported by genetic (Barrowclough and Gutiérrez 1990, pp.741-742; Barrowclough et al. 1999, p. 928; Haig et al. 2004, p. 1354; Funk et al. 2008, pp. 1-11), morphological (Gutiérrez et al. 1995, p. 2), and biogeographic information (Barrowclough and Gutiérrez 1990, p. 741-742). Studies analyzing mitochondrial DNA sequences (Haig et al. 2004, p. 1354; Chi et al. 2004, p. 3; Barrowclough et al. 2005, p. 1117) and microsatellites (Henke et al., unpubl. data, p. 15) confirmed the validity of the current subspecies designations for northern and California spotted owls (*S. o. occidentalis*). The narrow hybrid zone between these two subspecies, which is located in the southern Cascades and northern Sierra Nevada, appears to be stable (Barrowclough et al. 2005, p. 1116), although bi-directional hybridization and dispersal between the subspecies occurs (Funk et al. 2008, pp. 1-11). The distribution of the Mexican subspecies (*S. o. lucida*) is separate from those of the northern and California subspecies (Gutiérrez et al. 1995, p. 2). However, Funk et al. (2008, pp. 1-11) discovered intro-regression of Mexican spotted owls into the northernmost parts of the northern spotted owl populations in Washington, indicating some long-distance dispersal of Mexican spotted owls into the northern spotted owl range. Hybridization of northern spotted owls with barred owls has been recorded (Hamer et al. 1994, pp. 487-491; Dark et al. 1998, pp. 50-56; Kelly 2001, pp. 33-34, 38; Kelly and Forsman 2004, pp. 807-809; Funk et al. 2008, pp. 161-171; Wiens 2012, p. 1).

KSW00467

## Physical Description

The northern spotted owl is a medium-sized owl and is the largest of the three subspecies of spotted owls (Gutiérrez et al. 1995, p. 2). It is approximately 46 to 48 centimeters (18 inches to 19 inches) long and the sexes are dimorphic, with males averaging about 13 percent smaller than females. The mean mass of 971 males taken during 1,108 captures was 580.4 grams (1.28 pounds) (out of a range 430.0 to 690.0 grams) (0.95 pound to 1.52 pounds), and the mean mass of 874 females taken during 1,016 captures was 664.5 grams (1.46 pounds) (out of a range 490.0 to 885.0 grams) (1.1 pounds to 1.95 pounds) (Loschl, P. and E. Forsman pers. comm. 2006 cited in Service 2011b, p. A-1). The northern spotted owl is dark brown with a barred tail and white spots on its head and breast, and it has dark brown eyes surrounded by prominent facial disks. Four age classes can be distinguished on the basis of plumage characteristics (Forsman 1981; Moen et al. 1991, p. 493). The northern spotted owl superficially resembles the barred owl, a species with which it occasionally hybridizes (Kelly and Forsman 2004, p. 807). Hybrids exhibit physical and vocal characteristics of both species (Hamer et al. 1994, p. 488).

## Current and Historical Range

The current range of the northern spotted owl extends from southwest British Columbia through the Cascade Mountains, coastal ranges, and intervening forested lands in Washington, Oregon, and California, as far south as Marin County (Service 1990a, p. 26115). The range of the northern spotted owl is partitioned into 12 physiographic provinces (see Figure A-1) based on recognized landscape subdivisions exhibiting different physical and environmental features (Service 2011b, p. III-1; Thomas et al. 1993). These provinces are distributed across the species' range as follows:

- Four provinces in Washington: Eastern Washington Cascades, Olympic Peninsula, Western Washington Cascades, Western Washington Lowlands
- Five provinces in Oregon: Oregon Coast Range, Willamette Valley, Western Oregon Cascades, Eastern Oregon Cascades, Oregon Klamath
- Three provinces in California: California Coast, California Klamath, California Cascades

The northern spotted owl is extirpated or uncommon in certain areas such as southwestern Washington and British Columbia. Timber harvest activities have eliminated, reduced, or fragmented northern spotted owl habitat sufficiently to decrease overall population densities across its range, particularly within the coastal provinces where habitat reduction has been concentrated (Thomas and Raphael 1993; Service 2011b, pp. B-1 to B-4).

## Behavior

Northern spotted owls are primarily nocturnal (Forsman et al. 1984, pp. 51-52) and spend virtually their entire lives beneath the forest canopy (Courtney et al. 2004, p. 2-5). They are adapted to maneuverability beneath the forest canopy rather than strong, sustained flight (Gutiérrez et al. 1995, p. 9). They forage between dusk and dawn and sleep during the day with peak activity occurring during the two hours after sunset and the two hours prior to sunrise (Gutiérrez et al. 1995, p. 5; Delaney et al. 1999, p. 44). They will sometimes take advantage of vulnerable prey near their roosts during the day (Layman 1991, pp. 138-140; Sovern et al. 1994, p. 202).

KSW00468



Figure A-1. Physiographic Provinces within the range of the northern spotted owl in the United States (from Service 2011b, A-3).

Northern spotted owls seek sheltered roosts to avoid inclement weather, summer heat, and predation (Forsman 1975, pp. 105-106; Barrows and Barrows 1978; Barrows 1981; Forsman et al. 1984, pp. 29-30). Northern spotted owls become stressed at temperatures above 28°C (82°F), but there is no evidence to indicate that they have been directly killed by temperature because of their ability to thermoregulate

KSW00469

by seeking out shady roosts in the forest understory on hot days (Barrows and Barrows 1978; Forsman et al. 1984, pp. 29-30, 54; Weathers et al. 2001, pp. 678, 684). During warm weather, northern spotted owls seek roosts in shady recesses of understory trees and occasionally will even roost on the ground (Barrows and Barrows 1978, pp. 3, 7-8; Barrows 1981, pp. 302-306, 308; Forsman et al. 1984, pp. 29-30, 54; Gutiérrez et al. 1995, p. 7). Glenn et al. (2010, p. 2549) found that population growth was negatively associated with hot summer temperatures at their southernmost study area in the southern Oregon Cascades, indicating that warm temperatures may still influence the species. Both adults and juveniles have been observed drinking water, primarily during the summer, which is thought to be associated with thermoregulation (Gutiérrez et al. 1995, p. 7).

Northern spotted owls are territorial; however, home ranges of adjacent pairs overlap (Forsman et al. 1984, p. 22; Solis and Gutiérrez 1990, p. 746) suggesting that the area defended is smaller than the area used for foraging. They will actively defend their nests and young from predators (Forsman 1975, p. 15; Gutiérrez et al. 1995, p. 11). Territorial defense is primarily carried out by hooting, barking, and whistle type calls. Some northern spotted owls are not territorial but either remain as residents within the territory of a pair or move among territories (Gutiérrez 1996, p. 4). These birds are referred to as "floaters." Floaters have special significance in northern spotted owl populations because they may buffer the territorial population from decline (Franklin 1992, p. 822). Little is known about floaters other than that they exist and typically do not respond to calls as vigorously as territorial birds (Gutiérrez 1996, p. 4).

Northern spotted owls are monogamous and usually form long-term pair bonds. "Divorces" occur but are relatively uncommon. There are no known examples of polygyny in this owl, although associations of three or more birds have been reported (Gutiérrez et al. 1995, p. 10).

**Habitat Relationships**

<u>Home Range and Core Areas</u>

Northern spotted owls are territorial raptors that range widely in search of prey but are 'anchored' during the breeding season to a nest site (central-place forager). Evaluations of northern spotted owl habitat are usually conducted at two spatial scales: the home range and core areas. The home range is the "area traversed by the individual in its normal activities of food gathering, mating, and caring for young" (Burt 1943:351, cited in Service 2009).

Home-range sizes vary geographically, generally increasing from south to north, which is likely a response to differences in habitat quality (Service 1990a, p. 26117). Estimates of median size of their annual home range (the area traversed by an individual or pair during their normal activities (Thomas and Raphael 1993, pp. IX-15) vary by province and range from 2,955 acres in the Oregon Cascades (Thomas et al. 1990, p. 194) to 14,211 acres on the Olympic Peninsula (Service 1994, p. 3). Zabel et al. (1995, p. 436) showed that these provincial home ranges are larger where flying squirrels are the predominant prey and smaller where woodrats are the predominant prey. Home ranges of adjacent pairs overlap (Forsman et al. 1984, p. 22; Solis and Gutiérrez 1990, p. 746), suggesting that the defended area is smaller than the area used for foraging.

Within home ranges, areas receiving concentrated use, typically surrounding the nest site and favored foraging areas, are called core-use areas. Results from Bingham and Noon (1997) showed that northern

KSW00470

spotted owls typically used 20-21 percent of their home range as core-use area habitat, which generally included 60-70 percent of the sites within their home range used during the breeding season. As central place foragers, nesting northern spotted owls are likely very sensitive to activities that occur within their core-use areas and especially their nest patches (Swindle et al. 1997; Miller 1989; and Meyer et al. 1998). Zabel et al. (2003, abstract, p. 1033) found the best-fitting model for northern spotted owl occupancy predictions in northwest California was at the 200-ha (500 acre) scale.

Some studies have found that northern spotted owls use smaller home ranges during the breeding season and often dramatically increase their home range size during fall and winter (Forsman et al. 1984, pp. 21-22; Sisco 1990, p. iii). In Southern Oregon, one study found that home range and core areas remained essentially the same between seasons, concluding that perhaps this was due to the quality of available habitat (Schilling et al. 2013).

The habitat composition, specifically sufficient amounts of nesting, roosting and foraging habitat (N, R, and F), within cores and annual home ranges has been found to be directly correlated with demographic responses such as occupancy, reproductive success, survival, and fitness. For example, Franklin et al. (2000) found that the proportion of good habitat was around 60 percent to lesser quality habitat for owl core use areas in northwest California. Bart (1995) found that core areas should contain 30-50 percent mature and old growth forest. When northern spotted owl home ranges have less than 40 to 60 percent nesting/roosting/foraging (NRF), they were more likely to have lower occupancy and fitness (Thomas et al.,1990; Bart and Forsman 1992; Bart 1995; Dugger et al. 2005; and Olson et al. 2005). Northern spotted owl survival has been found to be negatively correlated with forest fragmentation (Schilling et al. 2013).

The probability of occupancy is increased when core areas contain a range of habitat conditions suitable for use by northern spotted owls, and the survival and fitness of northern spotted owls is positively correlated with larger patch sizes or proportion of older forests (Franklin et al. 2000, Dugger et al. 2005, Service 2009). The Service notes that "the strongest type of information relevant to the evaluation of take relates the fitness of [northern spotted owls] to characteristics of their habitat" (Service 2009). Although differences exist in natural stand characteristics that influence home range size, habitat loss and forest fragmentation effectively reduce habitat quality in the home range. A reduction in the amount of suitable habitat reduces spotted owl abundance and nesting success (Bart and Forsman 1992, pp. 98-99; Bart 1995, p. 944).

<u>Habitat Use and Selection</u>

Forsman et al. (1984, pp.15-16) reported that northern spotted owls have been observed in the following forest types: Douglas-fir (*Pseudotsuga menziesii*), western hemlock (*Tsuga heterophylla*), grand fir (*Abies grandis*), white fir (*Abies concolor*), ponderosa pine (*Pinus ponderosa*), Shasta red fir (*Abies magnifica shastensis*), mixed evergreen, mixed conifer hardwood (Klamath montane), and redwood (*Sequoia sempervirens*). The upper elevation limit at which northern spotted owls occur corresponds to the transition to subalpine forest, which is characterized by relatively simple structure and severe winter weather (Forsman 1975, p. 27; Forsman et al. 1984, pp. 15-16).

Northern spotted owls generally rely on older forested habitats because such forests contain the structures and characteristics required for nesting, roosting, and foraging. Features that support nesting and roosting typically include a moderate to high canopy closure (60 to 80 percent); a multi-layered,

KSW00471

multi-species canopy with large overstory trees (with diameter at breast height [dbh] of greater than 30 inches); a high incidence of large trees with various deformities (large cavities, broken tops, mistletoe infections, and other evidence of decadence); large snags; large accumulations of fallen trees and other woody debris on the ground; and sufficient open space below the canopy for northern spotted owls to fly (Thomas et al. 1990, p. 19). Weathers et al. 2001, (p. 686) found the northern spotted owl association with structurally complex habitats containing high canopy closure was in part due to their intolerance of high temperatures. Complex vertically structured habitat such as mature and old-growth forests habitats contain sufficient cover to provides protection from predators (Franklin et al. 2000, p. 578-579).

Northern spotted owls nest almost exclusively in trees. Nest sites are found in forests having complex structure dominated by large diameter trees and high canopy closure (Forsman et al. 1984, p. 30; Hershey et al. 1998, p. 1402, LaHaye et al. 1997, p. 46-48). Even in forests that have been previously logged, spotted owls select forests having a structure (i.e., larger trees, greater canopy closure) different than forests generally available to them (Folliard 1993, p. 40; Buchanan et al. 1995, p. 304-305; Hershey et al. 1998, p. 1406-1407). Similarly, roost sites selected by spotted owls have more complex vegetation structure than forests generally available to them (Barrows and Barrows 1978, p. 2-3; Forsman et al. 1984, pp. 29-30; Solis and Gutiérrez 1990, pp. 742-743, 747).

Foraging habitat, which provides a food supply for northern spotted owl survival and reproduction, is the most variable of all habitats used by territorial northern spotted owls (Thomas et al. 1990; Service 2011b, p. G-2). Northern spotted owls select old forests for foraging in greater proportion than their availability at the landscape scale (Carey et al. 1992, pp. 236-237; Carey and Peeler 1995, p. 235; Forsman et al. 2004, pp. 372-373), but will forage in younger stands with high prey densities and access to prey (Carey et al. 1992, p. 247; Rosenberg and Anthony 1992, p. 165; Thome et al. 1999, pp. 56-57). Glenn et al. (2004, p. 48) found that northern spotted owls had larger home ranges in areas with less old-growth and mature forest, although the population was not self-sustaining during the study period (Franklin et al. 1999 in Glenn et al. 2004, p. 46).

Foraging activity is positively associated with tree height diversity (North et al. 1999, p. 524), canopy closure and woody debris (Irwin et al. 2000, p. 180; Courtney et al. 2004, pp. 5-15), snag volume, density of snags greater than 20 in (50 cm) dbh (North et al. 1999, p. 524; Irwin et al. 2000, pp. 179-180; Courtney et al. 2004, pp. 5-15), density of trees greater than or equal to 31 in (80 cm) dbh (North et al. 1999, p. 524), volume of woody debris (Irwin et al. 2000, pp. 179-180), and young forests with some structural characteristics of old forests (Carey et al.1992, pp. 245-247; Irwin et al. 2000, pp. 178-179). Habitat use is influenced by prey availability. Ward (1990, p. 62) found that spotted owls foraged in areas where the occurrence of prey was more predictable within older forests and near ecotones of old forest and brush seral stages. The availability or abundance of prey can in turn influence reproductive success (Rosenburg et al. 2003, pp. 1720-1723).

Dispersal habitat is essential to maintaining stable populations by filling territorial vacancies when resident northern spotted owls die or leave their territories, and to providing adequate gene flow across the range of the species. While dispersal habitat may include younger and less diverse forest stands than foraging habitat, such as even-aged, pole-sized stands, at a minimum it consists of stands with adequate tree size and canopy closure to provide protection from avian predators and at least minimal roosting and foraging opportunities (Service 2011b, p. G-1). Northern spotted owls have been found to disperse through highly fragmented forest landscapes (Forsman et al., 2002; p. 22). However, in a study of the

KSW00472

natal dispersal of northern spotted owls, Sovern and others (2015, pp. 257-260) found the majority of roosts were in forested habitats with at least some large (>50 cm or about 19 inches dbh) trees and they selected stands with high canopy cover (>70 percent) at the landscape scale. These authors suggested the concept of 'dispersal' habitat as a lower quality type of habitat may be inappropriate.

**Geographic Variability**

In redwood forests and mixed conifer-hardwood forests along the coast of northwestern California, spotted owls occur in both old growth forests and younger forest stands, particularly in areas where hardwoods provide a multi-layered structure at an early age (Thomas et al. 1990, p. 158; Diller and Thome 1999, p. 275). In the southern portion of their range, where woodrats are a major component of their diet, northern spotted owls are more likely to use a variety of stands, including younger stands, brushy openings in older stands, and edges between forest types in response to higher prey density in some of these areas (Forsman et al. 1984, pp. 24-29).

In the Coast Ranges, Western Oregon and Washington Cascades, and the Olympic Peninsula, radio-marked spotted owls selected for old-growth and mature forests for foraging and roosting and used young forests less than predicted based on availability (Forsman et al. 1984, pp. 24-25; Carey et al. 1990, pp. 14-15; Thomas et al. 1990; Irwin et al. 2000, p. 41; Herter et al. 2002, p. 441; Forsman et al. 2005, pp. 372-373).

In mixed conifer forests in the eastern Cascades in Washington, 27 percent of nest sites were in old-growth forests, 57 percent were in the understory reinitiation phase of stand development, and 17 percent were in the stem exclusion phase (Buchanan et al. 1995, p. 304). In eastern Washington, spotted owl nest sites were found to have canopies of dominant and/or codominant and intermediate trees that were farther aboveground, more 35-60-cm (14-24 in)-dbh Douglas-fir, greater basal area of Douglas-fir trees, more 61-84-cm (24-33.5 in) dbh ponderosa pine trees, more live tree basal and more basal area of Class IV snags (broken snags with no branches and little bark).

The availability and distribution of habitats are important considerations. Landscape-level analyses in portions of Oregon Coast and California Klamath provinces suggest that a mosaic of late-successional habitat interspersed with other seral conditions may benefit spotted owls more than large, homogeneous expanses of older forests (Zabel et al. 2003, p. 1038; Franklin et al. 2000, pp. 573-579; Meyer et al. 1998, p. 43). Olson et al. (2004, pp. 1049-1050) infer that while mid-seral and late-seral forests are important to spotted owls, in the central Oregon Coast Range a mixture of these forest types with younger forest and non-forest may be best for spotted owl survival and reproduction in their study area.

In a large-scale demography modeling study, Forsman et al. (2011, pp. 1-2) found a positive correlation between the amount of suitable habitat and recruitment of young. The most recent rangewide population meta-analysis (Franklin et al. 2021, pp. 13, 18) found that increased amounts of northern spotted owl habitat decreased site extirpation, and in most areas increased site colonization, even when barred owls were present. Yackulic and others (2019, pp. 4-6) found that the influence of habitat availability on population extirpation was similar in magnitude to the influence of barred owls.

**Reproductive Biology**

KSW00473

The northern spotted owl is relatively long-lived, has a long reproductive life span, invests significantly in parental care, and exhibits high adult survivorship relative to other North American owls (Forsman et al. 1984; Gutiérrez et al. 1995, p. 5). Northern spotted owls are sexually mature at 1 year of age, but rarely breed until they are 2 to 5 years of age (Miller et al. 1985, p. 93; Franklin 1992, p. 821; Forsman et al. 2002, p. 17). Breeding females lay one to four eggs per clutch, with the average clutch size being two eggs; however, most northern spotted owl pairs do not nest every year, nor are nesting pairs successful every year (Service 1990b; Forsman et al. 1984, pp. 32-34; Anthony et al. 2006, p. 28), and re-nesting after a failed nesting attempt is rare (Gutiérrez 1996, p. 4). The small clutch size, temporal variability in nesting success, and delayed onset of breeding all contribute to the relatively low fecundity of this species (Gutiérrez 1996, p. 4).

Courtship behavior usually begins in February or March, and females typically lay eggs in late March or April. The timing of nesting and fledging varies with latitude and elevation (Forsman et al. 1984, p. 32). After they leave in late May or June, juvenile northern spotted owls depend on their parents until they are able to fly and hunt on their own. Parental care continues after fledging into September (Service 1990a; Forsman et al. 1984, p. 38). During the first few weeks after the young leave the nest, the adults often roost with them during the day. By late summer, the adults are rarely found roosting with their young and usually only visit the juveniles to feed them at night (Forsman et al. 1984, p. 38). Telemetry and genetic studies indicate that close inbreeding between siblings or parents and their offspring is rare (Haig et al. 2001, p. 35; Forsman et al. 2002, p. 18). Hybridization of northern spotted owls with California spotted owls and barred owls has been confirmed through genetic research (Hamer et al. 1994, pp. 487-492; Gutiérrez et al. 1995, pp. 2-3; Dark et al. 1998, p. 52; Kelly 2001, pp. 33-35; Funk et al. 2008, pp. 161-171).

**Dispersal Biology**

Natal dispersal of northern spotted owls typically occurs in September and October with a few individuals dispersing in November and December (Miller et al. 1997; Forsman et al. 2002, p. 13). Natal dispersal occurs in stages, with juveniles settling in temporary home ranges between bouts of dispersal (Forsman et al. 2002, pp. 13-14; Miller et al. 1997, p. 143). The median natal dispersal distance is about 10 miles for males and 15.5 miles for females (Forsman et al. 2002, p. 16). Dispersing juvenile northern spotted owls experience high mortality rates, exceeding 70 percent in some studies (Service 1990a; Miller 1989, pp. 32-41). Known or suspected causes of mortality during dispersal include starvation, predation, and accidents (Miller 1989, pp. 41-44; Service 1990a; Forsman et al. 2002, pp. 18-19). Parasitic infection may contribute to these causes of mortality, but the relationship between parasite loads and survival is poorly understood (Hoberg et al. 1989, p. 247; Gutiérrez 1989, pp. 616-617; Forsman et al. 2002, pp. 18-19). Successful dispersal of juvenile northern spotted owls may depend on their ability to locate unoccupied suitable habitat in close proximity to other occupied sites (LaHaye et al. 2001, pp. 697-698).

There is little evidence that small openings in forest habitat influence the dispersal of northern spotted owls, but large, non-forested valleys such as the Willamette Valley apparently are barriers to both natal and breeding dispersal (Forsman et al. 2002, p. 22). The degree to which water bodies, such as the Columbia River and Puget Sound, function as barriers to dispersal is unclear, although radio telemetry data indicate that northern spotted owls move around large water bodies rather than cross them (Forsman et al. 2002, p. 22). Analysis of the genetic structure of northern spotted owl populations suggests that gene flow may have been adequate between the Olympic Mountains and the Washington

KSW00474

Cascades, and between the Olympic Mountains and the Oregon Coast Range in the late 1990s (Haig et al. 2001, p. 35).

Breeding dispersal occurs among a small proportion of adult northern spotted owls; these movements were more frequent among females and unmated individuals (Forsman et al. 2002, pp. 20-21). Breeding dispersal distances were shorter than natal dispersal distances and also are apparently random in direction (Forsman et al. 2002, pp. 21-22). In California spotted owls, a similar subspecies, the probability for dispersal was higher in younger owls, single owls, paired owls that lost mates, owls at low quality sites, and owls that failed to reproduce in the preceding year (Blakesley et al. 2006, p.77). Both males and females dispersed at near equal distances (Blakesley et al. 2006, p. 76). In 72 percent of observed cases of dispersal, dispersal resulted in increased habitat quality (Blakesley et al. 2006, p. 77).

Dispersal can also be described as having two phases: transience and colonization (Courtney et al 2004, p. 5-13). Dispersal success is likely highest in mature and old growth forest stands where there is more likely to be adequate cover and food supply (Service 2012a, p. 14086). Transient dispersers use a wider variety of forest conditions for movements than colonizing dispersers, who require habitats resembling nesting/roosting and foraging habitats used by breeding birds (Miller et al 1997, p. 144; Courtney et al 2004, p. 5-13; Service 2012a, p. 14086).

**Food Habits**

Northern spotted owls are mostly nocturnal, although they also forage opportunistically during the day (Forsman et al. 1984, p. 51; 2004, pp. 222-223; Sovern et al. 1994, p. 202). The composition of the northern spotted owl's diet varies geographically and by forest type. Generally, flying squirrels (*Glaucomys sabrinus*) are the most prominent prey for northern spotted owls in Douglas-fir and western hemlock (*Tsuga heterophylla*) forests (Forsman et al. 1984, pp. 40-41) in Washington and Oregon, while dusky-footed wood rats (*Neotoma fuscipes*) are a major part of the diet in the Oregon Klamath, California Klamath, and California Coastal provinces (Forsman et al. 1984, pp. 40-42; 2004, p. 218; Ward et al. 1998, p. 84; Hamer et al. 2001, p. 224). Depending on location, other important prey include deer mice (*Peromyscus maniculatus*), tree voles (*Arborimus longicaudus, A. pomo*), red-backed voles (*Clethrionomys* spp.), gophers (*Thomomys* spp.), snowshoe hare (*Lepus americanus*), bushy-tailed wood rats (*Neotoma cinerea*), birds, and insects, although these species comprise a small portion of the northern spotted owl diet (Forsman et al. 1984, pp. 40-43; 2004, p. 218; Ward et al. 1998; p. 84; Hamer et al. 2001, p.224).

Other prey species such as the red tree vole (*Arborimus longicaudus),* red-backed voles (*Clethrionomys gapperi),* mice, rabbits and hares, birds, and insects) may be seasonally or locally important (reviewed by Courtney et al. 2004, pp. 4-27). For example, Rosenberg et al. (2003, p. 1720) showed a strong correlation between annual reproductive success of northern spotted owls (number of young per territory) and abundance of deer mice (*Peromyscus maniculatus*) ($r^2 = 0.68$), despite the fact they only made up $1.6 \pm 0.5$ percent of the biomass consumed. However, it is unclear if the causative factor behind this correlation was prey abundance or a synergistic response to weather (Rosenberg et al. 2003, p. 1723). Ward (1990, p. 55) also noted that mice were more abundant in areas selected for foraging by owls. Nonetheless, northern spotted owls deliver larger prey to the nest and eat smaller food items to reduce foraging energy costs; therefore, the importance of smaller prey items, like *Peromyscus*, in the northern spotted owl diet should not be underestimated (Forsman et al. 2001, p. 148; 2004, pp. 218-219).

KSW00475

## Population Dynamics

The northern spotted owl is relatively long-lived, has a long reproductive life span, invests significantly in parental care, and exhibits high adult survivorship relative to other North American owls (Forsman et al. 1984; Gutiérrez et al. 1995, p. 5). The northern spotted owl's long reproductive life span allows for some eventual recruitment of offspring, even if recruitment does not occur each year (Franklin et al. 2000, p. 576).

Annual variation in population parameters for northern spotted owls has been linked to environmental influences at various life history stages (Franklin et al. 2000, p. 581). In coniferous forests, mean fledgling production of the California spotted owl, a closely related subspecies, was higher when minimum spring temperatures were higher (North et al. 2000, p. 805), a relationship that may be a function of increased prey availability. Across their range, spotted owls have previously shown an unexplained pattern of alternating years of high and low reproduction, with highest reproduction occurring during even-numbered years (e.g., Franklin et al. 1999, p. 1). Annual variation in breeding may be related to weather (i.e., temperature and precipitation) (Wagner et al. 1996, p. 74; Zabel et al. 1996, p.81 *In*: Forsman et al. 1996) and fluctuation in prey abundance (Zabel et al. 1996, pp.437-438).

A variety of factors may regulate northern spotted owl population levels. These factors may be density-dependent (e.g., habitat quality, habitat abundance) or density-independent (e.g., climate). Interactions may occur among factors. For example, as habitat quality decreases, density-independent factors may have more influence on survival and reproduction, which tends to increase variation in the rate of growth (Franklin et al. 2000, pp. 581-582). Specifically, weather could have increased negative effects on northern spotted owl fitness for those owls occurring in relatively lower quality habitat (Franklin et al. 2000, pp. 581-582). A consequence of this pattern is that at some point, lower habitat quality may cause the population to be unregulated (have negative growth) and decline to extinction (Franklin et al. 2000, p. 583, Yackulic et al. 2019, pp. 4-6).

Competition with barred owls is an important stressor of northern spotted owl populations. The presence of barred owls decreases northern spotted owl fecundity, survival, and recruitment, as well as occupancy, colonization, and extirpation of territories (Franklin et al. 2021, pp. 9-13). Older research also established barred owl influences on site occupancy, site extirpation, and colonization (Olson et al. 2005, pp. 930-931). In the older research, northern spotted owl site occupancy was mostly stable through time, but in more recent research, site occupancy has declined at all study areas (Franklin et al. 2021, p. 17; Olson et al. 2005, pp. 930-931). The older research also found that per-visit detection probabilities were lower than expected and were highly variable among years and study areas (Olson et al. 2005, pp. 930-931). The most recent analysis of occupancy, colonization, and extirpation of northern spotted owl territories also accounts for varying detection probabilities (Franklin et al. 2021, p. 7).

Even while accounting for the effects of competition with barred owls, habitat availability and climatic patterns also appear to influence survival, occupancy, recruitment, and, to a lesser extent, fecundity (Dugger et al. 2016, entire). Occupancy, colonization, and extirpation of northern spotted owl territories are all influenced by the amount of habitat present, and territory extinction is also related to climate factors (Franklin et al. 2021, pp. 13, 16, 18). Habitat availability also influences the likelihood of northern spotted owl population persistence, and this effect is similar in magnitude to the effect of competition with barred owls (Yackulic et al. 2019, p. 4).

KSW00476

Northern spotted owl populations are declining across the range. Between 1995 and 2016, the Northwest California study area showed the lowest rate of decline, around two percent per year; the Hoopa study area, also in northwestern California, showed a similar rate of decline from 1995 through 2012, prior to the implementation of barred owl control there (Franklin et al. 2021, pp. 11-13). The highest rates of decline, around 9 percent per year from 1995 through 2016, have been observed in Washington at the Cle Elum and Olympic study areas (Franklin et al. 2021, pp. 11-13). Considering only study areas without barred owl removal, the rangewide mean rate of population change was -5.3 percent per year from 1995 through 2016 (Franklin et al. 2021, p. 12). By 2016, northern spotted owl populations in study areas without barred owl removal were, at best, 50 percent of their size in 1995 (for the Northwest California study area), and at worse, more than 80 percent smaller than in 1995, for the Cle Elum and Olympic study areas (Franklin et al. 2021, p. 13). For more details on current status, see section on Population Trends below.

**THREATS**

The northern spotted owl was listed as threatened throughout its range "due to loss and adverse modification of suitable habitat as a result of timber harvesting and exacerbated by catastrophic events such as fire, volcanic eruption, and wind storms" (Service 1990a, p. 26114). More specifically, threats to the northern spotted owl included low populations, declining populations, limited habitat, declining habitat, inadequate distribution of habitat or populations, isolation of provinces, predation and competition, lack of coordinated conservation measures, and vulnerability to natural disturbance (Service 1992a, pp. 33-41). Of these threats, declining habitat was recognized as a severe or moderate threat to the northern spotted owl throughout its range, isolation of populations was identified as a severe or moderate threat in 11 provinces, and a decline in population was a severe or moderate threat in 10 provinces (Service 1992a, pp. 33-41). Together, these three factors represented the greatest concerns about rangewide conservation of the northern spotted owl. Limited habitat was considered a severe or moderate threat in nine provinces, and low populations were a severe or moderate concern in eight provinces, suggesting that these factors were also a concern throughout the majority of the northern spotted owl's range. At the time of listing, vulnerability to natural disturbances was rated as low in five provinces.

The degree to which predation and competition might pose a threat to the northern spotted owl was unknown in more provinces than any of the other threats, indicating a need for additional information. Few empirical studies exist to confirm that habitat fragmentation contributes to increased levels of predation on northern spotted owls (Courtney et al. 2004, pp. 11-8 to 11-9). However, great horned owls (*Bubo virginianus*), an effective predator on northern spotted owls, are closely associated with fragmented forests, openings, and clearcuts (Johnson 1992, p. 84; Laidig and Dobkin 1995, p. 155). As mature forests are harvested, great horned owls may colonize fragmented forests, thereby increasing northern spotted owl vulnerability to predation.

The Service conducted a 5-year review of the northern spotted owl in 2004 (Service 2004), for which the Service prepared a scientific evaluation of the status of the northern spotted owl (Courtney et al. 2004). Some of the key threats identified in 2004 were catastrophic wildfire, barred owls, and the legacy of past harvest (Courtney and Gutiérrez 2004, pp.11.7-8). The 2011 Revised Recovery Plan for the Northern Spotted Owl emphasizes that habitat loss and barred owls the main threats to northern spotted owl

KSW00477

recovery (Service 2011b, Appendix A), and that effects of high severity wildfires pose concern for habitat conservation in some portions of the range (Davis et al. 2016, p. 38).

The most recent 5-year review, completed in 2019, concludes that competition with barred owls is likely now driving population declines across the range, that habitat loss has slowed but remains a threat, and that climate change is expected to drive increases in habitat loss due to fire (Service 2019, pp. 3-4). Even more recent scientific information, published since 2019, continues to confirm the severity of the threats from barred owls, lack of habitat, and the effects of increasingly severe fire (e.g., Franklin et al. 2021, pp. 9-19; Jones et al. 2021, pp. 5-6).

**Barred Owls (*Strix varia*)**

Barred owls currently appear to be the primary threat to northern spotted owls. Having expanded along the coast as far south as Marin County, California and in the Sierra Nevada, as far south as the Greenhorn Mountains in northern Kern County, California (Gutiérrez et al. 2004, pp. 7-12 to 7-13; Steger et al. 2006, p. 226, Long and Wolf 2019, p. 1283), the barred owl's range now completely overlaps that of the northern spotted owl. Evidence that barred owls are occurring in higher densities than northern spotted owls in many parts of the range (3 to 8 barred owl territories/northern spotted owl; Hamer et al. 2007; Singleton et al. 2010; Wiens et al. 2011, 2014), now including the portion of the northern spotted owl range within California (Diller et al. 2016, Dugger et al. 2016). In a recent study, the highest densities found were in the Oregon Coast Range, with up to 20 barred owls per northern spotted owl territory reported (Wiens et al. 2017, p. 12).

The two species of owls share similar habitats and are likely competing for food resources (Hamer et al. 2001, p. 226, Gutiérrez et al. 2007, p. 187; Livezey and Fleming 2007, p. 319, Wiens et al., 2014, pp. 24 and 33, Holm et al. 2016, Long and Wolf 2019, Irwin et al. 2020). Hamer found a strong diet overlap (76 percent) between northern spotted and barred owl diets (pp. 221, 226). Barred owl diets are more diverse than northern spotted owl diets and include species associated with riparian and other moist habitats (e.g., fish, invertebrates, frogs, and crayfish), along with more terrestrial and diurnal species (Smith et al. 1983; Hamer et al. 2001; Gronau 2005; Wiens et al., 2014, p. 24). Even though barred owls may be taking northern spotted owls' primary prey only as a generalist, northern spotted owls may be affected by a sufficient reduction in the density of these prey items due to barred owls, leading to a depletion of prey to the extent that the northern spotted owl cannot find an adequate amount of food to sustain maintenance or reproduction (Gutiérrez et al. 2007, p. 187; Livezey and Fleming 2007, p. 319). These impacts are likely to have direct and indirect effects on ecosystem processes (Holm et al. 2016, p. 618)

In addition to competition for prey, barred owls are competing for habitats (Hamer et al. 1989, p. 55; Dunbar et al. 1991, p. 467; Herter and Hicks 2000, p. 285; Pearson and Livezey 2003, p. 274; Wiens et al., 2014, pp. 24 and 33). Barred owls were initially thought to be more closely associated with early successional forests than northern spotted owls, based on studies conducted on the west slope of the Cascades in Washington (Hamer et al 1989, p. 34; Iverson 1993, p.39). However, more recent studies conducted in the Pacific Northwest show that barred owls frequently use mature and old-growth forests (Pearson and Livezey 2003, p. 270; Gremel 2005, Schmidt 2006, p. 1; Singleton et al. 2010, pp. 290-292).

KSW00478

In the fire prone forests of eastern Washington, a telemetry study conducted on barred and northern spotted owls showed that barred owl home ranges were located on lower slopes or valley bottoms, in closed canopy, mature, Douglas-fir forest, while northern spotted owl sites were located on mid-elevation areas with southern or western exposure, characterized by closed canopy, mature, ponderosa pine or Douglas-fir forest (Singleton et al. 2005, p. 1). Several other studies in western Washington have similarly shown that when barred owls are present, northern spotted owl habitat use shifts upslope and into areas with steeper slopes and more marginal habitat (Gremel et al. 2005, p. 17; Mangan et al. 2019, p. 10; Pearson and Livezey 2003, p. 274, Irwin et al. 2020). The most recent rangewide meta-analysis indicated that barred owl colonization of northern spotted owl territories was more likely in lower-elevation territories in most study areas (Franklin et al. 2021, pp. 13, 18).

In addition to resource competition, barred owls have been documented to physically attack northern spotted owls (Pearson and Livezey 2003, p. 274), and circumstantial evidence strongly indicated that a barred owl killed a northern spotted owl (Leskiw and Gutiérrez 1998, p. 226).

A consensus in the literature documents the negative influence barred owls are having on northern spotted owl site occupancy, fecundity, reproduction, apparent survival, and detectability, and that data indicates that over the last 26 years, they are contributing to declines in northern spotted owl populations (Olson et al. 2005, p. 924; Forsman et al. 2011, pp. 69-70), Dugger et al. 2011, pp. 2463-2467; Dugger et al. 2016, pp. 70-96); Franklin et al. 2021, entire). As barred owls have expanded, the occupancy of historical northern spotted owl territories is declining (Franklin et al. 2021, p. 17). Even 20 years ago, site occupancy of northern spotted owls in Washington and Oregon was significantly lower ($p < 0.001$) after barred owls were detected within 0.8 kilometer (0.5 miles) of the territory center but was "only marginally lower" ($p = 0.06$) if barred owls were located more than 0.8 kilometer (0.5 miles) from the northern spotted owl territory center (Kelly et al. 2003, p. 51). Pearson and Livezey (2003, p. 271) found that there were significantly more barred owl site-centers in unoccupied northern spotted owl circles than occupied northern spotted owl circles (centered on historical northern spotted owl site-centers) with radii of 0.8 kilometer (0.5 miles) ($p = 0.001$), 1.6 kilometer (1 mile) ($p = 0.049$), and 2.9 kilometer (1.8 miles) ($p = 0.005$) in Gifford Pinchot National Forest. In Olympic National Park, Gremel (2005, p. 11) found a significant decline ($p = 0.01$) in northern spotted owl pair occupancy at sites where barred owls had been detected, while pair occupancy remained stable at northern spotted owl sites without barred owls. Olson et al. (2005, p. 928) found that the annual probability that a northern spotted owl territory would be occupied by a pair of northern spotted owls after barred owls were detected at the site declined by 5 percent in the HJ Andrews study area, 12 percent in the Coast Range study area, and 15 percent in the Tyee study area. In contrast, Bailey et al. (2009, p. 2983), when using a two-species occupancy model, showed no evidence that barred owls excluded northern spotted owls from territories in Oregon.

More recently, results from a barred owl and northern spotted owl radio-telemetry study in Washington reported two northern spotted owls fleeing their territories and traveling six and 15 miles, believed to be as a result of frequent direct encounters with barred owls; both northern spotted owls were subsequently found dead (Irwin et al. 2010, p. 3-4). In study areas for a recently completed experimental barred owl removal study, northern spotted owl pair occupancy was low, and continued to decline in control sites; while the occupancy by barred owls generally increased (Wiens et al. 2017, tables 1 and 2). The probability of use by barred owls within 500-acre hexagons (1,235 acres) in the Oregon Coast Ranges study area was high in the first two years of the study in the control area (>0.920) (p. 16). In the 2021 meta-analysis associated with the completed barred owl removal experiment Wiens and others (2021, entire) demonstrated that in each of the five study areas across the range, the removal of invasive barred

KSW00479

owls had a strong, positive effect on survival of native northern spotted owls. This subsequently reduced long-term population declines from a mean annual decline of 12.1% without barred owl removal to a 0.2% decline in areas with removal (Wiens et al. 2021, p. 1).

Numerous studies suggest that barred owls are negatively affecting northern spotted owl survival and reproduction. Anthony et al. (2006, p. 32) found significant evidence for negative effects of barred owls on apparent survival of northern spotted owls in two of 14 study areas (Olympic and Wenatchee). They attributed the equivocal results for most of their study areas to the coarse nature of their barred owl covariate. Dugger et al. (2011, pp. 2463-2467) described synergistic effects associated with territory composition and presence of barred owls; some northern spotted owl pairs retained their territories and continued to survive and successfully reproduce during their study even when barred owls were present, but the effects of reduced old growth forest in the core habitat areas were compounded when barred owls were present - extinction rates of northern spotted owl territories nearly tripled when barred owls were detected. Yackulic and others documented similar findings; the effects of interspecific competition were likely to negatively affect northern spotted owls, both through its immediate effects on local extinction and by indirectly lowering colonization (Yackulic et al., 2014, pp. 271-273).

Most recently, apparent survival, recruitment, and territory colonization and extinction rates were the key vital rates associated with barred owl presence in northern spotted owl populations (Franklin et al. 2021, pp. 9-18). Franklin et al. (2021, p. 19) suggested that without barred owl management, near-term extirpation of northern spotted owls is likely in portions of the range, and the small populations that may remain in other parts of the range will be highly vulnerable to extirpation due to wildfire or other stressors, resulting in eventual extinction. Dugger et al. (2016) found that the removal of barred owls in the Green Diamond study area in northern California had rapid, positive effects on northern spotted owl survival and rates of population change. The meta-analysis of the larger, multi-year barred owl removal experiment (Wiens et al. 2021, entire) in 5 study areas across the range demonstrated that removal of invasive barred owls had a strong, positive effect on survival of native northern spotted owls, and subsequently reduced long-term population declines. Barred owl removal had a positive, but weaker, effect on recruitment of northern spotted owls, which was likely a consequence of consistently depressed reproduction of northern spotted owls (and diminished availability of new recruits) during the later years of the study. Removal of barred owls also influenced the dispersal dynamics of resident northern spotted owls in at least two study areas where NSO from territories without barred owl removal had an increased estimated probability of movement to territories in treatment areas where barred owls had been removed. Both studies suggest that, along with habitat conservation and management, barred owl removal may be able to slow or reverse northern spotted owl population declines on at least a localized scale (Diller et al. 2016, Wiens et al. 2021).

Olson et al. (2004, p. 1048) found that the presence of barred owls had a significant negative effect on the reproduction of northern spotted owls in the central Coast Range of Oregon (in the Roseburg study area). The conclusion that barred owls had no significant effect on the reproduction of northern spotted owls in one study (Iverson 2004, p. 89) was unfounded because of small sample sizes (Livezey 2005, p. 102). It is likely that all of the above analyses underestimated the effects of barred owls on the reproduction of northern spotted owls because northern spotted owls often cannot be relocated after they are displaced by barred owls (Forsman, E. pers. comm. 2006, cited in Service 2011b, p. B-11). Anthony et al. (2006, p. 32) found significant evidence for negative effects of barred owls on apparent survival of northern spotted owls in two of 14 study areas (Olympic and Wenatchee). They attributed the equivocal

KSW00480

results for most of their study areas to the coarse nature of their barred owl covariate. Dugger et al. (2011, pp. 2463-2467) confirmed the synergistic effects of barred owls and territory habitat characteristics on extirpation and colonization rates of territories by northern spotted owls. Extirpation rates of northern spotted owl territories nearly tripled when barred owls were detected (Dugger et al. 2011, p. 2464).

Monitoring and management of northern spotted owls has become more complicated due to their possible reduced detectability when barred owls are present (Kelly et al. 2003, pp. 51-52; Courtney et al. 2004, p. 7-16; Olson et al. 2005, p. 929; Crozier et al. 2006, p.766-767). Evidence that northern spotted owls were responding less frequently during surveys led the Service and its many research partners to update the northern spotted owl survey protocol (Service 2012b) and develop a survey protocol using autonomous recording units (Service 2021a, entire). The recent changes to the northern spotted owl survey protocol were based on the probability of detecting northern spotted owls when barred owls are present (See Service Memorandum, revised January 9, 2012, "Northern Spotted Owl Survey Protocol" and attached "Protocol for Surveying Proposed Management Activities That May Impact Northern Spotted Owls" for guidance and methodology).

In an analysis of more than 9,000 banded northern spotted owls throughout their range, only 47 hybrids were detected (Kelly and Forsman 2004, p. 807). Consequently, hybridization with the barred owl is considered to be "an interesting biological phenomenon that is probably inconsequential, compared with the real threat—direct competition between the two species for food and space" (Kelly and Forsman 2004, p. 808).

There is no evidence that the increasing trend in barred owls has stabilized in any portion of the northern spotted owl's range in the western United States, and "there are no grounds for optimistic views suggesting that barred owl impacts on northern spotted owls have been already fully realized" (Gutiérrez et al. 2004, pp. 7-38). To date, this situation does not appear to have changed.

The most recent meta-analysis of 26 years of survey and capture-recapture data at 11 study areas across the range of the northern spotted owl (Franklin et al. 2021, entire) indicated barred owl presence on northern spotted owl territories was the primary factor negatively affecting apparent survival, fecundity and recruitment, increasing territorial extirpation, decreasing territorial colonization of northern spotted owls, and ultimately, continued rates of population decline. In addition to lowering northern spotted owl survival and reproduction, competition with barred owl appears to impair the ability of younger northern spotted owls to acquire breeding territories (Franklin et al. 2021, p. 18).

The rate of decline of northern spotted owl populations in control areas where barred owl removal did not occur by the end of the barred owl removal experiment was severe (approximately 12 percent per year), indicating an increasingly high risk of northern spotted owl populations to local extirpations without barred owl control (Wiens et al. 2021 p. 7). Results of the barred owl control experiments across the range indicated that persistence and recovery of northern spotted owl populations are possible with active control of the barred owl threat, at least over the short term, in managed areas (Wiens et al. 2021, p. 7). However, recovery of northern spotted owls will also require short and long-term availability of older forests and suitable northern spotted owl habitat on the landscape (Wiens et al. 2021, p. 7, Franklin et al. 2021, p.18).

202

**Wildfire**

At the time of listing there was recognition that large-scale wildfire posed a threat to the northern spotted owl and its habitat (Service 1990a, p. 26183). Large scale wildfire is now recognized as the primary source of habitat loss on federal lands; there have been significant losses of nesting/roosting habitats since 2005, particularly in the reserved land allocations of the Klamath Province and parts of the Oregon Cascades (Davis et al. 2011, pp. 43-48; Davis et al. 2016, tables 5 and 7). Table A-2 below also summarizes habitat lost from natural disturbances, the majority of which has resulted from high severity fires. The NWFP recognized wildfire as an inherent part of managing northern spotted owl habitat in certain portions of the range. The distribution and size of reserve blocks as part of the NWFP design may help mitigate the risks associated with large-scale fire (Lint 2005, p. 77).

Wildfire is often considered a primary threat to spotted owls because of its potential to alter habitat rapidly (Bond et al. 2009, p. 1116) and is a major cause of habitat loss on Federal lands (Courtney et al. 2004, executive summary; Davis et al. 2011, pp. 43-48; Davis et al. 2016, tables 5 and 7). A recent systematic review and meta-analysis of 21 studies, including studies of all three spotted owl subspecies, concluded that most demographic effects of mixed-severity fire are insignificant (Lee 2018, p. 15), but the authors of several of the included studies have outlined problems with the ecological foundations, statistical methods, and conclusions of the analysis, and counter that stand-replacing fire can threaten spotted owls (Jones et al. 2020a, entire).

In some parts of the range, nesting/roosting habitat is associated with a lower likelihood of high-severity fire, as compared with unsuitable forest cover types (Lesmeister et al. 2019, pp. 12-15). Studies indicate that the effects of wildfire on spotted owls and their habitat are variable, depending on fire intensity, severity, and size. Within the fire-adapted forests of the spotted owl's range, spotted owls likely have adapted to withstand fires of variable sizes and severities (Eyes et al. 2017, p. 384). However, current indications are that hotter, drier summers due to climate change will likely result in larger, more intense fires than historically occurred (Service 2011, pp. III-6).

Mixed and lower severity fires may have little or even beneficial effects to spotted owls (Bond et al. 2002, p. 1025-1026; Jones et al. 2016, 304); but large, high severity fires have been found to cause reduced survival and occupancy (Jones et al. 2016). Site fidelity can influence spotted owl use of burned areas that were previously suitable (Clark 2007; Bond et al. 2009; Lee et al. 2012), and high severity fires can result in population sinks when northern spotted owls return to burned territories (Rockweit et al. 2017, p. 1574). In two telemetry studies, California spotted owls avoided large high-severity burned patches, especially those larger than 115 ha (284 ac), a size similar to the maximum historical high-severity patch size of that region (Jones et al. 2020b, pp. 1208; Kramer et al. 2021, p. 7).

One year following the extensive King Fire in the Sierra Nevada Mountains, Jones and others (2016) documented strong negative California spotted owl population impacts, with declines in occupancy and reproduction associated with severely burned sites; the probability of site extirpation in that study was seven times higher one year after the fire where more than 50 percent of the site (approximately 0.7 mile radius area) burned at high severity (75–100 percent canopy mortality) (p. 303-304). In southwest Oregon, lower occupancy and survival rates of northern spotted owl were found in burned areas compared to unburned, but the results were confounded by prior management and post-fire harvest (Clark 2007, Clark et al. 2011, Clark et al. 2013).

KSW00482

Available data on the direct mortality of spotted owls from fire is limited. In one study, mortality was assumed to have occurred at one site, and northern spotted owls were present at only one of the six sites 1 year after a fire (Gaines et al. 1997, p. 126). In 1994, two wildfires burned in the Yakama Indian Reservation in Washington's eastern Cascades, northern spotted owls were observed using areas that burned at low and medium intensities, although the amount of home ranges burned was not quantified (King et al. 1998, pp. 2-3). No direct mortality of northern spotted owls was observed, even though thick smoke covered several northern spotted owl site-centers for a week.

Additional impacts to northern spotted owls related to wildfire include forest management that occurs after fires. Post-fire salvage logging typically occurs on the majority of private timberlands, but also occurs on Federal lands to a smaller degree. This type of harvest can directly impact habitat potentially occupied by northern spotted owls and can negatively influence ecological processes, which can impair the long-term development of northern spotted owl habitat (reviewed in Service 2011b, p. III-48). Action agencies, working with the Service, are attempting to influence fire severity by designing projects to reduce fire-suppressed vegetation and mimic the effects of historical fire regimes. The effects of this type of management are uncertain and highly debated in the literature (Courtney et al. 2004, pp. 12-11, Omi and Martenson 2002, pp. 19-27; Irwin et al. 2004, p. 21; Spies et al. 2006 p. 359-361; Hanson et al. 2009, pp. 1316-1319; Spies et al. 2009, pp. 331-332; Ager et al. 2012, p. 282; Odion et al. 2014a pp. 10-12, Spies et al. 2012, pp. 10-12; Odion et al. 2014b, pp. 46-49; Gaines et al. 2010, Baker 2015, entire; Baker 2017, entire; Gallagher et al. 2018, pp. 10-13).

**West Nile Virus**

At this time, no avian diseases, including West Nile virus (WNV) or Highly Pathogenic Avian Influenza (HPAI), are known to be significantly affecting northern spotted owls; Recovery Action 17 recommends monitoring for such diseases as needed (Service 2011, p. III-5).

**Sudden Oak Death**

Sudden oak death was not listed as particular threat at the time of listing but was recognized as a potential threat to the northern spotted owl after it was discovered in Oregon (Courtney et al. 2004, USDI Fish and Wildlife 2011). Because of the coastal influence on his pathogen, sudden oak death is not likely to be of consequence rangewide but could compound existing stressors in coastal provinces of the northern spotted owl range.

This disease is caused by the fungus-like pathogen, *Phytopthora ramorum* that was recently introduced from Europe and is rapidly spreading as it is capable of infecting over 100 species of trees and shrubs (APHIS 2011, in Peterson et al. 2015, p. 937). The disease has been found in several different forest types and at elevations from sea level to over 800 m and is now known to extend over 650 km from south of Big Sur, California to Curry County, Oregon (Rizzo and Garbelotto 2003, p. 198). In some areas it has reached epidemic proportions in oak (Quercus spp.) and tanoak (*Lithocarpus densiflorus*) forests along approximately 300 kilometers (186 miles) of the central and northern California coast (Rizzo et al. 2002, p. 733). Near Brookings, Oregon it has killed tanoak and caused dieback of closely associated wild rhododendron (*Rhododendron* spp.) and evergreen huckleberry (*Vaccinium ovatum*) (Goheen et al. 2002, p. 441), common components of northern spotted owl habitat. Despite treatments of infected sites that remove all infected trees and shrubs as well as those occurring within a 300-foot buffer, occurrences of infected sites have increased since 2001 (Peterson et al. 2015, p. 937). The

KSW00483

majority of infected sites in Oregon are concentrated in the Chetco River drainage, but it has been located as far north as Cape Sebastian (Peterson et al. 2015, p. 238). The spores from this pathogen are transmitted through the coastal fog and rain or through contaminated surfaces. During a study completed between 2001 and 2003 in California, one-third to one-half of the hikers present in the study area carried infected soil on their shoes (Davidson et al. 2005, p. 587), creating the potential for rapid spread of the disease. Sudden oak death poses a threat of uncertain proportion because of its potential impact on forest dynamics and alteration of key prey and northern spotted owl habitat components (e.g., hardwood trees, forest structure and nest tree mortality); especially in the southern portion of the northern spotted owl's range (Courtney et al. 2004, pp. 6-26 through 6-27, 11-8). Eradication treatments themselves have the potential to remove habitat at the stand level as all hardwoods and shrubs identified as carriers are removed.

**Inbreeding Depression, Genetic Isolation, and Reduced Genetic Diversity**

Inbreeding and other genetic problems due to small population sizes were not considered an imminent threat to the northern spotted owl at the time of listing. Earlier studies showed no indication of reduced genetic variation and past bottlenecks in Washington, Oregon, or California (Barrowclough et al. 1999, p. 922; Haig et al. 2004, p. 36). A more recent study however, reported a significant bottleneck influence in the Washington Cascades, an area known to be experiencing a significant population decline, and that other areas with significant population bottlenecks were correlated with declines in population growth rate (Funk et al. 2010, as reviewed in Haig et al. 2016, p. 187). Recently, evidence has emerged that inbreeding depression (reduced fitness resulting from mating of close relatives) in is affecting northern spotted owls, though it is not clear whether or to what extent inbreeding depression may be exacerbating current population declines (Miller et al. 2018, pp. 827, 829, 831). Northern spotted owls known to have closely-related parents, such as full-sibling pairs, were much less likely to be observed producing offspring themselves (6.8 percent), as compared with owls without closely-related parents (27.2 percent of which were observed to produce offspring), indicating a large reduction in fitness. Rates of inbreeding were highest in the Washington Cascades (12.3 percent), intermediate on the Olympic Peninsula (5.3 percent), and low in Oregon (0.6 percent) and California (1.2 percent) (Miller et al. 2018, p. 826).

The circumstantial case for increasing risk of inbreeding depression, genetic isolation, and reduced genetic diversity also has become stronger in the northern portion of the range. In Washington demography study areas, current effective population sizes are on average fewer than 20 individuals (Gremel 2015, pp. 4–5; Herter 2016, p. 8; Lesmeister et al. 2017, pp. 3 and 12; Lesmeister and Pruett 2017, pp. 3, 7-8). Populations of this size are highly susceptible to loss of genetic variation and fitness due to genetic drift and other factors (Frankham 1996, entire; Frankham et al. 2014, entire). Canadian populations may be even more adversely affected by issues related to small population size including inbreeding depression, genetic isolation, and reduced genetic diversity (Courtney et al. 2004, pp. 11-9). A 2004 study (Harestad et al. 2004, p. 13) indicates that the Canadian breeding population was estimated to be less than 33 pairs and annual population decline may be as high as 35 percent. In 2007, a recommendation was made by the Spotted Owl Population Enhancement Team to remove northern spotted owls from the wild in British Columbia (Service 2012a, p. 14078). This recommendation resulted in the eventual capture of the remaining 16 wild northern spotted owls in British Columbia for a captive breeding program (Service 2012a, p. 14078). Low and persistently declining populations throughout the northern portion of the species range (see "Population Trends" below) may be at increased risk of losing genetic diversity.

KSW00484

Hybridization of northern spotted owls with California spotted owls, Mexican spotted owls, and barred owls has been confirmed through genetic research (Funk et al. 2008, p. 1; Hamer et al. 1994, p. 487; Gutiérrez et al. 1995, p. 3; Dark et al. 1998, p. 50; Kelly 2001, pp. 33-35).

**Climate Change**

Global climate change has the potential to produce entirely new environmental conditions, making predictions about future ecological consequences a more daunting challenge. Recent forecasts indicate that climate change will have long-term and variable impacts on forest habitat at local and regional scales. Locally, this could involve shifts in tree species composition that influence habitat suitability. Frey et al. (2016, pp. 1, 6) concluded that old-growth will provide some buffer from impacts of regional warming and/or slow the rate at which some species relying on old-growth must adapt, based on their modeling of the fine-scale spatial distribution, under-canopy air temperatures in mountainous terrain of central Oregon. Similarly, Lesmeister et al. (2019, p. 16) concluded that older forest can serve as a buffer to climate change and associated increases in wildfire, as these areas have the highest probability of persisting through fire events even in weather conditions associated with high fire activity. Regionally, there could be losses of habitat availability caused by advances or retreats of entire vegetative communities, and perhaps prey communities as well. Effects of climate change, including fire and pest incidence, will not only affect currently suitable habitat for the northern spotted owl, but they will also likely alter or interrupt forest growth and development processes (Karl et al. 2008, pp. 15 and 18; Dale et al. 2001, entire; Yospin et al. 2015, entire) that influence forest turnover rates and the emergence of suitable habitat attributes in new locations. These changes are predicted to be driven by changes in patterns of temperature and precipitation that are projected to occur under climate change scenarios (Mote et al. 2014, entire).

Glenn et al. (2010, p.2551) noted that the potential consequences of global climate change on Pacific Northwest forests remain somewhat unclear, though there is potential for changes in forest composition and disturbance patterns that could affect northern spotted owl populations. Most models predict warmer, wetter winters and hotter, drier summers for the Pacific Northwest in the first half of the 21st century (Mote et al., 2008, Mote et al. 2014, p. 489). This may result in a change in species composition or reduction in the acreage of existing low-elevation forests. The general predicted trend in North American forests is declining occupancy by conifers and displacement by hardwoods. Both the frequency and intensity of wildfires and insect outbreaks are expected to increase over the next century in the Pacific Northwest (Littell et al. 2010, p. 130). One of the largest projected effects on Pacific Northwest forests is likely to come from an increase in fire frequency, duration, and severity. Westerling et al. (2006, pp. 940-941) analyzed wildfires and found that since the mid-1980s, wildfire frequency in western forests has nearly quadrupled compared to the average of the period from 1970-1986. The total area burned is more than 6.5 times the previous level and the average length of the fire season during 1987-2003 was 78 days longer compared to 1978-1986 (Westerling et al. 2006, p. 941). The area burned annually by wildfires in the Pacific Northwest is expected to double or triple by the 2080s (Littell et al. 2010, p. 140). Wildfires are now the primary cause of northern spotted owl habitat loss on Federal lands, with about 505,800 acres of nesting/roosting habitat loss attributed to wildfires from 1993 to 2012 (Davis et al. 2016, table 7, p. 22).

KSW00485

In its review of the status of the northern spotted owl in California (CDFW 2016, p. 153-155), the California Department of Fish and Wildlife (CDFW) evaluated the possible effects of climate change upon northern spotted owl and the forested habitats on which it depends. In general, CDFW (2016, p. 153-155) determined that climate change is occurring within the northern spotted owl's entire range, including California, with many climate projections forecasting steady changes in the future. They reported that climate change studies predict future conditions that may negatively impact northern spotted owls, such as wet and cold springs, more frequent and severe summer heat waves, decreased fog along the coast, shifts in forest species composition, and increased frequency of severe wildfire events. However, CDFW (2016, p. 153-155) also reported that in some instances predicted future conditions, such as increased frequency of low to moderate severity fires and expansion of suitable owl habitat forest types, may be favorable to the northern spotted owl in the long-term. They further reported that in California, current rates of temperature and precipitation change predict hotter and drier conditions in some areas of the northern spotted owl's range, and wetter colder conditions in other areas of the range. They looked at past precipitation and temperature trends and reported that drying trends across most of the northern spotted owl's range in California, coupled with warmer winters and cooler summers in the interior and cooler winters and warmer summers along the coast, may play a role in both owl and prey population dynamics. CDFW (2016, p. 153-155) recommended that further research is necessary to understand how climate change may be affecting northern spotted owls in California and throughout its range.

Potential changes in temperature and precipitation have important implications for northern spotted owl reproduction and survival. Wet, cold weather during the winter or nesting season, particularly the early nesting season, has been shown to negatively affect northern spotted owl reproduction (Olson et al. 2004, p. 1039, Dugger et al. 2005, p. 863), survival (Franklin et al. 2000 pp. 576-577, Olson et al. 2004, p. 1039, Glenn et al. 2011, p. 1279), and recruitment (Glenn et al. 2010, pp.2446-2547). Cold, wet weather may reduce reproduction and/or survival during the breeding season due to declines or decreased activity in small mammal populations so that less food is available during reproduction when metabolic demands are high (Glenn et al. 2011, pp. 1288-1289). Cold, wet nesting seasons may increase the mortality of nestlings due to chilling and reduce the number of young fledged per pair per year (Franklin et al. 2000, p.557, Glenn et al. 2011, p. 1286). Most recently, the relationships between northern spotted owl populations and climate were complex and variable, but rangewide, Dugger and others (2016, page 98) suggested that survival increased when winters were warmer and drier. This may become a factor in population numbers in the future; given climate change predictions for the Pacific Northwest include warmer, wetter winters.

Drought or hot temperatures during the summer have also been linked to reduced northern spotted owl recruitment (Glenn et al. 2010, p. 2549). Drier, warmer summers and drought conditions during the growing season strongly influence primary production in forests, food availability, and the population sizes of small mammals that northern spotted owls prey upon (Glenn et al. 2010, p. 2549).

Various types of changes in climate can have direct or indirect effects on species. These effects may be positive, neutral, or negative and they may change over time, depending on the species and other relevant considerations, such as the effects of interactions of climate with other variables (e.g., habitat fragmentation) (IPCC 2007, pp. 8–14, 18–19).

While a change in forest composition or extent is likely as a result of climate change, the rate of that

KSW00486

change is uncertain. In forests with long-lived dominant tree species, mature individuals may be able to survive these stresses, so direct effects of climate on forest composition and structure would most likely occur over a longer time scale (100 to 500 years) in some areas than in areas with disturbances such as wildfire or insect outbreaks (25 to 100 years) (McKenzie et al. 2009). The presence of high-quality habitat may buffer the negative effects of cold, wet, springs and winters on survival of northern spotted owls as well as ameliorate the effects of heat. This habitat might help maintain a stable prey base, thereby reducing the cost of foraging during the breeding season when energetic needs are high (Franklin et al. 2000).

Although the scientific literature has explored the link between climate change and the invasion by barred owls, changing climate alone is unlikely to have caused the invasion (Livezey 2009). In general, climate change can increase the success of introduced or invasive species in colonizing new territory. Invasive animal species are more likely to be generalists, such as the barred owl, than specialists, such as the northern spotted owl, and adapt more successfully to a new climate than natives.

In summary, effects of climate change may vary across the range, but is likely to exacerbate some existing threats to the northern spotted owl such as the projected potential for increased habitat loss from drought-related fire, tree mortality, insects and disease, as well as affecting reproduction and survival during years of extreme weather.

**Exposure to Toxicants**

Toxicants were not identified as a threat when the northern spotted owl was listed, but a growing body of information suggests exposure to anti-coagulant rodenticides, fertilizers, other contaminants, as well as other factors associated with marijuana cultivation represent a growing concern for northern spotted owls. Recent accounts show that the scope and scale of exposure from illegal cultivation is increasing on federal and non-federal ownerships; these threats extend northern spotted owls and many other wildlife species and the resources they depend upon (Thompson et al. 2013, entire, Gabriel et al. 2013, entire; Wengert et al. 2015, p. 8; CDFW 2016 pp. 176-177, CEPA 2017b, p.1; Gabriel et al. 2018, entire; Higley et al. 2017 (abstracts). Known grow sites have been found to intersect with both subspecies of spotted owl ranges throughout California. On Forest Service lands in 2014, more than 620,000 marijuana plants on about 1,500 ac (607 ha) were removed from 167 different sites; about 90 percent of which were in California (US Senate press release 2015). Over 600 trespass grow sites were reported on mixed California ownerships in 2010 (Wengert et al. 2015, p. 8). Increases in mortalities from and exposure to pesticides in fishers in the Sierras and Northern California indicate that toxicants from marijuana cultivation suggest increasing trends (Gabriel et al. 2015, pp. 5-8, 14).

Illegal cultivation is a serious issue in the Klamath Physiographic Province, an area recognized as an important area for northern spotted owl populations (Schumaker et al. 2014). In Southwestern Oregon in Jackson and Josephine Counties alone, a multi-agency Drug Task force reported a total of 100 illegal marijuana cultivation sites containing approximately 294,090 plants between 2005-2014 (Caruthers, R. pers. comm. 2017). Many of these sites were located within known northern spotted owl home ranges, cores, or nest stands (Clayton, D. pers. comm. 2017).

KSW00487

Known exposure and recent data on impacts to barred owls suggest serious implications for northern spotted owls. In Hoopa Tribal lands in northwestern California, of 176 barred owls tested for exposure to anticoagulant rodenticides, 65 percent tested positive for one or more second generation ARs; many of these were collected from known northern spotted owl home ranges (Higley et al. 2017). In a separate study in northwestern California, seven out of ten northern spotted owls (70 percent) and 34 of 80 barred owls (40 percent) tested positive for ARs (Gabriel et al. 2018, pp. 5-6). At experimental barred owl removal areas in Oregon and Washington, 19 of 40 (48 percent) of tested barred owl carcasses, as well as one of two opportunistically-obtained northern spotted owl carcasses, showed evidence of exposure to ARs (Wiens et al. 2019, p. 4). Most exposures in Oregon and Washington were at trace levels, and AR toxicosis could not be confirmed in any of the tested owls. These exposures in Oregon and Washington could not be definitively attributed to legal rodenticide applications or to illicit marijuana cultivation (Wiens et al. 2019, p. 6).

**Disturbance**

Northern spotted owls may also respond physiologically to a disturbance without exhibiting a significant behavioral response. In response to environmental stressors, vertebrates secrete stress hormones called corticosteroids (Campbell 1990, p. 925). Although these hormones are essential for survival, extended periods with elevated stress hormone levels may have negative effects on reproductive function, disease resistance, or physical condition (Carsia and Harvey 2000, pp. 517-518; Saplosky et al. 2000, p. 1). In avian species, the secretion of corticosterone is the primary non-specific stress response (Carsia and Harvey 2000, p. 517). The quantity of this hormone in feces can be used as a measure of physiological stress (Wasser et al. 1997, p. 1019). Recent studies of fecal corticosterone levels of northern spotted owls indicate that low intensity noise of short duration and minimal repetition does not elicit a physiological stress response (Tempel and Gutiérrez 2003, p. 698; Tempel and Gutiérrez 2004, p. 538). However, prolonged activities, such as those associated with timber harvest, may increase fecal corticosterone levels depending on their proximity to northern spotted owl core areas (Wasser et al. 1997, p.1021; Tempel and Gutiérrez 2004, p. 544).

The effect of noise on birds is extremely difficult to determine due to the inability of most studies to quantify one or more of the following variables: 1) timing of the disturbance in relation to nesting chronology; 2) type, frequency, and proximity of human disturbance; 3) clutch size; 4) health of individual birds; 5) food supply; and 6) outcome of previous interactions between birds and humans (Knight and Skagan 1988, pp. 355-358). Additional factors that confound the issue of disturbance include the individual bird's tolerance level, ambient sound levels, physical parameters of sound, and how it reacts with topographic characteristics and vegetation, and differences in how species perceive noise.

Information specific to behavioral responses of spotted owls to disturbance is limited, research indicates that recreational activity can cause Mexican spotted owls (*S. o. lucida*) to vacate otherwise suitable habitat (Swarthout and Steidl 2001, p. 314) and helicopter overflights can reduce prey delivery rates to nests (Delaney et al. 1999, p. 70). Additional effects from disturbance, including altered foraging behavior and decreases in nest attendance and reproductive success, have been reported for other raptors (White and Thurow 1985, p. 14; Andersen et al. 1989, p. 296; McGarigal et al. 1991, p. 5).

Although it has not been conclusively demonstrated, it is anticipated that nesting spotted owls may be disturbed by heat and smoke as a result of burning activities during the breeding season.

KSW00488

**CONSERVATION NEEDS OF THE NORTHERN SPOTTED OWL**

Based on the above assessment of threats, the northern spotted owl has the following habitat-specific and habitat-independent conservation (i.e., survival and recovery) needs:

**Habitat-specific Needs**

1. Large blocks of habitat capable of supporting clusters or local population centers of northern spotted owls (e.g., 15 to 20 breeding pairs) throughout the owl's range;

2. Suitable habitat conditions and spacing between local northern spotted owl populations throughout its range that facilitate survival and movement;

3. Suitable habitat distributed across a variety of ecological conditions within the northern spotted owl's range to reduce risk of local or widespread extirpation;

4. A coordinated, adaptive management effort to reduce the loss of habitat due to catastrophic wildfire throughout the northern spotted owl's range, and a monitoring program to clarify whether these risk reduction methods are effective and to determine how owls use habitat treated to reduce fuels; and

5. In areas of significant population decline, which now include the entire range, sustain the full range of survival and recovery options for this species in light of significant uncertainty.

**Habitat-independent Needs**

1. A coordinated research and adaptive management effort to better understand and manage competitive interactions between spotted and barred owls; and

2. Monitoring to understand better the risk that WNV and sudden oak death pose to northern spotted owls and, for WNV, research into methods that may reduce the likelihood or severity of outbreaks in northern spotted owl populations.

KSW00489

**CONSERVATION STRATEGY TO ADDRESS HABITAT LOSS AND FRAGMENTATION**

Since 1990, various efforts have addressed the conservation needs of the northern spotted owl and attempted to formulate conservation strategies based upon these needs. These efforts began with the ISC's Conservation Strategy (Thomas et al. 1990); they continued with the designation of critical habitat (Service 1992b), the Draft Recovery Plan (Service 1992a), and the Scientific Analysis Team report (Thomas et al. 1993), report of the Forest Ecosystem Management Assessment Team (Thomas and Raphael 1993); and they culminated with the NWFP (USFS and BLM 1994a). Recently, the management strategy for portions of Bureau of Land Management lands in Oregon (2.5 million acres) was modified and is no longer following all measures described in the NWFP (BLM 2016a, entire and BLM 2016b, entire). In comparison to the NWFP land use allocations, the Late-Successional Reserve (LSR) designs of the revised Resource Management Plans (RMPs) make similar contributions to the development and spacing of the large habitat blocks needed for northern spotted owl conservation. The RMPs includes approximately 177,000 more acres (71,629 ha) of LSR and Riparian Reserves than in the NWFP. These land use allocations represent 36 and 27 percent of the RMP lands, respectively, and will be managed for the retention and development of large trees and complex forests across the RMP landscape (Service 2016, Table 1, p. 9). Two additional key provisions differ from previous strategies, including a mitigation that the BLM would participate in, cooperate with, and provide support for an interagency program for barred owl management to implement Recovery Action 30 when the Service determines the best manner in which barred owl management can contribute to the recovery of the northern spotted owl. Also, timber sales that would cause the incidental take of northern spotted owls from timber harvest would not be authorized until implementation of a barred owl management program has begun (BLM 2016a, p 19 and BLM 2016b, p. 19). Overall fundamentals of these large-scale conservation strategies have been based upon the reserve design principles first articulated in the ISC's report, which are summarized as follows:

- Species that are well distributed across their range are less prone to extinction than species confined to small portions of their range.

- Large blocks of habitat, containing multiple pairs of the species, are superior to small blocks of habitat with only one to a few pairs.

- Blocks of habitat that are close together are better than blocks far apart.

- Habitat that occurs in contiguous blocks is better than habitat that is more fragmented.

- Habitat between blocks is more effective as dispersal habitat if it resembles suitable habitat.

**Federal Contribution to Recovery**

Since it was signed on April 13, 1994, the NWFP has guided the management of Federal forest lands within the range of the northern spotted owl (USFS and BLM 1994a, 1994b). The NWFP was designed to protect large blocks of old growth forest and provide habitat for species that depend on those forests including the northern spotted owl, as well as to produce a predictable and sustainable level of timber sales. The NWFP included land use allocations which would provide for population clusters of northern spotted owls (i.e., demographic support) and maintain connectivity between population clusters. Certain land use allocations in the plan contribute to supporting population clusters: LSRs, Managed Late-successional Areas, and Congressionally Reserved areas. Riparian Reserves, Adaptive Management Areas, and Administratively Withdrawn areas can provide both demographic support and

KSW00490

connectivity/dispersal between the larger blocks but were not necessarily designed for that purpose. Matrix areas were to support timber production while also retaining biological legacy components important to old-growth obligate species (in 100-acre owl cores, 15 percent late-successional provision, etc. [USFS and BLM 1994a, Service 1994]) which would persist into future managed timber stands.

The NWFP with its rangewide system of LSRs was based on work completed by three previous studies (Thomas et. al. 2006): the 1990 Interagency Scientific Committee (ISC) Report (Thomas et. al. 1990), the 1991 report for the Conservation of Late-successional Forests and Aquatic Ecosystems (Johnson et. al. 1991), and the 1993 report of the Scientific Assessment Team (Thomas et. al. 1993).

The Forest Ecosystem Management Assessment Team and the NWFP predicted, based on expert opinion, that the northern spotted owl population would decline in the Matrix land use allocation over time, while the population would stabilize and eventually increase within LSRs as habitat conditions improved over the next 50 to 100 years (Thomas and Raphael 1993, p. II-31; USFS and BLM 1994a, 1994b, p. 3&4-229). The results of the first decade of monitoring, Lint (2005, p. 18) did not yield conclusions whether implementation of the NWFP would reverse the northern spotted owl's declining population trend because not enough time had passed to provide the necessary measure of certainty. However, the results from the first decade of monitoring did not provide any reason to depart from the objective of habitat maintenance and restoration as described in the NWFP (Lint 2005, p. 18; Noon and Blakesley 2006, p. 288). Other stressors that occur in suitable habitat, such as the range expansion of the barred owl (already in action) and infection with WNV (which may or may not occur) may complicate the conservation of the northern spotted owl. Recent reports about the status of the northern spotted owl offer few management recommendations to deal with these emerging threats. However, Franklin and others (2021, p. 18) suggest that maintaining northern spotted owl habitat, even where it is currently unoccupied, will be helpful in allowing for recolonization by northern spotted owls if barred owl populations can be reduced, and in allowing for connectivity among areas still occupied by northern spotted owls.

**Recovery Plan**

On June 28, 2011, the Service published the Revised Recovery Plan for the Northern Spotted Owl (Service 2011b). The recovery plan identifies threats from competition with barred owls, ongoing loss of northern spotted owl habitat as a result of timber harvest, loss or modification of northern spotted owl habitat from uncharacteristic wildfire, and loss of amount and distribution of northern spotted owl habitat as a result of past activities and disturbances (Service 2011b, p. II-2 and Appendix A). To address these threats, the current recovery strategy identifies five main steps: 1) development of a rangewide habitat modeling framework; 2) barred owl management; 3) monitoring and research; 4) adaptive management; and 5) habitat conservation and active forest restoration (Service 2011b, p. II-2). The recovery plan lists recovery actions that address each of these items, some of which were retained from the 2008 recovery plan (Service 2008). The Managed Owl Conservation Areas and Conservation Support Areas recommended in the 2008 recovery plan are not a part of the recovery strategy outlined in the Revised Recovery Plan. The Service completed a rangewide, multi-step habitat modeling process to help evaluate and inform management decisions and critical habitat development (Service 2011b, Appendix C).

The Revised Recovery Plan recommended implementing a robust monitoring and research program for the northern spotted owl. The recovery plan encourages these efforts by laying out the following primary

KSW00491

elements to evaluate progress toward meeting recovery criteria: monitoring northern spotted owl population trends, comprehensive barred owl research and monitoring, continued habitat monitoring; inventory of northern spotted owl distribution, and; explicit consideration for climate change mitigation goals consistent with recovery actions (Service 2011b, p. II-5). The Revised Recovery Plan also strongly encourages land managers to be aggressive in the implementation of recovery actions, including strategies that include active forest management. In other words, land managers should not be so conservative that, to avoid risk, they forego actions that are necessary to conserve the forest ecosystems that are necessary to the long-term conservation of the northern spotted owl. But they should also not be so aggressive that they subject northern spotted owls and their habitat to treatments where the long-term benefits do not clearly outweigh the short-term risks. Finding the appropriate balance to this dichotomy will remain an ongoing challenge for all who are engaged in northern spotted owl conservation (Service 2011b, p. II-12). The Revised Recovery Plan estimates that recovery of the northern spotted owl could be achieved in approximately 30 years (Service 2011b, p. II-3). The Revised Recovery Plan and the critical habitat designation build on the NWFP and recommends continued implementation of the NWFP and its standards and guides (Service 2011b, p. I-1).

**Northern Spotted Owl Recovery Units**

The 2011 Final Revised Recovery Plan for the Northern Spotted Owl determined that the 12 existing physiographic provinces meet the criteria for use as recovery units (Service 2011b, p. III 1-2). Each recovery unit is essential for the conservation of the northern spotted owl. The suite of recovery units is intended to further the re-establishment or maintenance of 1) genetic flow between northern spotted owl populations; 2) population and habitat distribution; and 3) northern spotted owl meta-population dynamics. Recovery criteria, as described in the 2011 Final Revised Recovery Plan (p. 11-3), are measurable and achievable goals that are believed to result through implementation of the recovery actions described in the recovery plan. Achievement of the recovery criteria will take time and are intended to be measured over the life of the plan, not on a short-term basis. The criteria are the same for all 12 identified recovery units. The four recovery criterion are: 1) stable population trend, 2) adequate population distribution in all recovery units except for the Willamette Province, 3) continued maintenance and recruitment of northern spotted owl habitat, and 4) post-delisting monitoring (Service 2011b, p III-3).

KSW00492

The 2011 Revised Recovery Plan for the Northern Spotted Owl (Service 2011b) contains 14 recovery actions that specifically address northern spotted owl habitat loss and degradation. Two actions of primary importance are recovery actions 10 and 32:

- Recovery Action 10: Conserve northern spotted owl sites and high value northern spotted owl habitat to provide additional demographic support to the northern spotted owl population. This action addresses both nesting/roosting and foraging habitat.

- Recovery Action 32: Because northern spotted owl recovery requires well distributed, older and more structurally complex multi-layered conifer forests on Federal and non-Federal lands across its range, land managers should work with the Service…to maintain and restore such habitat while allowing for other threats, such as fire and insects, to be addressed by restoration management actions. These high-quality northern spotted owl habitat stands are characterized as having large diameter trees, high amounts of canopy cover, and decadence components such as broken-topped live trees, mistletoe, cavities, large snags, and fallen trees. This action addresses nesting/roosting habitat.

Recovery actions 10 and 32 are implemented on reserved areas by the USFS and BLM through the NWFP and the Resource Management Plans (RMPs); these two regulatory actions are discussed in more detail in Section 6. The large reserve network created under the NWFP and RMPs facilitates implementation of recovery actions 10 and 32 by protection of current nesting/roosting and foraging habitat, protection of northern spotted owl nest sites, and allowing for recruitment of new northern spotted owl habitat. Through the section 7 consultation process, the Service reviews the management activities implemented under the NWFP and RMPs and provides technical assistance to the USFS and BLM in making activities within or outside of reserves consistent with recovery actions 10 and 32 to the extent consistent with other land management priorities. Nesting/roosting and foraging habitat associated with both recovery actions 10 and 32 may decrease in local areas, but over the larger area and time, habitat that is associated with these recovery actions is increasing and will continue to increase under both the NWFP and RMPs.

**Conservation Efforts on Non-Federal Lands**

Non-Federal lands contributed 3,149,700 ac (1,274,638 ha) to the total 12,103,700 ac (4,898,193 ha) of nesting/roosting habitat available for breeding spotted owls in 2012 (Davis et al. 2016, pp. 21-22). There are portions of the range where habitat on Federal lands is lacking or of low quality, or where there is little Federal ownership; State and private lands may be important to provide demographic support (pair or cluster protection) and habitat connectivity for northern spotted owl in key areas such as southwestern Washington, northwestern Oregon (potentially including parts of the Tillamook and Clatsop State Forests), and northeastern California (Service 2011b, p. III-51). Timber harvest on State and private lands in Washington, Oregon, and California is regulated by each State's forest practice rules. The level of northern spotted owl conservation included in each State's regulations varies. Furthermore, while recovery efforts for the northern spotted owl are primarily focused on Federal land, Recovery action 14 in the 2011 Revised Recovery Plan centered on seeking partnership with non-Federal landowners to supplement Federal conservation efforts, including voluntary actions like Habitat Conservation Plans (HCPs) and Safe Harbor Agreements (SHAs). There are a total of 21 current conservation plans in these states, including 7 HCPs and 3 SHAs located in Washington, 2 HCPs and 5 SHAs in Oregon, and 2 HCPs and one SHA in California, with an additional SHA occurring in both

214

KSW00493

Washington and Oregon.

## U.S. Fish and Wildlife Habitat Conservation Plans and Safe Harbor Agreements

The purpose of the HCP and SHA process is to provide for the conservation of endangered and threatened species while at the same time authorizing the incidental take of those species. HCPs are required as part of an application for an incidental take permit. They describe the anticipated effects of the proposed taking; how those impacts will be minimized and mitigated; and how the HCP is to be funded among other things. The Secretary must issue the permit if statutory issuance criteria are met, including that the applicant will minimize and mitigate the effects of the taking to the maximum extent practicable, the taking will not jeopardize the continued existence of the species, and funding to implement the plan is assured. 16 U.S.C. 1539(a)(2)(B). In developing HCPs, people applying for incidental take permits describe measures designed to minimize and mitigate the effects of their actions and receive formal assurances from the Service that if they fulfill the conditions of the HCP, the Service will not require any additional or different management activities by the participants without their consent. SHAs are voluntary agreements between non-Federal property owners and the Service; in exchange for actions that contribute to the recovery of listed species on non-Federal lands, participating property owners may return the enrolled property to the baseline conditions that existed at the beginning of the SHA. Incidental Take Permits that result from both HCPs and SHAs are intended to allow non-Federal entities to undertake actions that incidentally "take" species protected under the Act.

HCPs are not required to have a net benefit and SHAs are designed to have a temporary net gain for northern spotted owls. Under these plans, timber harvest has continued, resulting in the loss of nesting/roosting, foraging, and dispersal habitat. We do not currently have an analysis of habitat loss on lands without conservation plans compared to habitat loss on lands covered by HCPs and SHAs. Although the HCPs do not provide a net conservation benefit to northern spotted owl, they provide mitigation for habitat loss or slow down habitat loss through the required conservation measures. SHAs do provide a net conservation benefit to the northern spotted owl, and both conservation plans eliminate uncertainty with respect to landowners' actions in northern spotted owl habitat and provide the Service an opportunity to provide technical assistance to landowners in the development of conservation measures included in the agreements. Therefore, in this context, both HCPs and SHAs have contributed to the overall conservation of northern spotted owls.

In Washington, there are seven northern spotted owl-related HCPs currently in effect covering 2 million ac (80,9371 ha) of non-Federal lands, one of which covers Washington Department of Natural Resources (DNR) lands. These HCPs still allow timber harvest but are designed to retain some nesting habitat and or connectivity over the next few decades. There are four northern spotted owl-related SHAs in Washington, with one including some lands in Oregon. The primary intent of SHAs is to maintain or create potential northern spotted owl habitat. In addition, there is a long-term habitat management agreement covering 13,000 ac (5,261 ha) in which authorization of take was provided through an incidental take statement (section 7) associated with a Federal land exchange (Service 2011b, p. A-15). While timber harvest and habitat loss continue on lands covered by these agreements, the plans retain some nesting/roosting habitat throughout the area or in strategic locations and provide habitat connectivity. Overall, HCPs, and SHAs in Washington provide some protection to northern spotted owls and their habitat. However, nesting/roosting and foraging habitat continue to decline due to timber harvest on non-Federal lands in Washington.

KSW00494

In Oregon, there are two northern spotted owl-related HCPs currently in effect covering 210,400 ac (85,146 ha) of non-Federal lands. These HCPs still allow timber harvest but are designed to retain some nesting habitat and or connectivity over the next few decades. There are two northern spotted owl-related SHAs occurring in Oregon. One SHA is a Washington SHA that covered some Oregon lands. The other SHA is a programmatic SHA with the Oregon Department of Forestry with 13 landowners with 3,484 acres enrolled. The primary intent of SHAs is to maintain or create potential northern spotted owl habitat. Strategies employed in the programmatic Oregon Department of Forestry SHA include maintaining existing suitable habitat, increasing time between harvests to allow for habitat development, and lightly to moderately thinning younger forest stands that are currently not habitat (to increase tree diameter and stand diversity) (Service 2011b, p. A-16). There are 4 additional SHAs in Oregon related to the Barred Owl Removal Experiment explained below in the barred owl section. While timber harvest and habitat loss continue on lands covered by these HCPs and SHAs in Oregon, the plans retain some nesting/roosting habitat throughout the area or in strategic locations and provide habitat connectivity. Overall, HCPs, and SHAs in Oregon provide some protection to northern spotted owls and their habitat. However, nesting/roosting and foraging habitat continue to decline due to timber harvest on non-Federal lands in Oregon.

In California, there are five northern spotted owl-related HCPs currently in effect covering 2.6 million ac (1 million ha) of non-Federal lands. These HCPs still allow timber harvest but are designed to retain some nesting habitat and or connectivity over the next few decades. One HCP, with Sierra Pacific Industries, scientific collection of barred owls for research purposes, as well as studies of barred owl effects on spotted owls. There are two northern spotted owl-related SHAs in California. The primary intent of SHAs is to maintain or create potential northern spotted owl habitat. While timber harvest and habitat loss continue on lands covered by these agreements, the plans retain some nesting/roosting habitat throughout the area or in strategic locations and provide habitat connectivity. Overall, HCPs, and SHAs in California provide some protection to northern spotted owls and their habitat. However, nesting/roosting and foraging habitat continue to decline due to timber harvest on non-Federal lands in California.

**State Forest Practice Rules**

The majority of northern spotted owl conservation is expected from Federal lands, but the Service's primary expectations for private lands are for their contributions to demographic support (pair or cluster protection) to Federal lands, or their connectivity with Federal lands. Timber harvest on State and private lands in Washington, Oregon, and California is regulated by each State's forest practice rules. The level of northern spotted owl conservation included in each State's regulations varies Each State's rules are described below.

**Washington**

The northern spotted owl was listed as endangered species in Washington State by the Washington Fish and Wildlife Commission in 1988 to prioritize conservation for the subspecies (WDFW 2017). Timber harvest on State and private lands in Washington is guided by a number of State laws and policies, except for Washington Department of Natural Resources (WDNR) lands that are covered by an HCP. The Washington State Environmental Policy Act (SEPA) requires analysis of environmental impacts and consideration of reasonable alternatives for actions proposed by the State. State timber harvest activities must also comply with the State Forest Practices Act (Chapter 76.09 RCW), which regulates

KSW00495

all forest management activities in Washington. The management of State trust lands, specifically, is guided by the Forest Resource Plan, which was adopted by the Board of Natural Resources in 1992. Among other things, the policies of the Plan require the Washington DNR analyze and potentially modify the impacts of its activities on watersheds, wildlife habitat, special ecological features, wetlands, and other natural resources to maintain healthy forests for future generations.

In 1996, the State Forest Practices Board adopted rules (Washington Forest Practices Board 1996) that would contribute to conserving the northern spotted owl and its habitats on non-Federal lands. Adoption of the rules was based in part on recommendations from a Science Advisory Group that identified important non-Federal lands and recommended roles for those lands in northern spotted owl conservation (Hanson et al. 1993, pp. 11-15; Buchanan et al. 1994, p. ii). The 1996 rule package was developed by a stakeholder policy group and then reviewed and approved by the Forest Practices Board (Buchanan and Swedeen 2005, p. 9). The 1996 rules identified 10 landscapes, or Spotted Owl Special Emphasis Areas (SOSEAs) where owl protections on non-Federal lands would be emphasized. Protections provided under the State Environmental Policy Act for those portions of owl sites located beyond the boundaries of the SOSEAs were largely eliminated (Buchanan and Swedeen 2005, p. 7). The overarching policy goal of the Washington Forest Practices Rules is to complement the conservation strategy on Federal lands, and so the SOSEAs are adjacent to Federal lands. The SOSEAs are designed to provide a larger landscape for demographic and dispersal support for northern spotted owls with the long-term goal of supporting a viable population of northern spotted owls in Washington.

The Forest Practices Rules for northern spotted owls can be described as containing three basic types of provisions: 1) regulations that apply outside SOSEAs, 2) a circle-based protection scheme for northern spotted owl sites inside SOSEAs (retain all suitable habitat within 0.7 mi (1 km) of site center and retain 40 percent of suitable habitat within 1.8 to 2.7 mi (2.9 to 4.3 km) radius of home range), and 3) landscape-level planning options for inside SOSEAs. To avoid disturbance of nesting northern spotted owls inside SOSEAs, the rules also include timing restrictions from March 1 to August 31 within 0.25 miles of a site center for several potentially disruptive activities (e.g., road construction). Forest practices rules outside the SOSEAs are designed to protect the immediate vicinity of northern spotted owl site centers during the nesting season (March 1 to August 31) by restricting harvest within the best 70 ac (28 ha) of habitat around the site center and requiring additional environmental analysis for permitting (of harvesting, road construction, or aerial application of pesticides), but outside the nesting season there are no owl-related protections outside SOSEAs that constrain harvest of suitable northern spotted owl habitat in northern spotted owl management circles (Buchanan and Swedeen 2005, p. 14).

Within SOSEAs, the rules were intended to maintain the viability of each northern spotted owl site center by establishing that enough suitable habitat should be maintained to protect the viability of owls associated with each northern spotted owl site center, or to provide for the goals established in Spotted Owl Special Emphasis Areas. Due to extensive timber harvest activities in the decades leading up to listing of the northern spotted owl, most northern spotted owl management circles centered on non-Federal lands have far less habitat than the viability threshold identified (see below) when the rule went into effect. Because the rules do not include provisions for restoration of habitat to achieve the viability threshold at northern spotted owl sites these circles remain far below those thresholds. For individual site centers, the habitat considered necessary to maintain viability is as follows: (a) all suitable northern spotted owl habitat within 0.7 mi (1.1 km) of each northern spotted owl site center; (b) at least 5,863 ac (2,373 ha) of suitable northern spotted owl habitat within of 2.7 mi (4.3 km) of a site center in the Hoh-

217

Clearwater Spotted Owl Special Emphasis Area on the western Olympic Peninsula, and (c) at least 2,605 ac (1,054 ha) of suitable northern spotted owl habitat within 1.8 mi (2.9 km) of a site center in all other Spotted Owl Special Emphasis Areas. At all sites within SOSEAs, any proposed harvest of suitable northern spotted owl habitat within a territorial owl circle (status 1, 2, or 3 in the Washington Department of Fish and Wildlife database) would be considered a "Class-IV special" and would trigger State Environmental Policy Act review; such activities would require a Class IV special forest practices permit and an environmental impact statement per the State Environmental Policy Act (Buchanan and Swedeen 2005, p. 15-16).

The Forest Practices Board in Washington has a long-standing relationship with the Service and collaborates extensively on owl conservation. The Service provided extensive technical assistance in the development of the Board's existing owl rules. The Board was recognized in the Revised Recovery Plan for the Northern Spotted Owl (Service 2011b) for its ongoing owl conservation efforts in Recovery Action 18 encouraged to continue to use its existing processes "to identify areas on non-Federal lands in Washington that can make strategic contributions to northern spotted owl conservation over time. The Service encourages timely completion of the Board's efforts and will be available to assist as necessary." The Board convened the Northern Spotted Owl Implementation Team (NSOIT) in 2010 to develop incentives for landowners to achieve conservation goals for northern spotted owls and to identify the temporal and spatial allocation of conservation efforts on non-Federal lands.. A spatial modeling effort to prioritize private lands for northern spotted owl conservation was completed in late 2021, though the final modeling products are not yet available (Dunk et al. 2021). A programmatic SHA is in development, to be administered by WDNR. The NSOIT also conducted a pilot project testing different thinning prescriptions in northern spotted owl habitat but the project has since been discontinued. These efforts underway have evolved over years of collaboration and are designed to change the dynamic away from fear and resistance to partnership and participation. The Service has provided and is providing funding to support the work of the NSOIT. Overall, State forest practice rules in Washington provide some protection to northern spotted owls and their habitat. However, nesting/roosting and foraging habitat continue to decline due to timber harvest on non-Federal lands in Washington.

**Oregon**

The northern spotted owl is listed as a threatened species in Oregon (ODFW 2017). The Oregon Fish and Wildlife Commission's long-term goal for species listed as threatened or endangered under the Oregon Endangered Species Act is to manage the species and their habitats so that the status of the species improves to a point where listing is no longer necessary. Timber harvest on non-Federal lands in Oregon is guided by the Forest Practices Act and Forest Practices Rules (ODF 2014). The Oregon Forest Practices Act restricts timber harvest within 70 ac (28 ha) core areas around sites occupied by an adult pair of northern spotted owls capable of breeding (as determined by recent protocol surveys), but it does not provide for protection of northern spotted owl habitat beyond these areas (ODF 2014, pp. 61-62). In general, no large-scale northern spotted owl habitat protection strategy or mechanism currently exists for non-Federal lands in Oregon.

State forests in particular are managed to achieve "greatest permanent value," considering economics, environmental, and cultural goals. Each State Forest has a Forest Management Plan that seeks to implement these ideals. Ultimately, the State's goal is to produce timber revenue and also provide for a range of habitats across ownerships. Specific policies and procedures have been adopted on State lands to protect and conserve the northern spotted owl and its habitat. The State Forests Division has an

KSW00497

extensive survey program across all districts as part of annual harvest planning (approximately $1.4 million spent in 2016) and conducts density surveys on two districts. Division policy directs districts to avoid any harvest activity on State lands which results in less than 40% suitable habitat within the provincial home range of an owl or pair (a 1.2 - 1.5-mi (1.9 - 2.4 km) radius circle centered on a nest site or activity center). Division policy also directs districts to avoid any harvest activity which results in less than 500 ac (202 ha) of suitable habitat within a 0.7-mi (1.1 km) radius (1000 ac (405 ha)) of a nest site or activity center. In addition, 30 percent of Oregon State forests must be managed for the development of "complex forest structure" and late-seral tree species, which could provide some level of conservation benefit for a number of wildlife species of concern, including the northern spotted owl (IEc 2012). The locations of these managed lands are based in part on locations of northern spotted owl nest sites. Within these areas, a variety of treatments are employed to promote complex habitat and species diversity. Overall, State forest practice rules in Oregon provide some protection to northern spotted owls and their habitat. However, nesting/roosting and foraging habitat continue to decline due to timber harvest on non-Federal lands in Oregon.

**California**

The northern spotted owl was listed as an endangered species under the California Endangered Species Act (CESA) in early 2016 (CDFW 2017). The incidental take of state-listed species is prohibited under the California Code of Regulations (783-783.8 and the California Fish and Game Code 2080 (CDFW 2016), unless permitted by an HCP. Forest management and forest practices on private lands in California, including harvesting for forest products or converting land to another use are regulated by the State under Division 4 of the Public Resources Code, and in accordance with the California Forest Practice Rules (CFPR)(California Code of Regulations, (CCR) Title 14, Sections 895-1115; CFPR)(CFPR 2017). The CFPR require surveys for northern spotted owls in nesting/roosting and foraging habitat and restrict timber harvest within 0.7–1.3 mi (1-2 km) of a northern spotted owl activity center. Under this framework, the California Department of Forestry and Fire Protection (CALFIRE) is the designated authority on forest management and forest practices on private lands in California.

All private land timber harvesting in California must be conducted in accordance with a site-specific Timber Harvest Plan (THP, for industrial timberlands) or Nonindustrial Timber Management Plan (NTMP, for non-industrial private timberland owners) that is submitted by the owner and is subject to administrative approval by the CALFIRE. The THP/NTMP must be prepared by a State-registered professional forester and must contain site-specific details on the quantity of timber involved, where and how it will be harvested, and the steps that will be taken to mitigate potential environmental damage. The THP/NTMP and CALFIRE's review process are recognized as the functional equivalent to the environmental review processes required under the California Environmental Quality Act of 1970 (CEQA). The CFPRs require surveys for northern spotted owls in suitable habitat and to provide protection around activity centers. Under the CFPRs, no THP or NTMP can be approved if it is likely to result in incidental take of federally-listed species, unless the take is authorized by a Federal incidental take permit.

For private timber lands in California not covered by a HCP or SHA, the policy of the State with regard to the northern spotted owl and timber harvest can be characterized as one of "take avoidance," for which the Service (Arcata and Yreka Fish and Wildlife Offices) has recommended measures to avoid take of northern spotted owls, primarily through recommendations for habitat retention, timing of timber operations and survey procedures for northern spotted owls (described briefly below). The Director of

KSW00498

CALFIRE is not authorized to approve any proposed THP or NTMP that would result in take of a federally-listed species, including the northern spotted owl, unless that taking is authorized under a Federal Incidental Take Permit (review process is outlined in 14 CCR 919.9 and 919.10). This latter point creates an incentive for private landowners to enter into HCPs or SHAs, or to implement take avoidance measures recommended by the Service.

Prior to 2000, the California Department of Fish and Wildlife (then, California Department of Fish and Game; CDFW) reviewed THPs and NTMPs to ensure that take of northern spotted owls was not likely to occur. From about 2000 until 2010, the Service assumed this role and reviewed THPs and NTMPs (hundreds per year) for northern spotted owl "take avoidance." From 2010, the Service and CALFIRE shared duties for northern spotted owl take avoidance review of THPs and NTMPs. Beginning in 2014, the northern spotted owl was listed as a candidate species for potential listing under the California Endangered Species Act; consequently, in 2014, CDFW began reviewing a small number of THPs and NTMPs annually for northern spotted owl take avoidance. On August 25, 2016, the California Fish and Game Commission recommended that the northern spotted owl be added to the State list of threatened and endangered animals. Regarding timber harvest on private lands in California after 2016, the Service, CALFIRE and CDFW have not formally discussed how the agencies will share reviewing duties for northern spotted owl take avoidance associated with THPs and NTMPs, but recommended habitat retention standards (i.e., Attachments A and B) and survey recommendations remain in effect. California is currently engaged in discussions with the Service addressing northern spotted owl use of post-fire landscapes currently lacking in the California Forest Practice Rules.

For timber harvest activities that occur on non-Federal lands (excluding California State Parks and lands covered under an HCP) within CAL FIRE's Coast Forest District (generally, within the range of the coast redwood), the Service (Arcata Fish and Wildlife Office) provided to CAL FIRE and foresters a document titled, Northern Spotted Owl Take Avoidance Analysis and Guidance for California Coast Forest District ("Attachment A"), dated March 15, 2011. In general, recommended habitat retention guidelines around known active northern spotted owl activity centers in include: (1) delineation of a 100 ac (40 ha) "Core Area" comprised of "nesting/roosting" habitat (defined in Attachment A), in which timber harvest does not occur; (2) retention of at least an additional 100 ac (40 ha) of "nesting/roosting" habitat within 0.7 mi (1.1

KSW00499

km) of an activity center; and (3) retention of at least 300 ac (121 ha) of "foraging" habitat (defined in Attachment A) within 0.7 mi (1.1 km) of an activity center.

For timber harvest activities that occur on non-Federal lands within CAL FIRE's Interior Forest District, the Service (Arcata and Yreka Fish and Wildlife Offices) provided to CAL FIRE and foresters a document titled, Attachment B: Take Avoidance Analysis-Interior, dated February 27, 2008. In general, recommended habitat retention guidelines around known active northern spotted owl activity centers in include: (1) no harvest within 1,000 ft (305 m) of an activity center; (2) within 0.5 mi (0.8 km) radius (502 ac (203 ha) of an activity center, retention of four habitat types (as defined in Attachment B), including at least 100 ac (40 ha) "high quality nesting/roosting" habitat, 150 ac (61 ha) of "nesting/roosting" habitat, 100 ac (40 ha) of "foraging" habitat and 50 ac (20 ha) "low-quality foraging habitat"; and (3) between 0.5 mi (0.8 km) and 1.3 mi (2 km) radius circles on an activity center (2896 ac (1172 ha)), retention of greater than 935 ac (378 ha) of habitat, including at least 655 ac (265 ha) foraging habitat and at least 280 ac (113 ha) low-quality foraging habitat. Overall, State forest practice rules in California provide some protection to northern spotted owls and their habitat. However, nesting/roosting and foraging habitat continue to decline due to timber harvest on non-Federal lands in California.

## CONSERVATION MEASURES TO ADDRESS BARRED OWLS

The 2011 Revised Recovery Plan for the Northern Spotted Owl contains ten recovery actions specific to addressing the barred owl threat. These include the establishment of protocols to detect barred owls and document barred owl site status and reproduction (Recovery Action 24), the design and implementation of large-scale control experiments to assess effects of barred owl removal on northern spotted owl site occupancy, reproduction, and survival (Recovery Action 29), and the implementation of management strategies to reduce the effects of barred owls on northern spotted owls (Recovery Action 30). The manner in which this set of ten Recovery Actions is expected to contribute to northern spotted owl recovery is presented in Figure A-2.

KSW00500



Figure A-2. Flowchart of barred owl Recovery Actions (Service 2011b, p. III-66, Figure III-1).

Several barred owl recovery actions have been completed, including Recovery Action 29, the Barred Owl Removal Experiment (Service 2013a and Service 2013b). This experiment was developed based on a pilot project at Green Diamond Resources study area that demonstrated barred owl removal had rapid, positive effects on northern spotted owl survival and the rate of population change (Dugger et al. 2016, p. 58). This experiment was implemented under the direction of USGS, the Hoopa Tribe, and APHIS in partnership with the Service. The research program evaluated the effectiveness of barred owl removal as a potential recovery strategy for northern spotted owls on one study area in Washington, two study areas in Oregon, and one study area in northern California. Barred owl removal was implemented on the California study area in fall/winter 2013-2014, and on the Washington and one of the Oregon study areas in fall/winter 2015-2016. Barred owl removal on the final Oregon study area was initiated in fall of 2016. Removal occurred for four consecutive years at each study area, and the experiment is now complete, with removals leading to improvements in northern spotted owl apparent survival, recruitment, and rates of population change, as described above in the section describing threats related to barred owls. Separate barred owl removal experiments remain ongoing in several areas in California, including Hoopa and Yurok Tribal lands, and private lands owned by Sierra Pacific Industries and Green Diamond.

Given the positive outcomes of the removal experiment conducted for Recovery Action 29, the Service

KSW00501

is developing a barred owl management strategy, and initiated the public review process in 2022 with a notice of intent to develop an Environmental Impact Statement (87 FR 43886). Under the BLM RMPs, the BLM will support barred owl management on their lands as informed by the outcome of the Barred Owl Removal Experiment. In the interim, the BLM is avoiding incidental take of northern spotted owls resulting from timber harvest on their lands. This support is intended to mitigate for the adverse effects associated with timber harvest and other resource programs, and result in a net positive impact on the recovery of northern spotted owls (Service 2016, p. 701). The BLM and a number of other cooperating agencies are participating in the development of the barred owl management strategy. Once the strategy is developed, implementation of barred owl removal is likely to be a necessary condition for the long-term persistence of the northern spotted owl.

## Safe Harbor Agreements in Oregon for Barred Owl Experiment

There are four SHAs related to the Service's Barred Owl Removal Experiment in Oregon. The SHAs were limited to areas managed by landowners that were willing to work with the Service to provide access for survey and removal of barred owls on their lands within the study areas. Agreements were established with Roseburg Resources Company, Oxbow I LLC, Weyerhaeuser Company, and Oregon Department of Forestry to facilitate successful completion of this research project. The Barred Owl Removal Experiment implemented Recovery Action 29 of the 2011 Revised Recovery Plan for the Northern Spotted Owl (Service 2011b, p. III-65). The Barred Owl Removal Experiment was implemented on two study areas in Oregon, one in the Oregon Coast Ranges west of Eugene, Oregon, and one in the forest lands around Canyonville, Oregon. While the experiment focused on Federal lands, the landscapes involved in the study areas included significant interspersed private and state lands. In the Oregon Coast Ranges study area, this included lands owned by Roseburg Resources Company and Oxbow Timber I, LLC (SHA covers 9,400 ac (3,804 ha) of land total, 308 ac (125 ha) of currently unoccupied northern spotted owl habitat for which an incidental take permit was issued); Weyerhaeuser Company (SHA covers 1,072 ac (434 ha) total, 817 ac (331 ha) of currently unoccupied northern spotted owl habitat for which an incidental take permit was issued), and lands managed by Oregon Department of Forestry (SHA covers 20,000 ac (8,093 ha) total, 3,345 ac (1,354 ha) of currently unoccupied northern spotted owl habitat for which an incidental take permit was issued). In the Union/Myrtle (Klamath) study area in southern Oregon, this includes lands owned by Roseburg Resources Company (SHA covers 45,100 ac (18,251 ha) of land total, 7,080 ac (2865 ha) of currently unoccupied northern spotted owl habitat for which an incidental take permit was issued). Access to these non-Federal lands enabled the effective and efficient completion of the experiment.

Through these four SHAs, Roseburg Resources Company, Oxbow I LLC, Weyerhaeuser Company, and Oregon Department of Forestry contributed to the conservation of the northern spotted owl by allowing the researchers to survey for barred owls on their lands throughout the Study Area and remove barred owls from their lands within the removal portion of the experiment. The section 10 permit issued to them as part of the SHA provides these landowners with short-term incidental take authorization through habitat modification for northern spotted owls that may return to non-baseline northern spotted owl sites (unoccupied by resident northern spotted owls for the three years prior to the initiation of removal on the area) after the removal of barred owls. However, this information and access was crucial to efficient and effective implementation of this experiment. Information from this experiment is critical to the development of a long-term management strategy to address the barred owl threat to the northern spotted owl.

KSW00502

**RANGEWIDE ENVIRONMENTAL BASELINE**

The environmental baseline of the species incorporates the effects of all past human activities and natural events that led to the present-day status of the species and its habitat, including all previously consulted on effects (Service and NMFS 1998, pp. 4-19).

**Habitat Trends**

The Service has used information provided by the USFS, BLM, and National Park Service to update the habitat baseline conditions by tracking relative habitat changes over time on Federal lands for northern spotted owls on several occasions, since the northern spotted owl was listed in 1990 (USFS and BLM 1994b, Service 2001, Lint 2005, Davis et al. 2011, Davis et al. 2016, Davis et al. 2022). These NWFP monitoring reports assess the status and trends of northern spotted owl habitat across 22.1 million acres of federally administered forest lands in addition to 23.8 million acres of nonfederal forest lands within the range in the United States. The estimate of 7.4 million acres used for the NWFP in 1994 (USFS and BLM 1994b) was believed to be representative of the general amount of northern spotted owl habitat on NWFP lands at that time. These periodic rangewide evaluations of northern spotted owl habitat (Lint 2005, Davis et al. 2011, Davis et al. 2016) are used to determine if the rate of change to northern spotted owl habitat has been consistent with changes in amount of habitat anticipated under the NWFP and described in the Final Supplemental Environmental Impact Statement (FSEIS; USFS and USDI 1994b).

Each analysis has used more up-to-date and higher quality data than the previous analyses and new analytical methods have been incorporated over time. While this improved the overall quality of the information provided, it also means that individual reports should not be compared directly without fully understanding the processes used to develop the results.

Trends for suitable habitat are largely declining rangewide, with rates of loss varying by province and land allocation. Approximately 8,890,500 acres of northern spotted owl nesting/roosting habitat existed on Federal lands and 3,476,500 acres existed on non-federal lands in 1993, prior to the implementation of the NWFP (Davis et al. 2022, pp. 29, 31). Twenty-five years in the NWFP, Davis and others (2022a, p. 32) reported a gross loss of about 2,953,900 acres of nesting/roosting habitat, representing about 23.7 percent of what was present in 1993. Of the total 2.9 million acres gross loss of nesting/roosting habitat between 1993 and 2017 on all Federal and non-Federal lands in the range of the northern spotted owl, 70 percent (2.1 million acres) were lost to timber harvest (Davis et al. 2022, p. 32). In fact, the majority of all losses (2,055,700 acres, or 61 percent) were due to timber harvest on non-Federal lands (Davis et al. 2022, pp. 31, 32). The majority of nesting/roosting habitat loss on non-Federal lands was attributed to timber harvest (95 percent, or about 1.8 million acres), compared to only about 25 percent (or 257,700 acres) of the habitat loss on Federal lands. Losses of nesting/roosting habitat on federal lands made up approximately 36 percent (1,045,100 acres) of all losses and were mostly due to wildfire (703,700 acres across all Federal lands), and mostly in reserved land allocations (726,200 acres across all causes) (Davis et al. 2022, pp. 29-32).

Substantial recruitment of nesting/roosting habitat occurred between 1993 and 2017 (Davis et al. 2022, pp. 29-32). Across all lands, there was a net 2.1 percent increase in nesting/roosting habitat between 1993 and 2017. Gains were steepest on non-reserved Federal lands, but a small net increase also occurred in Federal reserves. Habitat recruitment on non-Federal lands nearly balanced losses. The

largest net gains occurred in the Oregon and California Coast Ranges, with smaller net gains in the California and Oregon Klamath provinces (Davis et al. 2022, p. 32). However, large habitat losses have occurred since 2017, most notably during the 2020 fire season. Annual updates of the rangewide nesting/roosting habitat map are now available (Davis et al. 2023). Gross habitat losses have occurred since 2017 in every province except for the Oregon Coast Range, ranging from 1.3 percent in the Olympic province to 26.5 percent in the California Klamath province, with a total loss of 11.9 percent across the range on Federal lands (Table A-4). These losses obliterated the net gains reported between 1993 and 2017, resulting in net losses of 9.3 percent rangewide since 1993. However, net gains since 1993 persisted in the California and Oregon Coast Range, and on the Olympic Peninsula. These maps do not account for habitat recruitment occurring since 2017, and therefore may overestimate net habitat loss. Regardless of the net effect, gross losses of 11.9 percent in only 6 years from 2017 to 2023 undoubtedly represent an acceleration of habitat loss, as compared with gross losses of 11.8 percent on Federal land over 25 years from 1993 to 2017.

Although the spatial resolution of this rangewide habitat map currently makes it unsuitable for tracking habitat effects at the scale of individual projects, the Service has evaluated the map for use in tracking provincial and rangewide habitat trends and now considers these data as the best available information on the distribution and abundance of extant northern spotted owl habitat within its range. The Service also considers habitat effects that are documented through the section 7 consultation process since 1994. The analytical framework of these consultations focuses on the reserve and connectivity goals established by the NWFP land-use allocations (USFS and BLM 1994a), with effects expressed in terms of changes in suitable northern spotted owl habitat within those land-use allocations. In February 2013, the Service adopted the 2006/07 satellite imagery data on northern spotted owl habitat as the new rangewide habitat baseline for Federal lands, effectively resetting the timeframe for establishing changes in the distribution and abundance of northern spotted owl habitat. These data were refreshed in May of 2017 to reflect the 2012 remotely sensed layer utilized in Davis et al., 2016. We are currently developing new methods for combining consultation information with the rangewide habitat map, but at present, we are continuing to use the 2012 baseline along with our documentation of consulted-on acres of habitat modification that have occurred since 2012. We supplement this with information derived from recently updated habitat maps (see Tables A-4 and A-5 below).

Service's Consultation Database

To update information considered in 2001 (Service 2001), the Service designed the Consultation Effects Tracking System database in 2002, which recorded impacts to northern spotted owls and their habitat at different spatial and temporal scales. In 2011, the Service replaced the Consultation Effects Tracking System with the Consulted on Effects Database located in the Service's Environmental Conservation Online System (ECOS). The ECOS Database corrected technical issues with the Consultation Effects Tracking System. Due to technological difficulties with the existing consultation database, the Service is currently upgrading to a new tracking database, and thus is only reporting consulted on acres through 2021. Individual consultations will capture additional consulted on acres within the Action Areas from 2022 to present.

Rangewide Consultation Effects: 1994 to August 25, 2022
Between 1994 and August 25, 2022, the Service has consulted on the proposed removal/downgrade of approximately 330,865 acres of federal nesting/roosting habitats (Table A-1) or about 3.6 percent of the 9.09 million acres of northern spotted owl nesting/roosting habitat estimated by Davis et al. (2016, p. 21)

KSW00504

to have occurred on Federal lands in 1994. These changes in suitable northern spotted owl habitat are consistent with the expectations for implementation of the NWFP, which anticipated a rate of habitat harvested at 2.5 percent per decade (USFS and BLM 1994a).

The Service also tracks habitat changes on non-NWFP lands through consultations including long-term Habitat Conservation Plans, Safe Harbor Agreements, or Tribal Forest Management Plans. Consultations conducted since 1994 have documented the eventual combined reduction of about 525,560 acres of habitat on non-NWFP lands (Table A-1). Most of the losses on non-NWFP lands have yet to be realized because they are part of long-term management plans.

In 2017, the Service updated the nesting /roosting habitat baseline, which consultation impacts are evaluated against, based on the 2012 habitat layer documented in Davis et al. (2016, p. 21). The acre values for the Service's 2012 baseline in Table A-2 varies slightly from the acre values in Davis et al. (2016, p. 21), with the total acre variation being 0.09 percent. Davis et al. (2016, p. 21) rounded to the nearest 100 acres, but this does not explain all the variation. In 2016, the BLM in Oregon changed their land use allocations, and which were applied to produce Table A-2. Therefore, we divided our 2012 base habitat layer using different land use allocations representing reserves and non-reserved lands than those used to produce Davis et al. (2016, p. 21). Also, when raster data (2012 habitat layer) overlaid on polygons (land use allocations representing reserves and non-reserved lands) this process can produce error in the identification of acres. The end result is that our calculation and that in Davis et al. (2016, p. 21) resulted in different physiographic province reserves and non-reserved lands habitat acres. The difference is extremely small and does not detract from the usefulness of the information, especially at the rangewide scale as we use it here. This highlights that this data is to be used at a landscape level and may not be appropriate at the finer local scale. Since 2012, the acres reported as removed/downgraded are summarized by origin and by province (Table A-2).

The Service subsequently modified the database input to account for effects to the habitats that could be used as foraging, but that lack the age or structural characteristics of habitats used for nesting and roosting (NR). This distinction may not be made in all consultations. These data represent effects as reported in individual consultations and likely do not represent the entirety of impacts to foraging habitat within critical habitat since 2012. For many projects, affected foraging likely is captured within the "NR" acres as foraging habitat was lumped into "nesting/roosting/foraging habitat" at the time of consultation. Table A-3 summarizes the acres of foraging habitat removed or downgraded.

More recent data are now available regarding the amount of habitat currently present throughout the range. The most recent NWFP effectiveness monitoring review (Davis et al. 2022, entire) summarizes the amount of habitat present in 2017 and describes changes between 1993 and 2017 due to harvest, wildfire, other natural disturbances, and ingrowth. The NWFP effectiveness monitoring program is now able to provide annual updates to the rangewide habitat map (e.g., Davis et al. 2023), which account for habitat losses but not habitat recruitment. These maps do not provide all information needed to describe the habitat baseline for section 7 consultations. Notably, consulted-on effects are a crucial part of the baseline, whether these effects have already occurred or are anticipated to occur in the future. These maps lack information about habitat removals that have already undergone section 7 consultation but have not yet been carried out. These maps also do not include information regarding the effects of fires or other habitat losses that have occurred since the maps were produced. However, they do provide important context to understand the rangewide habitat baseline, especially because these maps measure

KSW00505

effects of fire and already-implemented timber harvest in a repeatable, consistent way, unlike the ad hoc methods described above and reflected in tables A-1 through A-3. Tables A-4 and A-5 display information derived from 2017 and 2023 habitat maps, for Federal and non-Federal lands respectively (Davis et al. 2022, pp. 29, 31; Davis et al. 2023). As the annual habitat updates more accurately account for the habitat impacts due to "Other Habitat Changes" originally tracked in the Consultation Tracking Database, these columns should not be considered when reviewing the reported affects in tables A-1 through A-3.

**Table A-1: Range-wide summary of effects to northern spotted owl nesting/roosting habitat[1] (acres) documented through ESA section 7 consultations or technical assistance reports.**

**Thursday, August 25, 2022 11:08:43 AM**

| Land Ownership | Consulted On Habitat Changes[2] | | Other Habitat Changes[3] | |
|---|---|---|---|---|
| | Removed/ Downgraded | Maintained/ Improved | Removed/ Downgraded | Maintained/ Improved |
| USFS, BLM, and NPS | 330,865 | 687,106 | 739,191 | 169,921 |
| Bureau of Indian Affairs / Tribes | 116,446 | 28,893 | 3,954 | 0 |
| Habitat Conservation Plans/Safe Harbor Agreements | 340,301 | 14,545 | 0 | 0 |
| Other Federal, State, County, Private Lands | 68,813 | 28,447 | 3,822 | 0 |
| Total Changes | 856,425 | 758,991 | 746,967 | 169,921 |

1. Northern spotted owl suitable habitat includes nesting/roosting habitat, and foraging habitat. Nesting/roosting habitat supports all life-history functions for spotted owls including foraging, and is sometimes referred to as nesting, roosting, and foraging habitat (NRF). Foraging-only habitat is a separate category that can include more open and fragmented forests and does not provide structures for nesting/roosting. Habitat effects summarized in this table are all classified as impacts to nesting/roosting habitats. Impacts to foraging-only habitat are tracked separately.

2. Includes effects documented through ESA section 7 consultations for the period from 1994 to 6/26/2001 (USFWS 2001) and all subsequent effects reported in the USFWS Tracking and Integrated Logging System - Northern Spotted Owl Consultation Effects Database (web application and database).

3. Includes effects to spotted owl nesting/roosting habitat documented through technical assistance reports resulting from wildfires and other natural causes, private timber harvest, and/or land exchanges not associated with ESA section 7 consultations.

KSW00506

**Table A-2 (ECOSphere Table B). Summary of northern spotted owl nesting/roosting[1] habitat (acres) removed or downgraded as documented through ESA section 7 consultations on Federal lands. Environmental baseline and summary of effects by state, province, and land use function from 2012 to present.**

Thursday, August 25, 2022 11:10:05 AM

| State | Physiographic Province[2] | Evaluation Baseline (2012)[3] | | | Nesting/Roosting Habitat Removed/Downgraded[4] | | | | | | | Total NR removed/ downgraded | % Provincial Baseline Affected | % Range-wide Effects |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Land Management Effects | | | Habitat Loss from Natural Events | | | | | |
| | | NR Acres in Reserves | NR Acres in Non-Reserves | Total NR Acres | Reserves[5] | Non-Reserves[6] | Total | Reserves | Non-Reserves | Total | | | |
| WA | Eastern Cascades | 554,786 | 224,876 | 779,662 | 2,504 | 55 | 2,559 | 123,967 | 0 | 123,967 | 126,526 | 16.23 | 21.37 |
| | Olympic Peninsula | 714,555 | 23,084 | 737,639 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0.00 | 0.00 |
| | Western Cascades | 957,314 | 212,325 | 1,169,639 | 15 | 188 | 203 | 4,320 | 0 | 4,320 | 4,523 | 0.39 | 0.76 |
| | Western Lowlands | 12,964 | 3 | 12,967 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 |
| OR | Cascades East | 206,719 | 133,080 | 339,799 | 1,251 | 8,808 | 10,059 | 3,305 | 1,981 | 5,286 | 15,345 | 4.52 | 2.59 |
| | Cascades West | 1,425,026 | 949,045 | 2,374,071 | 4,569 | 11,250 | 15,819 | 25,804 | 78,979 | 104,783 | 120,602 | 5.08 | 20.37 |
| | Coast Range | 468,575 | 38,898 | 507,473 | 2,594 | 2,177 | 4,771 | 0 | 0 | 0 | 4,771 | 0.94 | 0.81 |
| | Klamath Mountains | 706,840 | 227,726 | 934,566 | 9,462 | 80,958 | 90,420 | 47,891 | 44,880 | 92,771 | 183,191 | 19.60 | 30.94 |
| | Willamette Valley | 3,688 | 3,938 | 7,626 | 0 | 0 | 0 | 0 | 28,438 | 28,438 | 28,438 | 372.91 | 4.80 |
| CA | Cascades | 120,067 | 89,316 | 209,383 | 0 | 174 | 174 | 0 | 0 | 0 | 174 | 0.08 | 0.03 |
| | Coast | 113,857 | 9,999 | 123,856 | 0 | 0 | 0 | 0 | 3,073 | 3,073 | 3,073 | 2.48 | 0.52 |
| | Klamath | 1,143,050 | 622,027 | 1,765,077 | 387 | 727 | 1,114 | 33,333 | 70,967 | 104,300 | 105,414 | 5.97 | 17.80 |
| | Total | 6,427,441 | 2,534,317 | 8,961,758 | 20,783 | 104,337 | 125,120 | 238,620 | 228,318 | 466,938 | 592,058 | 6.61 | 99.99 |

**Notes:**

1. Northern spotted owl suitable habitat includes nesting/roosting habitat, and foraging habitat. Nesting/roosting habitat supports all life-history functions for spotted owls including foraging, and is sometimes referred to as nesting, roosting, and foraging habitat (NRF). Foraging-only habitat is a separate category that can include more open and fragmented forests, and does not provide structures for nesting/roosting. Habitat effects summarized in this table are all classified as impacts to nesting/roosting habitat. Impacts to foraging-only habitat are tracked separately.

2. Defined in the Revised Recovery Plan for the Northern Spotted Owl (USFWS 2011) as Recovery Units as depicted on page A-3.

3. Spotted owl nesting/roosting (NR) habitat on Federal lands (includes USFS, BLM, NPS, DoD, USFWS) based on GIS data developed for the Northwest Forest Plan 20-year monitoring report for northern spotted owl habitat as reported by Davis et al. 2016 (PNW-GTR-929). Nesting/roosting habitat acres are approximate values based on 2012 satellite imagery. Values reported here may vary slightly from values reported in PNW-GTR-929.

4. Estimated nesting/roosting habitat removed or downgraded from land management (e.g., timber sales) or natural events (e.g., wildfires) as documented through section 7 consultation or technical assistance. Effects reported here include acres removed or downgraded from 2012 to present.

5. Reserve land use allocations intended to provide spotted owl demographic support include Late-Successional Reserves identified in the Northwest Forest Plan on National Forests, designated Wilderness, and other Congressionally-reserved lands. Reserves on BLM lands in western Oregon managed under the 2016 revised Land and Resource Management Plans include Late-Successional Reserves, Congressionally-reserved lands, National Landscape Conservation System lands, and some District Designated Reserves (e.g., Areas of Critical Environmental Concern).

6. Non-reserve lands intended to provide spotted owl dispersal connectivity between reserves include USFS and BLM designations for timber production (matrix and harvest land base designations), Adaptive Management Areas, and other non-reserved land use designations.

KSW00507

**Table A-3 (ECOSphere Table B2). Summary of northern spotted owl foraging habitat[1] (acres) removed or downgraded as documented through ESA section 7 consultations on Federal lands. Summary of effects by state, province, and land use function from 2012 to present.**
Thursday, August 25, 2022 11:11:03 AM

| State | Physiographic Province[2] | Foraging Habitat Removed/Downgraded[3] | | | | | | Total Foraging Habitat removed/ downgraded |
|---|---|---|---|---|---|---|---|---|
| | | Land Management Effects | | | Habitat Loss from Natural Events | | | |
| | | Reserves[4] | Non-Reserves[5] | Total | Reserves | Non-Reserves | Total | |
| WA | Eastern Cascades | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Olympic Peninsula | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Western Cascades | 0 | 10 | 10 | 0 | 0 | 0 | 10 |
| | Western Lowlands | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OR | Cascades East | 124 | 2,738 | 2,862 | 0 | 124 | 124 | 2,986 |
| | Cascades West | 263 | 1,746 | 2,009 | 0 | 0 | 0 | 2,009 |
| | Coast Range | 24 | 2,050 | 2,074 | 0 | 0 | 0 | 2,074 |
| | Klamath Mountains | 242 | 6,867 | 7,109 | 0 | 0 | 0 | 7,109 |
| | Willamette Valley | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CA | Cascades | 571 | 248 | 819 | 0 | 0 | 0 | 819 |
| | Coast | 0 | 1 | 1 | 0 | 8,036 | 8,036 | 8,037 |
| | Klamath | 1,454 | 655 | 2,109 | 15,521 | 16,122 | 31,643 | 33,752 |
| | Total | 2,678 | 14,315 | 16,993 | 15,521 | 24,282 | 39,803 | 56,796 |

Notes:
1. Northern spotted owl suitable habitat includes nesting/roosting habitat, and foraging habitat. Nesting/roosting habitat supports all life-history functions for northern spotted owls including foraging, and is sometimes referred to as nesting, roosting, and foraging habitat (NRF). Foraging-only habitat is a separate category that can include more open and fragmented forests and does not provide structures for nesting/roosting. Habitat effects summarized in this table are all classified as impacts to nesting/roosting habitat. Impacts to foraging-only habitat are tracked separately.
2. Defined in the Revised Recovery Plan for the Northern Spotted Owl (Service 2011) as Recovery Units as depicted on page A-3.
3. Northern spotted owl nesting/roosting (NR) habitat on Federal lands (includes USFS, BLM, NPS, DoD, Service) based on GIS data developed for the Northwest Forest Plan 20-year monitoring report for northern spotted owl habitat as reported by Davis et al. 2016 (PNW-GTR-929). Nesting/roosting habitat acres are approximate values based on 2012 satellite imagery. Values reported here may vary slightly from values reported in PNW-GTR-929. Estimated nesting/roosting habitat removed or downgraded from land management (e.g., timber sales) or natural events (e.g., wildfires) as documented through section 7 consultation or technical assistance. Effects reported here include acres removed or downgraded from 2012 to present.
4. Reserve land use allocations intended to provide northern spotted owl demographic support include Late-Successional Reserves identified in the Northwest Forest Plan on National Forests, designated Wilderness, and other Congressionally-reserved lands. Reserves on BLM lands in western Oregon managed under the 2016 revised Land and Resource Management Plans include Late-Successional Reserves, Congressionally-reserved lands, National Landscape Conservation System lands, and some District Designated Reserves (e.g., Areas of Critical Environmental Concern).
5. Non-reserve lands intended to provide northern spotted owl dispersal connectivity between reserves include USFS and BLM designations for timber production (matrix and harvest land base designations), Adaptive Management Areas, and other non-reserved land use designations.

KSW00508

**Table A-4. Changes in northern spotted owl nesting/roosting habitat over time, federal lands**

| State and physiographic province | Nesting/roosting forest area estimates from bookend maps | | | Explanation for losses, 1993-2017[1] | | | | Total explained loss 1993-2017 | Estimated habitat ingrowth 1993-2017[4] | Total Changes Over Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1993 | 2017[2] | 2023[3] | Harvest | Wildfire | Insect | Other | | | Net area change 1993-2017 | Estimated area change 2017-2023 | Net percent change 1993-2017 | Estimated percent change 2017-2023 |
| | | | | | *Thousand acres* | | | | | | | *Percent* | |
| *Washington:* | | | | | | | | | | | | | |
| **Olympic Peninsula** | 719.0 | 732.3 | 722.3 | 3.6 | 3.4 | 0.3 | 6.7 | 14.1 | 27.4 | 13.3 | -9.5 | 1.9 | -1.3 |
| **Western Lowlands** | 12.3 | 10.9 | 10.2 | 1.8 | 0.0 | 0.0 | 0.0 | 1.8 | 0.4 | -1.4 | -0.7 | -11.1 | -6.4 |
| **Western Cascades** | 1,382.4 | 1,380.2 | 1,346.9 | 14.9 | 5.8 | 1.8 | 10.2 | 32.7 | 30.5 | -2.2 | -33.3 | -0.2 | -2.4 |
| **Eastern Cascades** | 730.4 | 673.5 | 542.6 | 31.3 | 75.2 | 22.7 | 7.4 | 136.7 | 79.8 | -56.9 | -130.9 | -7.8 | -19.4 |
| Total | *2,844.1* | *2,797.0* | *2,622.5* | *51.6* | *84.4* | *24.9* | *24.2* | *185.2* | *138.1* | *-47.1* | *-174.5* | *-1.7* | *-6.2* |
| *Oregon:* | | | | | | | | | | | | | |
| **Coast Range** | 413.6 | 559.4 | 561.7 | 22.9 | 0.2 | 0.0 | 0.1 | 23.3 | 169.1 | 145.8 | 2.3 | 35.3 | 0.4 |
| **Willamette Valley** | 6.2 | 8.8 | 8.7 | 0.5 | 0.0 | 0.0 | 0.0 | 0.5 | 3.1 | 2.6 | -0.1 | 42.0 | -1.3 |
| **Western Cascades** | 2,251.2 | 2,333.7 | 2,042.7 | 68.5 | 68.0 | 2.1 | 3.3 | 141.8 | 224.3 | 82.5 | -291.0 | 3.7 | -12.5 |
| **Klamath** | 1,087.6 | 1,121.6 | 993.5 | 40.3 | 178.6 | 0.3 | 1.4 | 220.6 | 254.6 | 34.0 | -128.1 | 3.1 | -11.4 |
| **Eastern Cascades** | 283.9 | 288.9 | 269.8 | 19.6 | 20.0 | 2.7 | 1.0 | 43.4 | 48.4 | 5.0 | -19.1 | 1.7 | -6.6 |
| Total | *4,042.5* | *4,312.3* | *3,876.5* | *151.9* | *266.8* | *5.1* | *5.8* | *429.6* | *699.4* | *269.8* | *-435.8* | *6.7* | *-10.1* |
| *California:* | | | | | | | | | | | | | |
| **Coast Range** | 106.8 | 128.5 | 125.8 | 2.6 | 7.7 | 0.0 | 0.3 | 10.6 | 32.3 | 21.7 | -2.7 | 20.3 | -2.1 |
| **Klamath** | 1,722.9 | 1,727.2 | 1,269.7 | 40.6 | 329.3 | 7.5 | 14.9 | 392.4 | 396.7 | 4.3 | -457.5 | 0.2 | -26.5 |
| **Cascades** | 174.2 | 190.7 | 169.7 | 11.0 | 15.5 | 0.8 | 0.1 | 27.4 | 43.9 | 16.5 | -21.0 | 9.4 | -11.0 |
| Total | *2,003.9* | *2,046.4* | *1,565.2* | *54.2* | *352.5* | *8.3* | *15.3* | *430.3* | *472.8* | *42.4* | *-481.2* | *2.1* | *-23.5* |
| **NWFP total** | **8,890.5** | **9,155.7** | **8,064.2** | **257.7** | **703.7** | **38.3** | **45.3** | **1,045.1** | **1,310.3** | **265.1** | **-1,091.5** | **3.0** | **-11.9** |

[1] Explanations for losses are not available for 2023 habitat estimates
[2] All 1993 and 2017 figures from Davis et al. 2022, Table A1, except as noted
[3] All 2023 figures calculated from Davis et al. 2023. These figures do not account for habitat recruitment since 2017.
[4] Calculated by subtracting 1993 bookend estimate from the sum of the 2017 bookend estimate and the total explained loss

KSW00509

**Table A-5. Changes in northern spotted owl nesting/roosting habitat over time, non-federal lands**

| State and physiographic province | Nesting/roosting forest area estimates from bookend maps | | | Explanation for losses, 1993-2017[1] | | | | Total explained loss 1993-2017 | Estimated habitat ingrowth 1993-2017[4] | Total Changes Over Time | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1993 | 2017[2] | 2023[3] | Harvest | Wildfire | Insect | Other | | | Net area change 1993-2017 | Estimated area change 2017-2023 | Net percent change 1993-2017 | Estimated percent change 2017-2023 |
| | Thousand acres | | | | | | | | | | | Percent | |
| *Washington:* | | | | | | | | | | | | | |
| **Olympic Peninsula** | 151.7 | 137.7 | 126.3 | 74.2 | 0 | 0.5 | 0.1 | 74.8 | 60.8 | -14.0 | -11.4 | -9.2 | -8.3 |
| **Western Lowlands** | 222.4 | 135 | 120.7 | 152.8 | 0 | 0.3 | 0 | 153.1 | 65.7 | -87.4 | -14.3 | -39.3 | -10.6 |
| **Western Cascades** | 407.2 | 272.8 | 257.0 | 164.5 | 0.4 | 0.3 | 0 | 165.2 | 30.8 | -134.4 | -15.8 | -33.0 | -5.8 |
| **Eastern Cascades** | 285.7 | 219.2 | 195.5 | 122.9 | 13.9 | 5.5 | 0.1 | 142.4 | 75.9 | -66.5 | -23.7 | -23.3 | -10.8 |
| *Total* | *1,067.0* | *764.7* | *699.5* | *514.4* | *14.4* | *6.5* | *0.2* | *535.5* | *233.2* | *-302.3* | *-65.2* | *-28.3* | *-8.5* |
| *Oregon:* | | | | | | | | | | | | | |
| **Coast Range** | 277.9 | 325.2 | 277.7 | 264.8 | 0.3 | 0.4 | 0 | 265.5 | 312.8 | 47.3 | -47.5 | 17.0 | -14.61 |
| **Willamette Valley** | 82.7 | 76.8 | 66.8 | 48.8 | 0 | 0.1 | 0 | 48.9 | 43.0 | -5.9 | -10.0 | -7.1 | -13.0 |
| **Western Cascades** | 448.7 | 295.4 | 205.1 | 339.4 | 2.2 | 0.5 | 0 | 342.1 | 188.8 | -153.3 | -90.3 | -34.2 | -30.6 |
| **Klamath** | 340.3 | 365 | 312.6 | 188.7 | 13.7 | 0.4 | 0.1 | 202.9 | 227.6 | 24.7 | -52.4 | 7.3 | -14.4 |
| **Eastern Cascades** | 98.4 | 68.9 | 54.3 | 46.9 | 9.5 | 0.7 | 0.1 | 57.2 | 27.7 | -29.5 | -14.6 | -30.0 | -21.2 |
| *Total* | *1,248.0* | *1,131.2* | *916.5* | *888.6* | *25.6* | *2* | *0.3* | *916.5* | *799.7* | *-116.8* | *-214.7* | *-9.4* | *-19.0* |
| *California:* | | | | | | | | | | | | | |
| **Coast Range** | 681.6 | 1050.6 | 1023.5 | 232 | 9 | 0.1 | 0 | 241.1 | 610.1 | 369.0 | -27.1 | 54.1 | -2.6 |
| **Klamath** | 315.6 | 381.6 | 335.9 | 87.5 | 23.3 | 0.6 | 0.1 | 111.5 | 177.5 | 66.0 | -45.7 | 20.9 | -12.0 |
| **Cascades** | 164.4 | 143.6 | 127.6 | 75.4 | 9.8 | 1 | 0 | 86.2 | 65.4 | -20.8 | -16.0 | -12.7 | -11.2 |
| *Total* | *1,161.5* | *1,575.8* | *1,487.0* | *395* | *42* | *1.8* | *0.1* | *438.9* | *853.2* | *414.3* | *-88.8* | *35.7* | *-5.6* |
| **NWFP total** | **3,476.5** | **3,471.8** | **3,103.0** | **1,797.9** | **82** | **10.3** | **0.6** | **1,890.8** | **1,886.1** | **-4.7** | **-368.8** | **-0.1** | **-10.6** |

[1] Explanations for losses are not available for 2023 habitat estimates
[2] All 1993 and 2017 figures from Davis et al. 2022, Table A3, except as noted
[3] All 2022 figures calculated from Davis et al. 2023. These figures do not account for habitat recruitment since 2017.
[4] Calculated by subtracting 1993 bookend estimate from the sum of the 2017 bookend estimate and the total explained loss

KSW00510

Other Past Habitat Trend Assessments

In 2005, the Washington Department of Wildlife released the report, "An Assessment of Spotted Owl Habitat on Non-Federal Lands in Washington between 1996 and 2004" (Pierce et al. 2005). This study estimates the amount of northern spotted owl habitat in 2004 on lands affected by state and private forest practices. The study area is a subset of the total Washington forest practice lands, and statistically-based estimates of existing habitat and habitat loss due to fire and timber harvest are provided. In the 3.2 million acre study area, Pierce et al. (2005) estimated there were 816,000 acres of suitable northern spotted owl habitat in 2004, or about 25 percent of their study area. Based on their results, Pierce et al. (2005) estimated there were less than 2.8 million acres of northern spotted owl habitat in Washington on all ownerships in 2004. Most of the suitable owl habitat in 2004 (56%) occurred on Federal lands, and lesser amounts were present on state and local lands (21%), private lands (22%) and tribal lands (1%). Most of the harvested northern spotted owl habitat was on private (77%) and state-local (15%) lands. A total of 172,000 acres of timber harvest occurred in the 3.2 million acre study area, including harvest of 56,400 acres of suitable northern spotted owl habitat. This represented a loss of about 6 percent of the owl habitat in the study area distributed across all ownerships (Pierce et al. 2005). Approximately 77 percent of the harvested habitat occurred on private lands and about 15 percent occurred on State lands. Pierce and others (2005) also evaluated suitable habitat levels in 450 northern spotted owl management circles (based on the provincial annual median northern spotted owl home range). Across their study area, they found that owl circles averaged about 26 percent suitable habitat in the circle across all landscapes. Values in the study ranged from an average of 7 percent in southwest Washington to an average of 31 percent in the east Cascades, suggesting that many owl territories in Washington are significantly below the 40 percent suitable habitat threshold used by the State as a viability indicator for northern spotted owl territories (Pierce et al. 2005).

Moeur et al. 2005 estimated an increase of approximately 1.25 to 1.5 million acres of medium and large older forest (greater than 20 inches dbh, single and multi-storied canopies) on Federal lands in the NWFP area between 1994 and 2003. The increase occurred primarily in the lower end of the diameter range for older forest. In the greater than 30-inch dbh size class, the net area increased by only an estimated 102,000 to 127,000 acres (Moeur et al. 2005). The estimates were based on change-detection layers for losses due to harvest and fire and re-measured inventory plot data for increases due to ingrowth. Transition into and out of medium and large older forest over the 10-year period was extrapolated from inventory plot data on a subpopulation of Forest Service land types and applied to all Federal lands. Because size class and general canopy layer descriptions do not necessarily account for the complex forest structure often associated with northern spotted owl habitat, the significance of these acres to northern spotted owl conservation remains unknown.

**POPULATION TRENDS**

There are no estimates of the historical population size and distribution of northern spotted owls, although they are believed to have inhabited most old-growth forests throughout the Pacific Northwest prior to modern settlement (mid-1800s), including northwestern California (Service 1989, pp. 2-17).

KSW00511

The current range of the northern spotted owl extends from southwest British Columbia through the Cascade Mountains, coastal ranges, and intervening forested lands in Washington, Oregon, and California, as far south as Marin County (Service 1990a, p. 26114). The range of the northern spotted owl is partitioned into 12 physiographic provinces (Figure A-1) based on recognized landscape subdivisions exhibiting different physical and environmental features (Service 1992a, p. 31). The northern spotted owl has become rare in certain areas, such as British Columbia, southwestern Washington, and the northern coastal ranges of Oregon.

Because the existing survey coverage and effort are insufficient to produce reliable rangewide estimates of population size, demographic data are used to evaluate trends in northern spotted owl populations. Analysis of demographic data can provide an estimate of the finite rate of population change ($\lambda$), which provides information on the direction and magnitude of population change. A $\lambda$ of 1.0 indicates a stationary population, meaning the population is neither increasing nor decreasing. A $\lambda$ of less than 1.0 indicates a decreasing population, and a $\lambda$ of greater than 1.0 indicates a growing population. Demographic data, derived from studies initiated as early as 1985, have been analyzed periodically to estimate trends in the populations of the northern spotted owl (Anderson and Burnham 1992; Burnham et al. 1994; Forsman et al. 1996; Anthony et al. 2006; Forsman et al. 2011; Dugger et al. 2016; Franklin et al. 2021).

The most recent meta-analysis (Franklin et al. 2021) found continued declines in virtually all demographic parameters evaluated (Table A-4). Estimates of annual rates of population change, occupancy rates, and realized population change showed continuing declines across the range, and the annual rate of decline has increased in most areas, including southern Oregon and northern California. Populations in all study areas are declining, including those study areas that had been relatively stable in earlier analyses (Franklin et al. 2021, pp. 12-13). Notably, the rate of realized population change for northern spotted owls in demographic study areas in Washington, as well as the Coast Range and Klamath study areas in Oregon, showed declines of 75 percent or more between 1995 and 2017. Other Oregon study areas showed declines of over 60 percent over the same time period. In California, declines ranged from more than 60 percent over the same time period, to 30 percent at Hoopa between 1995 and 2013, to exclude the period when barred owl removal was conducted at Hoopa (Franklin et al. 2021, p. 13). These findings indicate that these populations are declining over time and the rate of decline is increasing. The probability of occupancy has declined in all three states over the past two decades (Franklin et al. 2021, p. 17). The lowest recent occupancy rates were observed in Washington study areas, as well as the Coast Range and Tyee study areas in Oregon, where 2017 occupancy rates were below 25 percent. The other Oregon study areas had 2017 occupancy rates of approximately 25 percent. In California, 2017 occupancy rates were between 25 and 50 percent; 2017 data were not given for Hoopa, which was between 50 and 75 percent occupied in 2013.

Current estimates of the rangewide northern spotted owl population are not available. Two methods of estimating populations have previously been described - records of known sites and population modeling. There is no central database containing all known site information, but the number of known sites was documented in 1995 in a Federal Register notice (Service 1995, p. 9495). Population modeling was conducted for the 2012 critical habitat designation, and further research has been conducted using the same population modeling framework. We can also

KSW00512

combine each of these methods of population estimation with information from the most recent demographic meta-analysis to update these earlier estimates.

As of July 1, 1994, there were 5,431 known site-centers of northern spotted owl pairs or resident singles: 851 sites (16 percent) in Washington, 2,893 sites (53 percent) in Oregon, and 1,687 sites (31 percent) in California (Service 1995, p. 9495). The actual number of currently occupied northern spotted owl locations across the range is unknown because many areas remain unsurveyed (Service 2011b, p. A-2). In addition, many historical sites are no longer occupied because northern spotted owls have been displaced by barred owls, timber harvest, or severe fires, and it is possible that some new sites have been established due to reduced timber harvest on Federal lands since 1994. The totals above represent the cumulative number of locations recorded in the three states, not population estimates. Even in 1994, it is not likely that all known sites were occupied simultaneously. Furthermore, the number of northern spotted owls associated with each site is likely to vary from year to year, and some northern spotted owls ("floaters") are not associated with a site.

Estimated populations were modeled during the 2012 critical habitat designation which projected a steady-state rangewide population size of roughly 3,000 female northern spotted owls. Note that this steady-state population estimate was not meant to be a measure of actual population size, but rather an estimate of landscape capacity, given the amount of suitable habitat (modelled based on 2006 satellite imagery) and competition with barred owls. Steady-state population estimates varied regionally from low in the north, especially the northwest (e.g., far fewer than 100 female northern spotted owls in the North Coast Olympics and West Cascades North modeling regions), to high in parts of southern Oregon and northern California (e.g., between around 400 and 750 females each in the Inner California Coast, Klamath East, Klamath West, Redwood Coast, and West Cascades South modeling regions) (Dunk et al., 2012, p. 64). These estimates likely over-represent the numbers of females as this modeling effort does not reflect the effects of habitat loss since 2006, or of increasing encounter rates with barred owls in the southern portion of the range.

Additionally, the actual number of currently occupied northern spotted owl locations across the range is unknown because many areas remain un-surveyed (Service 2011a, p. A-2) and many historical sites are no longer occupied because northern spotted owls have been displaced by barred owls, timber harvest, or severe fires. However, displaced northern spotted owls may survive in new territories or as floaters, and so may still be present in the population. Other factors such as impacts of anticoagulant rodenticides have likely negatively affected localized northern spotted owl populations (Gabriel et al. 2018, p. 6). Another unmeasured factor might include the possibility that some new sites have been established due to reduced timber harvest on Federal lands since 1994. At 10 long-term study areas where local northern spotted owl populations have been tracked since 1995 or before, without barred owl management, the average annual rate of population change from 1995 through 2017 was -5.3 percent (Franklin et al. 2021, p. 13). This rate of decline has not been consistent throughout the entire 22-year period, but rather, it was shallower in the earlier years and has become steeper in recent years. In 2016, the annual rate of change for 1985 through 2013 was estimated to be -3.8 percent, and in 2011, the annual rate of change for 1990 through 2006 was estimated to be -2.9 percent (Dugger et al. 2016, p. 70; Forsman et al. 2011, p. 65).

KSW00513

If we simplistically assume that all 5,431 sites known in 1994 were occupied in 1995, and that site occupancy has decreased proportionally to the rate of population change, we would expect that approximately 1,318 (calculated as $5{,}432*0.947^{26}$) of these sites would remain occupied in 2021. More realistically, it is likely that some of these sites were unoccupied in 1995, but also that some number of other sites were occupied in 1995 but remained unknown due to lack of survey. Furthermore, the rate of decline in site occupancy may have outpaced the decline in the population, as barred owls have displaced northern spotted owls, increasing the proportion of floaters in the population. Because these realistic considerations include some sources of overestimation and other sources of underestimation, all of unknown magnitude, it is not clear whether this might be an overestimate or an underestimate of the number of currently occupied sites.

Similarly, if we simplistically assume that 3,074 females were present in the rangewide population in 2006, as estimated for the steady-state population in the critical habitat modeling exercise, and that the number of females has declined by 5.3 percent per year since then, we would expect that 1,358 (calculated as $3{,}074*0.947^{15}$) females would be present in the 2021 rangewide population. More realistically, it is not clear how well the steady-state population estimates approximated the actual 2006 northern spotted owl population, and the rate of population change between 2006 and 2021 has likely been steeper than -5.3.

Based on both of these adjustments to earlier estimates of the number of sites and females in the population, we hypothesize that there are likely 3,000 or fewer individuals present in the rangewide population as of 2021.

KSW00514

Table A-4. Summary of most recent northern spotted owl population trends from in demographic study areas in Washington, Oregon, and California 1985-2017 (Derived from Franklin et al. 2021, pp. 10-18).

| Study Area | Apparent Survival | Territory Colonization | Territory Extirpation | Occupancy Rates | Population Trend | Mean Lambda [a] | % 1995 Pop Size in 2017 |
|---|---|---|---|---|---|---|---|
| **Washington** | | | | | | | |
| CLE | Declining | Declining | Increasing | Declining | Declining | 0.91 | <20% |
| RAI | Declining | Declining | Increasing | Declining | Declining | 0.94 | 25% |
| OLY | Declining | Declining | Increasing | Declining | Declining | 0.91 | <20% |
| **Oregon** | | | | | | | |
| COA | Declining | Declining | Increasing | Declining | Declining | 0.92 | <25% |
| HJA | Declining | Declining | Increasing | Declining | Declining | 0.96 | <40% |
| TYE | Declining | Not significant | Increasing | Declining | Declining | 0.96 | <40% |
| KLA | Declining | Declining | Increasing | Declining | Declining | 0.93 | <25% |
| CAS | Declining | Declining | Increasing | Declining | Declining | 0.96 | <40% |
| **California** | | | | | | | |
| NWC | Declining | Not significant | Increasing | Declining | Declining | 0.98 | 50% |
| HUP[b] | Declining | Not significant | Increasing | Declining | Declining | 0.98 | 70% |
| GDR | Declining | Not significant | Increasing | Declining | Declining | 0.94 | <40% |

[a] Approximate estimates from Franklin et al. 2021, pp. 11-12 and Figure 7; lambda estimates not listed by study area.

[b] Trends calculated only through 2012, prior to commencement of barred owl removal

[c] Data used for occupancy modeling in the GDR study area excluded treatment areas after Barred Owl removals began in 2009.

In the northern-most portion of the range in British Columbia, few northern spotted owls are remaining. Chutter et al. (2004, p. v) suggested immediate action was required to improve the likelihood of recovering the northern spotted owl population in British Columbia. In 2007, personnel in British Columbia captured and brought into captivity the remaining 16 known wild northern spotted owls (Service 2011b, p. A-6). Prior to initiating the captive-breeding program, the population of northern spotted owls in Canada was declining by as much as 10.4 percent per year (Chutter et al. 2004, p. v). As of 2016, this program included 17 northern spotted owls, eight of which were born in captivity (British Columbia 2017, p. 1). The program is targeted produce annually up to 20 captive-born owls ready for release back into the wild until the population reaches 200; the first year of release expected to occur in the spring of 2018. The amount of previous interaction between northern spotted owls in Canada and the United States is unknown.

KSW00515

### *NORTHERN SPOTTED OWL CRITICAL HABITAT*

## LEGAL STATUS

Critical habitat for the northern spotted owl includes approximately 9,373,676 acres in 11 units and 60 subunits in California, Oregon, and Washington (Service 2021b, p. 62641). This acreage resulted from the November 10, 2021 final rule's exclusion of approximately 204,294 acres within the Harvest Land Base for BLM and some tribal lands in Oregon (Service 2021b, entire) from the 2012 critical habitat designation (Service 2012a, entire).

Designation of critical habitat serves to identify those lands that are necessary for the conservation and recovery of the listed species. In this case, the Service's primary objective in designating critical habitat was to identify capable and existing essential northern spotted owl habitat and highlight specific areas where management of the northern spotted owl and its habitat should be given highest priority. The expectation of critical habitat is to ameliorate habitat-based threats. The recovery of the northern spotted owl requires habitat conservation in concert with the implementation of recovery actions that address other, non-habitat-based threats to the species, including the barred owl (Service 2012a, p. 71879). The conservation role of northern spotted owl critical habitat is to "adequately support the life-history needs of the species to the extent that well-distributed and inter-connected northern spotted owl nesting populations are likely to persist within properly functioning ecosystems at the critical habitat unit and range-wide scales" (Service 2012a, p. 71938). The specific conservation roles of the subunits included in the action area are described below in the Environmental Baseline.

## PHYSICAL OR BIOLOGICAL FEATURES AND PRIMARY CONSTITUENT ELEMENTS

When designating critical habitat, the Service considers "the physical or biological features [PBFs] essential to the conservation of the species and which may require special management considerations or protection" (50 CFR §424.12; Service 2012a, p. 71897). "These include but are not limited to: (1) space for individual and population growth and for normal behavior; (2) food, water, air, light, minerals, or other nutritional or physiological requirements; (3) cover or shelter; (4) sites for breeding, reproduction, or rearing (or development) of offspring; and (5) habitats that are protected from disturbance or are representative of the historical, geographical, and ecological distributions of a species" (Service 2012a, p. 71897). The final critical habitat rule states that "for the northern spotted owl, the physical or biological features essential to the conservation of the species are forested areas that are used or likely to be used for nesting, roosting, foraging, or dispersing" (Service 2012a, p. 71897). The final critical habitat rule for the northern spotted owl provides an in-depth discussion of the PBFs, which may be referenced for further detail (Service 2012a, pp. 71897-71906).

The final rule for critical habitat defines the primary constituent elements (PCEs) as the specific elements of the PBFs that are considered essential to the conservation of the northern spotted owl and are those elements that make areas suitable as nesting, roosting, foraging, and dispersal habitat (Service 2012a, p. 71904). In 2016, the Service returned to the use of statutory reference of PBFs rather than PCEs when evaluating and discussing the availability and function of, as

KSW00516

well as the effects to the attributes of critical habitat in the adverse modification analysis (Service and USDC NOAA 2016, p. 2716). References to PCE here are to be consistent with cited critical habitat rule. The PCEs should be arranged spatially such that it is favorable to the persistence of populations, survival and reproductive success of resident pairs, and survival of dispersing individuals until they are able to recruit into a breeding population (Service 2012a, p. 71904). Within areas essential for the conservation and recovery of the northern spotted owl, the Service has determined that the PCEs are:

1:    Forest types that may be in early-, mid-, or late-seral stages and that support the northern spotted owl across its geographic range;
2:    Habitat that provides for nesting and roosting;
3:    Habitat that provides for foraging;
4:    Habitat to support the transience and colonization phases of dispersal, which in all cases would optimally be composed of nesting, roosting, or foraging habitat (PCEs 2 or 3), but which may also be composed of other forest types that occur between larger blocks of nesting, roosting, or foraging habitat (Service 2012, pp. 72051-72052).

Some critical habitat subunits may contain all of the PBFs and support multiple life history requirements of the northern spotted owl, while some subunits may contain only those PBFs necessary to support the species' particular use of that habitat. All of the areas designated as critical habitat, however, do contain PCE 1, forest type. As described in the final rule, PCE 1 always occurs in concert with at least one other PCE (PCE 2, 3, or 4; Service 2012a, p. 72051). Northern spotted owl critical habitat does not include meadows, grasslands, oak woodlands, aspen woodlands, or manmade structures and the land upon which they are located (Service 2012a, p. 71918).

## PCE/PBF 1: Forest Types

The primary forest types that support the northern spotted owl are: Sitka spruce, western hemlock, mixed conifer, mixed evergreen, grand fir, Pacific silver fir, Douglas-fir, white fir, Shasta red fir, redwood/Douglas-fir, and moister ponderosa pine (Service 2012a, p. 72051).

## PCE/PBF 2: Nesting and Roosting Habitat

Nesting and roosting habitats provide structural features for nesting, protection from adverse weather conditions, and cover to reduce predation risk for adults and young. Unlike foraging habitat, structural conditions of nesting roosting habitats do not vary much across the range. The final rule describes characteristics associated with nesting and roosting habitats sufficient for foraging by territorial pairs, moderate to high canopy cover (60 to over 80 percent), multilayered and multispecies canopies with large overstory trees (20 to 30 inches dbh), basal area greater than 240 square feet per acre, high diversity of tree diameters, high incidence of large live trees with various deformities (e.g., large cavities, broken tops, mistletoe infections, and other evidence of decadence), large snags and large accumulations of woody debris on the ground, and sufficient open space beneath the canopy for flight (Service 2012a, p. 72051). Nesting and roosting habitats also function as foraging and dispersal habitat (Service 2012a, p. 71884).

KSW00517

**PCE/PBF 3: Foraging Habitat**

Foraging habitat varies across the range, depending upon ecological conditions and disturbance regimes that influence vegetation structure and prey species distributions. Across most of the owl's range, nesting and roosting habitat is also foraging habitat, but in some regions (particularly in the southern portion of the range) northern spotted owls may additionally use other habitat types for foraging as well (differences in foraging habitats between ecological provinces are discussed below).

**PCE/PBF 4: Dispersal Habitat**

Northern spotted owl dispersal habitat is habitat that supports the transience and colonization phases of owl dispersal, and in all cases would optimally be composed of nesting, roosting, or foraging habitat (PCE 2 or 3), but which may also be composed of other forest types that occur between larger blocks of northern spotted owl nesting, roosting, or foraging habitat. In cases where nesting, roosting, or foraging habitats are insufficient to provide for dispersing or nonbreeding owls, the specific dispersal PCEs are: habitat supporting transience phase of dispersal (protection from avian predators, minimal foraging opportunities, younger and less diverse forests that provide some roosting structures and foraging opportunities) and habitat supporting the colonization phase of dispersal (nesting, roosting, and foraging habitat but in smaller amounts than needed to support a nesting pair) (Service 2012a, p. 72052).

## ZONES OF HABITAT ASSOCIATIONS USED BY NORTHERN SPOTTED OWLS

Differences in patterns of habitat associations used by the northern spotted owl across its range suggest four different broad zones of habitat use, which we characterize as the (1) West Cascades/Coast Ranges of Oregon and Washington, (2) East Cascades, (3) Klamath and Northern California Interior Coast Ranges, and (4) Redwood Coast (Figure A-3). We configured these zones based on a qualitative assessment of similarity among ecological conditions and habitat associations within the 11 different regions analyzed during the critical habitat designation process (see Service 2012a). These four zones capture the range in variation of some of the PBFs essential to the conservation of the northern spotted owl. Habitat modeling indicates that vegetation structure has a dominant influence on owl population performance, with habitat pattern and topography also contributing. High canopy cover, high density of large trees, high numbers of sub-canopy vegetation layers, and low to moderate slope positions are all important features. Summarized below are the PBFs for each of these four zones, emphasizing zone-specific features that are distinctive within the context of general patterns that apply across the entire range of the northern spotted owl.

<u>West Cascades/ Coast Ranges of Oregon and Washington</u>

This zone includes five regions west of the Cascade crest in Washington and Oregon (Western Cascades North, Central and South; North Coast Ranges and Olympic Peninsula; and Oregon Coast Ranges; Service 2011b, p. C–13). Climate in this zone is characterized by high rainfall and cool to moderate temperatures. Variation in elevation between valley bottoms and ridges is relatively low in the Coast Ranges, creating conditions favorable for development of contiguous forests. In contrast, the Olympic and Cascade ranges have greater topographic variation with

KSW00518

many high-elevation areas supporting permanent snowfields and glaciers. Douglas-fir and western hemlock dominate forests used by northern spotted owls in this zone. Root diseases and wind-throw are important natural disturbance mechanisms that form gaps in forested areas. Flying squirrels (*Glaucomys sabrinus*) are the dominant prey, with voles and mice also representing important items in the northern spotted owl's diet.



Figure A-3. Regions and zones of habitat associations used by northern spotted owls in Washington, Oregon, and California.

Nesting habitat in this zone is mostly limited to areas with large trees with defects such as mistletoe brooms, cavities, or broken tops. The subset of foraging habitat that is not nesting/roosting habitat generally has slightly lower values than nesting habitat for canopy cover, tree size and density, and canopy layering. Prey species (primarily the northern flying squirrel) in this zone are associated with mature to late-successional forests, resulting in small differences between nesting, roosting, and foraging habitats.

East Cascades

This zone includes the Eastern Cascades North and Eastern Cascades South regions (Service 2011b, p. C–13). This zone is characterized by a continental climate (cold, snowy winters and dry summers) and a high frequency of natural disturbance due to fires and outbreaks of forest insects and pathogens. Flying squirrels are the dominant prey species, but the diet of northern spotted owls in this zone also includes relatively large proportions of bushy-tailed woodrats (*Neotoma cinerea*), snowshoe hare (*Lepus americanus*), pika (*Ochotona princeps*), and mice (*Microtus spp.* (Forsman et al. 2001, pp. 144–145).

KSW00519

Our modeling indicates that habitat associations in this zone do not show a pattern of dominant influence by one or a few variables (Service 2011b, Appendix C). Instead, habitat association models for this zone included a large number of variables, each making a relatively modest contribution (20 percent or less) to the predictive ability of the model. The features that were most useful in predicting northern spotted owl habitat quality were vegetation structure and composition, and topography, especially slope position in the north. Other efforts to model habitat associations in this zone have yielded similar results (e.g., Garm et al. 2010, pp. 2048–2050; Loehle et al. 2011, pp. 25–28).

Relative to other portions of the northern spotted owls' range, nesting and roosting habitat in this zone includes relatively younger and smaller trees, likely reflecting the common usage of dwarf mistletoe (*Arceuthobium douglasii*) brooms (dense growths) as nesting platforms (especially in the north). Forest composition that includes high proportions of Douglas-fir is also associated with this nesting structure. Additional foraging habitat in this zone generally resembles nesting and roosting habitat, with reduced canopy cover and tree size, and reduced canopy layering. High prey diversity suggests relatively diverse foraging habitats are used. Topographic position was an important variable, particularly in the north, possibly reflecting competition from barred owls (Singleton et al. 2010, pp. 289, 292). Barred owls, which have been present for over 30 years in the northern portions of this zone, preferentially occupy valley-bottom habitats, possibly compelling northern spotted owls to establish territories on less productive, mid-slope locations (Singleton et al. 2010, pp. 289, 292).

Klamath and Northern California Interior Coast Ranges

This zone includes the Klamath West, Klamath East, and Interior California Coast regions (Service 2011b, p. C–13). This region in southwestern Oregon and northwestern California is characterized by very high climatic and vegetative diversity resulting from steep gradients of elevation, dissected topography, and large differences in moisture from west to east. Summer temperatures are high, and northern spotted owls occur at elevations up to 5,800 feet. The western portions of this zone support a diverse mix of mesic forest communities interspersed with drier forest types. Forests of mixed conifers and evergreen hardwoods are typical of the zone. The eastern portions of this zone have a Mediterranean climate with increased occurrence of ponderosa pine. Douglas-fir/dwarf mistletoe is rarely used for nesting platforms in the western part of the northern spotted owl's range but is commonly used in the east.

The prey base for northern spotted owls in this zone is correspondingly diverse, but dominated by dusky-footed woodrats, bushy-tailed woodrats, and flying squirrels. Northern spotted owls have been well studied in the western Klamath portion of this zone (Forsman et al. 2004, p. 217), but relatively little is known about northern spotted owl habitat use in the eastern portion and the California Interior Coast Range portion of the zone.

Our habitat association models for this zone suggest that vegetation structure and topographic features are nearly equally important in influencing owl population performance, particularly in the Klamath. High canopy cover, high levels of canopy layering, and the presence of very large dominant trees were all important features of nesting and roosting habitat. Compared to other zones, additional foraging habitat for this zone showed greater divergence from nesting habitat, with much lower canopy cover and tree size. Low to intermediate slope positions were strongly

KSW00520

favored. In the eastern Klamath, the presence of Douglas-fir was an important compositional variable in our habitat model (Service 2011b, Appendix C).

Redwood Zone

This zone is confined to the northern California coast, and is represented by the Redwood Coast region (Service 2011b, p. C–13). It is characterized by a maritime climate with moderate temperatures and generally mesic conditions. Near the coast, frequent fog delivers consistent moisture during the summer. Terrain is typically low-lying (0 to 3,000 feet). Forest communities are dominated by redwood, Douglas-fir–tanoak (*Lithocarpus densiflorus*) forest, coast live oak (*Quercus agrifolia*), and tanoak series. Dusky footed woodrats are the dominant prey items for northern spotted owls in this zone.

Habitat association models for this zone diverged strongly from models for other zones. Topographic variables (slope position and curvature) had a dominant influence with vegetation structure having a secondary role. Low position on slopes was strongly favored, along with concave landforms.

Several studies of northern spotted owl habitat relationships suggest that stump-sprouting and rapid growth of redwood trees, combined with high availability of woodrats in patchy, intensively managed forests, enables northern spotted owls to occupy a wide range of vegetation conditions within the redwood zone. Rapid growth rates enable young stands to develop structural characteristics typical of older stands in other regions. Thus, relatively small patches of large remnant trees can also provide nesting habitat structure in this zone.

**CLIMATE CHANGE AND RANGE-WIDE NORTHERN SPOTTED OWL CRITICAL HABITAT**

There is growing evidence that recent climate change has impacted a wide range of ecological systems (Stenseth et al. 2002, entire; Walther et al. 2002, entire; Ådahl et al. 2006, entire; Karl et al. 2009, entire; Moritz et al. 2012, entire; Westerling et al. 2011, p. S459; Marlon et al. 2012, p. E541). Climate change, combined with effects from past management practices, is exacerbating changes in forest ecosystem processes and dynamics to a greater degree than originally anticipated under the NWFP. Environmental variation affects all wildlife populations; however, climate change presents new challenges as systems change beyond historical ranges of variability. In some areas, changes in weather and climate may result in major shifts in vegetation communities that can persist in particular regions. (See expanded discussion in environmental baseline section above).

Climate change will present unique challenges to the future of northern spotted owl populations and their habitats. Northern spotted owl distributions (Carroll 2010, entire) and population dynamics (Franklin et al. 2000, entire; Glenn et al. 2010, entire; Glenn et al. 2011a, entire) may be directly influenced by changes in temperature and precipitation. In addition, changes in forest composition and structure as well as prey species distributions and abundance resulting from climate change may impact availability of habitat across the historical range of the subspecies. The *2011 Northern Spotted Owl Revised Recovery Plan* provides a detailed discussion of the

KSW00521

possible environmental impacts to the habitat of the northern spotted owl from the projected effects of climate change (Service 2011b, pp. III-5 to III-11).

Because both northern spotted owl population dynamics and forest conditions are likely to be influenced by large-scale changes in climate in the future, we have attempted to account for these influences in our designation of critical habitat by recognizing that forest composition may change beyond the range of historical variation, and that climate changes may have unpredictable consequences for both Pacific Northwest forests and northern spotted owls. Our critical habitat designation also recognizes that forest management practices that promote ecosystem health under changing climate conditions will be important for northern spotted owl conservation.

## CURRENT CONDITION OF RANGE-WIDE CRITICAL HABITAT

The current condition of critical habitat incorporates the effects of all past human activities and natural events that led to the present-day status of the habitat (Service and NMFS 1998, pg. 4-19). The rangewide condition was "reset" as of December 4, 2012 after the 2012 critical habitat revision. While the quantitative assessment of recent large fires and the 2021 critical habitat exclusions have not been updated in the database, this issue is currently being addressed and updated numbers for the action area should be available for the biological opinion. Also, the 2021 final critical habitat rule considered the effects of both exclusions and the 2020 (but not 2021) wildfires and concluded that "Although some subunits have experienced a partial and/or temporary reduction in connectivity in places, overall, the critical habitat units and the range wide network designated in 2012 will continue to provide demographic support and connectivity for the northern spotted owl as intended" (Service 2021b, p. 62619). Tables A-7 and A-8 are included below as the last available information for tracking effects within critical habitat; however, these should be used cautiously as they will include effects to acres that are no longer designated as critical habitat.

The tracking database allows for inputs to account for effects to the habitats that could be used as foraging, but that lack the age or structural characteristics of habitats used for nesting and roosting. This distinction may not be made in all consultations. These data represent effects as reported in individual consultations and likely do not represent the entirety of impacts to foraging habitat within critical habitat since 2012. For many projects, affected foraging likely is captured within the NR acres as foraging habitat was lumped into "nesting/roosting/foraging habitat" at the time of consultation. Trends to date show that habitat reductions are disproportionally affecting reserved lands, the California Coast, and the Oregon and California Klamath Provinces (Table A-8).

KSW00522

Table A-7. Northern Spotted Owl Take/Effect Reports Table D - Designated northern spotted owl critical habitat. Summary of northern spotted owl nesting/roosting[1] habitat (acres) removed or downgraded as documented through ESA section 7 consultations. Summary of effects by state, province, and land use function from 2012 to present (December 27, 2021).

| Physiographic Province[2] | | Evaluation Baseline | | Nesting/Roosting Habitat Removed/Downgraded[5] | | | | | | | Total NR Acres Removed | % Provincial Baseline Affected | % Range-wide Effects |
| | | | | Land Management Effects | | | Habitat Loss from Natural Events | | | | | |
| | | Total Designated Critical Habitat Acres[3] | Nesting/ Roosting Acres[4] | Reserves[6] | Non-Reserves[7] | Total | Reserves | Non-Reserves | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WA | Eastern Cascades | 1,022,960 | 467,221 | 1,552 | 55 | 1,607 | 3,895 | 0 | 3,895 | 5,502 | 1.18 | 15.03 |
| | Olympic Peninsula | 507,165 | 211,373 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0.00 | 0.00 |
| | Western Cascades | 1,387,567 | 606,093 | 15 | 185 | 200 | 0 | 0 | 0 | 200 | 0.03 | 0.55 |
| OR | Cascades East | 529,652 | 187,798 | 893 | 4,618 | 5,511 | 1,003 | 195 | 1,198 | 6,709 | 3.57 | 18.33 |
| | Cascades West | 1,965,407 | 1,255,027 | 1,830 | 4,230 | 6,060 | 662 | 617 | 1,279 | 7,339 | 0.58 | 20.05 |
| | Coast Range | 1,151,874 | 483,846 | 96 | 854 | 950 | 0 | 0 | 0 | 950 | 0.20 | 2.59 |
| | Klamath Mountains | 911,681 | 542,119 | 2,109 | 4,068 | 6,177 | 2,517 | 2,727 | 5,244 | 11,421 | 2.11 | 31.20 |
| CA | Cascades | 243,205 | 97,248 | 0 | 114 | 114 | 0 | 0 | 0 | 114 | 0.12 | 0.31 |
| | Coast | 149,044 | 94,033 | 0 | 0 | 0 | 0 | 2,212 | 2,212 | 2,212 | 2.35 | 6.04 |
| | Klamath | 1,708,787 | 945,505 | 292 | 430 | 722 | 30 | 1,411 | 1,441 | 2,163 | 0.23 | 5.91 |
| | Total | 9,577,342 | 4,890,263 | 6,788 | 14,554 | 21,342 | 8,107 | 7,162 | 15,269 | 36,611 | 0.75 | 100.01 |

Notes:
1. Northern spotted owl suitable habitat includes nesting/roosting habitat, and foraging-only habitat. Nesting/roosting habitat supports all life-history functions for northern spotted owls including foraging, and is sometimes referred to as nesting, roosting, and foraging habitat. Foraging-only habitat is a separate category that can include more open and fragmented forests and does not provide structures for nesting/roosting. Habitat effects summarized in this table are all classified as impacts to nesting/roosting habitats. Impacts to foraging-only habitat are tracked separately.
2. Defined in the Revised Recovery Plan for the Northern Spotted Owl (Service 2011a) as Recovery Units as depicted on page A-3.
3. Northern spotted owl critical habitat as designated December 4, 2012 (Service 2012a). Total designated critical habitat acres listed here (9,577,342 acres) are derived from GIS data, and vary slightly from the total acres (9,577,969 acres) listed in the Federal Register (-627 acres).
4. Northern spotted owl nesting/roosting (NR) habitat based on GIS data developed for the Northwest Forest Plan 20-year monitoring report by Davis et al. 2016 (PNW-GTR-929). NR habitat acres are approximate values based on 2012 satellite imagery.
5. Estimated nesting/roosting habitat removed or downgraded from land management (e.g., timber sales) or natural events (e.g., wildfires) as documented through section 7 consultation or technical assistance. Effects reported here include acres removed or downgraded from 2012 to present
6. Reserve land use allocations intended to provide northern spotted owl demographic support include Late-Successional Reserves identified in the Northwest Forest Plan on National Forests, designated Wilderness, and other Congressionally-reserved lands. Reserves on BLM lands in western Oregon managed under the 2016 revised Land and Resource Management Plans include Late-Successional Reserves, Congressionally-reserved lands, National Landscape Conservation System lands, and some District Designated Reserves (e.g., Areas of Critical Environmental Concern).
7. Non-reserve lands intended to provide northern spotted owl dispersal connectivity between reserves include USFS and BLM designations for timber production (matrix and harvest land base designations), Adaptive Management Areas, and other non-reserved land use designations.

244

KSW00523

Table A-8: Northern Spotted Owl Take/Effect Reports Table D2 - Designated northern spotted owl critical habitat. Summary of northern spotted owl foraging habitat[1] (acres) removed or downgraded as documented through ESA section 7 consultations. Summary of effects by state, province, and land use function from 2012 to present (December 27, 2021).

| | | Total Designated Critical Habitat Acres[3] | Foraging Habitat Removed/Downgraded[4] | | | | | | Total Foraging Habitat removed/downgraded |
| | | | Land Management Effects | | | Habitat Loss from Natural Events | | | |
| Physiographic Province[2] | | | Reserves[5] | Non-Reserves[6] | Total | Reserves[5] | Non-Reserves[6] | Total | |
| WA | Eastern Cascades | 1,022,960 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Olympic Peninsula | 507,165 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Western Cascades | 1,387,567 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OR | Cascades East | 529,652 | 0 | 29 | 29 | 0 | 0 | 0 | 29 |
| | Cascades West | 1,965,407 | 263 | 687 | 950 | 0 | 0 | 0 | 950 |
| | Coast Range | 1,151,874 | 12 | 486 | 498 | 0 | 0 | 0 | 498 |
| | Klamath Mountains | 911,681 | 242 | 1,789 | 2,031 | 0 | 0 | 0 | 2,031 |
| CA | Cascades | 243,205 | 98 | 91 | 189 | 0 | 0 | 0 | 189 |
| | Coast | 149,044 | 0 | 1 | 1 | 0 | 4,688 | 4,688 | 4,689 |
| | Klamath | 1,708,787 | 1,449 | 523 | 1,972 | 772 | 133 | 905 | 2,877 |
| | Total | 9,577,342 | 2,064 | 3,606 | 5,670 | 772 | 4,821 | 5,593 | 11,263 |

Notes:
1. Northern spotted owl suitable habitat includes nesting/roosting habitat, and foraging-only habitat. Nesting/roosting habitat supports all life-history functions for northern spotted owls including foraging, and is sometimes referred to as nesting, roosting, and foraging habitat. Foraging-only habitat is a separate category that can include more open and fragmented forests and does not provide structures for nesting/roosting. Habitat effects summarized in this table are all classified as impacts to foraging-only habitat. Impacts to nesting/roosting habitat are tracked separately. Environmental baseline information for foraging habitat as a separate habitat category is not available at a provincial scale.
2. Defined in the Revised Recovery Plan for the Northern Spotted Owl (Service 2011) as Recovery Units as depicted on page A-3.
3. Northern spotted owl critical habitat as designated December 4, 2012 (Service 2012a). Total designated critical habitat acres listed here (9,577,342 acres) are derived from GIS data, and vary slightly from the total acres (9,577,969 acres) listed in the Federal Register (-627 acres).
4. Estimated foraging-only habitat removed or downgraded from land management (e.g., timber sales) or natural events (e.g., wildfires) as documented through ESA section 7 consultations or technical assistance. Effects reported here include acres removed or downgraded from 2012 to present.
5. Reserve land use allocations intended to provide northern spotted owl demographic support include Late-Successional Reserves identified in the Northwest Forest Plan on National Forests, designated Wilderness, and other Congressionally-reserved lands. Reserves on BLM lands in western Oregon managed under the 2016 revised Land and Resource Management Plans include Late-Successional Reserves, Congressionally-reserved lands, National Landscape Conservation System lands, and some District Designated Reserves (e.g., Areas of Critical Environmental Concern).
6. Non-reserve lands intended to provide northern spotted owl dispersal connectivity between reserves include USFS and BLM designations for timber production (matrix and harvest land base designations), Adaptive Management Areas, and other non-reserved land use designations.

KSW00524

## LITERATURE CITED

Ådahl, E., P. Lundberg, N. Jonzén et al. 2006. From climate change to population change: the need to consider annual life cycles. Global Change Biology. [Abstract] V. 12(9), pp. 1627-1633.

Ager, A., N. Vaillant, M. Finney, and H. Preisler. 2012. Analyzing wildfire exposure and source-sink relationships on a fire prone forest landscape. Forest Ecology and Management 267 (2012) 271-283.

Anderson, David E. and K.P. Burnham. 1992. Evidence that Northern Spotted Owl populations are declining, Part II. In Service 1992a, Draft Recovery Plan for the northern spotted owl, Appendix C.

Anthony, R.G., and L.S. Andrews. 2004. Summary Report – Winter habitat use by spotted owls on USDI Bureau of Land Management Medford District Lands within the boundaries of the Timbered Rock Fire. Unpublished report, OCWRU, OSU, Corvallis, Oregon. 29 pages.

Anthony, R.G., E.D. Forsman, A.B. Franklin, D.R. Anderson, K.P. Burnham, G.C. White, C.J. Schwarz, J. Nichols, J.E. Hines, G.S. Olson, S.H. Ackers, S. Andrews, B.L. Biswell, P.C. Carlson, L.V. Diller, K.M. Dugger, K.E. Fehring, T.L. Fleming, R.P. Gerhardt, S.A. Gremel, R.J. Gutiérrez, P.J. Happe, D.R. Herter, J.M. Higley, R.B. Horn, L.L. Irwin, P.J. Loschl, J.A. Reid, and S.G. Sovern. 2006. Status and trends in demography of northern spotted owls, 1985-2003. Wildlife Monograph No. 163.

Bailey, L.L., J.A. Reid, E.D. Forsman, and J.D. Nichols. 2009. Modeling co-occurrence of northern spotted and barred owls: accounting for detection probability differences. Biological Conservation. 142: 2983-2989.

Baker, W.L. 2015. Historical Northern spotted owl habitat and old-growth dry forests maintained by mixed-severity wildfires Landscape Ecology (2015) 30:655–666.

Baker, W.L. 2017. Restoring and managing low-severity fire in dry-forest landscapes of the western USA. PLoS ONE 12(2): e0172288. 28 pp.

Barrowclough, G. F. and R. J. Gutiérrez. 1990. Genetic variation and differentiation in the spotted owl. Auk 107:737-744.

Barrowclough, G.F., R.J. Gutiérrez, and J.G. Groth. 1999. Phylogeography of spotted owl (Strix occidentalis) populations based on mitochondrial DNA sequences; gene flow, genetic structure, and a novel biogeographic pattern. Evolution 53(3):919-931.

Barrowclough, G.F., J.G. Groth, and R.J. Gutiérrez. 2005. Genetic structure, introgression and a narrow hybrid zone between northern and California spotted owls (Strix occidentalis). Molecular Ecology 14:1109–1120.

KSW00525

Barrows, C.W., and K. Barrows. 1978. Roost characteristics and behavioral thermoregulation in the spotted owl. Western Birds 9:1-8.

Barrows, C.W. 1981. Roost selection by Spotted Owls: an adaptation to heat stress. Condor 83: 302-309.

Bart, J. 1995. Amount of suitable habitat and viability of northern spotted owls. Conservation Biology 9 (4):943-946.

Bart J. and E. Forsman. 1992. Dependence of northern spotted owls (Strix occidentalis caurina) on old-growth forests in the western USA. Biological Conservation 1992: 95-100.

Bingham, B.B., and B.R. Noon. 1997. Mitigation of habitat "take": Application to habitat conservation planning. Conservation Biology 11 (1):127-138.

Blakesley, J.A., W. LaHaye, J.M.M. Marzluff, B.R. Noon, and S. Courtney. 2004. Scientific evaluation of the status of the northern spotted owl – demography. Chapter 8 In: Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, L. Sztukowski. *In* 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004.

Blakesley, J.A., D. R. Anderson, and B. R. Noon. 2006. Breeding dispersal in the California spotted owl. The Condor, Vol. 108, No. 1:71-81.

BLM (Bureau of Land Management). 2016a. Northwestern & Coastal Oregon Record of Decision and Resource Management Plan. Oregon State Office, Portland, Oregon. i-308. 320 pp. Available online: https://www.blm.gov/or/plans/rmpswesternoregon/feis/

BLM (Bureau of Land Management). 2016b. Southwestern Oregon Record of Decision and Resource Management Plan. Oregon State Office, Portland, Oregon. i-318. 332 pp. Available online: https://www.blm.gov/or/plans/rmpswesternoregon/feis/

Bond, M.L., R.J. Gutierrez, A.B. Franklin, W.S. LaHaye, C.A. May, and M.E. Seamans. 2002. Short-term effects of wildfires on spotted owl survival, site fidelity, mate fidelity, and reproductive success. Wildlife Society Bulletin 30(4):1022-1028.

Bond, M.L., D.E. Lee, R.B. Siegel, and J.P. Ward, Jr. 2009. Habitat use and selection by spotted owls in a postfire landscape. Journal of Wildlife Management 73(7):1116-1124.

Bond, M.L., C. Bradley, and D.E. Lee. 2016. Foraging habitat selection by California spotted owls after Fire. The Journal of Wildlife Management; Vol. 80, Issue 7, pp. 1290–1300.

Buchanan, J.B., L.L. Irwin, and E.L. McCutchen. 1995. Within-stand nest site selection by spotted owls in the eastern Washington Cascades. Journal of Wildlife Management 59:301-310.

KSW00526

Buchanan, J.B. 2004. Managing habitat for dispersing northern spotted owls - are the current management strategies adequate? Wildlife Society Bulletin 32:1333–1345.

Buchanan, J.B. and P. Swedeen. 2005. Final briefing report to the Washington State Forest Practices Board regarding spotted owl status and forest practices rules. Washington Department of Fish and Wildlife, Olympia. 84 pp.

Burnham, K.P., D.R. Anderson, and G.C. White. 1994. Estimation of vital rates of the northern spotted owl. Colorado Cooperative Fish and Wildlife Research Unit, Colorado State University, Fort Collins, Colorado, USA.

Burt, W.H. 1943. Territoriality and home range concepts as applied to mammals. Journal of Mammalogy 24:346-352.

British Columbia. 2017. Northern Spotted Owl Recovery & Breeding Program. Website. http://www2.gov.bc.ca/gov/content/environment/plants-animals-ecosystems/species-ecosystems-at-risk/implementation/conservation-projects-partnerships/northern-spotted-owl. Accessed June 1, 2017.

Caffrey, C. 2003. Determining impacts of West Nile Virus on crows and other birds. American Birds (103rd Count) 57:14-21.

Caffrey, C. and C.C. Peterson. 2003. West Nile Virus may not be a conservation issue in northeastern United States. American Birds (103rd Count) 57:14-21.

CFPR (California Forest Practices Rules). 2017. Title 14, California Code of Regulations, Chapters 4, 4.5, and 10. Sacramento, CA. Available online: http://calfire.ca.gov/resource_mgt/downloads/2017%20Forest%20Practice%20Rules%20and%20Act.pdf.

Campbell, N. A. 1990. Biology. The Benjamin/Cummings Publishing Company, Inc. Redwood City, California.

Carey, A.B., J.A. Reid, and S.P. Horton. 1990. Spotted owl home range and habitat use in southern Oregon coast ranges. Journal of Wildlife Management 54:11–17.

Carey, A. B., S. P. Horton, and B. L. Biswell. 1992. Northern spotted owls: influence of prey base and landscape character. Ecological Monographs 62: 223-250.

Carey, A.B. and K.C. Peeler. 1995. Spotted owls: resource and space use in mosaic landscapes. Journal of Raptor Research 29(4):223-229.

Carlson, P.C., J.M. Higley, and A.B. Franklin. 2019. Barred Owl Experimental Removal: Hoopa/Willow Creek Study Area NSO Demographic Report, 11 June 2019. Pp. 1-10.

KSW00527

Carroll, Carlos. 2010. Role of climatic niche models in focal-species-based conservation planning: assessing potential effects of climate change on Northern Spotted Owl in the Pacific. Biological Conservation. Volume 143, Issue 6, June 2010, Pp. 1432–1437.

Carsia, R. V., and S. Harvey. 2000. Adrenals. Chapter 19 in G. C. Whittow, editor. Sturkie's Avian Physiology. Academic Press, San Diego, California.

CEPA (California Environmental Protection Agency). 2017. Cannabis Cultivation Regulatory and Enforcement Unit. Environmental Harm from Cannabis Cultivation. http://www.waterboards.ca.gov/water_issues/programs/enforcement/cannabis_enforcement.shtml. Accessed February 16, 2017. 4 pp.

CDFW (California Department of Fish and Wildlife). 2016. Report to the Fish and Game Commission a status review of the northern spotted owl (Strix occidentalis caurina) in California. Charlton H. Bonham, Director, California Department of Fish and Wildlife, January 27, 2016. i-229. 238 pp.

CDFW (California Department of Fish and Wildlife). 2017. Special Animals List- Natural Diversity Database. Periodic publication. 51 pp. Available online: https://www.wildlife.ca.gov/Conservation/SSC/Mammals

Chutter, M.J., I. Blackburn, D. Bonin, J. Buchanan, B. Costanzo, D. Cunnington, A. Harestad, T. Hayes, D. Heppner, L. Kiss, J. Surgenor, W. Wall, L. Waterhouse, and L. Williams. 2004. Recovery strategy for the northern spotted owl (Strix occidentalis caurina) in British Columbia. British Columbia Ministry of Environment, Victoria. 74 pp.

Clark D.A. 2007. Demography and habitat selection of northern spotted owls in post-fire landscapes of Southwestern Oregon. M.S. Thesis. Oregon State University. 218 pp.

Clark D.A., R.G. Anthony, and L.S. Andrews. 2011. Survival rates of northern spotted owls in post-fire landscapes of Southwest Oregon. Journal of Raptor Research, 45(1):38-47. 2011.

Clark D.A., R.G. Anthony, and L.S. Andrews. 2013. Relationship between wildfire, salvage logging, and occupancy of nesting territories by northern spotted owls. The Journal of Wildlife Management 77(4):672–688; 2013.

Comfort, E.J. 2014. Trade-offs between management for fire risk reduction and northern spotted owl habitat protection in the dry conifer forests of Southern Oregon. PhD. Dissertation; Oregon State University, Corvallis, OR.

Courtney, S.P. and R.J. Gutiérrez. 2004. Scientific evaluation of the status of the northern spotted owl – threats. In: Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, L. Sztukowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004.

KSW00528

Crozier, Michelle L., Mark E. Seamans, R. J. Gutiérrez, Peter J. Loschl, Robert B. Horn, Stan G. Sovern and Eric D. Forsman. 2006. Does the presence of barred owls suppress the calling behavior of spotted owls? The Condor 108: 260-269.

Dale, V.H, L.A. Joyce, S. McNulty, R.P. Neilson, M.P. Ayres, M.D. Flannigan, P.J. Hanson, L.C. Irland, A.E. Lugo, C.J. Peterson, D. Simberloff, F.J. Swanson, B.J. Stocks, and B.M. Wotton. 2001. Climate change and forest disturbances. BioScience 51: 723–734.

Dark, S.J., R.J. Gutiérrez, and G.I. Gould, Jr. 1998. The barred owl (*Strix varia*) invasion in California. The Auk. 115(1): 50-56.

Davis, R. J., K. M. Dugger, S. Mohoric, L. Evers, and W. C. Aney. 2011. Northwest Forest Plan—The first 15 years (1994–2008): Status and trends of Northern Spotted Owl populations and habitats. USDA Forest Service General Technical Report PNW-GTR-850.

Davis, R.J., J.H. Guetterman, and A. Stratton. 2023. NSO_CTS_CLASS_2023: Classified nesting/roosting forest cover type suitability map. Unpublished geographic information system dataset. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Portland, Oregon.

Davis, Raymond J.; Hollen, Bruce; Hobson, Jeremy; Gower, Julia E.; Keenum, David. 2016. Northwest Forest Plan—the first 20 years (1994–2013): status and trends of northern spotted owl habitats. Gen. Tech. Rep. PNW-GTR-929. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 54 p.

Davis, R.J., D.B. Lesmeister, Z. Yang, B. Hollen, B. Tuerler, J. Hobson, J. Guetterman, and A. Stratton. 2022a. Northwest Forest Plan—the first 25 years (1994-2018): status and trends of northern spotted owl habitats. General Technical Report PNW-GTR-1003. Pacific Northwest Research Station, U.S. Forest Service. Portland, Oregon. 46 pp.

Davidson, J.M., A.C. Wickland, H.A. Patterson, K.R. Falk, and D.M. Rizzo. 2005. Transmission of *Phytophthora ramorum* in mixed-evergreen forest in California. Ecology and Epidemiology. 95(5)587-596.

Delaney, D. K., T. G. Grubb, P. Beier, L. L. Pater, and M. H. Reiser. 1999. Effects of helicopter noise on Mexican spotted owls. Journal of Wildlife Management 63:60-76.

Deubel, V., L. Fiette, P. Gounon, M.T. Drouet, H. Khun, M. Huerre, C. Banet, M. Malkinson, and P. Despres. 2001. Variations in biological features of West Nile viruses. Annals of the New York Academy of Sciences 951:195-206.

Diller, L.V. and D.M. Thome. 1999. Population density of northern spotted owls in managed young-growth forests in coastal northern California. Journal of Raptor Research 33: 275–286.

KSW00529

Diller, L.V., K.A, Hamm, D.E. Early, D.W. Lamphear, K.M. Dugger, C.B. Yackulic, C.J. Schwarz, P.C. Carlson, and T.L. McDonald. 2016. Demographic response of northern spotted owls to barred owl removal. Journal of Wildlife Management 80: 691–707.

Dobson, A. P. and J. Foufopoulos. 2001. Emerging infectious pathogens of wildlife. Philosophical Transactions of The Royal Society B Biological Sciences 356(1411):1001-1012. Available online: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1088495/pdf/TB011001.pdf

Doppelt, B., R. Hamilton, C. Deacon, and M. Koopman. 2008. Preparing for climate change in the Rogue River Basin of southwest Oregon. Climate Change Leadership Initiative. University of Oregon, Eugene, Oregon. 43 pp.

Dugger, K.M., F. Wagner, R.G. Anthony, and G.S. Olson. 2005. The relationship between habitat characteristics and demographic performance of northern spotted owls in southern Oregon. The Condor 107:863-878.

Dugger, KM., R.G. Anthony, S. Andrews. 2011. Transient Dynamics of Invasive Competition: barred Owls, Spotted Owls, Habitat and the Demons of Competition Present. Ecological Applications (7). 2459-68.

Dugger KM, Forsman ED, Franklin AB, Davis RJ, White GC, Schwarz CJ, Burnham KP, Nichols JD, Hines JE, Yackulic CB, Doherty Jr PF. The effects of habitat, climate, and Barred Owls on long-term demography of Northern Spotted Owls. The Condor. 2015 Dec 10;118(1):57-116.

Dunbar, D. L., B. P. Booth, E. D. Forsman, A. E. Hetherington, and D. J. Wilson. 1991. Status of the spotted owl, Strix occidentalis, and barred owl, Strix varia, in southwestern British Columbia.

Dunk, J.R., D.W. LaPlante, J.B. Buchanan, K.A. Whittaker, T. Melchiors, A. Poopatanapong, and D. Donato. 2021. Spatial prioritization for incentivizing private lands for northern spotted owl conservation: a brief summary of progress and proposed final steps of the project. Summary of Phase V for Managers. 5 pp.

Eyes, S.A., S. L. Roberts, and M.D. Johnson. 2017. California Spotted Owl (Strix occidentalis occidentalis) habitat use patterns in a burned landscape. The Condor, 119: 375-388.

Frey, S.J.K, A.S. Hadley, S.L. Johnson, M. Schulze, J.A. Jones, and M.G. Betts. 2016. Spatial models reveal the microclimate buffering capacity of old-growth forests. Science Advances 2:e1501392, pp. 1-9.

Folliard, L. 1993. Nest site characteristics of northern spotted owls in managed forest of northwest California. M.S. Thesis. Univ. Idaho, Moscow, ID.

Forsman, E.D. 1975. A preliminary investigation of the spotted owl in Oregon. M.S. thesis, Oregon State University, Corvallis. 127 pp.

KSW00530

Forsman, E.D. 1981. Molt of the spotted owl. Auk 98:735-742

Forsman, E.D., Meslow, E.C., Wight, H.M. 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs, 87:1-64.

Forsman, E.D., S. DeStafano, M.G. Raphael, and R.G. Gutiérrez. 1996. Demography of the northern spotted owl. Studies in Avian Biology No. 17. 122 pp.

Forsman, E.D., I.A. Otto, S.G. Sovern, M. Taylor, D.W. Hays, H. Allen, S.L. Roberts, and D.E. Seaman. 2001. Spatial and temporal variation in diets of spotted owls in Washington. Journal of Raptor Research 35(2):141-150.

Forsman, E.D., Anthony, R. G., Reid, J. A., Loschl, P. J., Sovern, S. G., Taylor, M., Biswell, B. L., Ellingson, A., Meslow, E. C., Miller, G. S., Swindle, K. A., Thrailkill, J. A., Wagner, F. F., and D. E. Seaman. 2002. Natal and breeding dispersal of northern spotted owls. Wildlife Monographs, No. 149. 35 pp.

Forsman, E.D., R.G. Anthony, E.C. Meslow, and C.J. Zabel. 2004. Diets and foraging behavior of northern spotted owls in Oregon. Journal of Raptor Research 38(3):214-230.

Forsman, E.D., T.J. Kaminiski, J.C. Lewis, K.J. Maurice, and S.G. Sovern. 2005. Home range and habitat use of northern spotted owls on the Olympic Peninsula, Washington. J. Raptor Research 39(4):365-377.

Forsman, E.D., R.G. Anthony, K.M. Dugger, E.M. Glenn, A.B. Franklin, G.C. White, C.J. Schwarz, K.P. Burnham, D.R. Anderson, J.D. Nichols, J.E. Hines, J.B. Lint, R.J. Davis, S.H. Ackers, L.S. Andrews, B.L. Biswell, P.C. Carlson, L.V. Diller, S.A. Gremel, D.R. Herter, J.M. Higley, R.B. Horn, J.A. Reid, J. Rockweit, J. Schaberl, T.J. Snetsinger, and S.G. Sovern. 2011. Population demography of northern spotted owls: 1985-2008. Studies in Avian Biology No. 40.

Frankham, R. 1996. Relationship of Genetic Variation to Population Size in Wildlife. Conservation Biology, Vol. 10, No. 6, Special Issue: Festschrift for Michael E. Soule (Dec., 1996), pp. 1500-1508.

Frankham, R., C.J.A. Bradshaw, and B.W. Brook. 2014. Genetics in conservation management: Revised recommendations of the 50/500 rules, Red List criteria and population viability analyses. Biological Conservation 170:56-63.

Franklin, A.B. 1992. Population regulation in northern spotted owls: theoretical implications for management. Pages 815-827 in D. R. McCullough and R. H. Barrett (eds.)., Wildlife 2001: populations. Elsevier Applied Sciences, London, England.

Franklin, A. B., D. R. Anderson, R. J. Gutierrez, and K. P. Burnham. 2000. Climate, habitat quality, and fitness in northern spotted owl populations in northwestern California. Ecological Monographs 70: 539–590.

KSW00531

Franklin, A.B., K.M. Dugger, D.B. Lesmeister, R.J. Davis, J.D. Wiens, G.C. White, J.D. Nichols, J.E. Hines, C.B. Yackulic, C.J. Schwarz, S.H. Ackers, L.S. Andrews, L.L. Bailey, R. Bown, J. Burgher, K.P. Burnham, P.C. Carlson, T. Chestnut, M.M. Conner, K.E. Dilione, E.D. Forsman, E.M. Glenn, S.A. Gremel, K.A. Hamm, D.R. Herter, J.M. Higley, R.B. Horn, J.M. Jenkins, W.L. Kendall, D.W. Lamphear, C. McCafferty, T.L. McDonald, J.A. Reid, J.T. Rockweit, D.C. Simon, S.G. Sovern, J.K. Swingle, and H. Wise. 2021. Range-wide declines of northern spotted owl populations in the Pacific Northwest: a meta-analysis. Biological Conservation 259:109168.

Frey, S.J.K, A.S. Hadley, S.L. Johnson, M. Schulze, J.A. Jones, and M.G. Betts. 2016. Spatial models reveal the microclimatic buffering capacity of old-growth forests. Sci. Adv. 2016; 2: e1501392. Downloaded from http://advances.sciencemag.org/ on October 13, 2017

Funk, W.C., E.D. Forsman, T.D. Mullins, and S.M. Haig. 2008. Introregression and dispersal among spotted owl (Strix occidentalis) subspecies. Evolutionary Applications. 1: 161-171.

Gabriel., M. W., G. M. Wengert, J. M. Higley, S. Krogan, W. Sargent, and D L. Clifford. 2013. Silent Forests? Rodenticides on illegal marijuana crops harm wildlife. The Wildlife Society. The Wildlife Professional, Spring 2013. Pp. 46-50.

Gabriel, M.W., L. W. Woods, G. M. Wengert, N. Stephenson, J.M. Higley, C. Thompson, S. M. Matthews, R. A. Sweitzer, K. Purcell, R. H. Barrett, S.M. Keller, P. Gaffney, M. Jones, R. Poppenga, J. E. Foley, R. N. Brown, D. L. Clifford, and B.N. Sacks. 2015. Patterns of Natural and Human-Caused Mortality Factors of a Rare Forest Carnivore, the Fisher (*Pekania pennanti*) in California. PLoS ONE 10(11):e0140640. doi:10.1371/journal.pone.0140640

Gabriel, M.W., L.V. Diller, J.P. Dumbacher, G.M. Wengert, J.M. Higley, R.H. Poppenga, and S. Mendia. 2018. Exposure to rodenticides in Northern Spotted and Barred Owls on remote forest lands in northwestern California: evidence of food web contamination. Avian Conservation and Ecology 13(1):2. https://doi.org/10.5751/ACE-01134-130102. pp. 1-9.

Gaines, W.L., R.A. Strand, and S.D. Piper. 1997. Effects of the Hatchery Complex Fires on northern spotted owls in the eastern Washington Cascades. Pages 123-129 in Dr. J.M. Greenlee, ed. Proceedings of the First Conference on Fire Effects on Rare and Endangered Species and Habitats, November 13-16, 1995. International Association of Wildland Fire. Coeur d'Alene, ID.

Gaines, W. L., R.J. Harrod, J. Dickinson, A. L. Lyonsa, K. Halupka. 2010. Integration of northern spotted owl habitat and fuels treatments in the eastern Cascades, Washington, USA. Forest Ecology and Management 260 (2010) 2045–2052.

Gallagher, C.V., J.J. Keane, P.A. Shaklee, A.A. Kramer, and R. A. Gerrard. 2018 Note: Spotted Owl Foraging Patterns Following Fuels Treatments, Sierra Nevada, California. The Journal of Wildlife Management; DOI: 10.1002/jwmg.21586. pp. 1-15.

KSW00532

Garmendia, A.E., H.J. Van Kruiningen, R.A. French, J.F. Anderson, T.G. Andreadis, A. Kumar, and A.B. West. 2000. Recovery and identification of West Nile virus from a hawk in winter. Journal of Clinical Microbiology 38:3110-3111.

Gibbs, SEJ, MC. Wiberly and M. Madden. 2006. Factors affecting the geographic distribution of West Nile virus in Georgia, USA: 2002–2004. Vector-borne and Zoonotic Diseases. Volume 6, Number 1, 2006. Pp. 73-82.

Glenn, E.M, M.C. Hansen, and R.G. Anthony. 2004. Spotted owl home-range and habitat use in young forests of western Oregon. Journal of Wildlife Management 68(1):33-50.

Glenn, E.M., R.G. Anthony, and E.D. Forsman. 2010. Population trends in northern spotted owls: associations with climate in the Pacific Northwest. Biological Conservation. 143(11): 2543-2552.

Glenn, E.M., R.G. Anthony, E.D. Forsman, and G.S. Olson. 2011a. Local Weather, Regional Climate, and Annual Survival of the Northern Spotted Owl. The Condor 113(1) 159-176, The Cooper Ornithological Society 2011

Glenn, E.M., R.G. Anthony, E.D. Forsman, and G.S. Olson. 2011b. Reproduction of Northern Spotted Owls: The Role of Local Weather and Regional Climate. The Journal of Wildlife Management 75(6): 1279-1294; 2011; DOI: 10.1002/jwmg.177.

Goheen, E.M., E.M. Hansen, A. Kanaskie, M.G. Williams, N. Oserbauer, and W. Sutton. 2002. Sudden oak death caused by Phytophthora ramorum in Oregon. Plant Disease 86:441.

Gremel, S. 2005. Factors controlling distribution and demography of Northern Spotted Owls in a reserved landscape. A thesis submitted in partial fulfillment for a Master of Science degree. University of Washington.

Gremel, S. 2015. Spotted owl monitoring in Olympic National Park, 2015 annual report. USDI National Park Service, Olympia, WA. 16 pp.

Gronau, Christian W. 2005. Evidence of an unusual prey item in a barrel owl pellet. In Wildlife Afield, 2:2, December 2005.

Gutiérrez, R.J., A.B. Franklin, and W.S. LaHaye. 1995. Spotted owl (Strix occidentalis) in: A. Poole and F. Gill, editors. The birds of North America, No. 179. The Academy of Natural Sciences and The American Ornithologists' Union, Washington, D.C. 28 pages.

Gutiérrez, R.J. 1996. Biology and distribution of the northern spotted owl. Pages 2-5 in E.D. Forsman, S. DeStefano, M.G. Raphael, and R.J. Gutiérrez (Eds): Studies in Avian Biology No. 17.

Gutiérrez, R. J., M. Cody, S. Courtney, and D. Kennedy. 2004. Assessment of the potential threat of the northern barred owl. In: Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M.

KSW00533

Marzluff, L. Sztukowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004.

Haig, S.M., R.S. Wagner, E.D. Forsman, and T.D. Mullins. 2001. Geographic variation and genetic structure in spotted owls. Conservation Genetics 2(1): 25-40.

Haig, S.M., T.D. Mullins, E.D. Forsman, P. Trail, and L. Wennerberg. 2004. Genetic identification of spotted owls, barred owls, and their hybrids: legal implications of hybrid identity. Conservation Biology 18:1347-1357.

Haig, S.M., M.P. Miller, R. Bellinger, H.M. Draheim, D.M. Mercer, and T.D. Mullins. 2016. The conservation genetics juggling act: integrating genetics and ecology, science and policy. Evolutionary Applications. VOL9 Pp. 181-195.

Hamer, T.E., S.G. Seim, and K.R. Dixon. 1989. Northern spotted owl and northern barred owl habitat use and home range size in Washington: preliminary report. Washington Department of Wildlife, Olympia, Washington.

Hamer, T.E., E.D. Forsman, A.D. Fuchs, and M.L. Walters. 1994. Hybridization between barred and spotted owls. Auk 111(2):487-492.

Hamer, T.E., D.L. Hays, C.M. Senger, and E.D. Forsman. 2001. Diets of northern barred owls and northern spotted owls in an area of sympatry. Journal of Raptor Research 35(3):221-227.

Hanson, E., D. Hays, L. Hicks, L. Young, and J. Buchanan. 1993. Spotted Owl habitat in Washington. Report to Washington Forest Practices Board, Olympia, Washington. i-116. 126 pp.

Harestad, A., J. Hobbs, and I. Blackburn. 2004. Précis of the Northern Spotted Owl in British Columbia. Pages. 12-14 in Zimmerman, K., K. Welstead, E. Williams, J. Turner, (editors). Northern Spotted Owl Workshop Proceedings. Forrex Series (online No. 14), Vancouver, British Columbia, Canada.

Henke, A.L., T.Y. Chi, J. Smith, C. Brinegar. Unpublished Draft. Microsatellite Analysis of Northern and California Spotted Owls in California. Conservation Genetics Laboratory, Department of Biological Sciences, San Jose State University, San Jose, California.

Hershey, K.T., E.C. Meslow, and F.L. Ramsey. 1998. Characteristics of forests at spotted owl nest sites in the Pacific Northwest. Journal of Wildlife Management 62(4):1398-1410.

Herter, D. 2016. Rainier spotted owl demography study area. 2016. Annual Report to Weyerhaeuser Company, Hancock Forest management, National Park Service – Mt. Rainier National Park, and U.S. Forest Service – Mt. Baker-Snoqualmie National Forest. Raedeke Associates, Inc. 15 pp.

Herter, D.R., and L.L. Hicks. 2000. Barred owl and spotted owl populations and habitat in the central Cascade Range of Washington. Journal of Raptor Research 34(4): 279-286.

KSW00534

Herter, D.R., L.L. Hicks, H.C. Stabins, J.J. Millspaugh, A.J. Stabins, and L.D. Melampy. 2002. Roost site characteristics of northern spotted owls in the nonbreeding season in central Washington. Forest Science 48(2):437-446.

Higley, J. M., M.W. Gabriel, G. M. Wengert; and B. Poppenga. Barred Owl Exposure to Anticoagulant Rodenticide on the Hoopa Valley Indian Reservation, Potential Implications for Northern Spotted Owls. *In* abstracts of presentation to the Society of Northwest Vertebrate Biology. Arcata, California. February 2017. http://thesnvb.org/wp-content/uploads/2017/02/2017_all-MEETING-ABSTRACTS.pdf

Hoberg, E.P., G.S. Miller, E. Wallner-Pendleton, and O.R. Hedstrom. 1989. Helminth parasites of northern spotted owls (Strix occidentalis caurina). Journal of Wildlife Diseases 25:246–251.

Holm, S.R., Noon, B.R., Wiens, J.D. and Ripple, W.J. .2016. Potential trophic cascades triggered by the barred owl range expansion. Wildlife Society Bulletin. 40: 615-624. https://doi.org/10.1002/wsb.714

IEc (Industrial Economics, Incorporated). 2012. Economic analysis of critical habitat for the northern spotted owl. Prepared for: U.S. Fish and Wildlife Service. Arlington, VA. November 20, 2012. Cambridge, MA. 244 pp.

IPCC (Intergovernmental Panel on Climate Change). 2007. Climate Change 2007: The Physical Science Basis. Summary for Policymakers. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, February 2007.

Irwin, L.L., D.F. Rock, and G.P. Miller. 2000. Stand structures used by northern spotted owls in managed forests. Journal of Raptor Research 34(3):175-186.

Irwin, Larry, Dennis Rock, and Suzanne Rock. 2010. Adaptive Management Monitoring of Spotted Owls. Annual Progress Report. National Council for Air and Stream Improvement, Inc.

Irwin, L.L., T.L. Fleming, and J. Beebe. 2004. Are spotted owl populations sustainable in fire-prone forests? Journal of Sustainable Forestry 18:1–28.

Irwin, L.L., Rock, D.F., Rock, S.C., Heyerly, A.K. and Clark, L.A. 2020. Barred Owl Effects on Spotted Owl Resource Selection: A Meta-Analysis. Journal of Wildlife Management. 84: 96-117. https://doi.org/10.1002/jwmg.21784

Iverson, W.F. 1993. Is the barred owl displacing the spotted owl in western Washington? M.S. Thesis, Western Washington University, Bellingham, Washington.

Jenness, J.S., P. Beier, and J.L. Ganey. 2004. Associations between forest fire and Mexican Spotted Owls. Forest Science 50(6) 2004.

KSW00535

Johnson, D. H., K. Norman, Jerry F. Franklin, Jack Ward Thomas, and John Gordon. 1991. Alternatives for Management of Late-Successional Forests of the Pacific Northwest. A report for the Conservation of Late-successional Forests and Aquatic Ecosystems.

Johnson, D.H. 1992. Spotted owls, great horned owls, and forest fragmentation in the central Oregon Cascades. M.S. Thesis, Oregon State University, Corvallis, Oregon.

Jones, G.M., R.J. Gutiérrez, D J Tempel, S.A. Whitmore, W.J. Berigan, and M.Z. Peery. 2016. Megafires: an emerging threat to old-forest species. Front Ecol Environ 14(6): 300–306.

Jones, G.M., R.J. Gutiérrez, W.M. Block, P.C. Carlson, E.J. Comfort, S.A. Cushman, R.J. Davis, S.A. Eyes, A.B. Franklin, J.L. Ganey, S. Hedwall, J.J. Keane, R. Kelsey, D.B. Lesmeister, M.P. North, S.L. Roberts, J.T. Rockweit, J.S. Sanderlin, S.C. Sawyer, B. Solvesky, D.J. Tempel, H.Y. Wan, A.L. Westerling, G.C. White, and M.Z. Peery. 2020a. Spotted owls and forest fire: comment. Ecosphere 11:e03312.

Jones, G.M., H.A. Kramer, S.A. Whitmore, W.J. Berigan, D.J. Tempel, C.M. Wood, B.K. Hobart, T. Erker, F.A. Atuo, N.F. Pietrunti, R. Kelsey, R.J. Gutiérrez, M.Z. Peery. 2020b. Habitat selection by spotted owls after a megafire reflects their adaptation to historical frequent-fire regimes. Landscape Ecology 25:1199-1213.

Jones, G.M., H.A. Kramer, W.J. Berigan, S.A. Whitmore, R.J. Gutiérrez, and M.Z. Peery. 2021. Megafire causes persistent loss of an old-forest species. Animal Conservation doi:10.1111/acv.12697.

Karl, T.R. J.M. Melillo, and T.C. Peterson. 2009. Global Climate Change Impacts in the United States. Cambridge University Press.

Karl, T.R., G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray, Eds., 2008: Weather and climate extremes in a changing climate. Regions of focus: North America, Hawaii, Caribbean, and U.S. Pacific islands. U.S. Climate Change Science Program Synthesis and Assessment Product 3.3, 180 pp.

Kelly, E.G. 2001. The Range Expansion of the Northern Barred Owl: An Evaluation of the Impact on Spotted Owls. M.S. Thesis. Oregon State University, Corvallis, Oregon. 92 pp.

Kelly, E.G., E.D. Forsman, and R.G. Anthony. 2003. Are barred owls replacing spotted owls? Condor 105:45-53.

Kelly, E.G. and E.D. Forsman. 2004. Recent records of hybridization between barred owls (Strix varia) and northern spotted owls (S. occidentalis caurina). Auk 121:806-810.

King, Gina M, K. R. Bevis, M. A. Rowe and E. E. Hanson. 1998. Spotted Owl Use of Habitat Impacted by 1994 Fires on the Yakama Indian Reservation: Three Years Post-Fire. Presentation at the Second Fore Effects on Rare and Endangered Species Conference; International Association of Wildland Fire, Coeur d'Alene. March 29-April 1, 1998.

KSW00536

Knight, R. L. and S. K. Skagen. 1988. Effects of recreational disturbance on birds of prey: a review. Pages 355-359 in R. L. Glinski et al., editors. Proceedings of the Southwest Raptor Management Symposium and Workshop, National Wildlife Federation, Washington, D. C.

Komar, N., N.A. Panella, J.E. Burns, S.W. Dusza, T.M. Mascarenhas, and T.O. Talbot. 2001. Serologic evidence for West Nile virus infection in birds in the New York City vicinity during an outbreak in 1999. Emerging Infectious Diseases 7(4):621-5.

Kramer, A., G.M. Jones, S.A. Whitmore, J.J. Keane, F.A. Atuo, B.P. Dotters, S.C. Sawyer, S.L. Stock, R.J. Gutiérrez, and M.Z. Peery. 2021. California spotted owl habitat selection in a fire-managed landscape suggests conservation benefit of restoring historical fire regimes. Forest Ecology and Management 479:118576.

Laidig, K.J., and D.S. Dobkin. 1995. Spatial overlap and habitat association of Barred Owls and Great Horned Owls in southern New Jersey. J. Raptor Res. 29:151–157.

LaHaye, W.S., R.J. Gutiérrez, and J.R. Dunk. 2001. Natal dispersal of the spotted owl in southern California: dispersal profile of an insular population. Condor 103:691-700.

Layman, S.A. 1991. Diurnal foraging by spotted owls. Wilson Bulletin. 103(1): 138-140.

Lee, D.E. 2018. Spotted owls and forest fire: a systematic review and meta-analysis of the evidence. Ecosphere 9:e02354.

Lee, D.L., M.L. Bond, and R.B. Siegel. 2012. Dynamics of California Spotted Owl breeding-season site occupancy in burned forests. The Condor 114:792-802.

Lee, D.L., and M.L. Bond. 2015a. Occupancy of California spotted owl sites following a large fire in the Sierra Nevada. The Condor. Ornithological Applications. V. 117:228-236.

Lee, D.L., and M.L. Bond. 2015b. Previous year's reproductive state affects spotted owl site occupancy. The Condor. Ornithological Applications. V. 117:307-319.

Leskiw, T., and R.J. Gutiérrez. 1998. Possible predation of a Spotted Owl by a Barred Owl. Western Birds 29:225–226.

Lesmeister, D. and S. Pruett. 2017. Demographic Characteristics of Northern Spotted Owls (*Strix occidentalis caurina*) in the Olympic National Forest, Washington, 1987-2016. Annual research report. USDA Forest Service, Pacific Northwest Research Station, Corvallis, Oregon. 13 pp.

Lesmeister, D.B., S.G. Sovern, R.J. Davis, D.M. Bell, M.J. Gregory, and J.C. Vogeler. 2019. Mixed-severity wildfire and habitat of an old-forest obligate. Ecosphere. www.esajournals.org April 2019, Volume 10(4), Article e02696. Pp. 1-22.

KSW00537

Lesmeister, D., S. Sovern, and A. Mikkelsen. 2017. Demography of Spotted Owls on the east slope of the Cascade Range, Washington, 1989-2016. Annual research report. USDA Forest Service, Pacific Northwest Research Station, Corvallis, Oregon. 25 pp.

Lint, J. 2005. Northwest Forest Plan – The first ten years (1994-2003): Status and trend of northern spotted owl populations and habitat. PNW Station Edit Draft (Lint, Technical Coordinator, 2005). USDA Forest Service, PNW Research Station, PNW-GTR-2005. Draft. Portland, OR 230pp

Littell, J. S., E. E. Oneil, D. McKenzie, J. A. Hicke, J. A. Lutz, R. A. Norheim, and M. M. Elsner. 2010. Forest ecosystems, disturbance, and climatic change in Washington State, USA. Climatic Change.

Livezey, K.B. 2005. Iverson (2004) on spotted owls and barred owls: comments on methods and conclusions. Journal of Raptor Research 39(1):102-103.

Livezey, K.B. and T.L. Fleming. 2007. Effects of barred owls on spotted owls: the need for more than incidental detections and correlational analyses. Journal of Raptor Research. 41(4): 319-325.

Livezey, K. B. 2009. Range Expansion of Barred Owls, Part II: Facilitating Ecological Changes. The American Midland Naturalist 161:323–349.

Loehle, Craig, Larry Irwin, John Beebe, and Tracy Fleming. 2011. Factors Influencing the Distribution of Northern Spotted Owls in the Eastern Cascades, Washington. Published by the Society for Northwestern Vertebrate Biology. http://www.bioone.org/doi/full/10.1898/09-33.1

Long, L.L. and Wolfe, J.D. 2019. Review of the effects of barred owls on spotted owls. Journal of Wildlife Management. 83: 1281-1296. https://doi.org/10.1002/jwmg.21715

Mangan, A.O., T. Chestnut, J.C. Vogeler, I.K. Breckheimer, W.M. King, K.E. Bagnall, and K.M. Dugger. 2019. Barred owls reduce occupancy and breeding propensity of northern spotted owl in a Washington old-growth forest. Condor 121:1-20.

Marlon, J.R., P. J. Bartleinb, D. G. Gavinb, C. J. Long, R. S. Anderson, C. E. Brilese, K. J. Brown, D. Colombaroli, D. J. Hallett, M. J. Power, E. A. Scharf, and M. K. Walsh. 2012. Long-term perspective on wildfires in the western USA. Proceedings of the National Academy of Sciences of the United States of America. 2012. Vol. 109 no. 9. Edited by B. L. Turner, Arizona State University, Tempe, AZ. Pp. E535-E543.

Marra, P. P., S. Griffing, C. Caffrey, A. M. Kilpatrick, R. McLean, C. Brand, E. Saito, A. P. Dupuis, L. Kramer, and R. Novak. 2004. West Nile virus and wildlife. BioScience 54: 393-402.

McGarigal, K., R.G. Anthony, and F.B. Isaacs. 1991. Interactions of humans and bald eagles on the Columbia River estuary. Wildl. Monogr. 115. 47 pp. McKenzie, D., D.L. Peterson, and J.J. Littell. 2009. Global warming and stress complexes in forests of western North

KSW00538

America. Pages 319–338 In A. Bytnerowicz, M.J. Araugh, A.R. Riebau, and C. Andersen, editors. Developments in Environmental Science, Volume 8. Elsevier, The Netherlands.

McLean, R. G., S. R. Ubico, D. E. Docherty, W. R. Hansen, L. Sileo, and T. S. McNamara. 2001. West Nile virus transmission and ecology in birds: Annals of the New York Academy of Sciences 951: 54–57.

Meyer, J.S., Irwin, L.L., and M.S. Boyce. 1998. Influence of habitat abundance and fragmentation on northern spotted owls in western Oregon. Wildlife Monographs 139: 1-51.

Miller, G.S., S.K. Nelson, and W.C. Wright. 1985. Two-year-old female spotted owl breeds successfully. Western Birds 16:69-73.

Miller, G.S. 1989. Dispersal of juvenile northern spotted owls in western Oregon. M.S. Thesis. Oregon State University, Corvallis, Oregon. 139 pages.

Miller, G.S., R.J. Small, and E.C. Meslow. 1997. Habitat selection by spotted owls during natal dispersal in western Oregon. J. Wildl. Manage. 61(1):140-150.

Miller, M.P., S.M. Haig, E.D. Forsman, R.G. Anthony, L. Diller, K.M. Dugger, A.B. Franklin, T.L. Fleming, S. Gremel, D.B. Lesmeister, M. Higley, D.R. Herter, and S.G. Sovern. 2018. Variation in inbreeding rates across the range of northern spotted owls (*Strix occidentalis caurina*): insights from over 30 years of monitoring data. Auk 135:821-833.

Moen, C.A., A.B. Franklin, and R.J. Gutiérrez. 1991. Age determination of subadult northern spotted owls in northwest California. Wildlife Society Bulletin 19:489-493.

Moeur, Melinda; Spies, Thomas A.; Hemstrom, Miles; Martin, Jon R.; Alegria, James; Browning, Julie; Cissel, John; Cohen, Warren B.; Demeo, Thomas E.; Healey, Sean; Warbington, Ralph. 2005. Northwest Forest Plan–The first 10 years (1994-2003): status and trend of late-successional and old-growth forest. Gen. Tech. Rep. PNW-GTR-646. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 142 pp.

Moritz, M.A., M.A. Parisien, E. Batllori, M.A. Krawchuk, J. VanDorn, D.J. Ganz, and K. Hayhoe. 2012. Climate change and disruptions to global fire activity. 2012. Ecosphere. V. 3(6). Article 49, pp. 1-29.

Mote, P. W., A. Hamlet, and E. Salathé. 2008: Has spring snowpack declined in the Washington Cascades? Hydrology and Earth System Sciences, 12, 193-206, doi:10.5194/hess-12-93-2008. [Available online at http://www.hydrol-earth-syst-sci.net/12/193/2008/hess-12-193-2008.pdf]

Mote, P., A. K. Snover, S. Capalbo, S. D. Eigenbrode, P. Glick, J. Littell, R. Raymondi, and S. Reeder. 2014: Ch. 21: Northwest. Climate Change Impacts in the United States: The

KSW00539

Third National Climate Assessment, J. M. Melillo, Terese (T.C.) Richmond, and G. W. Yohe, Eds., U.S. Global Change Research Program, 487-513. doi:10.7930/J04Q7RWX

Noon, B.R. and J.A. Blakesley. 2006. Conservation of the northern spotted owl under the Northwest Forest Plan. Conservation Biology 20:288–296.

North, Malcom P., J. F. Franklin, A. B. Carey, E. D Forsman and T. Hamer. 1999. Forest Stand Structure of the Northern Spotted Owl's Foraging Habitat. Journal of Forest Science 45(14).

North, M.P., G. Steger, R. Denton, G. Eberlein, T. Munton, and K. Johnson. 2000. Association of weather and nest-site structure with reproductive success in California spotted owls. Journal of Wildlife Management 64(3):797-807.

ODFW (Oregon Department of Fish and Wildlife). 2017. Threatened, Endangered, and Candidate Fish and Wildlife Species in Oregon. Revised June 2017. 2 pp.

Odion, D.C., C.T. Hanson, A. Arsenault, W.L. Baker, D.A. DellaSala, R.L. Hutto, W. Klenner, M.A. Moritz, R.L. Sherriff, T.T. Veblen, and M.A. Williams 2014a. Examining Historical and Current Mixed-Severity Fire Regimes in Ponderosa Pine and Mixed-Conifer Forests of Western North America. PLoS ONE 9(2): e87852. doi:10.1371/journal.pone.0087852 14 pp.

Odion, D.C., C.T. Hanson, D.A. DellaSala, W.L. Baker, and M.L. Bond. 2014b. Effects of Fire and Commercial Thinning on Future Habitat of the Northern Spotted Owl. The Open Ecology Journal, 2014, 7, 37-51.Olson, G.S., E.M. Glenn, R.G. Anthony, E.D. Forsman, J.A. Reid, P.J. Loschl, and W.J. Ripple. 2004. Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon. Journal of Wildlife Management 68(4):1039-1053.

Olson, G.S., E. Glenn, R.G. Anthony, E.D. Forsman, J.A. Reid, P.J. Loschl, and W.J. Ripple. 2004. Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon. Journal of Wildlife Management.

Olson, G.S., R.G. Anthony, E.D. Forsman, S.H. Ackers, P.J. Loschl, J.A. Reid, K.M Dugger, E.M. Glenn, and W.J. Ripple. 2005. Modeling of site occupancy dynamics for northern spotted owls, with emphasis on the effects of barred owls. Journal of Wildlife Management 69(3):918-932.

Omi, P.N., and E.J. Martinson. 2002. Effects of fuels treatment on wildfire severity. Final report submitted to the Joint Fire Science Program Governing Board. i-36. 40 pp.

Oregon Department of Forestry (ODF). 2014. Forest Practices Administrative Rules and Forest Practices Act. Salem, OR. Available online: https://www.oregon.gov/ODF/Documents/WorkingForests/FPARulebook.pdf

KSW00540

Pearson, R.R., and K.B. Livezey. 2003. Distribution, numbers, and site characteristics of spotted owls and barred owls in the Cascade Mountains of Washington. Journal of Raptor Research 37(4):265-276.

Peterson, E.K., E.M. Hansen, and A. Kanaski. 2015. Temporal epidemiology of sudden oak death in Oregon. Phytopathology. 105:937-946.

Pierce, D.J., J.B. Buchanan, B.L. Cosentino, and S. Snyder. 2005. An assessment of spotted owl habitat on non-federal lands in Washington between 1996 and 2004. Wildlife Department of Wildlife Research Report.

Rizzo, D.M., M. Garbeloto, J.M. Davidson, G.W. Slaughter, and S.T. Koike. 2002. Phytophthora ramorum as the cause of extensive mortality of Quercus spp. and Lithocarpus densiflorus in California. Plant Disease 86:205-214.

Rizzo, David and Matteo Garbelotto. 2003. Sudden oak death: endangering California and Oregon forest ecosystems1: 197–204. http://dx.doi.org/10.1890/1540-9295(2003)001[0197:SODECA]2.0.CO;2

Rockweit, J. T., A. B. Franklin, and P. C. Carlson. 2017. Differential impacts of wildfire on the population dynamics of an old-forest species. Ecology 98:1574–1582.

Rosenburg, Daniel K., and R. G. Anthony. 1992. Characteristics of Northern Flying Squirrel Populations in Young Second and Old Growth Forests in Western Oregon. Canadian Journal of Zoology. Volume 70.

Rosenberg, D.K., K.A. Swindle, and R.G. Anthony. 2003. Influence of prey abundance on northern spotted owl reproductive success in western Oregon. Canadian Journal of Zoology 81:1715-1725.

Saplosky Robert, L. Michael Romero, and Allan U. Munck. 2000. How do Glucocorticoids affect stress responses? Integrating Permissive, Suppressive, Stimulatory and Preparatory Actions. http://edrv/endojournals.org/cgi/content. 12-19-2000.

Schilling, J.W., K.M. Dugger, and R.G. Anthony. 2013. Survival and home range size of northern spotted owls in southwest Oregon. Journal of Raptor Research. 47(1):1-4.

Schmidt, K. 2006. Northern spotted owl monitoring and inventory, Redwood National and State Parks, 2005 annual report. Redwood National and State Parks, Orick, California.

Schumaker, N.H., A. Brookes, J.R. Dunk, B. Woodbridge, J.A. Heinrichs, J.J. Lawler, C. Carroll, and D. LaPlante. 2014. Mapping sources, sinks, and connectivity using a simulation model of northern spotted owls. Landscape Ecology, 29, 579–592.

Service (U.S. Fish and Wildlife Service). 1983. Endangered and threatened species listing and recovery priority guidelines: correction. Federal Register 48:51985.

KSW00541

Service (U.S. Fish and Wildlife Service). 1989. The Northern Spotted Owl; a status review supplement. Portland, Oregon. 113 pp.

Service (U.S. Fish and Wildlife Service). 1990a. Endangered and threatened wildlife and plants; determination of threatened status for the northern spotted owl; final rule. Federal Register, 50 CFR 17: 26,114-26,194.

Service (U.S. Fish and Wildlife Service). 1990b. 1990 status review: northern spotted owl; Strix occidentalis caurina. Report to the U.S. Fish and Wildlife Service, Portland, OR.

Service (U.S. Fish and Wildlife Service). 1992a. Endangered and Threatened Wildlife and Plants; Draft Recovery Plan for the northern spotted owl.

Service (U.S. Fish and Wildlife Service). 1992b. Endangered and Threatened Wildlife and Plants; determination of critical habitat for the northern spotted owl. Federal Register 57: 1796-1838.

Service (U.S. Fish and Wildlife Service). 1994. Final biological opinion for the preferred alternative of the supplemental environmental impact statement on management of habitat for late-successional and old-growth forest related species within the range of the northern spotted owl. Fish and Wildlife Service, Portland, Oregon.

Service (U.S. Fish and Wildlife Service). 1995. Endangered and threatened wildlife and plants; proposed special rule for the conservation of the northern spotted owl on non-federal lands. Federal Register 60:9483–9527.

Service (U.S. Fish and Wildlife Service). 2001. A range wide baseline summary and evaluation of data collected through section 7 consultation for the northern spotted owl and its critical habitat: 1994-2001. Portland, OR. Unpublished document. 41 pages.

Service (U.S. Fish and Wildlife Service). 2004. Northern Spotted Owl Five Year Review: Summary and Evaluation, Portland, OR. 72pp.

Service (U.S. Fish and Wildlife Service). 2008. Recovery Plan for the Northern Spotted Owl. Region 1. U.S. Fish and Wildlife Service. Portland, Oregon.

Service (U.S. Fish and Wildlife Service). 2009. Regulatory and scientific basis for the U.S. Fish and Wildlife Service guidance for evaluation of take for northern spotted owls on private timberlands in California's northern interior region.

Service (U.S. Fish and Wildlife Service). 2011a. Northern Spotted Owl: Five Year Review Summary and Evaluation. U.S. Fish and Wildlife Service. Portland, Oregon. 7 pp.

Service (U.S. Fish and Wildlife Service). 2011b. Revised Recovery Plan for the Northern Spotted Owl. Region 1. U.S. Fish and Wildlife Service. Portland, Oregon.

KSW00542

Service (U.S. Fish and Wildlife Service). 2012a. Revised Critical Habitat for the Northern Spotted Owl. Region 1. U.S. Fish and Wildlife Service. Portland, Oregon. Published in the Federal Register December 4, 2012.

Service (U.S. Fish and Wildlife Service). 2012b. Protocol for surveying proposed management activities that may impact northern spotted owls. Revised January 9, 2012. 42pp.

Service (U.S. Fish and Wildlife Service). 2013a. Experimental removal of barred owls to benefit threatened northern spotted owls. Environmental Impact Statement. July, 2013. Oregon Fish and Wildlife Office, Portland, Oregon. 467 pp.

Service (U.S. Fish and Wildlife Service). 2013b. Experimental Removal of Barred Owls to Benefit Threatened Northern Spotted Owls; Record of Decision for Final Environmental Impact Statement. Notice of availability September 17, 2013. 57171-57173.

Service (U.S. Fish and Wildlife Service). 2015. Endangered and Threatened Wildlife and Plants; 90-Day Findings on 10 Petitions; Evaluation of a Petition to Reclassify the Northern Spotted Owl as an Endangered Species Under the Act Federal Register 80 (69): 19262

Service (U.S. Fish and Wildlife Service). 2016. Biological Opinion for the Western Oregon Resource Management Plan. August, 2016,

Service (U.S. Fish and Wildlife Service). 2019. Northern spotted owl (*Strix occidentalis caurina*) species status report. Oregon Fish and Wildlife Office, Region 1, U.S. Fish and Wildlife Service, Portland. 130 pp.

Service (U.S. Fish and Wildlife Service). 2020. Endangered and Threatened Wildlife and Plants; 12-Month Finding for the Northern Spotted Owl. Federal Register 85 (241): 81144-81152.

Service (U.S. Fish and Wildlife Service). 2021a. Protocol for Surveying Proposed Management Activities that may impact Northern Spotted Owls Using Passive Autonomous Recording Unit Methods. Draft Pilot Version 0.1. March 2021.

Service (U.S. Fish and Wildlife Service). 2021b. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Northern Spotted Owl. Federal Register 86(215): 62606

Service and NOAA (U.S. Fish and Wildlife Service and National Oceanic and Atmospheric Administration. 2016. Interagency Cooperation—Endangered Species Act of 1973, as Amended; Definition of Destruction or Adverse Modification of Critical Habitat Federal Register. Vol. 81, No. 28 Thursday, February 11, 2016. Final Rule. Pp. 7214-7225. Available online:
https://www.fws.gov/endangered/improving_ESA/pdf/Adverse%20Modification-2016-02675-02112015.pdf

KSW00543

Service and NMFS (Fish and Wildlife Service, National Marine Fisheries Service). 1998. Procedures for Conducting Consultation and Conference Activities under Section 7 of the Endangered Species Act.

Singleton, P, S. Graham, W. Gaines, and J. Lehmkuhl. 2005. The ecology of barred owls in fire-prone forests. USDA PNW December 2005 Progress Report; Wenatchee, Washington. Sisco, C.L. 1990. Seasonal home range and habitat ecology of spotted owls in northwestern California. M.S. Thesis. Humboldt State University, Arcata, California.

Singleton, P., J.F. Lehmkuhl, W.L. Gaines, and S.A. Graham. 2010. Barred owl space use and habitat selection in the eastern Cascades, Washington. Journal of Wildlife Management. 74(2): 285-294.

Sisco, C.L. 1990. Seasonal home range and habitat ecology of spotted owls in northwestern California. M.S. Thesis. Humboldt State University, Arcata, California.

Solis, D. M. and R. J. Gutierrez. 1990. Summer habitat ecology of northern spotted owls in northwestern California. The Condor 92:739-748.

Sovern, S.G., E.D. Forsman, B.L. Biswell, D.N. Rolph, and M. Taylor. 1994. Diurnal behavior of the spotted owl in Washington. Condor 96(1):200-202.

Sovern, S.G., E.D. Forsman, K.M. Dugger and M. Taylor. 2015. Roosting habitat use and selection by northern spotted owls during natal dispersal. The Journal of Wildlife Management 79(2):254–262; 2015.Steger, G. N., L. R. Werner, and T. E. Munton, 2006. USDA Forest Service, Pacific Southwest Research Station, First Documented Record of the Barred Owl in the Southern Sierra Nevada. Pacific Southwest Research Station. Western Birds. 37:106-109. 2006.

Spies, T.A., M.A. Hemstrom, A. Youngblood, and S. Hummel. 2006. Conserving old-growth forest diversity in disturbance-prone landscapes. Conservation Biology. 20:351-362.

Spies, T.A., Miller, J.D., Buchanan, J.B., Lehmkuhl, J.F., Franklin, J.F., Healy, S.P. Hessburg, P.F., Safford, H.D., Cohen, W.D., Kennedy, R.S.H., Knapp, E.K., Agee, J.K., Moeur, M., 2009. Underestimating risks to the Northern Spotted Owl in fireprone forests: response to Hanson et al. Conservation Biology 24 (1), 330–333.

Spies, T.A., D.B. Lindenmayer, A.M. Gill, S.L. Stephens, and J.K. Agree. 2012. Challenges and a checklist for biodiversity conservation in fire-prone forests: perspectives from the Pacific Northwest of USA and southeastern Australia. Biological Conservation 145: 5-14.

Stenseth, N.C, A. Mysterud, G. Ottersen, J.W. Hurrell, K. Chan, M. Lima. Ecological Effects of Climate Fluctuations. 2002. Science V. 23 August 2002. Pp.1292-1296. Vol. 297 no. 5585 pp. 1292-1296

Swarthout, E.C.H. and R.J. Steidl. 2001. Flush responses of Mexican spotted owls to recreationists. J. Wildlife Management 65(2):312-317.

KSW00544

Swindle, Keith A., William J. Ripple, and E. Charles Meslow. 1997. Landscape Composition around Northern Spotted Owl Nests, Central Cascade Mountains, Oregon. An Abstract of the Thesis for Master of Science degree. Oregon Cooperative Wildlife Research Unit, Oregon State University, Corvallis, Oregon.

Tempel D.J. and R. J. Gutiérrez. 2003. Fecal Corticosterone Levels in California Spotted Owls Exposed to Low-intensity Chainsaw Noise.

Tempel D.J. and R. J. Gutiérrez. 2004. Factors Relating to Fecal Corticosterone Levels in California Spotted Owls: Implications for Assessing Chronic Stress.

Thomas, J.W.; E.D. Forsman; J.B. Lint; E.C. Meslow; B.R. Noon; and J. Verner. 1990. A conservation strategy for the northern spotted owl: a report of the Interagency Scientific Committee to address the conservation of the northern spotted owl. Portland, Oregon. U.S. Department of Agriculture, Forest Service; U.S. Department of Interior, Bureau of Land Management, U.S. Fish and Wildlife Service, National Park Service. 427 pp.

Thomas, J.W., M.G. Raphael, R.G. Anthony, E.D. Forsman, A.G. Gunderson, R.S. Holthausen, B.G. Marcot, G.H. Reeves, J.R. Sedell, and D.M. Solis. 1993. Viability assessments and management considerations for species associated with late-successional and old-growth forests of the Pacific Northwest. USDA Forest Service, Portland, Oregon.

Thomas, J.W., and M.G. Raphael (Eds.). 1993. Forest Ecosystem Management: An Ecological, Economic, and Social Assessment. Report of the Forest Ecosystem Management Assessment Team (FEMAT). July 1993. Portland, OR: USDA Forest Service and the USDI Bureau of Land Management.

Thome, Darrin M., C. J. Zabel and L. V. Diller. 1999. Forest Stand Characteristics and Reproduction of Northern Spotted Owls in Managed North-Coastal California Forests. Journal of Wildlife Management 63(1):44-59.

USFS and BLM (US Forest Service and Bureau of Land Management). 1994a. Record of Decision for amendments to Forest Service and Bureau of Land Management planning documents within the range of the northern spotted owl. U.S. Forest Service, Bureau of Land Management, Portland, OR. 2 vols. and appendices.

USFS and BLM (US Forest Service and Bureau of Land Management). 1994b. Final supplemental environmental impact statement on management of habitat for late-successional and old-growth forests related species within the range of the northern spotted owl. U.S. Forest Service, Bureau of Land Management, Portland, OR.

Wagner, F.F., E.C. Meslow, G.M. Bennett, C.J. Larson, S.M. Small, and S. DeStefano. 1996. Demography of northern spotted owls in the southern Cascades and Siskiyou, Mountains, Oregon. Pages: 67-76 In: Forsman, E.D., S. DeStefano, M.G. Raphael, and R.J. Gutierrez, (editors). 1996. Demography of the northern spotted owl. Studies in Avian Biology No. 17. Cooper Ornithology Society.

KSW00545

Walther, G.E., E. Post, P. Convey, A. Menzel, C. Parmesan. 2002. Ecological responses to recent climate change. Nature. V. 416. 28 March 2002. Pp. 389-395.

Ward, J. W. Jr. 1990. Spotted owl reproduction, diet and prey abundance in northwest California. M.S. Thesis. Humboldt State University, Arcata.

Washington Forest Practices Board. 1996. Permanent rules for the northern spotted owl. Washington Department of Natural Resources, Olympia, Washington.

Wasser, S. K., K. Bevis, G. King, and E. Hanson. 1997. Noninvasive physiological measures of disturbance in the northern spotted owl. Conservation Biology 11: 1019-1022.

WDFW (Washington Department of Fish and Wildlife). 2017. State Listed Species. Revised February 2017. 2 pp.

Weathers, W.W., Hodum, P.J., and J.A. Blakesley. 2001. Thermal ecology and ecological energetics of California spotted owls. The Condor 103: 678-690.

Wengert, G.M., M. Higley, M.W. Gabriel, H.R. Romsos, and W. Spencer. 2015. Modeling to predict the probability of trespass marijuana cultivation site presence in fisher, northern spotted owl, and Humboldt marten habitat. PowerPoint presentation to U.S. Fish and Wildlife Service. November 2015.

Westerling, A. L., H. Hidalgo, D.R. Cayan, and T. Swetnam. 2006: Warming and Earlier Spring Increases Western US Forest Wildfire Activity, Science, 313: 940-943.

White, C. M., and T. L. Thurow. 1985. Reproduction of ferruginous hawks exposed to controlled disturbance. The Condor 87:14-22.

Wiens, J.D. 2012. Competitive Interactions and Resource Partitioning Between Northern Spotted Owls and Barred Owls in Western Oregon. Dissertation. Oregon State University. 156 pp.

Wiens, J.D., R.G. Anthony, and E.D. Forsman. 2011. Barred Owl Occupancy Surveys Within the Range of the Northern Spotted Owl. The Journal of Wildlife Management 75(3):531–538.

Wiens, J.D., R.G. Anthony, and E.D. Forsman. 2014. Competitive interactions and resource partitioning between northern spotted owls and barred owls in western Oregon. Wildlife Monographs No. 185. 50 pp.

Wiens, J.D., K.E. Dilione, C.A. Eagles-Smith, G. Herring, D.B. Lesmeister, M.W. Gabriel, G.M. Wengert, and D.C. Simon. 2019. Anticoagulant rodenticides in *Strix* owls indicate widespread exposure in west coast forests. Biological Conservation 238:108238.

Wiens, J.D., Dugger, K.M., Lewicki, K.E., and Simon, D.C. 2017. Effects of experimental removal of barred owls on population demography of northern spotted owls in

KSW00546

Washington and Oregon—2016 progress report: U.S. Geological Survey Open-File Report 2017-1040, 23 p., https://doi.org/10.3133/ofr20171040.

Wiens, J.D., Dugger, K.M., Lesmeister, D.B., Dilione, K.E., and Simon, D.C., 2019, Effects of Barred Owl (*Strix* varia) removal on population demography of Northern Spotted Owls (*Strix* occidentalis *caurina*) in Washington and Oregon, 2015–18: U.S. Geological Survey Open-File Report 2019-1074, 17 pp. https://doi.org/10.3133/ofr20191074.

Wiens, J.D., K.M. Dugger, J.M. Higley, D.B. Lesmeister, A.B. Franklin, K.A. Hamm, G.C. White, K.E. Dilione, D.C. Simon, RR. Bown, P.C. Carlson, C.B. Yackulic, J.D. Nichols, J.E. Hines, R.J. Davis, D.W. Lamphear, C. McCafferty, T.L. McDonald, and S.G. Sovern. 2021. Invader removal triggers competitive release in a threatened avian predator. Ecology, 118(31): 1-9.

Yackulic, C.B., L.L. Bailey, K.M. Dugger, R.J. Davis, A.B. Franklin, E.D. Forsman, S.H. Ackers, L.S. Andrews, L.V. Diller, S.A. Gremel, K.A. Hamm, D.R. Herter, J.M. Higley, R.B. Horn, C. McCafferty, J.A. Reid, J.T. Rockweit, and S.G. Sovern. 2019. The past and future roles of competition and habitat in the rangewide occupancy dynamics of northern spotted owls. Ecological Applications 29(3):e01861.

Yospin, G.I., S.D. Bridgham, R.P. Neilson, J.P. Bolte, D.M. Bachelet, P.J. Gould, C.A. Harrington, J.A. Kertis, C. Evers, and B.R. Johnson. 2015. A new model to simulate climate-change impacts on forest succession for local land management. Ecological Applications, 25(1), 226-242. doi:10.1890/13-0906.

Zabel, C. J., K. M. McKelvey, and J. P. Ward, Jr. 1995. Influence of primary prey on home-range size and habitat-use patterns of northern spotted owls (Strix occidentalis caurina). Canadian Journal of Zoology 73:433-439.

Zabel C.J., S.E. Salmons, and M. Brown. 1996. Demography of northern spotted owls in southwestern Oregon. Studies in Avian Biology 17:77-82.

Zabel, C. J., J. R. Dunk, H. B. Stauffer, L. M. Roberts, B. S. Mulder, and A. Wright. 2003. Northern spotted owl habitat models for research and management application in California. Ecological Applications 13:1027–1040.

KSW00547

*PERSONAL COMMUNICATIONS*

Caruthers, Robert, USDA FS. 2017. April 7 telephone conversation with Jan Johnson. Documented in PDF file.

Clayton, David. USDA FS. 2017 May 5 email thread to Jan Johnson. Subject: FW: MjOwls in the 0.5-mile buffer group

Forsman, E. pers. comm. 2006. Citation, p. B-11 in Service (U.S. Fish and Wildlife Service). 2011b. Revised Recovery Plan for the Northern Spotted Owl. Region 1. U.S. Fish and Wildlife Service. Portland, Oregon. 277 pp.

Grubb, T. pers. comm. No date. Pers. comm. citation on Ch 8 p. 33 in Blakesley, J.A., W. LaHaye, J.M.M. Marzluff, B.R. Noon, and S. Courtney. 2004. Scientific evaluation of the status of the northern spotted owl – demography. 1-46 pp. In: Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, L. Sztukowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004. 508 pp.

Hunter B. pers. comm. No date. Pers. comm. citation on Ch 8 p. 34 in Blakesley, J.A., W. LaHaye, J.M.M. Marzluff, B.R. Noon, and S. Courtney. 2004. Scientific evaluation of the status of the northern spotted owl – demography. 1-46 pp. In: Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, L. Sztukowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004. 508 pp. Loschl, P. and E. Forsman pers. comm. 2006. Pers. comm. citation on p. A-1 in Service (U.S. Fish and Wildlife Service). 2011b. Northern Spotted Owl: Five Year Review Summary and Evaluation. U.S. Fish and Wildlife Service. Portland, Oregon. 7 pp. 277 p.

Loschl, P. and E. Forsman. 2006. Pers. comm. citation, p. A-1 in Service (U.S. Fish and Wildlife Service). 2011b. Northern Spotted Owl: Five Year Review Summary and Evaluation. U.S. Fish and Wildlife Service. Portland, Oregon. 7 pp. 277 p.

McGowan, K. pers. comm. No date. Pers. comm. citation on Ch 8 p. 33 in Blakesley, J.A., W. LaHaye, J.M.M. Marzluff, B.R. Noon, and S. Courtney. 2004. Scientific evaluation of the status of the northern spotted owl – demography. 1-46 pp. In: Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, L. Sztukowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004. 508 pp.

KSW00548

### ASSOCIATED FEDERAL REGISTER DOCUMENTS

55 FR 26114: Determination of Threatened Status for the Northern Spotted Owl. Final Rule. Published in the Federal Register on January 26, 1990. 26114-26194.

57 FR 1796: Endangered and Threatened Wildlife and Plants; determination of critical habitat for the northern spotted owl. Final Rule. Published in the Federal Register on January 15, 1992. 1796-1838.

58 FR 14248: Final Rule to List the Mexican Spotted Owl as a Threatened Species. Final Rule. Published in the Federal Register on March 16, 1993. 14248-14271.

73 FR 29471: Proposed Revised Designation of Critical Habitat for the Northern Spotted Owl (*Strix occidentalis caurina*). Proposed rule. In addition, this document announced that the Final Recovery Plan for the Northern Spotted Owl is available. Published in the Federal Register on May 21, 2008. 29471-29477.

73 FR 47326: Revised Designation of Critical Habitat for the Northern Spotted Owl; Final Rule. Published in the Federal Register on Federal Register on August 13, 2008. 47326-47522.

76 FR 38575: Revised Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*). Notice of document availability: revised recovery plan. Published in the Federal Register on July 1, 2011. 38575-38576.

76 FR 63719: 12-Month Finding on a Petition to List a Distinct Population Segment of the Red Tree Vole as Endangered or Threatened. Proposed Rule. Published in the Federal Register on October 13, 2011. 63720-63762.

77 FR 71876: Designation of Revised Critical Habitat for the Northern Spotted Owl. Final Rule. Published in the Federal Register on December 4, 2012. 71876-72068.

78 FR 57171: Experimental Removal of Barred Owls to Benefit Threatened Northern Spotted Owls; Record of Decision for Final Environmental Impact Statement. Notice of availability September 17, 2013. 57171-57173.

80 FR 19259: 90-Day Findings on 10 Petitions. Notice of petition findings and initiation of status reviews. Published in the Federal Register on April 10, 2015. 19259-19263.

85 FR 81144: 12-Month Finding for the Northern Spotted Owl. Published in the Federal Register on December 15, 2020. 81144-81152.

86 FR 62606: Revised Designation of Critical Habitat for the Northern Spotted Owl. Final rule; withdrawal and revision. Published in the Federal Register on November 10, 2021. 62606-62666

87 FR 43886: Barred Owl Management Strategy; Intent to Prepare an Environmental Impact Statement; Washington, Oregon, and California. Notice of availability July 22, 2022.

KSW00549

*APPENDIX B: DETAILED ANALYSIS FOR EFFECTS OF THE FY23 BATCH OF PROJECTS TO FRANKLIN'S BUMBLE BEE AND CONCURRENCE*

**Appendix B - Review of Effects to Franklin's Bumble Bee due to the Trail Creek, Rogue Gold, and Last Chance Projects**

In its Biological Assessment (USDI BLM 2023; Assessment), the Medford District of the Bureau of Land Management (District or BLM) determined the proposed actions in its FY23 Batch of Projects (Rogue Gold, Trail Creek, and Last Chance Projects; Projects) may affect, and are not likely to adversely affect the endangered Franklin's bumble bee (*Bombus franklini*). In the analysis and discussion below, the U.S. Fish and Wildlife Service (Service) reviewed the best available information, including material regarding closely related *Bombus* species – particularly the rusty patched bumble bee (*B. affinis*) and the western bumble bee (*B. occidentalis*) – as surrogates where specific life history knowledge pertaining to Franklin's bumble bee is lacking. Based on this material, site specific information from the Assessment, the application of Project Design Criteria, and in consultation with species experts, the Service concluded the proposed Projects will have discountable effects to this species and concurs with the District's determination that the proposed actions may affect, but are not likely to adversely affect Franklin's bumble bee. Critical habitat has not been designated for this species (86 FR 47221). As such, there is no analysis of Franklin's bumble bee critical habitat in this consultation.

**DEFINITIONS**

The terms and definitions listed below from the Assessment are integral to the clear understanding of the proposed actions and the analysis in this Appendix.

**Nesting habitat** includes abandoned rodent burrows, bunch grasses, and rock piles, and is located within 100m of Substantial Floral Resources (defined below). Nesting is not reasonably certain to occur in locations containing these features beyond 100m from Substantial Floral Resources.

**Overwintering habitat** consists of chambers 2-15 cm below the ground's surface, within loose organic material; typically, in shaded areas under trees, lacking dense vegetation and with loose, well-drained soil, and within 100m of Substantial Floral Resources (defined below). Overwintering is not reasonably certain to occur in locations beyond 100m from Substantial Floral Resources.

**Substantial Floral Resources (SFRs)** are a diverse and abundant group of insecticide-free native flowering plants that provide both pollen and nectar throughout a colony's active flight period (May 15 – September 30). A varied assortment of plant species with staggered floral senescence must be present in abundance (i.e., no monocultures), as floral forage must be available throughout the active flight season. Exemplified by existing meadow systems.

KSW00550

## DESCRIPTION OF THE PROPOSED ACTION

The Assessment (pp. 15-34) provides details of the proposed actions for the Rogue Gold, Trail Creek, and Last Chance Projects. The following represents a summary of the proposed actions as represented in the Assessment.

### Action Area

The Action Area is defined as "all areas to be affected directly or indirectly by the federal action and not merely the immediate area involved in the action" (50 CFR § 402.02). The Action Area includes the farthest reaching physical, chemical, and biotic effects of the action on the environment. The Rogue Gold, Trail Creek, and Last Chance Projects are within three geographically separate polygons, which create a single multipart Action Area. This Action Area is based on the geographic extent of in-air sound, ground vibration from blasting, and of timber harvest, roadside treatments, road construction, and hazardous fuels reduction treatments (Assessment, Appendix E Maps 1-3). For this Assessment, the Action Area was defined using a northern spotted owl (*Strix occidentalis caurina*; spotted owl) metric to determine areas that may be indirectly affected by the proposed actions, based on the radius of a circle that would capture the provincial home range. The provincial home range is 1.3 miles for the Klamath Mountains Province, where all three of the Projects are located. The Trail Creek Project also partially overlaps the West Cascades Province, so a 1.2-mile provincial home range was used for portions of the Trail Creek Project (Assessment, pp. 10-11).

The Action Area represents all lands within 1.2 or 1.3 miles of proposed treatment units, and all lands within any overlapped associated provincial home ranges of known spotted owl sites that could be directly, indirectly, or cumulatively impacted by the proposed actions. This Action Area includes all areas in which the proposed actions may have effects to Franklin's bumble bee.

### Project Areas

#### Rogue Gold Project Area

The Rogue Gold Project is located between the cities of Gold Hill and Rogue River to the south and northwest of the city of Medford in Jackson County, Oregon. These lands are a mix of BLM-administered and private, or individual company ownership. The Project is within three 5th field watersheds (Gold Hill-Rogue River, Grants Pass-Rogue River, and Bear Creek). The current landscape pattern of the vegetation is a result of highly dissected topography, fires, wind events, timber harvesting, and forest pathogens.

#### Trail Creek Project Area

The Trail Creek Project is located just east and northeast of the city of Trail and north of the city of Medford in Jackson County, Oregon. These lands are a mix of BLM-administered and private, or individual company ownership. The Trail Creek Project is within five 5th field watersheds (Elk Creek-east, Elk-Creek-west, Evans Creek, Shady-Cove-Rogue River, Trail Creek). The current landscape pattern of the vegetation is a result of natural disturbances (i.e., fires, wind

KSW00551

events, forest pathogens) and human influences (i.e., timber harvesting and agriculture).

Last Chance Project Area

The Last Chance Project is located northeast of the city of Grants Pass in Josephine County, Oregon. These lands are a mix of BLM-administered and private, or individual company ownership. The Project is primarily within three 5th field watersheds: Upper Cow Creek, Middle Cow Creek, and Grave Creek, with a small inclusion in the Evans Creek watershed on the east side of the Project Area. The current landscape pattern of the vegetation is a result of highly dissected topography, fires, wind events, timber harvesting, and forest pathogens.

**Proposed Actions**

As described in the Assessment (pp. 15-34), the Rogue Gold, Trail Creek, and Last Chance Projects include proposed actions across 22,589 acres of lands managed by the BLM. The Projects include commercial thinning (including riparian thinning), selection harvest, regeneration harvest, roadside vegetation management, quarry expansion, hazardous fuels reduction, and road/landing construction (Assessment, Table 4, p. 19). The Projects have been designed under the Southwestern Oregon Resource Management Plan (2016 SWO RMP/ROD) (USDI BLM 2016) to accomplish management directions such as reduce resource competition among growing trees, promote forest resiliency, and harvest timber to contribute to the attainment of the declared Allowable Sale Quantity (ASQ) for the Medford District. The Projects will follow the management directions for all land use allocations (LUAs) within each of the three Projects (Assessment, Table 2, p. 15).

Project Design Criteria (PDC) are conservation measures applied to project activities designed to reduce and minimize potential detrimental effects to listed species. Physical impacts to habitat and disturbances to individuals can be reduced or avoided with PDC. The following PDC are designed to help reduce impacts to Franklin's bumble bee (Assessment, pp. 33-34):

1) Franklin's bumble bee is most vulnerable to harm during the active flight season when individuals need to traverse between nest sites and floral forage resources. For any actions proposed to occur in open areas or potential meadows, the BLM will complete on-the-ground evaluations of such identified areas during the appropriate flowering season (corresponding with the active flight season for Franklin's bumble bee) prior to implementation to determine whether Substantial Floral Resources (SFRs) are present that may be impacted due to the proposed action. If SFRs are found to be present, BLM will share the results with the Level 1 team to determine the appropriate course of action. After consultation with the Service, any actions that could impact meadow habitat with SFRs would be either:
- Seasonally restricted between May 15 and September 30 (active flight season) to avoid adverse impacts, or;
- Not be implemented (drop treatment).

KSW00552

**STATUS OF THE SPECIES**

**Franklin's Bumble Bee**

The Service was petitioned to list Franklin's bumble bee as an endangered species with critical habitat under the Endangered Species Act (ESA) of 1973, as amended, on June 23, 2010. The Service proposed to list Franklin's bumble bee as endangered on August 13, 2019 (84 FR 40006); no critical habitat was proposed at that time. The Service published a final listing decision for Franklin's bumble bee as an endangered species, without critical habitat, on August 24th, 2021 (86 FR 47221). A Species Status Assessment (SSA) for Franklin's bumble bee was completed by the Service in 2018 (USDI FWS 2018) and contains a detailed account of the species as well as an assessment of the species' viability through an analysis of the species' resiliency, representation, and redundancy. While a summary is provided below, for a detailed account of the status of Franklin's bumble bee, refer to Appendix B (Status of the Species: Franklin's Bumble Bee).

*Life History*

As a bumble bee of the subgenus *Bombus* sensu stricto, Franklin's bumble bee is corbiculate (females having pollen baskets on the hind legs) (Williams et al. 2008, entire). In this species, the hind leg tibia outer surface (corbicula) is flat with long black fringes at the sides (Williams et al. 2014, p. 119). The species is short-tongued with a short head and the cheek (area between the bottom of the compound eye to the insertion of the mandible) is shorter than it is wide (Koch et al. 2012, p. 98; Williams et al. 2014, p. 119). Shorter faces and tongues are an adaptation to extracting nectar from flowers with short corollas (Koch et al. 2012, p. 6). *Bombus* from this sub-genus with short tongues also rob nectar from flowers with longer corollas, by biting holes in the base of the corolla to access the nectar. Body size of the queens (22-24 mm, 0.86-0.95 inches) and workers (10-17 mm, 0.40-0.65 inches) is relatively large (Williams et al. 2014, p. 119). Males are 13-16 mm (0.50-0.64 inches) in length.

Franklin's bumble bee is a primitively eusocial bumble bee, living in colonies made up of a queen and her offspring – males and workers. The peak flight period of Franklin's bumble bee is from mid-May to the end of September (Thorp et al 1983, p. 30, as cited in USDI FWS 2018, p. 17); a few individuals have been encountered in October (Southern Oregon University Bee Collection records, in Xerces Society and Thorp, 2010, Appendix 1, p. 39, as cited in USDI FWS 2018, p. 17). The nesting biology of Franklin's bumble bee is unknown (Xerces Society and Thorp 2010, p. 10), but nesting occurs within the active flight season (May 15 – September 30). They likely nest underground in abandoned rodent burrows or similar cavities that offer resting and sheltering places, food storage, room for nesting, and room for the colony to grow, as is typical for other eusocial *Bombus* species (Plath 1927, pp. 122-128; Hobbs 1968, p. 157; Thorp et al. 1983, p. 1; Thorp 1999, p. 5).

The causal factors behind the decline of Franklin's bumble bee are not well understood. The 2010 petition identified the following factors as stressors on Franklin's bumble bee and its habitat: introduced exotic diseases and competition from non-native bees; destruction, degradation, and conversion of habitat; pesticides and pollution; inadequacy of current rules,

regulations, and law; introduction of exotic plant species; increased human use of native habitat; climate change; and alteration of wildfire severity and frequency (Xerces Society and Thorp 2010, p. 4). Here, pesticide is a broad term that includes insecticides, herbicides, fungicides, and the adjuvants that are often added to these chemicals at the time of their application. Agricultural intensification, urban development, and livestock grazing can also result in impacts to habitat throughout the range of the species. Managed bees (bees that are moved around the landscape seasonally to provide pollination services to a wide variety of crop types) present both a competition threat as well as a likely disease pathway. Managed bees include blue orchard bees, non-native European honey bees, leaf-cutting bees, and other species of bumble bees. Franklin's bumble bee is a haplodiploid organism with a relatively small population size compared to other *Bombus* species. A haplodiploid genetic system makes bees very vulnerable when populations get small because of inbreeding and the production of sterile males (USDI FWS 2018, p. 38).

Importantly, it is likely that several of these risk factors are acting additively and synergistically on *Bombus* species (Goulson et al. 2015, p. 5) and the combination of multiple stressors is likely more harmful than a single stressor acting alone (Gill et al. 2012; Coors and De Meester 2008; Sih et al. 2004). There is recent evidence that the interactive effects of pesticides and pathogens could be particularly harmful for bumble bees (Fauser-Misslin et al. 2014, pp. 453-455; Baron et al. 2014, pp. 463-465) and other bees (Alaux et al. 2010, pp. 775-777; Pettis et al. 2012, pp. 155-156; Vidau et al. 2011, pp. 3-5; Aufavre et al. 2012, pp. 2-3).

*Franklin's Bumble Bee Resource Use and Habitat*

Franklin's bumble bee is thought to have the most limited distribution of all known North American bumble bee species (Plowright and Stephen 1980, p. 479; Xerces Society and Thorp 2010, p. 6), and one of the most limited geographic distributions of any bumble bee in the world (Frison 1922, p. 315; Williams 1998, p. 129). Stephen (1957, p. 81) recorded the species from the Umpqua and Rogue River Valleys in Oregon. Thorp et al. (1983, p. 8) also recorded it from northern California and suggested the range may be restricted to the Klamath Mountain region of southern Oregon and northern California. Historically, Franklin's bumble bee has been found in a wide array of sheltered and exposed habitat types at elevations ranging from 540 ft (162 m) to 7,800 ft (2,340 m).

Franklin's bumble bee is a habitat generalist but relies on diverse and plentiful flowering plants. The Service considers a defining habitat characteristic for Franklin's bumble bee to be the presence of Substantial Floral Resources (SFRs) – defined as a diverse and abundant group of insecticide-free native flowering plants that provide both pollen and nectar throughout a Franklin's bumble bee colony's active flight period (May 15 – September 30). A varied assortment of plant species with staggered floral senescence must be present in abundance (i.e., no monocultures), as floral forage must be available throughout the active flight season; the species requires a constant and diverse supply of flowers that bloom throughout the colony's life cycle, from spring to autumn  (Xerces Society and Thorp 2010, p. 11). This is typically exemplified by existing meadow systems, i.e., open (non-forested) meadows in proximity to seeps and other wet meadow environments. Different *Bombus* species have consistently been observed foraging in the same area visiting similar and different species of flowering plants. During some Oregon surveys, no *Bombus* species was always consistent in the number of

KSW00554

different plants species it visited, nor was any *Bombus* species tied to just one plant species (USDI FWS 2018, p. 18).

The abundance and diversity of flowering plant species can influence the overall abundance, species richness, and foraging activity of bumble bees (Carvell 2002, abstract) which in turn appear key to survival and reproductive success (USDI FWS 2018, Table 1). Being a generalist may provide an ecological advantage. As described in the SSA (USDI FWS 2018, p. 3): *"Bombus franklini* are described in a wide array of sheltered and exposed habitat types at a broad elevational range, and the species appears to be a generalist forager. Our certainty regarding the species' habitat needs is limited to (1) floral resources for nectaring throughout the colony cycle, and (2) relatively protected areas for breeding and shelter. The habitat elements that *B. franklini* appears to prefer to fulfill those needs are relatively flexible, plentiful, and widely distributed."

Key floral species within Franklin's bumble bee habitat include lupine (*Lupinu*s spp.), California poppy (*Eschscholzia californica*), horsemint or nettle-leaf giant hyssop (*Agastache urticifolia*), and mountain monardella (*Monardella odoratissima*) (USDI FWS 2018, p. 18). These species frequently occur within meadow complexes where surveys are conducted for pollinators in southern Oregon.

Specific nesting habitat is unknown, but Franklin's bumble bee is assumed to nest underground in abandoned rodent burrows, or above ground in bunch grasses or within rock piles; the species was even once found nesting in a residential garage within the city limits of Medford, Oregon (USDI FWS 2018, p. 17). In a closely related *Bombus* species, rusty-patched bumble bee nests are reported to be one to four feet below ground (Plath 1922, pp. 190-191; Macfarlane et al. 1994, p. 4, as cited in USDI FWS 2016). Overwintering habitat would include micro-habitats such as ground cavities, rotting logs, loose soil, and other protected sites for queens to hibernate, with floral resources and suitable nest sites available for the emerging queens the following spring. Mating habitat requirements for most bumble bee species is not known. More information on the species ecology can be found in the SSA (USDI FWS 2018) and in the Status of the Species (Appendix B).

*Known Occurrences*

This species is a narrow endemic, with historical locations only recorded in portions of Douglas, Jackson, and Josephine Counties in southern Oregon, as well as Trinity and Siskiyou Counties in northern California. Of all Franklin's bumble bee surveys, up to 356 individuals have been observed in total, and no more than 98 total individuals at eight separate locations have been observed in any one year (Xerces Soc. and Thorp 2010, p. 7; Occurrence Table, Appendix 1 as cited in USDI FWS 2018, p. 19). Available location data have been collected through unsystematic, opportunistic surveys and reporting, especially prior to 1998 (USDI FWS 2018, p. 9).

There is a high degree of uncertainty pertaining to current occurrence of populations. The last sighting of any Franklin's bumble bee was in 2006 and there are no known current populations distributed across any level of ecological conditions or spatial extent, despite numerous survey efforts in high quality habitat where historical locations were reported (USDI FWS 2018, p. 3

KSW00555

and p. 42). The SSA notes that where surveys have been repeated at locations where Franklin's bumble bee was observed in the past, the species has not been detected since. However, the lack of systematic surveys across the historical range precludes the assumption the species is extinct (86 FR 47221). The two most significant causes of population decline are likely from disease and other natural or human-caused factors (86 FR 47221). As discussed in the final rule listing Franklin's bumble bee as endangered, "there are numerous instances of species rediscovered after many years, even decades, of having been believed extinct (e.g., Scheffers et al. 2011, entire). As one example of such a case, the Fender's blue butterfly (*Icaricia icarioides fenderi*) of Oregon was believed extinct after the last recorded observation in 1937, until it was rediscovered in 1989, 52 years later (Hammond and Wilson 1992, p. 175; Hammond and Wilson 1993, p. 2)" (86 FR 47221).

To delineate where Franklin's bumble bee may be most likely to occur, High Priority Zones (HPZs) have been identified by the Service and contain all known historic observation locations of Franklin's bumble bee, supplemented by additional modeling of SFRs and other modeled habitat characteristics most likely to support the species within its historic range.  HPZs also include a 1.86-mile buffer around each historic Franklin's bumble bee observation; the subgenus' typical dispersal distance is likely less than 1.86 miles (3 km) (USDI FWS 2018, p. 20), and the typical foraging distance is thought to be less than 0.6 miles (1 km) (USDI FWS 2018, p. 18). Thus, by design, HPZs are meant to encompass the highest quality SFR habitat surrounding each historic Franklin's bumble bee observation, while additionally accounting for a buffer area the species is most likely to utilize for foraging, nesting, dispersal, and overwintering.

*Franklin's Bumble Bee and Climate Change*

Potential climate change impacts on pollinators are not well understood and most of the existing information on climate change impacts comes from studies on butterflies. There is a paucity of information specifically related to bumble bees, and the Service found no available climate change information specific to the Franklin's bumble bee (USDI FWS 2018, p. 36).

Changes in fire and pest regimes could affect remaining habitat for the Franklin's bumble bee; however, habitat elements that the species appears to prefer are relatively flexible, plentiful, and widely distributed (USDI FWS 2018, p. 3). The degree to which climate change will further challenge future populations and the habitats considered herein is unknown, but change is likely to occur.

## STATUS OF CRITICAL HABITAT

The Service determined that designating critical habitat for Franklin's bumble bee was not prudent for the species at the time of its listing (86 FR 47221). As such, there is no analysis of Franklin's bumble bee critical habitat in this consultation.

## STATUS OF FRANKLIN'S BUMBLE BEE IN THE ACTION AREA

The Rogue Gold, Trail Creek, and Last Chance Projects are within the historic range of Franklin's bumble bee. A portion of the Action Area overlaps with a delineated HPZ. Surveys

KSW00556

for Franklin's bumble bee have not been conducted in the Rogue Gold, Trail Creek, or Last Chance Project Areas or the Action Area. Annual surveys for the species have occurred in the highest quality habitats in southwest Oregon, but there have not been any recent Franklin's bumble bee detections. The Rogue Gold Project is the closest to historic observation locations, located approximately 22 miles northwest of the last Franklin's bumble bee detection (documented in 2006). In more recent years, some targeted surveys have taken place at select locations within the species' historic range. In 2014, the Medford District conducted a survey for special status meadow invertebrates, including Franklin's bumble bee and the western bumble bee between July and September, with survey locations based on (1) historical occurrence records for private, BLM and USFS lands, and (2) water and floral resources. The western bumble bee was observed at three locations, but Franklin's bumble bee was not found (Pool 2014, entire, as cited in USDI FWS 2018, p. 15).

**STATUS OF FRANKLIN'S BUMBLE BEE HABITAT IN THE ACTION AREA**

Historically, the Franklin's bumble bee has been found in a wide array of sheltered and exposed habitat types at elevations ranging from 540 ft (162 m) to 7,800 ft (2,340 m). Franklin's bumble bees require a constant and diverse supply of flowers that bloom from spring to fall (USDI FWS 2018, p. 18), typically found in open meadows in proximity to seeps and other wet meadow environments. Information about these habitat types is not available at the level of minute scale/detail on the corporate habitat layers the District has on hand. However, for the purposes of this analysis, the District employed a multipronged approach to identify potential Franklin's bumble bee habitat that may occur within the Action Area. First, the District used a broadscale vegetation type layer (Oregon Vegetation Type Cover - GAP) as a surrogate approach to estimate potential habitat. The wet meadow and sub-alpine meadow vegetation types were used as a reasonable surrogate for Franklin's bumble bee habitat. However, none of these vegetation types occur within the Action Area. Second, the District also reviewed GIS layers considering wetland presence, low canopy cover, past surveys, presence of other threatened pollinators, and past observations of Franklin's bumble bee when identifying potential habitat. Based on this GIS review, the District determined approximately 1,599 acres of potential Franklin's bumble bee habitat occur in the Action Area (Assessment, Appendix E Maps 13-15). Approximately 157 acres (123 acres in Rogue Gold, seven acres in Trail Creek, and 27 acres in Last Chance) of the proposed treatments are within these 1,599 acres. While these GIS-identified acres of potential habitat have not been field verified, they represent the best available information to identify potential meadow habitat at a finer scale. Additional open areas are within the Action Area, but they are private agricultural parcels that do not provide SFRs or wet meadows.

**CONSERVATION ROLE OF THE ACTION AREA**

The Action Area is unlikely to play an important conservation role for Franklin's bumble bee, because while it intersects with the small geographic range of the species, it contains only a limited amount of identified potential habitat for the species. Habitat loss is not considered to be a main driver of the species' decline (USDI FWS 2018, p. 35; 86 FR 47221), and a limited number of treatments acres comprising the proposed action will occur within any identified potential habitat in the Action Area. These treatment acres are subject to pre-implementation

KSW00557

review by the District, and if high-quality habitat with SFRs is located, seasonal restrictions or treatment modifications will be applied, as appropriate (according to PDC above).

The Action Area also overlaps with a portion of an identified Franklin's bumble bee HPZ. While HPZs are informed by the species' historic observation locations, it should be noted that potential habitat within HPZs has been initially identified via aerial photo review and supplemental modeling of SFRs and other habitat characteristics likely to support the species; many portions of HPZs have yet to be field-verified, and in several cases, also contain parcels within that do not function as Franklin's bumble bee habitat (i.e., areas with dense forest canopy, lacking openings or meadows that may contain SFRs). There are no known current populations of Franklin's bumble bee on the landscape, and the last known detection of the species occurred in 2006, approximately 22 miles away from the Action Area.

## EFFECTS OF THE PROPOSED ACTION

Effects of the action are all consequences to listed species or critical habitat that are caused by the proposed action, including the consequences of other activities that are caused by the proposed action. A consequence is caused by the proposed action if it would not occur but for the proposed action and it is reasonably certain to occur. Effects of the action may occur later in time and may include consequences occurring outside the immediate area involved in the action (50 CFR § 402.02). The effects, summarized below, encompass all potential effects from the proposed action.

### Effects to Franklin's Bumble Bee

Franklin's bumble bee is thought to have the most limited distribution of all known North American bumble bee species, and perhaps the smallest known historical range of any bumble bee species in the world, spanning just five counties in southwest Oregon and northern California (USDI FWS 2018, pp. 11, 14). Franklin's bumble bee has not been detected since 2006, and annually recurring surveys in areas believed to have the most likely conditions to support occupancy within the species' historic range have since failed to detect any individuals (USDI FWS 2018, pp. 12, 15). General intensive surveys in the region also have not detected Franklin's bumble bees (e.g., Galbraith et al. 2019; Fisher et al. 2022). While historic and current population abundance across the range is unclear (USDI FWS 2018, p. 11), it is evident that the species is not reasonably certain to occur, and if it in fact persists, is very rare on the landscape. The best available evidence indicates it is highly unlikely that Franklin's bumble bee would be present in the Action Area.

#### Effects to Franklin's Bumble Bee Habitat

Franklin's bumble bee habitat includes a diverse and abundant mix of floral resources (USDI FWS 2018, p. 18). This habitat is typically found associated with open meadows and shrub fields. To a lesser extent Franklin's habitat may include complex early seral forest resulting from past disturbances; though these conditions are usually short-term before they become closed canopy forests. Some research suggests forests may provide habitat during phenologically distinct periods, such as overwintering (Mola et al. 2021); though this relationship is poorly

KSW00558

understood. Habitat for Franklin's bumble bee is not believed to be a limiting factor affecting conservation of the species (USDI FWS 2018, p. 35; 86 FR 47221).

The proposed action is not expected to adversely affect habitat for this species within the Action Area. Across the Action Area, there are 992 acres of proposed Rogue Gold treatments (981 acres of hazardous fuels reduction treatments and 11 acres of Selection Harvest) within an HPZ (Table 1). No Trail Creek or Last Chance proposed units are located within an HPZ. All Rogue Gold treatment acres overlapping the HPZ are solely forested areas, lacking meadows or open areas that could support SFRs. These treatments would occur in high canopy forested or young stand environments where flowering habitat is sparse, due to limited canopy openings that would allow for the growth of SFRs. While some minimal floral resources may be present, these scant flowering plants are unlikely to sustain a colony of bees throughout its life cycle because flowering plant numbers and diversity are low. Additionally, no treatments are proposed within 100m of potential meadows within the HPZ. Areas within 100m of meadows (e.g., transitional zones between forested and open areas) may function as overwintering and/or nesting habitat when the meadows contain SFRs; because treatment units avoid these transitional zones within the HPZ, effects to overwintering/nesting habitat within the HPZ are not anticipated.

No treatments within the HPZ overlap with the 1,599 acres of identified potential habitat in the Action Area. Outside the HPZ, there are 157 acres of proposed treatments (hazardous fuels reduction treatments) that occur within the 1,599 acres of potential Franklin's bumble bee habitat (Table 1); this is 10 percent of the total identified potential habitat within the Action Area. The likelihood of direct and indirect negative impacts to Franklin's bumble bee individuals is very low (discountable) because individuals are unlikely to be present in the Action Area, as described above in the *Effects to Franklin's Bumble Bee* section.

Additionally, the District has incorporated PDC to avoid and minimize impacts to Franklin's bumble bee. For any actions proposed in identified potential habitat (i.e., any open areas or meadows), the BLM will complete on-the-ground evaluations of such identified areas during the appropriate flowering season (corresponding with the active flight season for Franklin's bumble bee) prior to implementation to determine whether SFRs are present that may be impacted due to the proposed action. If SFRs are found to be present, BLM will consult with the Service and apply seasonal restrictions, as appropriate, or drop treatments. Hazardous fuels reduction activities (such as prescribed burns) would result in short-term reductions in habitat (e.g., floral resources that provide forage). These reductions would be temporary, as resources would re-grow following treatment, and seasonally timing these activities to avoid the active flight season would avoid significantly impairing a colony's ability to find sufficient floral resources.

In the absence of SFRs, Franklin's bumble bee is not likely to be supported through its entire life cycle. Open areas and meadows lacking SFRs are not expected to provide sufficient forage resources for a colony, and overwintering/nesting is not expected to occur within 100m of open areas or meadows if SFRs are absent. Therefore, it is not reasonable to assume the species occupies or utilizes lower quality areas lacking these resources, and transitional zones are not expected to function as overwintering or nesting habitat in the absence of SFRs within 100m.

KSW00559

Table B-1. Franklin's Bumble bee habitat effects summary for the Rogue Gold, Trail Creek, and Last Chance Projects (USDI BLM 2023, Table 24, p. 93)

| | Forested Acres | Proposed Treatments in Potential Meadow Habitat (Foraging and Nesting Effects) | Proposed Treatment Acres within 100m of Potential Meadow Habitat (Overwintering and Nesting Effects) |
|---|---|---|---|
| **Rogue Gold** | | | |
| **Proposed treatments within the HPZ** | 992 | 0 | 0 |
| **Proposed treatments outside the HPZ** | 6,779 | 123 | 71 |
| **Trail Creek** | | | |
| **Proposed treatments within the HPZ** | 0 | 0 | 0 |
| **Proposed treatments outside the HPZ** | 2,731 | 7 | 48 |
| **Last Chance** | | | |
| **Proposed treatments within the HPZ** | 0 | 0 | 0 |
| **Proposed treatments outside the HPZ** | 12,087 | 27 | 111 |
| **Total Acres** | **22,589** | **157** | **230** |

## SUMMARY AND CONCLUSION

The Service concurs with the District's assessment that the Rogue Gold, Trail Creek, and Last Chance Projects **may affect, but are not likely to adversely affect** Franklin's bumble bee. The Service reached this conclusion for the following reasons:

- Habitat for Franklin's bumble bee is not considered a limiting factor affecting conservation of the species (USDI FWS 2018, p. 35; 86 FR 47221); the proposed actions will affect 10 percent of the total available potential habitat identified within the Action Area.
- The proposed actions are not expected to adversely affect habitat in the Action Area. The 157 proposed hazardous fuels treatment acres within the 1,599 acres of identified potential Franklin's bumble bee habitat will be reviewed by the BLM prior to implementing treatment; if SFRs are identified, the District will consult with the Service and apply seasonal restrictions as appropriate, or drop treatments. Hazardous fuels treatments would result in a temporary, short-term reduction in habitat, that will be seasonally timed to avoid potential effects to individuals and colonies.
- The proposed action includes 992 acres of proposed treatments within an HPZ, but treatments would occur in high canopy forested or young stand environments; these heavily forested areas are limited in canopy openings that would allow for growth of SFRs. Treatment acres within the HPZ do not overlap the 1,599 acres of potential Franklin's bumble bee habitat identified within the Action Area.
- No treatments are proposed within 100m of potential meadows within an HPZ.

KSW00560

**CONSERVATION RECOMMENDATIONS**

Section 7(a)(1) of the ESA directs Federal agencies to utilize their authorities to further the purposes of the ESA by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information.

- The Service's SSA for Franklin's bumble bee (USDI FWS 2018) identified a need for continued and expanded survey efforts. The Service recommends the District continue and consider expanding bumble bee surveys, including those for Franklin's bumble bee. More substantially, the Service encourages the continued systematic inventory and evaluation of all potential pollinator habitats across the Action Area and District boundaries.

**LITERATURE CITED**

Alaux, C., J. Brunet, C. Dussaubat, F. Mondet, S. Tchamitchan, M. Cousin, J. Brillard, A. Baldy, L. P. Belzunces, and Y. Le Conte. 2010. Interactions between Nosema microspores and a neonicotinoid weaken honey bees (*Apis mellifera*). Environmental Microbiology. 12(3): 774-782.

Aufauvre, J., D. G. Biron, C. Vidau, R. Fontbonne, M. Roudel, M. Diogon, B. Viguès, L. P. Belzunces, F. Delbac and N. Blot. 2012. Parasite-insecticide interactions: A case study of *Nosema ceranae* and fipronil synergy on honey bee. Scientific Reports. 2 (326) 1-7.

Baron, G. L, N. E. Raine, and M. J. F. Brown. 2014. Impact of chronic exposure to a pyrethroid pesticide on bumble bees and interactions with a trypanosome parasite. Journal of Applied Ecology. 51: 460–469.

Carvell, C. 2002. Habitat use and conservation of bumblebees (*Bombus* spp.) under different grassland management regimes. Biological Conservation 103: 33-49.

Coors, A. and L. De Meester. 2008. Synergistic, antagonistic and additive effects of multiple stressors: Predation threat, parasitism and pesticide exposure in Daphnia magna. J. Appl. Ecol. 45, 1820–1828.

Fauser-Misslin, A., B. M. Sadd, P. Neumann, and C. Sandrock. 2014. Influence of combined pesticide and parasite exposure on bumble bee colony traits in the laboratory. Journal of Applied Ecology 51:450-459.

Fisher, K., Watrous, K. M., Williams, N. M., Richardson, L. L., & Woodard, S. H. 2022. A contemporary survey of bumble bee diversity across the state of California. Ecology and Evolution, 12(3), e8505. https://doi.org/https://doi.org/10.1002/ece3.8505

Franklin, J.F., and C.T. Dyrness. 1988. Natural vegetation of Oregon and Washington. Oregon State University Press, Corvallis, OR. 452pp.

Frison, T. H. 1922. Systematic and biological notes on bumblebees (Bremidae; Hymenoptera). Transactions of the American Entomological Society 48: 307-326.

KSW00561

Galbraith, S.M., J.H. Cane, A.R. Moldenke, J.W. Rivers. 2019. Wild bee diversity increases with local fire severity in a fire-prone landscape. Ecosphere. 10(4): 19 pp.

Gill, R. J., O. Ramos-Rodriguez, N. E. Raine. 2012. Combined pesticide exposure severely affects individual- and colony-level traits in bees. Nature 491, 105–108. doi:10.1038/nature11585; pmid: 23086150.

Goulson, D., E. Nicholls, C. Bouias, E.L. Rotheray. 2015. Bee declines driven by combined stress from parasites, pesticides, and lack of flowers. Science 347 (6229): 1255957-9.

Hammond, P. C., and M. V. Wilson. 1992. Fender's blue butterfly populations: habitat descriptions and threats to survival. Report to Oregon Natural Heritage Program. Portland, OR.

Hammond, P. C., and M. V. Wilson. 1993. Status of the Fender's blue butterfly. Report to the U.S. Fish and Wildlife Service. 66 pages.

Hobbs, G. A. 1968. Ecology of species of *Bombus* (Hymenoptera: Apidae) in southern Alberta. VII. Subgenus *Bombus*. Canadian Entomologist 100: 156-164.

Koch, J. B., J. P. Strange, and P. Williams. 2012. Bumble Bees of the Western United States. USDA-Forest Service. (http:// www.pollinator.org/PDFs/ BumbleBee.GuideWestern.FINAL. pdf) (accessed 10 April 2015).

Macfarlane, R.P., K.D. Patten, L.A. Royce, B.K.W. Wyatt, and D.F. Mayer. 1994. Management potential of sixteen North American bumble bee species. Melanderia. 50:1-12.

Mola, J. M., L. L. Richardson, G. Spyreas, D. N. Zaya, and I. S. Pearse. 2021. Long-term surveys support declines in early season forest plants used by bumblebees. The Journal of applied ecology 58: 1431-1441. Doi: 10.1111/1365-2664.13886.

Pettis, J. S., D. vanEngelsdorp, J. Johnson, and G. Dively. 2012. Pesticide exposure in honey bees results in increased levels of the gut pathogen Nosema. Naturwissenschaften 99, 153–158.

Plath, O.E. 1922. Notes on the nesting habits of several North American bumble bees. Psyche 29(56):189-202.

Plath, O. E. 1927. Notes on the Nesting Habits of Some of the Less Common New England Bumble-Bees. Psyche 34:122-128.

Plowright, R. C., and W. P. Stephen. 1980. The taxonomic status of *Bombus franklini* (Hymenoptera: Apidae). Canadian Entomologist 112: 475-479.

Pool, E. 2014. Final Report. Meadow Invertebrate Detections in Southern Oregon. Unpublished report prepared for the Bureau of Land Management, Medford, Oregon. 11 pp.

Scheffers, B.R., D.L. Yong, J.B.C. Harris, X. Giam, and N.S. Sodhi. 2011. The world's rediscovered species: back from the brink? PLoS ONE 6(7): e22531. https://doi.org/10.1371/journal.pone.0022531

Sih, A., A. M. Bell, and J. L. Kerby. 2004. Two stressors are far deadlier than one. Trends Ecol. Evol. 19, 274–276.

Stephen, W. P. 1957. Bumble bees of western America (Hymenoptera: Apoidea). Oregon State College Agricultural Experiment Station: Technical Bulletin No. 40. 163pp.

KSW00562

Thorp, R. W., D. S. Horning, Jr., and L. L. Dunning. 1983. Bumble bees and cuckoo bumble bees of California. Bulletin of the California Insect Survey 23: 1-79.

Thorp, R. W. 1999. Franklin's Bumble Bee, Bombus franklini (Frison 1921): a species of special concern. Unpublished report prepared for the USDA Forest Service, Ashland Ranger District. 20 pp.

USDI BLM (Bureau of Land Management). 2016. Southwest Oregon Record of Decision/Resource Management Plan, Western Oregon. Portland, OR.

USDI BLM (Bureau of Land Management), Medford District. 2023. Biological Assessment for the FY23 Batch of Projects. April 2023.

USDI FWS (U.S. Fish and Wildlife Service). 2016. Rusty patched bumble bee (*Bombus affinis*) Species Status Assessment. Final Report (Version 1), June 2016. 100 pp.

USDI FWS (U.S. Fish and Wildlife Service). 2018. Franklin's bumble bee (*Bombus franklini*) Species Status Assessment. Final Report (Version 1), June 25, 2018. 78 pp.

Vidau C., M. Diogon, J. Aufauvre, R. Fontbonne, B. Viguès, J. L. Brunet, C. Texier, D. G. Biron, N. Blot, H. El Alaoui, L. P. Belzunces, and F. Delbac. 2011. Exposure to sublethal doses of fipronil andthiacloprid highly increases mortality of honey bees previously infected by Nosema ceranae. PLOS ONE 6, e21550.

Williams, P. H. 1998. An annotated checklist of bumble bees with an analysis of patterns of description (Hymenoptera: Apidae, Bombini). Bulletin of the British Museum of Natural History (Entomology) 67: 79-152.

Williams, P. H., S. A. Cameron, H. M. Hines, B. Cederberg, and P. Rasmont. 2008. A simplified subgeneric classification of the bumble bees (genus *Bombus*). Apidologie 39:46-74.

Williams, P., R. Thorp, L. Richardson, and S. Colla. 2014. Bumble Bees of North America. Princeton, NJ. Princeton University Press.

Xerces Society and Thorp. 2010. Petition to List Franklin's Bumble Bee *Bombus franklini* (Frison), 1921, As an Endangered Species Under the U.S. Endangered Species Act. Submitted by The Xerces Society for Invertebrate Conservation and Dr. Robbin W. Thorp, June 23, 2010. 40 pp.

**ASSOCIATED FEDERAL REGISTER DOCUMENTS**

84 FR 40006. Endangered and Threatened Wildlife and Plants; Endangered Species Status for Franklin's Bumble Bee (*Bombus franklini*); Proposed Rule. Published in the Federal Register on October 15, 2019.

86 FR 47221. Endangered and Threatened Wildlife and Plants; Endangered Species Status for Franklin's Bumble Bee; Final Rule. Published in the Federal Register on August 27, 2021.

KSW00563

# APPENDIX C

## STATUS OF THE SPECIES
## FOR
## FRANKLIN'S BUMBLE BEE

**Produced by**
**U.S. Fish and Wildlife Service**
**Portland, OR**
**May 4, 2023**

KSW00564

**Franklin's bumble bee (*Bombus franklini*)**

**Legal Status**

The U.S. Fish and Wildlife Service (Service) was petitioned to list Franklin's bumble bee (*Bombus franklini*) as an endangered species with critical habitat under the Endangered Species Act (ESA) of 1973, as amended, on June 23, 2010. The Service proposed to list Franklin's bumble bee as endangered on August 13, 2019 (84 FR 40006); no critical habitat was proposed at that time. The Service published a final listing decision for Franklin's bumble bee as an endangered species, without critical habitat, on August 24th, 2021 (86 FR 47221). A Species Status Assessment (SSA) for Franklin's bumble bee was completed by the Service in 2018 (USDI FWS 2018) and contains a detailed account of the species as well as an assessment of the species' viability through an analysis of the species' resiliency, representation, and redundancy.

**Species Description**

As a bumble bee of the subgenus *Bombus* sensu stricto, Franklin's bumble bee is corbiculate (females having pollen baskets on the hind legs) (Williams et al. 2008, entire). In this species, the hind leg tibia outer surface (corbicula) is flat with long black fringes at the sides (Williams et al. 2014, p. 119). Franklin's bumble bee is short tongued with a short head, and the cheek (area between the bottom of the compound eye to the insertion of the mandible) is shorter than it is wide (Koch et al. 2012, p. 98; Williams et al. 2014, p. 119). Shorter faces and tongues are an adaptation to extracting nectar from flowers with short corollas (Koch et al. 2012, p. 6). *Bombus* from this sub-genus with short tongues also rob nectar from flowers with longer corollas, by biting holes in the base of the corolla to access the nectar. Body size of the queens (22-24 mm, 0.86-0.95 inches) and workers (10-17 mm, 0.40-0.65 inches) is relatively large (Williams et al. 2014, p. 119). Males are 13-16 mm (0.50-0.64 inches) in length.

In the field, Franklin's bumble bee can most easily be distinguished from other similar species in its range (e.g., western bumble bee (*B. occidentalis*), yellow-faced bumble bee (*B. vosnesenskii*), obscure bumble bee (*B. caliginosus*), Van Dyke's bumble bee (*B. vandykei*), golden northern bumble bee (*B. fervidus*), indiscriminate cuckoo bumble bee (*B. insularis*), and flavid cuckoo bumble bee (*B. flavidus*)) by the inverted U-shape pattern of the yellow hairs on the anterior thorax surrounding a central black patch and extending beyond the bases of the wings, and the lack of yellow hairs on the abdomen (Xerces Society and Thorp 2010, pp. 5-6; Williams et al. 2014, p. 119). In addition, the hairs on the round face are predominantly black; there are yellow hairs on the top of the head, and there are white hairs in two spots at the tip of the abdomen (Xerces Society and Thorp 2010, pp. 5-6). For other diagnostic characters that can be seen in the hand and under the microscope, please see Frison (1921, pp. 147-148; 1922, pp. 313-315), Xerces Society and Thorp (2010, pp. 5-6), and Williams et al. (2014, pp. 119-120).

**Habitat, Ecology, and Life Cycle**

The specific life history characteristics or behavior of this rare species have not been studied. As one of the rarest *Bombus* species, Franklin's bumble bee is somewhat enigmatic and a specific habitat study for the species has not been completed. Such a study was initiated in 2006 when

KSW00565

Franklin's bumble bee was last observed but could not continue due to the subsequent absence of the species (Thorp 2017, pers. comm.). While little is known about Franklin's bumble bee reproductive biology, specific habitat needs, or unique behavior, this information is available for *Bombus* in general and for some closely related species. These include the western bumble bee, rusty patched bumble bee (*B. affinis*), and yellow-faced bumble bee, among others. As such, we are relying on these closely related species, including those that co-occur with Franklin's bumble bee, to inform the biological characteristics of this species.

*Establishment and Growth*

Franklin's bumble bee is a primitively eusocial bumble bee, living in colonies – cooperative groups that include a queen and her offspring: non-reproductive female workers, males, and reproductive females that become new queens (gynes). The workers protect the colony, forage for nectar and pollen, and care for the young. Colonies of Franklin's bumble bee may contain 50 to 400 workers, in addition to the founding (foundress) queen (Plath 1927, Thorp et al. 1983, McFarlane et al. 1994). Two colonies of Franklin's bumble bee initiated in the laboratory and subsequently released to complete development in the field contained over 60 workers by early September, and likely produced over 100 workers by the end of the season (Plowright and Stephen 1980).

Initially, colonies include only a single foundress queen, but grow to include workers, males, and new queens (gynes). The active flight season for Franklin's bumble bee is May 15 to September 30 (Thorp et al. 1983, p. 30); a few individuals have been encountered in October (Southern Oregon University Bee Collection records, in Xerces Society and Thorp, 2010, Appendix 1 page 39, as cited in USDI FWS 2018, p. 17). The active flight season consists of the following: in spring, solitary queens emerge from their overwintering chambers to seek suitable nest sites and initiate colonies, having stored sperm from mating the previous autumn to fertilize eggs (Thorp, pers. comm. 2017; Goulson 2010, p. 5). Access to blooming flowers and a suitable nesting site – typically underground such as an abandoned rodent burrow – enables the queen to rear the first workers of a new colony on her own. A "continuous supply of floral resources is required to support the nest-founding stage…because each queen must forage for food as well as tend the nest, potentially limiting her mobility" (Lanterman et al. 2019, p. 149). In the early stages of colony development, the founding queen (foundress) is responsible for all food collection and care of the eggs and larvae. As the colony grows, workers assume the duties of food collection, colony defense, nest construction, and larval care while the foundress remains within the nest and produces eggs.

Colony survival and productivity relies on continual access to blooming plant species throughout the spring, summer, and early fall, as well as protection from outside threats. Near the end of the colony cycle, workers facilitate the production of fertile males and new reproductive queens (gynes), which disperse from the nest to mate with reproductive progeny from other colonies that comprise the population (Plath 1922, Macfarlane et al. 1994, Colla and Dumesh 2010). Male bumble bees patrol selected territories, which they mark with queen-attracting scent. Queens locate a territory and remain still until a male finds her. Mating habitat requirements for most bumble bee species is not known, but it is thought mating usually takes place on vegetation on or near the ground. Queens usually mate with only one male, but males

KSW00566

may mate with multiple females who enter the territory. After mating, queens continue to forage to build up fat before entering hibernation. Before winter, at the end of the colony cycle, the original (foundress) queen, workers, and males all die. Only the gynes, or new queens, can overwinter in hibernation before initiating new colonies the next spring, having mated with a male in the fall and storing the sperm until the following season (Duchateau and Velthius 1988).

*Nests*

The nesting biology of Franklin's bumble bee is unknown (Xerces Society and Thorp 2010, p. 10), but they likely nest primarily underground in abandoned rodent burrows or similar cavities that offer resting and sheltering places, food storage, nesting opportunities, and room for the colony to grow, as is typical for other eusocial *Bombus* species (Plath 1927, pp. 122-128; Hobbs 1968, p. 157; Thorp et al. 1983, p. 1; Thorp 1999, p. 5). It may also occasionally nest aboveground (Thorp et al. 1983, p.1) in bunch grasses or in rock piles (Plowright and Stephen 1980, p. 475), and has even been found nesting in a residential garage in the city limits of Medford, Oregon prior to 1998 (Thorp pers. comm. 2017). In a closely related *Bombus* species, rusty-patched bumble bee nests are reported to be one to four feet below ground (Plath 1922, pp. 190-191; Macfarlane et al. 1994, p. 4, as cited in USDI FWS 2016). Queens may locate abandoned rodent burrows by using olfactory or chemical cues (Lanternman et al. 2019, p. 147). The nesting season is considered synonymous with the active flight season (May 15 – September 30), given the paucity of specific life history timelines known for this species.

A recent paper by Lanternman et al. (2019) summarized 451 observations of nest-searching behavior by queens belonging to nine bumble bee species. While Franklin's bumble bee was not among the species observed, their observations may shed some light on how the species searches for nest sites (p. 146):

"Several criteria by which bumble bee queens select nest sites have been proposed – that the site should require little preparation by the queen, be situated in well-drained soil, and be sheltered from the elements (Frison 1922, Alford 1969). The greater abundance of nest seeking queens found in transitional zones between wooded and open habitats in our study, along with the large numbers of queens investigating areas with dense leaf litter, fallen logs and other features of woody habitats, supports these criteria."

The authors observed queens searching for nesting sites in open grassland habitats, but nest-seeking queens favored woody transitional habitats over open habitats (Lanternman et al. 2019, p. 131). Bumble bee nests likely do not require flowering resources in the immediate vicinity (i.e., < 30 m); some research shows bumble bees tend not to forage directly at their nest entrance, but access to floral resources within 100 m of the nest is important (Hatfield et al. 2021, p. 6).

*Nectar and Pollen Resources*

Bumble bees (including Franklin's bumble bee) are generalist foragers, meaning they gather pollen and nectar from a wide variety of flowering plants (Xerces Society 2013, pp. 27-28). The Service considers a defining habitat characteristic for Franklin's bumble bee to be the

KSW00567

presence of Substantial Floral Resources (SFRs) – defined as a diverse and abundant group of insecticide-free native flowering plants that provide both pollen and nectar throughout a Franklin's bumble bee colony's active flight period (May 15 – September 30). A varied assortment of plant species with staggered floral senescence must be present in abundance (i.e., no monocultures), as floral forage must be available throughout the active flight season; the species requires a constant and diverse supply of flowers that bloom throughout the colony's life cycle, from spring to autumn  (Xerces Society and Thorp 2010, p. 11). This is typically exemplified by existing meadow systems, i.e., open (non-forested) meadows in proximity to seeps and other wet meadow environments. Franklin's bumble bees need access to both nectar and pollen from spring to fall to support all stages of colony development. Nectar is a source of both carbohydrates (energy) and water, whereas pollen is the main source of proteins and lipids (fats) (USDI FWS 2016, p. 15; Vaudo et al. 2020, p. 2). Bumble bees rely on some plant species for pollen and others for nectar, even during single foraging bouts (Plowright and Laverty 1984, p. 187). Different *Bombus* species have consistently been observed foraging in the same area visiting similar and different species of flowering plants. During some Oregon surveys, no *Bombus* species was always consistent in the number of different plants species it visited, nor was any *Bombus* species tied to just one plant species (Schroeder, pers. comm. 2017). Availability of pollen may limit population growth more often than shortages of nectar (Colla 2016, p. 413; Plowright and Laverty 1984, p. 187) and the number of queens that a colony can produce is related directly to pollen availability (Burns 2004, p. 150). Production of sexual offspring (new queens and males) can be limited in simple landscapes with a low availability of diverse and high-quality pollen sources, even if nectar carbohydrates are abundantly present (Requier et al. 2020, pp. 8-9).

Queens must locate nests where plant species diversity and abundance is sufficient to ensure that forage will be available throughout the active season, from May 15 through September 30, possibly into October (Xerces Society and Thorp 2010, p. 11). Floral resources close to the nest "might be especially important during the establishment phase of a colony, when only few workers are available for foraging" (Herrmann et al. 2007). Woodland spring ephemerals whose flowering period coincides with the species' spring emergence and colony growth during this phase may play an outsized role in the production of males and new queens later in the season (Colla and Dumesh 2010, p. 45-46; Requier et al. 2020, entire). Late-season flower abundance and diversity also help maximize production of gynes (Bukovinszky et al. 2017, p. 316).

Bumble bees are very efficient at collecting pollen; unlike honey bees, they often vibrate their flight muscles while inside a flower, causing pollen to fall from the plant anthers and stick to the bumble bee's copious body hairs. This behavior of "buzzing" a flower is also known as sonication, and is one of the characteristics of bumble bees that make them particularly attractive for commercial pollination; bumble bees can pollinate flowers hundreds of times faster than honey bees (Williams et. al. 2014, p. 16).

Franklin's bumble bees may have a foraging distance of up to 10 km (6.2 miles) (Thorp, pers. comm. 2017), but studies of other *Bombus* species typically exhibit foraging distances of less

KSW00568

than 1 km (0.62 miles) from their nesting sites (Knight et al. 2005, p. 1816; Wolf and Moritz 2008, p. 422; Dramstad 1996, pp. 163-182; Osborne et al. 1999, pp. 524-526; Rao and Strange 2012, pp. 909-911; Hatfield, pers. comm. 2017). Franklin's bumble bees are also considered to have a typical foraging distance of 1 km or less, similar to other species within the same subgenus (Hatfield, pers. comm. 2017). *B. franklini* have been observed collecting pollen from lupine (*Lupinus* spp.) and California poppy (*Eschscholzia californica*), and collecting nectar from horsemint or nettle-leaf giant hyssop (*Agastache urticifolia*) and mountain monardella (*Monardella odoratissima*) (Xerces Society and Thorp 2010, p. 11). Franklin's bumble bees may also collect both pollen and nectar from vetch (*Vicia* ssp.) as well as rob nectar from it (Xerces Society and Thorp 2010, p. 11). A short-tongued/cheeked bumble bee, Franklin's bumble bees have been found to antagonistically rob nectar from flowering plants that it cannot directly reach with its tongue, by chewing a hole in the host plant where the nectar is located (Pool 2014, p. 3; Schroeder, pers. comm. 2017; Hatfield, pers. comm. 2017). This particular behavior has been known to occur during its visitation to pollinator plants such as *Aconitum*. The plants listed above are not considered a comprehensive list of species Franklin's bumble bee may use.

*Locations of Overwintering Queens*

Little is known about the overwintering habitats of Franklin's bumble bee foundress queens, but habitat would include micro-habitats such as ground cavities, rotting logs, loose soil, and other protected sites for queens to hibernate, with floral resources and suitable nest sites available in close proximity for the emerging queens the following spring. The overwintering season is October 1 to May 14 (the inverse of the active flight season). The subgenus' typical dispersal distance (gynes dispersing from their natal nests in the fall to find overwintering sites) is most likely 3 km (1.86 miles) at maximum (Hatfield, pers. comm. 2017). Overwintering queens have been found under the ground's surface at varying depths, ranging between 2 to 15 cm (Hatfield et al. 2021, p. 6). Overwintering sites are not necessarily within nesting and foraging sites and may occur in forested habitats within 100 m of open areas with SFRs. Overwintering represents at least half the duration of a bumble bee's life cycle and is a critical component of survival (Hatfield et al. 2021, p. 7).

Based on observations of other species, we assume that Franklin's bumble bee queens overwinter in upland forests and woodlands. Other species of *Bombus* typically "form a chamber in loose, soft soil, a few centimeters deep in bare earth, moss, under tree litter, or in bare patches within short grass" and may avoid areas with dense vegetation (Alford 1969, p. 156; Liczner and Colla 2019, p. 792). Overwintering habitat preferences may be species-specific and dependent on factors such as slope orientation and timing of emergence. Most bumble bee queens in England were found in well-drained soil, shaded from direct sunlight in banks or under trees, and free from living ground vegetation (Alford 1969, pp. 150-152). A recent review of published literature shows that overwintering queens have been found mostly in shaded areas, usually near trees and in banks without dense vegetation (Liczner and Colla 2019). There is a single documented observation of a rusty patched bumble bee queen, discovered in a maple oak-woodland (about 0.5 km into the woodlands) in Wisconsin by the UW Madison Arboretum in 2016; she was found under a few centimeters of leaf litter and loose soil (Herrick, pers. comm. 2016). Williams et al. (2019, pp. 2-3) provide the first paper on overwintering habitat for any bumble bee in western North America. They found all ten yellow-faced bumble bee (*B. vosnesenskii*) queens "burrowed beneath 3.5–5 cm of cypress tree litter in a thin layer of duff

290

KSW00569

between needle litter and mineral soil". All were within 1.5 meters of tree trunks, directly shaded from the sun, which is consistent with other bumble bees studied in Britain (e.g., Alford 1969). The only North American bumble bee overwintering documented prior to the Williams et al. study and the 2016 UW Madison Arboretum observation was of the eastern bumble bee (*B. impatiens*), which was found overwintering beneath sod in loose aggregations of individuals at a depth of 7 cm (Plath 1927, pp. 183-184).

**Current and Historical Range**

Franklin's bumble bee is thought to have the most limited distribution of all known North American bumble bee species (Plowright and Stephen 1980, p. 479; Xerces Society and Thorp, 2010, p. 6), and one of the most limited geographic distributions of any bumble bee in the world (Frison 1923, p. 315; Williams 1998, p.129). Stephen (1957, p. 81) recorded the species from the Umpqua and Rogue River Valleys in Oregon. Thorp et al. (1983, p. 8) also recorded it from northern California and suggested its restriction to the Klamath Mountain region of southern Oregon and northern California. Elevations where it has been observed range from 162 m (540 feet) in the northern part of its range, to over 2,340 m (7,800 feet) in the south of its historical range.  All confirmed specimens have been found in an area about 306 km (190 miles) to the north and south, and 70 miles 113 km (70 miles) east to west, between 122° to 124° west longitude and 40° 58' to 43° 30' north latitude in Douglas, Jackson, and Josephine counties in southern Oregon, and Siskiyou and Trinity counties in northern California (Thorp 1999, p. 3; Thorp 2005, p. 1).

**Threats/Reasons for Listing**

The causal factors behind the decline of Franklin's bumble bee are not well understood. The 2010 petition identified the following factors as stressors on Franklin's bumble bee and its habitat: introduced exotic diseases and competition from non-native bees; destruction, degradation and conversion of habitat; pesticides and pollution; inadequacy of current rules, regulations and law; introduction of exotic plant species; increased human use of native habitat; climate change; and alteration of wildfire severity and frequency (Xerces Society and Thorp 2010, p. 4). Here, 'pesticides' is a broad term that includes insecticides, herbicides, fungicides, and the adjuvants that are often added to these chemicals at the time of their application.

Agricultural intensification, urban development, and livestock grazing can also result in impacts to habitat throughout the range of the species. However, habitat remains generally intact and in good condition throughout historic Franklin's bumble bee observation locations, and habitat loss is not currently considered to be a main driver of the species' decline (USDI FWS 2018, p. 35; 86 FR 47221, p. 47227). The two most significant causes of population decline are likely from disease and other natural or human-caused factors (86 FR 47221). Managed bees (bees that are moved around the landscape seasonally to provide pollination services to a wide variety of crop types) present both a competition threat as well as a likely disease pathway. Managed bees include non-native European honey bees, blue orchard bees, leaf-cutting bees, and other species of bumble bees.

Franklin's bumble bee is a haplodiploid organism with a relatively small population size

KSW00570

compared to other *Bombus* species. A haplodiploid genetic system makes bees very vulnerable when populations get small because of inbreeding and the production of sterile males (Colla, pers. comm. 2018).

Importantly, it is likely that several of these risk factors are acting additively and synergistically on *Bombus* species (Goulson et al. 2015, p. 5) and the combination of multiple stressors is likely more harmful than a stressor acting alone (Gill et al. 2012; Coors and DeMeester 2008; Sih et al. 2004). There is recent evidence that the interactive effects of pesticides and pathogens could be particularly harmful for bumble bees (Fauser-Misslin et al. 2014, pp. 453-455; Baron et al. 2014, pp. 463-465) and other bees (Alaux et al. 2010, pp. 775-777; Pettis et al. 2012, pp. 155-156; Vidau et al. 2011, pp. 3-5; Aufavre et al. 2012, pp. 2-3).

## Population Estimates and Current Status

This species is a narrow endemic, with historical locations only recorded in portions of Douglas, Jackson, and Josephine Counties in southern Oregon, as well as Trinity and Siskiyou Counties in northern California. Of all Franklin's bumble bee surveys, up to 356 individuals have been observed in total, and no more than 98 total individuals at eight separate locations have been observed in any one year (Xerces Soc. and Thorp 2010, p. 7; Occurrence Table, Appendix 1 as cited in USDI FWS 2018, p. 19). Available location data have been collected through unsystematic, opportunistic surveys and reporting, especially prior to 1998 (USDI FWS 2018, p. 9).

There is a high degree of uncertainty pertaining to current occurrence of populations. The last sighting of any Franklin's bumble bee was in 2006 on Mt. Ashland in southern Oregon, and there are no known current populations distributed across any level of ecological conditions or spatial extent – despite numerous survey efforts in high quality habitat where historical locations were reported (USDI FWS 2018, p. 3 and p. 42). The SSA notes that where surveys have been repeated at locations where Franklin's bumble bee was observed in the past, the species has not been detected since. However, the lack of systematic surveys across the historical range precludes the assumption the species is extinct (86 FR 47221). As discussed in the final rule listing Franklin's bumble bee as endangered, "there are numerous instances of species rediscovered after many years, even decades, of having been believed extinct (e.g., Scheffers et al. 2011, entire). As one example of such a case, the Fender's blue butterfly (*Icaricia icarioides fenderi*) of Oregon was believed extinct after the last recorded observation in 1937, until it was rediscovered in 1989, 52 years later (Hammond and Wilson 1992, p. 175; Hammond and Wilson 1993, p. 2)" (86 FR 47221).

## Franklin's Bumble Bee and Climate Change

Potential climate change impacts on pollinators are not well understood and most of the existing information on climate change impacts comes from studies on butterflies. There is a paucity of information specifically related to bumble bees, and the Service found no available climate change information specific to the Franklin's bumble bee (USDI FWS 2018, p. 36).

KSW00571

Changes in fire and pest regimes could affect remaining habitat for the Franklin's bumble bee; however, habitat elements that the species appears to prefer are relatively flexible, plentiful, and widely distributed (USDI FWS 2018, p. 3). The degree to which climate change will further challenge future populations and the habitats considered herein is unknown, but change is likely to occur.

**Summary of Critical Habitat**

The Service determined that designating critical habitat for Franklin's bumble bee was not prudent for the species at the time of its listing (86 FR 47221), and no critical habitat has since been designated to date for Franklin's bumble bee.

**Literature Cited**

Alaux, C., J. Brunet, C. Dussaubat, F. Mondet, S. Tchamitchan, M. Cousin, J. Brillard, A. Baldy, L. P.Belzunces, and Y. Le Conte. Interactions between Nosema microspores and a neonicotinoid weaken honey bees (*Apis mellifera*). Environmental Microbiology. 12(3): 774-782.

Alford, A. V. 1969. A study of the hibernation of bumblebees (Hymenoptera: Bombidae) in southern England. Journal of Animal Ecology 38: 149-170.

Aufauvre, J., D. G. Biron, C. Vidau, R. Fontbonne, M Roudel, M Diogon, B Viguès, L P. Belzunces, F. Delbac and N. Blot.2012. Parasite-insecticide interactions: A case study of *Nosema ceranae* and  fipronil synergy on honey bee. Scientific Reports. 2 (326) 1-7.

Baron, G. L, N. E. Raine, and M. J. F. Brown. 2014. Impact of chronic exposure to a pyrethroid pesticide on bumble bees and interactions with a trypanosome parasite. Journal of Applied Ecology. 51:  460–469.

Bukovinszky, T., I. Rikken, S. Evers, F. L. Wäckers, J. C. Biesmeijer, H. H. T. Prins, and D. Kleijn. 2017. Effects of pollen species composition on the foraging behaviour and offspring performance of the mason bee *Osmia bicornis* (L.). Basic and Applied Ecology 18: 21-30.

Burns, I. 2004. Social development and conflict in the North American bumblebee *Bombus impatiens.* Cresson. University of Minnesota, St. Paul, MN. 211 pp.

Colla, S. R., and S. Dumesh. 2010. The bumble bees of southern Ontario: notes on natural history and distribution. Journal of the Entomological Society of Ontario 141: 39-68.

Coors, A. and L. De Meester. 2008. Synergistic, antagonistic and additive effects of multiple stressors: Predation threat, parasitism and pesticide exposure in Daphnia magna. J. Appl. Ecol. 45, 1820–1828.

Colla, S. R. 2016. Status, threats and conservation recommendations for wild bumble bees (*Bombus* spp.) in Ontario, Canada: a review for policymakers and practitioners. Natural Areas Journal 36: 412-426.

Dramstad, W.E. 1996. Do bumble bees (Hymenoptera: Apidae) really forage close to their nests? Journal of Insect Behavior. 9:163-182.

KSW00572

Duchateau, M.J. and H.H.W. Velthuis. 1988. Development and reproductive strategies in *Bombus terrestris* colonies. Behaviour 107:186-207.

Fauser-Misslin, A., B.M. Sadd, P. Neumann, and C. Sandrock. 2014. Influence of combined pesticide and  parasite exposure on bumble bee colony traits in the laboratory. Journal of Applied Ecology 51:450-459.

Frison, T. H. 1921. New distribution records for North American Bremidae, with the description of a new species (Hym.) Entomological News 32: 144-148.

Frison, T. H. 1923. Systematic and biological notes on bumblebees (Bremidae; Hymenoptera). Transactions of the American Entomological Society 48: 307-326.

Gill, R. J., O. Ramos-Rodriguez, N. E. Raine. 2012. Combined pesticide exposure severely affects  individual- and colony-level traits in bees. Nature 491, 105–108. doi:10.1038/nature11585; pmid: 23086150

Goulson, D. 2010. Bumblebees: behavior, ecology, and conservation. Oxford University Press, Oxford, UK. 317 pp.

Goulson, D., E. Nicholls, C. Bouias, E.L. Rotheray. 2015. Bee declines driven by combined stress from parasites, pesticides, and lack of flowers. Science 347 (6229): 1255957-9.

Hammond, P. C., and M. V. Wilson. 1992. Fender's blue butterfly populations: habitat descriptions and threats to survival. Report to Oregon Natural Heritage Program. Portland, OR.

Hammond, P. C., and M. V. Wilson. 1993. Status of the Fender's blue butterfly. Report to the U.S. Fish and Wildlife Service. 66 pages.

Hatfield, R., K. Merg, and J. Sauder. 2021. Habitat management for bumble bees in the Pacific Northwest. Pacific Northwest Bumble Bee Atlas. 20 pp.

Herrmann, F., C. Westphal, R. F. A. Moritz, and I. Steffan-Dewenter. 2007. Genetic diversity and mass resources promote colony size and forager densities of a social bee (*Bombus pascuorum*) in agricultural landscapes. Molecular Ecology 16: 1167.

Hobbs, G. A. 1968. Ecology of species of Bombus (Hymenoptera: Apidae) in southern Alberta. VII. Subgenus Bombus. Canadian Entomologist 100: 156-164.

International Union for Conservation of Nature  2009. Red List of Threatened Species. Available online: http://www.iucnredlist.org/details/135295 (accessed 26 February 2009).

Knight ME, Martin AP, Bishop S, Osborne JL, Hale RJ, Sanderson A, Goulson D. 2005. An interspecific comparison of foraging range and nest density of four bumble bee (*Bombus*) species. Molecular Ecology 14:1811–1820.

Koch, J. B., J. P. Strange, and P. Williams. 2012. Bumble Bees of the Western United States. USDA-Forest Service. (http:// www.pollinator.org/PDFs/ BumbleBee.GuideWestern.FINAL. pdf) (accessed 10 April 2015).

Lanternman, J., P. Reeher, R. J. Mitchell, and K. Goodell. 2019. Habitat preference and phenology of nest seeking and foraging spring bumble bee queens in northeastern North America (Hymenoptera: Apidae: Bombus). American Midland Naturalist. 182:131-159.

Liczner, A., and S. Colla. 2019. A systematic review of the nesting and overwintering habitat of bumble bees globally. Journal of Insect Conservation 23: 787-801. Doi: 10.1007/s10841-019-00173-7.

KSW00573

MacFarlane, R. P., K. D. Patten, L. A. Royce, B. K. W. Wyatt, and D. F. Mayer. 1994. Management Potential of Sixteen North American Bumble Bee Species. Melanderia 50:1-12.

Osborne, J.L., S.J. Clark, R.J. Morris, I.H. Williams, J.R. Riley, A.D. Smith, D.R. Reynolds, and A.S. Edwards. 1999. A landscape-scale study of bumble bee foraging range and constancy, using harmonic radar. Journal of Applied Ecology 36:519-533.

Pettis, J. S., D. vanEngelsdorp, J. Johnson, and G. Dively. 2012. Pesticide exposure in honey bees results in increased levels of the gut pathogen Nosema. Naturwissenschaften 99, 153–158.

Plath, O.E. 1927. Notes on the Nesting Habits of Some of the Less Common New England Bumble-Bees. Psyche 34:122-128.

Plowright, R. C. and W. P. Stephen. 1980. The taxonomic status of *Bombus franklini* (Hymenoptera: Apidae). Canadian Entomologist 112: 475-479.

Plowright, R. C., and T. M. Laverty. 1984. The ecology and sociobiology of bumble bees. Annual Review of Entomology 29: 175-199.

Pool, E. 2014. Final Report. Meadow Invertebrate Detections in Southern Oregon. Unpublished report for the Bureau of Land Management, Medford, Oregon. 11 pp.

Rao, S. and J.P. Strange. 2012. Bumble Bee (Hymenoptera: Apidae) Foraging Distance and Colony Density Associated With a Late-Season Mass Flowering Crop. Environmental Entomology, 41(4):905-915.

Requier, F., K. K. Jowanowitsch, K. Kallnik, and I. Steffan-Dewenter. 2020. Limitation complementary resources affects colony growth, foraging behavior, and reproduction in bumble bees. Ecology 101:e02946-n/a. <https://onlinelibrary.wiley.com/doi/abs/10.1002/ecy.2946>.

Scheffers, B.R., D.L. Yong, J.B.C. Harris, X. Giam, and N.S. Sodhi. 2011. The world's rediscovered species: back from the brink? PLoS ONE 6(7): e22531. https://doi.org/10.1371/journal.pone.0022531

Sih, A., A. M. Bell, and J. L. Kerby. 2004. Two stressors are far deadlier than one. Trends Ecol. Evol. 19, 274–276.

Stephen W. P. 1957. *Bumble bees of western America (Hymenoptera*: *Apoidea)*. Oregon State College Agricultural Experiment Station: Technical Bulletin No. 40. 163pp.

Thorp, R. W., D. S. Horning, Jr., and L. L. Dunning. 1983. Bumble bees and cuckoo bumble bees of California. Bulletin of the California Insect Survey 23: 1-79.

Thorp, R. W. 1999. Franklin's Bumble Bee, *Bombus franklini* (Frison 1921): a species of special concern. Unpublished report prepared for the USDA Forest Service, Ashland Ranger District. 20 pp.

Thorp, R. W. 2005. Species Profile: *Bombus franklini*. In Shepherd, M. D., D. M. Vaughan, and S. H. Black (Eds). *Red List of Pollinator Insects of North America*. CD-ROM Version 1 (May 2005).   Portland, OR: The Xerces Society for Invertebrate Conservation.

USDI FWS (U.S. Fish and Wildlife Service). 2016. Rusty Patched Bumble Bee (*Bombus affinis*) Species Status Assessment. Final Report, Version 1. Bloomington, MN. 100 p.

USDI FWS (U.S. Fish and Wildlife Service). 2018.  Franklin's bumble bee (*Bombus franklini*) Species Status Assessment. Final Report (Version 1), June 25, 2018. 78 pp.

KSW00574

Vaudo, A. D., J. F. Tooker, H. M. Patch, D. J. Biddinger, M. Coccia, M. K. Crone, M. Fiely, J. S. Francis, H. M. Hines, M. Hodges, S. W. Jackson, D. Michez, J. Mu, L. Russo, M. Safari, E. D. Treanore, M. Vanderplanck, E. Yip, A. S. Leonard, and C. M. Grozinger. 2020. Pollen protein: lipid macronutrient ratios may guide broad patterns of bee species floral preferences. Insects (Basel, Switzerland) 11: 132. Doi: 10.3390/insects11020132.

Vidau C., MarieDiogon, Julie Aufauvre, Régis Fontbonne, Bernard Viguès, Jean-Luc Brunet, Catherine Texier, David G. Biron, Nicolas Blot, Hicham El Alaoui, Luc P. Belzunces, and Frédéric Delbac. 2011. Exposure to sublethal doses of fipronil andthiacloprid highly increases mortality of honey bees previously infected by Nosema ceranae. PLOS ONE 6, e21550.

Williams, P. H. 1998. An annotated checklist of bumble bees with an analysis of patterns of description (Hymenoptera: Apidae, Bombini). Bulletin of the British Museum of Natural History (Entomology) 67: 79-152.

Williams, P.H., S.A. Cameron, H.M. Hines, B. Cederberg, and P. Rasmont. 2008. A simplified subgeneric classification of the bumble bees (genus Bombus). Apidologie 39:46-74.

Williams, P., R. Thorp, L. Richardson, and S. Colla. 2014. Bumble Bees of North America. Princeton, NJ. Princeton University Press.

Williams, N. M., J. M. Mola, C. Stuligross, T. Harrison, M. L. Page, R. M. Brennan, N. M. Rosenberger, and M. Rundlöf. 2019. Fantastic bees and where to find them: locating the cryptic overwintering queens of a western bumble bee. Ecosphere 10: n/a. doi: 10.1002/ecs2.2949.

Wolf, S. and RFA Moritz. 2008. Foraging distance in *Bombus terrestris* (Hymenoptera: Apidae). Apidologie 38:419-427.

Xerces Society and Thorp. 2010. Petition to List Franklin's Bumble Bee *Bombus franklini* (Frison), 1921, As an Endangered Species under the U.S. Endangered Species Act. Submitted by The Xerces Society for Invertebrate Conservation and Dr. Robbin W. Thorp, June 23, 2010. 40 pp.

Xerces Society for Invertebrate Conservation. 2013. Petition to list the Rusty Patch Bumble Bee.42 pp.

**Associated Federal Register Documents**

84 FR 40006. Endangered and Threatened Wildlife and Plants; Endangered Species Status for Franklin's Bumble Bee (*Bombus franklini*); Proposed Rule. Published in the Federal Register on October 15, 2019.

86 FR 47221. Endangered and Threatened Wildlife and Plants; Endangered Species Status for Franklin's Bumble Bee; Final Rule. Published in the Federal Register on August 27, 2021.

**P**ersonal Communications

Colla, pers comm. 2018. Dr. Sheila Colla, Associate Professor York Research Chair in Interdisciplinary Conservation Science Faculty of Environmental & Urban Change, York University. February 7 2018.

KSW00575

Hatfield, pers. comm. 2017. Rich Hatfield, Senior Endangered Species Conservation Biologist, Xerces Society, Portland, Oregon. Email response to expert elicitation questionnaire, October 27th, 2017.

Herrick, pers. comm. 2016. B. Herrick, University of Wisconsin-Madison Landscape Arboretum.

Thorp, pers. comm. 2017. Dr. Robbin Thorp, Professor Emeritus, University of California, Davis California. Telephone interview on October 24th, 2017 and follow-up email October 27th, 2017.

Schroeder, pers. comm. 2017. Peter Schroeder. Southern Oregon University. Email response to expert elicitation questionnaire, October 27th, 2017.

KSW00576