# Exhibit I

U.S. Bureau of Land Management

Medford District Office

Medford BLM FY 23 Batch Biological Assessment

April 24, 2023

KSW01435




# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Medford District Office
3040 Biddle Road
Medford, Oregon 97504
www.blm.gov/office/medford-district-office

IN REPLY REFER TO:
6840 (ORM001)

ELECTRONIC MAIL SYSTEM – RETURN RECEIPT REQUESTED

Memorandum

To:          Field Office Supervisor, Roseburg Office, U.S. Fish and Wildlife Service

From:        District Manager, Medford District, Bureau of Land Management

Subject:     Submission of the Medford BLM FY 23 Batch Biological Assessment

The attached Medford BLM FY 23 Batch of Projects Biological Assessment describes and
evaluates the potential effects from three vegetation management projects on the Medford
District:  The Rogue Gold Forest Management Project in the Ashland Field Office (ASFO), the
Trail Creek Forest Management Project in the Butte Falls Field Office (BFFO) and the Last
Chance Forest management Project in the Grants Pass Field Office (GPFO).

The proposed actions in these projects *may affect, and are likely to adversely affect* the
threatened northern spotted owl (*Strix occidentalis caurina*) and their designated critical habitat.
The proposed actions *may affect, and are not likely to adversely affect* the endangered Franklin's
bumble bee (*Bombus franklini*).

We request formal consultation with the US Fish and Wildlife Service for these projects.  We
look forward to working with the US Fish and Wildlife Service to meet our joint obligations
under the Endangered Species Act 7(a) 1 and 7(a) 2.

For additional information, please contact Jason Reilly at 541-618-2496.

Sincerely,

JENNIFER
SMITH

Digitally signed by
JENNIFER SMITH
Date: 2023.04.24
08:29:13 -07'00'

Jen Smith
Acting District Manager
Medford District Office

Enclosure

# *Biological Assessment*
## *for*
# *Medford BLM FY23 Batch of Projects*
### (Cite as April FY23 Batch BA)

## *An Assessment of Effects to the*
## *Northern Spotted Owl and Franklin's Bumble Bee*

*Medford District*
*Bureau of Land Management*
*April 2023*

**Prepared by:**

Robin Snider, Medford District BLM, District Wildlife Biologist
Jason Reilly, Medford District BLM, Acting District Wildlife Biologist
Kim Thompson, Butte Falls Field Office BLM, Wildlife Biologist
Derek Harvey, Ashland Field Office BLM, Wildlife Biologist
Steve Godwin, Ashland Field Office BLM, Wildlife Biologist
Jon Lamb, Butte Falls Field Office, Silviculturist
Quinn Kawamoto, Ashland Field Office BLM, Silviculturist
Shawn Thornton, Acting Medford District BLM, GIS Coordinator
Steve Haney, Acting Medford District BLM, GIS Coordinator

KSW01437
AR_004701

Medford BLM April FY2023 Batch BA

## Table of Contents

1. INTRODUCTION ......................................................................................................... 1
  1.1 Purpose of the Assessment .................................................................................... 1
  1.2 Species Not Addressed .......................................................................................... 2
  1.3 Consultation History .............................................................................................. 3
  1.4 Definitions ............................................................................................................. 3

2. DESCRIPTION OF THE PROPOSED ACTION ...................................................... 10
  2.1 Action Area ............................................................................................................ 10
  2.2 Project Area History and Current Condition ......................................................... 11
  2.3 Proposed Action Overview .................................................................................... 15
  2.3.1 Detailed Project Objectives and Descriptions ................................................... 16
  2.4 Project Design Criteria .......................................................................................... 29

3. STATUS OF THE SPECIES ...................................................................................... 35
  3.1 Status of Northern Spotted Owl – Range Wide .................................................... 35
  3.2 Status of Franklin's Bumble Bee ........................................................................... 36

4. ENVIRONMENTAL BASELINE ............................................................................... 38
  4.1 Northern Spotted Owl ............................................................................................ 38
  4.2 Franklin's Bumble Bee ........................................................................................... 54

5. EFFECTS OF THE PROPOSED ACTION .................................................................. 55
  5.1 Effects to Northern Spotted Owls .......................................................................... 56
  5.2 Effects to Franklin's Bumble Bee ........................................................................... 91

6. CUMULATIVE EFFECTS ........................................................................................... 92

7. BIOLOGICAL ASSESSMENT CONCLUSIONS ....................................................... 95

8. LITERATURE CITED .................................................................................................. 96

APPENDICES ................................................................................................................... 107

Appendix A: Project Design Criteria (PDC) ................................................................... 107

Appendix B: Spotted Owl Site History ............................................................................ 109

Appendix C: Detailed Spotted Owl Site Effects .............................................................. 115

Appendix D: Spotted Owl Science Summary – Landscape Use ....................................... 116

Appendix E: Maps ............................................................................................................. 125

KSW01438

AR_004702

## List of Tables

Table 1.  Northern Spotted Owl Breeding Periods ........................................................ 4
Table 2.  Medford District 2016 SWO RMP/ROD Land Use Allocations.................................. 15
Table 3.  Treatment Acres by Spotted Owl Habitat.................................................................... 16
Table 4.  Acres of Vegetation Treatments and Road/Landing Construction.............................. 19
Table 5.  Spotted Owl Habitat Environmental Baseline for Rogue Gold ................................... 39
Table 6.  Spotted Owl Habitat Environmental Baseline for Trail Creek ..................................... 40
Table 7.  Spotted Owl Habitat Environmental Baseline for Last Chance .................................. 41
Table 8.  Dispersal Habitat Conditions in the Fifth Field Watersheds ....................................... 42
Table 9.  Spotted Owl Sites Associated with the Action Area. .................................................. 43
Table 10.  Spotted Owl Occupancy Status Summary ................................................................ 44
Table 11.  Habitat on Federal Lands Outside of Known Owl Home Ranges .............................. 45
Table 12.  Barred Owl Detections within the Action Area.......................................................... 48
Table 13.  Critical Habitat Baseline ........................................................................................... 53
Table 14.  Spotted Owl NRF Habitat in LSR within the Action Area.......................................... 53
Table 15.  Summary of Effects to Spotted Owl Habitat in the Action Area................................ 59
Table 16.  Changed Dispersal Conditions in the Fifth Field Watersheds ................................... 61
Table 17.  Medford BLM General Factors for Spotted Owl Effect Determinations ..................... 62
Table 18.  Spotted Owl Effects Table Summary ........................................................................ 63
Table 19.  Effects to Spotted owl Habitat Outside of Known Home Ranges .............................. 73
Table 23.  Summary of Effects to Spotted Owl Habitat in the LSR............................................ 82
Table 20.  Effects to Spotted Owl Critical Habitat ..................................................................... 85
Table 21.  Summary of Effects to Critical Habitat Sub-Units ..................................................... 89
Table 23.  Recovery Action 32 Summary .................................................................................. 92
Table 24.  Franklin's Bumble Bee Effects.................................................................................. 93
Table 25.  Effects Determination Summary ............................................................................... 95
Table A-1  Spotted Owl Disruption and Disturbance Seasons and Distances........................... 108
Table B-1  Northern Spotted Owl Sites within Rogue Gold Action Area.................................... 109
Table B-2  Northern Spotted Owl Sites within the Trail Creek Action Area ............................... 111
Table B-3  Northern Spotted Owl Sites within Last Chance Action Area ................................... 113

## List of Figures

Figure 1.  Spotted Owl Spatial Scales........................................................................................6
Figure 2.  Medford District Structural Class Departure...............................................................12
Figure 3.  Current Rogue Gold Structural Class Abundance.......................................................13
Figure 4.  Current Trail Creek Structural Class Abundance........................................................14
Figure 5.  Current Last Chance Structural Class Abundance......................................................15
Figure 6.  Example LSR Prescriptions........................................................................................22
Figure 7.  Example Selection Harvest Prescriptions...................................................................24
Figure 8.  Road Vegetation Management Diagram......................................................................25

# 1. INTRODUCTION

## 1.1 Purpose of the Assessment

The Medford District of the Bureau of Land Management (District or BLM) is submitting this Biological Assessment (Assessment) to the U.S. Fish and Wildlife Service (Service) pursuant to Section 7(a)(2) of the Endangered Species Act (ESA).  Section 7(a)(2) requires federal agencies to consult with the Service to ensure agency actions will not jeopardize the continued existence of any listed species or adversely modify designated critical habitats.  This Assessment describes and evaluates the potential effects from the proposed action (or Projects) to the threatened northern spotted owl (spotted owl) (*Strix occidentalis caurina*) and its critical habitat and the endangered Franklin's bumble bee (*Bombus franklini*).

The following three projects are included in this Assessment:

> **Forest Management Projects:**
> - Rogue Gold (Ashland Field Office – ASFO) (7,771 acres)
> - Trail Creek (Butte Falls Field Office – BFFO) (2,731 acres)
> - Last Chance (Grants Pass Field Office – GPFO) (12,087 acres)

The proposed actions within these three forest management projects would treat a total of 22,589 acres of BLM administered lands and have the potential to adversely affect spotted owls.  The Rogue Gold, Trail Creek, and Last Chance Projects are within the December 2021 Revised Designated Northern Spotted Owl (NSO) Critical Habitat (USDI FWS 2021, pp. 4831-4833). BLM requests formal consultation for these projects because, as described below, the BLM has determined the proposed actions *may affect, and are likely to adversely affect (LAA)* northern spotted owls and their designated critical habitat.  The BLM requests concurrence with its determination that the Rogue Gold, Trail Creek, and Last Chance Projects *may affect and is not likely to adversely affect* (NLAA) the Franklin's bumble bee.

The Rogue Gold, Trail Creek, and Last Chance Projects have been designed consistent with the Southwestern Oregon Resource Management Plan (SWO RMP/ROD) (USDI BLM 2016a) to accomplish management direction to reduce competition, promote forest resiliency, and harvest timber to contribute to the attainment of the declared Allowable Sale Quantity (ASQ) for the Medford District.  Timber products produced from these projects would be sold in support of the District's ASQ declared in the 2016 SWO RMP/ROD (USDI BLM 2016a).

The proposed actions analyzed in this Assessment are within three geographically separate polygons, which create one multipart Action Area. There are 102,922 acres of federally managed lands, collectively, within the Action Area (12 percent of the Medford District).  Approximately one percent of the total BLM managed lands within the District are proposed for treatment under this Assessment.  The Projects will impact two percent of the spotted owl nesting-roosting and foraging (NRF) habitat on BLM managed lands within the District.

The Rogue Gold, Trail Creek, and Last Chance Projects are anticipated to result in multiple timber sales (planned to be offered for sale in Fiscal Years 2023, 2024, and 2025), stewardship, and service contracts (hazardous fuels reduction projects) that will be implemented over the next

KSW01440

AR_004704

ten years; resulting impacts will be metered out temporally and spatially. For the purposes of this Assessment and meeting annual requirements to track the total acres consulted upon, a timber sale is considered "implemented" on the date the sale is sold (offer date). The implementation date for non-timber sale projects that may be covered under this Assessment will be the date the work is conducted, the date of the decision record or categorical exclusion date, or the contract or task order date. For all non-timber sale projects, the project is considered "completed" when all the on-the-ground components are finished.

The Projects are described in more detail in Section 2.3 below and will be planned and implemented consistent with the project descriptions, Project Design Criteria (PDC), and Conservation Measures described in this Assessment. The analysis and conclusions presented in this Assessment are based on expected implementation parameters described here. If any changes occur to the proposed action under this Assessment, new proposals will be presented to the Rogue Basin Level 1 team for evaluation and recommend to the District if reinitiation of consultation is necessary. This Level 1 team includes the Rogue River-Siskiyou National Forest Wildlife Biologist, the Medford BLM District Wildlife Biologist, and the U.S. Fish and Wildlife Service's Roseburg Field Office Wildlife Biologist. This team was established per Streamlining Guidance for the BLM, Forest Service, and the Service (USDA, USDC, and USDI 1999).

## 1.2 Species Not Addressed

**Other Terrestrial Listed Wildlife**
The BLM has determined the Rogue Gold, Trail Creek, and Last Chance Projects will not affect the following listed species or their designated critical habitat: **Coastal Marten** *(Martes caurina)*, **Oregon Spotted Frog** (*Rana pretiosa*), **Marbled Murrelet** (*Brachyramphus marmoratus*), and **Vernal Pool Fairy Shrimp** (*Branchinecta lynchi*). This BLM evaluation and supporting rational for the effect determination is on file with the District and available upon request. Therefore, these species will not be analyzed in more detail in this Assessment.


**Gray Wolf** (*Canis lupus*), Endangered – *Covered under another District Biological Assessment and associated ESA consultation* (USDA FS and USDI BLM 2016 and USDI FWS 2017, and 2020 amendment)

The Rogue Gold, Trail Creek, and Last Chance Projects are within the area where the gray wolf remains listed as endangered by the Service (west of highways 395 and 78 in Oregon). The nearest Area of Known Wolf Activity (AKWA) is the Rogue Pack, approximately 12 miles east of the nearest Project Area (Trail Creek). Consultation for the gray wolf on the Medford District, including the Rogue Gold, Trail Creek, and Last Chance Forest Management Projects, is covered in the *Biological Assessment and Letter of Concurrence for Medford Bureau of Land Management and Rogue River-Siskiyou National Forest activities affecting the Gray Wolf* (USDA FS and USDI BLM 2016 and USDI FWS 2017, and 2020 amendment). That Assessment and subsequent amendment describes and evaluates the potential effects to the gray wolf from vegetation management of all types, prescribed fuels, recreation facilities and infrastructure maintenance, special use permits including road use and right of way permits, special forest product collection, wildlife enhancement projects, cattle allotments, and road maintenance and construction projects that would occur within the Rogue River-Siskiyou National Forest and Medford District BLM.

KSW01441

AR_004705

**Plants and Fish**
ESA consultation for federally listed plants for the Rogue Gold, Trail Creek, and Last Chance Projects is covered in the Letter of Concurrence (LOC): *Informal Consultation on the Medford District BLM's proposed activities that may affect the federally listed plant species, Gentner's Fritillary, Cook's Lomatium, and Large-flowered Woolly Meadowfoam, on the Medford District BLM* (USDI FWS 2020). Federally listed fish species have been evaluated separately through consultation with the National Marine Fisheries Service.

## 1.3 Consultation History

The Rogue Gold, Trail Creek, and Last Chance Projects are considered new projects and have not had previous consultations. A Level 1 field trip to the Rogue Gold Project Area occurred on February 10, 2022. The Level 1 team did not have a field trip to the Trail Creek Project Area; however, several meetings with the Project biologist and Level 1 team occurred to discuss the Project and spotted owl status within the Project Area.
A Level 1 field trip to the Last Chance Project Area occurred on November 9, 2021.

A draft of the April FY2023 Biological Assessment for formal consultation was first submitted to the Service for review on March 27, 2023. Another version of the draft Assessment was provided to the Service on March 31, 2023. The Service returned comments to the District on April, 7, 2023. Recommendations from the Service were incorporated into the preparation of the final Assessment. The final Assessment was submitted to the Service on April 19, 2023.

## 1.4 Definitions

The terms and definitions listed below are integral to the clear understanding of the proposed action and the analyses in this Assessment.

### *Land Use Allocations – 2016 SWO RMP*
There are five land use allocations designated in the 2016 Southwestern Oregon Resource Management Plan (USDI BLM 2016a) in the Project Areas: Congressionally Reserved Lands, District-Designated Reserves, Harvest Land Base, Late-Successional Reserve, and Riparian Reserve.

**Congressionally Reserved Lands** are lands set aside to conserve, protect, and restore the identified outstanding cultural, ecological, and scientific values of National Conservation Lands and other congressionally designated lands. These include Designated and Suitable Wild and Scenic Rivers and Designated Wilderness and Wilderness Study Areas.

**District-Designated Reserve (DDR)** is the Federal land in which the primary objective is to maintain the values and resources for which the BLM has reserved these areas from sustained-yield timber production. The DDR contains further sub-allocations to guide management based on site-specific values identified: Lands Managed for their Wilderness Characteristics (DDR-LMWC), Areas of Critical Environmental Concern (ACEC), and Timber Production Capability Class (DDR-TPCC).

KSW01442

AR_004706

**Harvest Land Base (HLB)** has specific objectives for sustained-yield timber production. The HLB contains further sub-allocations to guide forest management based on large-scale forest conditions: Uneven-Aged Timber Area (UTA), Low Intensity Timber Area (LITA), and Moderate Intensity Timber Area (MITA).

**Late-Successional Reserve (LSR)** is the Federal land in which the primary objective is to maintain and promote the development of habitat for the northern spotted owl and other late-successional species. The LSR is comprised of two sub-allocations: Dry Forest and Moist Forest.

**Riparian Reserve (RR)** is the Federal land in which the primary objectives are to maintain and restore riparian functions, maintain water quality, and contribute toward the conservation and recovery of ESA-listed fish species (USDI BLM 2016a, p. 75). The RR is comprised of two sub-allocations: Dry and Moist.

### *Activity Periods for the Northern Spotted Owl*

| Table 1. Northern Spotted Owl Breeding Periods. | |
|---|---|
| **Entire Breeding Period** | **Critical Breeding Period** |
| March 1 - September 30 | March 1 - July 15 |

### *Northern Spotted Owl Sites*
**Northern spotted owl sites** are defined as locations with evidence of continued use by spotted owls (including breeding), a repeated location of a pair or single birds, presence of young before dispersal, or some other strong indication of continued occupancy. Spotted owls are generally monogamous and primarily mate for life (Courtney 2004). They are also known to exhibit high site fidelity. However, owls often switch nest trees and use multiple core areas over time, possibly in response to fluctuations of prey availability, loss of a particular nest tree, or presence of barred owls. For the purposes of this Assessment, these multiple nest locations and activity centers (original and alternates) are combined to represent **one spotted owl pair territory**. Spotted owl sites identified in this Assessment are based on historic information, recent protocol surveys, incidental observations or a combination thereof. For this Assessment, both the original and alternate nest locations are analyzed when survey information indicated owls were at both locations in the last two years. However, only one location is analyzed below to represent the territory when the site is not occupied, or when protocol surveys indicate owls have only been using only one location (original or alternate) in the last two years.

**Home Range Circle** approximates the median home range size used by spotted owls. The Medford District uses the median home range estimated for southwestern Oregon of 2,895 acres or a circle with a radius of 1.2 miles for the West Cascades Province and 3,400 acres or a circle with a radius of 1.3 miles for the Klamath Province (Thomas et al., 1990; Courtney et al., 2004). The practice of using circles has a biological basis (Lehmkuhl and Raphael 1993), shown to provide useful predictive capability about owl occupancy and reproduction utilized by many researchers (Thomas et al. 1990, Ripple et al. 1991, Lehmkuhl and Raphael 1993, Ripple et al. 1997, Swindle et al. 1999, Perkins 2000, Franklin et al. 2000, Olson et al. 2004, Dugger et al. 2005, and see summary in Courtney et al. 2004) by providing a uniform method for quantifying (comparing/contrasting) owl habitat. Use of circles, as opposed to other shapes (i.e., squares,

KSW01443

AR_004707

rectangles, etc.), imposes no bias on what is included or excluded for analysis. The use of circles is also appropriate for species, like the spotted owl, characterized as "central place foragers" and provides a simple unbiased measure of habitat availability at multiple ecologically-relevant scales surrounding owl sites. The use of circles should be large enough to include habitat to meet all major life history needs and include areas important to both members of most pairs. The provincial home ranges of several owl pairs may overlap. While the home range circle is a useful construct for large scale analyses including many spotted owl sites, it is also important to recognize that this home range circle is just an approximation of the total area used by a pair or single spotted owl, and the true home range is likely not a perfect circle and follows habitat and landscape patterns creating a more irregular shape.

**Core-Use Area Circle** has a radius that captures the approximate core use area, defined as the area around the nest tree that receives disproportionate use (Bingham and Noon 1997). The Medford District uses a 0.5-mile radius (≈500 acre) circle to approximate the core area. Core-use areas represent the areas that are defended by territorial owls and generally do not overlap the core-use areas of other owl pairs (Anthony and Wagner 1998; Dugger et al., 2005; Zabel et al., 2003; Bingham and Noon 1997).

**Nest Patch** is the 300-meter radius (70 acres) around a known nest site or Activity Center and is included in the core and home range areas. Nest area arrangement and nest patch size have been shown to be an important attribute for site selection by spotted owls (Swindle et al., 1997; Perkins 2000; Miller et al., 1989; Meyer et al., 1998). Models developed by Swindle et al. (1997) and Perkins (2000) showed that the amount of older forest within the 200- to 300-meter radius (and sometimes greater), is positively associated with likelihood of nesting by spotted owls. The nest patch size also represents key areas used by juveniles prior to dispersal. Miller et al. (1989) found the extent of forested area used by juvenile owls prior to dispersal averaged approximately 70 acres.

**Activity Center** is a location or point representing the most recent concentrated use of resident single owls or territorial pairs within a stand, or the most recent nest tree location. Activity centers are the center point of the nest patch, 0.5-mile core-use area, and home range (USDI FWS 2012a).

**Resident Single** status is assumed if any of the following criteria from protocol surveys are met: 1) the presence or response of a single owl within the same general area on 3 or more occasions within the breeding season, with no response by an owl of the opposite sex after a complete survey; or 2) multiple responses over several years (e.g., 2 responses in year 1 and 1 response in year 2) from the same general area. Any observations that do not meet these criteria would result in a "status unknown" determination and not a Resident Single determination (USDI FWS 2012a).

**Territorial Pair** status is assumed if any of the following criteria from protocol surveys are met: 1) a male and female owl are each heard and/or observed (either initially or through their movement) in close proximity (< ¼ mile apart) to each other on the same visit; or 2) a male takes a mouse to a female; or 3) a female is detected (seen or heard) on a nest; or 4) one or both adults are observed with young; or 5) young identifiable based on plumage characteristics are observed

KSW01444

AR_004708

Medford BLM April FY2023 Batch BA

late in the season by knowledgeable surveyors, or young identifiable based on molecular data are documented (USDI FWS 2012a).

**Transient (Transience) Phase** is a period of extensive movement from one area to another (Johnson and Gaines 1985, Small et al. 1993, Miller et al. 1997).

**Colonization Phase** is the period when an animal attempts to become established in a new area (Johnson and Gaines 1985, Small et al. 1993, Miller et al. 1997).



*Figure 1. Spotted Owl Spatial Scales. The outer circle (blue) represents the median provincial home range, the middle circle (green) represents the 0.5-mile core use area, the inner circle (red) represents the nest patch, and the center point (triangle) represents the nest tree or center of activity. The grey lines are 1 mile section lines.*

### <u>Northern Spotted Owl Habitat</u>

**Canopy Cover** is considered the area of the ground covered by a vertical projection of the canopy (Jennings et al., 1999). When measured in the field, closure or cover is expressed as percent coverage of an area intercepted by foliage. Based on best available information, the Rogue Basin Level 1 team uses canopy cover to measure canopy levels important to spotted owl habitat function. Canopy cover is important for spotted owls because it provides dispersal/connectivity, thermal cover, and protection from avian predators (Forsman et al., 1984, Thomas et al., 1990). The Rogue Basin Level 1 team calculates canopy cover averaged at the scale of the treatment unit (see Treatment Unit definition below), which includes a distribution of overstory trees across the unit. The terms canopy cover and canopy closure are often used inter-changeably in the literature and among resource professionals despite technically being considered different measurements (Jennings et al. 1999). However, in this Assessment, the

KSW01445
AR_004709

District is using canopy cover as described above, to characterize pre- and post-treatment conditions.

**Nesting-Roosting (NR) Habitat** for the northern spotted owl consists of forest cover types used by owls for nesting and roosting. Generally, this habitat is multistoried, 80 years old or older (depending on stand type and structural condition), has high canopy cover (generally $\geq 60$ percent), and has sufficient snags and down wood to provide opportunities for nesting, roosting, and foraging. Although structural characteristics vary across the northern spotted owl's range, northern spotted owl nesting-roosting habitat generally is characterized by conifer stands with a multi-layered, multispecies canopy dominated by large ($> 30$" diameter at breast height [DBH]) conifer overstory trees, and an understory of shade-tolerant conifers or hardwoods, $\geq 60$ percent canopy cover, substantial decadence in the form of large, live conifer trees with deformities (such as cavities, broken tops, and dwarf mistletoe infections; numerous large snags), ground cover characterized by large accumulations of logs and other woody debris, and a canopy that is open enough to allow northern spotted owls to fly within and beneath it (USDI BLM 2016a, p. 70). Not all of these habitat components need to be present to qualify as NR habitat. Sometimes only some of the habitat components are present, or all of them are present, but at lower quantities. The basal areas in nesting-roosting habitat can range from approximately 180 to 240 ft$^2$/acre or greater. The basal area is typically greater than 240 ft$^2$/acre.

In southwest Oregon, NR habitat varies greatly, but common components include mixed-conifer forest, recurrent fire history, patchy habitat components, and a higher incidence of woodrats. It may consist of somewhat smaller tree sizes. One or more important habitat components, such as dead down wood, snags, dense canopy, multistoried stands, or mid-canopy habitat, might be lacking or even absent in portions of southwest Oregon NR. NR habitat also functions as foraging and dispersal habitat.

**Foraging (F) Habitat** is a "step-down" habitat from NR, with many similar stand attributes. Even though the stands might have large trees and high canopy, they are often single storied, lack decadent features, and while basal areas may vary in SW Oregon, foraging habitat in the Klamath Province usually has at least 150 ft$^2$/acre basal area and could range from 150 to 240 ft$^2$/ acre basal area. The Medford District classifies and tracks NR and Foraging habitat separately, which also helps inform the effects determinations and planning for all projects. On the Medford District, Foraging Habitat is determined through field evaluations.

**Dispersal-Only Habitat** at a minimum consists of stands with adequate tree size and canopy cover to provide protection from avian predators and at least minimal foraging opportunities. Dispersal-only habitat may include younger and less diverse forest stands than foraging habitat, such as even-aged, pole-sized stands, but such stands should contain some roosting structures and foraging habitat to allow for temporary resting and feeding for dispersing juveniles (USDI FWS 1992 and USDI FWS 2012b). Dispersal-only habitat as described here generally consists of forest stands with an average stand canopy cover of 40 percent or greater and an average DBH of 11 inches or greater. It provides temporary shelter for owls moving through the area between NR and F habitats and some opportunity for owls to find prey; but it does not provide all of the requirements to support an owl throughout its life. NR and F habitat can also function as dispersal habitat (see "Dispersal Quality/Function"). However, dispersal-only habitat will be

KSW01446

AR_004710

Medford BLM April FY2023 Batch BA

used throughout this document to refer to habitat that does not meet the criteria to be NR and F habitat but has adequate cover to facilitate movement between blocks of NR and F habitat.

**Dispersal Quality/Function Habitat** for the spotted owl consists of an assemblage of conifer-dominated forest stands that the owls can use for dispersal movements across the landscape. Dispersal quality habitat for spotted owls includes nesting-roosting, foraging, and dispersal-only habitat.  Dispersal habitat and dispersal-only habitat are not synonymous. The term "dispersal habitat" is generally used when describing and discussing the opportunities (e.g., acres of dispersal habitat) for spotted owls to move across the landscape. Dispersal function consists of landscapes with sufficient dispersal-quality habitat that provide for forest connectivity, enabling successful dispersal (Thomas et al. 1990, Lint et al. 2005, Davis et al. 2011, Davis et al. 2016). The Service has generally recommended using a fifth field or larger landscapes for assessing dispersal habitat conditions because watersheds or provinces offer a more biologically meaningful way to evaluate dispersal function.  More recent information (Davis, et al. 2016), suggests that landscapes having at least 40 percent of dispersal habitat conditions (including both older and younger forests) would be sufficient to support spotted owl dispersal across the landscape.

**Capable Habitat** for the northern spotted owl is forestland that is currently not habitat but can become NR, F, or dispersal-only habitat in the future, as trees mature and the canopy closes.

**Non-habitat** does not currently provide habitat for northern spotted owls and will not develop into NR, F, or dispersal-only habitat in the future.

**Relative Habitat Suitability (RHS)** in this Assessment refers to the RHS model developed in the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011).  This model fit biotic and abiotic features on the landscape with spotted owl detection locations to evaluate spotted owl habitat preferences.  This model applied the metrics as averaged across a 500-acre area and is intended for large scale planning efforts (USDI FWS 2011).

### *Northern Spotted Owl Habitat Alteration*

**Stands** are an aggregation of trees occupying a specific area managed as a discrete operational or management unit. A stand may be composed of trees and groups of trees of a variety of ages, species, and conditions, or it may be relatively uniform. A stand may also contain multiple land use allocations (USDI BLM 2016a, p. 314).

**Treatment Unit (or cutting unit)** is the footprint of where trees are being cut.  This includes all proposed actions including roads, landings, gaps, and skips because these actions also contribute to canopy cover and basal area retention values.  It does not include existing roads outside the cutting units, untreated areas, or riparian reserves, unless the action is thinning in the riparian reserve.  Trees left standing outside the treatment unit perimeter of where cutting is authorized are not in the cutting unit and do not count toward canopy cover or basal area retention levels. Prescribed treatments may result in separate effects determinations within a single treatment unit, based on the extent and variety of the prescriptions and existing habitat conditions.  For example, portions of a treatment unit with prescriptions that reduce the canopy cover below 40 percent would remove spotted owl habitat, while the other portion of a unit that maintains 60 percent

8

canopy cover would maintain spotted owl NR or F habitat function.  Research evaluating habitat thresholds within spotted owl sites calculated NR and F habitat at a finer scale and not the stand scale (Dugger et al. 2005, Franklin et al. 2000).  Thus, while a treated unit may maintain habitat characteristics, for actions within NR or F, habitat metrics are evaluated at a smaller scale to evaluate effects within owl sites.  For example, a 4-acre created gap or patch cut within NR habitat would likely result in 4 acres of NR habitat removal, even if the habitat surrounding the patch cut maintains NR habitat function post-treatment at the treatment unit and stand scale.  Project Design Criteria below provide further guidance and direction for planning actions while maintaining habitat function.  The overall goal of defining the treatment area this way informs an analysis of habitat function pre- and post-treatment and resulting effects.

**Modify NR, F, or Dispersal-Only Habitat** is the treatment defined when an action or activity in nesting-roosting, foraging, or dispersal-only habitat removes some trees or reduces the availability of other habitat components but does not change the current function of the habitat because the conditions that would classify the stand as NR, F, or dispersal-only habitat would remain post-treatment.  The treated stand is expected to still function as NR or F habitat because it will continue to provide at least 60 percent canopy cover (treatment unit average), large trees, multistoried canopy, standing and down dead wood, diverse understory adequate to support prey, and may have some mistletoe or other decay (when present prior to harvest).  The treated stand will still function as dispersal habitat because it will continue to provide at least 40 percent canopy cover (treatment unit average), flying space, and an average of trees 11 inches DBH or greater.  In order to maintain function at the treatment unit scale, habitat variables should be distributed within that defined area.  For example, the stand or unit would not function as NR, F, or dispersal-only habitat if all of the canopy retention was concentrated on the side or middle of the unit, leaving large gaps that do not provide spotted owl habitat/function.  Depending on the scale and intensity of harvest, the results may have adverse effects to spotted owls.

**Downgrade NR or F** alters the condition of spotted owl NR or F habitat, so the habitat no longer contains the variables associated with nesting, roosting, and foraging.  Downgraded units would contain trees > 11 inches DBH and enough tree canopy cover to support spotted owl dispersal.  Downgrade is defined when the canopy cover in a NR or F stand is reduced to 40-60 percent (treatment unit average) and other key habitat elements are removed, such as decadent down wood, snags, multistoried canopy layers, and hunting perches.  Conditions are altered such that an owl would be unlikely to continue to use that unit for nesting, roosting, or foraging.  The removal of these key habitat features would reduce the roosting and foraging opportunities for owls and may lead to increased predation risk by exposing owls to other raptors. Downgraded NR or F continues to provide habitat for dispersal and potentially limited foraging opportunities.

**Remove NR or F** alters known spotted owl NR or F habitat, so the habitat no longer functions as nesting, roosting, or foraging habitat.  Removal generally reduces canopy cover to less than 40 percent (treatment unit average), alters the structural diversity and dead wood in the stand or otherwise changes the unit so it no longer provides nesting, roosting, or foraging, or even dispersal habitat for owls. The removal of these key habitat features would reduce the roosting, foraging, and dispersal opportunities for owls in the Action Area, and lead to increased predation risk. These treatment acres would not be expected to provide functioning NR or F habitat for decades post-treatment.

KSW01448

AR_004712

**Remove Dispersal** alters known spotted owl dispersal-only habitat, so the habitat no longer functions as dispersal habitat. Removal generally drops canopy cover to less than 40 percent (treatment unit average) and otherwise changes the stand, so it no longer provides dispersal habitat for owls. The post-harvest stand would be too open to provide protection from predators.

### *Franklin's Bumble Bee*

**Nesting habitat** includes abandoned rodent burrows, bunch grasses, and rock piles, and is located within 100m of Substantial Floral Resources (defined below). Nesting is not reasonably certain to occur in locations containing these features beyond 100m from Substantial Floral Resources.

**Overwintering habitat** consists of chambers 2-15 cm below the ground's surface, within loose organic material; typically, in shaded areas under trees, lacking dense vegetation and with loose, well-drained soil, and within 100m of Substantial Floral Resources (defined below). Overwintering is not reasonably certain to occur in locations beyond 100m from Substantial Floral Resources.

**Substantial Floral Resources** are a diverse and abundant group of insecticide-free native flowering plants that provide both pollen and nectar throughout a colony's active flight period (May 15 – September 30). A varied assortment of plant species with staggered floral senescence must be present in abundance (i.e., no monocultures), as floral forage must be available throughout the active flight season. Exemplified by existing meadow systems.


## 2. DESCRIPTION OF THE PROPOSED ACTION

The proposed actions in this Assessment, described below, are designed to accomplish management directions from the Southwestern Oregon Resource Management Plan (SWO RMP/ROD) (USDI BLM 2016a), such as harvest timber, reduce competition, improve spotted owl habitat, and promote forest resiliency on lands managed by the Medford BLM. These actions include varying harvest prescriptions (thinning and regeneration treatments), hazardous fuels reduction treatments, and road and landing construction. The proposed actions include design features to minimize negative effects to the listed species and critical habitat analyzed within this Assessment.


## 2.1 Action Area

The Action Area is defined as "all areas to be affected directly or indirectly by the federal action and not merely the immediate area involved in the action" (50 CFR 402.02). The Action Area includes the farthest reaching physical, chemical, and biotic effects of the action on the environment. The Action Area for the Rogue Gold, Trail Creek, and Last Chance Projects are based on the geographic extent of in-air sound, ground vibration from blasting, and of timber harvest, roadside treatments, road construction, and hazardous fuels reduction treatments (Maps 1-3, Appendix E). For this Assessment, the Action Area was defined by using a spotted owl metric to determine areas indirectly affected by the proposed action. For northern spotted owls, the areas directly or indirectly affected are usually based on the radius of a circle that would

KSW01449

AR_004713

Medford BLM April FY2023 Batch BA

capture the provincial home range, which is 1.3 miles for the Klamath Mountains Province where all three of the Projects are located.  The Trail Creek Project is also partially located in the West Cascades Province, so the 1.2-mile provincial home range will be used as well for the Trail Creek Project (Thomas et al. 1990 and Courtney et al. 2004).

Based on this distance, the Rogue Gold, Trail Creek, and Last Chance Action Area represent all lands within 1.2 or 1.3 miles of proposed treatment units and all lands within any overlapped associated provincial home ranges of known spotted owl sites that could be directly, indirectly or cumulatively impacted by the proposed action.  The Rogue Gold, Trail Creek, and Last Chance Action Area is the same for spotted owls and Franklin's bumble bee.  Additional species-specific analysis areas are also addressed and evaluated in the baseline and effects sections below for each species.

## 2.2 Project Area History and Current Condition

There is a range of structural stages within a forest area at any given time, which can be analyzed against a historical reference condition to determine ecological departure. This reference condition – the percentage of a seral stage across biophysical settings – does not represent a specific historical date, but instead approximates an equilibrium condition or ecological reference condition, i.e., a Natural Range of Variability (NRV), based upon the natural biological and physical processes. Quantifying the departure of current vegetation structure and landscape composition patterns from this reference condition can inform where, how much, and what types of restoration are needed to move present day landscape scale forest structure towards a NRV (Haugo et al. 2015).  Figure 2 displays the relative amount of each structural class on the Medford District. Currently, there is an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (USDI BLM 2016b, pp. 223-242). The Medford District has an excess of early and mid-closed structural classes, the quantity of the latter being significantly greater. In contrast, there is a deficit of mid-open, late-open, and late-closed classes across the District. The difference between current conditions and reference conditions ranges from 5 to 55 percent outside of the estimated NRV. The imbalance in open and closed forest stages has resulted in an abundance of overly dense, structurally homogenous forest stands; a lack of large fire-resistant trees and fire-resistant species; and increased surface ladder and canopy fuels (Hagmann et al. 2021). These conditions have limited the growth and vigor of stands, increased susceptibility to wide-spread insect and disease infestations (e.g., epidemic vs. endemic), and heightened the potential for larger-scale, stand-replacing fires that are difficult to control (USDI BLM 2016b, pp. 225– 226).

Similar to the overall distribution of each structural class across the Medford District, the three Project Areas reflect a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figures 3-5).

KSW01450

AR_004714

Medford BLM April FY2023 Batch BA



*Figure 2.  Medford District Structural Class departure from natural range of variability for Dry Douglas-fir.*

### *Rogue Gold Project Area Current Vegetation Conditions*

The Rogue Gold Project is located between the cities of Gold Hill and Rogue River to the south and northwest of the city of Medford in Jackson County, Oregon. These lands are a mix of BLM-administered and private, or individual company ownership. The Project is within three 5th field watersheds (Gold Hill-Rogue River, Grants Pass-Rogue River, and Bear Creek). The current landscape pattern of the vegetation is a result of highly dissected topography, fires, wind events, timber harvesting, and forest pathogens.

The Rogue Gold Project contains lands between 1,000 and 4,400 feet in elevation.  Moisture and temperature gradients differ between forest zones creating a unique pattern of various vegetation types throughout the project area, which are broadly correlated with elevation. Vegetation within this area is summarized according to Plant Associations Groups (PAG) of Southern Oregon (Atzet 1996). Douglas-fir plant associations comprise the majority of forestland in the Project Area. At the highest elevations on the southside of the porject the PSME (Douglas fir)-ABCO (white fir) and PSME-ABCO/PIPO (ponderosa pine) plant associations are present. When rainfall is abundant, or the aspect is more conducive to cooler temperatures (such as north and east aspects), the plant associations most often found include PSME-PIPO, and PSME-BENE (dwarf Oregon grape). On the drier sites the PSME-RHDI (poison oak) and PSME-RHDI-BEPI (Piper's Oregon grape) plant associations are most prevalent. Pine and white oak series forests are usually found on south and west aspects and the lowest elevations (PIPO-QUKE (California black oak) and PIPO-PSME). Similar to the overall distribution of each structural class across the Medford District, the Rogue Gold Project reflect a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figures 3).

KSW01451

AR_004715

Medford BLM April FY2023 Batch BA



*Figure 3. Current Rogue Gold Structural Class Abundance (Project Units).*

### *Trail Creek Project Area Current Vegetation Conditions*

The Trail Creek Project is located just east and northeast of the city of Trail and north of the city of Medford in Jackson County, Oregon. These lands are a mix of BLM-administered and private, or individual company ownership. The Trail Creek Project is within five 5th field watersheds (Elk Creek-east, Elk-Creek-west, Evans Creek, Shady-Cove-Rogue River, Trail Creek). The current landscape pattern of the vegetation is a result of natural disturbances (i.e. fires, wind events, forest pathogens) and human influences (i.e. timber harvesting and agriculture).

The Trail Creek Project contains lands between 1,600 and 4,100 feet in elevation. Moisture and temperature gradients differ between forest zones creating a unique pattern of various vegetation types throughout the project area, which are broadly correlated with elevation. Vegetation within this area is summarized according to Plant Associations Groups (PAG) of Southern Oregon (Atzet 1996). Douglas fir – dry is the most dominant PAG, with minor amounts of white fir and ponderosa pine PAGS in the Project Area. Forest vegetation within the Trail Creek Project can be described as structurally variable with areas of early seral, mid-seral to late-mature forest with moderately dense or dense over-story layers. Ponderosa pine, sugar pine, Douglas-fir, white fir, and incense cedar dominate the conifer overstory except in portions of the Douglas-fir-dry forest types where pine, incense cedar, and oak are more prevalent. Similar to the overall distribution of each structural class across the Medford District, the Trail Creek Project reflect a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figures 4).

KSW01452

AR_004716

Medford BLM April FY2023 Batch BA



*Figure 4.  Current Trail Creek Structural Class Abundance (Project Units).*

### *Last Chance Project Area Current Vegetation Conditions*

The Last Chance Project is located northeast of the city of Grants Pass in Josephine County, Oregon. These lands are a mix of BLM-administered and private, or individual company ownership. The Project is primarily within three 5th field watersheds: Upper Cow Creek, Middle Cow Creek, and Grave Creek, with a small inclusion in the Evans Creek watershed on the east side of the Project Area. The current landscape pattern of the vegetation is a result of highly dissected topography, fires, wind events, timber harvesting, and forest pathogens.

Overstory dominant tree species and associated understory vegetation within the Project Area is summarized according to Plant Associations Groups (PAGs) subseries of southern Oregon (Atzet 1990).  Forested areas within the Last Chance Project Area are made up of a diverse collection of PAGs that support diverse stand compositions of conifers such as Douglas-fir, ponderosa pine, sugar pine, western hemlock, white fir, and incense cedar, as well as hardwoods such as California black oak, Pacific madrone, canyon live oak, and tanoak. These PAGs exhibit a wide variety of conditions, differing by slope, aspect, elevation, and soil types.  South and west aspects exhibit relatively more cover in sugar pine, ponderosa pine, California black oak, and canyon live oak, while northern and eastern slopes, as well as more productive soil types, display more tanoak, white fir, hemlock, and chinquapin. Similar to the overall distribution of each structural class across the Medford District, the Last Chance Project reflect a similar pattern of an abundance of forest stands in the mid-closed successional stage and a deficit of stands in the late successional stages, particularly the late-open successional stage (Figures 5).

KSW01453

AR_004717

Medford BLM April FY2023 Batch BA



*Figure 5: Current Last Chance Structural Class Abundance (Project Units).*

## 2.3 Proposed Action Overview

The Rogue Gold, Trail Creek, and Last Chance Projects have been designed under the Southwestern Oregon Resource Management Plan (SWO RMP/ROD) (USDI BLM 2016a) to accomplish management directions such as reduce competition, promote forest resiliency, and harvest timber to contribute to the attainment of the declared ASQ for the Medford District. The Rogue Gold, Trail Creek, and Last Chance Projects will follow the management directions for the land use allocations (LUAs) within the Projects (Table 2).

| Table 2. Medford District BLM 2016 SWO RMP/ROD Land Use Allocations for the Rogue Gold, Trail Creek, and Last Chance Projects[1]. | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Project** | **2016 Land Use Allocation[2] Acres** | | | | | | |
| | **HLB – MITA** | **HLB – LITA** | **HLB-UTA** | **DDR[3]** | **LSR** | **RR[4]** | **Total Acres** |
| **Rogue Gold** | 0 | 20 | 3,919 | 2,222 | 711 | 899 | **7,771** |
| **Trail Creek** | 0 | 239 | 1,831 | 403 | 97 | 161 | **2,731** |
| **Last Chance** | 71 | 981 | 6,010 | 1,216 | 957 | 2,852 | **12,087** |
| **TOTAL** | **71** | **1,240** | **11,760** | **3,841** | **1,765** | **3,912** | **22,589** |

1 – This table includes actions that occur on federal lands only. **2** - HLB-MITA=Moderate Intensity Timber Area; HLB-LITA = Harvest Land Base-Low Intensity Timber Area; HLB-UTA= Harvest Land Base – Uneven-Aged Timber Area; DDR= District Designated Reserve; LSR = Late Successional Reserve; RR = Riparian Reserve (see definitions). **3** - The DDR acres in the Projects include TPCC lands, roads, and water. **4** – Riparian Reserve acres presented here are generated from BLM corporate data for LUA and include all acres associated with Riparian Reserves (inner, middle and outer zones). Actual riparian thinning treatment acres are lower and based upon on-the-ground field assessments during Project layout (see 2.3.2 below Riparian Reserve treatment type definition).

KSW01454

AR_004718

## 2.3.1 Detailed Project Objectives and Descriptions

Field-based surveys and inventories were completed by the District (Ashland, Butte Falls, and Grants Pass Field Office staff) during the project planning process to determine current and desired-future stand conditions. Because of this field review, current stand data was used to determine where management could occur within the Rogue Gold, Trail Creek, and Last Chance Projects to meet project objectives such as forest resiliency and achieving the District's ASQ targets. To further inform project planning, evaluations of spotted owl habitat were also incorporated into the treatment designs and prescriptions. Table 3 below provides a distribution of the amount of proposed vegetation treatment, road construction and landing construction by spotted owl habitat type.  Of the combined acres for all three Projects (22,589), the highest proportion (35 percent, 7,946 acres) of the treatments are planned within stands characterized as spotted owl dispersal-only habitat, followed by 25 percent (5,726 acres) in foraging habitat, and 16 percent (3,589 acres) in nesting-roosting habitat.  Twenty-four percent (5,328 acres) of the proposed action is planned in lands that do not currently function as spotted owl habitat (i.e., capable or non-habitat). The majority of the acres proposed for treatment in NRF habitat (2,153 acres or 60 percent) occur in hazardous fuels reduction maintenance (HFRM) units and roadside vegetation management areas where field habitat identification has not been completed, so for the purposes of this analysis and giving conservation deference to the species, the habitat determination was defaulted to nesting-roosting habitat.  Additionally, as noted in the PDC below, prior to on-the-ground implementation, field habitat evaluations will be conducted in all NRF HFRM units within the 0.5-mile core use area of occupied spotted owl sites, and prescriptions will ensure nesting-roosting habitat function will be maintained post-treatment.

| Table 3. Treatment Acres by Spotted Owl Habitat Type for the Rogue Gold, Trail Creek, and Last Chance Projects. | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Project** | **Field Office** | **NRF** | | **Dispersal-Only** | **Capable** | **Non-Habitat** | **Total** |
| | | **Nesting-Roosting** | **Foraging** | | | | |
| **Rogue Gold** | Ashland | 489 | 1,104 | 2,567 | 1,211 | 2,400 | **7,771** |
| **Trail Creek** | Butte Falls | 530 | 1,015 | 970 | 204 | 12 | **2,731** |
| **Last Chance** | Grants Pass | 2,570 | 3,607 | 4,409 | 1,183 | 318 | **12,087** |
| | **TOTAL** | **3,589** | **5,726** | **7,946** | **2,598** | **2,730** | **22,589** |

## 2.3.2 Project Objectives and Development Strategies

The Land Use Allocation Management Directions from the 2016 SWO RMP/ROD (USDI BLM 2016a) have been incorporated into the Rogue Gold, Trail Creek, and Last Chance Projects:

### *Rogue Gold, Trail Creek, and Last Chance Project Objectives*

There are several management directions incorporated into these Projects from the 2016 SWO RMP/ROD (USDI BLM 2016a):

KSW01455

AR_004719

**Harvest Land Base (Rogue Gold, Trail Creek, and Last Chance Projects)**
- Conduct timber harvest to contribute to the attainment of the declared Allowable Sale Quantity (ASQ) for the Medford Sustained Yield Unit (SYU) (HLB LUA) (pp. 62, 64, and 68).

- Utilize integrated vegetation management to promote the development and retention of large, open grown trees and multi-cohort stands; increase or maintain vegetative species diversity; promote and enhance the development of structural complexity and heterogeneity; adjust stand composition or dominance; reduce stand susceptibility to disturbances; and create growing space for hardwood and pine persistence and regeneration (at dry sites) (HLB-UTA LUA) (p. 68).

- Conduct regeneration harvest to reset stand development in stands that would not respond well to commercial thinning and provide complex early-successional ecosystems (HLB-LITA LUA) (p. 64).

- Design timber harvest treatments in a manner sufficient to avoid incidental take of spotted owls (p. 121).

- Treat both management activity fuels and natural hazardous fuels to modify the fuel profile, reduce potential fire behavior and fire severity (p. 91).

**Late Successional Reserves (Rogue Gold, Trail Creek, and Last Chance Projects)**
- Promote the development of nesting-roosting habitat for the spotted owl that do not currently support northern spotted owl nesting and roosting (p. 70).

- Apply silvicultural treatments to speed the development of spotted owl (NSO) nesting-roosting habitat or improve the quality of NSO nesting-roosting habitat in the stand in the long-term (p. 72).

- Enable forests to respond positively to climate-driven stresses, wildfire, and other disturbance with resilience, and ensure positive or neutral ecological impacts from wildfire (p. 74).

- Contribute to the 17,000-acre decadal treatment target (p. 74).

- Apply fuels treatments to reduce the potential for uncharacteristic wildfires (p. 75).

- Design timber harvest treatments in a manner sufficient to avoid incidental take (p. 121).

**Riparian Reserves**

- Conduct timber harvest and fuels reductions treatments to reduce the risk of stand-replacing crown fires and/or to ensure that stands are able to provide trees that would function as stable wood in the stream (RR-Dry LUA, Class 1 watershed) (pp. 82-84).

***Project Spotted Owl Considerations in Project Planning***
Effects to spotted owls were considered in project planning because timber harvest under the BLM's SWO RMP/ROD is required to avoid incidental take of spotted owls until implementation of a barred owl management program is in place (USDI BLM 2016a, p. 30). Therefore, the proposed treatments are designed to avoid incidental take (per Level 1 discussions

17

with the Service) while contributing to the District's ASQ and improving forest resilience (USDI BLM 2016a). BLM wildlife biologists and silviculturists worked together to design treatments in occupied spotted owl habitat/sites in order to avoid an incidental take determination by the Service (See PDC below).

The Medford District is continuing protocol surveys (USDI FWS 2012a) to known spotted owl sites, including timber harvest areas associated with the proposed Rogue Gold, Trail Creek and Last Chance Project Areas. If new resident spotted owls are located, the District will drop units or modify treatment prescriptions in order to avoid an incidental take determination by the Service.

The Rogue Gold, Trail Creek, and Last Chance Projects were designed to support the Physical or Biological Features (PBFs) and conservation purposes of critical habitat units (USDI FWS 2012b) in treatment areas within designated critical habitat to the extent practicable, as well as incorporating concepts from the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011). This is primarily being accomplished by following management direction for each specific LUA, which considered treatment intensities in dry and moist forest types within designated critical habitat and following concepts of Ecological Forestry.  The SWO RMP/ROD has applied the following concepts of Ecological Forestry:

- Uneven-aged stand management for fire resilience in the dry forest;

- Regeneration harvest with varying levels of retention in the Low Intensity Timber Area (moist forests types);

- Protection of larger and older trees within harvested areas;

- Thinning within the Late-Successional Reserve to speed the development of northern spotted owl habitat; and

- Retention of key forest structural components following natural disturbances in the reserves (USDI BLM 2016a, p. 23).

In addition, the Rogue Gold, Trail Creek, and Last Chance Projects follow recommendations for active management in the 2011 Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011) and referenced in the 2012 final critical habitat rule.  While the management of spotted owls and their critical habitat are not the primary objectives for the treatments proposed in the HLB LUA, the proposed silviculture objectives are to reduce stand densities to within the historic natural range to increase stand resilience, which is consistent with the critical habitat rule to restore natural ecological processes where they have been disrupted or suppressed (USDI FWS 2012b:71877)  In addition, treatments proposed in LSR will aim to speed the development of spotted owl nesting habitat, also consistent with the rule (USDI FWS 2012b, p. 71881)

### 2.3.3 Project Descriptions and Prescriptions

The Rogue Gold, Trail Creek, and Last Chance Projects utilize silviculture treatments identified in the BLM SWO RMP/ROD for managing conifer forests to accomplish the project level objectives (Table 4).  The silvicultural prescriptions applied to each stand were also based on existing stand conditions, field based spotted owl habitat determinations, or in some cases, aerial photo/LiDAR interpretation by experienced BLM wildlife biologists.  The Project prescription

KSW01457

AR_004721

Medford BLM April FY2023 Batch BA

writer and Project wildlife biologist will conduct field reviews and adjust marked trees, as necessary, prior to harvest to ensure prescription objectives and spotted owl habitat retention levels are met and consistent with this Assessment.

| Table 4. Acres of Vegetation Treatments and Road/Landing Construction for the Rogue Gold, Trail Creek, and Last Chance Projects. | | | | |
|---|---|---|---|---|
| Treatment Type | Rogue Gold | Trail Creek | Last Chance | Total Acres |
| Commercial Thinning[1] | 6 | 214 | 280 | 500 |
| Selection Harvest | 1,687 | 1,549 | 6,901 | 10,137 |
| Regeneration Harvest[2] | 0 | 0 | 1,050 | 1,050 |
| Roadside Vegetation Management | 104 | 96 | 564 | 764 |
| Quarry Expansions | 0 | 0 | 49 | 49 |
| Hazardous Fuels Reduction | 5,949 | 798 | 2,814 | 9,561 |
| Road and Landing Construction[3] | 25 | 74 | 429 | 528 |
| TOTAL | 7,771 | 2,731 | 12,087 | 22,589 |

1= These acres also include Riparian Commercial Thinning.

2 = Removal prescription on HLB-LITA & HLB-MITA.

3 = These only include acres from road and landing construction that are outside of units or inside NR or F downgrade or NR, F, and Dispersal-only modification units.

## Harvest Prescriptions

### Commercial Thinning (CT)

Commercial Thinning would be implemented in the HLB-Low Intensity Timber Area (LITA), HLB-Medium Intensity Timber Area (MITA) and HLB-Uneven Aged Timber Area (UTA) LUAs to reduce stand densities, improve stand growth and vigor, reduce susceptibility to disturbances, promote or enhance the development of structural complexity and heterogeneity, and adjust stand composition or dominance. Thinning treatments would be prescribed to achieve an average relative density between 25-45 percent after harvest. Overall stand average canopy cover post-harvest would range from below 30 percent to 60 percent.  The canopy retention in NRF units in occupied home ranges would be at least 60 percent, while the canopy retention in dispersal-only habitat units in occupied home ranges would be at least 40 percent.  Trees that are both ≥ 40 inches DBH and that the BLM identifies as having been established prior to 1850 would be retained.

Prescriptions under Commercial Thinning would include a combination of single tree selection thinning, group selection, and/or skips. Trees within each diameter class would be selectively removed to approximate a relatively flat diameter distribution and more natural range of variability. A preference for individual tree retention would be given to the best-formed trees that are insect/disease/damage free, with full crowns (≥ 30 percent crown ratio). Openings would range in size between 0.1 - 1 acre and would be located in the field prior to harvesting. This treatment would be applied to no more than 10 percent of the treatment unit acres. These areas could be circular or irregular shapes following the variability of the stand biotic and abiotic conditions. Some overstory trees may be retained within a gap, depending on site conditions and whether trees of special interest are present. Skips would be implemented on a minimum of 5 percent of the treatment unit acres but would not have designated acre requirements.

KSW01458

AR_004722

*Riparian Reserve*

Riparian Commercial Thinning would be applied in the Middle (50-120 feet of intermittent, non-fish-bearing streams) and Outer Zones (Site Potential Tree of fish-bearing, perennial, and intermittent streams) of the Riparian Reserve-Dry (RR) land use allocation (Class I sub-watershed). The primary objective is to reduce the risk of stand-replacing crown fires by reducing stand density and creating space between residual trees to reduce the potential for fire spread (USDI BLM 2016a, p. 83).

Commercial-sized (>8 inches DBH) conifer trees would be removed in addition to hardwoods >8 inches DBH, if necessary, to facilitate removal of conifer trees to meet the prescription. Generally, conifer tree removal would target the lowest size classes (8 inches DBH to 20 inches DBH) within the stand. Appropriate riparian species would be retained to maintain and improve diversity. The following retention preference for conifer species would be applied, where possible: sugar pine, ponderosa pine, incense cedar, Douglas-fir, and white fir. Treatments would maintain at least 30 percent canopy cover and 60 trees per acre expressed as an average across the treated portion of the RR (USDI BLM 2016a, p. 83). Existing snags >6 inches DBH and down woody material >6 inches in diameter at the large end and >20 feet in length would be retained unless removal is necessary for safety, operation, or fuels reduction reasons. Snags >6 inches DBH cut for safety or operational reasons would be retained as down woody material. In the Inner, Middle, or Outer Zones, a minimum of two new snags (1 >10 inches DBH and 1 >20 inches DBH) would be created within one year of completion of yarding the timber in the timber sale. If trees are not available in the size class specified, trees from the largest size class available would be used. Snag creation amounts would be met as an average at the scale of the portion of the harvest unit within the RR and would not need to be attained on every acre (USDI BLM 2016a, p. 83).

## Additional Riparian Reserve Prescriptions

Riparian thinning is proposed to occur within the Outer Riparian Zone of perennial streams and within the Outer and Middle Riparian Zones of intermittent streams. Riparian thinning prescriptions would retain between 120-200 square feet of BA/acre. In occupied spotted owl home ranges, the BA retention would be 160-200 square feet of BA/acre, and outside of occupied spotted owl home range, the BA retention would be 120-160 BA/acres. No commercial treatments will occur within the Inner Riparian Zone.

## Selection Harvest - HLB

Selection harvest would be implemented in the HLB-Low Intensity Timber Area (LITA), HLB-Medium Intensity Timber Area (MITA), HLB-Uneven Aged Timber Area (UTA) which will follow the direction under the SWO RMP/ROD for as described below.

Projects would be treated with integrated vegetation management. **Integrated vegetation management** includes the use of a combination of silvicultural or other vegetation treatments, fire and fuels management activities, harvest methods, and **restoration** activities. Activities include, but are not limited to, vegetation control, planting, snag creation, prescribed fire, thinning, single tree selection harvest, and group selection harvest (USDI BLM 2016a, p. 68). In forested stands greater than 10 acres commercial treatments may consist of the following:

KSW01459

AR_004723

Medford BLM April FY2023 Batch BA

- Thinning treatments would be prescribed to achieve an average relative density between 20-45 percent after harvest.

- The retention of all dominant Douglas-fir and pine trees that are both greater than or equal to 40 inches DBH and were established prior to 1850.

- The retention of all madrone, big leaf maple, and oak trees greater than or equal to 24 inches DBH.

- At least 10 percent of the treatment unit would be retained in untreated "skips" to provide structural complexity and refugia.

- A total of 25 percent of the stand may consist of openings up to, but not exceeding 4 acres each.

- For stands where the primary objective is to maintain nesting-roosting or foraging function, Selection Harvest would be prescribed to maintain 60 percent canopy cover and retain other key habitat features, such as canopy layering, large down woody material, standing snags, and legacy structures, to maintain nesting and/or roosting foraging function.

- Prescribed fire may be used following mechanical treatments to stimulate vegetation, reduce fuel loading, and prepare the site for planting.

- In stands < 10 acres treated with selection harvest or commercial thinning, do not create group selection openings greater than 2.5 acres in size.

- When conducting commercial harvest create snags as identified in the SWO RMP/ROD (p. 73).

The proposed selection harvest prescriptions would occur within NRF and dispersal-only habitat and the effects range from downgrade to modify because of retention of canopy and other key structural elements.

## **Selection Harvest – LSR Dry**

Proposed treatments include Selection Harvest, which will follow the direction under the SWO RMP/ROD for LSR LUA as described below.

Projects would be treated with integrated vegetation management. **Integrated vegetation management** includes the use of a combination of silvicultural or other vegetation treatments, fire and fuels management activities, harvest methods, and **restoration** activities. Activities include, but are not limited to, vegetation control, planting, snag creation, prescribed fire, thinning, single tree selection harvest, and group selection harvest (USDI BLM 2016a, p. 71). In forested stands greater than 10 acres commercial treatments may consist of the following:

- Thinning treatments would be prescribed to achieve an average relative density between 20-45 percent after harvest.

- The retention of all dominant Douglas-fir and pine trees that are both greater than or equal to 36 inches DBH and were established prior to 1850.

KSW01460

AR_004724

Medford BLM April FY2023 Batch BA

- The retention of all madrone, big leaf maple, and oak trees greater than or equal to 24 inches DBH.

- At least 10 percent of the treatment unit would be retained in untreated "skips" to provide structural complexity and refugia.

- A total of 25 percent of the stand may consist of openings up to, but not exceeding 4 acres each.

- For stands where the primary objective is to maintain nesting-roosting or foraging function, Selection Harvest would be prescribed to maintain 60 percent canopy cover and retain other key habitat features, such as canopy layering, large down woody material, standing snags, and legacy structures, to maintain nesting and/or roosting foraging function.

- Prescribed fire may be used following mechanical treatments to stimulate vegetation, reduce fuel loading, and prepare the site for planting.

- In stands < 10 acres treated with selection harvest or commercial thinning, do not create group selection openings greater than 2.5 acres in size.

- When conducting commercial harvest create snags as identified in the SWO RMP/ROD (p. 73).

LSR prescriptions would vary but could downgrade foraging habitat to dispersal-only habitat or remove dispersal-only habitat. These prescriptions could also modify NRF and dispersal-only habitat but would still maintain function post-treatment because of retention of canopy and other key structural elements.



*Figure 6: Examples of range of LSR Prescriptions described above that could be applied within a unit. The "patch cuts" represent group selection openings. The "commercial thinning" represents the range of relative density retention. The "no treatment" represents "skips." The "precommercial thinning" represents an area of small diameter thinning.*

KSW01461

AR_004725

Medford BLM April FY2023 Batch BA

### *Harvest Land Base - Uneven Aged Timber Area (UTA)*

Management activities are proposed within the Harvest Land Base Uneven-aged Timber Area. While each Project uses different terms for the prescriptions (commercial thinning, selection harvest), they will follow the direction under the SWO RMP/ROD for UTA LUA as described below.

Projects would be treated with integrated vegetation management. **Integrated vegetation management** includes the use of a combination of silvicultural or other vegetation treatments, fire and fuels management activities, harvest methods, and **restoration** activities. Activities include, but are not limited to, vegetation control, planting, snag creation, prescribed fire, biomass removal, **thinning**, single tree **selection harvest**, and group selection harvest (USDI BLM, p. 68). In forested stands greater than 10 acres commercial treatments may consist of the following:

- Thinning treatments would be prescribed to achieve an average relative density between 20-45 percent after harvest.

- The retention of all dominant Douglas-fir and pine trees that are both greater than or equal to 36 inches DBH and were established prior to 1850.

- The retention of all madrone, big leaf maple, and oak trees greater than or equal to 24 inches DBH.

- At least 10 percent of the treatment unit would be retained in untreated "skips" to provide structural complexity and refugia.

- A total of 30 percent of the stand may consist of openings up to 4 acres, but not exceeding 4 acres each.

- For stands where the primary objective is to maintain dispersal-only habitat, Selection Harvest would be prescribed to achieve 40 percent canopy cover retention, as well as retaining other key habitat features to maintain dispersal function. For stands where the primary objective is to maintain NR or F habitat function, Selection Harvest would be prescribed to maintain 60 percent canopy cover and retain other key habitat features, such as canopy layering, large down woody material, basal area, and standing snags, and legacy structures, to maintain nesting and/or roosting foraging function. Additionally, no more than 20 percent of the pre-harvest basal area would be removed in the stands with prescriptions to maintain nesting-roosting habitat function.

- Prescribed fire may be used following mechanical treatments to stimulate vegetation, reduce fuel loading, and prepare the site for planting.

The proposed Uneven-aged management prescriptions would occur within both NRF and dispersal-only habitat and, depending on the specific prescription applied to each unit, the effects range from removal (due to a reduction in canopy cover and structural layering to maintaining habitat function (retention of canopy and other key structural elements).

KSW01462

AR_004726

Medford BLM April FY2023 Batch BA



*Figure 7: Examples of UTA Selection Harvest Prescriptions*

## **Regeneration Harvest (RH) –**

Regeneration harvest would occur in HLB-Low Intensity Timber Area (LITA) and HLB-Medium Intensity Timber Area (MITA) LUAs. The primary purposes of implementing regeneration harvest are to produce timber to contribute to the attainment of the declared ASQ and to create growing space for early-seral species (such as pine) persistence and regeneration and to provide a variety of forest structural stages distributed both spatially and temporally. Per the SWO RMP/ROD (USDI BLM 2016a, p. 64-67) parameters, 15-30 percent of live conifer pre-harvest basal area (BA) would be retained (LITA LUA) or 5-15 percent of live conifer pre-harvest BA would be retained (MITA LUA), in a variety of spatial patterns including aggregated groups and individual trees. Trees that are both ≥40 inches DBH and that the BLM identifies as having been established prior to 1850 would be retained as well, except where falling is necessary for safety or operational reasons and no alternative harvesting method is economically viable or practically feasible. If such trees need to be cut for safety or operational reasons, the BLM will retain those cut trees in the stand. After regeneration harvest, natural or artificial regeneration would be used to reforest a mixture of species appropriate to the site. There are 1,050 acres of regeneration harvest proposed in the Last Chance Project.

The proposed regeneration harvest prescription would remove NRF and dispersal-only habitat.

## **Roadside Vegetation Maintenance**

Roads have not been maintained properly and now have an increased density of vegetation and trees that present a safety concern for road travelers and the integrity of the road from roadside litterfall. The proposed treatments would cut vegetation along roadsides beyond typical roadside brushing specifications in timber sale contracts. In the Trail Creek and Last Chance Projects, the proposed clearing limits would be 15 feet slope distance from the center line of the ditch upslope away from road and 15 feet slope distance downslope from the outside shoulder of the road (Figure 8). In the Rogue Gold Project, the proposed clearing limits would be 6 feet slope distance from the center line of the ditch upslope away from road and 6 feet slope distance downslope from the outside shoulder of the road. Vegetation proposed for removal may be hardwood or conifer trees and merchantable timber may be sold. Approximately 278 miles of

KSW01463
AR_004727

Medford BLM April FY2023 Batch BA

BLM controlled roads across all three Projects are proposed for treatment (13 Rogue Gold, 51 Trail Creek, and 214 miles in Last Chance). In total, all Projects would modify approximately 764 acres.



*Figure 8: Road Vegetation Management Diagram*

These roadside vegetation treatments are proposed adjacent to all spotted owl habitat types. The proposed treatments would modify NRF and dispersal-only habitat, but would not change the function of the larger stand of spotted owl habitat beyond the road prism (road surface and original clearing limits used to build the road). The road prism area has been previously disturbed, and the vegetation does not contribute to the function of the habitat adjacent to the road. Treatments would not occur beyond the original road prism/clearing limits. Seasonal restrictions would be applied to avoid effects from disturbance. The treatments would reduce fuel build-up of highly dense trees that have grown into the original clearing limits established during the road construction. These treatments would provide beneficial effects to the adjacent spotted owl habitat by helping to protect the adjacent habitat by reducing fuel loads adjacent to roads where a high percentage of public-caused fires originate. The treatments would also improve and maintain fire breaks provided by the road management system. Spotted owls likely avoid these areas immediately adjacent to roadside areas because of the frequent disturbance associated with road traffic. The effects analysis for this treatment type is included in the NRF or Dispersal-only habitat modification summaries and will not be analyzed as a separate type of effects to spotted owl habitat.

## Quarry Expansion (Last Chance Project)

The BLM proposes to potentially expand up to 24 quarries scattered throughout the Last Chance portion of the Action Area. The cumulative total of all quarry expansions is approximately 49 acres. This value includes the existing quarry acres, so the expansions would impact fewer acres of habitat. All vegetation (forested habitat – trees, brush, shrubs, etc.) within the quarry expansion areas will be cleared (removed) and would be followed by multiple entries of drilling to the exposed ground within the existing and expansion areas of the quarry. Expanding the

KSW01464

AR_004728

quarries would allow the BLM to create benches to extract rock in a safe and efficient manner. The quarry expansions would primarily provide rock to support the roadwork associated with future timber sales associated with the Last Chance Project (and potentially future sales and road work contracts) by providing a local source of rock that reduces haul costs and overall road work costs associated with timber harvest.

The proposed quarry expansions would remove NRF and dispersal-only spotted owl habitat and would also occur in spotted owl non-habitat. Seasonal restrictions would be applied to avoid effects from disturbance (See Appendix B for seasonal restriction distances and time frames).

### Hazardous and Activity Fuels Reduction Treatments

#### Fuels Treatment of Forest Management Activity Slash

Activity fuels created from forest management activities described above would be treated post-harvest. To accomplish the fuels treatments, the BLM would conduct a fuels assessment within each unit following harvest activity to determine the fuel hazard and fire risk based on surface fuel loading, aspect, slope, access, and location of each unit. A fuels specialist will prescribe the appropriate treatment, if necessary, to mitigate raised fire hazard from activity fuels. Post-harvest fuels treatments may include lop and scatter, selective slashing, hand pile burning, biomass removal, understory thinning, and under-burning.

#### Hazardous Fuels Reduction

Hazardous fuels reduction (HFR) treatments are designed to reduce and maintain tree and brush densities in stands. HFR treatments are intended to reduce ladder and ground fuels. These treatments would improve stand-level residual tree growth and vigor, and reduce the fire hazard (reduction in surface fuels and ladder fuels), potentially decreasing the risk of wildfire climbing into the crowns of trees. Treatments could include slashing, hand piling, hand pile burning, chipping, lop and scatter, biomass removal, and/or understory burning. Approximately 9,561 acres of HFR treatments would occur across all three Project Areas, and would occur in all spotted owl habitat types.

#### Lop-and-Scatter and Burning

The remaining slash (live and dead material 8 inches or less in diameter) in the treatment units after harvest, including all stems and branches, would be cut from the tree trunk and scattered. Trunks 7 inches in diameter and less would be cut to 3-foot lengths and left on the ground. Slash depth would not exceed 18 inches. Underburning may be proposed in treatment units to reduce fire hazard.

#### Hand Piling, Mechanical Piling, and Pile Burning

Material between 1 and 7 inches in diameter, and approximately 4 feet in length, would be hand piled. The piles would be a minimum of 4 feet high and 6 feet in diameter. Piles would be burned in the fall, winter, or spring and would occur within 2 years or less of being piled.

Mechanical piling and pile burning would occur in the treatment units with slopes less than 35 percent. Mechanical equipment would pick up material and walk it to the pile. Material would not be pushed into a pile. Equipment would only travel on previously used skid trails. If machine piled, material between 2 and 12 inches in diameter and 4 feet long would be piled. The piles

KSW01465

AR_004729

Medford BLM April FY2023 Batch BA

would be a minimum of 8 feet high and 10 feet in diameter. Some fuels treatments could begin as early as 90 days after completion of harvest activities (depends on the season and the type of contract). Piles would be burned in the fall to winter and burning of piles would occur within six months to 3 years of being piled.

**Underburning**

Underburning may be proposed in treatment units to treat residual slash and reduce fire hazard. In proposed treatment units, underburning would be used to remove at least 60 percent of slash less than 3 inches in diameter and a lesser amount of larger fuel size classes. Underburning would be implemented in the winter, spring, or fall. Treatment units are analyzed for possible underburning based on the amount of residual slash, resource objectives, strategic and logistical concerns (aspect, ridgetops, roads, proximity to other fuels treatments, values at risk, etc.). BLM fire and fuels management personnel would conduct post-treatment evaluations to determine the need for underburning.

Follow-up maintenance underburning may take place within five years following initial treatments. Underburning involves the controlled application of fire to understory vegetation and downed woody material when fuel moisture, soil moisture, and weather and atmospheric conditions allow for the fire to be confined to a predetermined area at a prescribed intensity to achieve the planned resource objectives. Prescribed underburning usually occurs during late winter to spring when soil and duff moisture conditions are sufficient to retain the required amounts of duff, large woody material, and to reduce soil heating. Occasionally, these conditions can be met during the fall season.

**Biomass Removal**

Whole trees or tree tops would be yarded to log landings, the tree tops and limbs removed and piled at the landings, and the resulting slash piles hauled away from the landings. Whole tree yarding and tree top yarding would not be required but are options for treating activity slash.

## 2.3.4 Proposed Action Implementation Methods

The proposed timber harvest extraction would be implemented using a variety of manual and mechanical tools. These methods include ground-based, skyline-cable, and helicopter log extraction.

Polygons representing possible landing locations were included in the proposed units GIS layer used to determine effects from the proposed action. All landings occurring outside of proposed units or within units with prescriptions that would not remove spotted owl habitat were included in the analysis. Approximately 44 acres of NRF habitat and 41 aces of dispersal-only habitat would be removed from landing construction within the Rogue Gold, Trail Creek, and Last Chance Projects. The habitat effects from the proposed landing construction are analyzed as a separate treatment area and have been incorporated into the total habitat effects for the project as habitat removal (Table 15). Openings created from proposed yarding corridors were assessed and added to the potential treatment effects determination for each unit (either modified and maintained habitat function or downgraded NR or F habitat). Per the timber sale contracts, yarding corridors are limited to 12 feet in width. The prescription writers/silviculturists work with logging systems foresters to determine where more basal area retention is needed to account

KSW01466

AR_004730

Medford BLM April FY2023 Batch BA

for potential openings from yarding corridors, while still maintaining habitat function post-treatment. Additionally, the BLM would use one of the timber sale contract stipulations (L-24) to ensure canopy cover is retained, when necessary. The L-24 stipulation requires yarding corridors to be flagged prior to harvesting the unit and if previously reserved trees are needed for yarding corridors, a tree previously marked for harvest could be re-marked as reserve to replace the original reserved tree in the corridor. BLM contract administrators walk the flagged corridors and identify equivalent reserve trees in the unit if needed to replace marked reserve trees located in flagged corridors. The BLM contract administrator makes the final approval before the contractor is allowed to move forward with cutting and yarding operations along the corridors.

Known spotted owl nest tree locations were compared with the proposed cable units and this evaluation found that no known nest trees are located near potential guy line anchor or tailhold tree estimated paths or locations. Therefore, the BLM has determined that no known spotted owl nests would be removed as a result of tailhold or anchor trees, or damaged by yarding cables. Spotted owl surveys are being conducted consistent with the spotted owl survey protocol, including surveys at known sites and proposed timber sale areas. If spotted owls are located, the BLM will evaluate the spotted owl locations relative to the logging systems and make changes as appropriate consistent with BLM authorities which could include modification to the logging systems or reducing the number of anchor trees.

The exact number of guyline or tailhold trees that would be cut in the proposed units is unknown, but the potential exists for several to be cut adjacent to each cable unit. Guyline or tailhold trees could be cut in nesting-roosting, foraging, dispersal-only, or non-habitat. Even though several trees could be cut, these stands adjacent to the harvest units are still anticipated to retain their current habitat function post-treatment because it is estimated that no more than three to six trees per landing would be cut. The total number of trees to be cut would depend on the amount of yarder settings/landings for each unit. The removal is not expected to have substantial reductions to the canopy cover or basal area, change multi-layer stand conditions (if they exist), or remove other key habitat components. The amount of individual trees that could be cut would not collectively change the current function of nesting-roosting, foraging, or dispersal-only stands in which they occur. BLM contract administrators inspect these guyline and tailhold trees while the timber sale is active and report findings to the wildlife biologist and other resource specialist. All landings need approval from the BLM contract administrator prior to being cut. In some cases, the adjacent areas where the guylines are located do not qualify as habitat, and when single remaining trees are not present, dozers would be used as anchors. According to Oregon OSHA Regulations, felled trees would be removed from the site if they cannot be stabilized and pose an additional threat of sliding or rolling onto the roadways (OAR 437-007-0225 and OAR 437-007-0500). Potential guyline or anchor trees are not expected to occur in spotted owl nest patches.

Access to some units would require road construction to extract timber. The habitat effects from the road construction are analyzed as separate treatment areas if they are located outside of habitat removal units and have been incorporated into the total habitat effects for the project as habitat removal (Table 15). The roads were buffered to create polygons to represent the effects from the road building. These buffers were included in the proposed units GIS layer used to

28

KSW01467

Medford BLM April FY2023 Batch BA

determine effects from the proposed action. All road construction outside of proposed units or within NR or F modified, or dispersal-only modified units were included in the analysis. Approximately 191 acres of NRF habitat and 177 acres of dispersal-only habitat would be removed by proposed route construction scattered throughout the Rogue Gold, Trail Creek, and Last Chance Projects.

For all of the activities included above, reinitiation of consultation would occur if the actual effects from these actions exceed the anticipated effects described in this Assessment.

## 2.4 Project Design Criteria

Project Design Criteria (PDC) are conservation measures applied to project activities designed to reduce and minimize potential detrimental effects on listed species. Physical impacts to habitat and disturbances to individuals can be reduced or avoided with PDC. In some cases, use of PDC may result in a determination of *not likely to adversely affect* (NLAA) for a project which may have otherwise been determined to be a *may affect, likely to adversely affect* (LAA). The PDC apply to all proposed activities described in the Assessment.

Physical impacts to habitat and disturbances to individual spotted owls can be reduced or avoided with PDC. Table A-1 (Appendix B) provide the disturbance, and/or physical injury distance thresholds for spotted owls which would be used to develop appropriate timing restrictions for proposed activities. PDC involving seasonal restrictions will be implemented unless fully implemented spotted owl protocol surveys (or other best available information) (USDI FWS 2012a), indicate either non-occupancy or non-nesting of target species. The District retains discretion to halt and modify all projects, anywhere in the process of project completion, should new information regarding effects to proposed and listed threatened or endangered species, or their Critical Habitat, arise. Minimization of impacts will then, at the least, include the application of an appropriate seasonal restriction to minimize disruption impacts; and could include clumping of retention trees around nest trees, establishment of buffers, dropping unit(s) or portions of units, or dropping entire projects. Also, should such a situation arise, the Level 1 Team will be convened to determine whether reinitiating consultation will be necessary.

If any historic spotted owl site is found to be occupied or new resident spotted owls are located during surveys, BLM staff biologists and the Level 1 team will review PDC and the consultation to confirm the ESA analysis remains valid given the circumstances. Timber sales have a contract clause (E-3) that authorizes the District to initiate a stop work order to the timber sale contractor when threatened and endangered species are found in the timber sale or to comply with court orders. If or when listed species are found in the project area the timber operators would be notified in writing by the contracting officer to stop the work until the issue is evaluated further. If the impacts to the new site are no longer consistent with the analysis, the project will remain stopped until the BLM completes one or more of the following:

- o Modifies the proposed action to ensure that impacts remain as described in the consultation documents.
- o Imposes seasonal protections (if necessary).
- o Reinitiates or completes new consultation.

KSW01468

AR_004732

All actions included in this Assessment will be consistent with the PDC described below.

**The following PDC are designed to help reduce impacts to northern spotted owls:**

1) Activities would be seasonally restricted between March 1 and July 15 within the disruption distances as described in Table A-1 in Appendix A, for any occupied spotted owl site.

2) No timber harvest will occur within 0.25 mile of any spotted owl site from March 1 through July 15, unless protocol surveys have determined owls are not present, are non-nesting, or nesting has failed.

3) The proposed treatments are designed to avoid incidental take (per Level 1 discussions with the U.S. Fish and Wildlife Service) while contributing to the District's ASQ, improving forest resilience, and developing spotted owl habitat in the LSR LUA (USDI BLM 2016a). BLM wildlife biologists and silviculturists worked together to design treatments in occupied spotted owl habitat/sites in order to avoid an incidental take determination by the Service.

4) Spotted owl protocol (USDI FWS 2012a) surveys have been conducted for two or more years for each project prior to the completion of this Assessment (with the minor exception below). Surveys will continue until project implementation is complete and if resident spotted owls are located during protocol surveys before implementation is complete, units within any detected resident owl home ranges would be dropped or modified to eliminate potential adverse effects that could lead to an incidental take determination. BLM will share information with the Service in a timely manner to evaluate the potential for incidental take as survey results become available and as warranted. Survey results will be shared with the Level 1 team at the end of each survey season to discuss the survey results and appropriate conservation measures.

   • Two sites (site 3253B in the Trail Creek Project and site 0935A in the Last Chance Project) with anticipated adverse impacts to NRF habitat from the proposed action, had a break in annual surveys and as a result, recent occupancy status at these sites is unknown. The BLM is deferring harvest at these sites until protocol surveys can be completed. Due to the break in surveys, the BLM will restart the protocol surveys in the spring of 2023, and harvest will not start in the units within this home range before the 2nd year of consecutive surveys have been completed in 2024. The project will be adjusted accordingly depending on occupancy status and spatial location.

5) Wildlife biologists will review proposed activities through current and on-going field office project tracking procedures, which may include field reviews. The purpose of this involvement is to ensure the project minimizes impacts to listed species and the project is carried out as described in this Assessment and supporting documents, including implementing seasonal restrictions and other PDC.

6) Prescriptions designed to maintain nesting-roosting or foraging habitat function at the unit scale would implement the following project design criteria below to ensure the function of the habitat would remain post-treatment. Best available information from the

KSW01469

AR_004733

Medford BLM April FY2023 Batch BA

West Cascades and as summarized in USDA USDI 2013 informs the treatments and PDCs.

- o Nesting-roosting habitat (NR) would retain an average of 60 percent canopy cover. Generally, no more than 20 percent of the existing basal area would be removed (Anthony and Wagner, 1998) in NRF habitat. This includes having at least 180 ft$^2$/acre total basal area (conifer and hardwoods) retention. As part of following the District's Planning and Implementation Quality Control Plan (USDI BLM 2015b), the wildlife biologist and prescription writer would review pre-harvest mark of the NR units to ensure sufficient habitat elements are retained so the units would still function as nesting-roosting habitat post-treatment.  If deficiencies are found in the mark, the wildlife biologists and prescription writer will adjust the mark to retain sufficient habitat elements (greater than 60 percent canopy cover, at least 180 ft$^2$/acre total basal area, layering, etc.).

- o Foraging stands would retain an average of 60 percent canopy cover and will have at least 150 ft$^2$/acre total basal area (balanced mix of conifer and hardwoods) retention.  The wildlife biologist and prescription writer would review the foraging units to ensure habitat elements, including basal area and canopy cover, are retained to ensure the stands would still function as foraging habitat post-treatment.

- o Multiple canopy layers would be retained in stands with more than one layer present prior to treatment.  These conditions are documented prior to treatment during habitat evaluations and/or silviculture stand exams.  The mark inspection process includes the evaluation of how the mark impacts the layering and would be adjusted as needed to ensure pre-treatment layering is retained post-treatment (USDI BLM 2015b).

- o Decadent components such as large snags, large character trees (live trees with deformities) large down wood, and large hardwoods, would be retained.  Based on manager discretion, snags and danger/hazard trees that must be felled to meet Occupational Safety and Health Administration guidelines would be left on site, used for stream restoration, or sold, depending on the proximity to roads, streams, and the LUA.

- o In prescriptions that include the creation of small openings (approximately 0.25 acre to 1 acre) and where the objective is to maintain habitat function, the openings would be distributed throughout the unit in a manner to retain sufficient canopy cover, basal area, and key habitat features as described above and the total acres of openings would not exceed 20 percent of the treatment area to maintain NRF quality and canopy cover.  In order to keep the openings less than one acre, created small openings (patch cuts) will not be placed adjacent to other existing or created openings.  Fewer openings will be included in the prescriptions in units with additional thinning in order to retain sufficient basal area (150 ft$^2$/acre minimum for foraging or 180 ft$^2$/acre minimum for nesting-roosting) and canopy cover (at least 60 percent) to maintain habitat function (as described above).

- o Post-harvest fuels treatments, understory reduction, or pre-commercial thinning would only be done if the existing post-harvest layering (especially the lower

KSW01470

AR_004734

Medford BLM April FY2023 Batch BA

canopy layers) would not be removed as a result of the activity fuels treatments. The post-harvest layering conditions and need for additional understory treatments would be assessed by the project wildlife biologist, fuels specialist, and prescription writer.

7) Prescriptions designed to maintain dispersal-only habitat function at the unit scale post-treatment would implement the following project design criteria below to ensure the function of the habitat and the conditions that would classify the stand as dispersal-only habitat would remain post-treatment. Best available information from the Klamath Mountains and West Cascades Provinces, and as summarized in USDA USDI 2013 informs the treatments and PDCs.

    o Canopy cover in treated dispersal-only units would be retained at an average of 40 percent, which would provide the minimum canopy to function as dispersal-only habitat.

    o Decadent components important to owls, such as large snags, large down wood, and large hardwoods, would be retained. Based on Manager discretion, snags or danger/hazard trees that must be felled for Occupational Safety and Health Administration guidelines would be left on-site, used for stream restoration, or sold, depending on the proximity to roads, streams, and the LUA.

8) No known nest trees would be removed where treatments in the nest patch would occur. This includes Rogue Gold sites 0102O, 0956O, 0958O, 4045O and 4621O; Trail Creek sites 1949A, 2625O, 2629O, 3394A and 4381O; and Last Chance sites 0068O, 0099O, 0928O, 1731O, 2068O, 2015A and 070A. All of the treatments that do occur in the nest patch of the above sites occur at the periphery of the nest patch and do not overlap known nest tree locations, with the exception of sites 0068O and 1731O. The nest tree locations in sites 0068O and 1731O are unknown because either the nest trees were located in the 1990's before accurate GPS technology, or fledglings were located after they left the nest. In addition, a wildlife biologist will review proposed activities through current and on-going field office project tracking procedures, which may include on-the-ground field reviews of marked stands to ensure all known spotted owl nest trees are retained.

9) Large standing snags and down wood will be retained in proposed harvest units to meet the SWO RMP/ROD management direction (USDI BLM 2016a). Generally, the marking guidelines favor the retention of large hardwoods and large deformed trees, which provide nesting opportunities for spotted owls. Based on Manager discretion, snags and danger/hazard trees that must be felled to meet Occupational Safety and Health Administration guidelines would be left on site, used for stream restoration, or sold, depending on the proximity to roads, streams, and the LUA.

10) The planning and implementation of the Rogue Gold, Trail Creek, and Last Chance Projects will be consistent with the District's Planning and Implementation Quality Control Plan (2015) current at the time of project implementation. Note the Plan is periodically revised; project implementation will be consistent with the current plan. The citation provided here represents the current plan.

11) The timber sale mark in proposed units that modify nesting-roosting or foraging habitat would be reviewed by the project wildlife biologist prior to implementation to ensure the

KSW01471

AR_004735

prescription would retain the function of NR or F habitat post-treatment. The priority for review would be in the home ranges of occupied owl sites to ensure accurate implementation in the relatively more demographically meaningful areas for spotted owls. Foraging units retaining at least 150 ft$^2$/acre total basal area (conifer and hardwoods), would also be a high priority for review. The desired habitat retention stand conditions described in the definition section above would be checked in the field by the project area biologist and/or the prescription writer. Specifically, the mark review would include checking and documenting how the mark would affect the following stand/habitat elements: tree DBH, basal area, canopy cover, multi-layered structure (if present), skip placement, and gap sizes. Additional trees would be marked for retention if the field review indicated the habitat function (i.e. high canopy cover, layering, basal area, etc.) as intended in the prescription would not be retained post-harvest (USDI BLM 2015b).

12) Habitat determinations for the Rogue Gold, Trail Creek, and Last Chance Hazardous Fuels Reduction Treatment (HFR) units were based on GIS and have not been field verified. Therefore, the exact habitat conditions and structure are unknown at this time but were conservatively assigned to the NRF habitat type when data was not available to identify nesting-roosting or foraging habitat. Field habitat evaluations would be conducted in all units NRF units prior to initiating any HFR treatments within the 0.5-mile core use areas and home ranges of occupied spotted owl sites associated with the Rogue Gold, Trail Creek, and Last Chance Projects.

13) If field habitat evaluations locate nesting-roosting habitat (as opposed to foraging or dispersal-only habitat), the fuels specialist would work with the wildlife biologist to modify the prescription (i.e., retain more understory and utilize winter/early spring burning windows) to ensure that key habitat features, such as complex structure and multi-layered canopy structure would be retained post-treatment to maintain nesting-roosting habitat function.

14) Seasonal restrictions would be implemented for any HFR treatments proposed to occur in NRF habitat, where habitat evaluations and spotted owl surveys are not current at the time of implementation. These seasonal restrictions would be waived if field habitat evaluations determine the units are dispersal-only habitat or if protocol surveys (project clearance or demography protocol) determine resident single or territorial pairs are not present.

15) HFR Treatments would be distributed over time and space and would be implemented over several years and throughout the Action Area.

**The following PDC are designed to help reduce impacts to the Franklin's bumble bee:**

1) Franklin's bumble bee is most vulnerable to harm during the active flight season when individuals need to traverse between nest sites and floral forage resources. For any actions proposed to occur in open areas or potential meadows where Substantial Floral Resources could potentially occur, the BLM will complete on-the-ground evaluations of such identified areas prior to implementation to determine whether Substantial Floral Resources are present that may be impacted due to the proposed action. If Substantial Floral Resources are found to be present, BLM will share the results with the Level 1 team to determine the appropriate course of action. After consultation with the Service,

KSW01472

AR_004736

Medford BLM April FY2023 Batch BA

any actions that could impact meadow habitat with Substantial Floral Resources would be either:

- Seasonally restricted between May 15 and September 30 (active flight season) to avoid adverse impacts, or;
- Not be implemented (drop treatment).

34

# 3. STATUS OF THE SPECIES

## 3.1 Status of Northern Spotted Owl – Range Wide

A detailed account of the taxonomy, ecology, and reproductive characteristics of the spotted owl can be found in the *2011 Revised Recovery Plan for the Northern Spotted Owl* (USDI FWS 2011), SEI 2004 Northern Spotted Owl Status Review (Courtney et al., 2004); Interagency Scientific Committee Report (Thomas et al., 1990); Forest Service Ecosystem Management Report (USDA et al*.*, 1993), final rule designating the spotted owl as a threatened species (USDI 1990), and several key monographs (e.g. Franklin et al. 2021, Dugger et al., 2016a, Anthony et al., 2006 and Forsman et al., 2011).

Eleven demographic study areas have been established to represent owl status across the range of the northern spotted owl (Forsman, et al., 2011). Metadata analysis evaluates population statistics of the owls in the demographic study areas. The previous metadata analysis was conducted in January of 2014 and published in 2016 (Dugger et al. 2016). The most recent metadata analysis was conducted in 2019 and published in 2021 (Franklin et al. 2021). These meta-analysis workshops incorporated the long history of spotted owl data, which includes survey and banding data for the past 22 to 34 years.

The 2016 metadata analysis found that spotted owl populations range-wide are declining at an average annual rate of 3.8 percent. Dugger et al. (2016) concluded that fecundity, apparent survival, and/or populations were declining on most study areas, and that increasing numbers of barred owls and loss of habitat were partly responsible for these declines. Additionally, authors noted a positive association between the removal of barred owls and the vital rates of spotted owls (Dugger et al. 2016, p. 98).

Declines in population change and occupancy rates were shown to have continued across the range, except in coastal California where a barred owl removal project was started in 2009 (Diller et al. 2016, p. 693). In the Oregon and California study areas, realized rate of population change (the change in population since the study was initiated) has shown steady declines over the past two decades (Dugger et al. 2016, p. 72-74). The authors found strong evidence of declines in seven areas, and less evidence of declines in three (Tyee, Klamath and South Cascades) (Dugger et al., 2016, p. 70).

Dugger et al. (2016) found these declines were because barred owls have a strong negative effect on spotted owl survival on some but not all of the individual study areas; barred owls have a strong positive effect on spotted owl site extinction rates on all areas; and barred owls also have a strong negative effect on spotted owl colonization on some but not all study areas. Effects of climate/weather are variable on spotted owl vital rates. Habitat loss remains a concern in that it is affecting spotted owl survival, extirpation, and colonization rates on some spotted owl demographic study areas.

The findings in the most recent metadata analysis demonstrated continued declines of spotted owl populations across the range of the spotted owl. Franklin et al. (2021) found that the declines in both apparent survival and recruitment have accelerated since 2014, resulting in further losses to NSO populations beyond those reported by Dugger et al. (2016). Estimated

KSW01474

AR_004738

Medford BLM April FY2023 Batch BA

population sizes have declined in all study areas in Oregon by over 60 percent since 1995, with Klamath Study Area declining by over 75 percent. Similar to Dugger et al. (2016), the most recent metadata analysis found that barred owl occupancy had a dominant negative effect on colonization and positive effect on extinction of spotted owl territories (Franklin et al. 2021, p. 28).

## 3.2 Status of Franklin's Bumble Bee

The Service listed the Franklin's bumble bee (*Bombus franklini*) as endangered, without critical habitat, on September 23, 2021 (USDI FWS 2021b). This Assessment largely relies on information synthesized in the 2018 species status assessment (SSA) (USDI FWS 2018) and the 2021 listing document (USDI FWS 2021b). This species is a narrow endemic, with historic observations recorded in portions of Douglas, Jackson, and Josephine Counties in southern Oregon, as well as Trinity and Siskiyou Counties in northern California. Available location data have been collected through unsystematic, opportunistic surveys and reporting, especially prior to 1998 (USDI FWS 2018, p. 9). There is a high degree of uncertainty pertaining to current occurrence of populations. The last sighting of any Franklin's bumble bee was in 2006 and there are no known current populations distributed across any level of ecological conditions or spatial extent despite numerous survey efforts in high quality habitat where historical locations were reported (USDI FWS 2018, p. 3 and p. 42).

### Threats

Habitat appears generally intact and in good condition throughout the known, historical locations of the Franklin's bumble bee and all recent focused survey areas (with notable exceptions of historical habitat lost by the creation of Applegate Lake in the fall of 1980 and soil modification that occurred on a portion of the Gold Hill site in 2004). To date, the Service has found no information to suggest the destruction, degradation, and conversion of habitat caused the decline of the Franklin's bumble bee (USDI FWS 2018, pp. 35-37), and no information to suggest that habitat destruction or modification will increase to the point where it will be a primary stressor to the species in the near future.

Known pathogens occur within the historic range of the Franklin's bumble bee, and there is evidence of several pathogens infecting closely related species within its range that have also likely affected the Franklin's bumble bee. For example, bumble bees infected with *Nosema bombi* may have crippled wings, and queens may have distended abdomens and be unable to mate (Otti and Schmid-Hempel 2007, pp. 122-123). Malfi and Roulston (2014, p. 24) found that *N. bombi* infections are more frequent and more severe in rare species, and the species with the highest percentages of infected individuals were rare species. Furthermore, the effects of pathogen infection on bumble bees may be amplified by other stressors on the landscape such as nutritional stress. Although we have no direct evidence of pathogens playing a role in the decline of the Franklin's bumble bee, the disappearance of the Franklin's bumble bee occurred soon after a period of potential exposure to introduced pathogens, particularly *N. bombi.* Decline of other closely related pollinators has been associated with these pathogens, and it is highly likely pathogens have had some negative influence on the health of Franklin's bumble bee populations. Exposure to pesticides can occur to bumble bees from direct spray or drift, or from gathering or consuming contaminated nectar or pollen (Johansen and Mayer 1990; Morandin et al. 2005, p. 619). Lethal and sublethal effects on bumble bee eggs, larvae, and adults have been documented

KSW01475

AR_004739

Medford BLM April FY2023 Batch BA

for many different pesticides under various scenarios (USDI FWS 2018, p. 28). Studies have also found evidence of adverse impacts to bumble bee habitat associated with pesticides due to changes in vegetation and the removal or reduction of flowers needed to provide consistent sources of pollen, nectar, and nesting material (USDI FWS 2018, p. 28).

Furthermore, no information has yet connected competition from European honey bees to the decline of the Franklin's bumble bee. The European honey bee (*Apis mellifera*) was first introduced to eastern North America in the early 1620s and into California in the early 1850s (Xerces Society and Thorp 2010, p. 21). Though resource needs of the European honey bee and native *Bombus* species may overlap (Thomson 2004, p. 458; Thomson 2006, p. 407), there is no indication of limited floral resources in Franklin's bumble bee habitat with large numbers of European honey bees. However, there is no information related to the specific placement of commercial honey bee colonies in or near Franklin's bumble bee habitat. European honey bees have been present without noticeable declines in other *Bombus* populations over large portions of their ranges (Xerces Society and Thorp 2010, p. 21).

## Habitat

Franklin's bumble bees typically nest underground in abandoned rodent burrows or other cavities that offer resting and sheltering places, food storage, nesting, and room for the colony to grow (Plath 1927, pp. 122-128; Hobbs 1968, p. 157; Thorp et al. 1983, p. 1; Thorp 1999, p. 5). The species may also occasionally nest on the ground in bunch grasses (Thorp et al. 1983, p. 1) or in rock piles (Plowright and Stephen 1980, p. 475). It has even been found nesting in a residential garage in the city limits of Medford, Oregon (Thorp 2017, pers. comm.).

A specific habitat study for Franklin's bumble bee has not been completed, though such a study was initiated in 2006 when the species was last seen; but, the study could not continue due to the subsequent absence of the species (Thorp 2017, pers. comm.). However, like all bumble bees, this species requires a constant and diverse supply of flowers that bloom throughout the colony's life cycle, from spring to autumn (Xerces Society and Thorp 2010, p. 11); these resources would typically be found in open (non-forested) meadows in proximity to seeps and other wet meadow environments. Nectar from flowers provides carbohydrates, and pollen provides protein. Franklin's bumble bee may have a foraging distance of up to 10 km (6.2 mi) (Thorp 2017, pers. comm.), but the species' typical dispersal distance is most likely 3 km (1.86 mi) or less (Hatfield 2017, pers. comm.; Goulson 2010, p. 96). Franklin's bumble bee has been observed collecting pollen from lupine (*Lupinus* spp.) and California poppy (*Eschscholzia californica*), and collecting nectar from horsemint or nettle-leaf giant hyssop (*Agastache urticifolia*) and coyote mint (*Monardella odoratissima*) (Xerces Society and Thorp 2010, p. 11). Franklin's bumble bee may also collect both pollen and nectar from vetch (*Vicia* spp.) (Xerces Society and Thorp 2010, p. 11). The Franklin's bumble bee has been found in a wide array of sheltered and exposed habitat types at elevations ranging from 540 ft (162 m) to 7,800 ft (2,340 m).

KSW01476

AR_004740

# 4. ENVIRONMENTAL BASELINE

## 4.1 Northern Spotted Owl

### 4.1.1 Status of Northern Spotted Owl Habitat in the Action Area

The baseline tables below summarize spotted owl habitat by ownership, land use allocation, and critical habitat in the Rogue Gold, Trail Creek, and Last Chance portions of the Action Area (Tables 5, 6, and 7). The BLM used the Medford District spotted owl habitat baseline layer for BLM managed lands and the updated 2014 Rogue Basin habitat layer based on GNN (Gradient Nearest Neighbor) data to type habitat on non-BLM land (NRF, dispersal-only, capable, and non-habitat). See Appendix E, Maps 4-6 for a view of the current spotted owl habitat conditions within the Rogue Gold, Trail Creek, and Last Chance portions of the Action Area.

**Habitat Updates**
The Medford District BLM spotted owl habitat baseline is continually updated by the District, and the habitat baseline for the Action Area is current as of February 2023. This update baseline represents best available information. This also includes an update of 107 acres burned from the 2021 fires in the Trail Creek and Rogue Gold portions of the Action Area (Board Mountain, Buck Rock, and North River Road fires). None of the Rogue Gold or Trail Creek units were within the fire perimeters. The 2022 Rum Creek fire does not overlap any of the Action Area. Fire severity was classified for the fires by calculating the Normalized Burn Ratio (NBR) and Delta NBR (dNBR) from pre- and post-fire Sentinel multispectral imagery. At the Medford District, the dNBR was classified based on breakpoints indicated in Key and Benson 2006 (High, Moderate-High, Moderate-Low, Low, and Unburned to Very Low). While the severity data is not an exact match for vegetation mortality, High and Moderate (high and low) burn severity categories can be used to estimate the amount of vegetation mortality resulting from the fire. The effects to northern spotted owl habitat were variable throughout the fires, depending on the fire severity. The District updated the spotted owl habitat baseline for all lands within the fire perimeters based on burn severity data obtained from satellite imagery. A crosswalk with pre-fire habitat conditions and burn severity was used to predict the post-fire habitat conditions. The post-fire habitat was further refined with on the ground evaluations.

While spectral imagery was used to update the baseline, the majority of the habitat updates within the proposed Rogue Gold, Trail Creek, and Last Chance treatment units were based on field evaluations. These field evaluations included taking measurements of overstory canopy cover (ocular estimates), measuring overstory tree diameters, recording the number of canopy layers, recording the amount of coarse woody debris and snags, and recording other habitat characteristics such as nesting platforms, cavities, and mistletoe brooms. In addition to the field evaluations, the project wildlife biologists conducted a review of potential spotted owl habitat using a combination of aerial photographs, LiDAR, GIS software, wildlife survey data, and stand exam records for the remaining project units. Areas outside of proposed treatment units were updated using aerial photos or LiDAR. As a result, the habitat baseline for the Rogue Gold, Trail Creek, and Last Chance Projects represents the most current and up-to-date habitat information to the extent practicable, and overall, this habitat information represents best available information.

KSW01477

AR_004741

Medford BLM April FY2023 Batch BA

The Action Area have a checkerboard pattern of ownership of private land interspersed with BLM.  Management practices occurring on private lands range from residential home site development to intensive industrial timber management.  Historically, non-federal landowners practiced even-aged management (clear-cutting) of timber over extensive acreages.  Private industrial forestlands are managed for timber production and will typically be harvested between 40 and 60 years of age.  The BLM anticipates some loss of owl habitat on private lands, but cannot predict the rate of loss, types of spotted owl habitat affected, or the specific location of harvest.  For these reasons, even though NRF and dispersal quality habitat is calculated for non-federal lands (Tables 5-7), private lands are expected to remove potential NRF and dispersal quality habitat on their lands within the Action Area.  Therefore, the BLM cannot assume private lands are providing these habitat roles for spotted owls in the long term in the Action Area, and thus do not factor them into our analysis.

**Current Spotted Owl Habitat Conditions in the Rogue Gold Action Area**
Due to the configuration of the proposed units and location of the spotted owl sites, the resulting portion of the Action Area for the Rogue Gold Project totals 76, 838acres (all land ownerships).  The Rogue Gold portion of the Action Area is contained in one large polygon and does not overlap with the Trail Creek or Last Chance portions of the Action Area.  Approximately 30 percent of the federal lands within the Rogue Gold portion of the Action Area are NRF habitat (Table 5).  There are 21 spotted owl home ranges completely contained within the Rogue Gold portion of the Action Area (Table 9).

| Table 5.  Spotted Owl Habitat Environmental Baseline for the Rogue Gold Action Area. | | | | | | |
|---|---|---|---|---|---|---|
| | Total Acres | NRF Habitat Acres (% Of Total) | Capable Habitat Acres (% Of Total) | Dispersal Quality[2,] Acres (% Of Total) | Reserved Acres[1] (% Of Total) | Non-Reserved Acres (% Of Total) |
| **OWNERSHIP** | | | | | | |
| -All Ownerships | 76,838 | 13,436 (17%) | 22,670 (43%) | 42,722 (56%) | 15,379 (20%) | 61,459 (80%) |
| - Non-Federal (Private) | 48,948 | 4,992 (10%) | 16,902 (35%) | 22,532 (46%) | 0 | 48,948 (100%) |
| -Federal (BLM) | 27,890 | 8,444 (30%) | 5,768 (21%) | 20,190 (72%) | 15,379 (55%) | 12,511 (45%) |
| LAND ALLOCATION—FEDERAL (*hierarchal, no acres double-counted*) | | | | | | |
| **Reserves (BLM)** | 15,379 | 4,247 (28%) | 4,018 (26%) | 9,729 (63%) | 15,379 (100%) | NA |
| **Harvest Land Base (BLM)** | 12,511 | 4,197 (34%) | 1,749 (14%) | 10,461 (84%)0 | NA | 12,511 (100%) |
| SPOTTED OWL CRITICAL HABITAT (2012) | | | | | | |

| Critical Habitat Unit | Sub-unit | Acres | NRF Habitat Acres | Capable Habitat Acres | Dispersal Quality Acres | Reserved Acres | Non-Reserved Acres |
|---|---|---|---|---|---|---|---|
| **10** | **KLE-3** | 16,369 | 5,644 (34%) | 2,727 (17%) | 12,522 (76%) | 9,463 (58%) | 6,906 (42%) |

Notes:  1. Based on 2016 RMP LUAs BLM and 1994 NWFP LUA FS Reserved= land allocation with no programmed timber harvest, but some removal of commercial trees, including LSR, Riparian Reserve, and District Designated Reserves in this AA 2.  Dispersal includes NRF habitat.

KSW01478

AR_004742

Medford BLM April FY2023 Batch BA

**Current Spotted Owl Habitat Conditions in the Trail Creek Action Area**

The Trail Creek portion of the Action Area is contained in one large polygon totaling 56,247 acres and does not overlap with the Rogue Gold or Last Chance portions of the Action Area. Approximately 47 percent of the federal lands within the Trail Creek portion of the Action Area are NRF habitat (Table 6). There are 25 spotted owl home ranges within the Trail Creek portion of the Action Area (Table 9).

**Table 6. Spotted Owl Habitat Environmental Baseline for the Trail Creek Action Area.**

| | | Total Acres | NRF Habitat Acres (% Of Total) | Capable Habitat Acres (% Of Total) | Dispersal Quality[2,] Acres (% Of Total) | Reserved Acres[1] (% Of Total) | Non-Reserved Acres (% Of Total) |
|---|---|---|---|---|---|---|---|
| **OWNERSHIP** | | | | | | | |
| **-All Ownerships** | | 56,247 | 17,819 (32%) | 19,605 (35%) | 33,373 (59%) | 16,288 (29%) | 39,958 (71%) |
| **- Non-Federal (Private, State)** | | 27,397 | 4,308 (16%) | 13,263 (48%) | 12,328 (45%) | 0 | 27,397 (100%) |
| **-Federal (BLM, USFS)** | | 28,850 | 13,512 (47%) | 6,342 (22%) | 21,045 (73%) | 16,288 (56%) | 12,562 (44%) |
| **LAND ALLOCATION—FEDERAL** *(hierarchal, no acres double-counted)* | | | | | | | |
| **Reserves (BLM, USFS)** | | 16,288 | 8,123 (50%) | 3,150 (19%) | 11,869 (73%) | 16,288 (100%) | NA |
| **Harvest Land Base (matrix FS)** | | 12,562 | 5,388 (43%) | 3,192 (25%) | 9,175 (73%) | NA | 12,562 (100%) |
| **SPOTTED OWL CRITICAL HABITAT (2012)** | | | | | | | |
| **Critical Habitat Unit** | **Sub-unit** | **Acres** | **NRF Habitat Acres** | **Capable Habitat Acres** | **Dispersal Quality Acres** | **Reserved Acres** | **Non-Reserved Acres** |
| **10** | KLE-1 | 4,355 | 2,158 (50%) | 773 (18%) | 3,526 (81%) | 3 (0.1%) | 4,352 (99.9%) |
| **10** | KLE-3 | 16,459 | 8,376 (51%) | 4,023 (24%) | 11,693 (71%) | 10,923 (66%) | 5,537 (34%) |
| Notes: 1. Based on 2016 RMP LUAs BLM and 1994 NWFP LUA FS Reserved= land allocation with no programmed timber harvest, but some removal of commercial trees, including LSR, Riparian Reserve, and District Designated Reserves in this AA  2. Dispersal includes NRF habitat. | | | | | | | |

**Current Spotted Owl Habitat Conditions in the Last Chance Action Area**

Due to the configuration of the proposed units and location of the spotted owl sites, the resulting portion of the Action Area for the Last Chance Project totals 91,000 acres (all land ownerships). The Last Chance portion of the Action Area is contained in one large polygon and does not overlap with the Rogue Gold or Trail Creek portions of the Action Area. Approximately 77 percent of the federal lands within the Last Chance portion of the Action Area are NRF habitat (Table 7). There are 33 spotted owl home ranges completely contained within the portion of the Last Chance Action Area (Table 9).

KSW01479

AR_004743

Medford BLM April FY2023 Batch BA

| **Table 7. Spotted Owl Habitat Environmental Baseline for the Last Chance Action Area.** | | | | | | |
|---|---|---|---|---|---|---|
| | **Total Acres** | **NRF Habitat Acres (% Of Total)** | **Capable Habitat Acres (% Of Total)** | **Total Dispersal[2,] Acres (% Of Total)** | **Reserved Acres[1] (% Of Total)** | **Non-Reserved Acres (% Of Total)** |
| **OWNERSHIP** | | | | | | |
| -All Ownerships | 91,000 | 29,666 (33%) | 26,385 (29%) | 58,663 (64%) | 24,659 (27%) | 66,341 (73%) |
| - Non-Federal (Private, State) | 44,818 | 6,747 (23%) | 16,947 (64%) | 23,384 (40%) | 0 | 72,875 (100%) |
| -Federal (BLM, USFS) | 46,182 | 22,919 (77%) | 9,438 (36%) | 35,279 (60%) | 24,659 (53%) | 21,523 (47%) |
| **LAND ALLOCATION—FEDERAL** (*hierarchal, no acres double-counted*) | | | | | | |
| Reserves (BLM, USFS) | 24,659 | 14,378 (58%) | 3,717 (15%) | 19,718 (80%) | 24,659 (100%) | NA |
| Harvest Land Base (matrix FS) | 21,523 | 8,553 (40%) | 5,719 (27%) | 15,564 (72%) | NA | 21,523 (100%) |
| **SPOTTED OWL CRITICAL HABITAT** | | | | | | |
| **Critical Habitat Unit** | **Sub-unit** | **Acres** | **NRF Habitat Acres** | **Capable Habitat Acres** | **Dispersal Acres** | **Reserved Acres** | **Non-Reserved Acres** |
| **10** | KLE-1 | 46 | 31 (68%) | 3 (6%) | 43 (94%) | 3 (7%) | 43 (83%) |
| **10** | KLE-2 | 29,376 | 15,996 (54%) | 4,313 (15%) | 24,141 (82%) | 16,077 (55%) | 13,299 (45%) |
| **10** | KLE-3 | 3,795 | 1,463 (39%) | 1,123 (30%) | 2,616 (69%) | 1,937 (51%) | 1,858 (49%) |

Notes: 1 Based on 2016 RMP LUAs BLM and 1994 NWFP LUA FS Reserved= land allocation with no programmed timber harvest, but some removal of commercial trees, including LSR, Riparian Reserve, and District Designated Reserves in this AA   2. Dispersal includes NRF habitat.

### 4.1.3 Status of Northern Spotted Owl Dispersal Conditions

Fifth field watersheds can provide a landscape-level qualitative evaluation for dispersal function using the concepts of Thomas et al. (1990), as described below, along with more recent analyses of dispersal function per Lint et al. (2005) and Davis et al. (2011). Thomas et al. (1990) originally recommended assessing dispersal habitat conditions on the quarter-township scale and managing forested landscape so 50 percent of each quarter-township contains dispersal habitat. These levels were used to describe suitable habitat to support the transient phase of spotted owl dispersal. Since then, the Service has generally recommended using a fifth field or larger landscapes for assessing dispersal habitat conditions because watersheds or provinces offer a more biologically meaningful way to evaluate dispersal function. Davis et al. (2016) suggested that landscapes having at least 40 percent of dispersal habitat conditions (including both older and younger forests) would be sufficient to support spotted owl dispersal across the landscape. For the fifth field watershed scale analysis conducted in this Assessment, the BLM used the updated habitat information as described above to characterize NRF, dispersal-only, capable, and non-habitat across the region and across all ownerships (Table 8). This information represents the best available habitat data and analysis approach to evaluate dispersal-habitat function for spotted owls. The effects to spotted owl dispersal from the Rogue Gold, Trail Creek, and Last Chance Projects are analyzed in the Effects section below.

KSW01480

AR_004744

Medford BLM April FY2023 Batch BA

| 5th Field Watershed | Associated Project (s) | Total Watershed Acres | Total NRF Habitat Acres | Total Dispersal-Only Habitat Acres | Total Dispersal Acres (NRF+ Dispersal-only) | % Watershed Providing Dispersal Quality Habitat (NRF +Dispersal-only) |
|---|---|---|---|---|---|---|
| **Table 8. Dispersal Habitat Conditions in the Fifth Field Watershed Associated with the Rogue Gold, Trail Creek, and Last Chance Projects (all land ownerships).** | | | | | | |
| **Bear Creek** | Rogue Gold | 231,070 | 36,322 | 163,046 | 93,822 | **41 %** |
| **Elk Creek[1]** | Trail Creek | 54,322 | 24,592 | 16,886 | 41,477 | **76 %** |
| **Elk Creek[2]** | Trail Creek | 85,409 | 28,453 | 20,969 | 48,522 | **57 %** |
| **Evans Creek** | Trail Creek and Last Chance | 143,280 | 45,545 | 44,761 | 90,305 | **63 %** |
| **Gold Hill-Rogue River** | Rogue Gold | 135,963 | 14,522 | 32,942 | 47,464 | **35 %** |
| **Grants Pass-Rogue River** | Rogue Gold | 53,767 | 8,625 | 14,956 | 23,581 | **44 %** |
| **Lower Applegate River** | Rogue Gold | 90,537 | 24,320 | 32,576 | 56,896 | **63 %** |
| **Middle Applegate River** | Rogue Gold | 82,538 | 20,011 | 25,073 | 45,084 | **55 %** |
| **Shady Cove-Rogue River** | Trail Creek | 74,217 | 6,584 | 17,054 | 23,638 | **32 %** |
| **Trail Creek** | Trail Creek | 35,319 | 10,012 | 9,906 | 19,918 | **56 %** |
| **Grave Creek** | Last Chance | 104,517 | 36,502 | 30,742 | 67,244 | **64%** |
| **Middle Cow Creek** | Last Chance | 113,081 | 39259 | 30422 | 69,681 | **62%** |
| **Upper Cow Creek** | Last Chance | 47,480 | 25152 | 12704 | 37,856 | **80%** |

1=There are two Elk Creek 5th field watersheds. Elk Creek1 is primarily north of the Trail Creek project and Trail Creek watershed. 2=Elk Creek2 is primarily northeast of the Trail Creek project and Trail Creek watershed.

## 4.1.4 Status of Northern Spotted Owl Sites in the Action Area

Northern spotted owl site occupancy is defined as locations with evidence of continued use by spotted owls (including breeding), repeated location of a pair or single birds, presence of young before dispersal, or some other strong indication of continued occupation. Spotted owl sites described in this Assessment are based on historic site information, recent and current protocol survey results, and incidental observations. Spotted owls are generally monogamous and primarily mate for life (Courtney 2004). They are also known to exhibit high site fidelity. However, owls often switch nest trees and use multiple core areas over time, possibly in response to fluctuations of prey availability, loss of a particular nest tree, or presence of barred owls (see the barred owl section below). These multiple nest locations (original and alternates) are typically combined to represent one spotted owl pair territory for analysis purposes. For this Assessment, both the original and alternate nest locations are analyzed when the survey

KSW01481

AR_004745

Medford BLM April FY2023 Batch BA

information indicated the owls were observed at each location in the last two years.  However, only one location (most recent original or alternate location), is analyzed below to represent the territory when the site is not occupied, or recent protocol surveys (in the last two years) indicate the owls are only using one location.

As mentioned above, the Action Area represents all lands within 1.2 or 1.3 miles of proposed treatment units and all lands within any associated provincial home ranges of known spotted sites that could be directly or indirectly impacted (including loss of dispersal habitat and connectivity) by the proposed action.  There are 79 known spotted owl site home ranges (including 5 territories with original and alternate site locations) that could be impacted by proposed projects in this Assessment (Table 9 and Appendix B & C) because these home ranges are completely contained within the Action Area and overlap project unit footprints (Maps 7-9, Appendix E).  Effects from the proposed action to these 79 owl home ranges are discussed in Section 5.1.3.

There are 37 spotted owl site centers outside of the Action Area with a portion of their home range overlapping the Action Area (Maps 10-12, Appendix E).  However, no Rogue Gold, Trail Creek, or Last Chance Project treatments are proposed within these home ranges, so the habitat conditions within these 37 home ranges would not change as a result of the Rogue Gold, Trail Creek, or Last Chance Projects.  Additionally, since there are no proposed units within the home ranges of these sites, foraging habitat would also not be altered or affected at the smaller 0.5 mile core-use scale within the home range.  As mentioned earlier, spotted owls are "central place" foragers, with the 0.5 mile the core-use area (the area closest to the nest) being the focal area (Rosenberg and McKelvey 1999).

These site centers are also beyond noise and smoke disturbance distances, so no indirect effects from noise, smoke, or associated road use would occur within the home range of these 37 sites.  Effects to dispersal function is addressed at the 5th field watershed scales, which include the home ranges of these 37 sites.  For the reasons described above, the District believes that no effects are anticipated to these 37 spotted owl sites.  Therefore, these home ranges are not included in the Action Area and the sites are not carried forward in the effects analysise.

| Table 9. Spotted Owl Sites Associated with the Rogue Gold, Trail Creek, and Last Chance Action Area. | | | | |
|---|---|---|---|---|
| | **Rogue Gold** | **Trail Creek** | **Last Chance** | **TOTAL** |
| **Number of Owl Home Ranges Completely Contained in the Action Area** *(proposed units in known home ranges)* | **21**[1] | **25**[2] | **33**[2] | **79** |
| **Number of Owl Home Ranges Overlapping the Action Area** *(site center outside of AA and no units inside known home ranges and no direct or indirect effects from the proposed actions)* | **7** | **12** | **18** | **37** |
| **TOTAL** | **27** | **35** | **51** | **114** |

1 – Includes 1 territory with 1 alternate location/home range; 2 – Includes 2 territories with 1 alternate location/home range

KSW01482

AR_004746

Medford BLM April FY2023 Batch BA

### Occupancy Status of Spotted Owls Sites

For *planning purposes* for the Rogue Gold, Trail Creek, and Last Chance Projects, the BLM is determining occupancy status based on current protocol survey information and current habitat amounts within the home range and 0.5-mile core use areas. The occupancy status summarized in Table 10 is subject to change as protocol surveys continue until harvest. If territorial spotted owls are found occupying sites that are currently determined to be unoccupied and where adverse effects are determined due to habitat modification, the BLM will defer and/or modify their harvest plans to avoid incidental take of spotted owls. This process would be conducted through the Rogue Basin Level 1 Team, as appropriate.

| Table 10. Rogue Gold, Trail Creek, and Last Chance Spotted Owl Occupancy Status Summary. | | | |
|---|---|---|---|
| | Surveys are Current (at least 2 years of protocol surveys) | | Occupancy Status Currently Unknown (Protocol Surveys Not Completed) |
| | Occupied (Pair or Resident Single) | Unoccupied | |
| | 4 | 17 | 0 |
| **Rogue Gold** | 4683A/O, 2766O, 1198O | 4060O, 4069O, 4382O, 4480O, 4612O, 4621O, 0102O, 0956O, 0958A, 4045A, 2076O, 2269O, 2398O, 4041A, 1952O, 2260B, 3277O | |
| | 6 (2) | 16 | 1 |
| **Trail Creek** | 1304B/O, 1172O, 2006A/O, 0926O, FS-9988O[1], 4028O[1] | 2219O, 2356O, 1949A, 1824O, 3394A, 4027A, 2630O, 1822O, 2625O, 1832O, 1823O, 2629O, 3395O, 3396O, 4309O, 4381O | 3253B |
| | 8 | 24 | 1 |
| **Last Chance** | 1732B, 0917C, 4625C, 2406C, 1314A/O, 4626A/O | 0933A, 0877A, 0878A, 2015A, 2618A, 0883B, 1953A, 1731O,0943O, 2071O, 4619O, 0928O, 2277A, 2068O, 2273O, 0068O, 1300O, 2070A, 2620B, 2215O, 0099O, 0950B, 0924O, 0078O | 0935A |

1= occupancy status unknown for these sites due to lack of survey information, but conservatively assigned as occupied.

### Summary of Current Spotted Owl Site Habitat Conditions

The pre- and post- treatment NRF habitat acres for spotted owl sites in the Action Area are displayed in Table C-1 (Appendix C) and inform the effects determinations from the proposed actions. As mentioned above, the spotted owl baseline update for this Assessment includes changes in habitat due to wildfires and timber harvest.

The habitat quantity, juxtaposition, and treatment at the individual site will inform the actual effects during the site specific analysis in the Effects Section. The assessment of effects consider not just the effects to the treated stands but also places the effects into context of the entirety of

KSW01483

AR_004747

Medford BLM April FY2023 Batch BA

an owl's home range. This Assessment uses the provincial home range and 0.5-mile core-use to define the extent and spatial importance of an owl's habitat, mainly because the average quantity of habitat within those areas has been shown to be associated with occupancy and reproduction (sometimes referred to as "habitat fitness"). Appendix D provides more detailed information on this topic. As with assessing stand function, the estimate of habitat quantities within the provincial home range and 0.5-mile core-use area are derived mean quantities, not absolute thresholds. Any estimate of effect needs to take into account variance in actual home range/core areas estimated from empirical studies and the composition and arrangement of habitat elements.

NRF habitat is a focus of the analysis because research has indicated that the quantity and configuration of "older forest" (analogous to NRF habitat) provides a valid inference into the likelihood of occupancy (Hunter, et al. 1995), survival, and reproduction (Franklin, et al. 2000; Zabel, et al. 2003; Olson, et al. 2004; Dugger, et al. 2005; Dugger, et al. 2011). For example, when less than 40 to 60 percent of the home range is in NRF habitat, the likelihood of spotted owl occupancy is lower, and survival and reproduction may be reduced (Thomas et al., 1990; Bart and Forsman 1992; Bart 1995; Dugger et al., 2005). Generally, survival and reproduction are supported when there is between 40 and 60 percent older forest within the core-use area (Dugger et al., 2005), but local conditions and possibly pair experience, contribute to large variance in actual amounts for individual owls. The amount of habitat within an approximate 0.5-mile radius provides reliable predictor of occupancy, and the quantity and configuration have been shown to provide reasonable inferences into survival and reproduction. Appendix D provides a summary of the best available information regarding spotted owl resource and landscape use to help inform the baseline and effects analysis for this Assessment.

### *Spotted Owl Habitat Outside of Known Spotted Owl Home Ranges*
There are approximately 9,002 acres of NRF and 7,852 dispersal-only habitat on federal lands within the Action Area that are outside of known spotted owl home ranges (Table 11).

| Table 11. Spotted Owl NRF Habitat on Federal Lands Outside of Known Spotted Owl Home Ranges, but within the Action Area. | | |
|---|---|---|
| **Project** | **NRF Acres** | **Dispersal-Only Acres** |
| **Rogue Gold** | 2,444 | 4,122 |
| **Trail Creek** | 2,546 | 1,216 |
| **Last Chance** | 4,012 | 2,514 |
| **TOTAL** | **9,002** | **7,852** |

The NRF habitat acres outside of known spotted owl home ranges include aggregations of habitat that have potential for spotted owl occupancy. Contiguous NRF habitat greater than 70 acres (Miller et al., 1989) is one factor to determine if owls are present and based on models developed by Swindle, et al. (1997) and Perkins (2000) that indicate the 200- to 300-meter radius (and sometimes greater), encompassing up to 70 acres around a nest is important to spotted owls. Additionally, contiguous NRF habitat located in high relative habitat suitability (RHS) (see USDI FWS 2011) has a higher potential of supporting owls. Abiotic factors represented in the high RHS, such as slope, aspect, and core habitat, increase the likelihood of supporting nesting

45

Medford BLM April FY2023 Batch BA

owls compared to other locations across the landscape. These habitat areas will be further evaluated in the Effects section below.

### Spotted Owl Surveys

All nesting-roosting and foraging habitat associated with the Rogue Gold, Trail Creek, and Last Chance Projects will be surveyed to protocol (USDI FWS 2012a, Lint et al 1999), on BLM lands within 1.2 and 1.3 miles of the proposed units and within spotted owl sites affected by the proposed action. These surveys include NRF habitat outside spotted owl known home ranges in the areas that have the highest potential for spotted owl occupancy, as determined by the District and informed by the information provided above. Spot check surveys will continue as needed according to the protocol. Use of the 2012 Protocol serves two primary purposes: (1) provide a methodology that results in adequate coverage and assessment of an area for the presence of spotted owls, and (2) ensure a high probability of locating resident spotted owls and identifying owl territories that may be affected by a proposed management activity, thereby minimizing the potential for unauthorized incidental take (USDI FWS 2012a). If spotted owls are located, the BLM will evaluate the spotted owl locations relative to the logging systems and make changes as appropriate consistent with BLM authorities which could include modification to the logging systems or reducing the number of anchor trees.

To date, no additional spotted owls have been detected in these areas outside of the known spotted owl home ranges. Spot check surveys will continue as needed according to the protocol. If resident spotted owls are located, the BLM will modify or drop the units as appropriate to avoid incidental take of spotted owls. See Appendix B for a summary of the survey efforts and survey results for the known spotted owl sites associated with the Rogue Gold, Trail Creek, and Last Chance Projects.

### Discountable Spotted Owl Sites within the Action Area

Two historic spotted owl sites within the Action Area are located with site centers on private lands (3395O and 3396O). Both sites 0.5-mile cores use areas are entirely on private ownership and contain no (zero percent) NRF habitat. The home range areas of these sites contain six and three percent NRF habitat, respectively (Table C-1, Appendix C). Surveys at these sites were not completed because BLM does not have access to the private lands where the site centers are located, but all NRF habitat that does fall within the home range of these sites has been surveyed. Spotted owl sites with very low NRF habitat values in the 0.5-mile core use and home range areas have been shown to not be viable for spotted owl occupancy (Franklin et al. 2000, Dugger et al. 2005). Given the extremely low habitat-fitness values in these two sites (3395O and 3396O), they are considered unviable and unoccupied by spotted owls.

### Nonterritorial Spotted Owls within the Action Area

Northern spotted owl populations also include nonterritorial (non-breeding) adult ''floater'' spotted owls. Nonterritorial spotted owls are present on the landscape and use closed canopy forest habitat to support transient and colonization phases until they recruit into the breeding population. Nonterritorial spotted owls generally persist in the population and use a series of temporary home ranges to systematically sample or "prospect" the underlying network of resident territories along a somewhat erratic dispersal path (Forsman et al. 2002, p. 30). Because they are difficult to detect, the number and distribution of nonterritorial and dispersing spotted

KSW01485

AR_004749

owls are poorly known for any given northern spotted owl population. Male and female nonterritorial spotted owls are recruited into the population differently through recruitment and immigration (Franklin 1992, p. 822).

As described in Table 10 and in Appendix B, 20 of the 79 sites in the Rogue Gold, Trail Creek, and Last Chance Action Area have been occupied by a spotted owl pair or resident single within the last two years (2021 and 2022). Given the lack of territory occupancy, the unoccupied sites and areas outside of known spotted owl home ranges, should be accessible to nonbreeding spotted owls to colonize as territory holders. Seven of the unoccupied sites have detected incidental spotted owl responses (responses that do not meet residency status) in the last 2 years. Protocol surveys will continue within the Action Area and would discover any future recolonization by floaters of the current unoccupied territories.

### 4.1.5 Northern Spotted Owl Prey Species

The composition of the spotted owl's diet varies geographically and by forest type. Generally, flying squirrels are the most prominent prey for spotted owls in Douglas-fir and western hemlock forests in Washington and Oregon (USDI FWS 2011). In southwest Oregon, dusky-footed woodrats (*Neotoma fuscipes*) and northern flying squirrels (*Glaucomys sabrinus*) are a primary prey species for spotted owls (Forsman et al. 2004). Dusky-footed woodrats are typically found in high densities in early seral or edge habitat (Sakai and Noon 1993; Bingham and Noon 1997), but are also abundant in old growth and complex forests (Carey, et al. 1997). Northern flying squirrels are another major source of owl prey in southwest Oregon, and are found in older, more structurally complex forest along with younger stands (Wilson 2010). Other important prey items include red tree voles, deer mice, red-backed voles, gophers, snowshoe hare, bushy-tailed wood rats, birds, and insects, although these species comprise a small portion of the spotted owl diet (USDI FWS 2011).

### 4.1.6 Barred Owls

*General*

The 2011 Revised Recovery Plan for the Northern Spotted Owl identifies competition from the barred owl (*Strix varia*) as a threat to the spotted owl (USDI FWS 2011). Barred owls are native to eastern North America but have moved west into spotted owl habitat. Barred owls are the primary driver of spotted owl population decline seen throughout spotted owl range (Franklin et al. 2021). Detailed barred owl population numbers or density are not available for the Action Area. However, barred owls were detected at 42 percent of known NSO territories in the Southern Oregon Cascades Demography Study Area (DSA) (Dugger et al. 2023) and 52 percent of territories in the Klamath DSA through spotted owl call-back surveys (Lesmeister et al. 2020, p17). Passive Acoustic Monitoring (conducted on 20 percent of 5 km[2] hexagonal grid cells covering the Klamath DSA detected northern spotted owls on 53 percent of the cells and barred owls in 95 percent of the cells sampled in 2020 (Lesmeister et al. 2022, Table 8). BLM does not conduct barred owl surveys across the District; barred owls are detected opportunistically during spotted owl call-back surveys. Surveys for spotted owls in the Action Area have reported barred owl responses in the last two years in 39 of the 79 territories within the survey areas (~49 percent) (Table 12). This data likely incompletely estimates barred owl presence in the area because some surveys only occurred during the daytime for safety reasons, and barred owls

KSW01486

AR_004750

respond at lower rates to NSO call-back surveys (Wiens et al. 2014). Because of the non-targeted surveys of barred owls, the BLM concludes that that barred owls likely saturate available habitat in the Action Area and would be consistent with the finding of Lesmeister et al. 2022).

**Table 12. Barred Owl Detections within the Action Area.**

| Project | Spotted Owl Sites with Barred Owl Detections *(within the last 2 years)* | Percent of Total Spotted Owl Sites in the Action Area with Barred Owls | Additional Barred Owl Observations in the Action Area/ Comments *(within the last 2 years)* |
|---|---|---|---|
| **Rogue Gold** | **10 sites**<br>4382O, 4683A, 4683O, 0102O, 0956O, 0951A, 2766O, 1198O, 4041A, 2260B | 48% | No Detections outside of known spotted owl home ranges |
| **Trail Creek** | **9 sites**<br>4381O, 1824O, 1304O, 4027A, 2006O, 2625O, 2629O, 0926O, 4309O | 36% | Nine barred owl observations in four locations were detected within the Action Area but outside of home ranges |
| **Last Chance** | **20 sites**<br>0933A, 0878A, 2015A, 1732B, 2618A, 0883B, 1953A, 0917C, 2406C, 0943O, 2071O, 4619O, 0928O, 2277A, 2070A, 2620B, 0099O, 0950B, 0924O, 0078O | 61% | No Detections outside of known spotted owl home ranges |
| **TOTAL** | | 49% | Nine |

### *Competition*

Barred owls exert pressure on northern spotted owls through interference competition, where barred owls deny spotted owls access to resources through territorial interaction, and exploitation competition where barred owls use some or all of the resources necessary for spotted owl fitness (e.g., prey species) reducing their availability (Wiens et al. 2014, p. 30). Demographic evidence strongly suggests that barred owls are the dominant competitor (Franklin et al. 2021, entire). The most recent spotted owl meta-analysis (Franklin et al. 2021 entire) found range-wide evidence that the negative consequences of competition with barred owls have increasingly overwhelmed the decreasing spotted owl population since the 2016 meta-analysis (Dugger et al. 2016, entire).

Barred owls and spotted owls have a high degree of niche overlap, preferentially selecting for the same forest cover types and food resources, although the barred owls' niche width is wider than spotted owls, preying on a wider variety of species and at least in some forest types, selecting for a wider variety of forest cover types (Wiens et al. 2014; Irwin et al. 2020). Barred owls' more generalist character allows them to have relatively smaller home ranges and produce more young annually than the more specialized northern spotted owl (Hamer et al. 2007; Singleton et al. 2010; Wiens et al. 2014).

KSW01487

AR_004751

Medford BLM April FY2023 Batch BA

Where one species is competitively dominant over another and where there is a high degree of habitat overlap, only spatial segregation would ameliorate the effects of such competition. For two competitor species to persist on the same landscape, there must be exclusively suitable habitat for both species (i.e., areas only used by one of the two species, or some other form of spatial or temporal niche separation) (Carrete et al. 2005). There is currently little evidence suggesting that spotted owl habitat is not also selected for by barred owls (Wiens et al. 2014; Franklin et al. 2021). Dugger et al. (2011) suggested that in their Southwestern Oregon study area, exclusive spotted owl habitat may not exist. Some studies found that spotted owls used steeper slopes, particularly draws and drainages, when barred owls were present (Wiens et al. 2014; Irwin et al. 2020) and may expand their home range use area to forage in areas further from their nest site (Irwin et al. 2020, Table 3, p. 109). These behaviors are likely the result of attempts to avoid interactions with barred owls, decreased prey availability due to barred owl additive predation, or both. Spotted owls are central place foragers and likely have a finite limit on the expansion of their home range before they become energetically limited (Rosenberg and McKelvey 1999) and unsuccessful in reproduction or territorial defense.

Natural spatial segregation is unlikely for barred owls and spotted owl populations. Barred owls are present and expanding in population and space throughout the spotted owl range (Franklin et al. 2021; Lesmeister et al. 2022). As explained below, fine scale spatial segregation (within territory) may reduce the effects of barred owls on spotted owls, but the overall magnitude of the barred owl effect is several times larger than any habitat effect (Dugger et al. 2011; Franklin et al. 2021).

There is no evidence that "more" acres of older forest would alter the competitive relationship between barred owls and northern spotted owls at the population levels, particularly given barred owls' demonstrated ability to rapidly expand in range and population. Most research and modeling show a general expectation of wide scale and continuing declines in spotted owl populations regardless of retention of habitat (USDI BLM 2016b, Figure 3-188, p. 959; Wiens et al. 2014; Yackulic et al. 2019; Franklin et al. 2021). This is reflected in the declining trend in spotted owl occupancy observed throughout their range (Franklin et al. 2021), even though during the same time, habitat was increasing (Davis et al. 2022). Habitat is clearly important for spotted owls (e.g., Yackulic et al. 2019), but the effects of barred owls on spotted owl demography are so large all spotted owl demographic trends in all demography study areas analyzed in Franklin et al. (2021) were negative regardless of habitat quantity or the relative suitability of habitat.

For example, barred owls have now largely displaced northern spotted owls in Olympic National Park, and Mount Rainer National Park, which contain large areas of older forest and do not allow commercial timber harvest (Lesmeister et al. 2018; Mangan et al. 2019). Davis et al. (2022) estimated that the range wide carrying capacity for northern spotted owls (maximum number of owl sites that could be contained in a given landscape based on biological and physical features) on federal lands has increased by 3.5 percent from 1993 to 2017, but territory occupancy had declined by approximately 62 percent. In the Final EIS for the 2016 RMP, BLM modeled spotted owl population response to the Proposed RMP implementation scenario and compared it with a No Harvest Reference Condition and found that there was no discernable difference in population trajectories. Retaining any additional forest in reserves on BLM managed land would

not contribute more to northern spotted owl population status (USDI BLM 2016b, p. 936, Fig. 3-189). The projected negative trajectory for the northern spotted owl remains the same regardless of whether BLM harvests in the HLB at the levels established in the BLM RMP) or foregoes harvest in these land use allocations entirely.

## 4.1.7 Status of Northern Spotted Owl Critical Habitat

Critical habitat (CH) for the northern spotted owl was first designated in 1992 (USDI FWS 1992), and includes the primary constituent elements that support nesting, roosting, foraging, and dispersal. Critical habitat was revised for the northern spotted owl and the final designation was published by the Service in the *Federal Register* and became effective on September 12, 2008 (USDI FWS 2008). The 2008 Service's critical habitat delineations were challenged in court and the 2008 designation of northern spotted owl CH was remanded. The revised final Critical Habitat Rule was published in the *Federal Register* on December 4, 2012 (USDI FWS 2012b, pp. 71876-72068) and became effective January 3, 2013. This final rule was also challenged in court; the parties ultimately settled the case, which was dismissed. Pursuant to the settlement, the Service published proposed revisions to the critical habitat designation in the Federal Register on August 11, 2020, proposing to exclude certain areas for the current designation, including all of the areas designated as Harvest Land Base managed by the BLM in Southwestern Oregon (USDI FWS 2020, pp. 48487 and 48494). The Service published the Final Rule for the spotted owl critical habitat on November 10, 2021, with an effective date of December 10, 2021 (USDI FWS 2021a), excluding areas managed under the 2016 RMPs as Harvest Land Base land use allocation lands from designation as critical habitat. The December 2021 Critical Habitat Rule is the current effective designation of critical habitat for the northern spotted owl.

**Essential Physical or Biological Features of Critical Habitat**

The Physical or Biological Features (PBFs) are the specific elements considered essential to the conservation of the spotted owl and are those elements that make areas suitable as nesting, roosting, foraging, and dispersal habitat. The PBFs should be arranged spatially such that it is favorable to the persistence of populations, survival, and reproductive success of resident pairs, and survival of dispersing individuals until they are able to recruit into a breeding population (USDI FWS 2012b, p. 71904). Within areas essential for the conservation and recovery of the spotted owl, the Service has determined that the PBFs are:

1) **Forest types** that may be in early, mid-, or late-seral states and support the northern spotted owl across its geographical range.
2) Habitat that provides for **nesting and roosting**. This habitat must provide:
   a) Sufficient foraging habitat to meet the home range needs of territorial pairs of northern spotted owls throughout the year.
   b) Stands for nesting and roosting that are generally characterized by:
      (i) Moderate to high canopy cover (60 to over 80 percent),
      (ii) Multilayered, multispecies canopies with large (20–30 in. [51-76 cm] or greater DBH) overstory trees,
      (iii) High basal area (greater than 240 ft$^2$/acre [55 m$^2$/ha]),
      (iv) High diversity of different diameters of trees,

KSW01489

AR_004753

Medford BLM April FY2023 Batch BA

    (v)  High incidence of large live trees with various deformities (e.g., large cavities, broken tops, mistletoe infections, and other evidence of decadence)

    (vi)  Large snags and large accumulations of fallen trees and other woody debris on the ground, and

    (vii)  Sufficient open space below the canopy for northern spotted owls to fly.

3) Habitat that provides for **foraging**, which varies widely across the northern spotted owl's range, in accordance with ecological conditions and disturbance regimes that influence vegetation structure and prey species distributions.

4) Habitat to support the **transience and colonization phases of dispersal**, which in all cases would optimally be composed of nesting, roosting, or foraging habitat (PBFs (2) or (3)), but which may also be composed of other forest types that occur between larger blocks of nesting, roosting, and foraging habitat. In cases where nesting, roosting, or foraging habitats are insufficient to provide for dispersing or nonbreeding owls, the specific dispersal habitat PBFs for the northern spotted owl may be provided by the following:

    a) Habitat supporting the transience phase of dispersal, which includes:

      (i)  Stands with adequate tree size and canopy cover to provide protection from avian predators and minimal foraging opportunities; in general this may include, but is not limited to, trees with at least 11 in. (28 cm) DBH and a minimum 40 percent canopy cover; and

      (ii)  Younger and less diverse forest stands than foraging habitat, such as even-aged, pole-sized stands, if such stands contain some roosting structures and foraging habitat to allow for temporary resting and feeding during the transience phase.

    b) Habitat supporting the colonization phase of dispersal, which is generally equivalent to nesting, roosting, and foraging habitat as described in PBFs (2) and (3), but may be smaller in area than that needed to support nesting pairs.

The Action Area include portions of three CH sub-units (KLE-1, KLE-2 and KLE-3), totaling 70,400 acres of designated spotted owl CH on federal lands (Tables 5-7), which is 0.7% percent of designated spotted owl CH range-wide (9,577,342 acres). For the purposes of this Assessment, all references to Of the lands within spotted owl CH in the Action Area (all on federal lands), 77 percent (54,541 acres) are dispersal quality habitat (NRF plus dispersal-only habitat) and 48 percent (33,668 acres) are NRF habitat (Tables 5-7).

Approximately 4,362 acres of the proposed treatments in the Rogue Gold, Trail Creek, and Last Chance Projects occur in designated northern spotted owl CH (USDI FWS 2021a) (Table 20). All these acres occur within Critical Habitat Unit (CHU) 10, and treatments are only proposed within sub-units KLE-2 and KLE-3.

The following descriptions for CHU 10 and its associated sub-units KLE-2 and KLE-3 (where proposed treatments occur) are described in the final rule in the *Federal Register* (USDI FWS 2012b, pp.71931-71935). The number of historical spotted owl sites for each sub-unit are from local BLM and Forest Service database and GIS queries.

KSW01490

AR_004754

Medford BLM April FY2023 Batch BA

**CHU 10: Klamath East (KLE)**

CHU 10 contains seven sub-units and consists of the eastern portion of the Klamath Mountains Ecological Section M261A, based on section descriptions of forest types from Ecological Subregions of the United States (McNab and Avers 1994, Section M261A), and portions of the Southern Cascades Ecological Section M261D in Oregon. This region is characterized by a Mediterranean climate, greatly reduced influence of marine air, and steep, dissected terrain. Franklin and Dyrness (1988, pp. 137-149) differentiate the mixed-conifer forest occurring on the "Cascade side of the Klamath from the more mesic mixed evergreen forests on the western portion (Siskiyou Mountains)," and Kuchler (1977) separates out the eastern Klamath based on increased occurrence of ponderosa pine. The mixed-conifer/evergreen hardwood forest types typical of the Klamath region extend into the southern Cascades in the vicinity of Roseburg and the North Umpqua River, where they grade into the western hemlock forest typical of the Cascades. High summer temperatures and a mosaic of open forest conditions and Oregon white oak (*Quercus garryana*) woodlands act to influence northern spotted owl distribution in this region. Northern spotted owls occur at elevations up to 1,768 m. Dwarf mistletoe provides an important component of nesting habitat, providing additional structure and enabling northern spotted owls to occasionally nest within stands of relatively younger, small trees.

**KLE-2**

The KLE-2 sub-unit occurs in Josephine and Douglas Counties, Oregon, and comprises Federal lands managed by the USFS and the BLM under the NWFP (USDA and USDI 1994, entire). Special management considerations or protection are required in this subunit to address threats to the essential physical or biological features from current and past timber harvest, losses due to wildfire and the effects on vegetation from fire exclusion, and competition with barred owls. This subunit is expected to function primarily for east-west connectivity between subunits and critical habitat units, but also for demographic support. This subunit facilitates northern spotted owl movements between the western Cascades and coastal Oregon and the Klamath Mountains.

There are approximately 125 total historic spotted owl site centers located on BLM land Forest Service lands in this entire critical habitat sub-unit.

**KLE-3**

The KLE-3 sub-unit occurs in Jackson, Josephine, and Douglas Counties, Oregon, and comprises Federal lands managed by the BLM. Special management considerations or protection are required in this subunit to address threats to the essential physical or biological features from current and past timber harvest, losses due to wildfire and the effects on vegetation from fire exclusion, and competition with barred owls. This subunit is expected to function primarily for east-west connectivity between subunits and critical habitat units, but also for demographic support. This subunit facilitates northern spotted owl movements between the western Cascades and coastal Oregon and the Klamath Mountains.

There are approximately 81 total historic spotted owl site centers located on BLM lands in this entire critical habitat sub-unit.

**Northern Spotted Owl Critical Habitat Baseline Data**

Table 13 summarizes the spotted owl habitat baseline for the entire critical habitat subunit KLE-2 and KLE-3. For this Assessment, the BLM used the habitat baseline that was updated from

KSW01491

AR_004755

completed habitat-altering projects, as well as the 2019 and 2022 wildfires within the Action Area (current as of February 2023).  All of the habitat acres in Table 13 are for BLM managed lands in KLE-2 and KLE-3.

**Table 13. Critical Habitat Baseline (December 2021) (acres).**

| CHU/Subunit | NRF | Dispersal-Only | Dispersal (NRF + Dispersal-Only) | Capable or Non-Habitat | Total (Dispersal + Capable + Non-Habitat) |
|---|---|---|---|---|---|
| 10-KLE-2 | 43,213 | 14,457 | 57,670 | 12,706 | 70,376 |
| 10-KLE-3 | 30,054 | 15,874 | 45,928 | 18,382 | 64,310 |

## 4.1.8  Status of the Late Successional Reserve LUA in the Action Area

There are approximately 17,531 acres of LSR on BLM managed lands within the Action Area. Of these acres, 78 percent (13,745 acres) is currently spotted owl NRF habitat, 15 percent (2,648 acres) is currently spotted owl dispersal-only habitat, and the remaining seven percent (1,138 acres) is currently not providing spotted owl habitat (Table 14).  As stated earlier, BLM designed the Rogue Gold, Trail Creek and Last Chance projects under the 2016 SWO RMP/ROD (USDI BLM 2016a) consistent with Management Direction for LSRs that includes treatments that promote the development of nesting-roosting habitat in stands that do not currently support northern spotted owl nesting and roosting. Treatments in LSR LUA Management Direction area also designed to enable forests to respond positively to climate-driven stresses, wildfire and other disturbance with resilience, and ensure positive or neutral ecological impacts from wildfire. Additionally, LSR Management Direction includes applying fuels treatments to reduce the potential for uncharacteristic wildfires, which would also provide protection of currently functioning nesting-roosting habitat.

**Table 14. Spotted Owl NRF Habitat in LSR within the Action Area.**

| Project Action Area | Total LSR LUA Acres | NRF Acres (% in LSR) | Dispersal-Only Acres (% in LSR) | Capable or Non-Habitat Acres (% in LSR) |
|---|---|---|---|---|
| **Rogue Gold** | 3,683 | 2,385 (65%) | 963 (26%) | 335 (9%) |
| **Trail Creek** | 5,498 | 4,074 (74%) | 937 (17%) | 487 (9%) |
| **Last Chance** | 8,350 | 7,286 (87%) | 748 (9%) | 316 (4%) |
| **TOTAL** | **17,531** | **13,745 (78%)** | **2,648 (15%)** | **1,138 (7%)** |

The LSR provides for conservation and recovery of Threatened and Endangered species, including the spotted owl in a variety of beneficial ways. For example, the LSR LUA was designed to contribute to the development and spacing of the large habitat blocks needed for northern spotted owl conservation. The RMPs include approximately 177,000 more acres (71,629 ha) of LSR and Riparian Reserves than in the Northwest Forest Plan (NWFP). These land use allocations represent 36 and 27 percent of the RMP lands, respectively, and will be

KSW01492

AR_004756

managed for the retention and development of large trees and complex forests across the RMP landscape (USDI FWS 2016, Table 1, p. 9).

Large, contiguous blocks of late-successional forest have been an element of northern spotted owl conservation strategies for over two decades.  For example, Thomas et al. (1990, pp. 23–27) and reaffirmed by Courtney et al. (2004, pp. 9-11, 9-15) 15 years later described that a conservation strategy for the northern spotted owl requires large blocks of nesting, roosting, and foraging habitat that support clusters of reproducing owls, distributed across a variety of ecological conditions and spaced so as to facilitate owl movement between the blocks. Additionally, the 2011 Service's Revised Recovery Plan for the Northern Spotted Owl recommends managing for large, contiguous blocks of late-successional forest (USDI FWS 2011, p. III-19) (see USDI BLM 2016a p. 7).  "The ability of the BLM to contribute to the conservation and recovery of the northern spotted owl necessitates maintaining a network of large blocks of forest to be managed for late-successional forests (USDI BLM 2016a p. 7)."

### 4.1.9  Role of the Action Area in the Survival and Recovery of the Spotted Owl

There are 60,921 acres of spotted owl NRF habitat across all land ownerships and 44,875 acres of NRF habitat on federally managed lands in the Action Area.  This represents approximately 0.7 and 0.5 percent of the range wide nesting-roosting habitat (8,961,758 acres total (USFWS spotted owl baseline, 2021)).  There are approximately 134,758 acres of dispersal quality habitat over all land ownerships and 76,514 acres of dispersal quality habitat on federally managed lands within the Action Area.  This represents 0.5 and 0.3 percent of the range wide dispersal quality habitat (25,729,299 acres total (Davis et al. 2016, p. 32)).  There are 79 spotted owl sites within the Action Area and based on surveys to date, only 20 of these 79 sites have been occupied by spotted owls (single or pair) in at least one or the last two years (two sites were assumed to be occupied). Surveys will continue across all project areas, including full protocol surveys within four sites that are currently un-surveyed.

Spotted owl populations within the area encompassed by the District play an important role in the range wide population dynamics of this species (Dugger et al. 2016 and Schumaker et al. 2014).  Spotted owl populations within the Klamath-East, Klamath-West, and West Cascades South Critical Habitat units have been shown to serve as source populations, while spotted owl populations in the Oregon Coast Ranges and North Coast Olympic units have been identified as sink populations (Dugger et al. 2016, *entire;* and Schumaker et al 2014, p. 588).  Schumaker et al. (2014, p. 589) developed a spatially-explicit, individual-based model of spotted owl population dynamics and found that protecting and enhancing performance in both sources and sinks may be essential for range-wide population persistence.

## 4.2 Franklin's Bumble Bee

The Rogue Gold, Trail Creek, and Last Chance Projects are within the historic range of the Franklin's bumble bee.  The Service considers a defining habitat characteristic for Franklin's bumble bee to be the presence of Substantial Floral Resources (SFR) – defined as a diverse and abundant group of insecticide-free native flowering plants that provide both pollen and nectar throughout a Franklin's bumble bee colony's active flight period (May 15 – September 30). A varied assortment of plant species with staggered floral senescence must be present in abundance

KSW01493

AR_004757

(i.e., no monocultures), as floral forage must be available throughout the active flight season. This is typically exemplified by existing meadow systems.

Franklin's bumble bee High Priority Zones (HPZ) have been identified by the Service and contain all known historic observation locations of Franklin's bumble bee, supplemented by additional modeling of SFR and other habitat characteristics most likely to support the species within its historic range.  HPZ also include a 1.86-mile (3 km) buffer around each historic Franklin's bumble bee observation; the subgenus' typical dispersal distance is likely less than 1.86 miles (Hatfield, pers. comm. 2017; Goulson 2010, p. 94), and the typical foraging distance is thought to be less than 0.6 miles (1 km) (USDI FWS 2018).  There is one delineated HPZ that overlaps a portion of the Rogue Gold Project Area (Map 13, Appendix E).

### 4.2.1  Status of Franklin's Bumble Bee in the Action Area

Franklin's bumble bee is thought to have the most limited distribution of all known North American bumble bee species (Plowright and Stephen 1980, p. 479; Xerces Society and Thorp 2010, p. 6), and one of the most limited geographic distributions of any bumble bee in the world (Frison 1922, p. 315; Williams 1998, p. 129).  Stephen (1957, p. 81) recorded the species from the Umpqua and Rogue River Valleys in Oregon. Thorp et al. (1983, p. 8) also recorded it from northern California and suggested its restriction to the Klamath Mountain region of southern Oregon and northern California.

Surveys for Franklin's bumble bee have not been conducted in the Rogue Gold, Trail Creek, or Last Chance Projects or Action Area. Annual surveys for the species have occurred in the best-known habitat in SW Oregon, but there have not been any recent detections. The Rogue Gold Project is the closest to historic observation locations, located approximately 22 miles northwest of the last Franklin's bumble bee detection (2006).  In more recent years, some targeted surveys have taken place at select locations within the species' historic range.  In 2014, the Medford District conducted a survey for special status meadow invertebrates, including *B. franklini* and *B. occidentalis* (western bumble bee) between July and September, with survey locations based on (1) historical occurrence records for private, BLM and USFS lands, and (2) water and floral resources.  *B. occidentalis* was observed at three locations but *B. franklini* was not found (Pool 2014, entire, as cited in USDI FWS 2018, p. 15).  Of all Franklin's bumble bee surveys, up to 356 individuals have been observed, and no more than 98 total individuals at eight separate locations have been observed in any one year (Xerces Soc. And Thorp 2010, p. 7; Occurrence Table, Appendix 1 as cited in USDI FWS 2018, p. 19). The last sighting of any Franklin's bumble bee was in 2006 and there are no known current populations distributed across any level of ecological conditions or spatial extent, despite numerous survey efforts in high quality habitat where historical locations were reported (USDI FWS 2018, p. 3 and p. 42).

### 4.2.2  Status of Franklin's Bumble Bee Habitat in the Action Area

Historically, the Franklin's bumble bee has been found in a wide array of sheltered and exposed habitat types at elevations ranging from 540 ft (162 m) to 7,800 ft (2,340 m). Franklin's bumble bees require a constant and diverse supply of flowers that bloom from spring to fall (USDI FWS 2018, p. 18), typically found in open meadows in proximity to seeps and other wet meadow environments.  Information about these habitat types is not available at the level of minute scale/detail on the corporate habitat layers the District has on hand. However, for the purposes of

KSW01494

AR_004758

Medford BLM April FY2023 Batch BA

this analysis, the BLM employed a multipronged approach to identify potential Franklin's bumble bee habitat that may occur within the Action Area. First, the BLM used a broadscale vegetation type layer (Oregon Vegetation Type Cover - GAP) as a surrogate approach to estimate potential habitat. The wet meadow and sub-alpine meadow vegetation types were used as a reasonable surrogate for Franklin's bumble bee habitat. However, none of these vegetation types occur within the Action Area. Second, the BLM also reviewed GIS layers considering wetland presence, low canopy cover, past surveys, presence of other threatened pollinators, and past observations of Franklin's bumble bee when identifying potential habitat. Based on this GIS review, BLM determined approximately 1,599 acres of potential Franklin's bumble bee habitat occur in the Action Area (Maps 13-15, Appendix E). Approximately 157 acres (123 acres in Rogue Gold, seven acres in Trail Creek, and 27 acres in Last Chance) of the proposed treatment actions are within these 1,599 acres. While these GIS-identified acres of potential habitat have not been field verified, they represent the best available information to identify potential meadow habitat at a finer scale. Additional open areas are within the Action Area, but they are private agricultural parcels that do not provide Substantial Floral Resources or wet meadows.

# 5. EFFECTS OF THE PROPOSED ACTION

According to the Endangered Species Act Consultation Handbook (USDI FWS 1998), a "may affect" determination is required when a proposed action may pose any effects to listed species or designated critical habitat. When any adverse effects to listed species or critical habitat may occur as a result of the proposed action, a "likely to adversely affect" (LAA) determination is appropriate. However, when effects to listed species or critical habitat are expected to be discountable, insignificant, or entirely beneficial, a "may affect, and is not likely to adversely affect" (NLAA) is the appropriate determination. Insignificant effects relate to the size of the impact and should never reach the level where take would occur. Discountable effects are those unlikely to occur. Based on best judgment, a person would not: (1) be able to meaningfully measure, detect or evaluate insignificant effects; or (2) expect discountable effects to occur.

Effects of the action are all consequences to listed species or critical habitat that are reasonably likely to occur and are caused by the proposed action, including the consequences of other activities that are caused by the proposed action. A consequence is caused by the proposed action if it would not occur but for the proposed action and it is reasonably certain to occur. Effects of the action may occur later in time and may include consequences occurring outside the immediate area involved in the action (50 CFR 402.02).

## 5.1 Effects to Northern Spotted Owls

### 5.1.1 Effects to Habitat

The effects to nesting-roosting, foraging, and dispersal-only habitats described below represent the District's current proposal for the Rogue Gold, Trail Creek, and Last Chance Projects. Table 15 summarizes these effects to spotted owl habitat types for each project and provides the total acres for the Action Area. The effects to habitat described below are "worst case scenario" because actual actions implemented would likely be reduced at the time of individual NEPA Decision Records for specific sales because the District anticipates that acres would be deferred

KSW01495

AR_004759

for various reasons including economics or logging feasibility issues, resulting in fewer acres offered for sale. Additionally, locations for landing and road construction might be adjusted by the time of implementation, but the contract administrator, project planner, and wildlife biologist will ensure any changes are consistent with the effects analyzed in this Assessment. Annual consultation monitoring reports will reflect the actual implemented acres for the Rogue Gold, Trail Creek, and Last Chance Projects.

The impacts will not occur within a short time frame, but rather will be distributed spatially (spread over 13 5th field watersheds) and temporally (estimated to be implemented over 5-10 years), which will meter-out the impacts to the habitat baseline and spotted owls. The forest management projects may result in a combination of timber sales, stewardship contracts, and service contracts. The Rogue Gold, Trail Creek, and Last Chance Projects will result in least one timber sale for each project in FY2023, FY2024, and maybe into FY2025.

The results of treatment on spotted owl habitat depends on the current stand condition (and how close it approximates old, complex-forest characteristics considered important to owls), how many trees are removed, the residual overstory, the aerial extent of the treatment, the residual decadence of standing and down wood, the canopy complexity, the time of year the treatment occurs, and the type of tree removal. The habitat effects categories listed in Table 15 are described in more detail in the Definitions Section above (Section 1.4), but additional Rogue Gold, Trail Creek, and Last Chance Project specific details are provided below. In the proposed action section above, there is a range of relative density retention levels in the silvicultural prescriptions applied to each unit based on the LUA and stand conditions. As a result, the same general prescription types are listed below for different habitat effects. For example, selection harvest or commercial thinning treatments retaining less relative density post-treatment would result in habitat removal or downgrade. The same treatment type that retains more relative density post-treatment would result in habitat modification, but habitat function would be retained.

## Removal
The proposed action is described as removal when canopy cover would drop below 40 percent and canopy layering and other key habitat would be reduced so the unit would no longer function as spotted owl habitat post-harvest. Removing these habitat elements eliminates important microclimate considerations for the stand function for heat sensitive spotted owls while roosting, diminishes concealment cover from predators, and reduces habitat for primary spotted owl prey. In the Rogue Gold, Trail Creek, and Last Chance Projects, NRF and dispersal-only habitat removal would occur from road and landing construction, quarry expansion, regeneration harvest, commercial thinning, and selection harvest.

## Downgrade
NR and F downgrade will alter the condition of spotted owl NR and F habitat by removing key habitat elements so the treatment unit no longer functions as nesting, roosting, and foraging habitat, but it would still function as dispersal-only habitat, and in some cases foraging habitat, post-treatment. Habitat elements impacted include layering, NR canopy, and concealment cover. However, canopy cover, snags, down-wood are mostly likely to remain post-treatment, in sufficient quantity and quality for spotted owl foraging, natal dispersal, and some prey species

KSW01496

AR_004760

Medford BLM April FY2023 Batch BA

and natal dispersal. This is because while canopy will be reduced below 60 percent, it is expected that it will remain above 40 percent, and the stand can support natal dispersal (see Davis et al. 2016) and some foraging (Zabel et al. 1992). In the Rogue Gold, Trail Creek, and Last Chance Projects, NRF downgrade would occur from selection harvest and commercial thinning.

**Habitat Modification**
NR, F, or dispersal-only habitat modification occurs when the action would remove some trees or reduces the availability of other habitat components and quality of the habitat but does not change the current function of the habitat because the conditions that would classify the stand as NR and F or dispersal-only habitat would remain post-treatment. As described above quantities of habitat elements, such as multiple canopy layers, snags, coarse woody debris, and hardwoods, must be retained in order to maintain habitat function post-treatment. The District would follow the PDCs for maintaining habitat function to ensure the appropriate site-specific habitat elements are retained at appropriate levels. In the Rogue Gold, Trail Creek, and Last Chance Projects, NRF and dispersal-only habitat modification would occur from selection harvest, commercial thinning, hazardous fuels maintenance, roadside vegetation removal, and harvest access (yarding corridors).

While these modification treatments would retain higher overstory canopy cover, and maintain habitat function, treatments that reduce the understory could negatively impact spotted owls because they have been found to select forests with greater understory densities (Jenkins et. al. 2019). The lower-level vegetation provides horizontal and vertical structure, and understory hardwood components benefiting spotted owl small mammal prey species (see Prey section below); and in some cases, providing security cover and microclimate conditions for roosting by spotted owls. Thus, treatments that reduce the understory could negatively impact spotted owls because they have been found to select forests with greater understory densities. Jenkins et. al. (2019, p. 4) found barred owls might select for forests with more open understories, so, hypothetically, the selection of forests with more dense understories by spotted owls could be to avoid competitive interactions with barred owls. Selection harvest, commercial thinning, hazardous fuels reduction, roadside vegetation removal, and harvest access (yarding corridors) all have the potential to reduce understory densities to some degree, however HFR is expected to have the largest impact to understory densities because of the targeted treatment of material in the understory less than 8 inches DBH. However, primary stand features such as overstory trees, large remnant trees, and dominant and co-dominant hardwoods would be retained, and snags and coarse wood would be protected to the extent practicable. This includes a high retention of the stand's basal area which provides a diameter distribution range maintaining vertical structure for roosting and foraging. Further, treated stands are expected to maintain on average 60 percent canopy cover in NR and F, and 40 percent canopy cover in dispersal-only habitat. Overall, retaining these features is expected to maintain habitat function for spotted owl occupancy and use, albeit at a reduced quality than before treatment.

KSW01497

Medford BLM April FY2023 Batch BA

**Table 15. Summary of Effects to Spotted Owl Habitat in the Action Area.**

| | NRF Removal (acres) | | NRF Downgrade (acres) | | NRF Modify (acres) | | Dispersal-only Removal[3] (acres) | Dispersal-only Modify (acres) | Dispersal Quality Removal (acres) (NRF+Dispersal-only)[4] | Total Habitat Acres Treated[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| | NR[1] | F[2] | NR[1] | F[2] | NR[1] | F[2] | | | | |
| ***Rogue Gold*** Action Area Baseline Habitat – all land ownerships (Tables 5-7) | 13,436 | | | | | | 29,286 | | 42,722 | 76,838 |
| ***Rogue Gold*** Action Area Baseline Habitat – federal ownership (Tables 5-7) | 8,444 | | | | | | 11,746 | | 20,190 | 27,890 |
| **Rogue Gold Treatment Effects** | 224 | 380 | 5 | 162 | 229 | 562 | 290 | 2,218 | 894 | 4,070 |
| **% Change to the Rogue Gold Action Area Baseline Habitat (all ownerships)** | -5% | | -1% | | No Change | | -1% | No Change | -2% | 5% of AA treated |
| **% Change to the Rogue Gold Action Area Baseline Habitat (federal ownership)** | -7% | | -2% | | No Change | | -3% | No Change | -4% | 15% of Federal Lands in AA Treated |
| ***Trail Creek*** Action Area Baseline Habitat – all land ownerships (Tables 5-7) | 17,819 | | | | | | 15,554 | | 33,373 | 56,247 |
| ***Trail Creek*** Action Area Baseline Habitat – federal ownership (Tables 5-7) | 13,512 | | | | | | 7,533 | | 21,045 | 28,850 |
| **Trail Creek Treatment Effects** | 362 | 713 | 0 | 8 | 168 | 294 | 583 | 387 | 1,658 | 2,515 |
| **% Change to the Trail Creek Action Area Baseline Habitat (all ownerships)** | -6% | | -0.04% | | No Change | | -4% | No Change | -5% | 5% of AA treated |
| **% Change to the Trail Creek Action Area Baseline Habitat (federal ownership)** | -8% | | -0.06% | | No Change | | -8% | No Change | -8% | 9% of Federal Lands in AA Treated |
| ***Last Chance*** Action Area Baseline Habitat – all land ownerships (Tables 5-7) | 29,666 | | | | | | 28,997 | | 58,663 | 91,000 |
| ***Last Chance*** Action Area Baseline Habitat – federal ownership (Tables 5-7) | 22,919 | | | | | | 12,360 | | 35,279 | 46,182 |
| **Last Chance Treatment Effects** | 1,155 | 2,507 | 0 | 0 | 1,153 | 1,099 | 2,508 | 1,731 | 6,170 | 10,153 |
| **% Change to the Last Chance Action Area Baseline Habitat (all ownerships)** | -12 % | | No Change | | No Change | | -8.6% | No Change | -11% | 11% of AA treated |
| **% Change to the Last Chance Action Area Baseline Habitat (federal ownership)** | -16 % | | No Change | | No Change | | -20% | No Change | -17% | 22% of Federal Lands in AA Treated |
| **TOTAL HABIAT EFFECTS** | 1,741 | 3,600 | 5 | 170 | 1,550 | 1,955 | 3,381 | 4,336 | 8,722 | 16,738 |

1=NR = Nesting-Roosting; 2= Foraging; 3 =Baseline is Dispersal-Only habitat; 4=Baseline is Total Dispersal Quality Habitat (NRF + Dispersal-Only Habitat); 5=Total Action Area acres across all ownership, including non-habitat and capable habitat acres; Note – the total acres are different in Tables 2-4 because this table only describes effects to spotted owl habitat.  Treatment acres in capable habitat and non-habitat are not included here.

KSW01498

AR_004762

Medford BLM April FY2023 Batch BA

Long term beneficial effects are anticipated because fuels treatments are likely to contribute to reducing the rate of spread and intensity of wildland fires common to the Action Area (Martinson and Omi 2013, Lydersen et al. 2014). However, the reduction of the understory in occupied sites could result in measurable effects to spotted owls through reduced habitat quality and potentially increased competition with barred owls.

## 5.1.2 Effects to Northern Spotted Owl Dispersal Function

Removal of dispersal quality habitat (NR, F, and dispersal-only) is proposed in 13 of 16 fifth field watershed that intersect the Action Area (Table 16). The removal would not reduce the amount of dispersal-quality habitat of any watershed currently above 40 percent to below 40 percent post-harvest (Table 16). Best available information suggests 40 percent is sufficient to maintain dispersal-habitat function at the landscape scale (see discussion above in the Environmental Baseline Section and Davis et al. 2016, p. 12). Forest landscapes traversed by dispersing owls typically include a fragmented mosaic of roads, clear-cuts, and non-forested areas, and a variety of forest age classes ranging from fragmented forests on cutover areas to old-growth forests (Forsman, et al. 2002).

The 8,772 acres of combined NRF and dispersal-only habitat removal would result in an 11 percent reduction of dispersal quality habitat on BLM managed lands within the Action Area and a 0.2 percent reduction across all land ownerships within the Action Area. The removal of dispersal-quality habitat would not preclude spotted owls from dispersing throughout the Action Area post-treatment. This is because the units would be spatially distributed throughout the Action Area and therefore would not create large areas of non-habitat that would form movement barriers and preclude owls from dispersing through the watersheds (Maps 19-24, Appendix E). The remaining dispersal quality habitat would allow for spotted owl movement across the landscape without added barred owl pressure.

The Gold Hill – Rogue River and Shady Cove-Rogue River 5th field watersheds have limited dispersal quality habitat (below 40 percent) due to abiotic and biotic site limitations, past fires, and large amounts of non-federal lands in the low-valley bottoms with urban and agricultural areas. A high proportion of these watersheds do not provide spotted owl habitat currently and are not expected to in the future due to site limited grounds and human development. Even though there is limited dispersal quality habitat, the adjacent watersheds, as well as portions of the landscape within the Gold Hill – Rogue River and Shady Cove-Rogue River 5th field watersheds provide connectivity and dispersal function. These watersheds would still provide habitat for transient dispersers because transient dispersers use a wider variety of forest conditions for movements. NRF and dispersal-only habitat still remains on the landscape which will help dispersing owls recolonize in the watershed. Additionally, even though the dispersal quality is below 40 percent at the landscape scale in these watersheds, these areas have not been identified as an area that has lost dispersal connection or has created a bottleneck for dispersal (Davis et al. 2016).

KSW01499

AR_004763

**Table 16.  Changed Dispersal Conditions in the Fifth Field Watershed (all land ownerships) from the Rogue Gold, Trail Creek, and Last Chance Projects.**

| 5th Field Watershed | Total Watershed Acres | Total Dispersal[1] Acres Pre-treatment | Percent of Watershed Dispersal[1] Habitat Pre-treatment | Total NRF Removed | Total Dispersal-only Removed | Percent of Watershed Dispersal[1] Habitat Post-Treatment | Total % Reduction from Proposed Action |
|---|---|---|---|---|---|---|---|
| **Bear Creek** | 231,070 | 93,822 | 41 % | 141 | 56 | 41 % | -0.1 % |
| **Elk Creek 1[2]** | 54,322 | 41,477 | 76 % | 5 | 42 | 76 % | -0.1 % |
| **Elk Creek 2[2]** | 85,409 | 48,522 | 57 % | 0 | 0 | 57 % | 0 % |
| **Evans Creek** | 143,280 | 90,305 | 63 % | 44 | 191 | 63 % | -0.2 % |
| **Gold Hill-Rogue River** | 135,963 | 47,464 | 35 % | 463 | 224 | 34 % | -0.5 % |
| **Grants Pass-Rogue River** | 53,767 | 23,581 | 44 % | 0 | 10 | 44 % | -0.2 % |
| **Shady Cove-Rogue River** | 74,217 | 23,638 | 32 % | 14 | 24 | 32 % | -0.5 % |
| **Lower Applegate River** | 90,537 | 56,896 | 63 % | 0 | 0 | 63 % | 0 % |
| **Middle Applegate River** | 82,538 | 45,084 | 55 % | 0 | 0 | 55 % | 0 % |
| **Trail Creek** | 35,319 | 19,918 | 56 % | 521 | 863 | 52 % | -4 % |
| **Grave Creek** | 104,517 | 67,244 | 64 % | 1,914 | 1,703 | 61 % | -3 % |
| **Middle Cow Creek** | 113,081 | 69,681 | 62 % | 1,579 | 676 | 60 % | -2 % |
| **Upper Cow Creek** | 47,480 | 37,856 | 80 % | 171 | 130 | 79 % | -1 % |

1 = Dispersal habitat is all habitat types that supports spotted owl dispersal and includes NRF plus dispersal-only habitat.
2 = There are two Elk Creek 5th field watersheds - Elk Creek 1 is primarily north of the Trail Creek project and Trail Creek watershed; Elk Creek 2 is primarily northeast of the Trail Creek project and Trail Creek watershed.

### 5.1.3 Effects to Northern Spotted Owls

*Analysis Approach*

Using best available habitat and spatial use information on northern spotted owls, the BLM developed a general approach, informed by local conditions, to evaluate effects determinations for individual sites affected by the proposed action.  Habitat reduction from the proposed actions will be analyzed at the home range, 0.5-mile core use area, and nest patch scales (see definitions above for a description of these scales and why they are used for analysis).  Table 17 provides the general approach, while recognizing site-specific conditions may provide exceptions to the factors.

KSW01500

AR_004764

Medford BLM April FY2023 Batch BA

| Table 17. Medford BLM General Factors for Spotted Owl Effect Determinations. | |
|---|---|
| **LAA Determination Factors** | **NLAA Determination Factors** |
| • NR or F **removal or downgrade** within the 0.5 mile core use area or home range, depending on context with current amounts of NR or F habitat.<br>• NR or F and dispersal-only treatment in the nest patch.<br>• Treatments that modify NR or F or dispersal habitat while maintaining habitat function and are located in the 0.5 mile core use areas with low amounts of NR or F habitat pretreatment. | • Generally, all treatments would **modify** but maintain NR or F habitat within the home range and 0.5-mile core use area (with some site specific exceptions, and dependence on current habitat quantity and quality).<br>• No treatment in a nest patch. |

## Effects to Individual Owls

As indicated above in the Spotted Owl Site Baseline Section, there are 79 owl territories affected by the proposed projects because some treatments are proposed in these home ranges. Effect determinations to spotted owls are based on changes to habitat conditions at the site level as presented in Table C-1, Appendix C. Maps displaying owl sites, home ranges, 0.5-mile core-use areas, nest patches, and proposed units are included in Appendix E, maps 16-24 and 32-38.

NRF habitat for each site/territory associated with the projects in this Assessment are presented in Table C-1 (Appendix C). Generally, when less than 40 to 60 percent of the home range is NRF habitat, the likelihood of spotted owl presence is lower and survival and reproduction may be reduced (Thomas, et al. 1990; Bart and Forsman 1992; Bart 1995; Dugger, et al. 2005). These central tendency values are considered by the Service, along with site specific conditions, and other best available information in the Service's determination of incidental take. For example, there can be situations where the habitat conditions may be less than optimal but because of project size and location and biotic and abiotic circumstances, habitat-fitness may not be significantly impacted. Adjacent private lands have removed or could remove potential NRF habitat on their lands within spotted owl home ranges. Therefore, the BLM cannot assume private lands are contributing to the older forest conditions in these home range and core areas in the spotted owl sites in this Assessment.

While the above values inform the potential the proposed action could result in harm to a spotted owl, for the purposes of this Assessment, the District has analyzed the extent of effects that may result from the Rogue Gold, Trail Creek, and Last Chance proposed actions. General parameters informing whether a given project would adversely affect spotted owls are provided in Table 17. This further analysis involves knowing the type of habitat that would be impacted by the treatment and to what extent the treatment would affect habitat elements of basal area, layering, down wood, snags, shrubs and canopy. Other analyses include the abiotic features of where the treatment is located in relation to the home range, core use area, and nest patch, and how much habitat is in the home range and to what extent is the current habitat being impacted. Collectively, these factors inform the effects determinations provided below. Table 18 below summarizes the site-specific effects described above for each site detailed in Table C-1 (Appendix C).

KSW01501

AR_004765

Medford BLM April FY2023 Batch BA

| Table 18.  Rogue Gold, Trail Creek, and Last Chance Spotted Owl Effects Table Summary (from Appendix C, Table C-1). | | |
|---|---|---|
| | **LAA Sites** | **NLAA Sites** |
| **Rogue Gold** | 12 | 9 |
| | 0102O, 0956O, 0958A, 2269O, 3277O, 4045A, 4382O, 4480O, 4612O, 4621O, 4683A/O | 1198O, 1952O, 2076O, 2260B, 2398O, 2766O, 4041A, 4060O, 4069O |
| **Trail Creek** | 16 | 9 |
| | 1822O, 1823O, 1824O, 1832O, 1949A, 2219O, 2356O, 2625O, 2629O, 2630O, 3253B, 3394A, 3395O, 3396O, 4027A, 4381O | 0926O, 1172O, 1304B/O, 2006A/O, 4028O, 4309O, FS Site |
| **Last Chance** | 29 | 4 |
| | 0068O, 0878A, 0928O, 0943O, 1300O, 1732B, 2273O, 2277A, 2406C, 2620B, 4619O, 4626O, 0078O, 0099O, 0883B, 0917C, 0924O, 0933A, 0935A, 1314A/O, 1731O, 2015A, 2068O, 2070A, 2071O, 2215O, 4625C, 4626A | 0950B, 2618A, 0877A, 1953A |
| **TOTAL** | **57** | **22** |

***Spotted Owls Not Likely to be Adversely Affected from the Proposed Action:***
Based on the general factors listed in Table 17, spotted owls at 22 spotted owl sites (territories) are not likely to be adversely affected by the proposed action.  This is because the proposed action is not expected to measurably impact essential habitat for nesting or foraging activities, which could affect reproduction and survival of occupied spotted owl sites or sites with unknown occupancy status assumed occupied).

### Summary of BLM's NLAA Determination

The above 22 spotted owl sites listed in Table 18 are not likely to be adversely affected by the proposed action because the proposed action would:
- Not downgrade or remove any nesting-roosting or foraging habitat within the 0.5-mile core use areas of any of these site;
- Minimally (<5 acres) downgrade or remove foraging habitat at the home range scale;
- Only modify but maintain NRF habitat within the 0.5-mile core and home range scales at each site (with the exception of some sites with up to 5 acres NRF downgrade or removal at the home range scale);
- Treat <20 percent of the existing nesting-roosting or foraging habitat within the 0.5-mile core use area (all treatment type);
- Not treat any acres within the nest patches of any of these sites.

For these reasons, a NLAA determination has been made by the District for spotted owls associated with these 22 sites.  Similar to the LAA sites listed above (and discussed below), if spotted owls are located during surveys that represent a change in site location or some other change in circumstances that warrants a re-evaluation of the effects determination, the District will modify or drop units to avoid incidental take, as appropriate.  This process would be conducted through the Rogue Basin Level 1 Team, as appropriate.

KSW01502

AR_004766

Medford BLM April FY2023 Batch BA

***Spotted Owls Likely to be Adversely Affected from the Proposed Action:***
Based on the general factors listed in Table 17, along with the effects descriptions provided in the Definitions section above and the acres of effects provided in the Effects to Habitat section above, spotted owls at 57 sites would be likely to be adversely affected by the proposed action (Table 18). This is because up to 5,516 acres of NRF would be removed or downgraded across all spotted owl sites in all three Action Area (Table 15). However, as discussed below, the majority of these NRF removal or downgrade acres would occur in unoccupied spotted owl sites (5,452 acres; 99 percent).

***Additional Conservation Measures***
During the development of the proposed action for the Rogue Gold, Trail Creek and Last Chance projects, the following treatment criteria were applied by the District to reduce impacts to the occupied spotted owl sites within the Action Areas:

- No commercial harvest of nesting-roosting or foraging habitat within the 0.5-mile core use area;
- No commercial harvest of nesting-roosting habitat within the home range use area.

These measures were applied to the occupied owl sites in order to reduce impacts to the existing spotted owl habitat present within these sites, and in particular to reduce impacts to habitat within the 0.5-mile core use area which receives the most use by spotted owls because of their central tendency nesting and foraging strategies.

## Occupied Spotted Owl Sites

***Site Specific Summaries of Occupied Spotted Owls Sites***
As noted in Table 10, 20 of the 79 sites affected by the Rogue Gold, Trail Creek and Last Chance Projects are currently occupied by spotted owl resident singles or pairs, or are conservatively assumed to be occupied due to a lack of survey information (sites FS-9988O and 4028O). The remaining 57 sites are not currently occupied by spotted owl resident single or pairs, and for two sites (3253B and 0935A) the occupancy status is currently unknown (and will be surveyed to protocol in advance of any site-specific harvest following PDC above). The question of whether the effects described above lead to incidental take via harm is a determination made by the Service. Only those sites that would be likely to be adversely affected (LAA determination) by the proposed action are included below.

For this Assessment, spotted owl site occupancy (or non-occupancy) has been determined through protocol call-back surveys. In occupied sites, the proposed treatment location on the landscape, as well as pre-treatment NRF conditions at the home range and 0.5-mile core use areas also factored into the analysis of significant impairment. This site-specific information for occupied sites is included below. Under the BLM's SWO RMP/ROD (USDI BLM 2016a), the BLM will not propose actions that incur incidental take of spotted owls due to timber harvest activities. Based on technical assistance with the Level 1 Team, the BLM does not anticipate the proposed action would result in the incidental take of owls associated with the Rogue Gold, Trail Creek and Last Chance projects for the reasons described below. The following sites are considered to have spotted owl occupancy based on protocol surveys.

KSW01503

AR_004767

**Rogue Gold**

- ***Site 4683A/O (Maps 32a and 32b)***
  - A resident single male spotted owl was located at this site in 2022, and because of the close proximity of the "A" and "O" sites, was observed using both areas. A pair of spotted owls were last observed at this site in 2018, and spotted owls have been detected at these sites all of the last five years (Appendix B-1). Barred owls were observed at the site in 2020 and 2022.

  - Approximately 98 percent of all NRF treatments within these sites (257 of 261 acres at the A and 254 of 260 acres at the O) would modify but maintain the NRF habitat function within the home range. The total percentage of NRF habitat at both the 0.5-mile core use area and the home range of both these sites would not appreciably diminish following project implementation, remaining at the same level as prior to treatment.

  - Approximately four acres of six total acres of NRF habitat removal at this site would occur from road construction (2 acres) and landings (2 acres) and are distributed outside the core-use area of the site. Approximately two acres of NRF removal is proposed from commercial thinning treatments in an isolated BLM parcel at the outer edge of the 4683O home range circle with no connectivity to the activity center due to non-functioning habitat conditions on surrounding private land and to the west of the home range (Map 32b). The ownership patterns displayed in Maps 32a and 32b demonstrate BLM ownership is also concentrated in the north, central and southeastern portion of the home range. The NRF removal unit is beyond what is more likely a non-circular home range shape, given the location of the removal unit in relation to the more contiguous NRF habitat within the home range of this site.

  - Less than 1 acre (0.4 acres) of thinning or selection harvest treatments in NRF habitat would occur at the outer edge of the 0.5-mile core-use area, and would modify but maintain the NRF habitat.

  - The removal of 21 and 28 acres of dispersal-only habitat at the home range scale at the A and O sites would not appreciably diminish the ability of spotted owls to disperse within and across these sites because forest landscapes traversed by dispersing owls typically include a fragmented mosaic of roads, clear-cuts, and non-forested areas, and a variety of forest age classes ranging from fragmented forests on cutover areas to old-growth forests (Forsman, et al. 2002).

  - Spotted owl survival and reproduction is not expected to be appreciably affected at this site because the amount of NRF habitat located within the 0.5-mile core use area will remain at the same value after treatments as prior to treatments, and the home range NRF values will only be reduced by less than one percent. This small reduction at the home range scale is from small, isolated treatments and would not appreciably diminish the reproduction and success of spotted owls at this site.

KSW01504

AR_004768

Medford BLM April FY2023 Batch BA

**Last Chance**

*Site 0917C (Maps 33a and 33b)*
- A resident single male spotted owl was located at this site in 2021, and a pair of spotted owls were observed at this site in 2020 (Appendix B-3).  Barred owls were observed at the site in all of the last five years of surveys.

- The majority (419 of 429 acres, 98 percent) of the proposed treatments within this site would modify but maintain the habitat function of the habitat type they occur in post treatment.  Total modify treatments within this site are 164 acres of NRF, 130 acres of foraging and 126 acres of dispersal-only habitat treatments (38 percent, 30 percent and 30 percent of the total treatments within the site, respectively).  The remaining treatments within this site are six acres (1 percent) of NRF and four acres (1 percent) of dispersal-only habitat removal from road and landing construction.

- All treatments proposed to occur within NRF habitat (164 acres) at this site are hazardous fuels reduction prescriptions, which would not affect the overstory canopy cover of the treatment areas.  Almost the entirety of these hazardous fuels reduction treatment would occur at the home range scale, with only two acres (one percent) occurring at the periphery of the 0.5-mile core use area which receives the most use by spotted owls because of their central tendency nesting and foraging strategies.

- Approximately 6 acres of foraging and 4 acres of dispersal only habitat would be removed at the home range scale of this site from road construction, landings and quarry expansions.  These foraging and dispersal only habitat removals are comprised of several small (<2 acre each) discontiguous patches scattered across the home range of this site.

- Spotted owl survival and reproduction is not expected to be appreciably affected at this site because the amount of NRF habitat located within the 0.5-mile core use area will remain at the same value after treatments as prior to treatments, and the home range NRF values will only be reduced by less than one percent.  This small reduction at the home range scale is from small, isolated treatments and would not appreciably diminish the reproduction and success of spotted owls at this site.

*Site 1314A/O (Maps 34a and 34b)*
- A resident single male spotted owl was located at the A site in 2022, and spotted owls have been observed moving between both the O and the A site over the past 5 years of monitoring, so both sites are included here for analysis (Appendix B-3).

- The A site currently exceeds the proportion of NRF associated with occupancy at both the home range and 0.5-mile core areas (Table C-1).

- The majority (326 of 343 acres, 95 percent for the A site and 838 of 871 acres, 96 percent for the O site) of the proposed treatments within this site would modify but maintain the habitat function of the habitat type they occur in post treatment.  Total modify treatments within the A site are 44 acres of NRF, 126 acres of foraging and 156 acres of dispersal-only habitat treatments (13 percent, 37 percent and 45 percent of the total treatments within the site, respectively), and the total modify treatments within the O site are 234 acres of NRF, 213 acres of foraging and 391 acres of dispersal-only habitat treatments (27 percent and 25 percent and 45 percent of the total treatments within the site,

KSW01505

AR_004769

Medford BLM April FY2023 Batch BA

respectively). The remaining treatments within the A site are six acres (two percent) of NRF and 11 acres (three percent) of dispersal-only habitat removal from road and landing construction, and the remaining treatments within the O site are nine acres (one percent) of NRF and 24 acres (three percent) of dispersal-only habitat removal from road and landing construction.

- Of the treatments that fall within the 0.5 mile core use area of these two sites, approximately five acres are hazardous fuels reduction prescriptions and three acres are commercial thinning treatments that would modify foraging habitat, four acres are commercial thinning treatments that would modify dispersal-only habitat, and less than one acre of foraging and less than one acre of dispersal-only habitat would be removed from road and landing construction within the A site core use area. Within the O site 0.5-mile core use area, approximately 31 acres of NRF modify treatments are hazardous fuels reduction prescriptions, 18 acres are commercial thinning treatments and 11 acres are hazardous fuels reduction prescriptions that would modify dispersal-only habitat, four acres are commercial thinning treatments that would modify dispersal-only habitat, and two acres of dispersal-only habitat removal would occur from road and landing construction.

- All treatments proposed to occur within NRF habitat (44 acres in A and 234 acres in O) are hazardous fuels reduction prescriptions, which would not affect the overstory canopy cover of the treatment areas.

- Within the A site home range, approximately six acres of foraging and 11 acres of dispersal only habitat would be removed at the home range scale of this site from road construction, landings and quarry expansions. Within the O site home range, approximately nine acres of foraging and 24 acres of dispersal-only habitat would be removed at the home range scale of this site from road construction, landings and quarry expansions. These foraging and dispersal only habitat removals are comprised of several small (<2 acre each) isolated patches scattered across the home range of this site.

- The A site contains total NRF values that are within or above the central tendency values for habitat-fitness at both the 0.5-mile core use area and the home range scale, and these values would remain above these minimums after implementation of all proposed treatments. Therefore, spotted owl breeding, feeding and sheltering is not expected to be appreciably diminished at this site.

### Site 1732B (Maps 35a and 35b)

- A resident single female spotted owl was located at this site in 2021, and a pair of spotted owls were observed at this site in 2019 (Appendix B-3). Barred owls were observed at the site in four of the last five years of surveys.

- The majority (817 of 850 acres, 96 percent) of the proposed treatments within this site would modify but maintain the habitat function of the habitat type they occur in post treatment. Total modify treatments within this site are 199 acres of NRF, 229 acres of foraging and 389 acres of dispersal-only habitat treatments (23 percent, 27 percent and 46 percent of the total treatments within the site, respectively). The remaining treatments within this site are 13 acres (two percent) of NRF and 20 acres (two percent) of dispersal-only habitat removal from road construction, landings and quarry expansion.

KSW01506

AR_004770

Medford BLM April FY2023 Batch BA

- Nearly all treatments proposed to occur within NRF habitat (197 acres) at this site are hazardous fuels reduction prescriptions, which would not affect the overstory canopy cover of the treatment areas, with the exception of two acres of NRF removal (one percent) at the home range scale for landing and road construction.

- Approximately 27 acres of treatments would modify but maintain dispersal-only habitat within the 0.5-mile core use are of this site, of which 21 acres (75 percent) are hazardous fuels reduction prescriptions and six acres are commercial thinning. Less than one acre of dispersal-only habitat would be removed within the 0.5-mile core use area of this site from work associated with a quarry expansion. Given that all of these treatments within the 0.5-mile core use are occur in habitat types that are not NRF, these treatments are not expected to preclude spotted owls ability to feed, breed and shelter within the core use area which receives the most use by spotted owls because of their central place nesting and foraging strategies.

- Approximately 13 acres of NRF (10 acres of foraging and 3 acres of NRF) and 20 acres of dispersal only habitat would be removed at the home range scale of this site from road construction, landings and quarry expansions. These foraging and dispersal only habitat removals are comprised of several small (<2 acre each) discontiguous patches scattered across the home range of this site. Spotted owl survival and reproduction is not expected to be negatively affected at this site because the amount of NRF habitat located within the 0.5-mile core use area will remain at the same value after treatments as prior to treatments, and the home range NRF values will only be reduced by less than one percent. This small reduction at the home range scale from small, isolated treatments and would not appreciably diminish the reproduction and success of spotted owls at this site.

### Site 2406C (Maps 36a and 36b)

- A resident single male spotted owl was located at this site in 2021 and 2020, and a pair of spotted owls were observed at this site in 2018 (Appendix B-3). Barred owls were observed at the site in 2022 and 2018.

- This site currently meets or exceeds the proportion of NRF associated with occupancy at both the home range and 0.5-mile core areas (Table C-1).

- The majority (349 of 383 acres, 91 percent) of the proposed treatments within this site would modify but maintain the habitat function of the habitat type they occur in post treatment. Total modify treatments within this site are three acres of NRF, 181 acres of foraging and 165 acres of dispersal-only habitat treatments (one percent, 47 percent and 43 percent of the total treatments within the site, respectively). The remaining treatments within this site are 14 acres (four percent) of NRF and 20 acres (five percent) of dispersal-only habitat removal from road and landing construction.

- Approximately 349 (three acres of NRF, 181 acres of foraging and 165 acres of dispersal-only habitat treatments) of the treatments proposed within this site are commercial thinning treatments designed to modify the existing habitat type where they occur. As noted above in the PDC Section, these thinning treatments will modify, but maintain foraging habitat because at least 60 percent canopy cover would be retained and will have at least 150 ft$^2$/acre total basal area (conifer and hardwoods) retention, as well as other key habitat features. The three acres of NRF habitat are included as a yarding wedge and

KSW01507

AR_004771

Medford BLM April FY2023 Batch BA

would be potentially impacted only by cable corridors needed to facilitate logging of adjacent habitat.

- Approximately 23 acres of treatments would modify but maintain dispersal-only habitat within the 0.5-mile core use are of this site from commercial thinning. Approximately 5 acres of dispersal-only and three acres of foraging habitat would be removed within the 0.5-mile core use area from road construction, landings and quarry expansion.

- Approximately 14 acres of NRF (nine acres of foraging and 5 acres of NRF) and 20 acres of dispersal only habitat would be removed at the home range scale of this site from road construction, landings and quarry expansions. These NRF and dispersal only habitat removals are comprised of several small (<2 acre each) discontiguous patches scattered across the home range of this site.

- This site contains total NRF values at or within the central tendency values for habitat-fitness at both the 0.5-mile core use area and the home range scale, and these values would remain similar after implementation of all proposed treatments. Spotted owl survival and reproduction is not expected to be negatively affected at this site because the amount of NRF habitat located within the 0.5-mile core use area will remain at the same value after treatments as prior to treatments, and the home range NRF values will only be reduced by less than one percent. This minimal reduction at the home range scale is from small, isolated treatments and would not appreciably diminish the reproduction and success of spotted owls at this site.

### Site 4625C (Maps 37a and 37b)

- A spotted owl pair has been observed at this site every year of the last five years (Appendix B-3). Barred owls have not been observed at the site over the last five survey seasons.

- The majority (659 of 692 acres, 95 percent) of the proposed treatments within this site would modify but maintain the habitat function of the habitat type they occur in post treatment. Total modify treatments within this site are 162 acres of NRF, 199 acres of foraging and 298 acres of dispersal-only habitat treatments (23 percent, 29 percent and 43 percent of the total treatments within the site, respectively). The remaining treatments within this site are 15 acres (two percent) of NRF and 18 acres (three percent) of dispersal-only habitat removal from road construction, landings and quarry expansion.

- The majority of treatments proposed to occur within NRF habitat (168 acres) at this site are hazardous fuels reduction prescriptions, which would not affect the overstory canopy cover of the treatment areas, with the exception of six acres of NRF removal at the home range scale for road construction, landings and quarry expansion.

- Approximately 366 (153 acres of foraging and 213 acres of dispersal-only habitat) acres of the treatments proposed within this site are commercial thinning treatments designed to modify the existing habitat type where they occur. As noted above in the PDC Section, these thinning treatments will modify, but maintain foraging habitat because at least 60 percent canopy cover would be retained and will have at least 150 ft$^2$/acre total basal area (conifer and hardwoods) retention, as well as other key habitat features.

69

KSW01508

AR_004772

Medford BLM April FY2023 Batch BA

- Approximately 46 acres of treatments are proposed to occur within spotted owl habitat within the 0.5-mile core use area of this site. Thirteen acres of treatments would modify but maintain dispersal-only habitat and six acres of treatments would modify but maintain foraging habitat within the 0.5-mile core use area of this site from commercial thinning. The six acres of foraging habitat is situated on the outer edge of the core use area in low relative habitat suitability and is a relatively simple stand that is expected to benefit from a variable density thinning prescription. Approximately 22 of the 46 acres of treatments within the core use area are hazardous fuels reduction prescriptions, which would not affect the overstory canopy cover of the treatment areas. Approximately one acre of dispersal-only and two acres of foraging habitat would be removed within the 0.5-mile core use area from road and landing construction.

- Approximately 186 acres of treatments are proposed to occur within spotted owl foraging habitat within the home range area of this site, outside of the 0.5-mile core use area. Of the proposed 186 acres of commercial thinning at the home range scale, 164 acres are situated in low relative habitat suitability and have relatively simple stand characteristics that are expected to benefit from a variable density thinning prescription that will reduce stand densities and reduce the risk of stand replacement fires in the treatment areas.

- Approximately 15 acres of NRF (nine acres of foraging and 6 acres of NRF) and 18 acres of dispersal-only habitat would be removed at the home range scale of this site from road construction, landings and quarry expansions. These NRF and dispersal-only habitat removals are comprised of several small (<2 acre each) discontiguous patches scattered across the home range of this site.

- Spotted owl survival and reproduction is not expected to be negatively affected at this site because the amount of NRF habitat located within the 0.5-mile core use area will remain at the same level after treatments as prior to treatments, and the home range NRF values will be reduced by less than one percent. This small reduction at the home range scale is from small, isolated treatments and would not appreciably diminish the spotted owls ability to forage within this site.

### Site 4626A/O (Maps 38a and 38b)
- Spotted owls have been observed at this site using two territories over the past five years (Appendix B-3). Spotted owls were observed nesting at the A site in 2022 and were detected multiple times at the O site over the past 5 years of monitoring, and both sites are included here for analysis.

- The O site currently exceeds the proportion of NRF associated with occupancy at both the home range and 0.5-mile core area scales, and the A site currently exceeds the proportion of NRF associated with occupancy at the home range scale (Table C-1).

- The majority (79 of 85 acres, 92 percent for the A site and 169 of 179 acres, 95 percent for the O site) of the proposed treatments within this site would modify but maintain the habitat function of the habitat type they occur in post treatment. Total modify treatments within the A site are 5 acres of NRF, 19 acres of foraging and 55 acres of dispersal-only habitat treatments (six percent, 22 percent and 65 percent of the total treatments within the site, respectively), and the total modify treatments within the O site are 12 acres of

KSW01509

AR_004773

Medford BLM April FY2023 Batch BA

NRF, 31 acres of foraging and 126 acres of dispersal-only habitat treatments (seven percent and 17 percent and 70 percent of the total treatments within the site, respectively). The remaining treatments within the A site are three acres (three percent) of NRF and four acres (five percent) of dispersal-only habitat removal from road and landing construction, and the remaining treatments within the O site are two acres (one percent) of foraging and eight acres (four percent) of dispersal-only habitat removal from road and landing construction.

- All treatments proposed to occur within NRF habitat (one acres in A and 15 acres in O) are hazardous fuels reduction prescriptions, which would not affect the overstory canopy cover of the treatment areas, with the exception of 3 acres of NRF removal at the home range scale in the A site for road construction.

- There are no proposed treatments within the 0.5-mile core use area of the A site, and approximately six acres of dispersal-only and one acre of NRF modify treatments within the core use area of the O site. The seven acres of treatments within the O core use area are hazardous fuels reduction prescriptions, which would not affect the overstory canopy cover of the treatment areas.

- Within the A site home range, approximately three acres of NRF and four acres of dispersal only habitat would be removed at the home range scale of this site from road and landing construction. Within the O site home range, approximately two acres of foraging habitat would be removed at the home range scale of this site from road construction, landings and quarry expansions. These NRF and dispersal only habitat removals are comprised of several small (<2 acre each) isolated patches scattered across the home range of this site.

- O site currently exceeds the proportion of NRF associated with occupancy at both the home range and 0.5-mile core area scales, and the A site currently exceeds the proportion of NRF associated with occupancy at the home range scale, and these values would remain after implementation of all proposed treatments. Spotted owl survival and reproduction is not expected to be negatively affected at this site because the amount of NRF habitat located within the 0.5-mile core use area will remain at the same value after treatments as prior to treatments, and the home range NRF values will only be reduced by less than one percent. This small reduction at the home range scale is from small, isolated treatments and would not appreciably diminish the reproduction and success of spotted owls at this site for the aforementioned reasons.

### Occupied Sites and Barred Owls

It is clear that reductions in the proportions of nesting-roosting habitat in a given territory below those described in Appendix D result in decreases in the likelihood of spotted owl occupancy and reproduction. However, the relative importance of older forest on spotted owl occupancy and reproduction in a territory has been substantially diminished due to competition with barred owls (Dugger et al. 2011; Franklin et al. 2021). Barred owls have a negative effect on continued occupancy of a territory by spotted owls that exceeds the positive effect of habitat proportion by greater than two times (Dugger et al. 2011; Franklin et al. 2021, Yackulic et al. 2019). There is no evidence BLM is aware of that indicates that any amount of nesting-roosting forest within a territory can mitigate the negative effects associated with barred owl competition.

KSW01510

AR_004774

Medford BLM April FY2023 Batch BA

All studies BLM is aware of that considered the proportion old forest cover and barred owl effects on occupancy and reproduction evaluated conditions at the core radius (0.5 mi) scale or using Thiessen Polygons (Dugger et al 2016), which are typically larger than the area within a core circle, but much smaller than the area in a Provincial Home Range (PHR) circle. Although BLM is proposing activities in the PHR of 20 occupied sites (Table 10), only ten have treatments proposed within the 0.5 mile core use area. Even though barred owls have been detected in ten of these 20 sites, the available evidence indicates that but for the presence of barred owls, these sites would remain viable.

The following section describes the effect of the BLM action on these sites in more detail (See Section 5.1.4 for more analysis regarding effects to barred owl and spotted owl interaction).

### *Proposed Treatments Outside of Known Home Ranges*

As summarized below in Table 19, The Rogue Gold, Trail Creek, and Last Chance Projects are proposing to treat 4,226 acres of NRF and dispersal-only habitat on federal lands (23 percent of total NRF and dispersal-only habitat acres treated) of spotted owl habitat outside of home ranges of known spotted owl sites within the Action Area. These acres are a subset of the total project acres listed in Tables 5-7 above and further summarized in Table 15.  Approximately 35 percent of these acres outside the home ranges (i.e., the interstitial space between home ranges) would maintain NRF and dispersal-only habitat function along with another two percent (98 acres) of treatment, while characterized as NRF downgrade, will still provide habitat connectivity post-harvest. The 1,527 acres of NRF and 1,128 acres of dispersal-only habitat removal outside of known home ranges would not preclude dispersal because the units are scattered throughout the Action Area (Maps 19-24, Appendix E).  As a result, large gaps or barriers would not be created and spotted owls should still be able to navigate successfully between home ranges (also see section 5.1.2 - Effects to Northern Spotted Owl Dispersal Function).Forest landscapes traversed by dispersing owls typically include a fragmented mosaic of roads, clear-cuts, and non-forested areas, and a variety of forest age classes ranging from fragmented forests on cutover areas to old-growth forests (Forsman, et al. 2002).  Additionally, this geographic region has not been identified as an area that has lost dispersal connection or has created a bottleneck for spotted owl dispersal (Davis et al. 2016).

Overall, 87 percent of the NRF and dispersal-only habitat outside of the home ranges would retain habitat function post project treatment because 19,695 acres of habitat outside of the home ranges would not be treated, and 179 acres of NRF and 1,294 acres dispersal-only habitat would modify but maintain habitat function post-treatment. These acres would continue to provide for dispersal and connectivity because no significant barriers to dispersal are anticipated as a result of BLM's Rogue Gold, Trail Creek, and Last Chance Project proposed actions as supported by the best available science.

Spotted owl protocol surveys to all NRF outside of known home ranges are continuing and if new resident spotted owls are found, the District plans to drop units or modify proposed prescriptions to avoid and minimize adverse effects to the extent possible and not incur incidental take as determined by the Service.

KSW01511

AR_004775

| | NRF Removed (acres) | | NRF Downgraded (acres) | | NRF Modify (acres) | | Dispersal-Only Removed (acres) | Dispersal-Only Modify (acres) | Total Habitat Acres Treated |
|---|---|---|---|---|---|---|---|---|---|
| **Table 19. Effects to Spotted owl Habitat Outside of Known Home Ranges for the Rogue Gold, Trail Creek, and Last Chance Projects (all federal lands).** | | | | | | | | | |
| | NR[1] | F[2] | NR[1] | F[2] | NR[1] | F[2] | | | |
| **Rogue Gold** | 151 | 95 | 0 | 98 | 30 | 84 | 100 | 1,245 | **1,803** |
| **Trail Creek** | 50 | 321 | 0 | 0 | 3 | 4 | 183 | 6 | **567** |
| **Last Chance** | 170 | 740 | 0 | 0 | 35 | 23 | 845 | 43 | **1,856** |
| **TOTAL** | 371 | 1,156 | 0 | 98 | 68 | 111 | 1,128 | 1,294 | **4,226** |

1- NR = Nesting/Roosting; F = Foraging

***Effects to Non-Territorial Spotted Owls within the Action Area***

Closed canopy forest and its distribution on the landscape are important factors in the persistence of spotted owl populations. Much of the 79 spotted owl home ranges in Action Area provide this closed canopy forest across the landscape. Approximately Additionally, approximately 80 percent of the NRF habitat on BLM managed lands in the Action Area will not be impacted by the proposed action. Therefore, nonbreeding spotted owls would still be able to access this habitat, albeit depending on competition from territorial spotted owls and interference competition from barred owls. As mentioned earlier, to date, surveys have resulted in 13 sites known to be occupied by a pair or resident single within the last two years. Given the lack of territory occupancy by spotted owls, the number of unoccupied sites and areas outside of known spotted owl home ranges, would be accessible to nonbreeding spotted owls to colonize as territory holders. The BLM will continue to survey and if new resident spotted owls are located, the BLM will modify or drop the units as appropriate to avoid incidental take of spotted owls.

Conservation of closed canopy forest in the BLM's Reserve Land Use Allocation, whether LSR, DDR or RR, provide for patches of habitat that could support breeding adults and provide colonization areas for subadults during the years before their recruitment into the breeding population. Habitat in Reserves (LSR, DDR, RR) will contribute to a dispersal capable landscape (USDI BLM 2016b, 942-947) for both juvenile and adult breeding dispersal. This is also evident in the discussion of effects to dispersal function (Section 5.1.2). The removal of dispersal-only and NR and F habitat would not preclude owls from dispersing throughout the Action Area post-treatment. The units would be dispersed throughout the Action Area and the proposed action would not create large blocks of non-habitat that would create barriers and preclude owls from dispersing through the landscape (also see section 5.1.2 - Effects to Northern Spotted Owl Dispersal Function and Maps 19-24, Appendix E). There is a total of 15,767 acres of SWO RMP/ROD mapped LSR (large stand level/RA32) (Table 23, 17,531 acres of mapped RA32 minus 1,764 acres of proposed treatment in mapped RA32) on BLM managed lands in the Rogue Gold, Trail Creek, and Last Chance Action Area that would not be treated under the proposed actions (90 percent of the total mapped LSR in the Action Area). These untreated areas across the Action Area will provide areas for spotted owls to re-colonize across the landscape and facilitate connectivity and dispersal between spotted owl occupied areas. Maps 19-24, in Appendix E display areas of NRF and dispersal-only habitat that would be retained within the Action Area and between known spotted owl home ranges to help facilitate connectivity at the landscape

KSW01512

AR_004776

level. Additionally, 830 of the proposed treatment acres in the LSR are hazardous fuels maintenance treatments in NRF and dispersal-only habitat (Table 23). The overstory canopy cover would not be affected and would be retained, so these units would continue to provide connectivity for dispersing owls and not prohibit colonization within the Action Area.

### 5.1.4 Effects to Barred Owls/Spotted Owl Interaction

*Barred Owl Effects on Spotted Owl Populations*

Barred owls negatively influenced every demographic parameter estimated in the latest demographic assessment (Franklin et al. 2021).  As barred owl numbers and distribution increase, the relative effect on spotted owl demographic parameters will also increase (compare Dugger et al. 2016 to Franklin et al. 2021).  During a period when the range-wide spotted owl habitat amount was relatively stable or increasing (Davis et al. 2022), spotted owl populations within demography study areas went from declining by 34 percent and 44 percent respectively for the Klamath and South Cascades DSA (Dugger et al. 2016), to declining by > 60 percent in the Oregon DSA overall (Franklin et al. 2021).

*Barred Owl Effects on Individual Spotted Owls*

The amount and configuration of nesting-roosting forest was considered the primary defining factor in occupancy of an area by northern spotted owls (Franklin et al. 2000; Dugger et al. 2005; Sovern et al. 2019).  It is clear that reductions in the proportions of nesting-roosting habitat in a given territory below those described in Appendix D result in marked decreases in likelihood of spotted owl occupancy and reproduction.  However, the relative importance of older forest on spotted owl occupancy and reproduction in a territory has been substantially diminished due to competition with barred owls (Dugger et al. 2011; Franklin et al. 2021).  Barred owls have a negative effect on continued occupancy of a territory by spotted owls that exceeds the positive effect of habitat proportion by >2 times (Dugger et al. 2011; Franklin et al. 2021, Yackulic et al. 2019).

Jenkins et al. (2021, p. 11) found that breeding dispersal (the movement from one breeding territory to another) rates also appear to increase in the presence of barred owls, increasing from ~7 percent in the 1990's to ~25 percent by 2017 and suggested it could lead to increased population instability.  Breeding dispersal is a form of both site abandonment (original territory) and subsequent colonization of a new territory although the factors that influence abandonment may be different than those that influence the selection of a new territory.  Spotted owls tend to remain on high quality territories (as expressed by individual occupancy and reproductive history) at a greater rate than lower quality territories. The proportion of a territory covered by nesting-roosting forest was not directly related to breeding dispersal probability; suggesting other factors drove territory abandonment.  Barred owl presence, territory quality [historic reproduction], or death of a mate seemed to be the primary drivers of territory abandonment (Jenkins et al. 2021, pp. 12-15).  It should be noted that the level of recent disturbance/removal of nesting-roosting cover in the study areas was relatively low.  Severe or extensive modification of nesting-roosting cover has been shown to influence territory abandonment by spotted owls (see Appendix D).

Although proportion of nesting roosting forest was not a driver of site abandonment, approximately half of the dispersing spotted owls that moved to new territories settled in areas

KSW01513

AR_004777

Medford BLM April FY2023 Batch BA

with more nesting-roosting cover than the territory previously occupied, but only 42 percent moved to a territory with a higher territory quality than their original site (Jenkins et al. 2021, p. 11). Other factors than the amount of nesting-roosting cover such as prey availability, pair experience, or barred owl presence may strongly influence individual territory quality and therefore spotted owls decision to stay on a territory or leave, spotted owls still perceive conditions associated with older forest as important when selecting new territories. The findings in Jenkins et al. (2021) are consistent with Franklin et al. 2021 findings that barred owl presence has a strong effect on site abandonment many times greater than any positive effect of the amount of habitat, and that the negative effect of barred owl presence on colonization is somewhat smaller and the influence of nesting roosting forest is more variable in magnitude.

### *Effects of Project Implementation and Barred Owls on Spotted Owl Habitat*
The actions analyzed in this Assessment would result in 5,516 acres of spotted owl nesting-roosting habitat being removed or downgraded to dispersal-only habitat within the Rogue Gold, Trail Creek, and Last Chance Projects. The majority of that would occur in the Harvest Land Base (4,996 acres; 90 percent). However, 18 acres (one percent) of NR removal would occur in LSR from road and landing construction. Nesting-roosting downgrade from thinning would not occur in LSR. The remaining nine percent of actions would occur in the District Designated Reserve or Riparian Reserve LUAs.

Approximately 39,359 acres of NRF habitat would continue to maintain current function on federal lands within the Action Area, including 14,481 acres in the HLB and 24,875 acres within Reserve LUA. As noted in Tables 5-7, there are 56,326 acres of Reserves LUA on federal lands within the Action Area, of which 26,088 acres are NRF habitat. There are a total of 24,338 acres of LSR on BLM managed lands in the Action Area that would not be treated under these projects (93 percent of the total mapped LSR in the Action Area). Additionally, 89 percent of the NRF and dispersal-only habitat on federally managed lands within the Action Area would continue to provide habitat for spotted owls after the Rogue Gold, Trail Creek and Last Chance projects have been implemented. These areas of functioning NRF and dispersal-only habitat in the LSR is sufficient for LSR to continue to meet its purpose (habitat for northern spotted owl survival and recovery). Franklin et al. (2021) confirmed the importance of these untreated areas across the landscape to help with barred owl competition effects by providing areas for spotted owls to re-colonize across the landscape and facilitating connectivity and dispersal between spotted owl occupied areas.

Successful dispersal and subsequent site colonization by spotted owls requires sufficient unoccupied habitat for territory establishment. The Action Area have a long history of spotted owl surveys so the use of effects to historic occupied sites as a surrogate for actual habitat effects as opposed to acres of a particular forest cover type, is useful. There are currently 79 historic sites (including alternate sites) that overlap the Action Area (including three Occupied Sites, see Occupied Site Effects Section 5.1.3 for specific discussion of effects to currently occupied sites). Generally sites are considered likely to support occupancy when more than 40 percent of the Provincial Home Range (PHR) circle is comprised of NRF forest type, and at least 50 percent of

KSW01514

AR_004778

Medford BLM April FY2023 Batch BA

the 0.5-mile core use circle is NRF habitat type[1] The BLM estimates that six of the unoccupied sites in the Action Area meet or exceed the amount of NRF habitat associated with occupancy within both the 0.5-mile core use area and PHR radii. Twelve unoccupied sites currently meet or exceed the proportion of NRF within the 0.5-mile core use area radius associated with occupancy, but not the PHR.  Seven of the seven sites currently meeting NRF proportions associated with occupancy at both 0.5-mile core use area and PHR would be modified by an action included in this Assessment. Fourteen of the 19 sites with current conditions in the 0.5-mile core use area radius above habitat levels associated with occupancy, would have more than minimal habitat modification; however, only four sites (2219O, 2015A, 2070A and, 2620B) would be modified to the extent they would not meet conditions associated with occupancy. Assuming that the 19 sites with proportion of NRF at or above 50 percent NRF represent the most likely sites to still provide for potential colonization and occupancy, implementation of the Rogue Gold, Trail Creek, and Last Chance Projects would result in a reduction in habitat capacity of approximately 21 percent (four historic sites) using activity center conditions as a surrogate for landscape habitat conditions.

The habitat selection preferences demonstrated by both species indicate that forest cover change resulting from actions addressed in this Assessment would have equal or possibly greater relative effects to individual barred owls compared to spotted owls. The average amount of older and mature forest cover in the core use area of barred owls in the Coast Range of Oregon was ~ 256 acres, while the average spotted owl breeding home range size was ~448 acres (Wiens et al. 2014). A 20-acre regeneration harvest of mature forest stand, therefore; would impact ~7.8 percent of older and mature forest in a barred owl core use area but 4.5 percent in spotted owl core use area (original data in Wiens et al. 2014).  Barred owls may be able to better compensate for the loss of habitat function because they show a more even utilization of forest types than spotted owls, but overall, the actions considered here would have negative effects on habitat for barred owls and spotted owls and would not select for one species over the other.

The effects of the actions considered here are consistent with the habitat effects considered in PRMP FEIS and PRMP Biological Opinion (USDI BLM 2016b, USDI FWS 2016) including retention and development of habitat function in the Reserve LUAs. The available evidence suggests barred owls will have a significant effect on the likelihood of successful colonization and subsequent occupancy by northern spotted owls that cannot be substantially ameliorated by more habitat (Dugger et al. 2011; Sovern et al. 2014; Franklin et al. 2021). This is consistent with the analysis in the PRMP FEIS (p. 936, Fig. 3-189), that showed that conserving additional acres of spotted owl nesting-roosting habitat in the HLB did not change the negative estimated spotted owl population trajectories compared to the implementation of the PRMP when barred owls are present.

The actions analyzed in this Assessment, when considered in context with barred owl, *may affect, and would likely adversely affect* the northern spotted owl. There would be a reduction in acres of NRF habitat of approximately 12 percent of NRF on federal lands within the Action Area and a change in habitat capacity of approximately 21 percent (four historic site). The

---

[1] See Appendix D for detailed discussion of the science and limits of these threshold conditions.  BLM believes this generalized approach is useful as a surrogate for habitat level effects but recognizes that there is variability in individual sites depending in part on the configuration and proximity of NRF forest stands to the activity center.

KSW01515

AR_004779

amount of change to the Reserve network is small and would not change the functions for which they were designated including providing blocks of older forest cover capable of supporting viable populations of northern spotted owls to contribute to the conservation of the northern spotted owl as expected in the PRMP Biological Opinion (USDI FWS 2016 p. 700-703).

## 5.1.5 Effects from Disturbance

Spotted owls are most susceptible to disturbance from noise and visible activity associated with adjacent forest management activities during the critical breeding period. For this Assessment, the spotted owl critical breeding season is defined as March 1 to July 15 (See Definitions Section). Critical breeding season behavior includes nest site selection, egg laying, incubation, and brooding of nestlings to the point of fledging (Forsman et al. 1984, pp. 32-38). The proposed use of large trucks, chainsaws, yarding equipment and other heavy machinery, and helicopters for yarding in some units will introduce increased levels of noise and human activity into the project area. Project Design Criteria restricting activities during the critical breeding season and within recommended disturbance distance thresholds will be incorporated into the Rogue Gold, Trail Creek, and Last Chance Projects (Appendix A). On-the-ground implementation will not occur during the critical breeding season, March 1 – July 15. Applying the PDC will avoid noise or activity which would adversely affect nesting owls and their young. By late August, juvenile spotted owls have moved away from the nest, fly short distances, and are no longer completely dependent upon the adults for daily feedings (Forsman et al. 1984, pp. 37 and 38). A flush response from either an adult or juvenile at this stage of development is not likely to reduce the juvenile owls' fitness or ability to survive. Therefore, with the application of seasonal restriction PDC, the behavioral effects of noise disturbance that occurs during the late nesting season *may affect but are not likely to adversely affec*t spotted owls.

## 5.1.6 Effects to Northern Spotted Owl Prey

Reductions in habitat components such as canopy connectivity and cover such as shrubs, down wood, and snags, may subsequently affect small mammal abundance and diversity (Chambers 2002; Manning et al., 2012); however positive response of some components of prey habitat such as herb-grass cover, understory vegetation, shrub cover, and understory species richness) have been observed after treatments designed to restore historic vegetation conditions (Suzuki and Hayes 2003, p. 357; Manning and Edge 2008 p. 628, Dodson et al. 2008, pp. 3134 and 3137; Dodson and Peterson 2010 p. 1704). Other findings indicate thinning can have short-term negative effects on understory plants (mechanical destruction) and below- ground fungi (death of host trees and mechanical destruction; Courtney et al. 2004). In turn these effects may affect the food sources used by small mammals. Where treatments similar to those proposed in the Rogue Gold, Trail Creek and Last Chance projects have been studied, the effects to small mammal species' diets and small mammal biomass have been shown to be insignificant or of short duration (Suzuki and Hayes 2003 pp. 358-359; Converse et al., 2006, pp. 268-269; Amacher et al., 2008, pp. 3198-3199; Manning and Edge 2008, p. 628). Although small mammals seem to recolonize areas soon after disturbance, diversity and species dominance differ as succession progresses. Verschuyl and others (2011, p. 227) reported positive medium- and long-term response to forest thinning by mammals across all forest types and thinning intensities but noted that the effects of forest thinning on species of conservation concern may warrant further review. Treatments in dense stand conditions as those found in portions of the Rogue Gold, Trail Creek, and Last Chance Action Area are likely to have variable impacts from the creation of openings

KSW01516

AR_004780

that foster development of important prey habitat elements such as shrubs, herbaceous growth, and hardwoods.

The northern flying squirrel, dusky-footed woodrat, and bushy-tailed woodrat are important prey of the northern spotted owl in the Action Area (Forsman, et al. 2004). Spotted owl prey relationships are complex and prey-switching may be important (Courtney, et al. 2004). Vegetation treatment projects may impact spotted owl foraging by changing habitat conditions for different prey species.

Dusky-footed woodrats occur in a variety of conditions, including old, structurally complex forests, younger seral stages, and shrubby openings, and are often associated with streams (Carey et al. 1999, Sakai and Noon 1993, Hamm and Diller 2009). Oaks (*Quercus* spp.), other mast producing hardwoods, and shrubs provide a key food resource for dusky-footed woodrats and shrubs may be important sources of cover from predators. Research has suggested that some types of harvest activities such thinning or associated practices (e.g., burning slash piles) could be detrimental to dusky-footed woodrats if it reduces hardwoods, shrubs or downed wood. Thinnings that create substantial canopy openings could reduce habitat suitability for woodrats in the short-term but conversely can create benefits if increases in growth of shrubs or hardwoods follow after thinning (Innes et al. 2007, pp. 1528-1529) or the creation of new ecological edges (Sakai and Noon 1993). A study of dusky-footed woodrats in the redwood region of California found positive relationships in the abundance of woodrats with amount of shrub cover and found lower abundances in thinned mature stands (Hamm and Diller 2009, pp. 100-101).

The thinning prescriptions in the Rogue Gold, Trail Creek and Last Chance Projects will reduce prey habitat but are expected to variably retain important habitat components (hardwoods, snags, woody debris, shrubs) while promoting productivity of shrubs and herbaceous vegetation. Gaps and areas of reduced canopy from thinning will reduce the continuity of cover but are expected to enhance the fine-scale diversity of vegetation and should maintain overall populations of dusky-footed woodrats in the long-term through the development of earlier seral patches and retention of cover in untreated areas. Short-term effects are largely dependent on the large-and fine-scale spatial distribution of existing habitats and the proportion of the habitat affected.

Sakai and Noon (1993) stated that dusky-footed woodrats might benefit from some fuels management and non-commercial thinning that would increase shrub and pole stands. Bushy-tailed woodrat presence is more dependent on cover and food availability than on seral stage. They often use areas previously disturbed by fire (Carey 1991). Bushy-tailed woodrats are most abundant along streams, and riparian areas may serve as the principal avenue for woodrat recolonization (Carey et al., 1992). Lehmkuhl et al. (2006) found that fuels projects in eastern Washington could have impacts on bushy-tailed woodrats, but confirmed the importance of maintaining snags, down wood, and mistletoe. These components would be retained where feasible, unless they are a safety hazard. The proposed thinning may have rapid, positive effects for many forest-floor prey species (e.g., mice, voles, chipmunks) especially due to increased understory development (Carey 2001, Carey and Wilson 2001, Haveri and Carey 2000). This could indirectly benefit spotted owls by providing more prey available for capture (e.g., mice, voles, chipmunks).

KSW01517

AR_004781

Medford BLM April FY2023 Batch BA

Flying squirrels are associated with old growth and mature forests with dense, complex canopies (see Carey 2000, pp. 46, 52-54, and Lehmkuhl et al. 2006b, p. 591; and as reviewed in Wilson and Forsman 2013, p. 81). Sullivan and others (2017, p. 580) described flying squirrels as occurring in a "relatively broad range of young managed forest habitats, as well as in old-growth stands". Studies of the effects of vegetation management on flying squirrels have found similarly mixed results as those for other species described above, likely due to variability in stand conditions, spatial distribution of treatments, and treatment intensity and of study areas. Effects to flying squirrels at the stand–scale appears to vary depending on the prescription and pre-treatment conditions. Thinning and other forms of partial harvesting can alter forest structure and/or reduce canopy continuity; therefore, can affect a squirrel's ability to glide or avoid predation (Wilson and Forsman 2013, p. 82). In one study in the Sierra Nevada of California, abundances of flying squirrels in thinned stands appeared related to the amount of canopy cover retained during harvesting; though authors noted that the study was limited in scope and sampling effort (Meyer et al. 2007, pp. 206-207). In a literature review, Holloway and Smith (2011) found flying squirrel abundance lower in partially harvested areas compared to uncut stands (p. 670). Holloway and others (2012, p. 191) found thinning treatments that retained less than 40 percent of the stands represented poor quality habitat for flying squirrels. Similar results have been described by others (Manning et al. 2012, p. 120; Sollmann et al. 2016, p. 104-106).

The indirect effects of thinning can influence flying squirrels. Thinning can also destroy decaying or defective woody materials; increase their recruitment; or both. Some studies have suggested that food availability influences flying squirrel abundance, and that commercial thinning modifies microsite conditions which can temporarily (e.g., <20 years) reduce the availability of key food resources such as truffles, and other hypogeous fungi for flying squirrels and other small mammals (Waters et al. 1994, Luoma et al. 2003, Gomez et al, 2005, Meyer et al. 2005). Spatial patterns and degree of retention was found to influence the post-treatment truffle and fungi persistence, at least three years after treatment (Luoma et al 2004, pp. 348-349). The context of the landscape adjacent to treatments can influence flying squirrel response to thinning treatments (Holloway et al. 2012, p. 191; Sollman et al. 2016, pp. 104-106). Comparing flying squirrel densities in thinned and un-thinned areas, flying squirrel densities were found to be lowest in thinned units, that flying squirrels shifted into un-thinned patches toward un-harvested areas that retained higher percent canopy closure, but overall flying squirrel densities at larger spatial scales did not decline (Sollmann et al. 2016, pp. 104-106).

Effects of prescribed fire treatments that follow thinning can have additive effects to habitats used by flying squirrels, but similar to thinning, the variability of the underburning influences the degree of impacts to forage conditions, cover, or squirrel mobility. The abundance, biomass, and frequency of truffles and other hypogeous fungi were found to be lower in recently burned areas compared to unburned stands in mixed conifer habitats of the Sierra Nevada (similar to the Action Area). The heterogeneity of the fire influences squirrel movement and flying squirrel density (see review in Roberts et al. 2015, p. 115-116).

The proposed commercial thinning and selection harvest actions, especially in NRF habitat, would likely remove flying squirrel habitat, which could decrease flying squirrel abundance (Wilson 2010; Manning, et al. 2012) and reduce spotted owl foraging opportunities in these areas. The treatments could affect or displace flying squirrels at the treatment-scale, because the

KSW01518

AR_004782

thinning and prescribed fire will remove or reduce habitat structures, tree densities, and canopy cover.  Management recommendations for flying squirrel conservation in the papers cited above include the retention of the existing environmental heterogeneity, specifically, avoidance of large openings, the retention of large logs, snags and escape cover, and connectivity within the canopy to facilitate gliding.  Effects from the Project, particularly treatments with habitat removal will be moderated though a number of factors: the action avoids many older, complex habitats where high squirrel densities likely occur; provisions for snag and legacy tree retention comport with those recommended in the literature; the location and variable nature of the thinning, and the availability of untreated habitats (Solloman et al. 2016, pp. 104-106).  If using NRF as a proxy for flying squirrel habitat, approximately 15 percent of the available NRF acres on BLM managed lands within the Action Area will be removed.  Approximately, eight percent NRF will be affected to varying degrees by treatments that would modify, but maintain habitat function.  Most of these impacts are by habitat removal.  Due to the habitats focused for treatments, the distribution and availability of skips and untreated areas within the treatment units and the overall landscape, combined with the temporal span of treatments, the action is unlikely to result in population-level impacts to flying squirrels.

Some disturbance of habitat may improve forage conditions for spotted owls, provided that understory structure and cover are retained. Removal of some tree canopy, provided it is not too extreme, will bring more light and resources into the stand, stimulating forbs, shrubs and other prey food. Once the initial impact of disturbance recovers (6 months to 2 years), the understory habitat conditions for prey food would increase over the next few years, until shrubs and residual trees respond and once again close in the stand.  Edges created from harvest can be areas of good prey availability and potentially increased vulnerability (i.e., better hunting for owls) (Zabel, et al. 1995). Prey animals may be more exposed in the disturbed area or may move away from the disturbed area for the short-term. Some minor changes in prey availability may occur as cover is disturbed and animals move around in the understory. Prey may become more vulnerable and exposed. The disturbance might attract other predators such as hawks, other owls, and mammalian predators. This may increase competition for owls in the Action Area, but the exposure of prey may also improve prey availability for northern spotted owls.

Bingham and Noon (1997) reported that a spotted owl core area is the area that provides the important habitat elements of nest sites, roost sites, and access to prey, benefiting spotted owl survival and reproduction.  Rosenberg and McKelvey (1999) reported that spotted owls are "central place" animals with the core area (the area closest to the nest) being the focal area. Several studies (Anthony and Wagner 1998; Dugger, et al. 2005; Zabel, et al. 2003; Bingham and Noon 1997) indicate the core area size for the Klamath and Western Cascades provinces is 0.5-mile (or 500 acres) around the nest site. Therefore, effects to prey species are most critical at the nest patch and core areas.  However, these impacts were be minimized in occupied spotted owl sites because proposed treatment in the 0.5-mile core use area and nest patch have been reduced.

Treatment implementation would be spread out temporally and spatially within the Action Area, which would provide areas for spotted owl foraging during project implementation and reduce the impact of these short-term effects at the project level.  Untreated patches will be retained within the project area for special status species, riparian vegetation, and other constraints.

KSW01519

AR_004783

Medford BLM April FY2023 Batch BA

Residual trees, snags, and down wood that are retained in the thinned stands would provide some cover for prey species over time, and would help minimize harvest impacts to some prey species. Flying squirrel habitat may be reduced in quality in some places, but those same places are likely to maintain or improve habitat for woodrats and other small mammals (Courtney, et al. 2004). The 85 percent of untreated NRF habitat on all land ownerships and 80 percent of untreated NRF on federally managed lands within the Action Area would continue to provide habitat for spotted owl prey except when the habitat is removed or downgraded from projects not included in this Assessment or from wildfire.

### 5.1.7 Effects to Late Successional Reserves

The proposed actions would treat 1,750 acres within the LSR LUA. Slightly less than half of these acres are Hazardous Fuels Reduction Maintenance treatments (812 acres, 46 percent). Of these 1,750 acres of total treatment within the LSR LUA, 1,384 acres would occur in spotted owl NRF habitat, and 366 acres would occur in dispersal-only habitat. See Table 23 for a summary of treatment types and spotted owl habitat effects.

KSW01520

AR_004784

Medford BLM April FY2023 Batch BA

**Table 23. Summary of Effects to Spotted Owl Habitat in the LSR LUA in the Action Area.**

| | NRF Remove (acres) | | NRF Downgrade (acres) | | NRF Modify (acres) | | Dispersal-only Remove[3] (acres) | Dispersal-only Modify (acres) | Total Habitat Acres Treated[4] |
|---|---|---|---|---|---|---|---|---|---|
| | NR[1] | F[2] | NR[1] | F[2] | NR[1] | F[2] | | | |
| *All Projects (combined) Action Area Baseline Habitat –LSR LUA* | 13,745 *(Nesting-Roosting and Foraging)* | | | | | | 2,648 *(Dispersal-only)* | | 17,531 *(total in AA)* |
| **Selection Harvest** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 5 | 151 | 61 | 107 | 0 | 135 | **459** |
| Trail Creek | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Last Chance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **Commercial Thinning** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** | **0** |
| Trail Creek | 0 | 1 | 0 | 0 | 0 | 0 | 1 | **0** | **2** |
| Last Chance | 0 | 0 | 0 | 0 | 40 | 183 | 12 | 59 | **294** |
| **Roadside Vegetation Removal** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| Trail Creek | 0 | 0 | 0 | 0 | 6[5] | 1 | 0 | 6 | **13** |
| Last Chance | 0 | 0 | 0 | 0 | 91[5] | 0 | 0 | 34 | **125** |
| **Hazardous Fuels Maintenance** | | | | | | | | | |
| Rogue Gold | 0 | 0 | 0 | 0 | 0 | 93 | 0 | 56 | **149** |
| Trail Creek | 0 | 0 | 0 | 0 | 47[5] | 12 | 0 | 5 | **64** |
| Last Chance | 0 | 0 | 0 | 0 | 452[5] | 104 | 0 | 43 | **599** |
| **Road and Landing Construction, Yarding wedges, Quarry Expansions** | | | | | | | | | |
| Rogue Gold | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | **3** |
| Trail Creek | 4 | 1 | 0 | 0 | 0 | 0 | 5 | 0 | **10** |
| Last Chance | 13 | 11 | 0 | 0 | 0 | 0 | 8 | 0 | **32** |
| **Total LSR Treatment Effects** | **18** | **13** | **5** | **151** | **697** | **500** | **28** | **338** | **1,750** |
| **% Change to the Rogue Gold, Trail Creek, and Last Chance Action Area Baseline Habitat – LSR LUA** | **- 0.2 %** | | **- 1.1 %** | | **No Change** | | **- 1.1 %** | **No Change** | **10 % of LSR in AA treated** |

1 = Nesting-Roosting; 2 = Foraging; 3 = Baseline is Dispersal-Only habitat; 4 = Total acres in the LSR within the Action Area includes capable or non-habitat acres not presented in other columns. 5 = Field evaluations have not been completed for these acres and were conservatively assigned to NR category.

KSW01521

AR_004785

Medford BLM April FY2023 Batch BA

The areas proposed for the Rogue Gold and Last Chance vegetation treatments that would downgrade foraging habitat (151 acres) or remove dispersal-only habitat are expected to have short-term adverse effects to territorial spotted owls but long-term beneficial effects to the species and habitat are expected. The treatments are designed to meet the objectives of providing forest resiliency or promoting spotted owl habitat improvement. Treated stands with forest resiliency objectives are anticipated to better withstand some wildlife impacts. Treated stands with habitat improvement objectives are designed to develop future spotted owl nesting-roosting habitat. These impacts would result in a 1.3 percent loss of NR and F habitat within the LSR on BLM managed lands in the Action Area. This amount of short-term loss is expected to be offset by the development of current dispersal-only habitat and foraging habitat into nesting-roosting habitat as forest conditions improve over time, both with and without management.

### Habitat Development

LSR LUA commercial thinning treatments are proposed to occur in currently habitat types that are not currently spotted owl nesting-roosting habitat and are expected to improve spotted owl nesting conditions across the landscape in the future. The proposed treatments would provide long term benefits by allowing trees to grow larger faster, and to develop other suitable wildlife habitat characteristics, such as large limbs and crowns. Additionally, these prescriptions would help develop multi-canopy stands, increase tree diameter growth, promote tree species diversity, and create more favorable roosting and foraging habitat conditions. As structural components used by spotted owls continue to develop, such as multiple canopy layers, large diameter trees and eventually large snags and coarse wood, the amount of spotted owl nesting habitat is expected to increase over time.  These treatments would increase habitat patch size and connectivity across the landscape, particularly when applied in areas with high RHS.

### Resistant Stands and Habitat Protection

As mentioned above, the proposed treatments are also designed to meet forest resiliency objectives, which would also help protect spotted owl habitat. The proposed commercial thinning treatments would reduce canopy fuels and create discontinuous horizontal canopy fuels. Thinning of the over-story canopy would result in horizontal separation of tree crowns and decrease the likelihood of tree-to-tree crown fire spread under typical fire weather indices (Scott and Reinhardt 2001). Thinned stands with remaining large trees have been shown to have less severe fire effects when intersected by wildfires (USDI BLM 2016b, p. 228; Martinson and Omi 2013, Lydersen et al. 2014,). The proposed prescriptions would retain and promote a cohort of large diameter trees and reduce the threat and competition from adjacent fuels and vegetation to legacy trees.  This would improve resistance to stand-replacing crown fire, as large trees are an important component of fire-resistant stand structure (Martinson and Omi 2013, USDI BLM 2016b, pp. 243, 252). Additionally, the proposed treatments would provide greater influence to modify fire behavior and slow fire spread (Finney 2001) and provide greater protection to resources, such as spotted owl habitat (Ager et al. 2007).

These long-term benefits are also consistent with the PRMP BiOP analysis, which acknowledged that individual projects would have short-term localized adverse impacts. Projects consistent with management direction would have an overall net positive conservation outcome at the plan level (USDI FWS 2016, p. 522 and 609).  This is true with the Rogue Gold, Trail Creek and Last Chance projects proposed actions, as the treatments are intended to reduce the likelihood of

KSW01522

AR_004786

stand-replacing fires that are not compatible with the conservation needs of spotted owls. When aggregating these negative and positive impacts with the environmental baseline, it is our conclusion that the impact of the PRMP will be a net conservation gain for the spotted owl during the next 50 years under the plan."

Although actions under this Assessment would Likely Adversely Affect northern spotted owls due to impacts to habitat, the above LSR analysis indicates that the habitat function in the LSR is sufficient for LSR to continue to meet its purpose (habitat for northern spotted owl survival and recovery) because only 1.3 percent of the NRF habitat within all LSR in the Action Area would be downgraded (1.1 percent) or removed (0.2 percent).

## 5.1.8 Effects to Northern Spotted Owl Critical Habitat

Approximately 70,400 acres of the Rogue Gold, Trail Creek, and Last Chance Action Area are within the December 2021 designated spotted owl critical habitat (Tables 5-7, Maps 25-27, Appendix E). The consultation process evaluates how a proposed action is likely to affect the capability of the critical habitat to support northern spotted owl nesting, roosting, foraging, or dispersal (PBFs) by considering the scales at which the life-history requirements of the northern spotted owl are based regardless of the species' presence or absence (USDI FWS 2021).

The Rogue Gold, Trail Creek, and Last Chance Projects propose to treat up to 4,362 acres of spotted owl NR, F, and dispersal-only habitat in designated critical habitat (Table 20). The primary impacts to critical habitat will be the approximately 1,246 acres in total of dispersal-only habitat that is proposed for removal and the 933 acres of NR and F habitat proposed for downgrade and removal.

As discussed above, if spotted owls are located during ongoing surveys, the District will modify or drop units to avoid incidental take, as appropriate. These potential changes could also reduce the amount of NRF habitat proposed for removal or downgrade within critical habitat.

As shown in Table 20, of the total combined 933 acres of NRF habitat acres proposed for removal or downgrading in designated critical habitat, 45 percent (416 acres) are in nesting-roosting habitat (PBF#2) and 55 percent (517 acres) are in foraging habitat (PBF#3). As provided in the definition section, foraging habitat is a subset of NRF (as such is calculated as NRF for baseline tracking). Even though these foraging stands may have large trees and high canopy cover, they are often dense, uniform and single-storied, lacking important spotted owl habitat components such as layering, snags, and coarse woody debris.

The primary objectives for these projects are to meet non-owl-specific objectives, such as timber production and forest health (in HLB LUA). Therefore, treatments are proposed in currently functioning NR habitat, which include removal of NR habitat, in the HLB LUA and also in designated critical habitat, so as to meet other management goals and objectives of the District. In the LSR LUA, treatments proposed in foraging stands are designed to promote the development of NRF habitat as directed in the SWO RMP/ROD for LSR (USDI BLM 2016a, p. 70). The current condition of the Rogue Gold, Trail Creek and Last Chance projects LSR units proposed for treatment with the intent to promote the development of nesting-roosting habitat are generally either single-storied homogenous stands and lacking structure, or layered stands

KSW01523

AR_004787

Medford BLM April FY2023 Batch BA

lacking the large diameter trees characteristic of supporting nesting habitat. In these areas, the treatments are designed to increase tree DBH, increase canopy layering, and stand diversity. While active management is planned within critical habitat, as provided for in the SWO RMP/ROD and per the critical habitat final rule (USDI FWS 2012b, pp. 71881-82), the treatments are intended to avoid any incidental take of spotted owls as also provided for in SWO RMP/ROD direction, which reduces impacts to the demographic role of the CHUs.

**Table 20. Effects to Spotted Owl Critical Habitat from the Rogue Gold, Trail Creek, and Last Chance Projects.**

| | NRF Removed (acres) | | NRF Downgrade (acres) | | NRF Modify (acres) | | Dispersal-Only Removed (acres) | Dispersal-Only Modify (acres) | Dispersal Quality Remove (acres) (NRF+Dispersal-only)[3] | Total Habitat Acres Treated |
|---|---|---|---|---|---|---|---|---|---|---|
| | NR[1] | F[2] | NR[1] | F[1] | NR[1] | F[2] | | | | |
| **KLE-2 (baseline acres from Table 13) (federal lands)** | 43,213 | | | | | | 14,457 (Dispersal-only) | | 57,670 (NRF + Dispersal-only) | **70,376** |
| **Last Chance** | 372 | 419 | 0 | 0 | 778 | 517 | 336 | 671 | 1,127 | **3,093** |
| **% Change to KLE-2 Baseline Habitat (federal lands)** | -1.8% | | No Change | | No Change | | -2.3% | No Change | -2.0% | **4.4%** |
| **KLE-3 (baseline acres from Table 13) (federal lands)** | 30,054 | | | | | | 15,874 (Dispersal-only) | | 45,928 (NRF + Dispersal-only) | **64,310** |
| **Rogue Gold Treatment Effects** | 7 | 7 | 5 | 65 | 36 | 261 | 13 | 423 | 27 | **817** |
| **Trail Creek Treatment Effects** | 32 | 26 | 0 | 0 | 162 | 66 | 34 | 132 | 92 | **452** |
| **KLE-3 TOTAL** | 39 | 33 | 5 | 65 | 198 | 327 | 47 | 555 | 119 | **1,269** |
| **% Change to KLE-3 Baseline Habitat (federal lands)** | -0.2% | | -0.2% | | No Change | | -0.3% | No Change | -0.3% | **2.0%** |

1- NRF = Nesting/Roosting/Foraging - PBF #2; RF = Roosting /Foraging - PBF #3; All Dispersal Baseline (Dispersal-only + NRF)

## Critical Habitat Effects Summary by Primary Biological Features

### *Nesting, Roosting, and Foraging Habitat (PBFs #2 and #3)*

**NRF Removal**
The primary objective for the 933 acres of NR and F proposed for removal within critical habitat is to meet SWO RMP/ROD directed timber ASQ volume targets on the Harvest Land Base LUA. These acres of habitat proposed for removal would not be expected to obtain NRF conditions in designated critical habitat for decades. The Biological Opinion for the BLM Western Oregon Resource Management Plan predicted that uneven-aged management would result in the loss of PBFs #2 and #3. However, even with the proposed loss, the prescriptions would promote more rapid development of stands containing the elements associated with nesting-roosting habitat and would promote restoration of natural disturbance regimes, compared to regeneration type treatments.

The proposed actions are consistent with the assumptions and estimates in the PRMP/FEIS, which indicated an ingrowth of nesting-roosting habitat over time is attributed through natural development of current non-nesting stands and through commercial thinning designed to develop

KSW01524

AR_004788

Medford BLM April FY2023 Batch BA

non-nesting-roosting habitat into nesting-roosting habitat. The PRMP/FEIS predicted an increase of mature and structurally-complex forest habitat on the BLM-administered lands within the Western Oregon PRMP/FEIS Decision Area (USDI BLM 2016a, pp. 1655, 1656) within the next 50 years. At the PRMP/FEIS Decision Area scale, mature forest habitat would increase by 392,605 acres and structurally-complex forest habitat would increase by 143,789 acres by 2063. The increase in habitat is attributed to an increased development of mature and structurally-complex habitat in the reserves that contain snags and down woody material legacy structures (USDI BLM 2016b, p. 844). The PRMP/FEIS analysis also found an increase in mature and structurally complex forest habitat over 50 years without treatment, which can indicate an increase of natural ingrowth (USDI BLM 2016b, pp. 841-842). These structural stages are not a direct correlation with spotted owl habitat; however, the mature and structurally-complex forest attributes are similar to nesting-roosting habitat. Additionally, the Service concluded in the PRMP/FEIS Biological Opinion that because the majority of the Reserve LUAs are within designated NSO critical habitat, there would be substantial ingrowth of nesting-roosting habitat in critical habitat over the long-term (USDI FWS 2016, pp. 690 and 691).

Up to 46 of the 933 acres of NR/F proposed for removal in the Rogue Gold, Trail Creek, and Last Chance Projects are due to road and landing construction. The road and landing construction in NR and F would remove all vegetation and key habitat components (layering, large trees, snags, coarse woody debris, and high canopy cover) and are not expected to return to or obtain NR or F functioning habitat as long as these areas are utilized as roads or landings in the future.

In order to consider the temporal and spatial scale of impacts a proposed action may have on the PBFs of spotted owl critical habitat, the Service recommends using a scale that is relevant to the needs and biology of the spotted owl such as the 500-acre core area scale s a reasonable metric for land managers to use as a screen when assessing effects on critical habitat (USDI FWS 2012b, pp.14062-14165). The Rogue Basin Level 1 team has consistently used the 500-acre scale analysis in previous ESA Section 7 consultations. However, in this case, it was evident without doing a site specific 500-acre analysis that the amount of NR and F removal relative to the existing NRF at the 500-acre scale would be measurable. As a result, the **BLM has determined the removal of 933 acres of NR and F habitat may affect, and would likely adversely affect (LAA)** spotted owl critical habitat because it would result in a measurable removal of an essential physical or biological feature.

**NRF Downgrade**
The proposed vegetation treatments in the Rogue Gold, Trail Creek and Last Chance projects would downgrade 517 acres of foraging habitat (PBF #3) in designated critical habitat. Treatments proposed to downgrade foraging habitat in the Rogue Gold, Trail Creek and Last Chance projects are located in the LSR LUA. The current condition of the 517 acres of foraging stands proposed for treatment in the Rogue Gold, Trail Creek and Last Chance projects are generally either single-storied homogenous stands and lacking structure, or layered stands lacking the large diameter trees characteristic of supporting nesting habitat. In these areas the treatments are silviculturally designed and intended to speed the trajectory of the development of spotted owl nesting habitat, improve resiliency, and restore ecological functions (USDI BLM 2016a, pp. 70, 72, and 74). Therefore, some long-term habitat benefits may also be achieved

KSW01525

AR_004789

Medford BLM April FY2023 Batch BA

from the proposed action as tree diameter growth increases, multi-layered structure and species diversity develops.

By conducting these types of treatments in PBF #3, over the long term, it is anticipated that stand resiliency will improve which will reduce fire risk and enhance the overall ecological condition of the stand and immediate landscape. These types of treatments were proposed in the Western Oregon Proposed Resource Management Plan/Final Environmental Statement (USDI BLM 2016b, p. 252) because the increased spatial heterogeneity at multiple scales, and disruption of fuel continuity, can alter potential fire behavior and may create conditions in which wildfire can occur without detrimental consequences, reducing impacts to highly valued resources, including timber and wildlife habitat (Finney 2001 and Jain et al. 2012). In stands that are not currently structurally-complex, the creation of small openings and heterogeneous (patchy) stand composition would move vegetation patterns and fuel loadings and arrangements toward conditions comparable to low- and mixed-severity fire regimes (Agee 2002). Additionally, in general, studies have shown that stands with higher fire resistance have reduced surface fuel loading, lower tree density, large diameter trees of fire-resistant species, increased height to live crown, and discontinuous horizontal and vertical fuels (USDI BLM 2016b, p. 243). These treatments will also help the District meet the PRMP/FEIS decadal target of 17,000 acres of commercial treatment for the Medford District (USDI BLM 2016a, p. 74).

**The BLM has determined the downgrade of 517 acres of NRF habitat may affect, and would likely adversely affect (LAA)** spotted owl critical habitat because it would result in a measurable removal of an essential physical or biological feature.

**NRF and Dispersal-Only Habitat Modification (Maintaining Function) (PBFs #1, 2, 3, and 4)** The proposed vegetation treatments in the Rogue Gold, Trail Creek, and Last Chance Projects would modify, but maintain the function of 1,820 acres of NR and F habitat (PBFs # 2 and 3) and 1,335 acres of Dispersal-only habitat (PBFs # 1 and 4) in designated critical habitat. The BLM would follow the PDCs described above to ensure habitat would function post-treatment. As a result, no adverse effects are anticipated to designated critical habitat because the amount and condition of these PBFs would not change. Therefore, t**he BLM has determined the modification of 1,820 acres of NR and F habitat and 1,335 acres of dispersal-only habitat may affect, but is not likely to adversely affect (NLAA)** spotted owl critical habitat.

### *Dispersal function (PBF #4)*
**Habitat Removal**
The Rogue Gold, Trail Creek, and Last Chance Projects would remove 430 acres of dispersal-only habitat in designated critical habitat from vegetation treatments and road/ landing construction. The removal of 933 acres of NR and F habitat that also serves as dispersal quality habitat, when combined with the removal of dispersal-only habitat, would contribute to a reduction of dispersal habitat (PBF #4) in these critical habitat sub-units. **The BLM has determined the removal of 430 acres of dispersal-only and 933 acres of NRF habitat may affect, and would likely adversely affect (LAA)** spotted owl critical habitat because it would result in a measurable removal of an essential physical or biological feature.

KSW01526

AR_004790

Medford BLM April FY2023 Batch BA

The removal of dispersal habitat (NRF plus dispersal-only) would not affect the intended connectivity function of these sub-units (KLE-2 and KLE-3 east/west connectivity. The intended connectivity function of these critical habitat sub-units and the connectivity between other adjacent sub-units will not be negatively impacted because the proposed removal of dispersal-only habitat would result in a reduction of two percent or less of the dispersal habitat (NRF plus dispersal-only habitat) within each of the subunits (Table 20). The proposed Rogue Gold, Trail Creek and Last Chance project units would be dispersed throughout the critical habitat sub-units and would not create large blocks of non-habitat that would create barriers and preclude owls from dispersing through and between the sub-units.

Of the 1,363 acres of total dispersal capable habitat removal in designated critical habitat, 1,127 acres of removal would occur in KLE-2 (two percent reduction). The Last Chance project units are scattered within the eastern-central portion of the Action Area that overlaps the KLE-2 sub-unit (Map 28, Appendix E). KLE-2 is a large sub-unit that extends approximately 38 miles north and south and 14 miles east and west at the widest locations. The proposed Last Chance units are located in the southern portion of sub-unit KLE-2 and as indicated in Map 28, the unit locations would not affect connectivity within KLE-2 or between KLE-2 and the adjacent sub-units KLW-1 and KLE-3.  Evaluation of the maps indicate sufficient NRF and dispersal-only habitat is available (in quantity and distribution) to allow for dispersal of owls between sub-units KLE-2, KLW-1, and KLE-3. Therefore, the proposed units would not preclude the function of KLE-2 to serve as the important connectivity corridor between western Cascades and coastal Oregon and the Klamath Mountains.

Of the 1,363 acres of dispersal capable habitat removal in designated critical habitat, 236 acres of removal would occur in KLE-3 (0.3 percent reduction). The Rogue Gold and Trail Creek project units are scattered within the southern portion (Rogue Gold) and eastern portion (Trail Creek) of the KLE-3 sub-unit (Map 29-31, Appendix E). KLE-3 is a large sub-unit that extends approximately 43 miles northeast and southwest and 35 miles east and west at the widest locations. As indicated in Maps 29-31, the unit locations would not affect connectivity within KLE-3 or between KLE-3 and the adjacent sub-units KLW-1 and KLE-2.  Evaluation of the maps indicate sufficient NRF and dispersal-only habitat is available (in quantity and distribution) to allow for dispersal of owls between sub-units KLE-2, KLW-1, and KLE-2. Therefore, the proposed units would not preclude the function of KLE-3 to serve as the important connectivity corridor between western Cascades and coastal Oregon and the Klamath Mountains. Additionally, while not specific to CH, section 5.1.2 above examined the effects to spotted owl dispersal at the 5th field watershed scale and found the proposed actions would not preclude spotted owls from dispersing throughout the Action Area post-treatment because the units would be spatially distributed throughout the Action Area and therefore would not create large areas of non-habitat that would form movement barriers and preclude owls from dispersing through the 5th field watersheds.

Habitat supporting the transience phase of dispersal contains stands with adequate tree size and canopy cover to provide minimal foraging opportunities and protection from avian predators. This may include younger and less diverse forest stands, such as even-aged, pole-sized stands, than foraging habitat but such stands should contain some roosting structures and foraging habitat to allow for temporary resting and feeding during the movement phase (USDI FWS

KSW01527

AR_004791

Medford BLM April FY2023 Batch BA

2011).  Forest landscapes traversed by dispersing owls typically include fragmented mosaics of roads, clear-cuts, and non-forested areas, and a variety of forest age classes ranging from fragmented forests on cutover areas to old-growth forests. Spotted owls are able to move successfully through highly fragmented landscapes typical of the mountain ranges in western Washington and Oregon (Forsman, et al. 2002).

The proposed removal and downgrade of NRF and removal of dispersal-only habitat within these critical habitat subunits would not alter the intended subunit function of providing demographic support for spotted owls (see footnote in Table C-1, in Appendix C for sites located in critical habitat).  While many of these sites would be adversely affected (Table 21), these sites are either currently unoccupied or have not had a resident single or territorial pair in the last two years. Surveys are ongoing and units would be dropped or modified if territorial spotted owls are located. Therefore, even though adverse effects are proposed at these sites, project design criteria are in place that would avoid affecting owls and the demographic support of these sub-units.

| Table 21. Summary of Effects to Sub-Unit Intended Functions from the Rogue Gold, Trail Creek, and Last Chance Creek Projects. | | |
|---|---|---|
| Sub-Unit | Number and Percent of Total Historical Sites Adversely Affected | Percent Habitat Loss in the entire sub-unit from Dispersal Removal (NRF+Dispersal-only Habitat) |
| KLE-2 | 16 (13%) | -2.0 % |
| KLE-3 | 18 (22%) | -0.3 % |

**Beneficial Effects to Critical Habitat**
The following beneficial effects may be realized in some stands as a result of implementation of the proposed action:

- Thinning in simple stands of foraging and dispersal-only habitat would accelerate tree growth and promote the development of structurally complex forest conditions, which are important to spotted owls (Wimberly et al. 2004; Andrews et al 2005, as cited in USDI FWS 2011).

- All LSR commercial thinning prescriptions would promote and retain large trees, increase or maintain species diversity, create and maintain hardwoods, retain coarse woody material, and retain and create snags. Bailey and Tappeiner (1997, p. 111) found that treatments designed to purposely favor legacy structures (large remnant trees, snags, and downed wood) and/or overstory hardwoods, would further hasten development of old-growth forest characteristics.

- Thinning dense understories and maintaining overstory conditions, would providing more open space below the canopy for spotted owls to fly (Thomas et al. 1990).

- Treated stands are likely to be more ecologically sustainable because residual stands would be less susceptible to suppression mortality (Drew and Flewelling 1979), as well as mortality from insects and disease (Bennett and Main 2018, p. 9, Cochran and Barrett 1995, Davis and Johnson 1987, Fettig et al 2007, Fiddler et al, 1989, Long and Daniel 1990, Stephens et al. 2018 p. 85).

KSW01528

AR_004792

- Treated stands may provide additional protection to adjacent untreated NRF stands from uncharacteristically severe wildfire by making more fire resilient stands through stand density and ladder fuel reduction (Spies et al. 2006, Kennedy and Wimberly 2009, Ager et al. 2010, Gaines et al. 2010, Roloff et al. 2012, Jones et al. 2016, Lesmeister et al. 2019).

### Critical Habitat Effects Conclusion

The BLM has determined the proposed actions, when considered at the project scale, **may affect, and would likely adversely affect (LAA)** spotted owl critical habitat because the proposed actions result in a measurable removal of essential physical or biological features.

## 5.1.9 Consistency with Spotted Owl Recovery Plan Recommendations

On June 30, 2011, the Service released the *Revised Recovery Plan for the Northern Spotted Owl* (USDI FWS 2011). The Notice of Final Revised Recovery Plan Availability was published in the Federal Register on July 1, 2011 (USDI FWS, 76 FR pp. 38575-38576) for the Northern Spotted Owl. Recovery plans are not regulatory documents; rather, they provide guidance to bring about recovery and establish criteria to be used in evaluating when recovery has been achieved. The BLM continues to work with the Service to incorporate Recovery Goals and Actions consistent with BLM laws and regulations. The BLM is a participant in the inter-organizational spotted owl working group (Recovery Action 1) and will continue demographic monitoring to address Recovery Actions 2 and 3. The vegetation projects in this Assessment follow other recovery actions, such as Recovery Actions 6, 10, and 32 recommendations. Additionally, the land use allocations, management direction, and guidance in the 2016 Southwestern Oregon RMP/ROD constitute BLM's contribution towards Recovery Actions 10 and 32 (USDI BLM 2016a, p. 127). The Rogue Gold, Trail Creek, and Last Chance Projects incorporated applicable SWO RMP/ROD direction and guidance. Regionally, the BLM helped to conserve spotted owls by assisting with the implementation of Recovery Action 29, which was the experimental removal of barred owls. This experiment is helping to inform the development of a regional barred owl management program. The BLM will not authorize timber harvest activities that would result in incidental take of spotted owls until the implementation of a barred owl management program, which could be in the next two to five years (USDI BLM 2016a, p. 128).

### Recovery Action 6

Approximately 7,717 acres of thinning treatments are proposed in dispersal-only habitat and capable habitat that have the potential to develop into nesting habitat based on their plant association series and site potential (high relative habitat suitability). These treatments would accelerate the development of structural complexity and biological diversity and would meet Recovery Action 6.

### Recovery Action 10

The BLM worked to meet the intent of Recovery Action 10 in the projects in the Rogue Gold, Trail Creek, and Last Chance Projects by planning the projects to minimize adverse effects to occupied spotted owl sites. This included staff wildlife biologists and silviculturists working together to design treatments that would not result in an incidental take determination by the Service and be consistent with the SWO RMP/ROD (USDI BLM 2016a, pp. 30, 127) as well as

KSW01529

AR_004793

the additional conservation measures listed above in the Effects to Individual Owls section. Spotted owl protocol surveys are being conducted  and if spotted owls are located, the District intends to drop or modify treatment units to reduce potential adverse effects to spotted owls.

**Recovery Action 32**
The BLM is also a collaborator in Recovery Actions that address barred owl issues, such as the implementation of Recovery Action (RA) 32 recommendation. The intent of Recovery Action 32 is to maintain the older and more structurally complex multi-layered conifer forests on federal lands in order to not further exacerbate the competitive interactions between spotted owls and barred owls. The LSR LUAs constitute the BLM's contribution to Recovery Action 32 in the Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011) (USDI BLM 2016a, p. 127).   The LSR LUAs also includes stands meeting Medford's District defined "older, more structurally complex forests" to represent RA32 qualities (described as stand level mapped LSR below).  As described in the FEIS/PRMP, the BLM staff applied locally sourced information to stands within each district to determine which stands met this definition of Recovery Action 32 on their landscapes (USDI BLM 2016b, p. 314).

Management Direction in the SWO RMP/ROD (USDI BLM 2016a, p. 71) directs "protection" of structurally complex forests specifically identified in the stand level LSR (RA32) LUA.  There are 17,531 acres of stand level mapped LSR (RA32) in the Action Area. Approximately 1,764 acres of these mapped LSR (RA32) (10 percent) are proposed for treatment.  However, based on field reviews, these acres do not have the characteristics of a structurally complex forest, so there will be no impact to Recovery Action 32 type habitat from this treatment. These were field verified by the BLM wildlife staff using the interagency SW Oregon process for determining structurally complex forest (USDA USDI 2010).  The objective of the prescriptions would be to accelerate the development of nesting habitat or for ecological reasons, such as restoring pine-oak communities.

Besides the SWO RMP/ROD directed complex forest identification for LSRs, Field Office staff surveyed for Recovery Action 32 type habitat (structurally complex forest) within the early proposed commercial treatment units and identified 328 acres of RA32 habitat in the HLB LUA, of which 282 acres are proposed for treatment (Table 23).  This is consistent with direction in the SWO RMP/ROD not to forego timber harvest of stands in the Harvest Land Base to contribute to Recovery Action 32 (USDI BLM 2016a, p. 127). The remaining 46 acres were dropped from implementation for various reasons.

Habitat determinations for the Rogue Gold, Trail Creek and Last Chance Hazardous Fuels Reduction Maintenance treatment units were based on GIS and not field verified, and units were not separated into nesting-roosting or foraging. The habitat conditions in NRF habitat are likely more simple stands, with a high canopy cover, but lacking multiple and lower canopy layering. These conditions represent foraging habitat since previous hazardous reduction treatments have already occurred and likely do not meet structurally complex conditions because the middle and understory layers and brush have been removed. These past small diameter hazardous fuels reduction treatments modified (i.e, retaining canopy cover and other qualitative aspects of the stand) as foraging habitat with the expectation for periodic re-entry to keep fuels loads reduced.

KSW01530
AR_004794

Medford BLM April FY2023 Batch BA

| Project | District Identified structurally complex habitat (Recovery Action 32) Acres | | Treated Structurally Complex Habitat Acres | |
|---|---|---|---|---|
| | District Staff Field Identified in Project Area in HLB | 2016 SWO RMP/ROD Mapped LSR/RA 32 Habitat in the Action Area (federal lands) | HLB | 2016 SWO RMP/ROD Mapped LSR/RA 32 (federal lands) |
| **Rogue Gold** | 62 <br> 11 patches <br> (1–23) acres in size) | 3,683 | 53 | 711 |
| | | | 45 acres modified, 4 acres removed, 4 acres no effect | 1 acres NRF removed <br> 157 acres NRF downgrade <br> 261 acres NRF modified <br> 2 acres dispersal-only removed <br> 190 acres dispersal-only modified <br> 100 acres of capable habitat |
| **Trail Creek** | 124 <br> 17 patches <br> (1 - 36 acres in size) | 5,498 | 87 | 96 |
| | | | 87 acres removed | 6 acres NRF removed <br> 65 acres NRF modified <br> 6 acres dispersal-only removed <br> 11 acres dispersal-only modified <br> 8 acres of capable habitat |
| **Last Chance** | 142 <br> 23 patches <br> (1-- 19 acres in size) | 8,350 | 142 | 957 |
| | | | 21 acres modified, 121 acres removed | 31 acres NRF removed <br> 779 acres NRF modified <br> 19 acres dispersal-only removed <br> 102 acres dispersal-only modified <br> 26 acres of capable habitat |
| **Total** | **328** | **17,531** | **282** | **1,764** |

Table 23. Recovery Action 32 Summary for the Rogue Gold, Trail Creek, and Last Chance Projects.

## 5.2 Effects to Franklin's Bumble Bee

Across the Action Area, there are 992 acres of proposed Rogue Gold treatments (981 acres of hazardous fuels reduction treatments and 11 acres of Selection Harvest) within a current Franklin's bumble bee High Priority Zones (HPZ). None of the proposed treatment acres within the HPZ are within the 1,599 acres of potential Franklin's bumble bee habitat identified in the Action Area. No Trail Creek or Last Chance proposed units are located within a HPZ.

Outside the HPZ, there are approximately 157 acres (Table 24) of the proposed action that are within potential habitat identified from GIS review and aerial photos across all three Projects in the Action Area (123 acres in Rogue Gold, seven acres in Trail Creek, and 27 acres in Last Chance). This is 10 percent of the total identified potential habitat (1,599 acres) on all land ownerships in the Action Area. All 157 acres of treatments that are within potential meadow habitat fall outside of an HPZ. No treatments are proposed within 100 meters of potential meadows within HPZ (Table 24).

KSW01531

AR_004795

Medford BLM April FY2023 Batch BA

| Table 24. Franklin's Bumble Bee Effects for the Rogue Gold, Trail Creek, and Last Chance Projects. | | | |
|---|---|---|---|
| | **Forested Acres** | Proposed Treatments in Potential Meadow Habitat (Foraging and Nesting Effects) | Proposed Treatment Acres within 100m of Potential Meadow Habitat (Overwintering and Nesting Effects) |
| **Rogue Gold** | | | |
| **Proposed treatments within the HPZ** | 992 | 0 | 0 |
| **Proposed treatments outside the HPZ** | 6,779 | 123 | 71 |
| **Trail Creek** | | | |
| **Proposed treatments within the HPZ** | 0 | 0 | 0 |
| **Proposed treatments outside the HPZ** | 2,731 | 7 | 48 |
| **Last Chance** | | | |
| **Proposed treatments within the HPZ** | 0 | 0 | 0 |
| **Proposed treatments outside the HPZ** | 12,087 | 27 | 111 |
| **Total Acres** | **22,589** | **157** | **230** |

All acres proposed for treatment within the Action Area within the HPZ would occur in high canopy forested or young stand environments where flowering habitat is minimal, due to limited canopy openings that would allow for the growth of Substantial Floral Resources. While some minimal floral resources may be present, these flowering plants are unlikely to sustain a colony of bees throughout its life cycle because flowering plant numbers and diversity are low.

Franklin's bumble bee has not been detected since 2006. Regular surveys in areas believed to have the most likely conditions to support occupancy have failed to detect any individuals. General intensive surveys in the region also have not detected Franklin's bumble bees (e.g., Galbraith et al. 2019; Fisher et al. 2022). The best available evidence indicates it is highly unlikely that Franklin's bumble bee would be present in the Action Area. If the BLM identifies any Substantial Floral Resources within proposed treatment units, the BLM will consult with the Service and apply pertinent seasonal restrictions as appropriate to avoid any adverse impacts.

Habitat for Franklin's bumble bee is not believed to be a limiting factor affecting conservation of the species (USDI FWS 2021b). The proposed action is not expected to adversely affect habitat at the local scale. As described above, no proposed treatments would occur within potential meadow habitat (i.e., foraging and nesting habitat) in an HPZ, and a total of 157 acres of treatments would occur within potential meadow habitat outside of the HPZ. Approximately 230 acres of treatments would occur within 100 meters of potential meadow habitat (i.e., overwintering and nesting habitat) outside of the HPZ (Table 24). The likelihood of direct and indirect negative impacts to Franklin's bumble bee individuals is very low (discountable) because individuals are unlikely to be in the Action Area and a small percentage (10 percent) of the available potential Franklin's bumble bee meadow habitat in the Action Area would be impacted by the Project treatments. Additionally, the PDC above (section 2.4) requiring seasonal operating restrictions, including restricting habitat modifying actions, will be implemented if pre-

KSW01532

AR_004796

treatment field reviews identify Substantial Floral Resources within any treatment units. As a result, the proposed action *may affect, and is not likely to adversely affect* (NLAA) the Franklin's bumble bee.

# 6. CUMULATIVE EFFECTS

Cumulative effects under ESA are "those effects of future state or private activities, not involving federal activities, that are reasonably certain to occur within the Action Area of the federal action subject to consultation" (50 CFR 402.02). The effects of future federal actions will be evaluated during future section 7 consultations and are not included in cumulative effects. Updates to habitat from post-harvest monitoring of recent BLM timber sales within the Action Area have been included in this Biological Assessment.

The Action Area have a checkerboard pattern of ownership of private land interspersed with BLM. Management practices occurring on private lands range from residential home site development to intensive industrial timber management. The majority of state and private forests in Washington, Oregon, and Northern California are managed for timber production. Non-federal lands are not expected to provide demographic support for spotted owls across and between physiographic provinces (Thomas, et al. 1990; USDA and USDI 1994a). Generally, non-federal landowners practice even-aged management (clear-cutting) of timber over extensive acreages. Private industrial forestlands are managed for timber production and will typically be harvested between 40 and 60 years of age, in accordance with State Forest Practices Act Standards.

The Medford BLM assumes past management practices on private lands would continue. The BLM anticipates some loss of owl habitat on private lands, but cannot predict the rate of loss, types of spotted owl habitat affected, or the specific location of harvest. BLM does not track private land harvest activity. Harvest activities on state and private lands can be expected to impact spotted owls located within adjacent federal lands by removing and fragmenting habitat and through disturbance activities adjacent to occupied sites during sensitive periods. The Oregon Forest Practices Act Rules (OAR 629-665-0210) protects spotted owl nest sites (70-acre core areas) for at least three years after the last year of occupation.

Landowners or their agents are required to obtain Road Use Permits to build roads across BLM managed land for commercial purposes or to haul commercial products on BLM maintained road systems. Reciprocal ROWs with private parties already cover many existing road activities in the Action Area. Reciprocal ROW permit holders may fell hazard trees and adjacent trees on BLM lands. Landowners or their agents are required to obtain Road Use Permits to build roads across BLM managed land for commercial purposes or to haul commercial products on BLM maintained road systems. Reciprocal ROWs with private parties already cover many existing road activities in the Action Area. According to BLM Information Bulletin (IB) # OR-2000-174, this is a non-discretionary action, including the disposal of the logs. If these areas occur in LSR or Riparian Reserves, the BLM cannot ask the permittees to leave these trees as coarse woody debris. Although these non-discretionary ROWs can remove spotted owl habitat, the impacts to spotted owl habitat from non-discretionary ROWs are reflected in the habitat baseline when they occur.

KSW01533

AR_004797

Medford BLM April FY2023 Batch BA

## 7. BIOLOGICAL ASSESSMENT CONCLUSIONS

It is the conclusion by the BLM in this Assessment that proposed actions *may affect and are likely to adversely affect* (LAA) northern spotted owls and their critical habitat and *may affect, and are not likely to adversely affect* (NLAA) the Franklin's bumble bee, as documented above. Formal consultation is requested for the Rogue Gold, Trail Creek, and Last Chance Projects. Table 25 summarizes the effects determinations for the Rogue Gold, Trail Creek, and Last Chance Projects.

| Table 25. Effects Determination Summary for the Rogue Gold, Trail Creek, and Last Chance Projects. | | | | |
|---|---|---|---|---|
| **Field Office** | **Project** | **Effects to Spotted Owls** | **Effects to Spotted Owl Critical Habitat** | **Effects to Franklin's Bumble bee** |
| Ashland | **Rogue Gold** | LAA | LAA | NLAA |
| Butte Falls | **Trail Creek** | LAA | LAA | NLAA |
| Grants Pass | **Last Chance** | LAA | LAA | NLAA |

KSW01534

AR_004798

Medford BLM April FY2023 Batch BA

## 8. LITERATURE CITED

Amacher, A.J., R.H. Barrett, J.J. Oghaddas, and S.L. Stephens.  2008.  Preliminary effects of fire and mechanical fuel treatments on the abundance of small mammals in the mixed-conifer forest of the Sierra Nevada.  Forest Ecology and Management 255 (2008) 3193–3202

Anthony, R.G., E.D. Forsman, A.B. Franklin, D.R. Anderson, K.P. Burnham, G.C. White, C.J. Schwarz, J. Nichols, J.E. Hines, G.S. Olson, S.H. Ackers, S. Andrews, B.L. Biswell, P.C. Carlson, L.V. Diller, K.M. Dugger, K.E. Fehring, T.L. Fleming, R.P. Gerhardt, S.A. Gremel, R.J. Gutiérrez, P.J. Happe, D.R. Herter, J.M. Higley, R.B. Horn, L.L. Irwin, P.J. Loschl, J.A. Reid, and S.G. Sovern. 2006. Status and trends in demography of northern spotted owls, 1985–2003. Wildlife Monograph No. 163.

Atzet, T., D.E. White, L.A. McCrimmon, P.A. Martinez, P.R. Fong, and V.D. Randall.  1996.  Field Guide to the Forested Plant Associations of Southwestern Oregon.  USDA- Forest Service Pacific Northwest Region Portland, Oregon.  Tech Paper R6-NR-ECOL-TP-17-96.

Bart, J. and E.D. Forsman.  1992.  Dependence of Northern Spotted Owls, *Strix occidentalis caurina*, on Old-Growth Forests in the Western United States.  Biological Conservation 62(2):95-100.

Bart, J. 1995.  Amount of Suitable Habitat and Viability of Northern Spotted Owls.  Conservation Biology, Pages 943-946 Volume 9, No. 4, August 1995.

Bingham, B. and B.R. Noon. 1997. Mitigation of Habitat Take: Application to Habitat Conservation Planning. Conservation Biology 11(1):127-139.

Burnham, K. P., Anderson, D. R. and White, G. C. 1996. Meta-analysis of vital rates of the Northern Spotted Owl. *Stud. Avian Biol.*, 17: 92–101.

Carey, A.B. 1991. "The biology of arboreal rodents in Douglas-fir forests." General Technical Report PNW-276, USDA Forest Service, Pacific Northwest Research Station, Portland, OR.

Carey, A.B., S.P. Horton and B.L. Biswell. 1992. Northern spotted owls: influence of prey base and landscape character. Ecological Monographs 62(2):223–250.

Carey, A.B., T.M. Wilson, C.C. Maguire, and B.L. Biswell. 1997. Dens of Northern Flying Squirrels in the Pacific Northwest. J. Wildlife Management 61(3):684-699.

Carey, A.B., T.M. Wilson, C.C. Maguire, and B.L. Biswell. 1999. Distribution and abundance of *Neotoma* in western Oregon and Washington. Northwest Science. 73(2): 65-80

Carey, A.B. 2000. Effects of new forest management strategies on squirrel populations. Ecological Applications 10(1):248–257.

Chambers, Carol. 2002.  Forest Management and the Dead Wood Resource in Ponderosa Pine Forests: Effects on Small Mammals. *In* USDA Forest Service Gen. Tech. Rep. PSW-GTR-181. pp. 679-693.

KSW01535

AR_004799

Converse, Sarah J., Gary C. White, Kerry L. Farris, and Steve Zack. 2006. Small mammals and forest fuel reduction: national-scale responses to fire and fire surrogates. Ecological Applications 16:1717-1729

Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, J.M. Marzluff, and L. Sztukowski. 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute. Portland, Oregon. September 2004.

Davis, Raymond J.; Hollen, B.; Hobson, J.; Gower, J.E.; and D. Keenum. 2016. Northwest Forest Plan—the first 20 years (1994–2013): status and trends of northern spotted owl habitats. Gen. Tech. Rep. PNW-GTR-929. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 54 p.

Davis, Raymond J.; Dugger, Katie M.; Mohoric, Shawne; Evers, Louisa; Aney, William C. 2011. Northwest Forest Plan-the first 15 years (1994-2008): status and trends of northern spotted owl populations and habitats. Gen. Tech. Rep. PNW-GTR-850. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 147 p.

Diller L.V., K.A. Hamm, D.A. Early, D.W. Lamphear, K.M. Dugger, C.B. Yackulic, P.C. Carlson, T.L. McDonald. 2016. Demographic response of northern spotted owls to barred owl removal. The Journal of Wildlife Management. 80(4):691-707

Dodson, E. K., Peterson, D. W. & Harrod, R. J. 2008. Understory vegetation response to thinning and burning restoration treatments in dry conifer forests of the eastern Cascades, USA. Forest Ecology and Management 255, 3130–3140

Dodson, E.K., and D.W. Peterson 2010. Dry coniferous forest restoration and understory plant diversity: The importance of community heterogeneity and the scale of observation. Forest Ecology and Management. 260:1702-1707.

Dugger, K.M., F. Wagner, R.G. Anthony, and G.S. Olson. 2005. The relationship between habitat characteristics and demographic performance of northern spotted owls in southern Oregon. *Condor* 107:863-878.

Dugger, K.M., R.G. Anthony and L.S. Andrews. 2011. Transient dynamics of invasive competition: barred owls, spotted owls, habitat, and the demons of competition present. Ecological Applications. 21:2459-2468.

Dugger, Katie, Eric D. Forsman, Alan B. Franklin, Raymond J. Davis, Gary C. White, Carl J. Schwarz, Kenneth P. Burnham, James D. Nichols, James E. Hines, Charles B. Yackulic, Doherty,Paul F. Jr., Larissa Bailey, Darren A. Clark, Steven H. Ackers, Lawrence S. Andrews, Benjamin Augustine, Brian L. Biswell, Jennifer Blakesley, Peter C. Carlson, Matthew J. Clement, Lowell V. Diller, Elizabeth M. Glenn, Adam Green, Scott A. Gremel, Dale R. Herter, J. Mark Higley, Jeremy Hobson, Rob B. Horn, Kathryn P. Huyvaert, Christopher McCafferty, Trent McDonald, Kevin McDonnell, Gail S. Olson, Janice A. Reid, Jeremy Rockweit, Viviana Ruiz, Jessica Saenz, and Stan G. Sovern. 2016a. The effects of habitat, climate, and Barred Owls on long-term demography of Northern Spotted Owls. The Condor: February 2016, Vol. 118, No. 1, pp. 57-116.

KSW01536

AR_004800

Medford BLM April FY2023 Batch BA

Dugger, K., S. Andrews, S. Adams, T. Tippin, J. Best, D. Gonzalez, K. Braun, and B. Watkins. 2020a. Demographic characteristics and ecology of northern spotted owls (Strix occidentalis caurina) in the Southern Oregon Cascades. 2019  Annual research report. Oregon Cooperative Fish and Wildlife Research Unit (OCFWRU), Department of Fisheries and Wildlife, Oregon State University, Corvallis, OR. 28 p.

Dugger, K., S. Andrews, S. Adams, T. Tippin, L. Bright, L. Cohn, K. and N. DeJong. 2020b. Demographic characteristics and ecology of northern spotted owls (Strix occidentalis caurina) in the Southern Oregon Cascades. 2020  Annual research report. Oregon Cooperative Fish and Wildlife Research Unit (OCFWRU), Department of Fisheries and Wildlife, Oregon State University, Corvallis, OR. 28 p.

Elliott, K. 2006. Declining numbers of western screech-owl in the lower mainland of British Columbia. British Columbia Birds 14:2-11.

Everett, Jeff.  U.S. Fish and Wildlife Service. Portland, OR Office.  2020 GIS Metadata for Franklin's Bumble Bee Habitat.

Federal Occupational Safety & Health Administration (OSHA). General Duty Standard 29 CFR 1960.8.  https://www.osha.gov/pls/oshaweb/owadisp.show_document.

Forsman, E.D., Meslow, E.C. and Wight, H.M., 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs, pp.3-64.

Forsman, E.D., R.G. Anthony, J.A. Reid, P.J. Loschl, S.G. Sovern, M. Taylor, B.L. Biswell, A. Ellingson, E.C. Meslow, G.S. Miller, K.A. Swindle, J.A. Thrailkill, F.F. Wagner and D.E. Seaman. 2002. Natal and breeding dispersal of northern spotted owls. Wildlife Monographs 149:1–35.

Forsman, E.D., R.G. Anthony, E.C. Meslow, and C.J. Zabel. 2004. "Diets and Foraging Behavior of Northern Spotted Owls in Oregon." *J. of Raptor Res.* 38(3):214-230.

Forsman, E. D., R. G. Anthony, K. M. Dugger, E. M. Glenn, A. B. Franklin, G. C. White, C. J. Schwarz, K. P. Burnham, D. R. Anderson, J. D. Nichols, J. E. Hines, J. B. Lint, R. J. Davis, S. H. Ackers, L. S. Andrews, B. L. Biswell, P. C. Carlson, L. V. Diller, S. A.Gremel, D. R. Herter, J. M. Higley, R. B. Horn, J. A. Reid, J. Rockweit, J. Schaberl, T. J. Snetsinger, and S. G. Sovern. 2011. Population demography of Northern Spotted Owls. Studies in Avian Biology 40.

Franklin, A.B. 1992. Population regulation in northern spotted owls: theoretical implications for management. Pages 815-827 in D. R. McCullough and R. H. Barrett (eds.)., Wildlife 2001: populations. Elsevier Applied Sciences, London, England.

Franklin, A.B., D.R. Anderson, R.J. Gutiérrez, and K.P. Burnham.  2000.  Climate, habitat quality, and fitness in northern spotted owl populations in northwestern California. Ecological Monographs 70(4):539-590.

Franklin, A.B., K. M. Dugger, D.B. Lesmeister, R.J. Davis, J. D. Wiens, G. C. White, J.D. Nichols, J. E. Hines, C.B. Yackulic, C.J. Schwarz, S.H. Ackers, L. S. Andrews, L.L. Bailey, R.B., J.B., K.P. Burnham, P.C. Carlson, T.Chestnut, M.M. Conner, K.E. Dilione, E.D. Forsman, E.M. Glenn, S.A. Gremel, K,A. Hamm, D.R. Herter, J.M. Higley, R.B. Horn, J.M. Jenkins, W.L. Kendall, D.W. Lamphear, C. McCafferty, T.L. McDonald, J.A.

KSW01537

AR_004801

Medford BLM April FY2023 Batch BA

Reid, J.T. Rockweit, D.C. Simon, S.G. Sovern, J.K. Swingle, H. Wise. 2021. Range-wide declines of northern spotted owl populations in the Pacific Northwest: A meta-analysis. Biological Conservation. Vol. 259. 109168. Pp. 1-21.

Franklin, J.F., and C.T. Dyrness. 1988. Natural vegetation of Oregon and Washington. Oregon State University Press, Corvallis, OR. 452 pp.

Frison, T. H. 1922. Systematic and biological notes on bumblebees (Bremidae; Hymenoptera). Transactions of the American Entomological Society 48: 307-326.

Goulson, D. 2010. Bumblebees: behavior, ecology, and conservation. Oxford University Press, Oxford, UK. 317 pp.

Gomez, D.M., Anthony, R.G. and Hayes, J.P. 2005. Influence of thinning of Douglas-fir forests on population parameters and diet of northern flying squirrels: Journal of Wildlife Management 69:1670–1682.

Hamm, K.A., and L.V. Diller. 2009. Forest management effects on abundance of woodrats in northern California. Northwestern Naturalist. 90:97-106.

Haugo, R., Zanger, C., DeMeo, T., Ringo, C., Shlisky, A., Blankenship, K., Simpson, M., Mellen-McLean, K., Kertis, J. and Stern, M., 2015. A new approach to evaluate forest structure restoration needs across Oregon and Washington, USA. *Forest Ecology and Management*, *335*, pp.37-50.

Hobbs, G. A. 1968. Ecology of species of Bombus (Hymenoptera: Apidae) in southern Alberta. VII. Subgenus Bombus. Canadian Entomologist 100: 156-164.

Holloway G.L. and W.P. Smith. 2011. A Meta-Analysis of Forest Age and Structure Effects on Northern Flying Squirrel Densities. The Journal of Wildlife Management 75(3):668–674.

Holloway, G.L., Smith, W.P., Halpern, C.B., Gitzen, R.A., Maguire, C.C. & West, S.D. 2012. Influence of forest structure and experimental green-tree retention on northern flying squirrel (Glaucomys sabrinus) abundance. Forest Ecology and Management, 285, 187–194.

Holm, S. R., B. R. Noon, J. D. Wiens, and W. J. Ripple. 2016. Potential trophic cascades triggered by the barred owl range expansion. *Wildlife Society Bulletin* **999**: 1– 10.

Hunter, J.E., R.J. Gutierrez and A.B. Franklin. 1995. Habitat configuration around spotted owl nest sites in northwestern California. Condor 97:684- 693.

Innes, R.J., D.H. Van Vuren, D.A. Kelt, M.L. Johnson, J.A. Wilson and P.A. Stine. 2007. Habitat associations of dusky-footed woodrats (*Neotoma fuscipes*) in mixed-conifer forests of the northern Sierra-Nevada. Journal of Mammalogy, 88(6):1523–1531, 2007.

Jenkins, J. M. A., D. B. Lesmeister, J. D. Wiens, J. T. Kane, V. R. Kane, and J. Verschuyl. 2019. Three-dimensional partitioning of resources by congeneric forest predators with recent sympatry. Scientific Reports 9:6036.

Jennings, S.B., Brown, N.D. and Sheil, D., 1999. Assessing forest canopies and understory illumination: canopy closure, canopy cover and other measures. *Forestry*, *72*(1), pp.59-74.

KSW01538

AR_004802

Medford BLM April FY2023 Batch BA

Johansen, C. A. and D. F. Mayer. 1990. Pollinator Protection: A Bee and Pesticide Handbook. Wicwas Press, Cheshire, Connecticut.

Kuchler, A.W. 1977. The Map of the Natural Vegetation of California. University of Kansas, Lawrence.

Lehmkuhl, J.F. and M.G. Raphael. 1993. Habitat pattern around northern spotted owl locations on the Olympic Peninsula, Washington. J. Wildlife Management 57(2):302-315

Lehmkuhl, J. F., K. D. Kistler and J. S. Begley. 2006a. Bushy –tailed woodrat abundance in dry forests of eastern Washington. Journal of Mammalogy 87:371-379.

Lehmkuhl, J.F.; Kistler, K.D.; Begley, J.S.; Boulanger, J. 2006b. Demography of northern flying squirrels informs ecosystem management of western interior forests. Ecological Applications. 16(2): 584–600.

Lint, Joseph; Noon, Barry; Anthony, Robert; Forsman, Eric; Raphael, Martin; Collopy, Michael; Starkey, Edward. 1999. Northern spotted owl effectiveness monitoring plan for the Northwest Forest Plan. Gen. Tech. Rep. PNW-GTR-440. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 43 p.

Lint, Joseph, tech. coord. 2005. Northwest Forest Plan—the first 10 years (1994–2003): status and trends of northern spotted owl populations and habitat. Gen. Tech. Rep. PNW-GTR-648. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 176 p.

Luoma, D. L., J. M. Trappe, A. W. Claridge, K. M. Jacobs, and E. Cázares. 2003. Relationships among fungi and small mammals in forested ecosystems. Pages 343–373 *in* Zabel C. J. and Anthony R. G., editors. Mammal community dynamics: management of conservation in the coniferous forests of Western North America. Cambridge University Press, Cambridge, United Kingdom.

Malfi, R.L. and T. Roulston. 2014. Patterns of parasite infection in bumble bees (Bombus spp.) of Northern Virginia. Ecological Entomology 39:17–29.

Manning, T., J.C. Hagar, and Brenda McComb. 2012. Thinning of young Douglas-fir forests decreases density of northern flying squirrels in the Oregon Cascades. Forest Ecology and Management 264 (2012): 115-124.

Manning, J. A., and W.D. Edge. 2008. Small Mammal Responses to Fine Woody Debris and Forest Fuel Reduction in Southwest Oregon. The Journal of Wildlife Management, Vol. 72, No. 3 (Apr., 2008), pp. 625-632.

McNab, W.H., and P.E. Avers. 1994. Ecological subregions of the United States: Chapter 25. Publication WO-WSA-5. USDA Forest Service, Washington, D.C. Downloaded December 21, 2011 from http://www.fs.fed.us/land/pubs/ecoregions/ch25.html.

Meyer, J.S., L.L. Irwin and M.S. Boyce. 1998. Influence of habitat abundance and fragmentation on northern spotted owls in western Oregon. Wildlife Monographs 139:1–51.

Miller, G.S. 1989. Dispersal of juvenile spotted owls in western Oregon. M.S. Thesis. Oregon State University, Corvallis, Oregon.

KSW01539

AR_004803

Medford BLM April FY2023 Batch BA

Morandin, L. A., M. L. Winston, M. T. Franklin, and V. A. Abbott. 2005. Lethal and sublethal effects of spinosad on bumble bees (*Bombus impatiens* Cresson). Pest Management Science 61: 619-626.

Olson, G.S., E. Glenn, R.G. Anthony, E.D. Forsman, J.A. Reid, P.J. Loschl, and W.J. Ripple. 2004. Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon. J. Wildlife Management 68(4):1039-1053.

Oregon Occupational Safety and Health Code Division 7 Forest Activities. Oregon Administrative Rules, Chapter 437. 2010 http://www.orosha.org/standards/div_7.html

Oregon Occupational Safety and Health Code Division 1 Rules for the Administration of the Oregon Safe Employment Act. Rules for All Workplaces 437-001-0769. March 2014 http://arcweb.sos.state.or.us/pages/rules/oars_400/oar_437/437_001.html

Otti, O. and P. Schmid-Hempel. 2007. Nosema bombi: A pollinator parasite with detrimental fitness effects. Journal of Invertebrate Pathology 96:118–124.

Perkins, J.P. 2000. Land cover at northern spotted owl nest and non-nest sites, east-central coast ranges, Oregon. M.S. thesis. Department of Forest Resources, Oregon State University, Corvallis, OR.

Plath, O. E. 1927. Notes on the Nesting Habits of Some of the Less Common New England Bumble Bees. Psyche 34:122-128.

Plowright, R. C. and W. P. Stephen. 1980. The taxonomic status of *Bombus franklini* (Hymenoptera: Apidae). Canadian Entomologist 112: 475-479.

Ripple, W.J., P.D. Lattin, K.T. Hershey, F.F. Wagner, and E.C. Meslow. 1997. Landscape Composition and Pattern around Northern Spotted Owl Nest Sites in Southwest Oregon. J. Wildl. Manage. 61(1):151-158.

Roberts, S. L., D. A. Kelt, J. W. van Wagtendonk, A. K. Miles, and M. D. Meyer. 2015. Effects of fire on small mammal communities in frequent-fire forests in California. Journal of Mammalogy 96:107–119

Rosenberg, D.K. and K.S. McKelvey. 1999. Estimation of habitat selection for central-place foraging animals. J. Wildlife Management 63(3):1028-1038.

Sakai, H.F., and B.R. Noon. 1993. Dusky-footed woodrat abundance in different aged forests in northwestern California. Journal of Wildlife Management 57:373–382.

Schumaker, Nathan H.; A. Brookes; J. R. Dunk; B. Woodbridge; J. A. Heinrichs; J. J. Lawler; C. Carroll and D. LaPlante. 2014. Mapping sources, sinks and connectivity using a simulation model of northern spotted owls. Journal of Landscape Ecology. DOI 10.1007/S 10980-014-0004-4.

Sollmann, R. A.M. White, G.L. Tarbill, P.N. Manley, and E.E. Knapp. 2016. Landscape heterogeneity compensates for fuel reduction treatment effects on Northern flying squirrel populations. Forest Ecology and Management 373: 100–107.

Stephen, W. P. 1957. Bumble bees of western America (Hymenoptera: Apoidea). Oregon State College Agricultural Experiment Station: Technical Bulletin No. 40. 163pp.

KSW01540

AR_004804

Medford BLM April FY2023 Batch BA

Sullivan, T.P., D.B. Ransome, D.S. Sullivan, M.F. Lindgren and W. Klenner. 2017. Tree squirrel abundance and demography in managed coniferous forests of British Columbia are within the range of natural fluctuations of old-growth stands. Canadian Journal of Forest Research. 47: 565-582. http://www.nrcresearchpress.com/cjfr.

Suzuki, N. and J. P. Hayes.  2003.  Effects of thinning on small mammals in Oregon coastal forests. J. Wildlife Management 67(2):352-271.

Swindle, K.A., W.J. Ripple, E.C. Meslow, and D.J. Schafer. 1997.  Old-forest distribution around spotted owl nests in the central Cascade Mountains, Oregon. M.s. Thesis, Oregon State University.

Swindle, K.A., W.J. Ripple, E.C. Meslow, and D.J. Schafer. 1999.  Old-forest distribution around spotted owl nests in the central Cascade Mountains, Oregon. J. Wild. Manage. 63(4):1212-1221.

Thomas, J.W., E.D., Forsman, J.B. Lint, E.C. Meslow, B.R. Noon, and J. Verner. 1990. "A conservation strategy for the northern spotted owl: report of the Interagency Scientific Committee to address the conservation of the northern spotted owl." USDA Forest Service, USDI Bureau of Land Management, USDI Fish and Wildlife Service, and USDI National Park Service. Portland, OR. 427 pp.

Thomson, D. 2004. Competitive interactions between the invasive European honey bee and native bumble bees. Ecology 85: 458-470.

Thomson, D. M. 2006. Detecting the effects of introduced species: a case study of competition between Apis and Bombus. Oikos 114: 407-418.

Thorp, R. W., D. S. Horning, Jr., and L. L. Dunning. 1983. Bumble bees and cuckoo bumble bees of California. Bulletin of the California Insect Survey 23: 1-79.

Thorp, R. W. 1999. Franklin's Bumble Bee, *Bombus franklini* (Frison 1921): a species of special concern. Unpublished report prepared for the USDA Forest Service, Ashland Ranger District. 20 pp.

USDA Forest Service, USDC National Marine Fisheries Services, USDI Bureau of Land Management, USDI Fish and Wildlife Service, and US Environmental Protection Agency. 1993. "Forest ecosystem management: an ecological, economic, and social assessment." Report of the Forest Ecosystem Management Assessment Team. US Forest Service, US Fish and Wildlife Service, National Marine Fisheries Service, National Park Service, Bureau of Land Management, and Environmental Protection Agency, Portland, OR.

USDA Forest Service and USDI Bureau of Land Management. 1994a. Final Supplemental Environmental Impact Statement on Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl US Government Printing Office, Portland, OR.

USDA Forest Service and USDI Bureau of Land Management, 1994b. Record of Decision for Amendments to Forest Service and BLM Planning Documents within the Range of the Northern Spotted Owl. Includes Standards and Guidelines for Management of Late-Successional and Old-Growth Dependent Species Within the Range of the Northern Spotted Owl. US Government Printing Office, Portland, OR.

KSW01541

AR_004805

Medford BLM April FY2023 Batch BA

USDA Forest Service, USDC National Marine Fisheries Services, USDI Bureau of Land Management, and USDI Fish and Wildlife Service. 2003. "Application of the Endangered Species Act to proposals for access to non-federal lands across lands administered by the Bureau of Land Management and the Forest Service." BLM Information Bulletin Number OR-2003-142.

USDA Forest Service and USDI Bureau of Land Management. 2010. Interagency methodology for Recovery Action 32 identification.  Unpublished.  Medford BLM and Rogue River Siskiyou National Forest.  Medford, OR.

USDA Forest Service and USDI Bureau of Land Management. 2013. Recovery Plan Implementation Guidance: Interim Recovery Action 10 Medford Bureau of Land Management Rogue River-Siskiyou National Forest USFWS Roseburg Field Office.  Unpublished.  Medford BLM and Rogue River Siskiyou National Forest.  Medford, OR.

USDI (FWS) U.S. Department of the Interior- Bureau of Land Management. 2020. Informal consultation the Medford District Bureau of Land Management's proposed activities on Federally Listed Plant Species and Designated Critical Habitat (#01EOFW00-2021-I-0017).

USDI (BLM) Bureau of Land Management, Western Oregon. 2015. *Proposed Resource Management Plan, Western Oregon.* Portland, OR.

USDI (BLM) Bureau of Land Management, Western Oregon. 2016a. *Southwest Oregon Record of Decision/ Resource Management Plan, Western Oregon.* Portland, OR.

USDI (BLM) Bureau of Land Management, 2016b. Proposed Resource Management Plan/Final Environmental Impact Statement for the Resource Management Plans for Western Oregon. Volumes 1-4. Portland, OR: Government Printing Office.

USDI (FWS) U.S. Fish and Wildlife Service. 1990. Endangered and threatened wildlife and plants; determination of threatened status for the northern spotted owl; final rule. 55 Federal Register 123:26114-26194.

USDI (FWS) U.S. Fish and Wildlife Service. 1992. Endangered and Threatened Wildlife and Plants; determination of critical habitat for the northern spotted owl. Federal Register 57: 1796-1838.

USDI (FWS) U.S. Fish and Wildlife Service (Sustainable Ecosystem Institute).  2004.  Northern spotted owl five year review, summary and evaluation.  US Fish and Wildlife Service, Portland, OR.

USDI (FWS) U.S. Fish and Wildlife Service. 2008. Final Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*) US Fish and Wildlife Service, Portland, Oregon xii + 142 pp.

USDI (FWS) U.S. Fish and Wildlife Service. 2011. "Revised Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*)." US Fish and Wildlife Service, Portland, Oregon xvi + 258 pp.

USDI (FWS) U.S. Fish and Wildlife Service. 2012a. Protocol for Surveying Proposed Management Activities that May Impact Northern Spotted Owls.  US Fish and Wildlife Service, Portland, OR.

KSW01542

AR_004806

Medford BLM April FY2023 Batch BA

USDI (FWS) Fish and Wildlife Service. 2012b. Endangered and threatened wildlife and plants; Final Designation of NSO critical habitat; 77 Federal Register 46:14062-14165.

USDI (FWS) Fish and Wildlife Service. 2013. Experimental Removal of Barred Owls to Benefit Northern Spotted Owls. Final Environmental Impact Statement. Oregon Fish and Wildlife Office.

USDI (FWS) Fish and Wildlife Service. 2016. Biological Opinion on the Bureau of Land Management's Approval of the Proposed Resource Management Plan for Western Oregon. Tails # 01EOFW00-2015-F-0279). Oregon Fish and Wildlife Office. Portland, OR.

USDI FWS (U.S. Fish and Wildlife Service). 2018c. Franklin's bumble bee (*Bombus franklini*) Species Status Assessment. Final Report (Version 1), June 25, 2018. 78 pp.

USDI (FWS) Fish and Wildlife Service. 2019. Proposed rule: endangered and threatened wildlife and plants; endangered species status for Franklin's bumble bee (*Bombus franklini*). Federal Register 84(156):40006-40019.

USDI FWS (U.S. Fish and Wildlife Service). 2020. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Northern Spotted Owl. Proposed Rule. Vol 85. No. 155 FR 48487-48499. 13 pgs.

USDI FWS (U.S. Fish and Wildlife Service). 2021a. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Northern Spotted Owl. Final Rule. Vol 86. No. 10 FR 4820-4860. 41 pgs.

USDI FWS (U.S. Fish and Wildlife Service). 2021b. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Northern Spotted Owl; Delay of Effective Date. Final Rule; delay of effective date and request for comments. Vol 86. No. 38 FR 11892-11895. 4 pgs.

Van Lanen, N. J., A. B. Franklin, K. P. Huyvaert, R. F. Reiser Ii, and P. C. Carlson. 2011. Who hits and hoots at whom? Potential for interference competition between barred and northern spotted owls. Biological Conservation 144:2194-2201.

Verschuyl, J., S. Riffell, D. Miller, T. B. Wigley. 2011. Biodiversity response to intensive biomass production from forest thinning in North American forests – A meta-analysis. Forest Ecology and Management 261 (2011) 221–232.

Wagner, F.F. and R.G. Anthony. 1998. "Reanalysis of northern spotted owl habitat use on the Miller Mountain study area. A report for the Research Project: Identification and evaluation of northern spotted owl habitat in managed forests of southwest Oregon and the development of silvicultural systems for managing such habitat." Oregon Cooperative Wildlife Research Unit, Department of Fisheries and Wildlife, Oregon State Univ. Corvallis, OR.

Waters, J.R., K.S. McKelvey, and C.J. Zabel. 1994. The effects of thinning and broadcast burning on sporocarp production of hypogeous fungi. Can. J. For. Res. 24: 1516-1522.

Wiens, J.D., R.G. Anthony, and E.D. Forsman. 2011. Barred owl occupancy surveys within the range of the northern spotted owl. Journal of Wildlife Management 75:531-538.

KSW01543

AR_004807

Medford BLM April FY2023 Batch BA

Wiens, J. D. 2012. Competitive interactions and resource partitioning between northern spotted owl and barred owl in western Oregon. Oregon State University, Corvallis.

Wiens, J. D., R. G. Anthony, and E. D. Forsman. 2014. Competitive interactions and resource partitioning between northern spotted owls and barred owls in western Oregon. Wildlife Monographs 85:1-50.

Wiens, J.D., Dugger, K.M., Lewicki, K.E., and Simon, D.C., 2017. Effects of experimental removal of barred owls on population demography of northern spotted owls in Washington and Oregon—2016 progress report: U.S. Geological Survey Open-File Report 2017-1040, 23 p., https://doi.org/10.3133/ofr20171040.

Williams, P. H. 1998. An annotated checklist of bumble bees with an analysis of patterns of description (Hymenoptera: Apidae, Bombini). Bulletin of the British Museum of Natural History (Entomology) 67: 79-152.

Wilson, T.M. 2010. Limiting factors for northern flying squirrels (Glaucomys sabrinus) in the Pacific Northwest: a spatio-temporal analysis. Ph.D. dissertation. Cincinnati, OH: Union Institute & University.

Wilson, Todd M.; Forsman, Eric D. 2013. Thinning effects on spotted owl prey and other forest-dwelling small mammals. In: Anderson, Paul D.; Ronnenberg, Kathryn L., eds. Density management for the 21st Century: west side story. Gen. Tech. Rep. PNW-GTR-880. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station: 79–90.

Xerces Society and Thorp. 2010. Petition to List Franklin's Bumble Bee *Bombus franklini* (Frison), 1921, As An Endangered Species Under the U.S. Endangered Species Act. Submitted by The Xerces Society for Invertebrate Conservation and Dr. Robbin W. Thorp, June 23, 2010. 40 pp.

Yackulic, C. B., J. Reid, J. D. Nichols, J. E. Hines, R. Davis, and E. Forsman. 2013. The roles of competition and habitat in the dynamics of populations and species distributions. Ecology 95:265-279.

Yackulic, C.B., Reid, J., Davis, R., Hines, J.E., Nichols, J.D. & Forsman, E. 2012. Neighborhood and habitat effects on vital rates: expansion of the Barred Owl in the Oregon Coast Ranges. *Ecology*, **93**, 1953– 1966.

Yackulic, C. B., L. L. Bailey, K. M. Dugger, R. J. Davis, A. B. Franklin, E. D. Forsman, S. H. Ackers, L. S. Andrews, L. V. Diller, S. A. Gremel, et al. 2019. The past and future roles of competition and habitat in the range-wide occupancy dynamics of Northern Spotted Owls. Ecological Applications 29:1‐8.

Zabel, C.J., K. McKelvey, and J.P. Ward. 1995. "Influence of primary prey on home range size and habitat use patterns of northern spotted owls (*Strix occidentalis caurina*)." *Canadian Journal of Zoology* 73:433-439.

Zabel, C.J., J.R. Dunk, H.B. Stauffer, L.M. Roberts, B.S. Mulder, and A. Wright. 2003. "Northern spotted owl habitat models for research and management application in California (USA)." *Ecological*

KSW01544

AR_004808

Medford BLM April FY2023 Batch BA

**Personal Communication**

Godwin, Steven. pers. comm. 2020.  Ashland BLM Wildlife Biologist. July 18, 2020.

Hatfield, pers. comm. 2017. Rich Hatfield, Senior Endangered Species Conservation Biologist,
    Xerces Society, Portland, Oregon. Email response to expert elicitation questionnaire,
    October 27th, 2017.

Thorp, pers. comm. 2017. Dr. Robbin Thorp, Professor Emeritus, University of California, Davis
    California. Telephone interview on October 24th, 2017 and follow-up email October
    27th, 2017.

KSW01545

AR_004809

Medford BLM April FY2023 Batch BA

# APPENDICES

# Appendix A: Project Design Criteria (PDC)

Project design criteria (PDC) are measures applied to project activities designed to minimize potential detrimental effects to proposed or listed species. The PDCs in this Appendix include the detailed seasonal restrictions for spotted owls. PDC for disturbance are intended to reduce disturbance to nesting spotted owls at occupied spotted owl nest sites. Sites are assumed occupied unless surveys or habitat conditions indicate otherwise.

The seasonal or daily restrictions listed below may be waived at the discretion of the decision maker if necessary to protect public safety (as in the case of emergency road repairs or hazard tree removal). Emergency consultation with the Service will then be initiated in such cases, where appropriate.

## Disruption and Disturbance Distances

**Table A-1** describes disturbance and disruption distances for several activity types for spotted owls as adopted from the 2016 PRMP BO (USDI FWS 2016; Table 227, pp. 597-600).

A **disruption distance** is the distance within which the effects to listed species from noise, or mechanical movement associated with an action is expected to exceed the level of discountable or insignificant. Thus, within the disruption distance, actions occurring within the nesting season are expected to *adversely affect* listed species. Unit wildlife biologists may increase, but may not decrease, these disruption distances and still comply with the standards of this Assessment. Within the disruption distance, activities occurring during the critical breeding period could significantly disrupt the normal behavior pattern of individual animals or breeding pairs (USDI FWS 2004).

A **disturbance distance** is the distance within which the effects to listed species from noise, human intrusion, and mechanical movement associated with an action is expected to be discountable or insignificant and adverse effects will not be expected. Effects are expected to be "insignificant" or "discountable" beyond the disruption distance and up to the disturbance distance. Thus, between the disruption distance and disturbance distance recommendations, effects are not expected to adversely affect listed species. To correctly apply the standards of this assessment to individual animals or breeding pairs, the unit wildlife biologist may increase or decrease these disturbance distances in accordance with the best available scientific information and site-specific conditions. Beyond the disturbance distance recommendations, no effects to listed species are expected.

During the critical breeding period, activities occurring within the disruption distances, shown in **Table A-1** from occupied spotted owl sites, and unsurveyed NRF habitat, could cause injury by significantly disrupting the normal behavior pattern of individual animals or breeding pairs. Use of these recommended distances with the project design criteria listed below will minimize effects to listed species from disruption.

KSW01546

AR_004810

Medford BLM April FY2023 Batch BA

## Spotted Owl Seasonal Restrictions

Distances described in Table A-1 to a known occupied spotted owl nest tree or fledging locations, but if no current survey information is available then distances are from the edge of the most recent nest patch.

The following PDC may be waived by the BLM biologist in a particular year if nesting or reproductive success surveys conducted according to the U.S. Fish and Wildlife Service-endorsed survey guidelines reveal that spotted owls are non-nesting or that no young are present that year. Waivers are only valid until March 1 of the following year. Previously known sites/ activity centers are assumed occupied until protocol surveys indicate otherwise.

| Table A-1 – Spotted Owl Disruption and Disturbance Seasons and Distances (content adopted from USDI FWS 2016 USDI FWS 2016; Table 227, pp. 597-600 & Table 50, pp. 230-232). | | | |
|---|---|---|---|
| **Project Activity** | **Disruption Distance** | | **Disturbance Distance** |
| | **March 1 – July 15** | **July 16 – Sept. 30** | **March 1 – Sept. 30** |
| Light maintenance (*e.g.*, road brushing and grading) at campgrounds, administrative facilities, and heavily-used roads | *No Disruption* | *No Disruption* | ≤ 0.25 mile |
| Log hauling on heavily-used roads | *No Disruption* | *No Disruption* | ≤ 0.25 mile |
| Chainsaws (includes felling hazard/danger trees) | ≤ 65 yards | *No Disruption* | 66 yards to 0.25 mile |
| Heavy equipment for logging, road construction, road repairs, bridge construction, culvert replacements, etc. | ≤ 65 yards | *No Disruption* | 66 yards to 0.25 mile |
| Pile-driving (steel H piles, pipe piles); Rock Crushing and Screening Equipment | ≤ 120 yards | *No Disruption* | 121 yards to 0.25 mile |
| Burning (prescribed fires, pile burning) | ≤ 0.25 mile | *No Disruption* | 0.25 mile to 1 mile |
| Blasting | ≤ 0.25 mile | *No Disruption* | 0.25 mile to 1 mile |
| Helicopter: Chinook 47d | ≤ 265 yards | ≤ 100 yards (hovering only) | 266 yards to 0.5 mile |
| Helicopter: Boeing Vertol 107, Sikorsky S-64 (SkyCrane) | ≤ 150 yards | ≤ 50 yards (hovering only) | 151 yards to 0.25 mile |
| Helicopters: K-MAX, Bell 206 L4, Hughes 500 | ≤ 110 yards | ≤ 50 yards (hovering only) | 111 yards to 0.25 mile |
| Small fixed-wing aircraft (Cessna 185, etc.) | ≤ 110 yards | *No Disruption* | 111 yards to 0.25 mile |

KSW01547

AR_004811

Medford BLM April FY2023 Batch BA

# Appendix B: Spotted Owl Site History

| Table B-1: Northern Spotted Owl Sites within Rogue Gold Action Area. | | | | | | |
|---|---|---|---|---|---|---|
| **Site # (IDNO) & Location Name** | **Survey Results** | | | | | **Notes** |
| | **2022** | **2021** | **2020** | **2019** | **2018** | |
| **0102O** | no response | no response | no response | no response | no response | STVA detected in 2021 and 2022. Pair at Alt A in 2018. |
| **0956O** | no response | no response | no response | no response | no response | STVA detected in 2020, 2021. |
| **0958A** | no response | no response | adult pair, 1 young | adult pair | adult pair | |
| **1198O** | no response | no response | no response | no response | 2 adults, 1 resident single (not pair) | STVA detections in 2020. Prior to 2021 this site was a temporary route. |
| **1952O** | no response | no response | no response | no response | no response | |
| **2076O** | no response | no response | no response | incidental response 1 male | no response | |
| **2260B** | no response | no response | No surveys | No surveys | No surveys | STVA detections in 2021 and 2022. |
| **2269O** | no response | no response | no response | no response | no response | |
| **2398O** | no response | no response | no response | incidental response adult male | no response | |
| **2766O** | adult pair, 1 young to fledging | adult pair, no young | adult pair, 2 young, 1 to fledgling | no response | no response | STVA detections in 2019 and 2020. STVA detections in 2022. Prior to 2020 this site was a temporary route. |
| **3277O** | no response | no response | no response | no response | pair no young | |
| **4041A** | 1 resident single, adult male | 1 resident single, adult male | 1 resident single female, unknown age | 1 incidental STOC unknown sex | No surveys | STVA detections in 2019 and 2022. |

KSW01548

AR_004812

Medford BLM April FY2023 Batch BA

**Table B-1: Northern Spotted Owl Sites within Rogue Gold Action Area.**

| Site # (IDNO) & Location Name | Survey Results | | | | | Notes |
|---|---|---|---|---|---|---|
| | 2022 | 2021 | 2020 | 2019 | 2018 | |
| 4045A | incidental response 1 female | no response | no response | no response | no response | |
| 4060O | no response | No surveys (NR*) | No surveys (NR*) | no response | no response | *Surveyed in 2020 and 2021 by Turnstone for Murphy Timber. |
| 4060O | no response | No surveys (NR*) | No surveys (NR*) | no response | no response | *Surveyed in 2020 and 2021 by Turnstone for Murphy Timber. |
| 4069O | (Site covered by adjacent site surveys) | (Site covered by adjacent site surveys) | (Site covered by adjacent site surveys) | (Site covered by adjacent site surveys) | no response | Site center is located on an isolated 40 acre BLM parcel and all other BLM habitat is surveyed as part of other adjacent site surveys. . |
| 4069O | (Site covered by adjacent site surveys) | (Site covered by adjacent site surveys) | (Site covered by adjacent site surveys) | (Site covered by adjacent site surveys) | no response | Site center is located on an isolated 40 acre BLM parcel and all other BLM habitat is surveyed as part of other adjacent site surveys. . |
| 4382O | no response | no response | no response | no response | single detection | STVA detections in 2018, 2021 and 2022. |
| 4382O | no response | no response | no response | no response | single detection | STVA detections in 2018, 2021 and 2022. |
| 4480O | no response | no response | no response | no response | no response | |
| 4612O | no response | no response | no response | no response | single detected on one visit, sex/age not determined | STVA detections in 2017 and 2018. |
| 4683O | resident single adult male | incidental detection, adult male | resident single, adult male | resident single adult male | 5 visits, adult pair, no young | Site was surveyed simultaneously with 4683A and results are for both sites. STVAs in 2018 and 2020. |
| 4683A | resident single adult male | incidental detection, adult male | resident single, adult male | resident single adult male | 5 visits, adult pair, no young | Site was surveyed simultaneously with 4683O and results are for both sites. STVAs in 2018 and 2020. |

KSW01549

AR_004813

Medford BLM April FY2023 Batch BA

**Table B-2: Northern Spotted Owl Sites within the Trail Creek Action Area.**

| Site # (IDNO) & Location Name | Survey Results | | | | | Notes |
|---|---|---|---|---|---|---|
| | 2022 | 2021 | 2020 | 2019 | 2018 | |
| 0926O | No Response | 1 Resident Male | No Response | Unknown STRIX auditory | Single auditory response | STVA detected in 2018, 2019, 2020 & 2021. |
| 1172O | Pair Status | Pair Status | Resident Single Male | Pair Status 2 Fledglings | No Survey | STVA pair detected in 2020. STOC pair status in 2015 and 2016. |
| 1304B | Pair Status | Pair Status | Pair Status 2 fledglings | No Survey Not a site until 2020 | No Survey Not a site until 2020 | Both Alt O and Alt B are considered active sites due to back-and-forth occupancy and NSO detection at Alt O in 2022. |
| 1304O | Single male auditory | No Response | No Response | Pair Status | Pair Status | Both Alt O and Alt B are considered active sites due to back-and-forth occupancy and NSO detection at Alt O in 2022. STVA detected 2022. |
| 1822O | No Response | No Response | No Response | No Response | No Response | STVA detected in 2018, 2019, & 2020. |
| 1823O | No Response | No Response | No Response | No Response | No Survey | |
| 1824O | No Response | Single female auditory response | No Response | No Response | No Response | STVA detected in 2017, 2018, 2019, 2021 & 2022. |
| 1832O | No Response | No Response | No Response | No Response | No Survey | |
| 1949A | No Response | No Response | No Responses | No Response | No Survey | |
| 2006O & A | No response | Pair Status | Female auditory, male visual detected once. | 2 Resident Males | No Response | STVA detected in 2017, 2020, and 2022. STOC pair status in 2015 & 2016. Pair was observed moving back and forth between O and A sites. |
| 2219O | No Response | No Response | No Response | No Response | No Survey | STVA detected in 2019 &2020. |
| 2356O | No Response | No Response | No Response | No Response | No Response | |
| 2625O | No Response | No Response | No Response | Single male visual detection | No Survey | STVA detected in 2019, 2020, 2021, & 2022. STOC pair status in 2015. |
| 2629O | No Response | No Response | No Response | Single auditory response | No Response | STVA detected in 2017, 2018, 2019, 2020 & 2021. Male STOC detected in 2017 and three times in 2019 just beyond home range. These detections are not assigned to a site. |

KSW01550

AR_004814

Medford BLM April FY2023 Batch BA

| Table B-2: Northern Spotted Owl Sites within the Trail Creek Action Area. | | | | | | |
|---|---|---|---|---|---|---|
| **Site # (IDNO) & Location Name** | **Survey Results** | | | | | **Notes** |
| | **2022** | **2021** | **2020** | **2019** | **2018** | |
| **2630O** | No Response | No Response | No Response | No Response | No Response | STVA detected in 2018 & 2019. |
| **3253B** | No Survey | No Survey | No Response | No Response | No Response | STVA detected in 2018 & 2019. Last active NSO was in 2009. BLM finished harvesting in the core of this site within the last two years. Units on edge of home range. NRF there was surveyed. |
| **3394A** | No Response | No Response | No Response | No Response | No Response | STVA detected in 2018. |
| **3395O** | No Surveys | No Surveys | No Surveys | No Surveys | No Surveys | Site center on private. Half mile core area 0% NRF, home range NRF with all ownerships is approximately 7%. Site considered unviable. |
| **3396O** | No Surveys | No Surveys | No Surveys | No Surveys | No Surveys | Site center on private. Half mile core area 0% NRF, less than 3% NRF in home range. Site considered unviable. |
| **4027A** | No Response | No Response | No Response | No Response | No Response | STVA pair detected in 2022. |
| **4028O** | No Survey | No Response | No Response | Single male auditory response | No Survey | STVA detected in 2019 & 2020. Only 2 acres of treatment inside the home range. The unit is bisected by the home range boundary. That habitat was surveyed.<br><br>The 2019 auditory response is more likely associated with the Hungry Elk 4618 O site. |
| **4309O** | No Response | No Response | No Surveys | Pair Detected | Pair Status | STVA detected in 2021. |
| **4381O** | No Response | No Response | No Response | No Response | No Response | STVA detected in 2018, 2021, and 2022 |
| **FS SITE MD9988** | No Survey | No Survey | No Survey | No Response | No Survey | STVA detected in 2017 & 2020. Units within this home range are also in Oregon Trail which is an active site. Modifications already made to harvest to prevent take. |

KSW01551

AR_004815

Medford BLM April FY2023 Batch BA

| Site # (IDNO) & Location Name | Survey Results | | | | | Notes |
|---|---|---|---|---|---|---|
| | 2022 | 2021 | 2020 | 2019 | 2018 | |
| 0068O | Incidental Female VO from 4625C | No Response | Incidental Male VO from 4625C | No Response | No Response | No STVA |
| 0078O | No Response | No Response | No Response | No Response | No Response | STVA 2022-2018 |
| 0099O | No Response | No Response | No Response | No Response | No Response | STVA 2022, 2020, 2019, 2018 |
| 0877A | No Response | Unknown sex response 2 times | No Response | No Response | No Response | STVA 2018 |
| 0878A | No Response | No Response | No Response | No Response | No Response | STVA 2022,2021,2020, 2018 |
| 0883B | No Response | No Response | Incidental male | No response | 2 males, both Incidental | STVA 2022, 2020, 2018 |
| 0917C | No Response | Resident Single Male | Pair Not Nest | No Response | No Response | STVA 2022-2018 |
| 0924O | No Response | No Response | No Response | No Response | Pair Not Nesting | STVA 2021 |
| 0928O | No Response | No Response | No Response | No Response | No Response | STVA 2022-2019 |
| 0933A | No Response | No Response | No Response | No Response | No Response | STVA 2022,2021,2020,2019, |
| 0935A | Not Surveyed | Not Surveyed | No Response | No Response | Incidental Male VO | STVA 2019, 2018 |
| 0943O | No Response | No Response | No Response | No Response | No Response | STVA 2021-2018 |
| 0950B | No Response | No Response | No Response | No Response | Incidental Female | STVA 2022-2018 |
| 1300O | No Response | No Response | No Response | No Response | No Response | STVA 2019 |
| 1314A | Resident Single Male | No Response | No Response | No Response | No Response | No STVA |
| 1314O | No Response | No Response | No Response | Pair Not Nesting | Single Male | No STVA |
| 1731O | No Response | No Response | No Response | No Response | No Response | No STVA |

**Table B-3: Northern Spotted Owl Sites within Last Chance Action Area.**

KSW01552

AR_004816

Medford BLM April FY2023 Batch BA

**Table B-3: Northern Spotted Owl Sites within Last Chance Action Area.**

| Site # (IDNO) & Location Name | Survey Results | | | | | Notes |
|---|---|---|---|---|---|---|
| | 2022 | 2021 | 2020 | 2019 | 2018 | |
| 1732B | No Response | Resident Single Female (from Foley Glen 2020) | Incidental pair VO Lucky Strike 2020 | Pair Not Nest | No Response | STVA 2022, 2021, 2019, 2018 |
| 1953A | No Response | No Response | No Response | No Response | No Response | STVA 2022-2018 |
| 2015A | No Response | No Response | No Response | No Response | Resident single male, incidental female | 2018 NSO Resident male, female VO from Tennessee Gulch. STVA 2022, 2021, 2019, 2018 |
| 2068O | No Response | No Response | Pair not nesting | Resident Single Male and Incidental female VO Bummer | Resident Single Male | STVA 2019, 2020 |
| 2070A | Incidental Female VO Tennessee Gulch | No Response | No Response | No Response | Incidental Male VO Lucky Strike | STVA 2022-2018 |
| 2071O | No Response | No Response | No Response | No Response | Incidental Pair VO Gray Power | STVA 2021-2018 |
| 2215O | No Response | No Response | No Response | No Response | Incidental Male VO Incidental Female | STVA 2020, 2018 |
| 2273O | No Response | No Response | No Response | No Response | Incidental Male | STVA 2018, 2019, 2020 |
| 2277A | No Response | No Response | No Response | No Response | Incidental Male VO Lucky Strike | STVA 2022, 2021, 2020, 2018 |
| 2406C | No Response | Resident Single Male | Resident Single Male | No Response | Pair Not Nesting | STVA 2022,2018 |
| 2618A | No Response | No Response | No Response | No Response | No Response | STVA 2022-2018 |
| 2620B | Incidental Male | No Response | No Response | Resident Single Male | Resident Single Male | STVA 2022-2018 |
| 4619O | No Response | No Response | No Response | No Response | No Response | STVA 2022, 2021 |
| 4625C | Pair Not Nest | Pair Not Nest | Pair Not Nest | Pair Not Nest | Pair Not Nest | No STVA |
| 4626A | Pair Nested | No Response | No Response | No Response | No Response | No STVA |
| 4626O | No Response | Pair Not Nesting | Pair Not Nesting | Pair Not Nesting | Pair Not Nesting | No STVA |

KSW01553

AR_004817

# Appendix C: Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects

**Table C-1: Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects**

| Project | NSO SITE | EFFECTS | NRF HR acres Pre-Treat | NRF HR % Pre-Treat | NRF Core acres Pre-Treat | NRF Core % Pre-Treat | NRF Acres Removed HR | Core | NP | NRF Acres Downgraded HR | Core | NP | NRF Acres Modified (Function Maintained) HR | Core | NP | Dispersal Acres Removed HR | Core | NP | Dispersal Acres Modified (Function Maintained) HR | Core | NP | NRF HR Reduced (acres) | NRF HR Acres Post-Treat | HR NRF Percent Post-Treat | NRF Core Reduced (acres) | NRF Core acres Post-Treat | NRF Core Percent Post-Treat | Occupancy 2022 | Occupancy 2021 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rogue Gold[1] | 0102O | LAA | 515 | 15% | 95 | 19% | 160 | 39 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 0 | 0 | 33 | 14 | 2 | 199 | 316 | 9% | 26 | 69 | 14% | NO+ | NO+ | |
| Rogue Gold[1] | 0956O | LAA | 576 | 17% | 79 | 16% | 84 | 6 | 0 | 0 | 0 | 0 | 46 | 8 | 7 | 6 | 5 | 0 | 130 | 71 | 20 | 84 | 492 | 14% | 6 | 73 | 15% | NO | NO | |
| Rogue Gold[1] | 0958A | LAA | 579 | 17% | 79 | 14% | 0 | 0 | 0 | 17 | 0 | 0 | 92 | 0 | 0 | 0 | 0 | 0 | 183 | 104 | 22 | 17 | 562 | 17% | 0 | 72 | 14% | NO | NO | |
| Rogue Gold[1] | 1198O | LAA | 450 | 13% | 111 | 22% | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 1 | 0 | 2 | 0 | 0 | 190 | 9 | 0 | 1 | 449 | 13% | 0 | 111 | 22% | NO | NO | |
| Rogue Gold[1] | 1952O | NLAA | 664 | 20% | 237 | 47% | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 6 | 0 | 0 | 0 | 0 | 54 | 0 | 0 | 0 | 664 | 20% | 0 | 237 | 47% | NO | NO | |
| Rogue Gold[1] | 2076O | NLAA | 955 | 28% | 134 | 27% | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 10 | 6 | 0 | 97 | 1 | 0 | 0 | 955 | 28% | 0 | 134 | 27% | NO | NO | |
| Rogue Gold[1] | 2260B | NLAA | 219 | 6% | 70 | 14% | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 219 | 6% | 0 | 70 | 14% | NO | NO+ | |
| Rogue Gold[1] | 2280O | LAA | 399 | 12% | 114 | 23% | 35 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 43 | 0 | 0 | 35 | 364 | 11% | 17 | 97 | 19% | NO+ | NO | |
| Rogue Gold[1] | 2398O | NLAA | 641 | 19% | 193 | 39% | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 31 | 0 | 10 | 9 | 0 | 106 | 42 | 0 | 0 | 641 | 19% | 0 | 193 | 39% | NO | NO | |
| Rogue Gold[1] | 2766O | NLAA | 648 | 19% | 79 | 16% | 0 | 0 | 0 | 0 | 0 | 0 | 129 | 5 | 0 | 10 | 0 | 0 | 277 | 30 | 0 | 0 | 648 | 19% | 0 | 79 | 16% | PAIR | PAIR | |
| Rogue Gold[1] | 3277O | LAA | 370 | 11% | 138 | 28% | 18 | 0 | 0 | 0 | 0 | 0 | 33 | 0 | 0 | 39 | 0 | 0 | 75 | 0 | 0 | 18 | 352 | 10% | 0 | 138 | 28% | NO | NO | |
| Rogue Gold[1] | 4941A | NLAA | 624 | 18% | 145 | 29% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 | 0 | 0 | 0 | 624 | 18% | 0 | 145 | 29% | RSM+ | RSM | |
| Rogue Gold[1] | 4045A | LAA | 542 | 16% | 17 | 3% | 59 | 0 | 0 | 31 | 7 | 0 | 121 | 70 | 3 | 3 | 2 | 0 | 19 | 0 | 0 | 90 | 452 | 13% | 7 | 10 | 2% | Fe0w | NO | |
| Rogue Gold[1] | 4060O | NLAA | 316 | 9% | 53 | 11% | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 0 | 0 | 0 | 0 | 0 | 144 | 18 | 0 | 0 | 316 | 9% | 0 | 53 | 11% | NO | NO | |
| Rogue Gold[1] | 4069O | NLAA | 202 | 6% | 0 | 0% | 1 | 0 | 0 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 | 0 | 85 | 0 | 0 | 1 | 201 | 6% | 0 | 0 | 0% | NO | NO | |
| Rogue Gold[1] | 4382O | LAA | 602 | 13% | 62 | 12% | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 | 0 | 0 | 153 | 33 | 0 | 48 | 554 | 16% | 0 | 62 | 12% | NO+ | NO+ | |
| Rogue Gold[1] | 4480O | LAA | 439 | 13% | 93 | 19% | 59 | 0 | 0 | 31 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 6 | 0 | 0 | 89 | 350 | 10% | 0 | 93 | 19% | NO | NO | |
| Rogue Gold[1] | 4612O | LAA | 647 | 19% | 100 | 20% | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 | 0 | 0 | 85 | 562 | 17% | 0 | 100 | 20% | NO | NO | |
| Rogue Gold[1] | 4621O | LAA | 565 | 17% | 172 | 34% | 47 | 5 | 0 | 0 | 0 | 0 | 204 | 66 | 21 | 46 | 21 | 0 | 103 | 13 | 7 | 47 | 518 | 15% | 0 | 172 | 34% | NO | NO | |
| Rogue Gold[1] | 4683A | LAA | 638 | 19% | 127 | 25% | 4 | 6 | 0 | 0 | 0 | 0 | 257 | 1 | 0 | 21 | 0 | 0 | 237 | 0 | 0 | 4 | 634 | 19% | 0 | 127 | 25% | RSM | RSM | |
| Rogue Gold[1] | 4683O | LAA | 625 | 18% | 205 | 41% | 6 | 0 | 0 | 0 | 0 | 0 | 254 | 0 | 0 | 28 | 0 | 0 | 192 | 38 | 0 | 6 | 619 | 18% | 0 | 205 | 41% | RSM | RSM | |
| Trail Creek[1] | 0926O | NLAA | 583 | 17% | 89 | 18% | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 16 | 0 | 0 | 62 | 1 | 0 | 0 | 583 | 17% | 0 | 89 | 18% | NO | NO+ | |
| Trail Creek[1] | 1172O | NLAA | 952 | 29% | 262 | 52% | 3 | 0 | 0 | 0 | 0 | 0 | 69 | 0 | 0 | 16 | 0 | 0 | 10 | 0 | 0 | 3 | 949 | 33% | 0 | 262 | 52% | FAIR | FAIR | |
| Trail Creek[1] | 1304B | NLAA | 847 | 33% | 95 | 19% | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 12 | 0 | 0 | 40 | 0 | 0 | 0 | 847 | 29% | 0 | 95 | 19% | FAIR | FAIR | |
| Trail Creek[1] | 1304O | NLAA | 960 | 33% | 197 | 39% | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 960 | 33% | 0 | 197 | 39% | S+0w+ | S+0w+ | |
| Trail Creek[1] | 1822O | LAA | 354 | 10% | 70 | 14% | 0 | 0 | 0 | 0 | 0 | 0 | 76 | 0 | 0 | 16 | 0 | 0 | 64 | 0 | 0 | 103 | 251 | 7% | 18 | 52 | 10% | NO | NO | |
| Trail Creek | 1823O | LAA | 1,460 | 50% | 338 | 68% | 16 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 | 30 | 0 | 0 | 16 | 1444 | 50% | 6 | 332 | 66% | NO | NO | |
| Trail Creek[1] | 1824O | LAA | 2,055 | 71% | 480 | 96% | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 0 | 0 | 8 | 2047 | 71% | 0 | 480 | 96% | NO | NO | |
| Trail Creek[1] | 1832O | LAA | 1,457 | 50% | 351 | 70% | 16 | 0 | 0 | 0 | 0 | 0 | 78 | 54 | 0 | 10 | 0 | 0 | 51 | 1 | 0 | 16 | 1441 | 50% | 0 | 351 | 70% | S+0w+ | S+0w+ | |
| Trail Creek[1] | 1949A | LAA | 510 | 15% | 73 | 15% | 49 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 | 5 | 0 | 6 | 0 | 0 | 49 | 461 | 14% | 5 | 68 | 14% | NO | NO | |
| Trail Creek | 2006A | NLAA | 1,312 | 45% | 173 | 35% | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 45 | 0 | 0 | 2 | 1310 | 45% | 0 | 173 | 35% | NO+ | PAIR | |
| Trail Creek[1] | 2066O | NLAA | 1,118 | 39% | 106 | 21% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 4 | 0 | 0 | 0 | 1118 | 39% | 0 | 106 | 21% | NO+ | NO | |
| Oil Creek[1] | 2219O | LAA | 1,150 | 40% | 255 | 51% | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 | 0 | 0 | 57 | 10 | 0 | 11 | 1139 | 39% | 0 | 255 | 51% | FAIR | NO | |
| Oil Creek[1] | 2356O | LAA | 235 | 7% | 115 | 23% | 48 | 0 | 0 | 0 | 0 | 0 | 11 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 187 | 6% | 0 | 115 | 23% | NO | NO | |
| Oil Creek[1] | 2625O | LAA | 1,026 | 35% | 200 | 35% | 70 | 29 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 19 | 3 | 37 | 3 | 0 | 70 | 956 | 33% | 29 | 171 | 34% | NO+ | NO+ | |

79

Appendix C: Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects

**Table C-1: Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects**

| Project | NSO SITE | EFFECTS | NRF HR acres Pre-Treat | NRF HR % Pre-Treat | NRF Core acres Pre-Treat | NRF Core % Pre-Treat | NRF Acres Removed HR | Core | NP | NRF Acres Downgraded HR | Core | NP | NRF Acres Modified (Function Maintained) HR | Core | NP | Dispersal Acres Removed HR | Core | NP | Dispersal Acres Modified (Function Maintained) HR | Core | NP | NRF HR Reduced (acres) | NRF HR Acres Post-Treat | HR NRF Percent Post-Treat | NRF Core Reduced (acres) | NRF Core acres Post-Treat | NRF Core Percent Post-Treat | Occ 2022 | Occ 2021 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trail Creek[1] | 2629O[1] | LAA | 793 | 23% | 95 | 19% | 207 | 33 | 0 | 0 | 0 | 0 | 152 | 40 | 0 | 150 | 0 | 0 | 173 | 79 | 0 | 207 | 586 | 17% | 33 | 62 | 12% | NO+ | NO+ | |
| Trail Creek[1] | 2630O[1] | LAA | 824 | 24% | 164 | 33% | 216 | 1 | 0 | 0 | 0 | 0 | 53 | 0 | 0 | 150 | 0 | 0 | 138 | 0 | 0 | 216 | 608 | 18% | 1 | 163 | 33% | NO | NO | POC regen surveys prove no implementation |
| Trail Creek[1] | 3253B[1] | LAA | 482 | 14% | 148 | 30% | 21 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 4 | 0 | 0 | 2 | 1 | 0 | 21 | 461 | 14% | 0 | 148 | 30% | NS | NS | |
| Trail Creek[1] | 3394A[1] | LAA | 1,133 | 33% | 244 | 49% | 80 | 43 | 5 | 0 | 0 | 0 | 104 | 28 | 0 | 59 | 2 | 0 | 41 | 0 | 0 | 88 | 1045 | 31% | 43 | 201 | 40% | NO | NO | |
| Trail Creek[1] | 3395O[1] | LAA | 217 | 6% | 0 | 0% | 53 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 8 | 0 | 0 | 54 | 0 | 0 | 53 | 164 | 5% | 0 | 0 | 0% | NS | NS | The entire core is on private ownership |
| Trail Creek[1] | 3396O[1] | LAA | 111 | 3% | 0 | 0% | 51 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 19 | 0 | 0 | 3 | 0 | 0 | 51 | 60 | 2% | 0 | 0 | 0% | NS | NS | The entire core is on private ownership |
| Trail Creek[1] | 4027A[1] | LAA | 727 | 21% | 207 | 41% | 140 | 27 | 0 | 0 | 0 | 0 | 47 | 0 | 0 | 115 | 11 | 0 | 67 | 0 | 0 | 140 | 587 | 17% | 27 | 180 | 36% | NO+ | NS | Considered Occupied |
| Trail Creek[1] | 4028O[1] | NLAA | 2,012 | 69% | 406 | 81% | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 2012 | 69% | 0 | 406 | 81% | NS | NO+ | |
| Trail Creek[1] | 4309O[1] | NLAA | 1,073 | 32% | 165 | 33% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 1073 | 32% | 0 | 165 | 33% | NO+ | NO+ | |
| Trail Creek[1] | 4381O[1] | LAA | 382 | 11% | 102 | 20% | 194 | 63 | 0 | 0 | 0 | 0 | 46 | 0 | 0 | 80 | 11 | 0 | 125 | 0 | 0 | 194 | 188 | 6% | 63 | 39 | 8% | NO+ | NS | Considered Occupied |
| Trail Creek[1] | FSsite | NLAA | 818 | 28% | 303 | 61% | 2 | 0 | 0 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 816 | 28% | 0 | 303 | 61% | NS | NS | Considered Occupied |
| Last Chance[1] | 0068O[1] | LAA | 1054 | 31% | 289 | 58% | 417 | 113 | 23 | 0 | 0 | 0 | 222 | 94 | 18 | 64 | 24 | 4 | 121 | 17 | 0 | 417 | 637 | 19% | 113 | 177 | 35% | F+bx | NO | |
| Last Chance[1] | 0078O[1] | LAA | 727 | 21% | 68 | 14% | 255 | 1 | 0 | 0 | 0 | 0 | 163 | 2 | 0 | 78 | 1 | 0 | 71 | 6 | 0 | 255 | 472 | 14% | 1 | 67 | 13% | NO+ | NO+ | |
| Last Chance[1] | 0099O[1] | LAA | 763 | 22% | 168 | 34% | 180 | 43 | 0 | 0 | 0 | 0 | 117 | 0 | 0 | 40 | 8 | 0 | 9 | 2 | 0 | 180 | 584 | 17% | 43 | 124 | 25% | NO+ | NO | |
| Last Chance[1] | 0077A[1] | NLAA | 1184 | 35% | 300 | 60% | 0 | 0 | 0 | 0 | 0 | 0 | 49 | 0 | 0 | 1 | 0 | 0 | 66 | 0 | 0 | 0 | 1184 | 38% | 0 | 300 | 60% | NO | NO | |
| Last Chance[1] | 0878A[1] | LAA | 1299 | 38% | 276 | 55% | 8 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 | 8 | 1291 | 38% | 0 | 276 | 55% | NO+ | NO+ | |
| Last Chance[1] | 0883B[1] | LAA | 436 | 15% | 71 | 14% | 39 | 0 | 0 | 0 | 0 | 0 | 62 | 0 | 0 | 286 | 93 | 7 | 31 | 0 | 0 | 39 | 398 | 12% | 0 | 71 | 14% | NO+ | NO+ | |
| Last Chance[1] | 0917C[1] | LAA | 1038 | 31% | 164 | 33% | 6 | 0 | 0 | 0 | 0 | 0 | 294 | 2 | 0 | 4 | 1 | 0 | 126 | 0 | 0 | 39 | 1032 | 30% | 0 | 164 | 33% | NO+ | BSM4 | < 1 acre NRF maintained at the extreme home range from hazardous fuels reduction |
| Last Chance[1] | 0924O[1] | LAA | 916 | 27% | 182 | 36% | 268 | 41 | 0 | 0 | 0 | 0 | 77 | 0 | 0 | 145 | 0 | 0 | 67 | 0 | 0 | 268 | 648 | 19% | 41 | 141 | 28% | NO+ | NO+ | |
| Last Chance[1] | 0928O[1] | LAA | 996 | 29% | 188 | 38% | 353 | 88 | 3 | 0 | 0 | 0 | 184 | 44 | 2 | 203 | 127 | 0 | 194 | 3 | 0 | 353 | 643 | 19% | 88 | 101 | 20% | NO+ | NO+ | |
| Last Chance[1] | 0933A[1] | LAA | 730 | 21% | 122 | 24% | 193 | 54 | 0 | 0 | 0 | 0 | 193 | 0 | 0 | 159 | 12 | 0 | 2 | 0 | 0 | 193 | 537 | 16% | 54 | 68 | 14% | NO | NS | |
| Last Chance[1] | 0935A[1] | LAA | 884 | 26% | 185 | 37% | 23 | 0 | 0 | 0 | 0 | 0 | 102 | 0 | 0 | 13 | 0 | 0 | 55 | 0 | 0 | 23 | 860 | 25% | 0 | 186 | 37% | NS | NS | |
| Last Chance[1] | 0943O[1] | LAA | 1446 | 43% | 185 | 37% | 158 | 12 | 0 | 0 | 0 | 0 | 102 | 0 | 0 | 63 | 0 | 0 | 0 | 0 | 0 | 158 | 1288 | 38% | 12 | 172 | 34% | NO+ | NO+ | |
| Last Chance[1] | 0950B[1] | NLAA | 594 | 17% | 136 | 27% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 594 | 17% | 0 | 136 | 27% | NO+ | NO+ | |
| Last Chance[1] | 1300O[1] | LAA | 612 | 18% | 154 | 31% | 113 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 125 | 0 | 0 | 0 | 0 | 0 | 113 | 499 | 15% | 0 | 154 | 31% | NS | NS | |
| Last Chance[1] | 1314A[1] | LAA | 1406 | 41% | 333 | 67% | 6 | 1 | 0 | 0 | 0 | 0 | 170 | 8 | 0 | 11 | 1 | 0 | 156 | 4 | 0 | 6 | 1400 | 41% | 1 | 332 | 66% | BSM | NO | |
| Last Chance[1] | 1314O[1] | LAA | 1329 | 39% | 246 | 49% | 9 | 0 | 0 | 0 | 0 | 0 | 448 | 31 | 0 | 24 | 2 | 0 | 391 | 29 | 0 | 9 | 1320 | 39% | 0 | 246 | 49% | NO | BSM | |
| Last Chance[1] | 1731O[1] | LAA | 1075 | 32% | 220 | 44% | 162 | 35 | 7 | 0 | 0 | 0 | 232 | 62 | 0 | 201 | 23 | 0 | 265 | 81 | 0 | 162 | 913 | 27% | 35 | 185 | 37% | BSM | NO | |
| Last Chance[1] | 1732B[1] | LAA | 1127 | 33% | 86 | 17% | 13 | 0 | 0 | 0 | 0 | 0 | 427 | 0 | 0 | 20 | 1 | 0 | 389 | 27 | 0 | 13 | 1115 | 33% | 0 | 86 | 17% | NO+ | BSF | <1 acre dispersal removal at the extreme home range from commercial thinning |
| Last Chance[1] | 1953A[1] | NLAA | 798 | 23% | 166 | 33% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 798 | 23% | 0 | 166 | 33% | NO+ | NO+ | |
| Last Chance[1] | 2015A[1] | LAA | 1361 | 40% | 249 | 50% | 234 | 2 | 0 | 0 | 0 | 0 | 225 | 46 | 2 | 105 | 21 | 0 | 110 | 24 | 2 | 234 | 1126 | 33% | 2 | 247 | 49% | NO+ | NO+ | |
| Last Chance[1] | 2068O[1] | LAA | 1248 | 37% | 272 | 54% | 57 | 22 | 1 | 0 | 0 | 0 | 341 | 39 | 0 | 133 | 53 | 0 | 326 | 76 | 0 | 57 | 1191 | 35% | 22 | 250 | 50% | NO+ | NO+ | |
| Last Chance[1] | 2070A[1] | LAA | 767 | 23% | 308 | 62% | 322 | 142 | 15 | 0 | 0 | 0 | 195 | 95 | 0 | 90 | 17 | 0 | 60 | 0 | 0 | 322 | 445 | 13% | 142 | 167 | 33% | F+bx | NO | |
| Last Chance[1] | 2071O[1] | LAA | 1679 | 49% | 274 | 55% | 101 | 0 | 0 | 0 | 0 | 0 | 133 | 2 | 0 | 43 | 0 | 0 | 98 | 5 | 0 | 101 | 1577 | 46% | 0 | 274 | 55% | NO | NO | |

**Appendix C: Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects**

**Table C-1: Detailed Spotted Owl Site Effects for the Rogue Gold, Trail Creek, and Last Chance Projects**

| Project | NSO SITE | EFFECTS | NRF HR acres Pre-Treat | NRF HR % Pre-Treat | NRF Core acres Pre-Treat | NRF Core % Pre-Treat | NRF Acres Removed | | | NRF Acres Downgraded | | | NRF Acres Modified (Function Maintained) | | | Dispersal Acres Removed | | | Dispersal Acres Modified (Function Maintained) | | | NRF HR Reduced (acres) | NRF HR Acres Post-Treat | HR NRF Percent Post-Treat | NRF Core Reduced (acres) | NRF Core acres Post-Treat | NRF Core Percent Post-Treat | Occupancy Status (codes on the last page) | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | HR | Core | NP | HR | Core | NP | HR | Core | NP | HR | Core | NP | HR | Core | NP | | | | | | | 2022 | 2021 | |
| Last Chance[1] | 2215O | LAA | 958 | 28% | 193 | 39% | 110 | 26 | 0 | 0 | 0 | 0 | 65 | 23 | 0 | 20 | 0 | 0 | 28 | 7 | 0 | 110 | 848 | 25% | 26 | 167 | 33% | NO | NO | |
| Last Chance | 22730 | LAA | 734 | 22% | 227 | 45% | 362 | 88 | 0 | 0 | 0 | 0 | 133 | 17 | 0 | 125 | 44 | 0 | 119 | 29 | 0 | 362 | 372 | 11% | 88 | 138 | 28% | NO | NO | |
| Last Chance | 2277A | LAA | 399 | 12% | 12 | 2% | 238 | 12 | 0 | 0 | 0 | 0 | 46 | 0 | 0 | 113 | 6 | 0 | 169 | 6 | 0 | 238 | 161 | 5% | 12 | 1 | 0% | NO+ | NO+ | |
| Last Chance | 2406C | LAA | 1361 | 40% | 308 | 62% | 14 | 3 | 0 | 0 | 0 | 0 | 184 | 0 | 0 | 20 | 5 | 0 | 165 | 23 | 0 | 14 | 1347 | 40% | 3 | 305 | 61% | NO+ | RSM+ | |
| Last Chance | 2618A | NLAA | 774 | 23% | 115 | 23% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 774 | 23% | 0 | 115 | 23% | NO+ | NO+ | |
| Last Chance | 2620B | LAA | 1192 | 35% | 252 | 50% | 286 | 40 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 247 | 41 | 0 | 2 | 0 | 0 | 286 | 906 | 27% | 40 | 212 | 42% | NO+ | Mecks+ | |
| Last Chance | 4619O | LAA | 433 | 13% | 71 | 14% | 91 | 11 | 0 | 0 | 0 | 0 | 361 | 29 | 0 | 126 | 29 | 0 | 299 | 14 | 0 | 91 | 343 | 10% | 11 | 60 | 12% | NO+ | NO+ | |
| Last Chance[2] | 4625C | LAA | 1096 | 32% | 243 | 49% | 15 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 1 | 0 | 55 | 0 | 0 | 15 | 1081 | 32% | 2 | 241 | 48% | FAIR | FAIR | |
| Last Chance[3] | 4626A | LAA | 1337 | 39% | 254 | 51% | 3 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 4 | 0 | 0 | 55 | 0 | 0 | 3 | 1334 | 39% | 0 | 254 | 51% | FAIR | NO | |
| Last Chance | 4626O | LAA | 1507 | 44% | 368 | 74% | 2 | 0 | 0 | 0 | 0 | 0 | 43 | 1 | 0 | 8 | 0 | 0 | 126 | 6 | 0 | 2 | 1505 | 44% | 0 | 368 | 74% | NO | FAIR | |

1 – Site Center is in December 2021 Designated Critical Habitat

All acres – 1 acre were rounded to 1 acre

**OCCUPANCY CODES**

| | |
|---|---|
| NO | Not Occupied (protocol surveys) |
| RSM | Resident Single Male |
| RSF | Resident Single Female |
| PAIR | Pair |
| M•ebs | Male, not enough for Resident Single Status |
| F•ebs | Female, not enough for Resident Single Status |
| MF•ebs | Male or Female – not enough for Resident Single or Pair |
| UNk•ebs | Unknown STOC – not enough for Resident Single Status |
| NS | Not Surveyed |
| • | Barred Owl |

KSW01556

AR_004820

Medford BLM April FY2023 Batch BA

## Appendix D: Spotted Owl Science Summary – Landscape Use

This appendix summarizes the information available to support the criteria used in defining effects to occupied spotted owl site. Consistent use and interpretation of science does not mean, nor does it support, absolute thresholds for habitat that always equate to take/take avoidance. However, where there are similar biological and physical conditions and similar types of impacts, the determination effects to spotted owl sites would typically be consistent.

The considerations and information sources provided here are not substantially different from what is currently being used by multiple Level 1 teams in developing biological assessments and biological opinions. This section does not represent a specific methodology or direction but does provide a summary of the best available information that should be considered during analysis. It does not proscribe an analytical outcome based on habitat amount, distribution, or harvest treatment. The Service will analyze habitat quantity, juxtaposition, and treatment at the individual site to inform the actual likelihood of incidental take through site specific analysis. The assessment of effects needs to consider not just the effects to the treated stands but also put those effects into context of entirety of an owl's "habitat." Until and unless additional information is developed warranting change, the provincial home range/core-use area retain their usefulness in defining the extent and spatial importance of an owl's habitat, mainly because the average quantity of "habitat" within those areas has been shown to be associated with occupancy and reproduction. As with assessing stand function, it is important to remember that the estimate of habitat quantities within the provincial home range/core-use area are derived mean quantities, not absolute thresholds. Any estimate of effect needs to take into account variance in actual home range/core areas estimated from empirical studies and the composition and arrangement of habitat elements. This is consistent with past and expected future Level 1 team analysis.

The U.S. Fish and Wildlife Service is responsible for the ultimate determination in a biological opinion of whether and how much take should be exempted in an incidental take statement [50 CFR §402.14(g)]. However, the has Action Agencies have extensive experience assessing effects and working with the U.S. Fish and Wildlife Service in Level 1 teams. This section is a summary of the current practices and science used in recent ESA effects/take analysis by the Action Agencies and the U.S. Fish and Wildlife Service.

A well-established analytical approach to analyze the effects of proposed activities on the owl is based on the extent, duration, and timing of habitat-altering activities, and how those alterations are likely to affect[2] owl nesting, roosting, foraging, and dispersal behavior based on known spatial and habitat use relationships exhibited by the owl (see Lehmkuhl and Raphael 1993; USDI BLM et al. 1994; Meyer et al. 1998; Courtney et al. 2004). The anticipated amount of forest habitat likely to be used by owls considers the known range of habitat conditions used by owls for nesting, roosting, and foraging (see Thomas et al. 1990; Courtney et al. 2004). In addition, the basis for a finding that a proposed action is likely to significantly impair the breeding, feeding, sheltering, and/or dispersal of affected owls relies on the scientifically-

[2] The ESA defines take as "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct" 16 U.S.C. 1532(19). The definition of harm is "an act which actually kills or injures wildlife. Such an act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering" 50 CFR 17.3.

KSW01557

AR_004821

Medford BLM April FY2023 Batch BA

recognized range of habitat conditions that are known to adequately provide for owl-life history requirements.

Owls exhibit clear, consistent patterns of habitat association, and these patterns can provide the foundation for assessing the potential effects caused by land management activities. In the 1990 Conservation Strategy for the Northern Spotted Owl, the Interagency Scientific Committee (Thomas et al. 1990) stated that:

> "With the exception of recent studies in the coastal redwoods of California, all studies of habitat use suggest that old-growth forests are superior habitat for northern spotted owls. Throughout their range and across all seasons, spotted owls consistently concentrated their foraging and roosting in old-growth or mixed-age stands of mature and old-growth trees.... Structural components that distinguish superior spotted owl habitat in Washington, Oregon, and northwestern California include: a multilayered, multispecies canopy dominated by large (>30 inches diameter breast high (DBH)) conifer overstory trees, and an understory of shade- tolerant conifers or hardwoods; a moderate to high (60-80 percent) canopy (cover or closure depending on the study) closure; substantial decadence in the form of large, live coniferous trees with deformities- such as cavities, broken tops, and dwarf mistletoe infections; numerous large snags; ground cover characterized by large accumulations of logs and other woody debris; and a canopy that is open enough to allow owls to fly within and beneath it."

Fifteen years later, the conclusions of the Interagency Scientific Committee were echoed in the Scientific Evaluation of the Status of the Northern Spotted Owl (Courtney et al. 2004), which found that the habitat attributes identified by Thomas et al. (1990) remain important components of owl habitat. Notably, positive relationships were found with the aforementioned attributes whether the samples of owl and random locations were within old-growth forest, non-old growth forest, National Parks, public land, or private land. In 2011, the Revised Recovery Plan for the Northern Spotted Owl (USDI FWS 2011) again reiterated the association of owls with older forest conditions, stating, "Spotted owls generally rely on older forested habitats (Carroll and Johnson 2008) because such forests contain the structures and characteristics required for nesting, roosting, and foraging (NRF)." Forested stands with high canopy cover also provide thermal cover (Weathers et al. 2001) and protection from predators (Franklin et al. 2000).

**Owl Spatial Use of Forest Landscapes**
A major advance in our understanding of owl habitat relationships from Thomas et al. (1990) to the present is that we now have a much better understanding of the spatial scale of habitat selection (see Hunter et al. 1995; Meyer et al. 1998; Zabel et al. 2003) and the relationships of habitat to owl fitness (Franklin et al. 2000; Olson et al. 2004; Dugger et al. 2005). Evaluating effects to territorial organisms is typically spatially explicit and at a spatial scale that corresponds to the movement and activity patterns of the individual(s) occupying the territory (or territories). Owls are territorial raptors that range widely in search of prey but are 'anchored' during the breeding season to a nest site (Rosenberg and McKelvey 1999). That is, owls are a central-place forager. Foraging close to the nest reduces travel time and energetic expenditures of adults and also increases the ability of the adults to remain nearby and protect their young. Several studies

KSW01558

AR_004822

Medford BLM April FY2023 Batch BA

have shown that owls optimize selection of their nest sites to maximize the amount of older forest habitat close to the nest (see Ripple et al. 1991; Ripple et al. 1997; Swindle et al. 1999; Perkins 2000) in addition to selecting habitat on a larger landscape basis (Ripple et al. 1997; Swindle 1997). On that basis, evaluations of owl spatial use of an area and habitat are most meaningfully conducted at two spatial scales: the provincial home range/core-use area and recognizing that habitat selection at a larger home range scale is likely dependent on the smaller core area (see Johnson 1980 for hierarchy of habitat selection).

The home range is the "area traversed by the individual in its normal activities of food gathering, mating, and caring for young" (Burt 1943, p. 351). Within home ranges, areas receiving concentrated use, typically surrounding the nest site and favored foraging areas, are called core areas (Bingham and Noon 1997). Establishing the exact spatial extent of an owl's home range and core area based on relative use within a home range typically requires use of radio-telemetry.  Because of the intensity and high cost of radio-telemetry, action agencies are not able to conduct this type of study for specific projects. Therefore, for the purposes of assessing a project's potential impacts to the owl, the U.S. Fish and Wildlife Service approximates circles of similar size to the provincial median home range and core-use area estimates of owls (see home range estimates in Thomas *et al.* 1990 and reaffirmed in Courtney *et al.* 2004), centered on owl nest sites or activity centers (see below).

There are numerous analytical techniques for estimating home range sizes based on animal locations (reviewed in Powell 2000). For estimating median-annual, home range size of owl pairs in Oregon (and elsewhere in the owl's range), the estimator typically used was the minimum convex polygon (MCP) method (Thomas et al. 1990; USDI FWS 1992). Because the MCP estimates are generally large (as compared to other methods), they provide relatively conservative values on which to base the outer habitat- analysis area in that they include distant but likely important patches of habitat in such home ranges.

Resources, such as food and breeding and resting sites, can be patchily distributed in heterogeneous landscapes such as those prevalent throughout the Northwest Forest Plan provinces. In such landscapes, animals are likely to disproportionately use areas that contain relatively high densities of important resources (Powell 2000), with concentrated use close to their nests. These disproportionately used areas are referred to as "core areas" (Bingham and Noon 1997). Thomas et al. (1990) found that amounts of habitat within 0.7 miles (986 acres) of owl activity centers were important to owl life history functions, and that the amount of habitat around nest sites was significantly greater than the amount of owl habitat in random circles. The findings of Thomas et al. (1990) illustrate the importance of the amount of habitat within an owl territory to support the life history requirements of the owl. The results of subsequent studies (see below) have also indicated that a 0.5-mile radius circular area encompassing 500 acres around owl activity centers is likely a more appropriate scale at which to evaluate the amounts of habitat required by breeding owls (USDI FWS 2009; USDI FWS 2011 Appendix B). These studies relied on three primary sources of information to support the 500-acre core area size: (1) the distribution of locations of radio-telemetered owls; (2) the territorial spacing patterns of owls; and (3) the results of studies comparing relative habitat selection by owls at different scales.

KSW01559

AR_004823

Medford BLM April FY2023 Batch BA

Currently, the best available information supports utilizing the documented owl spatial use patterns of home range and core-use areas to inform potential project effects to the species. However, because of the impracticality of conducting radio-telemetry on each individual owl potentially affected, the U.S. Fish and Wildlife Service uses circles as surrogates for approximating owl home range and core to inform impacts to the species. Owls may adjust the shape of their home ranges to encompass as much older forest habitat as possible (Carey et al. 1992). As such, the use of circles may not correspond exactly with the areas used by owls and may be more defined by other factors such as topographic features (e.g., drainages), abundance and availability of prey species, and the distribution and/or abundance of competitors and predators (Anthony and Wagner 1998; Courtney et al. 2004). However, the practice of using circles has a biological basis (Lehmkuhl and Raphael 1993) and has been utilized by many researchers (Thomas et al. 1990; Ripple et al. 1991; Lehmkuhl and Raphael 1993; Ripple et al. 1997; Swindle et al. 1999; Perkins 2000; Franklin et al. 2000; Olson et al. 2004; Dugger et al. 2005; see summary in Courtney et al. 2004) by providing a uniform method for quantifying (comparing/contrasting) owl habitat. Use of circles, as opposed to other shapes (e.g., squares or rectangles) imposes no bias on what is included or excluded for analysis. The use of circles also seems appropriate for species, like the owl, characterized as a "central place species" and provides a simple, unbiased measure of habitat availability at multiple ecologically- relevant scales surrounding owl sites. The use of circles, as described herein that correspond to MCP estimates (and used interchangeably) should be large enough to include habitat to meet all major life history needs and include areas important to both members of most pairs. Level 1 teams have agreed to some exceptions to using circles, including analyses based on site-specific information on habitat type, quality, and spatial arrangement.

Based on the median MCP home range size estimate for owl pairs, the following estimates by Northwest Forest Plan Province help inform an owl spatial analysis for Oregon: Coast Ranges Province = 4,524 acres or a circle with a 1.5-mile radius; West Cascades Province = 2,895 acres or a circle with a 1.2-mile radius; and the Klamath Province = 3,398 acres or a circle with a 1.3-mile radius. Within a home range, the smaller core-use area estimate of 500 acres or a circle with a 0.5-mile radius inform the owl core-use area analysis (Thomas et al. 1990; USDI FWS 1992; Carey et al. 1992; Anthony and Wagner 1998; Irwin et al. 2000; Courtney et al. 2004; Glenn et al. 2004; USDI FWS 2011). For purposes of analysis, except as indicated in the example above, the core/home range area circle will be centered on an owl activity center that represents the area that owls are likely to use for nesting and foraging in any given year. In situations where there is local information available on home range and core-use areas, those estimates should be given consideration for use.

Spotted owl landscape use is influenced by abiotic features, which need to be considered in the evaluation of habitat use and effects. For example, best available information suggests that aspect, elevation, and the position of habitat on the slope are contributing factors to owl use of landscapes.

Best available information suggests that the presence and distribution of barred owls may affect habitat quality and site occupancy by spotted owls (Wiens 2012; Yackulic et al. 2012; Dugger et al. 2016). As such, it is appropriate to factor in information on barred owl occupancy relative to spotted owl known sites in the evaluation of spotted owl site occupancy and potential effects due

KSW01560

AR_004824

Medford BLM April FY2023 Batch BA

to habitat modification.

## Habitat Availability in Owl Core Areas and Home Ranges

Best available information indicates that owl sites that are occupied over the long-term are positively associated with mosaics of forest habitat at the core-use area and provincial home range scales that are capable of providing the resources necessary to meet the essential life functions of individual owls.

## Nest Patch

As central place foragers, nesting owls are likely most sensitive to activities that occur near the nest site. The "nest patch" is generally considered the area within 300 m (~28 ha) of the actual nest. Stand conditions within this radius are indicative of nesting (Swindle et al. 1999) and the mean area used by juveniles before dispersal (Miller 1989). Level 1 teams have agreed to some exceptions to using a 300 m circle, including analyses based on site-specific information on habitat type, quality, and spatial arrangement. Nest patches are usually associated with older forest; however, young forest may also be an important component due to their proximity to the nest site and potential usage by spotted owls (Glenn et al. 2004, p. 48). Relatively minor changes in stand composition or shape of a nest patch may result in substantial reductions in the likelihood of occupancy and reproduction of the territory. (Swindle et al. 1999; Perkins 2000).

## Core Area

Recently developed habitat-fitness (see below) and landscape models and other publications have demonstrated the validity of the core-use area and the importance of having sufficient amounts of NRF habitat within owl core areas to adequately provide for owl survival and reproduction, and access to prey (Franklin et al. 2000; Olson et al. 2004; Dugger et al. 2005; Zabel et al. 2003). Best available information to date indicates that owl survival and fitness are positively correlated with large patch sizes of older forest or large forest patches containing a high proportion of older forest (Franklin et al. 2000; Olson et al. 2004; Dugger et al. 2005). Habitat-based fitness or habitat fitness potential (HFP) is the "fitness conferred on an individual occupying a territory of certain habitat characteristics" (Franklin et al. 2000). The HFP is function of both the survival and reproduction of individuals within a given territory. For example, the data sets analyzed by Franklin et al. (2000) were re-analyzed to evaluate the relationship between HFP and the simple proportion of older forest within owl core areas. The results of that analysis (USDI FWS 2007,Appendix D), indicate a quadratic relationship between owl HFP and older forest conditions, with optimum HFP occurring when approximately 50 percent of the estimated core area consisted of older forest (Franklin et al. 2000). More than half (55 percent) of the high-quality (with a HFP greater than one) owl territories had core areas comprised of 50 to 65 percent older forest. In a similar study in southern Oregon, Dugger et al. (2005) found that owl HFP was positively related to the proportion of older forest in the core area, although the strength of the relationship decreases with increased proportions. Roughly 72 percent of core areas with a HFP greater than 1.0 had more than 50 percent older forest; whereas core areas with a HFP of less than 1.0 never contained more than 50 percent older forest.

Olson et al. (2004, pp. 1049-1050) concluded that their results indicate that while mid-seral and late-seral forests are important to owls, a mixture of these forest types with younger forest and non-forest may be best for owl survival and reproduction in their study area. In a large-scale

KSW01561

AR_004825

Medford BLM April FY2023 Batch BA

demography modeling study, Forsman et al. (2011, pp. 1-2) found a positive correlation between the amount of habitat and recruitment of young. Dugger et al. (2005, pp. 873-874) concluded that they found no support for either a positive or negative direct effect of intermediate-aged forest— that is, all forest stages between sapling and mature, with total canopy cover greater than 40 percent—on either the survival or reproduction of owls.

Collectively, researchers (Hunter et al. 1995; Ripple et al. 1997; Gutiérrez et al. 1998; Meyer et al. 1998; Franklin et al. 2000; Dugger et al. 2005) have reported a wide range (ca. 35 to 60 percent) of mean proportions of older forest at the core area scale around owl nests in southwest Oregon and northwest California. It is difficult to assess how much of this variation was due to differences in ecological setting, spatial scale, habitat classification, and individual variation among owls. Nonetheless, the central tendency of these results was roughly 50-60 percent older forest habitat within owl core-use areas. The best available information suggests that older forest is more likely than other vegetation classes to provide the owl with structures for perching and nesting, a stable, moderate microclimate at nest and roost sites, and visual screening from both predators and prey.

**Annual Home Range**

Bart (1995) evaluated the suggestion in the 1992 draft recovery plan for the owl (USDI FWS 1992) that at least 40 percent of the estimated home range be retained as habitat. Using demographic data from throughout the owl's range including Oregon, Bart (1995) calculated that owl populations are stable when the average proportion of NRF habitat in the home range is 30 to 50 percent. Olson et al. (2004) found for their Oregon Coast Ranges study area that mid and late-seral forest is important to owls, but also found that a mixture of these forests with early seral forest improved owl productivity and survival. Owl demography and the presence of owls appear to be positively associated with an intermediate amount of horizontal heterogeneity in forest habitat at the home range scale (Schilling et al. 2013); findings reported in more recent papers (see USDI FWS 2009) have been consistent with those of Bart (1995).

**Site Occupancy**

Habitat-based assessments have been used in various studies to estimate the presence (occupancy) of breeding owls; these tools are important for evaluating the species-habitat relationships. Bart (1995) reported that occupied owl core areas contained at least 30 to 50 percent mature and old growth forest and owl demographic performance, particularly occupancy, increases with increasing amounts of NRF habitat in the core area. Meyer et al. (1998) examined landscape indices associated with owl sites versus random plots on BLM-managed lands throughout Oregon. Across provinces, landscape indices highly correlated with the probability of owl occupancy included the percent of older forest (approximately 30 percent) within the 500 acres (analogous to a core area) surrounding the site (and this predictive value decreased with increasing distance) and that territory occupancy decreased following the harvest of NRF habitat in the vicinity of the affected core area. Zabel et al. (2003) found for their northwest California study area that the highest probability of owl occupancy occurred when the core area is comprised of 60 - 70 percent nesting/roosting habitat. Stepping up to the larger home range scale, Thomas et al. (1990), Bart and Forsman (1992), Bart (1995), Olson et al. 2004, and Dugger et al. (2005) suggest that when owl home ranges are comprised of less than 40 to 60 percent NRF habitat, they were more likely to have lower occupancy and fitness.

KSW01562

AR_004826

Medford BLM April FY2023 Batch BA

Many different combinations of forest habitat structure and amount at various spatial scales may support viable owl territories sufficient for the survival and reproduction of individual owls. Despite consistent patterns of habitat selection by owls, structural conditions of forest habitats occupied by owls are highly variable. However, overall the best available information suggests that (1) the probability of owls occupying a given patch of forest habitat is increased when core areas contain a range of forest habitat conditions that support the essential life history requirements of individual owls; and (2) the survival and fitness of owls are positively correlated with larger patch sizes of older forest or larger patches of forest habitat with a high proportion of older forest (Franklin et al. 2000; Olson et al. 2005; Dugger et al. 2005).

**Literature Cited**

Anthony, R.G., and F. Wagner. 1998. Reanalysis of northern spotted owl habitat use on the Miller Mountain Study Area. Unpublished Report. USDI Bureau of Land Management, Medford District and Forest and Rangeland Ecosystem Science Center, Biological Resources Division, U.S. Geological Survey.

Bart, J., and E.D. Forsman. 1992. Dependence of northern spotted owl *Strix occidentalis caurina* on old- growth forests in the western USA. Biological Conservation.

Bingham, B.B., and B.R. Noon. 1997. Mitigation of habitat "take": application to habitat conservation planning. Conservation Biology 11:127-139.

Carey, A.B., S.P. Horton, and B.L. Biswell. 1992. Northern spotted owls: Influence of prey base and landscape character. Ecological Monographs 62:223-250.

Carroll, C., and D.S. Johnson. 2008. The importance of being spatial (and reserved): Assessing northern spotted owl habitat relationships with hierarchical Bayesian models. Conservation Biology 22:1026-1036.

Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutiérrez, and J.M. Marzluff. 2004. Scientific evaluation of the status of the Northern Spotted Owl.

Davis, R.J., K.M. Dugger, B. Hollen, J. Hobson, J.E. Gower, and D. Keenum. 2016. Northwest Forest Plan—the first 20 years (1994–2013): status and trends of northern spotted owl habitats. General Technical Report. PNW-GTR-850, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, Oregon.

Davis, R.J., K.M. Dugger, S. Mohoric, L. Evers, and W.C. Aney. 2011. Northwest Forest Plan - the first 15 years (1994-2008): Status and trends of northern spotted owl populations and habitat. General Technical Report. PNW-GTR-850, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, Oregon.

Dugger, K.M., F. Wagner, R.G. Anthony, and G.S. Olson. 2005. The relationship between habitat characteristics and demographic performance of northern spotted owls in southern Oregon. The Condor 107:863-878.

KSW01563

AR_004827

Medford BLM April FY2023 Batch BA

Dugger, K.M., E.D. Forsman, A.B. Franklin, R.J. Davis, G.C. White, C.J. Schwarz, K.P. Burnham, J.D. Nichols, J.E. Hines, C.B. Yackulic, P.F. Doherty, Jr., L. Bailey, D.A. Clark, S.H. Ackers, L.S. Andrews, B. Augustine, B.L. Biswell, J. Blakesley, P.C. Carlson, M.J. Clement, L.V. Diller, E.M. Glenn, A. Green, S.A. Gremel, D.R. Herter, J.M. Higley, J. Hobson, R.B. Horn, K.P. Huyvaert, C. McCafferty, T. McDonald, K. McDonnell, G.S. Olson, J.A. Reid, J. Rockweit, V. Ruiz, J. Saenz, S.G. Sovern. 2016. The effects of habitat, climate, and barred owls on long-term demography of northern spotted owls. Condor 118:57-116.

Franklin, A.B., D.P. Anderson, R.J. Gutierrez, and K.P. Burnham. 2000. Climate, habitat quality, and fitness of northern spotted owl populations in northwestern California. Ecological Monographs 70:539-590.

Glenn, E.M., M.C. Hansen, and R.G. Anthony. 2004. Spotted owl home-range and habitat use in young forests of western Oregon. Journal of Wildlife Management 68:33-50.

Glenn, E.M, D.B. Lesmeister, R.J. Davis, B. Hollen, and A. Poopatanapong. 2016. Estimating density of a territorial species in a dynamic landscape. Landscape Ecology. November 2016. DOI 10.1007/s10980-016-0467-6.

Hunter, J.E., R.J. Gutierrez, and A.B. Franklin. 1995. Habitat configuration around spotted owl sites in northwestern California. Condor 97:684-693.

Irwin, L.L., D.F. Rock, and G.P. Miller. 2000. Stand structures used by northern spotted owls in managed forests. Journal of Raptor Research 34:175-186.

Johnson, D.H. 1980. The comparison of usage and availability measurements for evaluating resource preference. Ecology 61:65-71.

Lehmkuhl, J.F., and M.G. Raphael. 1993. Habitat pattern around northern spotted owl locations on the Olympic Peninsula, Washington. Journal of Wildlife Management 57:302-315.

Lint, J. 2005. Northwest Forest Plan - the first 10 years (1994-2003): Status and trends of northern spotted owl populations and habitat. General Technical Report. PNW-GTR-440, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, Oregon.

Lydersen, J. M., M. P. North, and B. M. Collins. 2014. Severity of an Uncharacteristically Large Wildfire, the Rim Fire, in Forests with Relatively Restored Frequent Fire Regimes. Forest Ecology and Management 328: pp. 326–334.

Martinson, E. J., and P. N. Omi. 2013. Fuel Treatments and Fire Severity: A Meta-Analysis. Research Paper RMRS-RP-103WWW. USDA Forest Service, Rocky Mountain Research Station. Fort Collins, Colorado. 38 pp. http://www.fs.fed.us/rm/pubs/rmrs_rp103.pdf.

Meyer, J.S., L.L. Irwin, and M.S. Boyce. 1998. Influence of habitat abundance and fragmentation on Northern Spotted Owls in Western Oregon. Wildlife Monographs: 3-51.

Miller, G.S. 1989. Dispersal of juvenile northern spotted owls in western Oregon. Oregon State

KSW01564

AR_004828

University, Corvallis, OR.

Olson, G.S., E.M. Glenn, R.G. Anthony, E.D. Forsman, J.A. Reid, P.J. Loschl, and W.J. Ripple. 2004.Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon. Journal of Wildlife Management 68:1039-1053.

Perkins, J.P. 2000. Land cover at northern spotted owl nest and non-nest sites, east-central Coast Ranges, Oregon. Oregon State University, Corvallis, OR.

Powell, R.A. 2000. Animal home ranges and territories and home range estimators. Pages 65-110 in L. Boitani and T. K. Fuller, editors. Research techniques in animal ecology: controversies and consequences.

Ripple, W.J., D.H. Johnson, K.T. Hershey, and E.C. Meslow. 1991. Old-growth and mature forests near spotted owl nests in Western Oregon. The Journal of Wildlife Management 55:316-318.

Ripple, W.J., P.D. Lattin, K.T. Hershey, F.F. Wagner, and E.C. Meslow. 1997. Landscape composition and pattern around northern spotted owl nest sites in southwest Oregon. Journal of Wildlife Management 61:151-158.

Schilling, J.W., K.M. Dugger, and R.G. Anthony. 2013. Survival and home-range size of northern spotted owls in Southwestern Oregon. Journal of Raptor Research 47:1-14.

Sovern, S.G., E.D. Forsman, K.M. Dugger, and M. Taylor. 2015. Roosting habitat use and selection by northern spotted owls during natal dispersal. The Journal of Wildlife Management 79:254-262.

Swindle, K.A., W.J. Ripple, E.C. Meslow, and D. Shafer. 1999. Old-forest distribution around spotted owl nests in the Central Cascade Mountains, Oregon. Journal of Wildlife Management 63:1212-1221.

Thomas, J.W., E.D. Forsman, J.B. Lint, E.C. Meslow, B.R. Noon, and J. Verner. 1990. A conservation strategy for the northern spotted owl. Interagency Committee to Address the Conservation of the Northern Spotted Owl, U. S. Department of Interior, Portland, Oregon.

Wiens, J.D. 2012. Competitive interactions and resource partitioning between northern spotted owls and barred owls in western Oregon. PhD dissertation. Oregon State University, Corvallis, Oregon. 141 pp.

Yackulic, C.B., R. Chandler, E.F. Zipkin, J.A. Royle, J.D. Nichols, E.H. Campbell Grant, and S. Veran. 2012. Presence-only modeling using MAXENT: when can we trust the inferences? Methods in Ecology and Evolution. DOI: 10:1111/2041-210x.12004

Zabel, C.J., J.R. Dunk, H.B. Stauffer, L.M. Roberts, B.S. Mulder, and A. Wright. 2003. Northern spotted owl habitat models for research and management application in California (USA). Ecological Applications 13:1027-1040.

KSW01565

AR_004829

Medford BLM April FY2023 Batch BA

## Appendix E: Maps

KSW01566

AR_004830

# Map 1: Rogue Gold Action Area



**Legend:**

- Rogue Gold Action Area
- Rogue Gold Proposed Action
- District Boundary

**Ownership**
- Bureau of Land Management
- U.S. Forest Service
- State
- Private or Other

Medford District Boundary
Map Extent

Scale 1:107,756
0  0.5  1  2 Miles

United States Department of the Interior
Bureau of Land Management
Medford District
3040 Biddle Rd
Medford, OR 97504

Date: 3/29/2023

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

KSW01567
AR_004831

## Map 2: Trail Creek Action Area



KSW01568

AR_004832

# Map 3:  Last Chance Action Area



Legend:
- Last Chance Action Area
- Last Chance Proposed Action
- District Boundary

**Ownership**
- Bureau of Land Management
- U.S. Forest Service
- State
- Private or Other

Scale 1:104,908

United States Department of the Interior

Bureau of Land Management
Medford District
3040 Biddle Rd
Medford, OR 97504

Date: 4/18/2023

KSW01569

AR_004833

# Map 4: Rogue Gold NSO Habitat Baseline



KSW01570

AR_004834

## Map 5: Trail Creek NSO Habitat Baseline



KSW01571

AR_004835

# Map 6: Last Chance NSO Habitat Baseline





KSW01572

AR  004836

# Map 7: Rogue Gold NSO Sites



KSW01573
AR 004837

# Map 8: Trail Creek NSO Sites



KSW01574

AR  004838

# Map 9: Last Chance NSO Sites







KSW01575

AR_004839

## Map 10:  NSO Sites Overlapping the Rogue Gold Action Area



**Northern Spotted Owl Sites**

Overlapping Action Area NSO Home Ranges

Rogue Gold Proposed Action

**Rogue Gold Action Area**

**District Boundary**

**Ownership**

Bureau of Land Management

U.S. Forest Service

State

Private or Other

United States Department of the Interior

Bureau of Land Management
Medford District
3040 Biddle Rd
Medford, OR 97504

Date: 3/29/2023

KSW01576

AR_004840

## Map 11: NSO Sites Overlapping the Trail Creek Action Area



KSW01577

AR_004841

## Map 12: NSO Sites Overlapping the Last Chance Action Area





| Symbol | Legend |
|---|---|
| ▲ | Northern Spotted Owl Sites |
| (blue) | Overlapping Action Area NSO Home Ranges |
| (black) | Last Chance Proposed Action |
| (outline) | Last Chance Action Area |
| (dashed) | District Boundary |

**Ownership**

| Color | Type |
|---|---|
| (tan) | Bureau of Land Management |
| (green) | U.S. Forest Service |
| (cyan) | State |
| (white) | Private or Other |



United States Department of the Interior

Bureau of Land Management
Medford District
3040 Biddle Rd
Medford, OR 97504

Date: 4/18/2023

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and subject to certain modifications.

KSW01578

AR 004842

## Map 13: Rogue Gold Franklin's Bumble Bee Baseline



KSW01579

AR_004843

# Map 14:  Trail Creek Franklin's Bumble Bee Baseline





KSW01580

AR_004844

# Map 15: Last Chance Franklin's Bumble Bee Baseline



KSW01581

AR_004845



Map 16: Rogue Gold Unit Habitat Effects

KSW01582

AR_004846



# Map 17a (north): Trail Creek Unit Habitat Effects

KSW01583

AR_004847



**Map 17b (south): Trail Creek Unit Habitat Effects**

KSW01584

AR_004848



# Map 18a (south): Last Chance Unit Habitat Effects

KSW01585

AR  004849



**Map 18b (north): Last Chance Unit Habitat Effects**

KSW01586

AR  004850

## Map 19: Rogue Gold Unit Habitat Effects with Baseline Habitat



KSW01587

AR  004851

# Map 20: Trail Creek Unit Habitat Effects with Baseline Habitat



KSW01588

AR_004852

## Map 21:  Last Chance Unit Habitat Effects with Baseline Habitat







KSW01589

AR  004853



# Map 22: Rogue Gold Unit Habitat Effects with Baseline Habitat

KSW01590

AR 004854



Map 23a (north): Trail Creek Unit Habitat Effects with Baseline Habitat

KSW01591

AR  004855



**Map 23b (south): Trail Creek Unit Habitat Effects with Baseline Habitat**

KSW01592

AR 004856



# Map 24a (North): Last Chance Unit Habitat Effects with Baseline Habitat

KSW01593

AR  004857



Map 24b (South): Last Chance Unit Habitat Effects with Baseline Habitat

KSW01594

AR 004858

# Map 25:  Rogue Gold NSO CH Overview



KSW01595

AR  004859

## Map 26:  Trail Creek NSO CH Overview







KSW01596

AR  004860

# Map 27: Last Chance NSO CH Overview



KSW01597

AR_004861

# Map 28: Last Chance Action Area and NSO CH Sub-Unit KLE-2







KSW01598

AR  004862



**Map 29: Rogue Gold Action Area and NSO CH Sub-Unit KLE-3**

KSW01599

AR 004863

## Map 30:  Trail Creek NSO CH SubUnit KLE-3



KSW01600

AR_004864

**Map 31: Last Chance Action Area and NSO CH Sub-Unit KLE-3**









KSW01601

AR  004865

# Map 32a: Rogue Gold NSO Site #4683A & O  - Units





KSW01602

AR_004866

# Map 32b: Rogue Gold NSO Site #4683A & O  - Habitat Baseline



**Legend:**

- ▲ Northern Spotted Owl Sites
- NSO Nest Patch
- NSO Core
- NSO Home Range
- NSO December 2021 CHU
- Rogue Gold Timber Units

**Rogue Gold NSO Habitat Effects**
- NRF REMOVED
- NRF DOWNGRADE
- NRF MODIFIED
- DISPERSAL REMOVED
- DISPERSAL MODIFIED
- NO EFFECT

**Pre-Harvest NSO Habitat**
- NRF
- Dispersal
- Capable
- Non-Habitat

Scale 1:25,826

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

KSW01603

AR_004867

# Map 33a: Last Chance NSO Site #0917C  - Units



| | Last Chance NSO Habitat Effects | Ownership |
|---|---|---|
| ▲ Northern Spotted Owl Sites | 🟥 NRF REMOVED | 🟧 Bureau of Land Management |
| NSO Nest Patch | 🟩 NRF MODIFIED | 🟩 U.S. Forest Service |
| NSO Core | 🟦 DISPERSAL REMOVED | 🟦 State |
| NSO Home Range | 🟨 DISPERSAL MODIFIED | Private or Other |
| NSO December 2021 CHU | ⬜ NO EFFECT | |
| Last Chance Timber Units | | |

N

0   0.1   0.2   0.4
Miles

Scale 1:24,000

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

KSW01604

AR_004868

# Map 33b: Last Chance NSO Site #0917C  - Habitat Baseline







Date: 4/18/2023

KSW01605

AR_004869

# Map 34a: Last Chance NSO Site #1314A &O - Units



| Northern Spotted Owl Sites | Last Chance NSO Habitat Effects | Ownership |
|---|---|---|
| NSO Nest Patch | NRF REMOVED | Bureau of Land Management |
| NSO Core | NRF MODIFIED | U.S. Forest Service |
| NSO Home Range | DISPERSAL REMOVED | State |
| NSO December 2021 CHU | DISPERSAL MODIFIED | Private or Other |
| Last Chance Timber Units | NO EFFECT | |

Scale 1:29,735

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

# Map 34b: Last Chance NSO Site #1314A &O  - Habitat Baseline



| | Northern Spotted Owl Sites | **Last Chance NSO Habitat Effects** | | **Pre-Harvest NSO Habitat** | |
|---|---|---|---|---|---|
| | NSO Nest Patch | ■ | NRF REMOVED | ■ | NRF |
| | NSO Core | ■ | NRF MODIFIED | ■ | Dispersal |
| | NSO Home Range | ■ | DISPERSAL REMOVED | ■ | Capable |
| | Last Chance Timber Units | ■ | DISPERSAL MODIFIED | ■ | Non-Habitat |
| | | ■ | NO EFFECT | | |

N

0   0.125   0.25        0.5
Miles

Scale 1:29,735

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.  Original data were compiled from various sources.  This information may not meet National Map Accuracy Standards.  This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

KSW01607

AR_004871

# Map 35b: Last Chance NSO Site #1732B  - Habitat Baseline



| | Last Chance NSO Habitat Effects | Pre-Harvest NSO Habitat |
|---|---|---|
| ▲ Northern Spotted Owl Sites | 🟥 NRF REMOVED | 🟩 NRF |
| NSO Nest Patch | 🟩 NRF MODIFIED | 🟨 Dispersal |
| NSO Core | 🟦 DISPERSAL REMOVED | 🟪 Capable |
| NSO Home Range | 🟨 DISPERSAL MODIFIED | 🟦 Non-Habitat |
| Last Chance Timber Units | ⬜ NO EFFECT | |

N

0   0.1   0.2   0.4
Miles

Scale 1:24,016

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.  Original data were compiled from various sources.  This information may not meet National Map Accuracy Standards.  This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

KSW01608

AR_004872

## Map 35a: Last Chance NSO Site #1732B - Units



KSW01609

AR_004873

# Map 36a: Last Chance NSO Site #2406C  - Units



Northern Spotted Owl Sites
NSO Nest Patch
NSO Core
NSO Home Range
NSO December 2021 CHU
Last Chance Timber Units

**Last Chance NSO Habitat Effects**
NRF REMOVED
NRF MODIFIED
DISPERSAL REMOVED
DISPERSAL MODIFIED
NO EFFECT

**Ownership**
Bureau of Land Management
U.S. Forest Service
State
Private or Other

Scale 1:23,894

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

KSW01610

AR_004874

# Map 36b: Last Chance NSO Site #2406C  - Habitat Baseline



KSW01611

AR_004875

# Map 37a: Last Chance NSO Site #4625C - Units



**Last Chance NSO Habitat Effects**

| Northern Spotted Owl Sites | | Ownership |
|---|---|---|
| ▲ Northern Spotted Owl Sites | NRF REMOVED | Bureau of Land Management |
| NSO Nest Patch | NRF MODIFIED | U.S. Forest Service |
| NSO Core | DISPERSAL REMOVED | State |
| NSO Home Range | DISPERSAL MODIFIED | Private or Other |
| NSO December 2021 CHU | NO EFFECT | |
| Last Chance Timber Units | | |

Scale 1:24,064

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

KSW01612

AR_004876

# Map 37b: Last Chance NSO Site #4625C  - Habitat Baseline



Date: 4/18/2023

KSW01613

AR_004877

# Map 38a: Last Chance NSO Site #4626A&O  - Units



Date: 4/18/2023

KSW01614

AR_004878

# Map 38b: Last Chance NSO Site #4626A&O  - Habitat Baseline



| Northern Spotted Owl Sites | **Last Chance NSO Habitat Effects** | **Pre-Harvest NSO Habitat** |
|---|---|---|
| NSO Nest Patch | NRF REMOVED | NRF |
| NSO Core | NRF MODIFIED | Dispersal |
| NSO Home Range | DISPERSAL REMOVED | Capable |
| Last Chance Timber Units | DISPERSAL MODIFIED | Non-Habitat |
| | NO EFFECT | |

0   0.125   0.25        0.5
Miles

Scale 1:28,339

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Date: 4/18/2023

KSW01615

AR_004879