Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
541.778.6626
971.285.3632

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**, | Case No. 1:25-cv-2296-CL |
| *Plaintiffs*, | |
| v. | **DECLARATION OF GEORGE SEXTON** |
| **DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**, | |
| *Defendants;* | |
| and | |
| **MURPHY COMPANY,** | |
| *Applicant-Defendant-Intervenor.* | |

I, GEORGE SEXTON, declare as follows:

1. I am the Conservation Director for the Klamath-Siskiyou Wildlands Center (KS Wild). I am also a financial supporter and member of KS Wild. KS Wild is a registered non-profit corporation in Oregon, and I serve as a full-time employee.

2. KS Wild has approximately 5,500 members and 10,000 active supporters. Our members and supporters are interested in and support KS Wild's work to protect the forests of the Klamath-Siskiyou bioregion for their botanical, recreational, scientific, aquatic, and aesthetic resources.

3. I hold a Juris Doctorate from the Lewis and Clark School of Law obtained in 1997 and have worked professionally since that time in the non-profit forest conservation field reviewing Bureau of Land Management (BLM) and Forest Service analysis conducted pursuant to the National Environmental Policy Act as well as US Fish and Wildlife Service consultation with those agencies pursuant to the Endangered Species Act (ESA).

4. I am a member of Oregon Wild and Cascadia Wildlands. I regularly submit comments on behalf of these organizations to the BLM on federal land management proposals such as the Last Chance old-growth timber sale planning effort on Grants Pass Resource Area of the Medford BLM District. Our organizations submitted timely scoping comments regarding the Last Chance logging project on February 2, 2021. We submitted timely comments regarding the Last Chance Environmental Assessment on August 7, 2024.

5. I often hike, camp, photograph and explore the native mature forests located in Grants Pass Resource Area in the Medford BLM District. I rely upon these forests both personally and professionally to provide late-successional forest habitat and forest canopy due to lack of late-successional forest character throughout much of the BLM land base and the checkerboard of private

Declaration of George Sexton, No. 1:25-cv-2296-CL                    1

industrial timber lands. Most of the intact native forests in this project area have already been removed by the BLM and private industrial forest owners and large-scale clearcutting is rampant on the private lands while the BLM targets native forests for smaller "gap creation" clearcuts.

6. I have regularly visited forests that comprise logging units throughout the Last Chance timber sale area in the Upper Graves Creek Watershed for the past 23 years and plan to continue visiting these forests throughout the remainder of my lifetime due to the presence of increasingly rare old-growth forests that provide Nesting, Roosting and Foraging (NRF) habitat for Northern Spotted Owls (NSO) and other late-successional forest reliant wildlife.

7. I derive personal and professional satisfaction and happiness from the existence of intact forests on public lands in the Last Chance project area that provide much-needed habitat for late-successional associated wildlife species including imperiled Northern spotted owls and Northwestern Pond Turtles. Ensuring the continued existence and distribution of such species is of the utmost importance to me and has directly influenced much of my personal and professional life. My interest in intact forested wildlife habitat and the species that rely upon that habitat would be directly harmed by BLM logging prescriptions that remove and downgrade late-successional forest habitat character.

8. Unit 34-1 in the Paul's Payoff timber sale is one of the logging units authorized in by the BLM's Last Chance Decision Record. I have lead numerous public hikes to this old-growth forest stand due to the unique old-growth forest characteristics current present in the forest stand. This unit contains serpentine soil inclusions resulting in numerous Timber Production Capability Classification (TPCC) soil designations by the BLM in and around the logging

unit. Partly as a result of these soil types, the old-growth forest stand in this unit is extremely rare and biologically important. The stand contains some of the best examples of mixed-conifer old-growth forests in the Medford District and is not replaceable. The stand is also located within an NSO activity center and I hope to view owls at this location.

9. The BLM has authorized extensive logging road construction throughout logging unit 34-1 that appears to target many of the largest and oldest forest stands for felling to facilitate the extensive road construction. Scores of old-growth trees that have been properly marked for retention will instead be felled to facilitate extremely long logging spur roads thus frustrating the purpose of the leave tree marking. This old-growth felling and road construction will irreparably harm my interests in late-successional forests and Northern spotted owl habitat.

10. I have definite plans to spend considerable time in the future using and enjoying native forests on public lands located in the Last Chance timber sale units. I have a particular interest in forest stands consist of native late-successional forests currently providing NSO habitat. I have a personal and professional interest in retaining and viewing Northern spotted owls and forests that provide their habitat. I hope to see a Northern spotted owl in the old-growth forests slated for logging Last Chance timber sale units.

11. I intend to continue to spend as much time as possible in Northern spotted owl habitat for both personal and professional reasons, including recreation and professional study.

12. I have visited and continue to visit the forests in the Last Chance timber sale to appreciation the natural beauty and native biodiversity that are unique to old-growth forest ecosystems. The Last Chance project will "remove" late-successional forest character currently providing late-successional NSO

foraging habitat and replace it with open seral conditions that lack forest canopy cover and basal area. For that reason, the US Fish and Wildlife Service determined that implementation of the Last Chance timber sale is "likely to adversely affect" Northern spotted owls, their habitat and their designated critical habitat. I am harmed by these significant adverse impacts to Northern spotted owls and their habitat.

13. I value late-successional forest composition and character that provides intact forest canopies that will be greatly reduced or removed in the Last Chance timber sale that are designed to remove late-successional habitat from these public lands. In particular, I value late-successional forest stands due to their rarity throughout the region in comparison to historic conditions. The presence of intact old-growth forest canopy that provides wildlife habitat to late-successional associated wildlife species in these timber sale units importance to KS Wild and myself.

14. The professional and personal experiences that I find in these late-successional forest stands are not replicable elsewhere. Most late-successional forests on private lands in the southern Oregon have already been converted into second-growth tree farms. The remaining late-successional forests in the BLM Harvest Land Base are subject to logging and forest canopy removal to meet artificial timber targets that the BLM has established for itself. Increasingly the remaining fragmented late successional forests are being lost to wildfire as climate change lengthens and intensifies fire seasons. The late successional ecosystems targeted for removal in the Last Chance Decision Record are irreplaceable in my lifetime, and their retention is at the core of my professional and personal interest.

15. Should the existing late-successional forest wildlife habitat be removed or downgraded and replaced with an even-age tree plantation and continually

logged on a "rotation" basis the forests in question will never again serve as late-successional wildlife habitat. I am particularly concerned that the BLM will increase fire hazard in these forest stands by replacing mature fire-resilient forest stands with dense young tree plantations.

16. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:          February 3, 2026.

Respectfully submitted,

George Sexton
Conservation Director
Klamath-Siskiyou Wildlands Center
562 A Street
Ashland, OR 97520