Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
541.778.6626
971.285.3632

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,<br><br>　　*Plaintiffs*,<br><br>　v.<br><br>**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>　　*Defendants;*<br><br>　　and<br><br>**MURPHY COMPANY,**<br><br>　　*Applicant-Defendant-Intervenor.* | Case No. 1:25-cv-2296-CL<br><br>**DECLARATION OF CHANDRA LEGUE** |

I, Chandra LeGue, declare as follows:

1. My name is Chandra LeGue. I reside in Eugene, Lane County, Oregon.

2. I am a financial supporter and member of Oregon Wild, Cascadia Wildlands, and Klamath-Siskiyou Wildlands Center. I am familiar with and support the missions of these organizations to protect and restore public lands, wildlife, rivers, forests, and ecosystems in Oregon and the Pacific Northwest.

3. I am a full-time employee of Oregon Wild. My job title is Senior Conservation Advocate. I have been continuously involved with Oregon Wild as a paid staff member since 2003. In my job with Oregon Wild, I work with and on behalf of our members, supporters, and the general public to participate in the National Environmental Policy Act (NEPA) process for federal land management decisions. I also engage our supporters in a variety of educational efforts about public lands management – from writing newsletter articles and blog posts, to leading public hikes and giving presentations to local and regional interest groups. I often engage with federal land management agencies on projects affecting Oregon's environment, and encourage them to make decisions that conserve land, water, habitat, recreation, and our climate, and discourage practices that are harmful to water quality in streams, springs, and wetlands; harmful to terrestrial and aquatic ecosystems and fish and wildlife, including threatened and endangered species; harmful to recreation and scenic beauty; harmful to mature and old-growth forests; and harmful to the global climate.

4. For over 50 years, Oregon Wild has been advocating for forest protection and restoration, including on lands in western Oregon managed by the Bureau of Land Management (BLM). We engaged extensively in the development of the revision of the BLM's resource management plans for western Oregon. In more recent years we have been an active member of the Climate Forests Campaign seeking protections for mature and old-growth forests as a natural climate solution on public lands including BLM lands.

5. With our partners, Oregon Wild participated in the NEPA process for the BLM's Last Chance project through initial scoping comments submitted on February 5, 2021, and Environmental Assessment (EA) comments submitted on August 9, 2024. With our partners, we submitted further comments on the Revised EA for the project on March 28, 2025.

6. Throughout the process, we raised concerns about how the project's extensive logging would harm nesting, roosting, and foraging habitat for the northern spotted owl, a species protected under the Endangered Species Act (ESA). We also raised concerns about the project's impacts on northwestern pond turtles, a Bureau Sensitive Species proposed for protection under the ESA.

7. Extensive road reconstruction and temporary road construction would also be authorized to facilitate the project's logging activities. Such road construction will result in the cutting and removal of trees that provide current habitat, the compaction and degradation of soils, and will contribute to the spread of invasive plants.

8. I use and enjoy the areas affected by the BLM's authorization of timber sales as part of the Last Chance timber sale, as well as other nearby BLM land, for hiking, foraging, nature appreciation, and photography. I also hope to see, hear, or otherwise detect evidence of rare or imperiled species like the northern spotted owl. Even if I do not directly detect these birds, knowing that these species might be present or could use these lands as habitat brings me personal satisfaction during my visits.

9. On September 4, 2024, I visited the Last Chance project area, east of I-5 off of Speaker Road and along Wolf Creek. In particular, I visited proposed units 03-05 and 03-06, 10-01, 10-02, 10-03, and 10-05. I enjoyed driving through BLM lands, especially in contrast to nearby and interspersed private lands that have been heavily logged. While many of the BLM lands I visited were previously harvested plantation stands, some areas had numerous "legacy" trees, and also had more tree species diversity and more diverse understory vegetation. I walked on a spur road in section 10, slated for reconstruction in the project, that bordered the riparian area of Wolf Creek and provided shade to that area in the form of hardwood trees and large roadside trees.

10. The photo below is of a large incense cedar and shaded area along spur road 33-5-10.5, designated for "reconstruction" and adjacent to Wolf Creek (Photo taken by Chandra LeGue on September 4, 2024).



11. The below photo is of a diverse forest stand along Speaker Road in section 10 (unit 10-02). A temporary road spur is marked on the map for this area, but was not yet marked on the ground (Photo taken by Chandra LeGue on September 4, 2024).



12. The below photo is of privately-owned land, recently clearcut, in section 10 of the Last Chance project area (Photo taken by Chandra LeGue on September 4, 2024).



13. In general, I found the area to be a mix of public and private land with a history of extensive logging on both ownerships. What remains of mature and old-growth forest in these areas exists in small patches that provide important public values, such as hydrologic stability, mature and old-growth habitat (including habitat refugia and connectivity), carbon storage for climate stability, fire resistance and resilience, and scenic and recreational values.

14. I plan on going back to the Last Chance project area in the future. I often like to break up travel on I-5 with exploration of public forest lands in this area, and the Last Chance area is easily accessed most of the year. I have plans to visit

friends outside of Grants Pass in late February 2026 and to do some hiking near Ashland in May or June of 2026, and on both trips I plan to revisit the Last Chance project area to enjoy the diversity of birds, native wildflowers, trees, and shrubs in this area that are different from where I live.

15. My interests and those of Oregon Wild will be irreparably harmed if the proposed logging and associated activities like road-building proceed. The natural beauty and wildlife values of the mature and old trees and diverse forests found here will be irreversibly damaged by logging. The scenic quality of the stands that I enjoy driving through will be severely degraded. The ground will be scarred by heavy equipment tracks and the areas of new road construction will be permanently scarred. Weeds such as thistle, blackberry, and Scotch broom will likely grow where native plants thrive today. Habitat for plants, fungi, and animals that I like to observe and study will be degraded. The proposed activities will harm the forest's carbon storage capacity and the long-term development of important forest structures such as large, old trees and snags, which provide habitat for many sensitive wildlife species. Habitat for northern spotted owls, already rare in this area, will be harmed and planned logging will make it easier for competing barred owls to displace spotted owls in the area. Habitat for northwestern pond turtles may be harmed by this project as well.

16. All these effects will severely damage my enjoyment of the project area if these stands are logged as planned. Even knowing that previously suitable habitat for

imperiled species has been degraded, making wildlife presence less likely, will diminish my enjoyment of the area.

17. I am especially interested in and concerned about mature and old-growth forest ecology and their components. I am the author of a hiking guide to "Oregon's Ancient Forests" and enjoy finding new areas of intact forest to share with members of the public and Oregon Wild members as part of my work. BLM forest lands include some of these old forests, but projects like Last Chance diminish their quality and integrity. In the face of climate change and more intense wildfire conditions, I worry that any logging in these forest areas will result in permanent loss of these forests I value both personally and professionally.

18. My interests and those of Oregon Wild would be supported if the agency would follow laws like the Federal Land Policy and Management Act, because if the BLM properly follows its Resource Management Plan it would protect habitat for rare species like the northwestern pond turtle. Our interests would also be supported if federal agencies followed the Endangered Species Act it and used the best available science regarding northern spotted owls, their current population trajectory, and their presence on this landscape. Adhering to the ESA would promote habitat conservation for this listed species. Finally, our interests would also be supported if the BLM followed NEPA by properly assessing the significant impacts of this project on northern spotted owls, northwestern pond turtles, and other environmental values in an Environmental Impact Statement.

Declaration of Chandra LeGue, No. 1:25-cv-2296-CL                                                                 8

In this way, we and the public would be better able to weigh and understand the true impacts of the project.

19. If even some of the Last Chance forest stands are not logged or are logged with less-intensive treatments that avoid removing large, old trees and substantial canopy cover—in other words, that maintain spotted owl habitat—and if logging and road work is designed to avoid habitat for rare northwestern pond turtles, that will better provide scenic and recreational enjoyment and opportunities to experience the presence of imperiled species for Oregon Wild members like myself.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of February, 2026, in Eugene, Oregon.

*Chandra LeGue*

_____
Chandra LeGue