Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
541.778.6626
971.285.3632

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>    *Defendants;*<br><br>    and<br><br>**MURPHY COMPANY,**<br><br>    *Applicant-Defendant-Intervenor.* | Case No. 1:25-cv-2296-CL<br><br>**DECLARATION OF MADELINE COWEN** |

I, MADELINE COWEN, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. My name is Madeline Cowen. I am a resident of the United States and over the age of eighteen. I live in Eugene, Oregon.

3. I am the Grassroots Organizer at Cascadia Wildlands and am otherwise an active member of Cascadia Wildlands.

4. Cascadia Wildlands is a registered 501(c)(3) conservation non-profit corporation in Oregon. Founded in 1998, Cascadia Wildlands' mission is to defend and restore Cascadia's wild ecosystems in the forests, in the courts, and in the streets. We work in the Cascadia bioregion where threats to wild places and wildlife are high. The Cascadia bioregion is the forest zone extending along the Pacific Coast from northern California to south-central Alaska.

5. Cascadia Wildlands envisions vast old-growth forests, rivers full of wild salmon, wolves howling in the backcountry, a stable climate, and vibrant communities sustained by the unique landscapes of the Cascadia bioregion. The organization works to preserve public forests for their values of mitigating the climate crisis by sequestering and storing carbon, providing habitat for imperiled species, maintaining community resilience in the face of global warming by protecting freshwater resources and keeping wildfire hazard to communities low.

6. Cascadia Wildlands has over 12,000 members and supporters, most of whom live in Oregon and Washington. Thousands of our members and supporters live near and/or recreate in public lands, including those managed by the Swiftwater Field Office of the Roseburg District of the Bureau of Land Management. Cascadia Wildlands' members and supporters derive aesthetic, recreational, educational, spiritual, and other values from spending time on these public lands. Our members and supporters view wildlife, birdwatch, forage for wild foods, swim in lakes and rivers, take photographs, hike, and enjoy spending time in the small percentage of Cascadia's forests that are classified as mature and old-growth forests. Cascadia Wildlands participated in BLM's administrative planning process for the Last Chance Environmental Assessment (Last Chance Project).

7. I am a member of Klamath Siskiyou Wildlands and Oregon Wild. Before becoming a full-time employee with Cascadia Wildlands, I participated as a volunteer with the organization for over four years. One of the reasons why I volunteered and have chosen to continue my involvement with the organization as a full-time employee is that I get to spend time and fight for the protection of places that I love within the Cascadia bioregion, including the forested wildlife

habitat and watersheds slated for heavy logging in pristine forested habitat within BLM's Last Chance project.

8. I have spent time in the area proposed for logging in the Last Chance project and have gained great enjoyment from experiencing the unique forest ecosystems of this bioregion I call home. I visited I first visited the project area in the summer of 2024, and have since spent time in the area around the timber sale, where I foraged for mushrooms, marveled at the old growth forests and trees, and pursued hobbies in photography, hiking, and botany.

9. The mature and remnant old-growth forests within the timber sale area boast a diversity of ecosystem types including areas with towering ponderosa pines, sugar pines, Jeffrey pine and incense cedar, and other areas with moister forest types with massive Douglas firs. I have observed a wide diversity of native plants. I've also found many signs of wildlife, including deer, cougar, and black bear scat, skunk, as well as small burrowing animals, and birds. On a recent visit in the summer of 2024, my dog and I were hiking around when he was sprayed by a skunk. Although the smell lingered for days, it brought me joy thinking of how there is a thriving wildlife community in the area. Coyotes, bobcats, cougars, and other animals are predators of skunks and likely rely on this population my dog and I encountered as a stable food source.



*Figure 1 Madeline Cowen's dog Finn in the Last Chance Timber Sale area.*

Declaration of Madeline Cowen, No. 1:25-cv-2296-CL                    2

10. My longtime partner grew up in Southern Oregon and his family still lives in the area. We often visit his family, at least six times per year, and often hike, camp, explore, forage, bird-watch and photograph publicly managed mature and old growth forests in the Grants Pass Resource Area in the Medford BLM District on these trips. Because so much of the publicly managed forests in the planning area of the Last Chance project, as well as forests in the region and country at large, have been converted from native forests to timber plantations, I rely heavily on these last remaining pockets of mature and old growth forest for these activities.

11. I find it disappointing that the BLM never held any public meetings or field trips about the Last Chance project, as logging activities here will greatly affect my planning to visit these areas and gain enjoyment, and pursue the other activities listed here.

12. I have a deep love for all wildlife, but I am particularly passionate about owls. I have long been fascinated by their quiet and important place within ecosystems, and marvel at their intricate feather patterns and stunning eyes. When visiting the area recently, I kept a sharp lookout for the famed northern spotted owl, thinking that the complex, older forest in the project area might provide adequate habitat for them. While visiting Unit 34-1 in the Paul's Payoff timber sale, authorized in by the September 10, 2024, Last Chance Decision Record, I traversed the area with hopes that I might come across an owl. This area is one of the last known activity centers, and unfortunately, the BLM has authorized extensive logging and road construction in the area, thus greatly endangering the species even further. I intend to visit this area again in the spring of 2025, and again in the summer, with the hope of seeing an owl. I also plan to continue visiting a few spots that I return to year after year to collect chanterelle and hedgehog mushrooms to enjoy and share with family and friends.

13. I visited unit 35-10 in the Paul's Payoff timber sale, authorized in by the September 10, 2024, Last Chance Decision Record on August 14th, 2024. I walked along the proposed road that the BLM has approved to be built and noticed that many large, old growth and mature trees had been marked for retention from logging. I support the BLM in making trees in this manner but am concerned that the proposed road is meant to be built right where these trees currently stand. These trees will instead be felled, thus defeating the point of marking these trees for retention.



*Figure 2 Large, mature trees marked for retention in Unit 35-10, in the path of a future logging road.*

13. The recreational and ecological values provided by the remaining mature and old-growth forests in the project area and adjacent watersheds where BLM's proposed Last Chance logging units are located are increasingly rare. This is in large part due to the past and ongoing logging in surrounding public/private "checkerboard" lands. The proposed logging and road construction on BLM lands in the Last Chance project area will remove mature trees and degrade forest character that I highly value and that Cascadia Wildlands seeks to protect and enhance.

14. I studied ecology in college, volunteered with Cascadia Wildlands for many years, and now work as a full-time employee at the organization. Through these experiences, I have learned a tremendous amount about how forest ecosystems in the region function. This includes an understanding of how, at times, some very thoughtful selective thinning can truly help a forest thrive and grow to eventually contain old growth characteristics that support climate resilience and habitat for species who depend on these ecosystems. However, I am particularly concerned about the heavy logging, described by BLM as "variable retention harvest", and "regeneration harvest" within lands that were previously designated and reserved to protect and develop habitat for owls and other species when the area was managed under the Northwest Forest Plan. BLM's proposal to apply its heaviest logging within Harvest Land Base stands, that should be designated as Late Successional Reserve, causes me deep concern and frustration.

Declaration of Madeline Cowen, No. 1:25-cv-2296-CL                                              4

15. I am disappointed that the agency has approved cutting down maturing forests that surround gargantuan, iconic trees. Although the BLM will not fell these large trees unless they're along the path of a future road, in the course of cutting and removing the surrounding forests, they are effectively destroying any chance of survival of those large trees. Healthy forest ecosystems should maintain complexity and "messiness," which refers to a diversity of overstory tree species (ponderosa pine, sugar pine, Douglas fir, Jeffrey pine, and incense cedar), down and dead wood, standing dead snags, and a forest floor with native plants. The Last Chance Project will leave these places void of health, and limit the chance of survival of the forests, the species that depend on them, and my own personal health and spiritual wellbeing.

16. Beyond my professional responsibilities with Cascadia Wildlands and my volunteer advocacy, I have many hobbies that rely on public forests in Oregon, including those in Klamath Siskiyous. As a naturalist, I rely on forests to relax and study. Often, I spend time hiking through areas and working on my skills with plant, fungi, and lichen identification. I enjoy photographing interesting species and routinely document my observations, findings, and thoughts in a journal or on my phone. With the advent of new applications like iNaturalist, I can share my discoveries with a global community of nature lovers, providing further benefits.

17. I gain tremendous joy from wildlife sightings when I'm out in the woods. From birds to ungulates and other forest-dwelling animals, I spend time in these place to catch glimpses of these beautiful creatures. I derive significant satisfaction from visiting intact forests in the biodiverse Klamath Siskiyou region of Oregon.

18. Intact old-growth forests, such as the forest stands proposed for logging in the Last Chance project area, provide the necessary habitat for threatened northern spotted owls and their prey species. It is my understanding that greater conservation of mature and old-growth forest habitat is needed to reduce adverse competitive interactions and increase the likelihood that spotted owls can co-exist with barred owls that are invading and occupying the spotted owls' habitat. BLM logging practices that remove ancient forests that provide northern spotted owl habitat directly harm my personal hobbies and professional interests.

19. When seasonally appropriate, I gather certain foods from the forests that I explore, including huckleberries, fiddleheads, chanterelles, hedgehogs, morels, and cauliflower mushrooms. These foods provide no-cost nutritional value to supplement my diet, and I also share them with my family and friends. Foraging for wild foods also serves as a unique spiritual opportunity. It helps me feel connected to local ecosystems. This hobby is reliant on intact native forests, like the ones that the proposed Last Chance timber sale will impact.

20. If the proposed BLM logging and roading building activities go through as planned, my ability to recreate in this forest and experience the spiritual benefits associated with my hobbies will be significantly, negatively impacted. Furthermore, considering the frequency of my visits to

the area, and the importance of this area to me and my loved ones, the loss of this place will cause me irreparable damage. Any logging and roadbuilding activities in these areas will irreparably harm my use and enjoyment of these areas, even if a certain amount of trees are retained or certain "mitigating measures" put in place. BLM also underrepresents the sheer intensity and scope of effects its industrial logging has on these landscapes and places.

21. Logging this forest will also directly increase atmospheric carbon levels, thus exacerbating the climate crisis. As a young person who will be directly affected by the changing world that today's forest and climate planning decisions will impact, I am deeply concerned about BLM's ongoing disinterest in limiting unnecessarily aggressive logging of reserve allocations and depleting globally significant carbon stores.

22. If instead the proposed BLM logging and roading activities are dropped, I will continue to be able to visit the forest regularly and benefit both from the carbon storage associated with forests in the Pacific Northwest, including those within the jurisdiction of the Medford BLM District, as well as the spiritual and recreational value I gain from being able to pursue my passions for naturalism and foraging.

23. I have a significant personal and professional interest in the forest habitat in the Last Chance project area and the prevention of further forest wildlife habitat removal and degradation.

24. Cascadia Wildlands and our members and supporters have an interest in ensuring the BLM appropriately applies the mandates of the National Environmental Policy Act and other bedrock environmental laws. Ensuring that sound forest management decisions are being made by the Medford BLM District and across all public lands managed by the BLM is an interest shared by Cascadia Wildlands as an organization, and myself as a concerned Oregon resident. These interests are undermined when the agency fails to follow the law.

25. Cascadia Wildlands' 2024 legal budget is $11,000.00. With this budget, Cascadia Wildlands covers all legal expenses and fees for our ongoing litigation and initiation of new cases. This budget leaves little flexibility for large expenses other than filing fees. Cascadia Wildlands would be unable to post anything other than a nominal bond in this litigation. The posting of a non-nominal bond would effectively stop our ability to meaningfully participate in the democratic legal process that allows for public scrutiny of government actions that impact public resources.

26. Cascadia Wildlands has no financial interest in the outcome of this litigation, and we cannot benefit financially from a grant of injunctive relief. Considering the foregoing, any additional bond would pose serious — and undue — hardship to Cascadia Wildlands.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.