DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034
AUDREY F. BOYER, OSB #106560
Carollo Law Group
Mail:   P.O. Box 2456
        Roseburg, OR 97470
Office: 2315 Old Highway 99 South
        Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com
Email: nsmith@carollolegal.com
Email: aboyer@carollolegal.com

SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org
*Attorneys for Proposed Defendant-Intervenors*

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,** | Civil Case No. 1:25-cv-02296-CL |
| Plaintiffs, | **CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| **DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U. S. BUREAU OF LAND MANAGEMENT,** | THE HONORABLE MARK D. CLARKE |
| Defendant, | |
| **MURPHY COMPANY**, | |
| Proposed Defendant-Intervenor, | |
| and | |

CORPORATE DISCLOSURE STATEMENT – 1

**AMERICAN FOREST RESOURCE
COUNCIL,** an Oregon non-profit
corporation; and **ASSOCIATION
OF O&C COUNTIES,** an unincorporated
Association,

       Proposed Defendant-Intervenors.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that proposed Defendant-Intervenor American Forest Resource Council is an Oregon Nonprofit Corporation, which has no parent corporations or entities, and no public entity owns ten percent or more of its stock. The undersigned counsel further certifies that proposed Defendant-Intervenor Association of O&C Counties is an unincorporated Association, and therefore does not require a disclosure statement.

Dated this 17th day of February, 2026.

/s/ Dominic M. Carollo

DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034
AUDREY F. BOYER, OSB#106560
Carollo Law Group
Mail:   P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com

SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org
*Attorneys for Proposed Defendant-Intervenors*

## <u>CERTIFICATE OF SERVICE</u>

I, Dominic Carollo, hereby certify that on February 17, 2026, caused the foregoing to be

served upon counsel of record through the Court's electronic service system.

Dated this 17th day of February, 2026.

<div style="margin-left:40%">

<u>/s/ Dominic M. Carollo</u>
DOMINIC M. CAROLLO, OSB #093057
Carollo Law Group
Mail:   P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com

</div>

CORPORATE DISCLOSURE STATEMENT – 1