DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034
AUDREY F. BOYER, OSB #106560
Carollo Law Group
Mail:   P.O. Box 2456
        Roseburg, OR 97470
Office: 2315 Old Highway 99 South
        Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com
Email: nsmith@carollolegal.com
Email: aboyer@carollolegal.com

SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org
*Attorneys for Proposed Defendant-Intervenors*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,** | Civil Case No. 1:25-cv-02296-CL |
| Plaintiffs, | **DECLARATION OF RYAN HITE** |
| vs. | |
| **DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U.S. BUREAU OF LAND MANAGEMENT,** | THE HONORABLE MARK D. CLARKE |
| Defendants, | |
| **MURPHY COMPANY,** | |
| Proposed Defendant-Intervenor, | |
| and | |

DECLARATION OF RYAN HITE - 1

| **AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation, and **ASSOCIATION OF O&C COUNTIES,** an unincorporated Association,<br><br>Proposed Defendant-Intervenors. | |

I, Ryan Hite, under threat of penalty of law and pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am the wood procurement manager for Boise Cascade, based out of Medford, Oregon. I make this declaration based on my personal knowledge. I am over the age of 18, and if called as a witness, would competently testify as follows.

2. In my role at Boise Cascade, I am responsible for procuring the timber volume necessary to run our multiple mills and manufacturing plants in Medford and White City, Oregon. On September 25, 2025, Boise Cascade was the high bidder for the Bureau of Land Management's "Take a Chance" timber sale, which was being offered as part of the Last Chance Forest Management Project. Boise Cascade's bid was accepted, and we are proceeding as the purchaser for the Take a Chance sale.

3. The Take a Chance sale offers around 10,589 thousand board feet of timber volume. The sale also includes requirements that Boise Cascade perform road maintenance, road improvement, and road construction. Roadside Vegetation Management Units are also included in the sale. These are units where specialized equipment is used to fell logs from the road, creating a wider road buffer. The other harvest units in the Take a Chance sale are either ground based harvest (using wheeled or tracked machines to fell and yard trees, such as a feller buncher or yarder) or cable based harvest (using a system of cables and a carriage to pull felled trees up to a road).

DECLARATION OF RYAN HITE - 2

4.	Boise Cascade is currently working on some of the roadside vegetation management work within the Take a Chance sale. This work improves road buffers, road drainage, and visibility. Boise Cascade has also invested time and materials to prepare for future road work as part of the Take a Chance timber sale. Boise Cascade has invested time and money clearing ditches along the forest roads, as well as culverts. Boise Cascade has also purchased culverts that will need to be set before the ground based and cable based units can be harvested. Boise Cascade has spent around $48,000 just in culverts and ditch clearing that will enable future harvest.

5.	Boise Cascade anticipates that the ongoing roadside vegetation management work will continue until mid-to-late March of 2026. After that, Boise Cascade's intention is to begin road maintenance and construction. Road maintenance and construction requires crushing, hauling, placing, and grading rock.

6.	Boise Cascade's plan was to start road maintenance and construction around May 1, though this is weather dependent. However, due to the preliminary injunction motion that was filed Boise Cascade does not intend to invest the time and material needed to crush, haul, and place rock until it is determined whether Boise Cascade can proceed with its timber sale. Rock crushing is very expensive. Therefore, there is a lot of business risk in crushing rock if there is a chance that the harvest opportunities provided in the Take a Chance sale will be enjoined. Crushing and piling the rock for this sale will cost an estimated $420,000. If we crush the rock but the sale is enjoined, Boise Cascade would risk losing that investment.

7.	Boise Cascade's road construction/maintenance will likely take an entire summer. As I noted above, Boise Cascade is not going to start crushing rock for the necessary road construction/maintenance in the Take a Chance sale until the preliminary injunction is resolved.

DECLARATION OF RYAN HITE - 3

If that occurs before May 1 and the project is not enjoined, then Boise Cascade anticipates completing road construction/maintenance by September of 2026, and may begin its ground and cable-based harvest units in the fall of 2026. I want to be clear that these are Boise Cascade's current operational plans. Depending on weather, markets, log supply, and other factors, it is possible that Boise Cascade could begin logging earlier than the fall of 2026, in conjunction with road construction work, as road work progresses. On the other hand, if the preliminary injunction is not resolved before May 1, then Boise Cascade may not be able to complete road construction until 2027 and begin timber harvest after that.

8. Before Boise Cascade can commence with its timber harvest it will need to hold a pre-work meeting with staff from the BLM. A pre-work meeting was held for the roadside vegetation management piece of this sale, but another meeting with Boise Cascade's logging contractor and BLM staff will need to take place.

9. Delaying or enjoining the Take a Chance project will harm Boise Cascade and its contractors in numerous ways. First, and as I stated above, delays will impact road work which, ultimately, impacts when Boise Cascade can harvest the timber available under the Take a Chance sale. Second, if Boise Cascade is unable to harvest the timber available in the Take a Chance sale, then Boise Cascade will need to source that volume elsewhere. Log markets are tight, especially in southern Oregon where federal lands represent a substantial part of the forested landscape. These markets are further affected by the recent plight of dying trees that are impacting southern Oregon's landscape, and wildfires which have reduced the commercial volume available. Replacing the volume from the Take a Chance sale would require Boise Cascade to acquire timber from another source at market prices that may be very unfavorable. Third, enjoining the project would eliminate the flexibility Boise Cascade has under the Take a

DECLARATION OF RYAN HITE - 4

Chance sale contract. Currently, Boise Cascade has four years to execute the contract. Boise Cascade based its purchase of the sale, and its harvest strategies, on projected timber availability and price over the next four years. However, if the project is enjoined, then Boise Cascade loses flexibility and is subject to increased uncertainty regarding timber and lumber markets. In other words, while in today's market it made sense for Boise Cascade to purchase and harvest the Take a Chance sale at the price that was paid, there is no guarantee that market conditions will hold steady. Fourth, Boise Cascade has hired a contractor to perform the road construction/maintenance work and timber harvest associated with the Take a Chance sale. Those contractors are counting on that work. If the project is enjoined, then Boise Cascade's road contractor will need to find different work to take the place of the road work that was expected as part of the Take a Chance sale. The same is true for Boise Cascade's logging contractor. If the Last Chance project is enjoined, the Boise Cascade's logging contractor will need to find replacement work. Fifth, Boise Cascade cannot within reason invest in a timber sale that risks being, or is, enjoined. Therefore, as long as an injunction is threatened or in place, Boise Cascade will be unable to invest in the Take a Chance sale. That means that the costs already sunk into this project, like the purchase of culverts, will not be recoverable for years.

10. The downstream effects of an injunction are severe. Lost volume for Boise Cascade, and lost work for Boise Cascade's contractors, can equate to down time in the mills, or temporary (or even permanent) layoffs. Delaying or cancelling projects, like the timber sales associated with the Last Chance Forest Management Project, have very real and very severe consequences for those employed in southern Oregon's forest products industry and their families.

DECLARATION OF RYAN HITE - 5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed this 26th day of February, 2026 at Medford, Oregon.

*/s/ Ryan Hite*
Ryan Hite

DECLARATION OF RYAN HITE - 6