DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034
AUDREY F. BOYER, OSB #106560
Carollo Law Group
Mail:  P.O. Box 2456
       Roseburg, OR 97470
Office: 2315 Old Highway 99 South
       Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com
Email: nsmith@carollolegal.com
Email: aboyer@carollolegal.com

SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org
*Attorneys for Proposed Defendant-Intervenors*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,** | Civil Case No. 1:25-cv-02296-CL |
| Plaintiffs, | **DECLARATION OF NOLAN SMITH** |
| vs. | THE HONORABLE MARK D. CLARKE |
| **DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT,** | |
| Defendants, | |
| **MURPHY COMPANY**, | |
| Proposed Defendant-Intervenor, | |
| and | |

DECLARATION OF NOLAN SMITH - 1

| | |
|---|---|
| **AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation, and **ASSOCIATION OF O&C COUNTIES,** an unincorporated Association,<br><br>          Proposed Defendant-Intervenors. | |

I, Nolan Smith, under threat of penalty of law and pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.     I am counsel for Defendant-Intervenors the American Forest Resource Council and Association of O&C Counties. I make this declaration based on my personal knowledge.

2.     The purpose of this declaration is to authenticate documents referenced in Defendant-Intervenors' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction and Memorandum.

3.     Attached to this declaration as Exhibit A is a true and correct copy of a study by Katie M. Dugger et al. titled "Estimating Northern Spotted Owl (*Strix occidentalis caurina*) Pair Detection Probabilities Based on Call-Back Surveys Associated with Long-Term Mark-Recapture Studies, 1993–2018." I obtained a copy of Exhibit A online at the following link: https://pubs.usgs.gov/publication/ofr20231012/full. This document was downloaded February 24, 2026. To my knowledge, this is the same study by Dugger et al. which is cited at page A-5 in the Bureau of Land Management's Last Chance Project Environmental Assessment, as follows: "Dugger, K.M., A.B. Franklin, D.B. Lesmeister, R.J. Davis, J.D. Wiens, G.C. White, J.D. Nichols, J.E. Hines, C.B. Yackulic, C.J. Schwarz, S.H. Ackers, L.S. Andrews, L.L. Bailey, R. Bown, J. Burgher, K.P. Burnham, P.C. Carlson, T. Chestnut, M.M. Conner,…H. Wise. 2023. Estimating Northern Spotted Owl (Strix occidentalis caurina) Pair Detection Probabilities Based

DECLARATION OF NOLAN SMITH - 2

on Call-Back Surveys Associated with Long-Term Mark-Recapture Studies, 1993–2018. U.S. Geological Survey Open-File Report 2023-1012, Reston, VA. 38 pp."

4. Attached to this declaration as Exhibit B is a true and correct copy of a study by H. Anu Kramer et al. titled "Using bioacoustics to enhance the efficiency of spotted owl surveys and facilitate forest restoration." I obtained a copy of Exhibit B online at the following link: https://research.fs.usda.gov/treesearch/67898.  This document was downloaded February 24, 2026. To my knowledge, this is the same study by Kramer et al. which is cited at page A-8 in the Bureau of Land Management's Last Chance Project Environmental Assessment, as follows: "Kramer, H.A., K.G. Kelly, S.A. Whitmore, W.J. Berigan, D.S. Reid, C.M. Wood, H. Klinck, S. Kahl, P.N. Manley, S.C. Sawyer and M.Z. Peery. 2024. Using bioacoustics to enhance the efficiency of spotted owl surveys and facilitate forest restoration. 88(2):21 pp."

5. Attached to this declaration as Exhibit C is a true and correct copy of the U.S. Forest Service's "Northwest Forest Plan Amendment Draft Environmental Impact Statement Volume 1." I obtained a copy of Exhibit C online at the following link: https://usfs-public.app.box.com/v/PinyonPublic/folder/293927886292. This document was downloaded February 24, 2026.

6. Attached to this declaration as Exhibit D is a true and correct copy of a study by Gina R. Cova et al. titled "Implications of recent wildfires for forest management on federal lands in the Pacific Northwest, USA." I obtained a copy of Exhibit D online at the following link: https://www.sciencedirect.com/science/article/pii/S0378112725007704?via%3Dihub. This document was downloaded February 24, 2026.

7. Attached to this declaration as Exhibit E is a copy of 2024 Form 990 for Cascadia Wildlands. While I cannot confirm whether this form was filed with the IRS, it purports to be

DECLARATION OF NOLAN SMITH - 3

accurate based on its publication on Cascadia Wildland's website at the following link: https://cascwild.org/about-us/financials/.

8. Attached to this declaration as Exhibit F is a copy of 2024 Form 990 for Klamath-Siskiyou Wildlands Center. While I cannot confirm whether this form was filed with the IRS, I do not have reason to question its authenticity, and obtained the document at the following link: https://projects.propublica.org/nonprofits/organizations/931246139/202513229349301521/full.

9. Attached to this declaration as Exhibit G is a copy of 2023 Form 990 for Oregon Wild. While I cannot confirm whether this form was filed with the IRS, it purports to be accurate based on its publication on Oregon Wild's website at the following link: https://oregonwild.org/about/financials/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed this 27th day of February, 2026 at Dallas, Oregon.

*/s/ Nolan Smith*
Nolan Smith

DECLARATION OF NOLAN SMITH - 4