# EXHIBIT C



**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

Pacific Southwest and Pacific Northwest Regions     California, Oregon, and Washington     November 2024

# Northwest Forest Plan Amendment

# Draft Environmental Impact Statement

## Volume 1. Chapters 1 through 5



The United States Department of Agriculture (USDA) is committed to making its digital content accessible. USDA customers, employees, job applicants, and members of the public with disabilities must have access to information and communication technology (ICT) comparable to the access available to those without disabilities. The U.S. Access Board ("Access Board") is responsible for developing accessibility standards. In 2017, the Access Board published a Final Rule that updated the accessibility requirements in Section 508 of the Rehabilitation Act of 1973 (Section 508), 29 U.S.C. 794d, and refreshed the guidelines in the law. The Final Rule went into effect on January 18, 2018. The standards are available at *Information and Communication Technology: Revised 508 Standards and 255 Guidelines*.

For more information, see the USDA Accessibility Statement.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

# Northwest Forest Plan Amendment
# Draft Environmental Impact Statement
# Numerous Counties within California, Oregon, and Washington

**Lead Agency:**            USDA Forest Service

**Cooperating Agencies:**   Bureau of Land Management; U.S. Environmental Protection Agency; Washington State Department of Natural Resources; Oregon Department of Forestry

**Responsible Official:**   Jacque Buchanan, Regional Forester, Pacific Northwest Region
                            Jennifer Eberlien, Regional Forester, Pacific Southwest Region

**For Information Contact:** Priya Shahani
                            333 SW 1st Avenue
                            PO Box 3623
                            Portland, OR 97208-3623
                            sm.fs.NWFPquestion@usda.gov

                            707-562-8737

**Abstract:** The USDA Forest Service has prepared this Draft Environmental Impact Statement (Draft EIS) to evaluate the impacts associated with a range of alternatives to amend land management plans for all or part of 17 national forests guided by the *1994 Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents within the Range of the Northern Spotted Owl*, and attachment A, *Standards and Guidelines for Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl*. The proposed amendment would update plan components to improve wildfire resistance and resilience, adapt to expected future climate conditions, improve ecological conditions related to old-growth forests, expand tribal inclusion, and support local economies. This Draft EIS describes the baseline no action (Alternative A), proposed action (Proposed Action, Alternative B), and action alternatives (Alternatives C and D), and also discloses the current affected environment and environmental consequences associated with the proposed amendment of 17 land management plans.

It is important that reviewers provide their comments at such times and in such a way that they are useful to the agency's preparation of the Final EIS. Therefore, comments should be provided prior to the close of the comment period and should clearly articulate the reviewer's comments and concerns. The submission of timely and specific comments can affect a reviewer's ability to participate in subsequent administrative review or judicial review. Comments received in response to this solicitation, including names and addresses of those who comment, will be part of the public record for this proposed action. Comments submitted anonymously will be accepted and considered; however, anonymous comments will not provide the respondent with standing to participate in subsequent administrative or judicial reviews. Comments that are not submitted via the methods described below or prior to the close of the comment period may not be prioritized for consideration and response; however, they will be included in the project record.

**Submit comments online (preferred):** https://cara.fs2c.usda.gov/Public//CommentInput?Project=64745

**333 SW 1st Avenue**
**PO Box 3623**
**Portland, OR 97208-3623**
**sm.fs.NWFPquestion@usda.gov**

**Date comments must be received by:**          March 17, 2025

This page intentionally left blank

# EXECUTIVE SUMMARY

## Background

The United States Department of Agriculture (USDA) Forest Service has proposed to amend land management plans for 17 national forests guided by the *1994 Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents within the Range of the Northern Spotted Owl*, and attachment A, *Standards and Guidelines for Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl* (hereafter referred to as the Northwest Forest Plan or "NWFP").

Changes in ecological and social conditions are challenging the effectiveness of the 1994 NWFP. In recent years, large, high-severity wildfires have resulted in losses of mature and old-growth forests, eliminating gains achieved during the first 25 years of implementation. Research on climate change and on the effects of past forest and fire management regimes indicates that large wildfires and other disturbances will increase in frequency and extent throughout the area covered by the NWFP. Further, Tribes were not included in the development of the 1994 NWFP, and the Forest Service seeks to uphold its trust responsibility to Tribes through honoring treaty and other protected tribal rights. To this end, fully engaging with Tribes in addressing the challenges faced in the NWFP area is critical to the successful development of the amended land management plans and future management of natural resources. Consequently, the Forest Service is proposing this amendment to address current conditions and new information; to improve resistance and resilience to wildfire where needed across the NWFP area; support adaptation to and mitigation of climate change in the NWFP area; address management needs of mature and old-growth forests with related ecosystem improvement; and contribute predictable supplies of timber and nontimber products to support economic sustainability in communities affected by forest management in the NWFP area.

To further support development of the amendment, a Federal Advisory Committee (FAC) was established by the Secretary of Agriculture. The purpose of the FAC was to bring together diverse perspectives representing the experiences of communities, experts, Tribes, and other interested parties across the NWFP landscape to inform ways that forest management can effectively conserve key resources while considering social, ecological, and economic conditions and needs.

The Forest Service has prepared this Draft Environmental Impact Statement (Draft EIS) in compliance with National Environmental Policy Act (NEPA), Council on Environmental Quality regulations implementing NEPA (40 Code of Federal Regulations [CFR] 1500–1508), and the Forest Service NEPA procedures (36 CFR 220). It discloses potential direct, indirect, and cumulative environmental effects on the human environment anticipated to result from implementation of each alternative and facilitates a comparative evaluation between alternatives. Because no specific project or projects are identified or authorized under the proposed amended land management plans, the analysis provided in this Draft EIS is programmatic. That is, the evaluation of effects is carried out at a broad level consistent with the level of detail provided in the alternatives.

# Purpose and Need for Action

## Purpose

The purpose of the Proposed Action is to amend, all or part of 17 national forest land management plans, as amended, within the NWFP area to establish new or modify existing plan components to better enable the Forest Service to meet the original intent of the 1994 NWFP to conserve mature and old-growth ecosystems and habitat for the conservation of northern spotted owl and other Endangered Species Act (ESA) listed and non-listed species, protect riparian areas and waters, and provide a sustainable supply of timber and non-timber forest products. Amending these land management plans would provide an opportunity for the Forest Service to incorporate findings from the 2020 Bioregional Assessment[1]; the 2018 Synthesis of Science[2] and supplements[3], which identify changed conditions across the NWFP area since it was approved in 1994; and new information relevant to the NWFP including monitoring reports.

## Need

This process is driven by evolving ecological understandings and the need for the Forest Service to adapt their management strategies to current and future challenges. The preliminary need to amend land management plans in the NWFP area described in the Notice of Intent focused on five interrelated topic areas:

- Improving wildfire resistance and resilience across the NWFP area

- Strengthening the capacity of NWFP ecosystems to adapt to the ongoing effects of climate change

- Improving conservation and recruitment of mature and old-growth forest conditions, ensuring adequate habitat for species dependent upon mature and old-growth ecosystems and supporting regional biodiversity

- Incorporating Indigenous Knowledge into planning, project design, and implementation to achieve forest management goals and meet the Forest Service's general trust responsibilities

- Providing a predictable supply of timber and non-timber products and other economic opportunities to support the long-term sustainability of communities located proximate to National Forest System lands and economically connected to forest resources

# Public Involvement

Scoping was conducted in accordance with 40 CFR 1502.4 and 40 CFR 1501.9. The Notice of Intent was published in the Federal Register on December 18, 2023, which initiated a scoping period that ended on February 2, 2024. During the scoping period, the Forest Service conducted

---

[1] USDA Forest Service. 2020. Bioregional Assessment of Northwest Forests. July. Available online at: https://www.fs.usda.gov/detail/r6/landmanagement/planning/?cid=fseprd677501#documents
[2] Spies, T.A., P.A. Stine, R. Gravenmier, J.W. Long, and M.J. Reilly, tech. coords. 2018. Synthesis of science to inform land management within the Northwest Forest Plan area. Gen. Tech. Rep. PNW-GTR-966. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 1020 p. 3 vol.
[3] USDA Forest Service. 2021. Supplemental Report to the Bioregional Assessment of Northwest Forests. Pacific Northwest Region, Portland, Oregon. Pacific Southwest Region, Vallejo, California.

four virtual public meetings between January 17 and January 25, 2024. The purpose of the virtual public meetings was to inform the public about the proposed amendment and how the public can participate and provide comments. A scoping package was also prepared and released to the public via the NWFP website (https://www.fs.usda.gov/detail/r6/landmanagement/planning/?cid=fsbdev2_026990). This scoping package included the scoping letter, a NWFP Fact Sheet, the Bioregional Assessment and Bioregional Assessment Supplemental Report, the Synthesis of Science to Inform Land Management within the Northwest Forest Plan Area, and other information. Over 9,000 written responses were received during the scoping period. Most of the responses included form letters; however, about 1,600 letters were received that included unique content. Each of these comments were reviewed and a scoping comment summary report was prepared to inform the development of the Draft EIS.

## Tribal Inclusion

Forest Service policy requires that all Forest Service offices, units, and staff provide an opportunity for Tribes and Alaska Native Corporations to participate in the development and delivery of policies, programs, projects, plans, and other actions to the greatest extent practicable and consistent with applicable law.

The Forest Service has sought to use this amendment process to model a more inclusive effort and to build better relationships. Webinars were offered at each major stage of the planning process to provide key information and updates specific to tribal staff and leaders. Three in-person tribal roundtables were held, co-hosted with Tribes in tribal spaces, to hear input from tribal leaders, staff, and community members. The Forest Service gave presentations to intertribal organizations upon request. In addition, two tribal staff were invited and participated on the interdisciplinary plan development team.

The input gathered from letters and roundtables directly influenced the FAC recommendations and the Forest Service action alternatives. Tribal input has been incorporated across all the issue areas of the amendment identified in the Notice of Intent. New tribal inclusion sections of the amendment were written to focus on improving relationships and the process for tribal inclusion. Tribes have expressed interest in being part of developing national forest land and  management plans and projects, moving beyond formal consultation invitations toward tribal staff involvement in actual plan and project development processes.

# Summary of Alternatives

## Alternative A

Under Alternative A, also referred to as the No Action alternative, the 1994 NWFP would not be amended, and the 17 affected national forests would each continue to be managed in accordance with the plan direction in their existing land management plans amended by the 1994 NWFP. The 2001 Amendment to the Survey & Manage, Protection Buffer, and other Mitigation Measures Standards and Guidelines would also continue, as would the "Pechman exemptions" (CV-04-00844-MJP, 10/11/2006). No changes would be made to 1994 NWFP related plan components unless done so at the unit-level during plan revision or through programmatic or project-specific plan amendments.

# Alternative B

Alternative B was developed from the preliminary description in the Notice of Intent and is strongly influenced by the final recommendations provided by the FAC. This alternative provides new or modified direction, and in some cases replaces 1994 NWFP direction. Plan content is organized across themes (i.e., Tribal Inclusion; Forest Stewardship; Fire Resilience; Climate, Ecosystem Integrity, and Carbon; and Support Economic Opportunities and Sustainable Communities). In some cases, these themes cover many components of the NWFP and influence multiple resource areas evaluated in this Draft EIS. Proposed updates to the NWFP under Alternative B related to these themes are summarized below.

A new approach to tribal inclusion is proposed under Alternative B that would move beyond consultation with Tribes and include specific, actionable strategies to incorporate Indigenous Knowledge in decision making and provide opportunities to expand co-stewardship with Tribes on National Forest System lands to better address tribal needs, achieve forest management goals, and meet Forest Service trust responsibilities. The proposed plan amendment includes strategies to build trusting working relationships with Tribes and incorporate their feedback into land management decisions. Tribal inclusion is focused in the areas of Access and Gathering, Co-stewardship, Forest Stewardship, Indigenous Knowledge, Treaty and Protected Tribal Rights, and Workforce.

Proposed plan direction under Alternative B updates the approach to Forest Stewardship to address the contemporary need to conserve and recruit mature and old-growth forest conditions, restore ecosystem resilience to wildfire and other disturbance processes exacerbated by climate change, and provide a predictable supply of timber and other ecosystem goods and services that support community sustainability. Alternative B would, in part, provide distinct plan direction for moist and dry forest with specific plan direction for distinguishing between moist and dry forests at the stand scale; establish desired conditions generally applicable across all land use allocations in line with the 2012 Planning Rule; and establish updated management direction to improve forest structure (including old-growth characteristics), create more resilient ecosystems, and provide a more predictable and sustainable supply of timber.

The Forest Service recognizes that wildland fire (includes both wildfire and prescribed fires, see Glossary in Appendix F) plays a critical ecological and cultural function in healthy forests. The primary desired condition under Alternative B across the NWFP area would be resilient to wildland fire; however, the broad geography and multitude of environments across the NWFP area require that wildland fire be managed according to site- and circumstance-specific characteristics that prioritize protection of people, property, and infrastructure. Proposed updates to the NWFP under Alternative B related to Fire Resilience address these basic facts by prioritizing wildfire fire risk reduction in areas that affect communities and infrastructure; recognizing the contribution of non-forested areas (such as meadows and woodlands) to wildland fire resilience; and support the use of wildland fire as a management tool where appropriate.

The 1994 NWFP does not provide specific plan direction related to climate change. Alternative B would provide new and modified plan direction that considers the theme of Climate, Ecosystem Integrity, and Carbon explicitly, with additional direction embedded in the Forest Stewardship plan direction. These would include desired conditions that support adaptation of ecosystems and infrastructure to climate change, goals related to collaborative processes

supporting climate adaptation, and guidelines that ensure active consideration of climate vulnerability and adaptation in project planning. Alternative B would also establish desired conditions for carbon stewardship for both dry and moist forests.

Lastly, Alternative B provides new and modified plan direction that helps protect and sustain forest benefits (also known as ecosystem services) that are important to people and communities. These benefits include cultural identity and heritage; local economies and ways of life; traditional and subsistence uses; aesthetic, spiritual, and recreational experiences; and Indigenous histories, cultures, and practices. Alternative B would provide opportunities for cooperation with local governments, businesses, Tribes, organizations, and other community entities to align workforce capacity between local communities and forest needs to maximize the number of jobs that remain local to communities. Overall plan direction under Alternative B (across all NWFP amendment themes) is broadly designed to improve the consistency and reliability of timber harvest and forest restoration and resiliency projects that support local job opportunities, businesses, and economies.

## Alternative C

Alternative C was developed in response to public comments supporting emphasis on natural processes for forest management. To this end, Alternative C would employ more restrictive limits on the use of commercial timber logging for vegetation management and ecological restoration and would reduce active forest management relative to Alternative B. Other key differences include allowing moist Late-Successional Reserves (LSRs) to be managed solely for late-successional habitat by removing exceptions to plan components that restrict harvest of mature and old-growth forest stands, a prohibition on post-disturbance salvage in moist LSRs, including additional desired conditions and guidelines that set a higher level of northern spotted owl habitat protection in dry LSRs, modifications to some objectives' metrics, changing some objectives (measurable, time-specific) to goals (broad statements), and a focus on the use of wildland fire and passive restoration with reduced focus on mechanical vegetation treatments. Post-disturbance salvage is authorized in dry forest LSRs for the protection of roads and infrastructure. Alternative C also changes objectives for projects that would benefit habitat for dry, serpentine, and wet meadow-associated culturally significant species from acres per year (2,000 acres per year under Alternative B) to the number of projects (five projects per year) (TRIBAL-FORSTW-ALL-OBJ-3-C).

## Alternative D

Alternative D responds to public comments supporting more flexibility in active forest restoration and wildfire risk reduction activities, and increased predictability of timber outputs. This alternative also responds to comments and recommendations to provide additional opportunities for tribal co-stewardship and use.

Alternative D would use the following approaches to accommodate more flexibility in forest management activities relative to Alternative B: encourage additional fuels treatment acres in areas where risks of adverse effects of fire to people, property, and infrastructure are high; provide more flexibility for dry forest restoration treatments; provide an exemption from the Survey and Manage program for hazardous fuel reduction treatments adjacent to communities; expand the management framework for addressing wildfire risk to communities; and allow

salvage activities as under Alternative A, except in stands above 120 years old in moist LSR unless salvage is for tribal cultural uses, public and firefighter safety and access, protection of critical infrastructure, or along existing National Forest System roads. Alternative D also includes a desired condition for northern spotted owl habitat at levels reflective of a range of historic conditions for various vegetation types in dry LSRs that would be expected to be sustainable into the future, rather than at median amounts identified in the 1994 NWFP, which reflect conditions resulting from past forest suppression approaches.

In terms of tribal inclusion, Alternative D incorporates the same plan direction as provided for under Alternative C, with the exception that Alternative D expands plan direction associated with the restoration of protected plants that are also tribally culturally important. It also provides for more tribal input on post-disturbance management in areas that are culturally important to Tribes.

# Summary of Issues and Environmental Consequences Analyzed in this Draft EIS

Using the public scoping comments and tribal input received as well as input from the NWFP FAC, a list of significant issues and nonsignificant issues was developed. Nonsignificant issues are identified as those: (1) outside the scope of the proposed action; (2) already addressed by law, regulation, the proposed action, or other higher-level decision; (3) irrelevant to the decision to be made; or (4) conjectural and not supported by scientific or factual evidence. Significant issues were those determined to require detailed analysis in this EIS because an analysis of the issue is necessary to make a reasoned choice between alternatives or because an analysis is necessary to determine the significance of potential impacts. The following summarizes the assessment made for significant issues as found in this Draft EIS.

## Incorporation of Indigenous Knowledge and Increase Tribal Engagement

The action alternatives address the major needs identified by Tribes through consultation and engagement, incorporate FAC recommendations, meet trust and treaty obligations and are consistent with the *2023 Forest Service Tribal Action Plan* that emphasizes incorporation of Indigenous Knowledge and protection of tribal information and knowledge.

All the action alternatives include provisions to (1) improve Forest Service-tribal relations to meet legal obligations, (2) improve forest management practices through collaborative and co-stewardship projects, and (3) incorporate Indigenous Knowledge while maintaining the need to protect tribal knowledge and sovereignty. While all the alternatives would have long-term beneficial impacts on Forest-tribal relations and improved forest management by emphasizing tribal engagement and incorporation of Indigenous Knowledge in decision-making, the action alternatives emphasize different aspects of forest stewardship and tribal inclusion, as described below.

Alternative B provides additional specific outcomes to be achieved through adoption and implementation of plan objectives related to incorporation of Indigenous Knowledge relative to Alternatives C and D. Alternative B would require a specified number of co-stewardship projects to be achieved; that the Forest Service engage with Tribes on an annual basis to develop and

implement approaches to forest management in areas of tribal importance; and that population numbers and/or habitat for culturally significant species be protected. Relative to Alternatives C and D, Alternative B provides more concrete direction by including outcomes for two of these plan components as measurable objectives instead of goals, as they would be under Alternatives C and D, and by specifying target acres of improved habitat, which Alternatives C and D do not.

Under Alternative C, Forest Service management practices and activities would support, sustain, and incorporate Indigenous Knowledge into future planning and implement co-stewardship and collaborative projects in a way that is supportive of tribal relationships; however, Alternative C would reduce the number of acres of forest under active management. Taken together, the effect of the plan amendments under Alternative C, as an alternative emphasizing natural processes over reciprocal human-nature relationships, would result in obstacles to the Forest Service in meeting legal obligations to Tribes and encouraging increased tribal engagement and incorporation of Indigenous Knowledge into planning and project implementation.

Alternative D would provide more plan components related to tribal inclusion than Alternatives B and C. While some plan components are articulated under Alternative D as goals instead of objectives as they are under Alternative B, this alternative would include two additional tribal Forest Stewardship goals and a potential management approach; as well as tribal exemptions for co-stewardship and cultural use in moist forest LSR, matrix.

## Forest Stewardship

The proposed alternatives all include a set of desired conditions, in line with the 2012 Planning Rule, that are intended to maintain and enhance ecological integrity throughout the NWFP area. These desired conditions address topics including conservation and enhancement of mature and old-growth forest, articulation of resilient forest characteristics and structure, and identification and enhancement of non-forested ecosystems (e.g., oak woodland; meadow and grassland; and aquatic, riparian, and wetland systems). Approaches to forest stewardship among the action alternatives vary in scale, intensity, and pace; it is primarily these factors that enable or constrain each alternative's ability to achieve the applicable components of the purpose and need as they relate to forest stewardship.

Alternative B would include a suite of objectives, standards, guidelines, and management approaches that would affect the area where forest stewardship treatments for different purposes could occur. Notably, by raising the age threshold for treatments in moist forests in LSR from 80 to 120 years, Alternative B would provide more opportunities for treatments to accelerate the development of late-successional and old-growth characteristics. Alternative B would also restrict harvest in older stands in moist forests in Matrix, thus ensuring additional retention of old growth compared to the no action alternative. For dry forests, Alternative B would improve opportunities for necessary dry forest restoration treatments, particularly in LSRs, and would provide age thresholds that ensure retention of trees older than 150 years. Alternative B would also set an objective for acreage treated across the NWFP area in dry forests. The proposed plan components focus on promoting forest resistance and resilience to fire and old tree retention.

The plan amendment under Alternative C would reduce the number of acres in active management, particularly in northern spotted owl habitat, and would prohibit salvage harvest in moist LSR stands and timber harvest in moist LSR stands older than 80 years. The proposed

number of treated acres of dry forest would be lower than under Alternative B, but the same tree retention standards would be employed. Overall, the vegetation management activities that would occur under Alternative C would result in a reduced pace, scale, and intensity of treatments than under Alternative B and would therefore not move toward the desired conditions as quickly or effectively.

Under Alternative D, removal of trees in dry forest stands established after 1850 is authorized, to promote ecological integrity, which contrasts with the age threshold of 150 years in Alternatives B & C. Alternative D would increase flexibility for more intensive treatments which may assist in reversing the effects of long-term fire exclusion in dry forests.

## Fire Resistance and Resilience

All three action alternatives include new, modified, or replacement plan direction targeted at improving fire resilience. Alternatives B and D increase forest treatment in areas near and adjacent to communities in a manner that would enhance resilience of these stands while decreasing the long-term wildfire risk to communities. All action alternatives include tribal and cultural burning in recognition of Indigenous Knowledge of the ecological benefit of their use. Alternative B would treat 150,000 additional acres per decade within community protection areas in addition to the current/historic fuels management of 2,500,000 acres per decade, for a total of 2,650,000 acres per decade across all land use allocations (LUAs). Alternative D would treat 4.95 million acres per decade across all LUAs. These treatments would include a mix of prescribed fire, manual, and mechanical methods. The increased level of fuels treatment activity that would occur under Alternatives B and D would be expected to improve fuel conditions relative to existing conditions within the NWFP area under the No Action Alternative. This in turn would be expected to increase wildland fire and ecosystem resilience and reduce the risk from wildfires to highly valued resources and result in safer communities and more effective wildfire suppression by local resources.

Alternative C would increase the acreage where wildland fire (including both wildfire and prescribed fires) is present compared to current conditions (Alternative A), which may improve fire resistance and ecosystem resilience in these areas. However, Alternative C would reduce by approximately half the area of fuels and vegetation management near communities relative to current conditions. It is anticipated that this reduction in management areas would reduce fire resistance and ecosystem resilience, and that overall Alternative C would not improve fire resistance and ecosystem resilience, nor would it reduce wildfire risk to communities within the NWFP area compared to the No Action Alternative.

## Biological Resources

All three action alternatives would increase constraints on timber harvest in mature and old-growth stands in moist forest Matrix as compared to the No Action Alternative, which would result in additional conservation of mature and old-growth stands and would beneficially affect late-seral and old-growth forest associated plant and wildlife species, including special status species (i.e., federally listed species, Regional Forester's Sensitive Species, and Survey and Manage species). All three action alternatives would also add plan components to focus treatment (i.e., timber harvest and salvage) on young stands ($\leq$120 years old) in moist forest Matrix. Treatment of younger stands in moist forest Matrix under Alternatives B and D could

adversely affect plant and wildlife species more closely associated with closed canopy forest types, whereas the reduction of treatment of these young stands under Alternative C as compared to Alternative A would potentially benefit those species. Treatments could negatively affect species associated with closed canopy young forests, while creating more early seral pre-forest conditions, for species associated with open canopy habitat conditions. Open early-seral pre-forest habitat includes regenerating pre-forest communities with co-dominated plant forms including grasses, bryophytes, herbs, broadleaf shrubs, and hardwood and coniferous trees, and accompanied by the residual standing and downed woody legacies of the pre-disturbance stand, would benefit a number of obligate or near-obligate plant and animal species, particularly pollinator species, butterflies, and neo-tropical migrant bird species. Compared to the No Action Alternative and Alternative C, Alternatives B and D would modify the age of allowable harvest in moist forest LSRs from 80 to 120 years. This would result in increased short-term effects to habitat characteristics, such as a reduction in canopy cover, in forest stands between 80 and 120 years, which in turn would result in short-term effects to wildlife and plant species associated with these mid- to late-seral forests under Alternatives B and D. However, under Alternatives B and D, these activities would result in long-term benefits to habitat conditions due to the accelerated development of late seral characteristics (e.g., large trees, snags, logs, and branch diameters) which would, in turn, benefit plant and wildlife species, including special status species, associated with these forests. In dry forests, Alternatives B, C, and D would include plan directions intended to promote dry forest restoration and resilience and conserve and retain older trees in all LUAs, which would, in turn, affect plant and wildlife species associated with dry forests. restoration of open canopy dry forests historically characteristic of landscape type and fire regime.

Compared to the No Action Alternative and Alternative C, increased fuels treatments within moist and dry forests under Alternatives B and D has the potential to result in both short- and long-term adverse effects to habitat characteristics, such as a reduction in canopy cover and down wood, which could impact plant and wildlife species that utilize these forests. While these activities may negatively impact species requiring closed canopy conditions, they would benefit species requiring more open canopy conditions. Alternatives B and D may increase habitat heterogeneity by creating areas of younger forest stand conditions, which is beneficial for species associated with younger forests. Proposed treatments under Alternatives B and D would also be expected to have a short- and long-term beneficial effects by increasing wildfire resiliency and reducing the loss of forest habitat to high-severity fire within and adjacent to areas being treated. Under Alternative C, there would be reduced levels of fuels treatments as compared to the other alternatives; therefore, while no additional impacts to moist and dry forest habitat characteristics would occur. However, this alternative would not reduce the potential loss of these forests and the species associated with them due to high severity fires. Alternative C provides reduced opportunities to address forest encroachment into early seral habitats that are within moist and dry forests.

All three action alternatives would provide more restoration opportunities for non-forest habitats (e.g., oak woodland, meadow-grassland systems, and aquatic/riparian watershed) as compared to the No Action Alternative. In addition, all three action alternatives include plan components specifically related to federally listed species and their habitat. While there would be no change to management requirements associated with Survey and Manage species under the No Action Alternative or Alternatives B and C, under Alternative D, vegetation management activities

within 0.25 mile of communities, areas of tribal importance, and infrastructure would be exempt from pre-disturbance surveys for Survey and Manage species.

## Climate Change

The action alternatives all include plan components that would strengthen the capacity of ecosystems in the NWFP area to adapt to the ongoing effects of climate change. They would do this in part by establishing desired conditions for ecosystem resilience to anticipated future climate conditions and associated disturbances that consider vegetation structure, species composition, and ecosystem processes. Climate change adaptation is also supported by the action alternatives' emphasis in the plan components for forest stewardship that tailor management to the specific characteristics of moist and dry forests and the diversity of ecological conditions associated with each of these categories and the age classes within them. Because climate change is anticipated to influence different forest types in different ways, the distinct plan direction that is proposed for moist and dry forest types would support different management activities appropriate to these different systems. Furthermore, plan direction to distinguish between moist and dry forests at the stand level during project planning would enable adaptation to changed conditions, particularly in areas where climate change is likely to cause transitions in vegetation types. Lastly, the proposed alternatives provide clear, explicit plan direction to consider climate change vulnerability and adaptation in planning at the project level. Considering these factors, all action alternatives would result in improvements compared to the No Action Alternative in terms of ensuring that treatments, when they occur, contribute to climate adaptation; however, the extent to which the landscape would actually be adapted to climate change would vary according to the amounts of treatments that occur under the different alternatives. As described above, Alternatives B and D would result in increases in the amounts of forest stewardship and fuel reduction treatments, which would contribute to increased capacity of the landscape to adapt to climate change under both alternatives compared to the No Action Alternative. However, the lower amounts of treatments in Alternative C would not achieve the same levels of fire resistance, ecosystem resilience, and adaptation to climate change compared to other alternatives.

## Air Quality

All alternatives could affect air quality though potential sources of emissions of air pollution, including wildfires, prescribed burning, dust generated from the travel of vehicles over paved or unpaved roads, and motor vehicle tailpipe emissions. However, it is the alternatives effects on fire risks as well as their use of fire as a tool for management that provide the most substantial impacts to air quality.

Increasing the amount of prescribed burning can have conflicting consequences on air quality; it can both reduce the amount of smoke generated during a wildfire but increase the potential for short-term air quality impacts during prescribed burns. By increasing the treated area in a strategic manner, the probability of a wildfire interacting with a recent fuels treatment would be increased, thereby reducing the negative consequences of wildfire (e.g., burning homes, critical infrastructure, watersheds, and the long-distance transport of smoke). Based on the extent of fuels treatments proposed for the action alternatives, Alternative B would have greater public health benefits associated with air quality compared to Alternative C, but less than Alternative D.

## Sustainability of Regional Communities

New goals included for all three action alternatives include supporting local community workforce capacity, improving access to opportunities for underserved populations, and identifying areas of common workforce needs by collaboratively prioritizing training and promoting workforce development. These goals are expected to result in improved communication and partnerships with local governments, businesses, Tribes, and organizations to identify project-related funding for restoration projects, as well as improved coordination with local cooperators, contractors, and operators on a recurring basis to align project objectives and local workforce capabilities. In addition, the action alternatives include an objective to increase restoration treatments using ecological forestry methods while also conserving and protecting older trees and achieving desired conditions for LUAs. This objective in conjunction with the preceding goals, is expected to improve the consistency and reliability of timber harvest and restoration work and help align Forest Service needs and job opportunities in local communities.

Under the No Action Alternative, existing levels of timber harvest are assumed to continue over the next decade and continue to support an estimated annual average of 4,360 direct and secondary jobs. The action alternatives would treat varying amounts of young stands, with estimated harvest volume estimates provided as a range from low to high in each case. Under Alternative B, direct forest products jobs would range from 1.3 to 3 times the number of jobs under the No Action Alternative. Alternative D would result in similar but smaller increases, equivalent to 1.05 to 2.74 times the direct jobs supported by the No Action Alternative. Alternative C would, in contrast, result in a reduction in jobs relative to the No Action Alternative. Increases in estimated volumes and associated jobs in Alternatives B and D would help sustain existing workforce, facilities, and infrastructure, and in some cases could potentially encourage additional investment. Substantial reductions in estimated volumes and the resulting loss of jobs in Alternative C relative to the No Action Alternative could on the other hand affect the sustainability of the local workforce and processing infrastructure in areas that depend on federal timber harvest.

These estimates of jobs that could be potentially supported by the removal of merchantable timber under each alternative capture part of the overall economic activity that would be supported by the restoration actions proposed as part of each alternative. Implementation of the non-commercial timber harvest parts of the action alternatives would also support local economic activity through the local procurement of services, equipment rental, and materials, as well as through spending by workers. All of the alternatives (including No Action) include forest stewardship and fire resistance and resilience treatments. Estimated forest stewardship treatment acres suggest that more related jobs could be supported under Alternative B, followed by Alternative D, with fewer jobs potentially supported under the No Action Alternative and Alternative C. Estimated fire resistance and resilience treatment acres suggest that Alternative D could potentially support the largest number of related jobs, followed by Alternative B, with fewer jobs potentially supported under the No Action Alternative and Alternative C. The numbers and types of jobs supported, and associated local contracting opportunities, would vary by treatment type.

As noted above in the *Fire Resistance and Resilience* discussion, all three action alternatives include new plan direction targeted at improving fire resilience. Current trends in risk to communities would continue under the No Action Alternative. Increased levels of fuels

treatment activity under Alternatives B and D are expected to result in safer communities and more effective wildfire suppression by local resources than under current conditions. Under Alternative C, the area of fuels and vegetation management near communities would be substantially reduced and, as a result, this alternative would not be expected to reduce wildfire risk to communities relative to the No Action Alternative.

Development of the amended NWFP and this programmatic EIS will continue to meet the environmental justice-related requirements of NEPA, the 2012 Planning Rule, and applicable executive orders. In addition, there will be opportunities under all the alternatives for meaningful engagement through project-level environmental analysis. The Forest Service prepared a draft programmatic environmental justice assessment in support of this amendment (see Appendix E of this EIS), which resulted in findings that may be used to help inform future outreach and meaningful engagement activities at the project level.

# Table of Contents

**CHAPTER 1.   Introduction / Purpose and Need for Action** ................................................ 1-1
1.1    Background ................................................................................................ 1-1
1.2    Purpose and Need ...................................................................................... 1-4
1.2.1   Purpose ..................................................................................................... 1-4
1.2.2   Need .......................................................................................................... 1-5
1.3    Decision Framework ................................................................................. 1-5
1.3.1   Substantive Provisions of the 2012 Planning Rule ................................. 1-6
1.4    Federal Advisory Committee .................................................................... 1-7
1.5    Public Engagement and Scoping .............................................................. 1-8
1.6    Tribal Inclusion ........................................................................................ 1-9
1.7    Cooperating Agencies ............................................................................. 1-10
1.8    Internal Feedback ................................................................................... 1-10
1.9    Issues ....................................................................................................... 1-10
1.10   Other Resources Considered or Dismissed ............................................ 1-11
1.11   Incorporation by Reference .................................................................... 1-12
1.12   Scope and Applicability .......................................................................... 1-14
1.12.1  Scope of the EIS .................................................................................... 1-14
1.12.2  Applicability .......................................................................................... 1-15

**CHAPTER 2.   Alternatives** ........................................................................................... 2-1
2.1    Introduction .............................................................................................. 2-1
2.2    Tribal Inclusion in the Development of 2024 NWFP Alternatives .......... 2-1
2.3    Alternatives Considered in Detail ............................................................ 2-2
2.3.1   Alternative A – No Action ....................................................................... 2-2
2.3.2   Alternative B – Proposed Action ............................................................. 2-3
2.3.3   Alternative C ............................................................................................ 2-8
2.3.4   Alternative D ............................................................................................ 2-8
2.3.5   Proposed Changes that Differ Across Action Alternatives ..................... 2-9
2.4    Alternatives Considered but Eliminated from Detailed Study ............... 2-24
2.4.1   Full Revision of the NWFP .................................................................... 2-24
2.4.2   Entire Removal of the Survey & Manage Program ............................... 2-24
2.4.3   Moratorium on All Tree Harvesting in Mature and Old-Growth Forests ............ 2-25
2.5    Monitoring .............................................................................................. 2-25
2.5.1   Interagency Cooperation for Effectiveness Monitoring ........................ 2-25
2.6    Preferred Alternative .............................................................................. 2-27

**CHAPTER 3.   Affected Environment and Environmental Consequences** ........................ 3-1
3.1    Introduction .............................................................................................. 3-1
3.2    Issue 1 – Incorporation of Indigenous Knowledge and Increased Tribal
       Inclusion ................................................................................................... 3-1
3.2.1   Affected Environment .............................................................................. 3-1
3.2.2   Environmental Consequences .................................................................. 3-9
3.3    Issue 2 – Forest Stewardship .................................................................. 3-14
3.3.1   Affected Environment ............................................................................ 3-14
3.3.2   Environmental Consequences ................................................................ 3-24

3.4    Issue 3 – Fire Resistance and Resilience ........................................................ 3-37
  3.4.1  Affected Environment................................................................................ 3-38
  3.4.2  Environmental Consequences .................................................................. 3-42
3.5    Issue 4 – Biological Resources ..................................................................... 3-45
  3.5.1  Affected Environment................................................................................ 3-45
  3.5.2  Environmental Consequences .................................................................. 3-61
3.6    Issue 5 – Climate Change .............................................................................. 3-84
  3.6.1  Affected Environment................................................................................ 3-84
  3.6.2  Environmental Consequences .................................................................. 3-90
3.7    Issue 6 – Air Quality ....................................................................................... 3-93
  3.7.1  Affected Environment................................................................................ 3-93
  3.7.2  Environmental Consequences .................................................................. 3-96
3.8    Issue 7 – Sustainability of Regional Communities .................................... 3-99
  3.8.1  Affected Environment.............................................................................. 3-100
  3.8.2  Environmental Consequences ................................................................ 3-146
3.9    Cumulative Effects......................................................................................... 3-156
  3.9.1  Past, Present, and Reasonably Foreseeable Actions within the Cumulative
         Effects Analysis Area ............................................................................. 3-156
  3.9.2  Cumulative Effects by Issue .................................................................. 3-161
**CHAPTER 4.   Preparers and Contributors.......................................................... 4-1**
**CHAPTER 5.   References ...................................................................................... 5-1**

## List of Tables

Table 2-1. Select Plan Components by Action Alternatives.......................................... 2-10
Table 3-1. NWFP landscape class derived by fire regime........................................... 3-16
Table 3-2. Current and proposed LSOG management thresholds for conservation by
         alternative .................................................................................................. 3-25
Table 3-3. Acres of moist forests in Late-Successional Reserves and Managed Late-
         Successional Areas (LSR, MLSA) limited from silvicultural treatments under
         1994 NWFP and Proposed Action ................................................................ 3-26
Table 3-4. Acres of moist forests in Matrix/AMA affected by new plan direction.................. 3-28
Table 3-5. Acres of dry forests in LSRs over certain age thresholds ................................ 3-29
Table 3-6. Acres of dry forests in Matrix and AMA over certain age thresholds .............. 3-31
Table 3-7. Proposed plan component objectives by alternative for moist matrix and dry
         forests within the NWFP area ...................................................................... 3-34
Table 3-8. Physiographic Provinces within the NWFP Planning Area ..................................... 3-46
Table 3-9. Federally listed species (all but fish) potentially affected by the Proposed
         Amendment Action or Action Alternatives .................................................... 3-52
Table 3-10. Federally listed fish species potentially affected by the Proposed Amendment
         Action or Action Alternatives ....................................................................... 3-54
Table 3-11. Number of Regional Forester's Sensitive Species documented or suspected in
         Forest Service Regions 5 and 6 and within the 17 National Forests associated
         with the NWFP area .................................................................................... 3-56

Table 3-12. Survey and Manage categories established by 2001 Amendment (USDA Forest Service and USDI BLM 2001).................................................................3-57
Table 3-13. Effects of alternatives on habitat/vegetation types................................................3-63
Table 3-14. Estimates of carbon stocks, density, and distribution across pools......................3-87
Table 3-15. Effects of disturbances on non-soil carbon for 1990-2011 ...................................3-89
Table 3-16. Action alternatives' implications for carbon storage (based on treatment/harvest estimates)..........................................................................3-93
Table 3-17. List of counties in the NWFP socioeconomic region by typology group ...........3-104
Table 3-18. Additional counties included in the economic contribution analysis..................3-104
Table 3-19. Population in NWFP socioeconomic region counties by state, 1980 to 2020......3-107
Table 3-20. Population by typology group, 1980 to 2020 ........................................................3-107
Table 3-21. Estimated annual employment and labor income by program area, 2021 ..........3-110
Table 3-22. Annual volume sold by national forest in the NWFP area, 1994 to 2023 (MMBF).............................................................................................................3-117
Table 3-23. Annual national forest visits in the NWFP area by forest ...................................3-132
Table 3-24. Outdoor recreation visitor spending and employment in the NWFP socioeconomic region counties in Oregon and Washington, 2019.......................3-135
Table 3-25. Case study communities in the NWFP 25-year socioeconomic monitoring report ...............................................................................................................3-136
Table 3-26. Socioeconomic trajectories of case study communities in the NWFP 25-year report ...............................................................................................................3-137

# List of Figures

Figure 1-1. Northwest Forest Plan area ...................................................................................1-2
Figure 3-1. Primary fire ecology groups used in Draft EIS analysis.......................................3-39
Figure 3-2. Acres of wildfires within the NWFP area, and northern spotted owl habitat ........3-40
Figure 3-3. Mean annual acres of disturbance within frequent-fire dependent ecosystems and historic or naturally occurring fire that would be expected (deficit) (Source: USDA Forest Service 2020).......................................................3-41
Figure 3-4. Air quality trends in Bend-Redmond......................................................................3-96
Figure 3-5. The NWFP social and economic monitoring area ...............................................3-103
Figure 3-6. Typology of counties in the NWFP socioeconomic region ..................................3-105
Figure 3-7. Population by typology group, 1980 to 2020........................................................3-108
Figure 3-8. Total covered employment and average annual wages, 1975 to 2023.................3-108
Figure 3-9. Timber harvest by ownership in the NWFP socioeconomic region, 1982 to 2022 .................................................................................................................3-111
Figure 3-10. Federal timber harvest by state in the NWFP socioeconomic region, 1985 to 2022.................................................................................................................3-112
Figure 3-11. State and private and total timber harvest in the NWFP socioeconomic region, 1994 to 2022 ............................................................................................3-113
Figure 3-12. Federal timber harvest by state in the NWFP socioeconomic region, 1994 to 2022..........................................................................................................3-113
Figure 3-13. Average annual timber harvest from federal lands by NWFP-socioeconomic-region county, 2013 to 2024 .......................................................3-114

Figure 3-14. NWFP PSQ and timber volume sold on NFS lands in the NWFP area by state, 1994 to 2023 ................................................................................... 3-116
Figure 3-15. Wood products employment and average annual wages, 1975 to 2023 ............. 3-119
Figure 3-16. Number of wood products facilities in California, 1968 to 2021 ...................... 3-123
Figure 3-17. Number of wood products facilities in Oregon, 1968 to 2017 ........................... 3-124
Figure 3-18. Number of wood products facilities in Washington, 1972 to 2016 ................... 3-124
Figure 3-19. Sawmill locations and disturbance restoration need by watershed .................... 3-127
Figure 3-20. Federal agency employment in the NWFP socioeconomic region by state, 1973 to 2017 ...................................................................................................... 3-129
Figure 3-21. Federal land payments by typology group, 1986 to 2023 ................................... 3-130
Figure 3-22. Leisure and hospitality employment and average annual wages, 1975 to 2023 ...................................................................................................................... 3-133
Figure 3-23. Social vulnerability in the NWFP-area counties, 1990 and 2017 ...................... 3-140

# List of Appendices

Appendix A.1:    Proposed Action
Appendix A.2:    Alternatives to the Proposed Action
Appendix B:      1994 Amendment Language Changes by Alternative
Appendix C:      Draft Biological Evaluation
Appendix D:      Current NWFP Survey and Manage Species List
Appendix E:      Draft Environmental Justice Assessment
Appendix F:      Glossary

# Acronyms and Abbreviations

| | |
|---|---|
| °F | degrees Fahrenheit |
| μg/m$^3$ | microgram per cubic meter |
| ACS | Aquatic Conservation Strategy |
| AMA | adaptive management area |
| APHIS | Animal and Plant Health Inspection Service |
| ASQ | allowable sale quantity |
| AW | administratively withdrawn |
| BA | Biological Assessment |
| BBER | Bureau of Business and Economic Research |
| BBF | billion board feet |
| BE | Biological Evaluation |
| BLM | Bureau of Land Management |
| CAA | Clean Air Act |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulations |
| CO | carbon monoxide |
| CR | congressionally reserved |
| DPS | distinct population segment |
| EIS | Environmental Impact Statement |
| EJ | environmental justice |
| E.O. | Executive Order |
| EPA | U.S. Environmental Protection Agency |
| ESA | Endangered Species Act |
| ESU | evolutionarily significant unit |
| FAC | Federal Advisory Committee |
| FEAST | Forest Economic Analysis Spreadsheet Tool |
| FIA | Forest Inventory and Analysis |
| FMP | Forest Management Plan |
| Forest Service | U.S. Department of Agriculture, Forest Service |
| FR | *Federal Register* |
| FSM | Forest Service Manual |
| GTAC | Geospatial Technology & Applications Center |
| HUD | housing unit density |
| IMPLAN | Impact Analysis for Planning |

| LSOG | late-successional old growth |
| LSR | Late-Successional Reserve |
| LUA | land use allocation |
| Mg/ha | megagram per hectare |
| MLSA | Managed Late-Successional Area |
| MMBF | million board feet |
| NAAQS | National Ambient Air Quality Standards |
| NAICS | North American Industrial Classification System |
| NEPA | National Environmental Policy Act |
| NFMA | National Forest Management Act |
| NFS | National Forest System |
| NMFS | National Marine Fisheries Service |
| $NO_2$ | nitrogen dioxide |
| NOGA | National Old-Growth Amendment |
| NOI | Notice of Intent |
| NVUM | National Visitor Use Monitoring |
| NWFP | Northwest Forest Plan |
| $O_3$ | ozone |
| O&C Act | Oregon and California Revested Railroad Lands Act |
| ODF | Oregon Department of Forestry |
| OGSI | old-growth structure index |
| OMB | Office of Budget Management |
| OSTP | Office of Science and Technology Policy |
| Pb | lead |
| PILT | Payments in Lieu of Taxes |
| PM | particulate matter |
| $PM_{2.5}$ | particulate matter smaller than 2.5 microns in diameter |
| $PM_{10}$ | particulate matter less than 10 microns in diameter |
| PMA | potential management approach |
| PSQ | probable sale quantity |
| QCEW | Quarterly Census of Employment and Wages |
| REO | Regional Ecosystem Office |
| RFSS | Regional Forester's Sensitive Species |
| ROD | Record of Decision |
| RR | Riparian Reserve |
| S&G | Standards and Guidelines |

| | |
|---|---|
| S&M | Survey and Manage |
| SCC | Species of Conservation Concern |
| SIC | Standard Industrial Classification |
| $SO_2$ | sulfur dioxide |
| SRS | Secure Rural Schools and Community Self-Determination Act of 2000 |
| STEM | science, technology, engineering, and math |
| T&E | federally listed threatened, endangered, proposed, and select candidate species |
| Tg | teragram |
| U.S.C. | United States Code |
| USDA | U.S. Department of Agriculture |
| USFWS | U.S. Fish and Wildlife Service |
| Wagon Road | Coos Bay Wagon Road |
| WDNR | Washington Department of Natural Resources |

This page intentionally left blank

# CHAPTER 1. INTRODUCTION / PURPOSE AND NEED FOR ACTION

The United States Department of Agriculture (USDA) Forest Service prepared this draft Environmental Impact Statement (EIS) in compliance with the National Environmental Policy Act (NEPA)[4] and other relevant federal laws and regulations. This Draft EIS discloses the potential environmental consequences that may result from the alternatives considered for a proposed amendment to the 1994 *Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents within the Range of the Northern Spotted Owl* (USDA Forest Service 1994a), and attachment A, *Standards and Guidelines for Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl*, as amended (USDA Forest Service 1994b), to 17 national forest land management plans or portions thereof, hereafter referred to as the 1994 Northwest Forest Plan (NWFP). Supporting documents are available on the internet at https://www.fs.usda.gov/project/?project=64745.

## 1.1   Background

On April 3, 1994, the Secretaries of Agriculture and Interior approved the 1994 NWFP, which amended land management plans for 17 national forests, and resource management plans for lands managed by the Bureau of Land Management (BLM) within the range of the northern spotted owl (*Strix occidentalis caurina*) in California, Oregon, and Washington, and commonly referred to as the NWFP planning area; however, for this proposed amendment we have focused proposed activities on National Forest System (NFS) lands only, and have defined it as the NWFP area (Figure 1-1). The 1994 NWFP provided management direction that was intended to conserve late-successional and old-growth forest ecosystems and associated species, including the northern spotted owl, marbled murrelet (*Brachyramphus marmoratus*), and threatened and endangered at-risk anadromous fish, while providing a sustainable supply of timber and non-timber products to support and stabilize local and regional economies. The 1994 NWFP included objectives to conserve late successional and old-growth forest habitats; an Aquatic Conservation Strategy (ACS) to protect and restore aquatic habitat and watersheds; land allocations with associated management standards and guidelines; and Survey and Manage (S&M) standards and guidelines intended to provide a reasonable assurance of the persistence of rare and little-known species thought to be associated with mature and old growth forests in the NWFP area. The 1994 NWFP also implemented a robust monitoring program that continues today.

---

[4] This EIS will follow the NEPA regulations of April 20, 2022 (87 *Federal Register* [FR] 23453) since the Notice of Intent for the NWFP Amendment was published on December 18, 2023 (88 FR 87393) prior to the latest NEPA implementing regulations of May 2, 2024 (89 FR 35554). Citations to the NEPA regulations will utilize the April 2022 version.



**Figure 1-1. Northwest Forest Plan area**

For 30 years, federal agencies have worked together and with partners to implement the NWFP to protect the long-term health of federally managed forests in California, Oregon, and Washington within the range of the northern spotted owl. In many cases, the land management plans within the NWFP area are delivering effective, landscape-scale management, achieving community benefits and moving toward long-term desired ecological conditions by maintaining vegetation conditions that support northern spotted owl and marbled murrelet, protecting mature and old-growth forests, and retaining and improving habitat for aquatic and riparian-associated organisms. While important progress has been made, changed ecological and social conditions are challenging the effectiveness of the 1994 NWFP. In recent years, large, high-severity wildland fires have resulted in losses of mature and old-growth forests, eliminating gains achieved in the first 25 years of implementation of the 1994 NWFP. Communities surrounding these forests have experienced degraded air quality due to the smoke from frequent wildland fires. Research on climate change and on the effects of past forest and fire management indicates that large wildland fires and other disturbances, with impacts to mature and old-growth forests and associated northern spotted owl habitat, will increase in frequency and extent in both the wetter (e.g., western Cascades) and drier (e.g., eastern Cascades, Klamath province) portions of forests within the NWFP area (Spies et al. 2018).

Furthermore, Tribes were not included in the development of the 1994 NWFP. The Forest Service seeks to uphold its trust responsibility to Tribes through honoring treaty and other protected tribal rights. Fully engaging with Tribes in addressing the challenges faced in the NWFP area is critical to successful implementation of the plan and management of natural resources.

In addition, multiple plant and wildlife species have been federally listed and critical habitat has been designated over the past two decades (see *Issue 4 – Biological Resources*). New information and direction, since publication of the 1994 NWFP, also includes the U.S. Fish and Wildlife Service (USFWS) 2011 recovery plan for the northern spotted owl, the USFWS' 2012 critical habitat designation for the northern spotted owl and the 2021 revision of that critical habitat designation, National Marine Fisheries Service (NMFS) recovery plans for Endangered Species Act (ESA)-listed fish that reside in the NWFP area[5], the 2012 Planning Rule (36 Code of Federal Regulations [CFR] 219), the 2021 Executive Order (E.O.) 14008 (i.e., "Tackling the Climate Crisis at Home and Abroad"),[6] the 2022 E.O. 14072 (i.e., "Strengthening the Nation's Forests, Communities, and Local Economies"),[7] the Synthesis of Science to Inform Land Management Within the Northwest Forest Plan Area (Spies et al. 2018), the Bioregional Assessment of Northwest Forests (USDA Forest Service 2020), and the Supplemental Report to the Bioregional Assessment of Northwest Forests (USDA Forest Service 2021), among many others.

As a result, the Forest Service is proposing to amend land management plans within the 1994 NWFP area to address current conditions and new information; to improve resistance and

---

[5] Hood Canal Coordinating Council 2005; NOAA Fisheries 2007a, 2007b, 2009a, 2009b, 2011, 2012a, 2012b, 2013a, 2013b, 2014a, 2014b, 2015, 2016a, 2016b, 2017a, 2017b, 2019; Upper Columbia Salmon Recovery Board 2007
[6] Exec. Order. No. 14008, 86 Fed. Reg. 14008 (January 27, 2021), https://www.govinfo.gov/content/pkg/FR-2021-02-01/pdf/2021-02177.pdf
[7] Exec. Order. No. 14072, 87 Fed. Reg. 14072 (April 22, 2022), https://www.govinfo.gov/content/pkg/FR-2022-04-27/pdf/2022-09138.pdf

resilience to wildfire where needed across the NWFP area; support adaptation to and mitigation of climate change in the NWFP area; address management needs of mature and old-growth forests with related ecosystem improvement; and contribute predictable supplies of timber and nontimber products to support economic sustainability in communities affected by forest management in the NWFP area. The proposed amendment also addresses environmental justice[8] concerns and ensures tribal inclusion in developing and implementing plan direction in the 1994 NWFP.

The proposed amendment is programmatic in nature and is intended to guide development of future site-specific actions on NFS lands within the NWFP area but would not authorize any specific project or activity in and of itself. When a specific project or activity is proposed on NFS land, the Forest Service would conduct a site-specific analysis under NEPA. The project or activity would also have to comply with the proposed amendment and underlying land management plans.

The NWFP area covers approximately 24.5 million acres of federally managed lands in western Oregon, Washington, and northwestern California. It includes approximately 19.7 million acres of national forests, 2.7 million acres of BLM-administered lands, 2.2 million acres of national parks, as well as 165,000 acres National Wildlife Refuges and Department of Defense Lands. The proposed amendment addressed in this EIS would apply to those national forest units, or parts thereof, with land management plans amended in 1994 by the NWFP or with land management plans developed later to include provisions of the NWFP. National forest units in the Pacific Northwest Region (Region 6) include portions of Deschutes National Forest, portions of Fremont-Winema National Forest, Gifford Pinchot National Forest, Mt. Baker-Snoqualmie National Forest, Mt. Hood National Forest, Okanogan-Wenatchee National Forest, Olympic National Forest, Rogue River-Siskiyou National Forest, Siuslaw National Forest, Umpqua National Forest, and Willamette National Forest. National forest units in the Pacific Southwest Region (Region 5) include the Klamath National Forest and Butte Valley National Grassland, portions of Lassen National Forest, Mendocino National Forest, portions of Modoc National Forest, Six Rivers National Forest, and Shasta-Trinity National Forest.

## 1.2   Purpose and Need

The National Forest Management Act (NFMA) (16 United States Code [U.S.C.] §1604(f)(4)) states that plans shall be amended in any matter whatsoever after public notice, and, if such amendment would result in a significant change in a plan, the plan must be amended in accordance with the requirements of 16 U.S.C. 1604(e) and (f) and public involvement required by 16 U.S.C. 1604(d). Similarly, as part of the NEPA process, the responsible official must determine whether the significance of the proposed amendment's impact on the environment would require an environmental impact statement.

### 1.2.1   Purpose

The purpose of the Proposed Action is to amend the 1994 NWFP to establish new or modify existing plan components for 17 affected national forests to better enable the agency to meet the

---

[8] Environmental justice means the just treatment and meaningful involvement of all people, regardless of income, race, color, national origin, Tribal affiliation, or disability, in agency decision-making and other Federal activities that affect human health and the environment (E.O. 14096).

original intent of the 1994 NWFP to conserve mature and old-growth ecosystems and habitat for the conservation of northern spotted owl and other ESA listed and non-listed species, protect riparian areas and waters, and provide a sustainable supply of timber and non-timber forest products. Amending the NWFP would provide an opportunity for the Forest Service to incorporate findings from the Bioregional Assessment; the Synthesis of Science and supplements, which identify changed conditions across the NWFP area since it was approved in 1994; and new information relevant to the NWFP including monitoring reports.

## 1.2.2   Need

This process is driven by evolving ecological understandings and the need for the Forest Service to adapt their management strategies to current and future challenges. The preliminary need to amend the NWFP described in the Notice of Intent focused on five interrelated topic areas:

- Improving wildfire resistance and resilience across the NWFP area

- Strengthening the capacity of NWFP ecosystems to adapt to the ongoing effects of climate change

- Improving conservation and recruitment of mature and old-growth forest conditions, ensuring adequate habitat for species dependent upon mature and old-growth ecosystems and supporting regional biodiversity

- Incorporating Indigenous Knowledge into planning, project design, and implementation to achieve forest management goals and meet the agency's general trust responsibilities

- Providing a predictable supply of timber and non-timber products and other economic opportunities to support the long-term sustainability of communities located proximate to NFS lands and economically connected to forest resources

## 1.3   Decision Framework

The Responsible Officials for this amendment are the Regional Foresters of the Pacific Northwest Region and the Pacific Southwest Region. The Responsible Officials will decide whether to select the proposed action, another alternative, or a combination of elements from the proposed action and alternatives. The decision to be made includes whether to amend 17 land management plans and involves a choice among the four alternatives analyzed in detail in this EIS as follows:

- **Alternative A (No Action)**: The 1994 NWFP would not be amended, and the 17 affected national forests would continue to be managed in accordance with the plan direction in their existing land management plan amended by the 1994 NWFP or land management plan subsequently developed to include provisions of the 1994 NWFP.

- **Alternative B (Proposed Action):** Developed from the preliminary description in the Notice of Intent and is strongly influenced by the final recommendations provided by the Federal Advisory Committee (FAC; see Section 1.4). This alternative provides new or modified direction, and in some cases replaces 1994 NWFP direction.

- **Alternative C:** Developed in response to comments (see Section 1.5) that recommended that the Forest Service place more emphasis on natural processes for forest management.

- **Alternative D:** Developed in response to comments (see Section 1.5) that recommended that the Forest Service establish more flexibility for forest restoration and wildfire risk reduction treatments, and increased predictability of timber outputs. This alternative also responds to comments and recommendations to provide additional opportunities for tribal stewardship and use, including within moist forest Late-Successional Reserves (LSR).

## 1.3.1   Substantive Provisions of the 2012 Planning Rule

When proposing a Forest Plan amendment, the 2012 Planning Rule at 36 CFR 219.13(b)(2) requires the responsible official(s) to identify which substantive requirements of 36 CFR 219.8-219.11 are likely to be directly related to the amendment and displayed in the "Notice of Intent to Prepare a Plan Amendment." Whether a Planning Rule provision is directly related to an amendment is determined by any one of the following: the purpose for the amendment, a beneficial effect of the amendment, a substantive adverse effect of the amendment, or a lessening of plan protections by the amendment (36 CFR 219.13(b)(5). Based on those criteria, the Forest Service has determined the proposed amendment is directly related to the following ten substantive requirements:

- 36 CFR 219.8(a)(l) – *ecosystem integrity, sustainability*, based on purpose and beneficial effects

- 36 CFR 219.8(b) – *social and economic sustainability*, based on purpose and beneficial effects

- 36 CFR 219.9(a)(1) – *ecosystem integrity, diversity of plant and animal communities*, based on purpose and beneficial effects

- 36 CFR 219.9(a)(2) – *ecosystem diversity, diversity of plant and animal communities*, based on purpose and beneficial effects

- 36 CFR 219.9(b) – *additional, species-specific plan components to contribute to the recovery of federally listed species*[9], based on purpose and beneficial effects

- 36 CFR 219.10 (a)(5) – *habitat conditions, subject to the requirements of § 219.9, for wildlife, fish, and plants commonly enjoyed and used by the public; for hunting, fishing, trapping, gathering, observing, subsistence, and other activities (in collaboration with federally recognized Tribes, Alaska Native Corporations, other federal agencies, and state and local governments)*, based on purpose and beneficial effects

- 36 CFR 219.10 (a)(8) – *system drivers, including dominant ecological processes, disturbance regimes, and stressors, such as natural succession, wildland fire, invasive species, and climate change; and the ability of the terrestrial and aquatic ecosystems on the plan area to adapt to change (§ 219.8)*, based on purpose and beneficial effects

- 36 CFR 219.10 (b)(l)(iii) – *management of areas of tribal importance*, based on purpose and beneficial effects

- 36 CFR 219.11(b) – *timber harvest for purposes of timber production*, based on purpose[6]

---

[9] This provision was added based on further consideration after publication of the NOI.

- 36 CFR 219.ll(c) – *timber harvest for purposes other than timber production*, based on purpose

No additional substantive requirements were determined to be directly related based on purpose or effects of the amendment, beneficial or adverse.

### 1.3.1.1    *Species of Conservation Concern*

The substantive provision at 36 CFR 219.9(b) requires ecosystem and, in some cases, species-specific plan components that "contribute to the recovery of federally listed threatened and endangered species, conserve proposed and candidate species, and maintain a viable population of each species of conservation concern within the plan area." Furthermore, for land management plans developed under older regulations (i.e., 1982 Planning Regulations) 36 CFR 219.13.(b)(6) states "For an amendment to a plan developed or revised under a prior planning regulation, if species of conservation concern (SCC) have not been identified for the plan area and if scoping or NEPA effects analysis for the proposed amendment reveals substantial adverse impacts to a specific species, or if the proposed amendment would substantially lessen protections for a specific species, the responsible official must determine whether such species is a potential SCC, and if so, apply section § 219.9(b) with respect to that species as if it were an SCC."

The proposed plan amendment is designed to increase ecological integrity and better adapt to the effects of climate change. An overall benefit to species diversity and resilience is therefore anticipated. The amendment does not include changes that would substantially lessen species-specific protections within existing plans and allows for the consideration of the needs for all species at the project-planning level and subsequent NEPA analysis completed by the local unit. Although individuals or populations of some species in the plan area may be adversely affected in the short term during individual project implementation, we do not anticipate a substantial adverse impact to a species or population because of the proposed amendment. Lacking either substantial adverse impacts to a specific species or substantial reductions in species-specific protections, no further consideration of SCC is warranted.

Under the 2012 Planning Rule (36 CFR 219), when each unit within the NWFP area undergoes forest-level land management plan revision, SCC will be identified and plan components developed to provide ecological conditions to support the persistence of these species. During the future process of identifying SCCs, species currently on the Regional Forester's Sensitive Species (RFSS) and S&M lists, among others, would be evaluated to determine whether they meet the criteria to be identified as SCC. For the purposes of this proposed amendment, regulations and policy for RFSS and S&M are retained.

## 1.4   Federal Advisory Committee

A FAC was established by the Secretary of Agriculture as part of the effort to amend the 1994 NWFP. The purpose of the FAC is to bring together diverse perspectives representing the experiences of communities, experts, Tribes, and other interested parties across the NWFP landscape to inform ways that forest management can effectively conserve key resources while considering social, ecological, and economic conditions and needs.

The Advisory Committee Charter for the FAC was approved in December 2022 and provides an overall framework for the committee's functions. The Committee was asked to perform the following duties or fulfill other requests made by the Secretary of Agriculture or the Chief of the Forest Service by offering recommendations on:

- Planning options that complement the national Wildfire Crisis Strategy to assist the Forest Service transition to greater proactive wildfire risk reduction and related vegetation management.

- Approaches to address the dynamic nature of ecosystems, utilize adaptive management, monitoring, and integration of future uncertainty into land management planning.

- Application of the best available science regarding the following primary issues: (a) the ecological importance of mature and old-growth forests; (b) climate change, fire, and associated disturbance processes; (c) terrestrial and aquatic reserved land use allocations and the relationship between the two; (d) the climatic diversity of forests encompassed by the NWFP area; and (e) habitat connectivity at multiple scales in light of changed conditions.

- Incorporation of traditional ecological knowledge and indigenous perspectives and values into federal forest planning and management.

- Communication tools and strategies to: (a) help provide greater understanding of landscape or programmatic level planning options and requirements and (b) enhance outreach efforts, public engagement, meaningful tribal consultation and participation, targeted outreach to underserved communities, and stakeholder collaboration within the scope of the Committee.

- Issuing preliminary discrete recommendations in sequence with Forest Service NWFP planning timelines.

The FAC met several times across California (Weaverville), Oregon (Eugene and Portland), and Washington (Seattle, Olympia, and Stevenson). These meetings were open to the public and some were also livestreamed. In July 2024, the FAC provided the Forest Service with unanimously approved recommendations (https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd1188978.pdf) for how they propose land management plans within the NWFP area can be amended to provide for a consistent approach to conserving key resources across the entire NWFP area while allowing for deviations where appropriate given local social, ecological, and economic conditions and needs.

## 1.5   Public Engagement and Scoping

The FAC does not replace the public involvement process or the public's opportunity to engage directly with the Forest Service regarding amendment efforts of the 1994 NWFP during the planning process.

The Forest Service published a Notice of Intent to prepare an EIS for the Forest Plan Amendment for Planning and Management of Northwest Forests Within the Range of the Northern Spotted Owl in *Federal Register* on December 18, 2023. The Notice of Intent initiated a scoping period that ended on February 2, 2024. During the scoping period, the Forest Service conducted four virtual public meetings between January 17 and January 25, 2024. The purpose of the presentations was to inform the public about the proposed amendment and how the public can participate and provide comments. The presentation slideshow as well as

recordings of these virtual webinars are available online at:
https://www.fs.usda.gov/detail/r6/landmanagement/planning/?cid=fseprd1164267. An additional
virtual open house was held on February 8, 2024.

Over 9,000 written responses were received during the scoping period. Most of the responses
included form letters; however, about 1,600 letters were received that included unique content.
Each of these comments were reviewed and a scoping comment summary report
(https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd1182348.pdf) was prepared to
inform the development of the Draft EIS. Comments are available for review in the public
reading room (https://cara.fs2c.usda.gov/Public//ReadingRoom?Project=64745)

## 1.6   Tribal Inclusion

Forest Service policy requires that all Forest Service offices, units, and staff provide an
opportunity for Tribes and Alaska Native Corporations to participate in the development and
delivery of policies, programs, projects, plans, and other actions to the greatest extent practicable
and consistent with applicable law. The Forest Service commits to managing federal lands in a
manner that seeks to protect the treaty, religious, subsistence, and cultural interests of federally
recognized Indian Tribes, while expanding application of Indigenous Knowledge (see Section
3.2, *Issue 1 – Incorporation of Indigenous Knowledge and Increased Tribal Inclusion*, which
expands on recent USDA and Forest Service policy and guidance on Indigenous Knowledge and
tribal inclusion).

To ensure federal trust responsibilities to Tribes are met throughout the decision-making process,
the NWFP amendment is addressing the need for tribal inclusion in both the amendment and the
forest plans to which the amendment will apply. There is a recognized need to create a
framework for improving relationships between Tribes and the Forest Service, and to include
tribal leaders and staff in the amendment development process.

The Forest Service has sought to use the amendment drafting process to model a more inclusive
effort and to build better relationships with tribal staff. Webinars were offered at each major
stage of the planning process to provide key information and updates specific to tribal staff and
leaders. Three in-person tribal roundtables were held, co-hosted with Tribes in tribal spaces, to
hear input from tribal leaders, staff and community members. The Forest Service gave
presentations to intertribal organizations upon request. In addition, two tribal staff were invited
and participated on the interdisciplinary plan development team.

The input gathered from letters and roundtables directly influenced the FAC recommendations
and the Forest Service action alternatives. Tribal input has been incorporated across all the issue
areas of the amendment identified in the Notice of Intent. New tribal inclusion sections of the
amendment were written to focus on improving relationships and the process for tribal inclusion,
including sections on Access and Gathering, Co-Stewardship, Indigenous Knowledge, Treaty
and Protected Tribal Rights, Awareness and Coordination, and Workforce. Tribes have
expressed interest in being part of developing national Forest Service land management plans
and projects, moving beyond formal consultation invitations toward tribal staff involvement in
actual plan and project development processes.

In addition to informing plan content on process and relationships with Tribes, tribal comments helped inform new direction for land management, including sections of the amendment on Biodiversity, Tribal Forest Stewardship, and Fire Resilience.

By encouraging staff-to-staff coordination and collaboration at every stage of the process, Indigenous Knowledge has been integrated in the development of all NWFP action alternatives.

## 1.7   Cooperating Agencies

The following entities are identified as Cooperating Agencies:

- BLM
- U.S. Environmental Protection Agency (EPA)
- Washington State Department of Natural Resources
- Oregon Department of Forestry

## 1.8   Internal Feedback

In early 2024, the Forest Service conducted an internal survey to solicit information from Forest Service staff about their experience working with the NWFP and perspectives on how it can be amended to meet contemporary management challenges (USDA Forest Service 2024g). Survey questions invited participants to share ideas for amending plan components for each of the five topics identified in the Notice of Intent. Themes that emerged from this effort included: active management, adaptive management, LUAs, Late Successional Reserve Assessments, aquatic conservation, survey and manage, northern spotted owl recovery, and recreation.

## 1.9   Issues

The regulations implementing NEPA (40 CFR 1501.2) require federal agencies to develop and evaluate alternatives to recommended courses of action in any proposal that involves unresolved conflict concerning alternative uses of available resources. Using the public scoping comments and tribal input received as well as input from the NWFP FAC, a list of significant issues and nonsignificant issues was developed. Nonsignificant issues are identified as those: (1) outside the scope of the proposed action; (2) already addressed by law, regulation, the proposed action, or other higher-level decision; (3) irrelevant to the decision to be made; or (4) conjectural and not supported by scientific or factual evidence. Significant issues raised were determined to require detailed analysis in this EIS if an analysis of the issue is necessary to make a reasoned choice between alternatives or if an analysis is necessary to determine the significance of potential impacts. Significant issues were also used to develop alternatives. The following significant issues were identified related to the proposed amendment and were carried forward throughout the analysis found in this Draft EIS.

- **Issue 1 –Incorporation of Indigenous Knowledge and Increase Tribal Engagement:**  To what degree would the proposed alternatives incorporate tribal engagement and consideration of Indigenous Knowledge into planning, designing, and implementing forest management practices?

- **Issue 2 – Forest Stewardship:** To what degree would the proposed alternatives provide for a holistic and balanced approach of managing for mature and old-growth ecosystems while providing a predictable supply of timber and non-timber products?

- **Issue 3 – Fire Resistance and Resilience:** What effects would the proposed alternatives have on the wildfire resistance and resilience of ecosystems within the NWFP area?

- **Issue 4 – Biological Resources:** What effects would the proposed alternatives have on biological resources within the NWFP area?

- **Issue 5 – Climate Change:** What effects would climate change have on the NWFP area and the resulting management needs in the area? What effects would the proposed alternatives have on climate change?

- **Issue 6 – Air Quality:** What effects would the proposed alternatives have on the air quality within the NWFP area?

- **Issue 7 – Sustainability of Regional Communities:** To what degree would the proposed alternatives affect the long-term sustainability of regional communities, with an emphasis on those communities that are culturally and economically connected to forest resources?

## 1.10 Other Resources Considered or Dismissed

Some issues and proposed alternatives raised during scoping were not addressed within this EIS. To narrow the scope of the analysis, NEPA regulations recommend that agencies identify and eliminate from study those issues that are not significant or that have been covered by prior environmental review. Reasons for eliminating issues from analysis include the following:

- General opinions or position statements not specific to the proposed action

- Items addressed by other laws, regulations, or policies

- Proposed alternatives that do not meet the purpose and the need of the effort

- Items not relevant to the potential effects of the proposed action, or otherwise outside the scope of the EIS and decision framework

Issues and alternatives that fall into one or more of the above criteria are not addressed in this EIS. However, additional issues were raised that did not fall into the above criteria, but were determined not to require detailed analysis in the EIS (i.e., are not addressed in Chapter 3) because a detailed analysis was not necessary to make a reasoned choice between alternatives or to determine the significance of potential impacts. These issues, as well as a brief discussion of the issue/resource and why it is not addressed in detail in Chapter 3, are provided below:

- **What effects would the proposed alternatives have on heritage resources within the NWFP area?** Heritage resources exist within the NWFP area and may be affected by activities authorized by the proposed amendment. However, the NWFP is guidance for forests and does not authorize project-specific actions. Specific actions that could cause potential impacts to these resources as a result of project/treatment-specific actions will be managed on a project/treatment-specific level, and would be required to follow Section 106 of the National Historic Preservation Act and the Forest Service handbook (USDA Forest Service 2015). Project/treatment-specific NEPA assessments may be needed on a

project/treatment-specific basis, depending on the scope of the actions potential to affect heritage resources. Therefore, this topic was dismissed from further analysis.

– Note that the incorporation of Indigenous Knowledge into forest management practices is addressed in detail in Section 3.2, *Issue 1 – Incorporation of Indigenous Knowledge and Increased Tribal Inclusion*, of this document.

▪ **What Effects Would the Proposed Alternatives have on the Use of Recreation Areas within the NWFP Area?** The proposed amendment may affect the use of recreation areas within the NWFP area. Management activities, including prescribed burns, treatments, and forest thinning, may temporarily prevent public access to a recreational resource (for the duration of the treatment) or change the structure or quality of recreation areas within the NWFP area. However, the scope, extent, and location of these effects cannot be determined at this time, and a project/treatment specific evaluation would be required for impacts to individual recreation areas. Therefore, this topic was dismissed from further analysis.

– Note that Section 3.8, *Issue 7 – Sustainability of Regional Communities*, discusses the social and economic contribution of recreation to local and regional communities.

▪ **What Effects Would the Proposed Alternatives have on the Forest Service Transportation Network and Roads within the NWFP Area?** It is possible that the forest road networks could be affected by project/treatment-specific actions authorized by the proposed amendment. Potential effects to this resource may include the creation of new roads for logging, impacts to existing roads due to management activities, or construction or alteration of forest roads due to forest thinning or prescribed burns. However, the scope, extent, and location of these effects cannot be determined at this time, and a project/treatment specific evaluation would be required for impacts to individual roads or road networks. As a result, this topic was dismissed from further analysis.

▪ **What Effects Would the Proposed Alternatives have on Water Resources Within the NWFP Area?** The activities authorized by the proposed amendment may affect water quality and quantity. However, impacts to water resources would not be expected to change under the Proposed Action and action alternatives because the proposed amendment does not modify the framework of the ACS. Due to the site-specific nature of assessing the potential impacts on water resources, this topic was dismissed from further analysis.

▪ **What Effects Would the Proposed Alternatives have on Wetlands within the NWFP Area?** E.O. 11990 requires wetlands protection by mandating federal agencies to avoid adverse impacts to wetlands if possible and practicable. This mandate covers the activities authorized by the proposed amendment. The identification of wetlands, potential effects, and protective best management practices for those wetlands would be implemented using a site-level assessment for each project/treatment, and not a programmatic level. Due to the site-specific nature of assessing the potential impacts on wetlands, this topic was dismissed from further analysis.

## 1.11 Incorporation by Reference

To focus on the issues and streamline this Draft EIS, the documents incorporated by reference include, but are not limited to, the following:

- **The Land and Resource Management Plans (land management plans) for the 17 affected national forests.**
  The NFMA requires the Forest Service to develop land management plans to guide management of all national forests, grasslands, and prairies that comprise the National Forest System. The incorporated land management plans, as amended, or portions thereof, specific to the NWFP area include:

  – Pacific Northwest Region (Region 6)
    o Deschutes National Forest
    o Fremont-Winema National Forest
    o Gifford Pinchot National Forest (includes portions of Columbia Gorge National Scenic Area)
    o Mt. Baker-Snoqualmie National Forest
    o Mt. Hood National Forest (includes portions of Columbia Gorge National Scenic Area)
    o Okanogan-Wenatchee National Forest
    o Olympic National Forest
    o Rogue River-Siskiyou National Forest
    o Siuslaw National Forest
    o Umpqua National Forest
    o Willamette National Forest

  – Pacific Southwest Region (Region 5)
    o Klamath National Forest and Butte Valley National Grassland
    o Lassen National Forest
    o Mendocino National Forest
    o Modoc National Forest
    o Six Rivers National Forest
    o Shasta-Trinity National Forest

- Record of Decision and Standards and Guidelines for Amendments to the Survey and Manage, Protection Buffer, and other Mitigation Measures Standards and Guidelines (USDA Forest Service 2001)
- Synthesis of Science to Inform Land Management Within the Northwest Forest Plan Area (Spies et al. 2018.)
- Bioregional Assessment of Northwest Forests (USDA Forest Service 2020)
- Supplemental Report to the Bioregional Assessment of Northwest Forests (USDA Forest Service 2021)
- The 2021 E.O. 14008 (Tackling the Climate Crisis at Home and Abroad)
- The 2022 E.O. 14072 (Strengthening the Nation's Forests, Communities, and Local Economies)

- The USFWS 2011 Revised Recovery Plan for the Northern Spotted Owl (USFWS 2011)
- The USFWS 2012 critical habitat designation for the northern spotted owl (USFWS 2012) and the 2021 revision of that critical habitat designation (USFWS 2021)
- Administrative Record for this Draft EIS
- Broad-Scale Effectiveness Monitoring Modules and Reports including:
  - Aquatic and Riparian Effectiveness Monitoring (Reeves et al. 2004)
  - Late-Successional and Old-Growth Forest Monitoring (Hemstrom et al. 1998)
  - Northern Spotted Owl Population and Habitat Monitoring (Lint et al. 1999)
  - Marbled Murrelet Population and Habitat Monitoring (Madsen et al. 1999)
  - Tribal Relationship Monitoring (Case-Scott and Lynn 2021)
  - Socioeconomic Monitoring (Grinspoon et al. 2016)

# 1.12 Scope and Applicability

Scope is the extent of actions and impacts which are considered relevant in this Draft EIS. Applicability is the lands subject to this Draft EIS. This section explains what is and is not included in this Draft EIS, and defines which lands are affected by the proposed amendment.

## 1.12.1 Scope of the EIS

The scope of this EIS consists of the range of actions, alternatives, and impacts that are considered relevant to the Proposed Action. The purpose of this analysis is to disclose the relevant environmental impacts associated with each of the alternatives so the Regional Foresters of the Pacific Northwest Region and the Pacific Southwest Region can make an informed decision. This analysis is a programmatic review which the Council on Environmental Quality (CEQ) defines as any broad or high-level NEPA review of proposed policies, plans, programs, or projects for which subsequent actions will be implemented based on site- or project-specific NEPA review at the time the action is proposed. The proposed amendment to the 1994 NWFP establishes guidance for project-level decisions for the NFS lands and does not make any site- or project-specific decisions on any activities.

CEQ regulations require an agency, when evaluating reasonably foreseeable significant adverse effects of a proposed action, to obtain incomplete or unavailable information when such information is essential to making a reasoned choice among alternatives, or to explain why such information cannot be obtained (40 CFR 1502.21)[10]. The proposed NWFP amendment does not authorize or make any project-level decisions; therefore, the extent and location of project-specific ground-based disturbances (e.g., restoration treatments, prescribed burning, cultural burning, timber harvest, and road construction/reconstruction activities) are not known, nor is it possible to obtain this information at this time.

The 2014 CEQ guidance on programmatic reviews states that one of the purposes of programmatic reviews is to provide greater efficiencies to federal agencies in complying with

---

[10] 40 CFR 1500-1508 as of the date of publication of the NOI (December 18, 2023).

NEPA. While environmental impacts should be disclosed as soon as information is reasonably available and at the earliest practicable stage, it is not reasonable or efficient to develop numerous project-level scenarios, nor is the public served by developing worst-case or hypothetical activity scenarios. It is more reasonable and efficient to limit detailed site-specific impact analyses to when specific proposals are brought before the agency.

The 2012 Planning Rule (36 CFR 219) gives the responsible officials the discretion, within the framework of the rule's requirements, to tailor the scope and scale of an amendment to reflect the need to change the plan (81 *Federal Register* [FR] 90725). The 2012 Planning Rule at 36 CFR § 219.13(a) states that "… [t]he responsible official has the discretion to determine whether and how to amend the plan and to determine the scope and scale of any amendment." For this amendment, the scope of the amendment is limited to the plan components developed in the 1994 NWFP effort that are related to the five needs identified in Section 1.2.2. The scale of the amendment is limited to the 24.5 million acres of federal lands in the 17 Forest Service administrative units identified in Section 1.1.

## 1.12.2 Applicability

The lands subject to this amendment are those portions of NFS lands that had land management plans amended in 1994 by the NWFP or with land management plans developed later to include provisions of the NWFP. National forest units to which the proposed amendment would be applicable are identified in Section 1.1.

This page intentionally left blank

# CHAPTER 2. ALTERNATIVES

## 2.1   Introduction

This chapter describes and compares the alternatives considered by the responsible official for the proposed amendment to 17 land management plans within the 1994 NWFP area. It includes a discussion of how the alternatives were developed in response to the issues raised (see Section 1.9), a description and comparison of the various alternatives considered, and a disclosure of alternatives that were not considered in detail. The alternatives are presented in comparative form by displaying the quantitative and qualitative differences between each alternative. The intent is to provide the public and decision maker a clear basis for choice among management options when considering the potential environmental consequences of each of the alternatives, as disclosed in Chapter 3.

The proposed amendment and alternatives are based on the purpose and need identified in the Notice of Intent and described in Section 1.3. All reasonable alternatives to the Proposed Action must meet the purpose and need and address one or more of the issues identified in Section 1.9. All action alternatives have been designed to be consistent with the substantive requirements of the 2012 Planning Rule and associated directives, emphasize adaptive management, and use best available scientific information to inform their development. The alternatives present represent a range of possible management options for consideration. Information presented here and in Chapter 3 provide the basis from which to evaluate the comparative merits of the alternatives. Alternative A (No Action Alternative) reflects the 1994 NWFP. Alternative B (Proposed Action) was developed from the preliminary description in the Notice of Intent and is strongly influenced by the final recommendations of the FAC. Development of Alternatives C and D was driven by issues identified during internal and external scoping, tribal engagement, and subject matter expert panel input as described in Chapter 1. Quantitative values found in this section, such as acres or volumes, are approximate due to the broad scale of the data used.

The Responsible Officials have not identified a preferred alternative. Comments received on the Draft EIS will assist in developing a preferred alternative and finalizing the analysis presented in the Final EIS, in compliance with NEPA.

## 2.2   Tribal Inclusion in the Development of 2024 NWFP Alternatives

Drawing from the findings in the studies cited above and recent Forest Service commitments to advancing tribal inclusion, the Forest Service sought to engage in a more comprehensive consultation and co-development planning process for the NWFP. Many Tribes directly asked to be included from the beginning stages of NWFP development, rather than solely commenting on a draft plan.

Thus, the NWFP amendment drafting process included tribal feedback from the start and created opportunities for tribal and Forest Service staff to work together. For each planning and NEPA benchmark, a formal letter was sent to tribal leaders and a webinar was hosted for tribal staff and leadership to provide more background information for the letter. The first letter asked Tribes what needed to change to help inform the plan direction and invited Tribes into formal

consultation. The second letter shared with Tribes that the Notice of Intent had been published and invited tribal staff to participate in the plan development as well as formal consultation.

During the plan development phase, three in-person tribal roundtables were held to gather feedback from Tribes. "What We've Heard from Tribes" documents produced by the Forest Service summarized feedback given at meetings and from letters. The documents were sent to meeting attendees to ensure feedback was captured correctly, and subsequently shared with all NWFP Tribes who were unable to attend. FAC members, which included tribal representatives, attended all tribal engagement activities and developed their recommendations in consideration of comments and concerns raised during the tribal engagement process. In addition, tribal staff members were part of developing the Plan Amendment.

Overall, 39 federally recognized Tribes and 8 non-federally recognized Tribes have participated from September 2023 through August 2024. In addition, four presentations to intertribal groups were given over the course of the plan development process.

## 2.3    Alternatives Considered in Detail

The Forest Service developed four alternatives that are assessed in detail: the No Action Alternative (Alternative A), the Proposed Action (Alternative B), and two additional action alternatives (Alternatives C and D). Note that the three action alternatives (Alternatives B, C, and D) would add to, modify, and in some cases replace management direction of the 1994 NWFP.

### 2.3.1    Alternative A – No Action

NEPA requires that a No Action Alternative be considered. The No Action Alternative provides a baseline that can be used to compare how the action alternatives would modify the management of the affected national forest units compared to the 1994 NWFP.

Under the No Action Alternative, current direction in the 1994 NWFP would continue to guide management for the affected national forest units. The 2001 Amendment to the Survey & Manage, Protection Buffer, and other Mitigation Measures Standards and Guidelines would continue, as would the "Pechman exemptions" (CV-04-00844-MJP, 10/11/2006)[11]. No changes would be made to 1994 NWFP related plan components unless done so at the unit-level during plan revision or through programmatic or project-specific plan amendments.

A central component of the 1994 NWFP was the creation of a regional set of land allocations, each with associated management standards and guidelines. The reserve network was primarily designed to meet the habitat requirements of the northern spotted owl, marbled murrelet, and salmon species. All lands in the NWFP area are allocated to one of the following six designated areas or to Matrix:

- Congressionally Reserved (CR) areas
- Late-Successional Reserves (LSR)

---

[11] A 2006 court order allows for exempting certain categories of activities from the Survey and Manage standards and guidelines of the NWFP so long as the project falls into one of four categories that include: Thinning in forest stands younger than 80 years of age; Culvert replacement/removal; Riparian and stream improvement projects; and Hazardous fuels treatments which apply prescribed fire.

- Adaptive Management Areas (AMA)

- Managed Late-Successional Areas (MLSA)

- Administratively Withdrawn (AW) areas

- Riparian Reserves (RR)

The term "designated areas" in this document includes all the LUAs listed above. In some cases, Late-Successional Areas are located within AMAs, shown in tables as AMA + LSR.

## 2.3.2   Alternative B – Proposed Action

Alternative B was developed from the preliminary description in the Notice of Intent and is strongly influenced by the final recommendations provided by the FAC (see Section 1.4). This alternative provides new or modified direction, and in some cases replaces 1994 NWFP direction. Plan content is organized across themes (i.e., Tribal Inclusion; Forest Stewardship; Fire Resilience; Climate, Ecosystem Integrity, and Carbon; and Support Economic Opportunities and Sustainable Communities). The Proposed Action's plan components are included in Appendix A.1, and to see how the 1994 NWFP direction has been modified, added to, or removed, please refer to Appendix B. Summary descriptions of these themes as well as key features of the plan direction for Alternative B are provided below.

### 2.3.2.1   *Tribal Inclusion*

Alternative B provides new plan direction associated with tribal inclusion; incorporation of Indigenous Knowledge decision making; and opportunities to expand co-stewardship on NFS lands to better address tribal needs, achieve forest management goals, and meet agency trust responsibilities. The proposed plan content includes sections relating to improving working relationships with Tribes and incorporation of tribal feedback into land management direction. Tribal inclusion in working relationships is separated into categories of: Access and Gathering; Biodiversity; Co-stewardship; Forest Stewardship; Indigenous Knowledge; Treaty and Protected Tribal Rights; Awareness and Coordination; and Workforce.

- **Access and Gathering.** Alternative B includes new plan direction to co-develop a long-term strategy to improve tribal access to important cultural places (TRIBAL-AG-OBJ-01) and to work with Tribes to address issues regarding gathering, access, sustainability, and other concerns associated with traditional native gathering (TRIBAL-AG-STD-01). The intent of the proposed standards and objectives is to support the desired condition where Tribes are supported to practice traditional, cultural, and religious activities such as plant gathering, animal and fish harvest, and ceremonial activities to help sustain their way of life, cultural integrity, social cohesion, and culturally appropriate stewardship economies (TRIBAL-AG-DC-01).

- **Biodiversity**. Alternative B includes new plan content to promote improved beaver presence and meaningfully incorporate Indigenous Knowledge into Forest Service processes. An objective is proposed that calls for co-development of actions in priority watersheds that will maintain or restore soil and watershed conditions on 3,000 to 4,000 acres every 3 years across the NWFP area (TRIBAL-BIO-OBJ-01). New guidelines and potential management approaches would be established to improve tribal engagement related to federally listed species and species of cultural significance.

- **Co-stewardship** – Alternative B proposes new plan direction to engage and collaborate with Tribes as co-equal sovereigns to develop and implement agreements for the co-stewardship of federal lands and waters, including treaty-reserved resources and other culturally significant resources (TRIBAL-COSTW-DC-01). It would include an objective of developing and implementing agreements with Tribes to establish consultation, collaboration, and cooperation protocols within two years (TRIBAL-COSTW-OBJ-01).

- **Forest Stewardship.** Alternative B includes several new desired conditions related to incorporate tribal input and Indigenous Knowledge in forest stewardship activities. This includes supporting, enabling, and accommodating Indigenous fire use for cultural and ecological purposes (TRIBAL-FORSTW-ALL-DC-04, -05, -09). Forest stewardship objectives include targets implementing at least three projects in partnership and collaboration with Tribes that support restoration of priority culturally relevant habitats (TRIBAL-FORSTW-ALL-OB-01); improving habitat for dry, serpentine, and wet meadow-associated culturally significant species (TRIBAL-FORSTW-ALL-OB-02); and entering agreements with Tribes to co-design, plan, and implement habitat enhancement projects for culturally significant species and practices (TRIBAL-FORSTW-ALL-OB-03).

- **Indigenous Knowledge.** Alternative B presents desired conditions and standards that include coordination with Tribes to ensure privacy and confidentiality is maintained for sensitive topics such as cultural practices, locations, and traditional cultural use species. Other proposed plan objectives provide opportunities for the incorporation of Indigenous Knowledge in co-stewardship projects, including practices such as cultural burning, tending, tracking, cultivation, and habitat management for culturally important species.

- **Treaty and Protected Tribal Rights.** Alternative B includes proposed desired conditions, objectives, and standards recognizing the Forest Service duty to protect treaty, reserved, and other similar rights of all Tribes (TRIBAL-TPTR-DC-01) and privacy of Indigenous Knowledge (TRIBAL-TPTR-DC-03). Alternative B calls for each national forest in the NWFP area having designed and implemented a Tribal Relations Program to build partnerships, uphold trust and legal responsibilities, and help coordinate with federally recognized Tribes within 8 years (TRIBAL-TPTR-OBJ-01).

- **Awareness and Coordination.** Alternative B includes new content to increase Forest Service staff awareness of treaty and tribal rights, federal trust responsibilities and other similar tribal rights. New objectives would be established to require onboarding and semiannual employee training and education (TRIBAL-AWA-OBJ-01, -02).

- **Tribal Workforce.** Alternative B would establish new goals, objectives and other content to promote tribal education and workforces**.** An objective would be added that directs the Forest Service to work with interested Tribes to develop co-stewardship agreements and opportunities that address tribally identified workforce, cultural, ecological, economic, STEM education, and business opportunities of highest importance to Tribes (TRIBAL-WRKFOR-OBJ-01.

The tribal inclusion section of the Proposed Action acknowledges the role of native people in stewarding land to achieve the characteristics present when others arrived, and that the landscape resulted from human management and influence.

## 2.3.2.2    Forest Stewardship

Alternative B provides new plan direction that modifies and, in some cases, replaces plan direction in the 1994 NWFP. New plan content will work in concert with the majority of 1994 NWFP content that remains unchanged. Some plan components are applicable across all land allocations, while others are tailored to specific land allocations (e.g., LSR, Matrix, or AMA). Collectively, the updated plan direction addresses the need for conservation and recruitment of mature and old-growth forest conditions, restoration of ecosystem resilience to wildfire and other disturbance processes exacerbated by climate change, and the provision of a predictable supply of timber from Matrix lands in moist forests and other ecosystem goods and services that support community sustainability. Key features of the forest stewardship plan direction in Alternative B include:

- Distinct plan direction for moist and dry forests and associated vegetation (see Moist Forest and Dry Forest sections), with specific plan direction for distinguishing between moist and dry forests at the stand scale (FORSTW-ALL-GDL-01). Plan direction in Alternative A (the No Action Alternative) currently makes some distinction between moist and dry forests; however, these distinctions are focused on LSRs and apply primarily at the physiographic province scale.

- Desired conditions that are generally applicable across all land use allocations and for both moist and dry forests (FORSTW-ALL-DC), as well as desired conditions specific to:

  - Moist forests (FORSTW-ALL-MOI-DC)

  - Dry forests (FORSTW-ALL-DRY-DC)

  - LSRs (FORSTW-LSR-MOI-DC) in moist forests

  - Matrix (FORSTW-MTX-MOI-DC) in moist forests

  Plan direction in Alternative A (the No Action Alternative) is primarily expressed as standards and guidelines and it lacks formal desired conditions in line with 2012 Planning Rule requirements.

- Plan direction based on characterizing the age or dates of establishment of stands in moist forests and individual trees or clumps of trees in dry forests is supported by a guideline (FORSTW-ALL-GDL-02) that provides multiple options for determining tree or stand age including through the use of structural characteristics. Alternative A (the No Action Alternative) lacks similar plan direction.

- In moist forests in Matrix, new protections preventing harvest in old-growth stands established before 1825 (FORSTW-MTX-MOI-STD-01) and limiting harvest in mature stands established between 1825 and 1905 to treatments that maintain and restore ecological integrity (FORSTW-MTX-MOI-GDL-01) are coupled with plan direction emphasizing the management of young stands (those established after 1905) with ecological forestry principles to support a predictable supply of timber in support of community sustainability (FORSTW-MTX-MOI-DC-03, FORSTW-MTX-MOI-OB-01, FORSTW-MTX-MOI-GDL-02). Under Alternative A (the No Action Alternative), these mature and old-growth stands in the Matrix would be available for timber harvest.

- In moist forests in LSR, there is a continued emphasis on maintaining large blocks of old-growth habitat interspersed with some non-forested and early-successional habitat (FORSTW-LSR-MOI-DC-01) with forest management activities allowed in stands under 120

years to restore and maintain late-successional and old-growth forest conditions (FORSTW-LSR-MOI-LSR-01, FORSTW-LSR-MOI-GDL-01). Under Alternative A (the No Action Alternative), treatments were limited to stands under 80 years old with some exceptions for risk reduction particularly in drier provinces. Alternative B prevents salvage in moist forest LSRs with some exceptions, whereas Alternative A allowed for salvage in LSRs (FORSTW-LSR-MOI-STD-02).

- In dry forests, consistent plan direction across land use allocations promotes active dry forest restoration (FORSTW-ALL-DRY-DC, FORSTW-ALL-DRY-OBJ-01) that enhances resilience to frequent fire as a key ecological process, adaptation to climate change, protection of trees older than 150 years from harvest and ecological disturbances (FORSTW-ALL-DRY-STD-01, FORSTW-ALL-DRY-GDL-02), and resilient habitat conditions for old-growth associated species (FORSTW-ALL-DRY-DC-09). Alternative A (the No Action Alternative) lacks distinct plan direction for dry forests other than some consideration of risk reduction in LSRs.

- Exceptions and allowances across forest stewardship plan direction to provide for tribal co-stewardship and cultural use and wildfire risk reduction for communities (e.g., FORSTW-LSR-MOI-STD-01) consistent with plan direction for the themes of Tribal Inclusion and Fire Resilience.

### 2.3.2.3  *Wildfire Resilience*

Alternative B provides new or modified direction, and in some cases replaces 1994 NWFP direction to improve vegetation resilience to high-severity wildfire. Wildfire resilience recognizes that wildland fire plays a critical ecological function and is part of important cultural practices. Resilience to the effects of high wildfire severity, particularly large patches, is the primary desired condition, while recognizing that fire regimes across the NWFP area vary and should be managed accordingly. Woodlands, meadows, and other non-forest habitats are also recognized as important ecosystems within the larger forested landscapes that rely on wildland fire.

The Proposed Action increases treatment areas juxtaposed to communities to enhance the resilience of these stands while decreasing the wildfire risk to communities. LSRs adjacent to communities represent some of the highest risk and yet highly complex acres to treat. Across all action alternatives (including Alternative B), cultural burning is included in recognition of the Indigenous Knowledge of the use of fire in naturally long fire interval forest along with the ecocultural uses.

Key features of the fire resilience plan direction in Alternative B include:

- Plan components for prioritizing fuel modification projects that affect people, property, and infrastructure within LSR, Matrix, and AMAs

- Desired conditions that reflect the importance of maintaining the forest around communities, tribal values, and infrastructure in a condition that results in reduced risks to these highly valued resources (FIRE-ALL-DC 01) and the built environment (FIRE-ALL-DC 02)

- Desired condition FIRE-ALL-DC 04 recognizes the important contributions to stand and landscape-scale fire resilience, wildlife habitat, and tribal cultural values from woodlands, meadows, and other non-forested habitats

- Goals for increasing collaboration with Tribes and other partners

- Goal of encouraging reintroduction of fire in designated wilderness areas where wildland fire is determined to be the minimum tool required to maintain wilderness character

- Guidelines for hazard tree removal following disturbances to limit impacts to roads, access and egress, and reduce risks to communities (FIRE-ALL-GDL-01)

- Prioritization of fuels treatments over other standards and guidelines within community protection zones when necessary to meet fire behavior objectives while meeting the long-term purposes of these land use allocations (LUAs; FIRE-ALL-GDL-03)

- Establishing Potential Management Approaches (FIRE-ALL-PMA) to expand the strategic use of wildland fire, prioritize implementing fuel modification projects in areas affecting community and infrastructure that are at risk to wildfires, modify fuels near communities to facilitate protection of communities and infrastructure, and promote fire-adapted landscapes and communities.

### 2.3.2.4　Climate, Ecosystem Integrity, and Carbon

Alternative B provides new and modified plan direction that considers the theme of Climate, Ecosystem Integrity, and Carbon explicitly and implicitly across the plan direction provided for Forest Stewardship, as well as provides additional plan components specific to this theme. These include desired conditions that support adaptation of ecosystems and infrastructure to climate change (CLIMATE-DC-01 to 05), several goals related to collaborative processes supporting climate adaptation (CLIMATE-GOAL-01 to 03), and guidelines that ensure active consideration of climate vulnerability and adaptation in project planning (CLIMATE-GDL-01 and 02). Alternative B also provides a desired condition for carbon stewardship that outlines distinctions across dry and moist forests (CLIMATE-DC-06). Alternative A (the No Action Alternative) lacks specific plan direction related to climate change.

### 2.3.2.5　Support Economic Opportunities and Sustainable Communities

Alternative B provides new and modified plan direction that helps sustain forest benefits (ecosystem services) that are important to people and communities. This is accomplished through projects that maintain or restore forest health and resiliency. These benefits include cultural identity and heritage; local economies and ways of life; traditional and subsistence uses; aesthetic, spiritual, and recreational experiences; and Indigenous histories, cultures, and practices. Alternative B provides opportunities for cooperation with local governments, businesses, Tribes and organizations to align workforce capacity, objectives, and capabilities in order to increase the number of jobs supported by Forest Service management in the NWFP area that remain local to these communities. Alternative B is also expected to improve the consistency and reliability of timber harvest and restoration work that supports local job opportunities. Key features of the Support Economic Opportunities and Sustainable Communities plan direction in Alternative B include:

- Establish desired conditions to sustain forest benefits (ecosystem services) that provide social, cultural, and local economic opportunities to people and communities. Creates opportunities to better involve communities directly in forest management, specifically recognizing the importance of including underserved communities and youth (ECONSUST-DC-1 and ECONSUST-DC-2).

- Provides direction for increased cooperation and partnerships with local educational institutions and mentorship programs to recruit, train and engage natural resource workforce professionals (ECONSUST-DC-3, and ECONSUST-GOAL-1, and ECONSUST-MA).

▪ Proposed guidance speaks to the importance of local economic opportunities resulting from forest management and strengthening local community workforce capacity, including increasing opportunities for underserved populations. In addition, the proposed direction calls for regular discussions between the forests and communities to allow for improved local workforce development that better aligns with forest project needs (ECONSUST-GOAL-2, ECONSUST-GOAL-3, and ECONSUST-GOAL-4).

## 2.3.3   Alternative C

Alternative C responds to recommendations that the agency should place less emphasis on tree harvest and have greater reliance on wildland fire use where feasible, given fuel loading and potential risks to communities, infrastructure and key ecosystem characteristics. Alternative C incorporates plan direction for tribal inclusion as provided in Alternative B, with exceptions related to plan components for LSRs to manage solely for late-successional habitat. Alternative C also places further limits on the use of commercial timber logging of forests for vegetation management and ecological restoration purposes while encouraging use of wildland fire to meet forest management goals and allowing natural succession to play out with reduced intervention. Post-disturbance salvage is prohibited in moist LSR and permitted for protection of roads and infrastructure in dry LSR.

Alternative C seeks to manage dry LSR consistent with plan direction for Managed Late-Successional Areas in the 1994 NWFP with some additional desired conditions and guidelines that more greatly limit management activities in northern spotted owl habitat than Alternative B (Proposed Action) and Alternative D. Alternative C also changes some plan components from objectives to goals or adjusts the objective's metrics. Alternative C allows natural processes to play out with reduced human intervention involved in forest management. Post-disturbance salvage is prohibited in moist forest LSR under Alternative C. Post-disturbance salvage is permitted in dry forest LSR for the protection of roads and infrastructure. Alternative C also changes objectives targets for projects that would benefit habitat for dry, serpentine, and wet meadow-associated culturally significant species from acres per year (2,000 acres per year under Alternative B) to the number of projects (five projects per year) (TRIBAL-FORSTW-ALL-OBJ-3-C).

Alternative C seeks to manage dry forest LSRs consistent with plan direction for MLSAs in the 1994 NWFP with some additional desired conditions and guidelines that set a higher level of northern spotted owl habitat protection than in Alternative B and Alternative D.

Alternative C encourages leveraging natural ignitions and passive restoration, although passive management, due to fewer acres receiving primary mechanical treatments, may result in fewer unplanned ignition acres meeting resource objectives.

Alternative C's plan components are included in Appendix A.2, and to see how the 1994 NWFP direction has been modified, added to, or removed, please refer to Appendix B.

## 2.3.4   Alternative D

Alternative D was developed in response to comments received during the scoping period (see Section 1.5). Its intent is to respond to comments and recommendations for more flexibility for forest restoration and wildfire risk reduction treatments, and increased predictability of timber outputs. This alternative also responds to comments and recommendations to provide additional opportunities for tribal stewardship and use, including within moist forest LSR.

Alternative D incorporates plan direction for tribal inclusion as provided for in Alternative C; however, Alternative D also expands plan direction associated with additional tribal plan components geared toward the restoration of protected plants that are also culturally important and which may require disturbance rather than avoidance for restoration. It also provides for more tribal input on post-disturbance management in areas that are culturally important to Tribes. Alternative D also changes objectives targets for projects that would benefit habitat for dry, serpentine, and wet meadow-associated culturally significant species from acres per year (2,000 acres per year under Alternative B) to the number of projects (10 projects per year) (TRIBAL-FORSTW-ALL-OBJ-3-D).

Alternative D modifies plan direction found in Alternative B (the Proposed Action) to (a) provide additional flexibility compared to Alternative B to enable dry forest restoration treatments; (b) increase flexibility to address wildfire risk to communities by allowing hazardous fuel reduction treatments adjacent to communities to be exempted from pre-disturbance surveys and associated management requirements related to the S&M program within a 0.25-mile buffer (note that management of known sites shall not be exempt); (c) expand the management framework for addressing wildfire risk to communities; and (d) allow salvage, similar to Alternative A, however, salvage harvest in stands above 120 years old in moist forest LSR would be prohibited except to provide for tribal cultural uses, public and firefighter safety and access, protection of critical infrastructure, and along existing national forest system roads.

Similar to Alternative C, Alternative D would manage dry forest LSR consistent with plan direction for MLSA in the 1994 NWFP amendment, except Alternative D includes a desired condition that envisions northern spotted owl habitat at levels reflective of a range of historic conditions expected to be sustainable in the future, rather than at current median amounts. Rather than trying to maintain the northern spotted owl habitat levels identified in the 1994 NWFP, which may have been artificially high due to fire suppression and may not be sustainable, the amount of northern spotted owl habitat would be targeted to the range of historic conditions for the vegetation types in each of the dry forest LSRs.

Alternative D encourages additional fuels treatment acres in areas where the potential for adverse effects of fire are high to people, property, and infrastructure in addition to establishing forest-wide fire management zones to inform fire suppression and pro-active fire resilience and resistance activities. This alternative would allow for a 0.25-mile buffer around identified housing unit density (HUD) areas from the S&M direction to conduct pre-disturbance surveys and the associated management requirements. S&M direction regarding the management of known sites would still apply within these areas.

A selection of Alternative D's plan components are presented in Table 2-1, and the complete suite of Alternative D's plan components are included in Appendix A.2. To see how the 1994 NWFP direction has been modified, added to, or removed, please refer to Appendix B.

## 2.3.5   Proposed Changes that Differ Across Action Alternatives

Table 2-1 provides a summary of key differences between each action alternative across the relevant themes or issues considered in this EIS (Tribal Inclusion; Forest Stewardship; Fire Resilience; Climate, Ecosystem Integrity, and Carbon; and Support Economic Opportunities and Sustainable Communities). This summary provides the basis for the detailed analysis found in Chapter 3. Appendix A1 provides the complete set of proposed new plan content (Alternative B) and Appendix A2 provides plan content for Alternatives C and D.

## Table 2-1. Select Plan Components by Action Alternatives

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Tribal – Forest Stewardship – All | (TRIBAL-FORSTW-ALL-OBJ-01-B): Within 5 years, each national forest in the Northwest Forest Plan area should develop and implement at least three projects in partnership and collaboration with Tribes that support restoration of priority culturally relevant species. | (TRIBAL-FORSTW-ALL-GOAL-06-C): Collaborate with Tribes to jointly develop and implement programs and projects that support the restoration of priority culturally relevant species. | (TRIBAL-FORSTW-ALL-GOAL-06-D): Collaborate with Tribes to jointly develop and implement programs and projects that support the restoration of priority culturally relevant species.

Same as Alternative C |
| | (TRIBAL-FORSTW-ALL-OBJ-02-B): Through engagement and consultation with interested Tribes, develop techniques and approaches to implement forest restoration, enhancements, fuels reduction, or maintenance actions in at least three areas of tribal importance, as jointly determined by Tribes and the national forests in the Northwest Forest Plan area, on a yearly basis following plan approval. | (TRIBAL-FORSTW-ALL-GOAL-07-C): Through engagement and consultation with interested Tribes, develop techniques and approaches to implement forest restoration, enhancements, fuels reductions, or maintenance actions in areas of tribal importance, as jointly determined by Tribes and national forests in the Northwest Forest Plan area. | (TRIBAL-FORSTW-ALL-GOAL-07-D): Through engagement and consultation with interested Tribes, develop techniques and approaches to implement forest restoration, enhancements, fuels reductions, or maintenance actions in areas of tribal importance, as jointly determined by Tribes and national forests in the Northwest Forest Plan area.

Same as Alternative C. |
| | (TRIBAL-FORSTW-ALL-OBJ-03-B): Annually implement projects that increase populations or maintain or restore habitat for dry, serpentine, and wet meadow-associated culturally significant species, such as camas or other species by 2,000 acres across the Northwest Forest Plan area. | (TRIBAL-FORSTW-ALL-OBJ-03-C): Annually implement projects that increase populations or maintain or restore habitat for dry, serpentine, and wet meadow-associated culturally significant species, such as camas or other species identified through Tribal consultation on 5 projects across the Northwest Forest Plan area. | (TRIBAL-FORSTW-ALL-OBJ-03-D): Annually implement work that increase populations or maintain or restore habitat for dry, serpentine, and wet meadow-associated culturally significant species, such as camas or other species identified through Tribal consultation on 10 projects across the Northwest Forest Plan area. |
| Tribal Inclusion – Forest Stewardship, All LUAs | Not applicable | Not applicable | (TRIBAL-FORSTW-ALL-GOAL-08-D): Coordinate with Tribes to promote alternate treatments for protecting rare and listed plants, integrating Indigenous Knowledge approaches with special attention to enhancing and restoring disturbance-dependent plant species like geophytes, plants with bulbs, corms, or tubers, where standard avoidance treatments may impair plant survival. Move toward landscapes supporting traditional Tribal practices, such as large, low-intensity prescribed burns. |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Tribal Inclusion – Forest Stewardship, All LUAs (continued) | Not applicable | Not applicable | (TRIBAL-FORSTW-ALL-GOAL-09-D):  For post-disturbance areas, Tribes should be invited to collaborate on designing post-disturbance management prescriptions and plans that integrate Indigenous Knowledge and western science to encourage restoration of woodlands and resources at gathering sites, protect or enhance conditions at ceremonial sites, and maintain or improve access to culturally important sites and resources. |
| | (TRIBAL-FORSTW-ALL-PMA-B): To promote huckleberry abundance over the long-term on NFS lands within the NWFP area and potential habitat for huckleberry, the Forest consults with interested and relevant Tribes on annual huckleberry restoration actions at a scale meaningful to the Tribes and implements restoration actions through consultation with and/or through co-stewardship agreements if possible. | Same as Alternative B | (TRIBAL-FORSTW-ALL-PMA-D): Work with interested and relevant Tribes to determine annual restoration actions of First Foods and culturally significant botanical species at a scale meaningful to the Tribes, within the range of the northern spotted owl. Complete those restoration actions through coordination with Tribes or through co-stewardship agreements if possible. |
| | Not applicable | Not applicable | (TRIBAL-FORSTW-ALL-PMA-D): Silvicultural treatments, including fire, are used to restore and maintain non-forested habitats within moist forest landscapes and promote ecologically and culturally appropriate species such as beargrass and huckleberry. |
| Forest Stewardship – Common to All | Adds factors to consider when designing and implementing projects.

(FORSTW-ALL-GDL-03-B): Site-specific planning and implementation of forest stewardship activities should be ecologically appropriate for both the plant association (at a finer, stand scale) and vegetation zones and subzones (at broader scale) within which the project will occur. To promote ecological integrity and sustainability of forest ecosystems, and to determine what treatments might be appropriate for stands within the project area, consider the following factors as feasible: | Same as Alternative B | Same as Alternative B but adds consideration of climate change on vegetation.

(FORSTW-ALL-GDL-03-D): Site-specific planning and implementation of forest stewardship activities should be ecologically appropriate for both the plant association (at a finer, stand scale) and vegetation zones and subzones (at broader scale) within which the project will occur. To promote ecological integrity and sustainability of forest ecosystems, and to determine what treatments might be appropriate for stands within the project area, consider the following factors as feasible: Landscape context—the extent, size, shape, and configuration of patches of different stand seral stages, characteristic of the |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| | • Landscape context —the extent, size, shape, and configuration of patches of different stand seral stages, characteristic of the vegetation types at broad scale.<br>• Historical disturbance regimes and future disturbance regimes, framed by vegetation zones and subzones<br>• Desired conditions at multiple scales, considering the context of stands within landscapes<br>• Scientific information on ecological departure or fire-return interval departure at multiple scales, including Forest Service regional ecology program data products.<br>• Co-stewardship agreements with Tribes and tribal cultural uses.<br>• Indigenous Knowledge shared about the area.<br>• Collaboration with scientists, interested Tribes, other agencies, and stakeholder groups.<br>• Differences in how forests are expected to respond to treatments.<br>• The presence of current or historical non-forested areas or unique forest and non-forest plant communities.<br>• The historical presence of hardwood stands, such as madrone, aspen, and oak woodlands.<br>• Rare or sensitive habitats, flora, and/or fauna including designated critical habitat for federally listed species.<br>• History of land management, including stewardship by Indigenous communities.<br>• Stand density in dry forests. | | • vegetation types at broad scale.<br>• Historical disturbance regimes and future disturbance regimes, framed by vegetation zones and subzones<br>• Desired conditions at multiple scales, considering the context of stands within landscapes<br>• Scientific information on ecological departure or fire-return interval departure at multiple scales, including Forest Service regional ecology program data products.<br>• Climate change projections of potential changes in vegetation<br>• Co-stewardship agreements with Tribes and tribal cultural uses.<br>• Indigenous Knowledge shared about the area.<br>• Collaboration with scientists, interested Tribes, other agencies, and stakeholder groups.<br>• Differences in how forests are expected to respond to treatments.<br>• The presence of current or historical non-forested areas or unique forest and non-forest plant communities.<br>• The historical presence of hardwood stands, such as madrone, aspen, and oak woodlands.<br>• Rare or sensitive habitats, flora, and/or fauna including designated critical habitat for federally listed species.<br>• History of land management, including stewardship by Indigenous communities.<br>• Stand density in dry forests. |

| Proposed Action<br>Topic Area | Alternative B<br>(Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship - Late-Successional Reserves | No change from Alternative A; review and approval of Late-Successional Reserve assessments falls to the Regional Ecosystem Office. | No change from Alternative A; review and approval of Late-Successional Reserve assessments falls to the Regional Ecosystem Office. | Changes approval of Late-Successional Reserve assessments to the Forest Supervisor.<br><br>(FORSTW-LSR-PMA-D): A management assessment should be prepared for each large Late-Successional Reserve (or group of smaller Late-Successional Reserves) with authority for review and **approval of the assessment falling to the Forest Supervisor(s)**. Late-Successional Reserve Assessments could be used as a tool for forests to describe and document how overarching plan direction applies in specific landscapes for large Late-Successional Reserves (or groups of smaller Late-Successional Reserves), and for forest supervisors to use to inform management decisions. Late-Successional Reserve Assessments should consider site-specific characteristics. Some examples of outcomes of LSRAs could include a) operationalizing desired conditions; b) supporting stand-scale determinations of moist and dry forests; c) determining stand and tree ages; d) identifying appropriate treatments that contribute to achieving desired conditions in Late-Successional Reserves; and e) relevant findings from the NWFP effectiveness monitoring program and relevant scientific research and synthesis. |
| | No change from Alternative A; review and approval of certain activities within Late-Successional Reserves falls to the Regional Ecosystem Office. | No change from Alternative A; review and approval of certain activities within Late-Successional Reserves falls to the Regional Ecosystem Office. | Changes approval of certain silvicultural activities within Late-Successional Reserves to the Forest Supervisor.<br><br>(FORSTW-LSR-PMA-D):  Silviculture - Thinning or other silvicultural treatments inside reserves are subject to **review and approval by the Forest Supervisor** prior to project NEPA decision to ensure that the treatments a) contribute to achieving desired conditions and b) are consistent with plan direction for Late-Successional Reserves, unless the proposed activities have been previously exempted by the Regional Ecosystem Office. |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship – Managed Late-Successional Areas | Not applicable | Not applicable | (FORSTW-LSR-PMA-01-D): Silviculture - Thinning or other silvicultural treatments inside Managed Late-Successional Areas are subject to review and approval by the Forest Supervisor(s) prior to project NEPA decision to ensure that the treatments a) contribute to achieving desired conditions and b) are consistent with plan direction for Managed Late-successional Areas, unless the proposed activities have been previously exempted by the Regional Ecosystem Office. |
| Forest Stewardship – Late Successional Reserve, Moist Timber Harvest | Changes the age of stands where timber harvest is limited from 80 years in Alternative A to 120 years. Adds exceptions for tribal co-stewardship and cultural uses and to reduce risks to communities.<br><br>(FORSTW-LSR-MOI-STD-01-B): No timber harvest shall occur in moist forest stands **older than 120 years old** in Late-Successional Reserves except to provide for tribal co-stewardship and cultural use or to reduce wildfire risk to communities. See all FIRE-ALL-DC-01 and FIRE-ALL-PMA | Retains the current age of stands where timber harvest is limited the same as Alternative A, at 80 years. Does not include exceptions found in Alternatives B and D.<br><br>(FORSTW-LSR-MOI-STD-01-C): No timber harvest shall occur in moist forest stands **older than 80 years old** in Late-Successional Reserves. | Changes the age of stands where timber harvest is limited from 80 years in Alternative A to 120 years. Adds exceptions for tribal co-stewardship and cultural uses and to reduce risks to communities.<br><br>(FORSTW-LSR-MOI-STD-01-D): No timber harvest shall occur in moist forest stands **older than 120 years old** in Late-Successional Reserves except to provide for tribal co-stewardship and cultural use or to reduce wildfire risk to communities. See FIRE-ALL-DC-01 and FIRE-ALL-PMA |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship – Late-Successional Reserves, Moist | No change from Alternative A. Ecological Processes, 1994 NWFP ROD, B-2. | No change from Alternative A. | Similar to Alternative A but slight modification to (3) to recognize that some disturbances may be high intensity and adds (6) to recognize tribal stewardship and cultural uses also influence moist forest LSRs.<br><br>(FORSTW-LSR-MOI-DC-03-D): Late-successional and old-growth forest conditions are developed and maintained through active and natural processes that include: (1) tree growth and maturation, (2) death and decay of large trees, (3) disturbances that create canopy openings or gaps in the various strata of vegetation, (4) establishment of trees beneath the maturing overstory trees either in gaps or under the canopy, (5) closing of canopy gaps by lateral canopy growth or growth of understory trees, and (6) tribal co-stewardship and cultural use. These processes result in forests moving through different stages of late-successional and old-growth conditions at fine scales that may span several centuries for forests dominated by long-lived species. |
| Forest Stewardship – Late Successional, Moist Salvage harvest | Change from Alternative A to restrict salvage in moist forest LSR with limited exceptions.<br><br>(FORSTW-LSR-MOI-STD-02): No salvage harvest shall occur in Late-Successional Reserves in moist forest stands except for tribal co-stewardship and cultural use, public and firefighter safety and access, protection of critical infrastructure, and along existing system roads. See also FIRE-ALL-DC-01 and FIRE-ALL-PMA. | Change from Alternative A to restrict salvage harvest in moist forest LSR with no exceptions.<br><br>(FORSTW-LSR-MOI-STD-02-C): No salvage harvest shall occur in Late-Successional Reserves in moist forest stands. | Change from Alternative A to restrict salvage harvest in stands older than 120 years, with limited exceptions.<br><br>(FORSTW-LSR-MOI-STD-02-D): No salvage harvest shall occur in Late-Successional Reserves in moist forest stands older than 120 years except to provide for tribal co-stewardship and cultural use, remove hazard and danger trees, or to reduce wildfire risk to communities. See also FIRE-ALL-DC-01 and FIRE-ALL-PMA. |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship – Late Successional Reserves, Moist<br><br>Guideline for treatments in stands less than 120 years old | Changes authorization for forest management activities in stands less than 80 years old to 120 years old to account for 30 years of time passage since the 1994 NWFP decision. Applies to all moist forest stands, including those east of the Cascades. Expands type of treatments from thinning in Alternative A to forest management activities and adds purposes for management activities from the FAC.<br><br>(FORSTW-LSR-MOI-GDL-01-B): In young, moist forest stands **less than 120 years** old in Late-Successional Reserves, forest management activities should be designed to maintain or restore late-successional and old-growth forest conditions that (a) contribute to the recovery of federally listed species such as northern spotted owl, marbled murrelet, and coastal marten;  (b) maintain or **restore habitat**  for other species that depend upon younger stands; or, (c) achieve other desired conditions, such as fostering old-growth development and supporting tribal co-stewardship and cultural use. | Similar to Alternative B but retains the same 80-year limitation for timber harvest as Alternative A.<br><br>(FORSTW-LSR-MOI-GDL-01-C): In young, moist forest stands **less than 80 years** old in Late-Successional Reserves, forest management activities should be designed to maintain or restore late-successional and old-growth forest conditions that (a) contribute to the recovery of federally listed species such as northern spotted owl, marbled murrelet, and coastal marten;  (b) maintain or **restore habitat**  for other species that depend upon younger stands; or, (c) achieve other desired conditions, such as fostering old-growth development and supporting tribal co-stewardship and cultural use. | Similar to Alternative B.<br><br>(FORSTW-LSR-MOI-GDL-01-D): In young moist forest stands **less than 120 years** old in Late-Successional Reserves, forest management activities should be designed to maintain or restore late-successional and old-growth forest conditions that (a) contribute to the recovery of federally listed species such as northern spotted owl, marbled murrelet, and coastal marten;   (b) maintain or restore **habitat**  for other species that depend upon younger stands; or, (c) achieve other desired conditions, such as fostering old-growth development and supporting tribal co-stewardship and cultural use. |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship – Matrix, Moist Ecological Resilience | Adds a plan objective to focus treatment on young stands in moist forest Matrix. Recognizes direction that stands would be treated using ecological forestry methods (FORSTW-MTX-MOI-GDL-02)<br><br>(FORSTW-MTX-MOI-OBJ-01-B): Within 10 years of amendment approval, treat **at least one tenth (65,000-81,000 acres/decade) of young stands (established after 1905)** in moist forest Matrix lands across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by **using ecological forestry methods, to bolster timber production** while also conserving and retaining older trees and achieving other desired conditions for multiple resources. | Objective level is half of the amount in Alternative B. Objective also does not count any salvage that may occur in moist forest Matrix.<br><br>(FORSTW-MTX-MOI-OBJ-01-C): Within 10 years of amendment approval, treat 5% of young stands (32,000-41,000 acres/decade), not including any additional acres of salvage treatments that may occur, in moist forest Matrix lands across Northwest Forest Plan area, by using ecological forestry methods for forest management while also conserving and retaining older trees and achieving desired conditions for multiple resources. | Objective level is twice the amount in Alternative B but excludes counting any salvage that occurs in moist forest Matrix.<br><br>(FORSTW-MTX-MOI-OBJ-01-D): Within 10 years of amendment approval, treat 20% of young stands (130,000-163,000 acres/decade), not including any additional acres of salvage treatments that may occur, in moist forest Matrix lands across Northwest Forest Plan area, by using ecological forestry methods for forest management while also conserving and retaining older trees and achieving desired conditions for multiple resources. |
| Forest Stewardship, Matrix, Moist | Adds constraint on timber harvest for stands established prior to 1825 with limited exceptions.<br><br>(FORSTW-MTX-MOI-STD-01-B): In moist forests in Matrix, no timber harvest shall occur in old growth stands **(those that established prior to 1825) except to provide for tribal co-stewardship and cultural use or to reduce wildfire risk to communities and infrastructure**. See also FIRE-ALL-DC-01 and FIRE-ALL-PMA. | Adds constraints on timber harvest in stands established prior to 1825 with no exceptions.<br><br>(FORSTW-MTX-MOI-STD-01-C): In Matrix in the moist forests, no timber harvest shall occur in old growth stands **(those that established prior to 1825)**. | (FORSTW-MTX-MOI-STD-01-D): Same as alternative B. |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship – All LUAs, Dry Forests | Adds a plan objective striving to treat one-third of dry forests across the entire NWFP area within 15 years.<br><br>(FORSTW-ALL-DRY-OBJ-01-B): Within 15 years of amendment approval, implement treatments that contribute to ecological resilience on at **least one third** of dry forests (527,000-643,000 acres/decade or 790,000 – 964,000 acres/15 years) across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods for forest management while also conserving and retaining older trees and promoting the development of future functional old-growth forest ecosystems appropriate for dry forests. | (FORSTW-ALL-DRY-OBJ-01-C): Within 15 years of amendment approval, treat between 104,000- 127,000 acres per decade in dry forests across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods for forest management while also conserving and retaining older trees and achieving desired conditions for multiple resources. | (FORSTW-ALL-DRY-OBJ-01-D): Within 15 years of amendment approval, treat between 208,000-254,000 acres per decade (312,000 - 381,000 acres/15 years) in dry forests across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods for forest management while also conserving and retaining older trees and achieving desired conditions for multiple resources. |
| Forest Stewardship – All LUAs, Dry Forests | Adds constraint on harvest of trees older than 150 years with limited exceptions. This applies to all land use allocations, including Matrix and LSRs.<br><br>(FORSTW-ALL-DRY-STD-01-B): Vegetation management and harvest should retain all trees older than 150 years. Exceptions apply for tribal co-stewardship and cultural use, restoration of unique ecosystems, and to reduce wildfire risk to communities and infrastructure. See also FIRE-ALL-DC-01 and FIRE-ALL-PMA. | (FORSTW-ALL-DRY-STD-01-C):<br><br>Same as Alternative B | (FORSTW-ALL-DRY-STD-01-D): Vegetation management and harvest should retain all trees established before 1850. Exceptions apply for tribal co-stewardship and cultural use, restoration of unique ecosystems, and to reduce wildfire risk to communities and infrastructure. See also FIRE-ALL-DC-01 and FIRE-ALL-PMA. |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship –Late-Successional Reserves, Dry | Not applicable | (FORSTW-LSR-DRY-DC-01-C): Dry Late-Successional Reserves produce and maintain an optimum level of dense, closed canopy late-successional and old-growth stands on a landscape scale, which provide habitat for old-growth related species, including northern spotted owl. Suitable habitat for northern spotted owl is maintained at an amount equal to the median amount of habitat currently observed in home ranges within the province. Locations of northern spotted owl habitat change over time. | (FORSTW-LRS-DRY-DC-01-D): Dry Late-Successional Reserves produce and maintain an optimum level of dense, closed canopy late-successional and old-growth stands on a landscape scale, which provide habitat for old-growth related species, including the northern spotted owl. Suitable habitat for northern spotted owl is maintained at an amount reflective of a range of historic conditions within the inherent capability of the landscape given expected fire activity and other effects of climate change. Locations of northern spotted owl habitat change over time, but generally concentrate in areas more likely to persist. |
| Forest Stewardship – Late Successional Reserves, Dry | Not applicable | (FORSTW-LSR-DRY-DC-02-C): Dry Late-Successional Reserves are resilient to large catastrophic disturbance events, including fire, disease, or insect epidemics. | (FORSTW-LSR-DRY-DC-02-D): Dry Late-Successional Reserves are resilient to large catastrophic disturbance events, including fire, disease, or insect epidemics.<br><br>Same as Alternative C. |
| | Not applicable | (FORSTW-LSR-DRY-DC-03-C): Suitable habitat for northern spotted owl is maintained at an amount equal to the median amount of habitat currently observed in home ranges within the province. Locations of northern spotted owl habitat change over time. | (FORSTW-LSR-DRY-DC-03-D): Suitable habitat for northern spotted owl is maintained at an amount reflective of a range of historic conditions within the inherent capability of the landscape given expected fire activity and other effects of climate change. Locations of northern spotted owl habitat change over time, but generally concentrate in areas more likely to persist. |
| | Not applicable | (FORSTW-LSR-DRY-GDL-01-C): Treatments should not reduce the amount of northern spotted owl habitat below the median amount of habitat currently observed in home ranges within the province. | Not applicable |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Forest Stewardship –Late Successional Reserve and Managed Late Successional Areas, Dry | (FORSTW-ALL-DRY-GDL-03-B): In Late-Successional Reserves in dry forests limited fuel management salvage is permitted when beneficial to restoration goals, fire resilience, wildlife needs, and local communities. Dry forest salvage should retain a high number of large snags as well as all live trees. Exceptions to these constraints are allowed for, protection of critical infrastructure and along existing system roads. | (FORSTW-ALL-DRY-STD-03-C): In Late-Successional Reserves and Managed Late Successional Areas, salvage is prohibited except for protection of critical infrastructure, and along existing system roads. | Not applicable |
| Forest Stewardship – Late-Successional Reserves, Dry | Not applicable | Not applicable | (FORSTW-ALL-DRY-PMA-D): Late-Successional Reserves in dry forests should reflect dynamic, fire-prone landscapes. They should be managed with anticipation of further change through wildland fire, and with an aim to create a sustainable range of seral stages, reflecting the characteristic fire frequency and severity of these landscapes. |
| Fire Resilience – All LUAs | (FIRE-ALL-OBJ-01-B): Treat 2.65 million acres per decade employing all fuels treatments across all LUAs, including 150,000 acres/decade in the community protection areas (1-mile buffer HUD); total includes FIRE-ALL-OBJ-02-B | (FIRE-ALL-OBJ-01-C): Treat 50% of current fuels and vegetation management relative to alternative A or 1.25 million acres per decade. Assume lower rate of mechanical fuels removal and consequently fewer wildland fire acres contributing to objectives; total includes FIRE-ALL-OBJ-02-C | (FIRE-ALL-OBJ-01-D): Treat 4.95 million acres per decade employing all fuels treatments across all LUA, including 900,000 acres/decade in and adjacent to community protection areas (1 mile buffer HUD); total includes FIRE-ALL-OBJ-02-D |
| | (FIRE-ALL-OBJ-02-B): Treat 1.75 million acres per decade with wildland fire (prescribed, unplanned ignitions, cultural) that meets resource objectives. | (FIRE-ALL-OBJ-02-C): Treat 0.35 million acres with wildland fire (prescribed, unplanned ignitions, cultural) per decade to meet resource objectives. | (FIRE-ALL-OBJ-02-D): Treat 2.75 million acres with wildland fire (prescribed, unplanned ignition, and cultural) to meet resource objectives per 10 years in all LUAs, including LSR. |
| | (FIRE-ALL-OBJ-03-B): The first decade following plan approval, implement reforestation and associated treatments on 100,000 acres. In the second decade following plan approval, include backlog acres needing reforestation on 115,000 acres. | Not Applicable | (FIRE-ALL-OBJ-03-D): Implement reforestation and associated treatments on 100,000 acres per decade (decade 1) and including backlog acres needing reforestation and 125,000 (decade 2). |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Fire Resilience – All LUAs (continued) | (FIRE-ALL-PMA-B): Expand the strategic use of wildland fire to reduce undesired impacts from wildfire including fire size, intensity, and severity. Wildland fire can also be used to revitalize Indigenous cultures, regenerate native plant species, rejuvenate and support wildlife habitat. Consider the use of wildland fire within past fire footprints to maintain desired fuel conditions and reduce the severity of reburns. | Not applicable | (FIRE-ALL-GDL-05-D): Use wildland fire (prescribed fire, tribal cultural burns, unplanned naturally caused wildfire ignitions) to meet multiple resource objectives when and where conditions permit and risk is within acceptable limits on all LUAs, including congressionally reserved lands. Multiple resource objectives could include:<br>• re-introducing wildland fire as a necessary ecological process enhancing plant and wildlife habitat, including critical habitat for threatened and endangered species (where appropriate) facilitating tribal cultural use objectives<br>• improving forest health, conserving ecosystem services<br>• managing smoke emissions reducing fuel loading<br>protecting communities and infrastructure |
|  | Same as No Action | Same as No Action | (FIRE-ALL-GDL-06-D):<br>Within all LUAs, to improve efficiency in implementing actions to reduce the threat of wildfire adjacent to communities, areas of tribal importance, and infrastructure, treatments to reduce hazardous fuels within a 0.25-mile buffer of these areas are exempted from pre-disturbance surveys, and associated management requirements as described in 2001 ROD and S&Gs for Amendment to Survey and Manage for species identified in Table 1-1 (April 2014, or subsequent update). Management of known sites shall not be exempt. |
|  | Same as No Action | Same as No Action | (FIRE-ALL-PMA-D):  In some cases, exemption buffers wider than 0.25-mile may be appropriate. This would be determined at the project level following national, regional and forest policies regarding wildfire risk assessment. National forest units within the NWFP area should coordinate and engage with local governments, States, and Tribes to discern appropriate buffer widths, and to specify which management activities would be covered by this exemption. |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Fire Resilience – All LUAs (continued) | (Fire-All-PMA) The boundaries of the community protection areas adjacent to property, critical infrastructure, and places of tribal cultural significance have been determined through coordination with the national forest, Tribes, state agencies, private landowners, and communities through efforts such as Community Wildfire Protection Plans (CWPPs). Community protection areas are determined by evaluating conditions on the ground and incorporate the best available fire risk science such as Potential Operational Delineations (PODS), Potential Control Lines (PCLs), and Indigenous Knowledge. Collaborative, community-driven wildfire risk mitigation frameworks, or CWPPs, inform prioritization, planning, and implementation of fuels treatments in areas with overlapping social and ecological benefits. Community wildfire protection goals include protecting highly valued resources and assets, such as recreation infrastructure, and supporting ecological functions at a landscape scale. | Same as No Action | See Appendix A.2: Alternatives, Wildfire Resistance and Resilience plan components in Alternative D |
| Climate – All LUAs | Not applicable | Not applicable | (CLIMATE-GDL-03-D) Design, site, construct and operate recreation facilities, including dispersed sites, in a manner that promotes resilience to climate related-related disturbance including wildfire, floods, windstorms and drought. For existing or damaged facilities, consider redesign, relocation, or closure if desired conditions cannot be attained. |
| Support Economic Opportunities and Sustainable Communities | Not applicable | (ECONSUST-PMA-C) Consider the value of recreation infrastructure when designing permanent fuel breaks so that the Forest Service can reduce wildland fire risks to outdoor recreation assets and their associated community benefits while still maintaining the scenery management objectives of a given area. | Not applicable |

| Proposed Action Topic Area | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|
| Support Economic Opportunities and Sustainable Communities (continued) | (ECONSUST-OBJ-01-B): Contribute to economic sustainability through restoration treatment of 660,000- 810,000 acres per decade (5,900 –13,500 MMBF sold), with additional salvage treatments expected to contribute 33,000 acres and 223 MMBF per decade, in dry and moist forest Matrix, AMA, LSR and Riparian Reserve lands across the Northwest Forest Plan area, by using ecological forestry methods while also conserving and retaining older trees and achieving other desired conditions. | (ECONSUST-OBJ-01-C): Contribute to economic sustainability through restoration treatment of 171,000-211,000 acres/decade (1,500-3,600 MMBF sold) in dry and moist forest Matrix, AMA, LSR and Riparian Reserve lands across the Northwest Forest Plan area, by using ecological forestry methods while also conserving and retaining older trees and achieving other desired conditions. Salvage projections are expected to also contribute 25,000 acres per decade and 170 MMBF in dry and moist forest Matrix, AMA, dry LSR, and Riparian Reserves. | (ECONSUST-OBJ-01-D): Contribute to economic sustainability through restoration treatment of 474,000-588,000 acres/decade (4,700-12,200 MMBF sold), with additional salvage treatments expected to contribute 34,000 acres and 229 MMBF per decade. in dry and moist forest Matrix, AMA, LSR and Riparian Reserve lands across the NWFP area, by using ecological forestry methods while also conserving and retaining older trees and achieving other desired conditions. |

Note: Additional information on how the newly proposed plan amendment components would be implemented under the different action alternatives is provided in Appendix A.2.

## 2.4  Alternatives Considered but Eliminated from Detailed Study

Federal agencies are required by NEPA to rigorously explore and objectively evaluate reasonable alternatives and to briefly discuss the reasons for eliminating any alternatives that were not developed in detail (40 CFR 1502.14). Scoping comments received in response to the Notice of Intent (https://www.federalregister.gov/documents/2023/12/18/2023-27742/region-5-and-region-6-california-oregon-and-washington-forest-plan-amendment-for-planning-and#:~:text=On%20August%205,%202016,%20the%20BLM) provided suggestions for alternative methods for achieving the amendment's purpose and need. Some of these suggestions were not carried forward as they were not identified as needs for change, were duplicative of the alternatives considered in detail, or were determined to contain components that would cause unnecessary environmental harm. The following alternatives were considered but dismissed from detailed consideration.

### 2.4.1  Full Revision of the NWFP

During scoping, commenters recommended the need to fully revise the 1994 NWFP. However, this proposal would not be consistent with the purpose and need of the proposed amendment as identified in the Notice of Intent and described in Section 1.3. The amendment proposes changes to the 1994 NWFP to clarify, add, remove, or change direction common across all 17 affected national forests to address the five topics identified in the Notice of Intent, while keeping the rest of the 1994 NWFP direction and the individual land management plans intact and unchanged. Some of the elements specifically commented on, but not addressed in the proposed amendment, include changes to the ACS, land use allocation boundaries, recreation, potential wilderness evaluations, and Wild & Scenic River evaluation.

The 2012 Planning Rule has different requirements and processes for revising versus amending a land management plan. The complexity of addressing all the necessary elements of the 2012 Planning Rule for each of the 17 units at this time is outside the Forest Service's current capacity and would not be reflective of the stated purpose and need (see Section 1.3). Completing individual land management plan revisions across this area would not be a timely way to address the further loss of mature and old-growth forests, the ecosystems they support, or protect the communities and infrastructure at risk of harm or loss.

### 2.4.2  Entire Removal of the Survey & Manage Program

During scoping, commenters recommended eliminating all S&M requirements, stating that S&M impedes necessary forest management activities. Pre-disturbance surveys required for S&M species were highlighted as inefficient in terms of both time and cost required. However, this change would not be consistent with the purpose and need of the proposed amendment as identified in the Notice of Intent and as described in Section 1.3 and therefore is outside the scope of the amendment.

### 2.4.3   Moratorium on All Tree Harvesting in Mature and Old-Growth Forests

During scoping, commenters recommended a moratorium on logging and harvest in mature and old-growth stands to ensure the preservation of these ecosystems. However, this change would not be consistent with the purpose and need of the amendment as identified in the Notice of Intent and as described in Section 1.3. Addressing wildfire risk to mature and old-growth forests, which has been exacerbated by climate change, is an important focus of the Notice of Intent. Using ecological forestry approaches to reduce this risk is necessary to ensure these ecosystems can persist into the future and continue to provide vital habitat for mature and old-growth-associated species. As a result, this recommendation could result in increased risks to the resilience and persistence of mature and old-growth forests in the face of ongoing climate change and fire risks.

## 2.5   Monitoring

A regional monitoring program exists to evaluate the effectiveness of the 1994 NWFP in achieving its management objectives on federal lands within the NWFP area. The current monitoring focuses on important regional-scale questions about older forests, populations and habitat of northern spotted owl and marbled murrelet, watershed health, federal agency relationships with Tribes, and socioeconomic conditions in communities closely tied to federal lands. The latest monitoring reports are available online at: https://www.fs.usda.gov/r6/reo/monitoring/[12] and https://www.fs.usda.gov/detail/r6/landmanagement/planning/?cid=fseprd1175163.[13]

Broad-scale effectiveness monitoring of the NWFP provides information to determine if the plan direction is achieving the desired result. Information gained through monitoring, research, and other sources of information provide a basis for adaptive management and decision-making based on best available scientific information. The 1994 NWFP established a commitment to monitoring and monitoring continues to be an essential component of implementation of the NWFP (USDA Forest Service 1994a: 57).

The current broad-scale monitoring modules facilitate an adaptive framework for land management under changing conditions. These modules fulfill the broad-scale monitoring requirements of the 2012 Planning Rule (36 CFR 219.12(b)(1)) and Forest Service Manual (FSM) 1940. Monitoring for the NWFP Amendment does not change the biennial monitoring reports or plan monitoring components set at the Unit level but may be used to address forest monitoring questions.

### 2.5.1   Interagency Cooperation for Effectiveness Monitoring

A cooperative interagency network designed and has implemented the effectiveness monitoring of the NWFP over the past decades. This collaborative effort leverages existing partnerships to further fulfill the 2012 Planning Rule (36 CFR 219.12(c)(3)). The effectiveness monitoring

---

[12] Davis et al. 2015, Falxa and Raphael 2016, Davis et al. 2016, Dugger et al. 2015, Grinspoon et al. 2016, Vinyeta and Lynn 2015, Miller et al. 2017
[13] Lorenz et al. 2021, McIver et al. 2021, Davis et al. 2022a, Franklin et al. 2021, Davis et al. 2022b, Dunham et al. 2023, Casey-Scott and Lynn 2021

modules are outlined below and are further defined in General Technical Reports. While this section includes no new monitoring commitments, "the responsible official has the discretion to set the scope and scale of the plan monitoring program, after considering: (i) Information needs identified through the planning process as most critical for informed management of resources on the plan area; and (ii) The financial and technical capabilities of the Agency (36 CFR 219.12(a)(4))." Additionally, "(1) A substantive change to the monitoring program made outside of the process for plan revision or amendment may be made only after notice to the public of the intended change and consideration of public comment (36 CFR 219.13(c)(1))."

### 2.5.1.1    Aquatic and Riparian Effectiveness Monitoring Plan

The Aquatic and Riparian Effectiveness Monitoring Plan program tracks the effectiveness of the NWFP in relation to ecosystem trends across watersheds at the regional scale. This program uses stratification at multiple scales to allow for finer resolution of indicators, when appropriate. It comprises in-channel metrics collected at randomly selected sites and watersheds paired with watershed-scale analysis across all federal lands. The program protocols and guidelines are further defined in PNW-GTR-577 (Reeves et al. 2004).

### 2.5.1.2    Late-Successional and Old-Growth Forest

This monitoring module tracks status and trends in the amount, distribution, spatial patterns, and connectivity of LSOG forests on federal lands. It incorporates monitoring of forest disturbances and stressors to better understand what is causing changes to these things and, ultimately, how effective the NWFP is at achieving its stated desired LSOG forest conditions on federal lands. See PNW-GTR-438 (Hemstrom et al. 1998) for specific monitoring details.

### 2.5.1.3    Northern Spotted Owl Population and Habitat

This monitoring module tracks status and trends in northern spotted owl population size and distribution, as well as amount, distribution, spatial patterns, and connectivity of its habitat and associated forests. It incorporates monitoring of forest disturbances and stressors (e.g., wildfire, insect/disease, barred owls) to better understand what is causing changes to these things, and ultimately, how effective the NWFP is at achieving its stated northern spotted owl population and habitat goals on federal lands. See PNW-GTR-648 (Lint et al. 1999) for specific monitoring details, but also Lesmeister et al. (2021) for details on the transition from demographic monitoring (phase I) to passive acoustic monitoring (phase II).

### 2.5.1.4    Marbled Murrelet Population and Habitat

The marbled murrelet module monitors at-sea populations and habitat availability across the region. Breeding habitat for marbled murrelet is tied to the conservation and preservation of late-successional and old-growth forest. As a federally listed species under the ESA, the marbled murrelet has multi-agency interest and all programs on federal land consider effects on their populations. The module's protocols and guidelines are further defined in PNW-GTR-439 (Madsen et al. 1999).

### 2.5.1.5    Federal-Tribal Relationship

The tribal monitoring program addresses conditions, trends, and access to resources protected by treaty or of interest to American Indian Tribes, the condition of and access to religious and cultural heritage site, and the quality of the government-to-government relationship (Case-Scott and Lynn 2021). Additional information is provided in Section 3.2.

### 2.5.1.6    Socioeconomics

The socioeconomics monitoring module includes quantitative monitoring of timber and other resource outputs from national forest, including recreation. In addition, most monitoring reports, including the most recent 20-year report, have included qualitative case studies of affected communities in the NWFP area (Grinspoon et al. 2016).

## 2.6  Preferred Alternative

The Forest Service has not identified a preferred alternative but will do so in the Final EIS after reviewing and considering the analysis presented in this Draft EIS and comments received from the public. Reviewers are encouraged to comment on the alternatives, in whole, part, or in some combination of components.

# CHAPTER 3. AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES

## 3.1   Introduction

This chapter of the Draft EIS describes the affected environment in the NWFP area as it pertains to the consequences of the alternatives for each impact topic considered and analyzed in detail within this Draft EIS. It further describes the environmental consequences of the actions associated with the alternatives relevant to the impact topics presented in Chapter 1. Quantitative values found in this chapter, such as acres or volumes, are approximate due to the broad scale of the data used.

The spatial extent of the analysis area considered in this chapter vary by issue. In general, the analysis area includes the portion of the NWFP area encompassed by national forests; however, some issue assessments include a larger area due to the nature of the issue and resource considered. For example, the analysis area applicable to the Sustainability of Regional Communities assessment consists of the full extent of the 72 counties that together form the NWFP area, while the analysis area applicable to the Air Quality assessment includes the full extent of the NWFP area as well as areas within the same "airshed" as the planning area. Therefore, unless indicated otherwise in the assessments that follow for applicable issues or resources that required a larger analysis area (e.g., Sections 3.5 and 3.8), the analysis area used is assumed to consist of the portion of the NWFP area encompassed by national forests (see Figure 1-1).

## 3.2   Issue 1 – Incorporation of Indigenous Knowledge and Increased Tribal Inclusion

Tribal involvement in the development of the 1994 NWFP was overlooked, and it is acknowledged that fully engaging with Tribes in addressing the challenges faced in the NWFP area is critical to successful implementation of the plan and management of natural resources. Furthermore, it is acknowledged that Indigenous Knowledge extends beyond just fire and fuel management, and that all resources addressed within this EIS and in the NWFP are of importance to Tribes. Therefore, this section addresses what effect the proposed alternatives would have on correcting the historic error of implementing forest management practices without the incorporation of Indigenous Knowledge and tribal involvement.

### 3.2.1   Affected Environment

The NWFP area encompasses tribal lands or ancestral territories associated with over 70 federally recognized American Indian Tribes. The affected environment for the theme of tribal engagement and incorporation of Indigenous Knowledge includes the existing conditions of United States-tribal relations, as guided by legislation and historical trust responsibilities, as well as the context of the Forest Service-tribal relations in the NWFP area. The following aspects of the affected environment summarize federal directives for, and status of, tribal involvement in the NWFP area, as well as discuss the issues of tribal inclusion and Indigenous Knowledge and how they have been attended to across the NWFP area.

### 3.2.1.1    Tribal Sovereignty, Treaty and Other Protected Tribal Rights, and Trust Responsibilities

The Forest Service has obligations under the United States Constitution, Treaty Rights, Treaty Reserved Rights, law, regulation, and policy to protect and preserve for American Indians their inherent right of access, forest product use, freedom to express and exercise traditional religions, ceremonial use of sacred sites by religious practitioners, and to avoid adversely affecting such sites. Many tribal members continue to foster longstanding, customary relationships with natural resources on national forests and grasslands, continuing an interdependent relationship whereby tribal practices nurture ecological systems, and those systems in turn nurture and sustain cultural identity and continuity. Laws protect American Indian rights to use and possess sacred objects; to protect their ancestral graves, archaeological, and cultural sites; to secure the freedom of worship through ceremonial and traditional practices; and to collect native plant and animal resources for traditional cultural purposes. Memoranda of understanding for collaboration, consultation, and cooperation in managing natural resources on national forests and grasslands are in effect between the Forest Service and multiple Tribes within the NWFP area.

The Forest Service maintains government-to-government relationships with American Indian Tribes that have sovereign governments. These relationships are important for protecting and managing ecological resources as well as to honor, support, and respect cultural, spiritual, and community interests. The Forest Service commits to integrate these tribal values and interests as much as possible into agency planning and project implementation. In their treaties with the United States, Tribes expressly reserved many of their aboriginal rights, including rights to harvest a range of resources both on and off reservation lands. The Forest Service has certain legal responsibilities to American Indian Tribes beyond those identified in treaties; these are clarified in statutes, executive orders, and case law interpreted for the protection and benefit of federally recognized American Indian Tribes. In meeting these responsibilities, the Forest Service consults with Tribes whenever proposed policies or management actions may affect tribal interests.

Treaty rights and the historical relationships between Tribes and the lands they relied upon may differ greatly among Tribes. While federal law governs relations with all federally recognized American Indian Tribes, each Tribe is different and is recognized as a separate and unique government. While some Tribes have treaties, other Tribes were recognized under different authorities and have different rights. Cultural differences between Tribes can also be significant. In some cases, several Tribes may each have legitimate interests in the same lands because they each may have occupied or otherwise used those lands during overlapping or different historical periods. These factors and others combine to make each Forest Service-tribal consultation relationship unique.

### 3.2.1.2    Tribal Considerations in the 1994 NWFP and the 2012 Planning Rule

The 1994 NWFP does not contain provisions relevant to tribal inclusion or incorporating Indigenous Knowledge in forest management.

The 2012 Planning Rule requires the Forest Service to work with federally recognized Indian Tribes, government-to-government, as provided in treaties and laws and consistent with executive orders, when developing, amending, or revising plans. The rule also requires

consideration of cultural and historic resources, and areas of tribal importance (36 CFR 219). Further, the 2012 Planning Rule:

1.  Recognizes the responsibility of Forest Service officials to consult early with tribal governments and to work cooperatively with them where planning issues affect tribal interests; and

2.  Encourages tribal participation in NFS planning; and

3.  States that officials will protect confidentiality regarding information given by Tribes in the planning process and may enter into agreements to do so.

Section 219.10(b)(1) (iii) of the 2012 Planning Rule requires that new plans or plan revisions include plan components, including standards and guidelines, to provide for the management of areas of tribal importance. Section 219.4(a)(3) of the rule requires that information about Indigenous Knowledge, land ethics, cultural issues, and sacred and culturally significant sites be solicited during the tribal participation and consultation processes set forth in paragraphs (a)(1)(v) and (a)(2). A working definition of Indigenous Knowledge is included in Section 219.19 under *Native Knowledge,* which is presented in full in Section 3.2.1.4.

Forest Service land management planning also includes recognition of and requirements for ecosystem services, which are defined to include cultural heritage values. Further, it is expected that the environmental analysis required when developing or revising a forest plan will include consideration of potential impacts of proposed plan components on areas of tribal importance (see Forest Service Handbooks 1909.12, section 13.7, and 1509.13, section 3.10.2.e.(2)). These requirements, in combination with the requirement that plan content include descriptions of a unit's roles and contributions within the broader landscape under Section 219.7(e), ensure the cultural aspects of sustainability will be considered when developing plan components that guide unit contributions to social sustainability.

### 3.2.1.3    Tribal Considerations in NWFP Planning Documents

#### NWFP Tribal Monitoring Program

The Record of Decision (ROD) for the 1994 NWFP identified a series of plan elements requiring monitoring, including "American Indians and Their Culture," which tasked the Forest Service and BLM with monitoring the conditions and trends of tribal trust resources within the NWFP boundary that are identified in treaties between the United States government and American Indians. This directive has resulted in the preparation of 5-year monitoring reports at the 10-, 15-, 20-, and 25-year marks that were guided by a Tribal Monitoring Advisory Group. The most recent report was prepared in 2021 at the 25-year mark, and is titled, "Strengthening the Federal-Tribal Relationship: A Report on Monitoring Consultation Under the Northwest Forest Plan" (Case-Scott and Lynn 2021). It includes findings from interviews with 25 federally recognized Tribes in the NWFP region and four case studies that highlight tribal experiences and perspectives on how their rights and interests are being affected by federal policies. The report provides recommendations to (1) protect tribal rights and access, (2) improve federal-tribal forest management compatibility, and (3) improve consultation. Many comments made by tribal staff revealed that recommendations made in the 20-year report had yet to be addressed and still needed implementation. Key recommendations from the 25-year report include the following:

### Tribal Rights and Access Recommendations

- Train agency staff across all levels to ensure strong cultural competency in tribal matters.
- Review policies that severely impact tribal rights to interact with traditional lands and resources.
- Adopt procedural frameworks to protect sensitive tribal and traditional knowledge.
- Develop and use effective conflict resolution processes.

### Recommendations for Improving Federal-Tribal Forest Management Compatibility

- Consult, collaborate, and coordinate with Tribes to enhance the compatibility of federal-tribal forest management practices.
- Increase opportunities for tribal land management.
- Increase funding and support opportunities for tribal natural resource departments.
- Increase funding and ensure adequate staffing levels for agencies working closely with Tribes.

### Consultation Recommendations from Tribes

- Learn about, recognize, and act on each Tribe's unique vision for consultation.
- Increase effectiveness of government-to-government consultation.
- Create more formalized, individualized agreements between Tribes and agencies to clarify the relationships between them.
- Strengthen the accountability of consultation.
- Customize tribal notifications.
- Increase agency awareness of tribal lands and territories in relation to the NWFP boundary.
- Increase agency and tribal awareness of NWFP policies and their implications.
- Work with Tribes to develop an orientation process for new agency staff.
- Increase the use of more personal forms of communication.
- Encourage tribal participation in intergovernmental forums.
- Increase opportunities for collaboration in planning and management.
- Incorporate tribal comments into agency plans prior to making plans public.
- Coordinate consultation policies and practices across Forest Service districts.
- Increase opportunities for inter-agency learning.
- Strengthen pathways within the Forest Service for tribal concerns to flow from districts to agency leadership.

## Tribal Considerations in the 2018 Synthesis of Science to Inform Land Management within the NWFP Area (Volume 3, Chapter 11)

Chapter 11, "Tribal Ecocultural Resources and Engagement" (Long et al. 2018), of the Forest Service Synthesis of Science report examines the concept of ecocultural resources and strategies for engaging Tribes in restoring important resources in ways that uphold tribal rights and federal responsibilities, while supporting other federal land management goals in the NWFP area. Although it was prepared to inform land management planning and not make policy recommendations, the study provides an important context for understanding the historical relationship of Tribes to the Forest Service in the management and mismanagement of areas of tribal importance. For example, lack of tribal influence over their trust resources combined with federal special designations has in some cases led to the reduced frequency and extent of low-intensity fire and, consequently, the reduced availability of many species of high cultural use-value.

The synthesis also describes strategies to promote tribal engagement and incorporation of Indigenous Knowledge to increase availability of ecocultural resources, including developing institutional capacity and agreements, addressing sacred sites protection and access, ensuring meaningful consultation, promoting collaboration, fostering cooperative management, integrating Indigenous Knowledge in collaborations, promoting tribal adaptive capacity, promoting multiscale temporal and spatial diversity in terrestrial habitats, reestablishing fire regimes, incorporating cultural burning, managing fires across jurisdictions, integrating tribal objectives into silviculture approaches, proactively addressing use of chemicals in forest management, actively managing riparian areas, restoring aquatic systems, removing reservoir dams, managing roads, facilitating tribal access to forest products, addressing conflicts with nontribal communities over access and use, sustaining timber harvest and mill capacity, considering effects of special designations, and supporting adaptive management.

## Tribal Considerations in the 2021 Supplemental Bioregional Assessment

The Forest Service Supplemental Bioregional Assessment (USDA Forest Service 2021a) reviewed current tribal engagement efforts and highlighted areas of improvement. Drawing from the 20-year monitoring report (Vinyeta and Lynn 2015) and Chapter 11 of the Synthesis of Science report (Long et al. 2018), the Tribal Rights and Interests section of the Supplemental Bioregional Assessment summarized two key high-level change issues for future forest planning: (1) Consultation, Tribal Rights and Access, and Federal-Tribal Forest Management Compatibility; and (2) Availability of Ecocultural Resources.

## Tribal Considerations in the NWFP Amendment Internal Survey Results

An internal survey of Forest Service staff was conducted in early 2024 that covered each of the five topics identified in the Notice of Intent to amend the NWFP (Pacific Planning Service Group 2024). Under the topic of Tribal Inclusion and Incorporation of Indigenous Knowledge, Forest Service staff identified themes of tribal access, engagement, co-management, cultural burning, and management of first foods and materials as areas where NWFP content could be amended. In terms of incorporating Indigenous Knowledge, it was suggested that all NWFP content relevant to fire use and cultural significance of forest products could be amended to address tribal inclusion. In addition, a standard and guideline requiring incorporation of Indigenous Knowledge into project planning was needed.

## USDA Forest Service Action Plan, Strengthening Tribal Consultation and Nation-to-Nation Relationships (FS-1211 February 2023).

The product of diverse perspectives from the unit, regional, and national levels of the Forest Service, the Tribal Action Plan provides agency guidance and assistance to fulfill the federal trust responsibility, honor treaty obligations, and support tribal self-determination. It complements the "USDA Action Plan on Tribal Consultation and Strengthening Nation-to-Nation Relationships" (USDA 2021) pursuant to the Presidential Memorandum dated January 26, 2021, that directed all federal agencies to review and update their tribal consultation policies (President of the United States 2021).

The 2023 Forest Service Action Plan (USDA Forest Service 2023a) is designed to address barriers identified during consultation with Tribes and by staff in the Tribal Relations Program and forwards specific action items including the development of policies and protocols. It outlines four areas of focus: (1) strengthening relationships between Indian Tribes and the Forest Service, (2) fulfilling trust and treaty obligations, (3) enhancing co-stewardship of the Nation's forests and grasslands, and (4) advancing tribal relations within the Forest Service.

Specifically, the Action Plan states that forest plan revisions should include application of Indigenous Knowledge as required in the 2012 Planning Rule, which specifically identifies the importance of incorporating Indigenous Knowledge, land ethics, cultural issues, and sacred and culturally significant sites in the planning process. To the extent possible, this information should be identified in the assessment phase and considered throughout the planning process and monitoring approaches and plans need to consider tribal perspectives.

### 3.2.1.4   *Indigenous Knowledge*

### General Background

There is no single definition or phrase that captures the breadth and diversity of Indigenous Knowledge. In recent discourse, numerous phrases—including Indigenous Knowledge, Indigenous Traditional Ecological Knowledge, Traditional Ecological Knowledge, Traditional Forest-Related Knowledge, Indigenous Science, and Native Science—have been used to describe knowledge that consists of "a wide range of tribal processes of perceiving, thinking, acting, and coming to know that have evolved through human experiences with the natural world," including "indigenous relationships to land, plants, animals, community, self, cosmos, spirit, and the creative animating processes of life" (Cajete and Little Bear 2001, Cajete 2021). Indigenous Knowledge is unique to each indigenous community, and each may use different terminology or express it in different ways.

Under the 2012 Planning Rule, the agency adopted a working definition of Indigenous Knowledge (referred to as Native Knowledge) as follows:

> *A way of knowing or understanding the world, including traditional ecological and social knowledge of the environment derived from multiple generations of indigenous peoples' interactions, observations, and experiences with their ecological systems. Native knowledge is place-based and culture-based knowledge in which people learn to live in and adapt to their own environment through interactions, observations, and experiences with their ecological system.*

> *This knowledge is generally not solely gained, developed by, or retained by individuals, but is rather accumulated over successive generations and is expressed through oral traditions, ceremonies, stories, dances, songs, art, and other means within a cultural context.*

Although Indigenous Knowledge has been unevenly accepted within western science, there has been an increasing overlap between approaches of Indigenous Knowledge holders and new branches of science, particularly the ecological sciences. Over the last two decades, there is growing evidence of how the two systems of knowledge, relying on different sources and methods, can inform each other in addressing similar problems (Parrota and Trosper 2012, Pierotti 2010).

In November 2021, the White House Office of Science and Technology Policy (OSTP) and the CEQ issued a memorandum recognizing Indigenous Knowledge as one of the many important bodies of knowledge that contributes to the scientific, technical, social, and economic advancements of the United States, and to our collective understanding of the natural world (OSTP and CEQ 2021).

The following year, in November 2022, the White House OSTP and CEQ released Indigenous Knowledge guidance for federal agencies to elevate the role of Indigenous Knowledge in federal decision-making (OSTP and CEQ 2022a)*,* along with an accompanying implementation memorandum *(*OSTP and CEQ 2022b).

In May 2024, the USDA issued 36 CFR Part 219, Subpart A – National Forest System Land Management Planning, revising text in Section 219.4(a)(3) and Section 219.19 to adhere to guidance set forth by the White House directive. The Department has changed the term "Native Knowledge" to Indigenous Knowledge and is updating the associated definition to conform with this guidance. For the purposes of this document, Indigenous Knowledge is the single term used, as defined in Department Rule 36 CFR 219.19 and OSTP and CEQ guidance:

> *A body of observations, oral and written knowledge, innovations, practices, and beliefs developed by Tribes and Indigenous Peoples through interaction and experience with the environment. It is applied to phenomena across biological, physical, social, cultural, and spiritual systems. Indigenous Knowledge can be developed over millennia, continues to develop, and includes understanding based on evidence acquired through direct contact with the environment and long-term experiences, as well as extensive observations, lessons, and skills passed from generation to generation. Indigenous Knowledge is developed by Indigenous Peoples including, but not limited to, Tribal Nations, Native Americans, Alaska Natives, and Native Hawaiians. Each Tribe or Indigenous community has its own place-based body of knowledge that may overlap with that of other Tribes. Indigenous Knowledge is based in ethical foundations often grounded in social, spiritual, cultural, and natural systems that are frequently intertwined and inseparable, offering a holistic perspective. Indigenous Knowledge is inherently heterogeneous due to the cultural, geographic, and socioeconomic differences from which it is derived, and is shaped by the Indigenous Peoples' understanding of their history and the surrounding environment. Indigenous Knowledge is unique to each group of Indigenous Peoples and each may elect to utilize different terminology or express it in different ways.*

> *Indigenous Knowledge is deeply connected to the Indigenous Peoples holding that knowledge.*

## Applying Indigenous Knowledge in Forest Planning

A number of recent studies have evaluated the incorporation of Indigenous Knowledge in forest management in the Pacific Northwest. In 2008, the Pacific Northwest Research Station prepared a technical report, "Traditional and Local Knowledge about Forest Biodiversity in the Pacific Northwest" (Charnley et al. 2008), which synthesized existing literature about traditional and local ecological knowledge relating to biodiversity in Pacific Northwest forests to assess what is needed to apply this knowledge to forest biodiversity conservation efforts. In this study, Indigenous Knowledge included cultural burning related to food production as well as other land management techniques such as modifying soils, planting or broadcasting seeds, selective harvesting, removing of undesired plants, and pruning. These practices were documented to promote habitat heterogeneity by maintaining mosaics of vegetation types in different stages of succession. The 2008 technical report concluded that, "although several promising models exist for how to integrate traditional and local ecological knowledge into forest management, a number of social, economic, and policy constraints have prevented this knowledge from flourishing and being applied" (Charnley et al. 2008).

In a more recent 2019 scientific study titled, "Traditional Knowledge of Fire use by the Confederated Tribes of Warm Springs in the Eastside Cascades of Oregon," cultural fire regimes were characterized and assessed to generate constructive insights for restoring conifer forest landscapes and enhancing culturally valued resources (Steen-Adams et al. 2019). The findings from this study also highlighted the importance of engaging the communities that hold Indigenous Knowledge in the forest management and planning process.

The 2023 Tribal Action Plan identifies the goal of expanding the respectful application of Indigenous Knowledge in coordination with the Interagency Indigenous Knowledge Working Group, in collaboration with the Indigenous Knowledge Implementation Team, and in accordance with the 2022 White House memorandum, *Guidance for Federal Departments and Agencies on Indigenous Knowledge* (OSTP and CEQ 2022a)*,* that advances participatory research on topics of joint interest. Action items identified to support the meaningful incorporation of Indigenous Knowledge in forest planning and management include ongoing efforts to:

- Educate staff on Indigenous Knowledge.
- Develop an agencywide Indigenous Knowledge implementation plan.
- Consolidate models of best practices for applying Indigenous Knowledge.
- Identify and address issues surrounding privacy protection, intellectual property, and physical protection of Indigenous Knowledge.
- Support Indigenous Knowledge through participatory research on topics of joint interest.

### *3.2.1.5    Tribal Inclusion in the Development of 2024 NWFP Alternatives*

Drawing from the findings in the studies cited above and recent Forest Service commitments to advancing tribal inclusion, the Forest Service sought to engage in a more comprehensive

consultation and co-development planning process for the NWFP. Many Tribes directly asked to be included from the beginning stages of NWFP development, rather than solely commenting on a draft plan.

Thus, the NWFP amendment drafting process included tribal feedback from the start and created opportunities for tribal and Forest Service staff to work together. For each planning and NEPA benchmark, a formal letter was sent to tribal leaders and a webinar was hosted for tribal staff and leadership to provide more background information for the letter. The first letter asked Tribes what needed to change to help inform the plan direction and invited Tribes into formal consultation. The second letter shared with Tribes that the Notice of Intent had been published and invited tribal staff to participate in the plan development as well as formal consultation.

During the plan development phase, three in-person tribal roundtables were held to gather feedback from Tribes. "What We've Heard from Tribes" documents produced by the Forest Service summarized feedback given at meetings and from letters. The documents were sent to meeting attendees to ensure feedback was captured correctly, and subsequently shared with all NWFP Tribes who were unable to attend. FAC members, which included tribal representatives, attended all tribal engagement activities and developed their recommendations in consideration of comments and concerns raised during the tribal engagement process. In addition, tribal staff members were part of developing the Plan Amendment.

Overall, 39 federally recognized Tribes and 8 non-federally recognized Tribes have participated from September 2023 through August 2024. In addition, four presentations to intertribal groups were given over the course of the plan development process.

## 3.2.2   Environmental Consequences

### 3.2.2.1    Alternative A – No Action

Under the No Action Alternative, management of national forests within the range of the NWFP area would continue in accordance with the rules and provisions found in the 1994 NWFP. The Forest Service would continue to engage with Tribes and foster a beneficial working relationship with the Tribes; however, the NWFP itself would not contain prescriptive measures defining that interaction, nor would Indigenous Knowledge and tribal forest management practices be incorporated into the NWFP.

### 3.2.2.2    Consequences Common to All Action Alternatives

All three action alternatives incorporate FAC recommendations pertaining to increased tribal inclusion and incorporation of Indigenous Knowledge into planning and project development. The action alternatives provide a framework for working with Tribes on access and gathering, biodiversity, co-stewardship, Indigenous Knowledge, treaty and protected tribal rights, awareness and coordination, and workforce. A suite of Desired Conditions, Goals, Objectives, Standards, Guidelines, and Potential Management Approaches are common to all three action alternatives.

For the purposes of comparing and evaluating the action alternatives, this section focuses mainly on a qualitative comparison of tribal objectives that provide specific and concrete direction for working with Tribes. Under all action alternatives, other sections of the plan also include components for tribal cultural use and co-stewardship. It is clear from the action alternatives that

the agency acknowledges the role of indigenous communities in establishing and maintaining forest ecosystems and is committed to refocusing planning and project implementation in the NWFP area to collaborate and engage meaningfully with Tribes.

The following Objectives are consistent across all three action alternatives:

- **Access and Gathering (TRIBAL-AG-OBJ):** Within 5 years, work with Tribes to co-develop a long-term strategy to improve tribal access to important cultural places in the NWFP area, consistent with applicable federal law, regulations, executive orders, and agency policies, tribal laws, constitutions, and treaty, reserved, retained and other tribal rights, including any privacy and consultation protocols.

- **Biodiversity (TRIBAL-BIO-OBJ-01):** With relevant and interested Tribes, co-develop actions in priority watersheds that will improve soil and watershed conditions on 3,000 to 4,000 acres every 3 years across the NWFP area.

- **Co-stewardship (TRIBAL-COSTW-OBJ):** Develop and implement appropriate agreements within 2 years through any available instruments between national forests in the NWFP area and Tribes to establish consultation, collaboration, and cooperation protocols.

- **Forest Stewardship (TRIBAL-FORSTW-ALL-OBJ-04):** Each unit across the NWFP area enters into one or more government-to-government agreement(s) with Tribes to co-design, plan, and implement habitat enhancement projects for culturally significant species and practices. Develop an implementation strategy for National Historic Preservation Act section 304 on confidentiality (54 U.S.C. § 307103) that responds to tribal needs to protect the confidentiality of religious practices.

- **Forest Stewardship (FORSTW-ALL-OBJ-01):** Within 10 years identify and implement at least one adaptive management or demonstration project that facilitates learning regarding methods to effectively achieve desired conditions across each unit. Although this Objective is not specifically a tribal one, it provides opportunities for long-term tribal engagement, incorporation Indigenous Knowledge, and education throughout all national forest units in the NWFP area.

- **Indigenous Knowledge:** While there are no specific Objectives defined for Indigenous Knowledge in the action alternatives, the proposed plan amendments present desired conditions and standards that include coordination with Tribes to ensure privacy and confidentiality is maintained for sensitive topics such as cultural practices, locations, and traditional cultural use species. Other proposed plan Objectives provide opportunities for the incorporation of Indigenous Knowledge in co-stewardship projects, including practices such as cultural burning, tending, tracking, cultivation, and habitat management for culturally important species.

- **Treaty and Protected Tribal Rights (TRIBAL-TPTR-OBJ):** By the end of year 8 following amendment approval, each national forest in the NWFP area will design and implement a Tribal Relations Program to build partnerships, uphold trust and legal responsibilities, and help coordinate with federally recognized Tribes that have ancestral lands on national forests in the NWFP area.

- **Awareness and Coordination (TRIBAL-AWA-OBJ-01):** Semiannually, and with tribal input and leadership as appropriate, conduct employee training and education regarding

topics such as tribal cultural awareness; terminology; general trust responsibilities and tribal rights; relevant treaty and protected tribal rights and history; settler colonialism, decolonization and Indigenous ecocultural restoration; principles of free, prior, and informed consent; data sovereignty; indigenous values that underpin Indigenous Knowledge such as reciprocity, cultural humility, and the Seventh Generation Principle; and the principles and best practices for working with Indigenous Knowledge. Indigenous trainers and/or cultural monitors from willing Tribes should be engaged to co-lead this instruction. Consider hosting an annual knowledge sharing event where practitioners from the Forest Service and from area Tribes can teach, train, share, and learn.

- **Awareness and Coordination (TRIBAL-AWA-OBJ-02):** Provide regular and onboarding training to unit Forest Service employees about local or regional federal tribal trust responsibilities and treaty and protected tribal rights, the unique history of each local or regional Tribe, as well as ways in which all Forest staff can honor and implement these responsibilities. Consider coordinating with Indigenous trainers and/or cultural monitors from willing Tribes to co-lead this instruction.

- **Workforce (TRIBAL-WRKFOR-OBJ):** Within 2 years, work with interested Tribes to develop co-stewardship agreements and opportunities that address tribally identified workforce, cultural, ecological, economic, STEM education, and business opportunities of highest importance to Tribes.

The objectives common to the action alternatives address the major needs identified through tribal engagement and FAC recommendations. They meet trust and treaty obligations and are consistent with the 2023 Forest Service Tribal Action Plan that emphasizes incorporation of Indigenous Knowledge and protection of tribal information and knowledge.

Under all action alternatives, the amendment represents a statement of policy and change in management direction that will inform future projects, but the amendment itself does not propose specific actions for access, restoration, adaptive management, etc. When individual national forest units begin planning projects to implement activities on the ground, management decisions pertaining to these activities should first consider treaty rights because those rights supersede federal law, regulation, or policy. Tribal cultural and scared sites would continue to be identified and managed in consultation with Tribes, following applicable federal legislation and Forest directives.

All the action alternatives include provisions to (1) improve Forest-tribal relations to meet legal obligations, (2) improve forest management practices through collaborative and co-stewardship projects, and (3) incorporate Indigenous Knowledge while maintaining the need to protect tribal knowledge and sovereignty. While all the alternatives would have long-term beneficial impacts on Forest-tribal relations and improved forest management by emphasizing tribal engagement and incorporation of Indigenous Knowledge in decision-making, the action alternatives emphasize different aspects of forest stewardship and tribal inclusion, as described and evaluated qualitatively below.

### 3.2.2.3    *Alternative B (Proposed Action)*

Alternative B is a robust application of specific objectives that directly address needs identified through years of tribal consultation and engagement. It incorporates FAC recommendations and is consistent with the 2023 USDA Tribal Action Plan. Compared to the other action alternatives,

Alternative B provides more concrete direction on the number of co-stewardship projects and number of acres to protect culturally sensitive species and implement co-management projects in areas of tribal importance.

Alternative B includes the objectives described above as common to all action alternatives plus three additional Tribal-Forest Stewardship objectives and one potential management approach (PMA) that differ from Alternatives C and D.

Two objectives proposed under Alternative B are reframed as goals in Alternatives C and D. As objectives under Alternative B, these plan components are measurable and time-specific directives, whereas the goals under Alternatives C and D are more general in scope. It is assumed that projects could be designed to meet more than one objective.

- **TRIBAL-FORSTW-ALL-OBJ-01** calls for each national forest in the NWFP area to develop and implement at least three projects within 5 years in partnership and collaboration with Tribes that support restoration of priority culturally relevant species.

- **TRIBAL-FORSTW-ALL-OBJ-02** requires tribal engagement and consultation to develop techniques and approaches to implement forest restoration, enhancements, fuels reduction, or maintenance activities in at least three areas of tribal importance, as jointly determined by Tribes and the national forests in the NWPF area, on a yearly basis following plan approval.

Another difference between Alternative B and Alternatives C and D is **TRIBAL-FORSTW-ALL-OBJ-03,** pertaining to management of meadows for tribally significant species. Under Alternative B, this objective quantifies the target in acres, directing the agency to annually implement projects that increase populations or maintain or restore habitat for dry, serpentine, and wet meadow-associated culturally significant species, such as camas or other species, by 2,000 acres across the NWFP area.

Additionally, Alternative B includes a Tribal-Forest Stewardship PMA (**TRIBAL-FORSTW-ALL-PMA-B**) to promote long-term huckleberry abundance in the NWFP area including within the range of northern spotted owl and in potential huckleberry habitat areas. The agency would consult with interested and relevant Tribes on annual huckleberry restoration actions at a scale meaningful to the Tribes and implement restoration actions through consultation with and/or through co-stewardship agreements, if possible. Alternative C maintains the same PMA, while Alternative D expands it to include First Foods and culturally significant botanical species.

### 3.2.2.4    Alternative C

Alternative C was developed in response to comments that the agency place more emphasis on natural processes in forest management. In general, plan amendments under Alternative C would reduce the number of acres in active management, particularly in northern spotted owl habitat. However, it does provide exceptions for managing LSRs solely for late-successional habitat, which could be used to manage tribally sensitive areas differently. To that end, agency management practices and activities would support, sustain, and incorporate Indigenous Knowledge into future planning and implement co-stewardship and collaborative projects in a way that is supportive of that reciprocal relationship.

From this perspective, Alternative C, as an alternative emphasizing natural processes over reciprocal human-nature relationships, may introduce obstacles for the agency in meeting its

legal obligations to Tribes and encouraging increased tribal engagement and incorporation of Indigenous Knowledge into planning and project implementation.

Under Alternative C, all elements of Alternative B would be implemented except for the following changes. **TRIBAL-FORSTW-ALL-OBJ-01-B** and **TRIBAL-FORSTW-ALL-OBJ-02-B** would be changed from objectives to goals. The goals would encourage collaboration with Tribes to jointly develop and implement programs and projects that support restoration of priority culturally relevant species (**TRIBAL-FORSTW-ALL-GOAL-01-C**) and to implement forest restoration enhancements, fuels reduction, or maintenance actions in areas of tribal importance **(TRIBAL-FORSTW-ALL-GOAL-02-C)**.

Additionally, under **TRIBAL-FORSTW-ALL-OBJ-03**, rather than treating 2,000 acres per year to improve meadow habitat for culturally significant species (Alternative B), Alternative C would annually implement five projects across the NWFP area to increase populations or maintain or restore habitat for dry, serpentine, and wet meadow associated culturally significant species such as camas or other species identified through tribal consultation.

### 3.2.2.5    Alternative D

Alternative D responds to comments for more active and adaptive forest stewardship practices. While it includes additional goals and a PMA emphasizing integration of Indigenous Knowledge and co-stewardship, Alternative D also reduces two Tribal-Forest Stewardship Objectives under Alternative B to Goals, thereby eliminating measurable outcomes for collaborative restoration projects of significance to Tribes. These changes may be more conducive to the inclusion of a larger number of Tribes and a diversity of tribal projects implemented at a smaller scale.

Alternative D, like Alternative C, reframes two of the Objectives under Alternative B as Goals (**TRIBAL-FORSTW-ALL-OBJ-01** and **TRIBAL-FORSTW-ALL-OBJ-02**).

For improvement of meadow habitat for culturally significant species (**TRIBAL-FORSTW-ALL-OBJ-03)**, Alternative D calls for implementing 10 projects annually, as compared to 5 projects under Alternative C and 2,000 acres under Alternative B. Additionally, Alternative D expands **TRIBAL-FORSTW-ALL-PMA** from a focus on promoting long-term huckleberry abundance (under Alternatives B and C) to include restoration actions of all First Foods and culturally significant botanical species within the range of the northern spotted owl.

In general, Alternative D provides additional tribal forest stewardship plan components. This alternative incorporates two additional tribal-Forest Stewardship Goals and a PMA that is not included in Alternatives B or C, as well as tribal exemptions for co-stewardship and cultural use in LSR, matrix, and moist forest management areas.

▪ **TRIBAL-FORSTW-ALL-GOAL-08-D** encourages agency coordination with Tribes to promote alternate treatments for protecting rare and listed plants, integrating Indigenous Knowledge approaches with special attention to enhancing and restoring disturbance-dependent plant species like geophytes, plants with bulbs, corms, or tubers, where standard avoidance treatments may impair plant survival. This goal also supports a move toward landscapes supporting traditional tribal practices such as large, low-intensity prescribed burns.

- **TRIBAL-FORSTW-ALL-GOAL-09-D** emphasizes tribal collaboration for the design of post-disturbance management prescriptions and plans. Through an integration of Indigenous Knowledge and western science, the agency and interested and relevant Tribes would develop strategies to restore woodlands and resources at gathering sites, protect or enhance conditions at ceremonial sites, and maintain or improve access to culturally important sites and resources.

- **TRIBAL-FORSTW-ALL-PMA-D** is a PMA that focuses on silvicultural treatments, including fire, to restore and maintain non-forested habitats within moist forest landscapes and promote ecologically and culturally appropriate species such as beargrass and huckleberry.

## 3.3    Issue 2 – Forest Stewardship

The proposed alternatives include plan direction related to the theme of Forest Stewardship, which modifies, augments, and, in some instances, replaces plan direction in the 1994 NWFP. The theme of Forest Stewardship encompasses direction for silviculture and related vegetation management activities that seeks to provide a holistic and balanced approach to addressing all five interrelated topics discussed in Chapter 1, with a particular emphasis on improving conservation and recruitment of mature and old-growth forest conditions and providing a predictable supply of timber on Matrix lands in moist forest and non-timber products. Since timber and other Notice of Intent topics are addressed in other sections of the Draft EIS, this section focuses its analysis specifically on late-successional and old-growth forests.

The Bioregional Assessment of Northwest Forests (USDA Forest Service 2020) regarding the implementation of the 1994 NWFP shows that the direction resulted in some improvements to forest ecosystems and the extent of both mature and old-growth forests within the planning areas compared to conditions prior to the 1990s. However, a large proportion of the area lacks structural diversity and resilience and does not adequately contribute to ecological integrity. The 1994 Biological Assessment concluded that millions of acres needed some form of restoration treatment to support resilience and ecological integrity (USDA Forest Service 2020). Recent factors have affected the conditions and the rate of progress made since the 1990s. For example, extensive wildfires have resulted in losses of forested habitats in recent years, thereby eliminating gains in the extent of mature and old growth forests achieved in the first 25 years of implementation of the NWFP. Additionally, habitats such as oak, aspen, and madrone woodlands and prairies, which are vulnerable to conifer encroachment in the absence of frequent, low intensity fires (Schriver et al. 2018), were not considered within the 1994 NWFP. Research indicates that large wildfires will increase in frequency, severity and extent within the NWFP area thereby affecting the health and sustainability of forests ecosystems in the area (Spies et al. 2018). Therefore, this section addresses how the proposed alternatives would affect the forest ecosystems within the NWFP area, especially regarding the sustainability of mature and old growth forests.

### 3.3.1    Affected Environment

Various approaches to classifying vegetation exist and their applicability will vary across the NWFP area (Spies et al. 2018). Top-down mapping approaches provide a starting point to support stand- and project-level determinations of moist versus dry forests, but may not

accurately reflect local conditions at these fine-scales (Spies et al. 2018). As such, the plan direction emphasizes the need to classify vegetation at the stand scale (FORSTW-ALL-GDL-01). Accordingly, the proposed alternatives include a guideline that enables interdisciplinary teams implementing projects to use one or more of several categorical options:

> *Project planning teams should distinguish between moist forests and associated ecosystems and dry forests and associated ecosystems at the stand scale in an interdisciplinary manner, using one or more of the following approaches:*
>
> - *Identifying stand-scale plant associations using existing keys where available.*
>
> - *Coordinating and conferring with relevant scientists and interested Tribes to characterize plant communities as dry and moist based on best available scientific information, including Indigenous Knowledge, and land management history.*
>
> - *Mapping environmental variables (e.g., climate water deficit, soils, slope aspect and topography) that are reliably indicative of differences in inherent productivity and response to disturbance.*
>
> - *Mapping overstory tree composition characteristics that are reliably indicative of differences in inherent productivity and response to disturbance (e.g., dominance by ponderosa pine).* (FORSTW-ALL-GDL-01)

This guideline allows for application of several existing resources as well as additional resources that may be developed in the future, in the spirit of adaptive management. One existing tool used in Oregon and Washington is the potential natural vegetation concept and associated maps (Spies et al. 2018). This approach involves identifying and naming vegetation types based on the native, late-successional, or "climax" plant community expected to occur on a site absent disturbance, and, as such, the name of a potential natural vegetation zone does not necessarily correspond to the dominant species and does not implicate a desired condition for that site (Spies et al. 2018). Maps of potential natural vegetation may provide a useful starting point for classifying vegetation at broader scales, and potential natural vegetation is used to inform monitoring of LSOG conditions (Davis et al. 2022b). Stand-scale classification of moist and dry forests using on-the-ground determinations of plant associations during project planning can complement top-down mapping of modeled potential natural vegetation.

Another approach for classifying and mapping vegetation types that is relevant to this guideline (FORSTW-ALL-GDL-01) is the CALVEG approach used in Region 5, which focuses on classifying vegetation based on existing or "actual" composition rather than potential composition (Spies et al. 2018). Similarly, stand-level applications of this approach can be used to classify vegetation and identify relevant plan direction.

The above guideline (FORSTW-ALL-GDL-01) also provides for classification of areas as moist or dry through engagement with Tribes and the incorporation of Indigenous Knowledge. This reflects a recognition that existing classification and mapping approaches do not fully recognize the influence of Indigenous stewardship activities on influencing the distribution of different forest types and key ecological processes associated with these vegetation types.

Additional options are also viable. Additional considerations are provided in another guideline (FORSTW-ALL-GDL-03).

For the purposes of the analysis in the Draft EIS, acres of moist and dry forests were determined by classifying vegetation types into the three fire ecology groups defined by the Bioregional Assessment (USDA Forest Service 2020)—fire-frequent, fire-diverse, and fire-infrequent—and then classifying these fire ecology groups as either moist or dry. Infrequent-fire and fire-diverse are considered to be moist forest for the purposes of this analysis, and frequent-fire is considered to be dry forest (Table 3-1). For Oregon and Washington (Region 6), the underlying vegetation mapping used for this approach was the Potential Natural Vegetation subzone dataset maintained by USDA Forest Service Region 6. For California (Region 5), Landfire Biophysical Setting maps were used as a starting point.

The intent of these classifications was to provide a general view of forest vegetation and fire regimes at the scale of the entire NWFP area. While this coarse approach of classifying vegetation groups into moist and dry forest categories was necessary for analysis purposes, it does not predispose forests from being classified at the stand-scale as either moist or dry forest based on the guidelines described above (FORSTW-ALL-GDL-01). We recognize there is a continuum of moisture and fire regimes at the stand level that are more variable and nuanced than are represented by two moisture and three fire regimes.

**Table 3-1. NWFP landscape class derived by fire regime**

| NWFP Fire Regime | NWFP Landscape Class | Final NWFP Landscape Class |
|---|---|---|
| Infrequent Fire | Moist forest with infrequent fire regimes | Moist |
| Fire Diverse | Moist forest with mixed-severity, moderately frequent fire regimes | Moist |
| Frequent Fire | Dry forest | Dry |

### 3.3.1.1    Forest Landscape Types

#### Moist and Dry Forests

As described in Section 2.2.3.2, the proposed alternatives provide distinct plan direction for two categories of forest types: moist forests and dry forests. The proposed alternatives indicate that determinations of moist versus dry would occur at the stand-scale during project planning and in an interdisciplinary manner (FORSTW-ALL-GDL-01). While the 1994 NWFP provides some distinction in plan direction for silviculture in LSRs across two groupings of physiographic provinces (West of the Cascades, East of the Cascades, and in the Oregon and California Klamath Provinces), it is largely lacking in its consideration of distinct management needs across moist and dry forests (Spies et al. 2018, USDA Forest Service 2020).

#### Description of Moist Forests

Moist forests are generally found west of the Cascade mountains and are found in areas that receive significant precipitation and experience cooler summer temperatures than dry forests (see Appendix A). Moist forests are generally very productive and typically have high levels of organic matter, as well as large logs and snags, which can be maintained over long periods of time. Absent influence of cultural burning, fires in these ecosystems are typically climate limited, not fuel limited. Fires within moist forests are typically infrequent due to climatic limitations and can encompass a full suite of severities (low, moderate, and high), although large patches of high severity are typically limited (see Section 3.4, *Issue 3 – Fire Resistance and Resilience*). Patches

of dry forests, meadows, Oregon white oak (*Quercus garryana*) woodlands, aquatic, wetland, riparian, and other non-forested habitats are found within moist forests.

Douglas-fir (*Pseudotsuga menziesii*) is a common early seral species throughout much of the moist forest vegetation type, and shade-tolerant species like western hemlock (*Tsuga heterohphylla*) and Pacific silver fir (*Abies amabilis*) are common as principal associates (Davis et al. 2022b, Spies et al. 2018). Coastal forests in the northern portion of the NWFP area are typically dominated by Sitka spruce (*Picea sitchensis)*, whereas coastal moist forests in the south are typically dominated by coastal redwood (*Sequoia sempervirens*). Port-Orford-cedar (*Chamaecyparis lawsoniana*) is locally abundant in moist forests along the coast in southern Oregon and northern California. Other characteristic tree species of moist forests include western red cedar (*Thuja plicata*), red alder (*Alnus rubra*) and bigleaf maple (*Acer macrophyllum*) (Johnson and O'Neil 2001, USDA Forest Service 1990a, USDA Forest Service 1990b). At higher elevations, Pacific silver fir, Alaska cedar (*Callitropsis nootkatensis*), mountain hemlock (*Tsuga mertensiana*), western white pine (*Pinus monticola*), lodgepole pine (*Pinus contorta*), and/or Engelmann spruce (*Picea engelmannii*) may become more prominent. In southern Oregon and California, Shasta red fir (*Abies magnifica* var. *shastensis* [*Abies magnifica x Abies procera*]) may become prominent in high elevation moist forests (USDA Forest Service 1996).

## Description of Dry Forests

Dry forests are found throughout the NWFP area but are most abundant in Oregon and Washington's eastern Cascades and in the Klamath provinces (Table 3-8 in Section 3.5, *Issue 4 – Biological Resources*). They are found in drier climates with generally warmer summers and experience more frequent wildfire that historically resulted in low to moderate severity effects. In dry forests, fire is essential to overall ecosystem function (see Appendix A). Douglas-fir is also found in dry forests, but fire-adapted pine species, including ponderosa pine (*Pinus ponderosa*), Jeffrey pine (*Pinus jeffreyi*), knobcone pine (*Pinus attenuata*), and/or lodgepole pine, dominate much of the dry forest area. In addition, grand fir / white fir (*Abies grandis / Abies concolor*) is a common shade-tolerant species, but its presence may be limited in stands that have experienced frequent fire (Davis et al. 2022b, Johnson and O'Neil 2001, Spies et al. 2018, USDA Forest Service 1990c, USDA Forest Service 2003). Other conifers found in dry forests, depending on the region, include western larch (*Larix occidentalis*), western white pine, sugar pine (*Pinus lambertiana*), foothill pine (*Pinus sabiniana*), incense-cedar (*Calocedrus decurrens*), western juniper (*Juniperus occidentalis*), and, within drier high elevation sites, subalpine fir (*Abies lasiocarpa*) and Engelmann spruce. In southwestern Oregon and northern California, tanoak (*Nothocarpus* [*Lithocarpus*] *densiflorus*), canyon live oak (*Quercus chrysolepis*) and Pacific madrone (*Arbutus menziesii*) may become dominant or co-dominant in the subcanopy (Johnson and O'Neil 2001, NatureServe Explorer 2024). Meadows, oak woodlands, aquatic, wetland, and riparian areas, and other non-forested habitats are found interspersed in dry forests.

## Fire Regimes and Fire Ecology Groups

At a broad scale, fire regimes differ between moist and dry forests with dry forests generally having historical regimes characterized by more frequent fire and primarily low to moderate severity effects; however, there is variation in fire regimes within the moist and dry categories (Spies et al. 2018). In the NWFP Science Synthesis, Spies et al. (2018) identify and map four fire regimes across the NWFP area. For moist forests, this approach identifies two regimes: an

infrequent-high severity regime with fire return intervals of 200 years or greater; and a moderately frequent-mixed severity regime with fire return intervals between 50 and 200 years. For dry forests, this approach identifies two regimes: frequent-mixed severity regime with fire return intervals of 15 to 50 years; and a very frequent-low severity regime with fire return intervals of 5 to 25 years (Spies et al. 2018). Building on the approach in the Synthesis of Science, the Bioregional Assessment identifies three fire ecology groups: frequent-fire, fire diverse (mixed severity), and fire infrequent (USDA Forest Service 2020). Under this fire ecology group typology used in the Bioregional Assessment, the frequent-fire group includes both of the fire regimes associated with dry forests (very frequent and frequent) used by Spies and coauthors (2018) in the Synthesis of Science. Further descriptions of the three fire ecology groups are provided in Section 3.4.1.2.

While the 1994 NWFP and subsequent implementation have largely focused on characterizing provinces into two categories, moist and dry, it is worth noting that the Final EIS to the 1994 NWFP used three categories to describe the fire regimes of physiographic provinces: moist, intermediate, and dry (USDA Forest Service 1994c). Under this approach, the Oregon West Cascades and California Coast Range, which otherwise were considered as moist provinces, are classified as "intermediate provinces" out of a recognition of the different fire regimes in these systems compared to other provinces characterized as "moist provinces" (USDA Forest Service 1994c, 3 and 4-89 to -91). While this classification at the physiographic province level is not congruent with contemporary approaches, the recognition of a diversity of fire regimes in moist forests is acknowledged in the fire regimes from the NWFP Synthesis of Science (Spies et al. 2018) and fire ecology groups in the Bioregional Assessment (USDA Forest Service 2020).

### 3.3.1.2    Late-successional and Old-growth Forests

The current status and trends of LSOG forests since the implementation of the 1994 NWFP are discussed within this section and are summarized in Section 1.1. It is understood that old-growth forests are more than just old or large trees. Large snags, downed woody debris, as well as early and mid-seral staged forests and natural openings are all components of old growth that produce unique habitats for a diverse array of wildlife and plant species (Section 3.5, *Issue 4 – Biological Resources*); however, for this Draft EIS, we focused primarily on LSOG forests and their plan direction. The Proposed Action and action alternatives have the potential to change management in both Matrix and Reserved lands. Therefore, conditions of LSOG forests in both management types are discussed.

### Definition of LSOG

The Forest Service published revised narrative frameworks and working definitions for mature and old-growth forests in April 2024 (USDA Forest Service and USDI BLM 2024) in response to E.O. 14072.  The old-growth narrative is similar to the 1989 definition (USDA Forest Service 1989), stating that they are "dynamic systems distinguished by old trees and related structural attributes. Old growth encompasses the later stages of stand development that typically differ from earlier stages in a variety of characteristics, which may include tree size, accumulations of large dead woody material, number of canopy layers, species composition, and ecosystem function." The 2024 definition continues to describe ecosystem services, social, cultural, and economic values (USDA Forest Service 2024). Mature forests are defined as "the stage of forest development immediately before old-growth" (USDA Forest Service 2024). These forests

contain stand structure generally lacking in early stands and some structural elements of old-growth forests. This stage is when the forest moves beyond self-thinning and tree height begins to diversify and/or understory reinitiation begins. This stage is highly variable, depending on age, geographic location, disturbance, site productivity, and vegetation composition. The working definition included multiple metrics, including tree age, size, tree spacing, dead trees, and so on (USDA Forest Service 2024). Within the NWFP areas in the Pacific Northwest Region, the working definitions use an old-growth structure index (OGSI) score for stand age 200 to identify stands as old growth (Davis et al. 2022b). In the Pacific Southwest Region NWFP area, the working definition of old growth includes minimum stand age and a minimum density of large diameter live trees for different vegetation types and productivity classes (USDA Forest Service and USDI BLM 2024).

NWFP LSOG monitoring uses the OGSI to monitor trends (Davis et al. 2022b). The OGSI was designed to reflect the continuous nature of ecological succession as opposed to identifying one point along the continuum to separate old growth from younger forests (Spies and Franklin 1988). The OGSI was calculated using one to four measurable old-growth structure elements, including (1) density of large live trees, (2) diversity of live-tree size classes, (3) density of large snags, and (4) percentage cover of down woody material. These are elements commonly considered as key ecological and structural attributes of old-growth forests within the NWFP area and vary by vegetation zone. The index ranges from 0 to 100, where higher values indicate increasing old-growth structural characteristics (Davis et al. 2022b).

The proposed alternatives include a guideline that provides several options for determining the age of stands and/or trees. These include "using stand or tree structural characteristics that serve as reliable indicators of age" (FORSTW-ALL-GDL-02). This guideline would allow for applications of OGSI to determine if a stand has the structural characteristic that would fit the working definition of old-growth or mature as a substitute for age. This would likely be accomplished by calculating OGSI scores based on stand exam data rather than using remote sensed data as is used for monitoring. While the 1994 NWFP acknowledges that the definition of old growth is not just based on age but on the forest conditions within these older stands as well, the Basis for Standards and Guidelines (S&G) generally identify 80 years as the beginning of the maturation phase of stand development (see exception below). The 1994 NWFP S&G B-2 states:

> *...many Douglas-fir stands in western Oregon and Washington, the mature phase of stand development begins around 80 years and is characterized by relatively large live and dead trees, although multiple canopy layers may not yet be well developed. In some forest types subject to frequent, low-intensity fire, such as ponderosa pine, the late-successional and old-growth stages are typically characterized by relatively open understories and relatively few large fallen trees (in comparison to more moist Douglas-fir/western hemlock types). Standards and guidelines designed to promote the desired conditions vary among physiographic provinces because characteristics of the natural structure and composition of late-successional and old-growth forests also vary among the provinces.*

The Basis for Standards and Guidelines later states: "In Douglas-fir stands west of the Cascade Range, this stage typically begins between 80 and 140 years, depending on site conditions and stand history" (NWFP S&G B-2). As this statement acknowledges and subsequent science has clarified, the age at which a forest can be considered mature varies widely across forest types and

site conditions, and the mature concept may not be as applicable to certain forest types (Barnett et al. 2023, Gray et al. 2023, Spies et al. 2018, Woodall et al. 2023).

## Existing Management of LSOG in the NWFP

Management of mature and old-growth forests in the 1994 NWFP S&G is conducted through the establishment and management of reserve LUAs, and include LSRs, MLSAs, and RR. Additional reserve areas include CR areas such as wilderness areas, wild and scenic rivers, and national parks and monuments, as well as AW areas, which include areas such as recreation and visual retention areas where scheduled timber harvest is not a management emphasis. The action alternatives do not propose boundary changes to these three reserve LUAs. There are approximately 19.7 million acres of NFS land within the NWFP area. Of this, 1.3 million acres are non-forested. Of the forested acres, 4.9 million acres are in CR areas, 1.1 million acres are within AW areas, and 104,000 acres are classified as "no designation." The remaining 12.3 million acres are potentially affected by the plan amendment. Of these, an estimated 3.5 million acres are within riparian reserves where vegetation management activities may be appropriate to accelerate development of large conifers and conserve old-growth structure consistent with meeting ACS objectives.

Under the 1994 NWFP, there is minimal restriction on cutting older trees outside of the reserved LUAs: Matrix (areas where timber harvest was expected to occur) and AMAs where experimental management and harvest approaches occur. Approximately 80 percent of NFS land within the NWFP area is in the reserve network, which include LSRs, MLSAs, CR, AW, and RRs (Spies et al. 2019). Silvicultural treatments within (late-successional) reserves are subject to review by the Regional Ecosystem Office (REO) to ensure that treatments are beneficial to the creation of late-successional forest conditions (USDA Forest Service 1994b: NWFP-S&G C-12). Specifically, permitted activities are divided into activities allowed in reserves west of the Cascades, and activities allowed east of the Cascades and in the Oregon and California Klamath Provinces (USDA Forest Service 1994b: NWFP-S&G C-12):

> ***West of the Cascades*** *- There is no harvest allowed in stands over 80 years old (110 years in the Northern Coast Adaptive Management Area). Thinning (precommercial and commercial) may occur in stands up to 80 years old regardless of the origin of the stands (e.g., plantations planted after logging or stands naturally regenerated after fire or blowdown). The purpose of these silvicultural treatments is to benefit the creation and maintenance of late-successional forest conditions. Examples of silvicultural treatments that may be considered beneficial include thinnings in existing even-age stands and prescribed burning. For example, some areas within Late-Successional Reserves are actually young single-species stands. Thinning these stands can open up the canopy, thereby increasing diversity of plants and animals and hastening transition to a forest with mature characteristics.*

> ***East of the Cascades and in the Oregon and California Klamath*** *Provinces - Given the increased risk of fire in these areas due to lower moisture conditions and the rapid accumulation of fuels in the aftermath of insect outbreaks and drought, additional management activities are allowed in Late-Successional Reserves. Guidelines to reduce risks of large-scale disturbance are as follows:*

> *Guidelines to Reduce Risks of Large-Scale Disturbance - Large-scale disturbances are natural events, such as fire, that can eliminate spotted owl habitat on hundreds or thousands of acres. Certain risk management activities, if properly planned and implemented, may reduce the probability of these major stand-replacing events. There is considerable risk of such events in Late-Successional Reserves in the Washington and Oregon Eastern Cascades, and California Cascades Provinces and a lesser risk in the Oregon and California Klamath Provinces. Elevated risk levels are attributed to changes in the characteristics and distribution of the mixed-conifer forests resulting from past fire."*

The level of risk reduction actions, and how and where they may occur is further described (USDA Forest Service 1994b: NWFP-S&G C-13):

> *Silvicultural activities aimed at reducing risk shall focus on younger stands in Late-Successional Reserves. The objective will be to accelerate development of late-successional conditions while making the future stand less susceptible to natural disturbances. Salvage activities should focus on the reduction of catastrophic insect, disease, and fire threats. Treatments should be designed to provide effective fuel breaks wherever possible. However, the scale of salvage and other treatments should not generally result in degeneration of currently suitable owl habitat or other late-successional conditions.*

> *In some Late-Successional Reserves in these provinces, management that goes beyond these guidelines may be considered. Levels of risk in those Late-Successional Reserves are particularly high and may require additional measures. Consequently, management activities designed to reduce risk levels are encouraged in those Late-Successional Reserves even if a portion of the activities must take place in currently late-successional habitat. While risk-reduction efforts should generally be focused on young stands, activities in older stands may be appropriate if: (1) the proposed management activities will clearly result in greater assurance of long-term maintenance of habitat, (2) the activities are clearly needed to reduce risks, and (3) the activities will not prevent the Late-Successional Reserves from playing an effective role in the objectives for which they were established.*

> *Such activities in older stands may also be undertaken in Late-Successional Reserves in other provinces if levels of fire risk are particularly high.*

Additionally, the NWFP directs each national forest to develop mid-level analysis for their LSRs and MLSAs through LSR or MLSA assessments (USDA Forest Service 1994b: NWFP-S&G C-11). These assessments provide more localized information and management based on the local conditions for each forest. The LSR or MLSA assessment may be more restrictive, but not less than the proposed amendment. These assessments are intended to be updated when conditions change, or as new science becomes available.

**LSOG in Matrix –** The 1994 NWFP established matrix lands for most timber harvest and silviculture activities; however, where a fifth-field watershed has less than 15 percent of its

federal forest land remaining in LSOG, the NWFP directs protection of the remaining older forests (USDA Forest Service 1994b: NWFP S&G, C-44):

> *Landscape areas where little late-successional forest persists should be managed to retain late-successional patches. This standard and guideline will be applied in fifth field watersheds (20 to 200 square miles) in which federal forest lands are currently comprised of 15 percent or less late-successional forest. This assessment should include all allocations in the watershed. Within such an area, all remaining late-successional stands should be protected. Protection of these stands could be modified in the future, when other portions of the watershed have recovered to the point where they could replace the ecological roles of these stands.*

In addition to the LSOG-specific management, the ACS includes protections of riparian forests that are designated based on distances from specific stream types (intermittent, perennial, fish-bearing) as well as ponds, lakes, wetlands and unstable and potentially unstable areas. No scheduled harvest is permitted within RRs, and silvicultural activities must not prevent the riparian forests from meeting ACS objectives. Exceptions are allowed for hazard and safety, but in general these areas promote retention and restoration of large conifers to protect aquatic systems and provide benefits to fish and other riparian-dependent species. Silvicultural activities enabling restoration of fire and management of fuels may be necessary to reestablish historic fire occurrence to promote riparian forest and LSOG according to forest type and not just proximity to streams.

Current management direction of the 1994 NWFP permits thinning (pre-commercial and commercial) within young stands in LSRs. In general, no silvicultural activities are currently allowed in stands greater than 80 years old in LSRs west of the Cascades and limited silvicultural activity is allowed if the action is to preserve the LSOG into the future and will not undermine the objectives for which the LSR was established. In general, older trees within Matrix forests may be harvested unless they are in remnant stands in watersheds where less than 15 percent of the federally managed forest is LSOG, or other management restrictions, such as critical habitat or RRs, are present. If less than 15 percent of the federal forests are LSOG, then all remaining LSOG should be preserved. Additionally, no timber harvest is permitted in RRs except where determined needed to meet ACS objectives: salvage and fuelwood cutting after a catastrophic event (that is, fire, flooding, volcanic eruption, wind, insect damage), salvage trees when ACS objectives are met; and silviculture methods to reestablish and manage stands to meet ACS objectives (USDA Forest Service 1994b: NWFP S&G, C-31 and C-32).

## Trends in Late-successional Old-growth in the NWFP Area

The Forest Service has continuously monitored effects of implementation of the 1994 NWFP to LSOG, with assessments conducted at 5-year intervals. The 25-year monitoring report analyzed data up to 2018 (Davis et al. 2022b) and is referred to here for an understanding of nearly current conditions within the NWFP area. This report evaluated LSOG forests under two conditions using the OGSI: evaluating those forests at an 80-year equivalent structure or greater (OGSI 80) as mature forests, and at a 200-year equivalent structure or greater (OGSI 200) as old-growth forest. Their assessment found that there has been an overall slight increase in development of OGSI 80 forests at 0.3 percent. Cumulative loss of mature (OGSI 80) and old-growth (OGSI

200) forests over the 25-year monitoring period (1994-2018) have been 8.8 and 9.8 percent, respectively. The majority of that loss has been from wildfires (6.2 and 6.9 percent, respectively). Approximately 2 percent of LSOG (both mature and old-growth) has been lost to timber harvest between 1993 and 2018.

Davis et al. (2022b) stated that the 1994 NWFP anticipated a continued rate of loss of older forests on federally managed lands similar to what had been documented in prior decades, but that would eventually begin to decrease as younger forests in reserved land use allocations developed into older forests. The estimated rate of continued loss of existing older forests from timber harvest and wildfires was about 5 percent per decade, but recruitment was expected to eventually exceed these losses. This transition was estimated to take 5 to 10 decades to restore the amount of older forest on federal lands to within the typical range that occurred during previous centuries, and within the historical range of variability before logging and extensive fire suppression (FEMAT 1993; USDA Forest Service and USDI BLM 1994: 36–46). As noted above, the cumulative loss over the past 25 years is trending above that expected loss target. Since 2018, there have been substantial wildfires that are continuously tracked under the NWFP Monitoring Program (see https://r06-nwfp.projects.earthengine.app/view/nwfp-ogsi-mspa-trend-view). Extensive fires between 2018 to present indicate that cumulative loss of mature (OGSI 80) and old-growth (OGSI 200) forests, particularly on the southern portion of the NWFP area, has continued a downward trend and at a rate above the expected rate of loss of 5 percent.

The 25-year monitoring report also reviewed conditions regarding various management objectives, forest stand improvements and degradation, as well as conditions of specific metrics over time. The report assessed the effectiveness of the NWFP in achieving its goal for abundance, distribution, and connectivity of older forests and whether conditions were near or above the long-term level that occurred prior to logging and fire suppression (outcome 1) or within the estimated natural range (outcome 2). Overall, areas of mature and old-growth forests combined (OGSI 80) within federal lands of the NWFP area increased in abundance, diversity, and connectivity, increasing by 3.6 percent (from 74.2 percent) for abundance and diversity, and by 4.5 percent (from 60.9 percent) for connectivity. Regionally, however, dry forests saw a net decrease due to wildfires (Davis et al. 2022b). For older forests represented by OGSI 200, a minor net gain across the entire region of 0.4 percent (from 16.4 percent) was observed, however many regions experienced a loss, and federal forests experienced a decrease in continuity by 2.3 percent (decreasing from 5.5 to 3.2 percent) as a result of large fires in drier physiographic provinces (Davis et al. 2022b). Davis et al. (2022b) summarized these results by stating that the increases were observed in western forests that had experienced large fires in the late 1800s and early 1900s and were now beginning to transition to older forest types while degradation occurred in the drier, more fire-prone areas where recent wildfires have resulted in loss of LSOG habitat (see Section 3.4, *Issue 3 – Fire Resistance and Resilience*. for discussion of fire occurrence and effects).

## 3.3.2  Environmental Consequences

### 3.3.2.1  *Late-successional and Old-growth Forests*

**No Action Alternative**

Under the No Action Alternative, management of national forests within the NWFP area would continue as outlined in the 1994 NWFP. As a result, the management of the national forests (as well as the subsequent effects on air quality, biological resources, and land use, among others) would continue in line with current trends. The anticipated change in fire regimes as well as the corresponding adverse effects that large wildfires have had to these resources would be expected to continue.

**Action Alternatives**

*Change in plan direction for mature and old-growth conservation*

The purpose of the proposed plan direction is to conserve and retain LSOG and promote ecological integrity within these ecosystems. Proposed plan direction is not intended to change underlying definitions of LSOG forests; rather, it modifies the thresholds that determine what management activities are appropriate in order to address the need identified in the Notice of Intent for mature and old-growth forest conservation, while balancing for other priorities. All of the proposed alternatives provide specific direction on determining the age of trees and stands that provides multiple options including using existing estimates of ages, using stand or tree structural characteristics, aging a subset of trees during project planning, or using emerging scientific approaches (FORSTW-ALL-GDL-02). As described above, methods like applying the OGSI at stand scales and/or other approaches for visually aging would be appropriate. This specific direction also helps to address the fact that age alone may not be an effective indicator of forest development, as discussed in the section on defining LSOG above.

For the purposes of analysis in the Draft EIS, in dry forests, stand age will be used as a proxy for tree age until additional analysis is completed to determine a better estimate of large old trees in dry forests. However, it should be noted that plan direction across all proposed alternatives is intended to encourage treatments in dry forest stands of all ages with specific conservation measures for older trees (FORSTW-ALL-DRY-STD-01, FORSTW-ALL-DRY-GDL-01).

The proposed alternatives all include a set of desired conditions common to both moist and dry forests and all land use allocations intended to maintain and enhance ecological integrity in line with the 2012 Planning Rule (FORSTW-ALL-DC-01 to 07).

The proposed alternatives include new plan direction that provides specific direction for managing late-successional and old-growth forests in different LUAs and across moist and dry forests. These changes are summarized in Table 3-2, which provides the thresholds in the 1994 NWFP and the proposed action alternatives. Subsequent sections analyze the effects of this direction across combinations of LUAs and moist and dry forests.

**Table 3-2. Current and proposed LSOG management thresholds for conservation by alternative**

| Forest Land Type (LUA) | Alternative A (No Action) | Alternative B (Proposed Action) | Alternative C | Alternative D |
|---|---|---|---|---|
| Moist (LSR) | ≥80 years[1] (110 years in the Northern Coast AMA) | Stands ≥120 years | Maintains existing thresholds (same as Alternative A) | Stands ≥120 years |
| Moist (Matrix) | if <15% federal forest is ≥80[1] years within a 5th-field watershed late-successional stands should be retained. | Stands established by 1905 (mature) Stands established by 1825 (old-growth) | Maintains existing thresholds (same as Alternative A) | Stands established by 1905 (mature) Stands established by 1825 (old-growth) |
| Dry (LSR) | ≥80[1] years; Risk-dependent | Trees ≥ 150 years | Maintains existing thresholds (same as Alternative A) | Trees ≥ 150 years Trees established before 1850 |
| Dry (Matrix) | if <15% federal forest is ≥80[1] years within a 5th-field watershed | Trees established before 1850 | Maintains existing thresholds (same as Alternative A) | Stands established by 1850 |

[1] 80 years is used as a surrogate for "late-successional" forest conditions

### Effects on late-successional and old-growth in moist forests in Late-Successional Reserves and Managed Late-Successional Areas

#### Alternative A

Under Alternative A, the No Action Alternative, stands would continue to be managed as established in the 1994 NWFP and subsequent management direction currently in place. Silviculture treatments inside reserves (LSRs and MSLAs) would continue to be subject to review by the Regional Ecosystem Office to ensure that treatments are beneficial to the creation and maintenance of late-successional forest conditions. West of the Cascades, no harvest would be allowed in stands over 80 years old (110 years in the Northern Coast Adaptive Management Area) (USDA Forest Service 1994b: NWFP-S&G C-12) (see Appendix A1).

#### All Action Alternatives

Desired conditions across all action alternatives are intended to promote management that maintains and enhances ecological integrity in moist forests, including conservation and enhancement of mature and old-growth forest. Appropriate LSOG conditions are emphasized, including the development of multiple age cohorts and old-growth forest (FORSTW-ALL-MOI-DC-01/02). Additionally, diversity of species and forest structure adapted to site conditions and fire regimes is desired across all moist forest LUAs (FORSTW-ALL-MOI-DC-03). Desired conditions for LSRs include conservation and recruitment of large blocks of old-growth forest interspersed with other habitat types including complex early seral to old growth that reflect fire regimes and local conditions (FORSTW-LSR-MOI-DC-01) (see Appendix A2).

### Alternative B and D

Alternatives B and D include the following guideline to guide treatments in younger forests in LSR: "In young, moist forest stands less than 120 years old in Late-Successional Reserves, forest management activities should be designed to improve and maintain late-successional and old-growth forest conditions that (a) contribute to the recovery of federally listed species such as northern spotted owl, marbled murrelet, and coastal marten; (b) restore habitat for other species that depend upon younger stands; or (c) achieve other desired conditions, such as fostering old-growth development and supporting tribal co-stewardship and cultural use" (FORSTW-LSR-MOI-GDL-01-B/D).

Under Alternatives B and D for young moist forests in LSRs, stand age where forest management treatments can occur would be raised from 80 to 120 years old to extend opportunities to restore late-successional forest conditions in LSRs to meet the intent of the 1994 NWFP and purpose and need of the amendment. Approximately 824,000 additional acres could be eligible for forest management activities designed to improve and maintain late-successional and old-growth forest conditions within moist forest LSRs (Table 3-3). Alternatives B and D provide the opportunity to apply improved scientific understanding of the development of late-successional and old-growth forest conditions, including an acknowledgement of the importance of considering structural conditions and not just age in determining treatment needs (Spies et al. 2018, Williams and Powers 2019) and, in turn, protect and conserve larger blocks of old-growth forest (FORSTW-LSR-MOI-DC-01). Providing the additional time to treat these areas could provide opportunity to ensure that younger forest conditions are meeting ecological integrity and structural development needs as described in the 1994 NWFP and the purpose and need of this amendment.

**Table 3-3. Acres of moist forests in Late-Successional Reserves and Managed Late-Successional Areas (LSR, MLSA) limited from silvicultural treatments under 1994 NWFP and Proposed Action**

| Land Use Association[1] | 1994 NWFP Acres of Moist Forest in Stands ≥80 Years | Proposed Action Acres of Moist Forest in Stands ≥120 Years | Acres of Moist Forest in Stands between 80 and 120 Years |
|---|---|---|---|
| LSR | 134,000 | 96,000 | 38,000 |
| LSR+RR | 3,190,000 | 2,418,000 | 772,000 |
| MLSA+RR | 43,000 | 29,000 | 14,000 |
| **Total Moist LSRs** | **3,367,000** | **2,543,000** | **824,000** |

1/ Reserves include: LSR = Late-Successional Reserve; MLSA = Managed Late-Successional Reserve, and associated RR = Riparian Reserves
Note: Acres rounded to nearest 1,000

### Alternative C

FORSTW-LSR-MOI-GDL-01-C: In young, moist forest stands less than 80 years old in Late-Successional Reserves, forest management activities should be designed to improve and maintain late-successional and old-growth forest conditions that (a) contribute to the recovery of federally listed species such as northern spotted owl, marbled murrelet, and coastal marten; (b) restore habitat for other species that depend upon younger stands; or, (c) achieve other desired conditions, such as fostering old-growth development and supporting tribal co-stewardship and cultural use.

Under Alternative C in moist forest LSRs, the stand age at which forest management activities can generally occur in moist forest LSRs would remain at 80 years, which is the same as Alternative A. In this scenario, approximately 824,000 acres would not be eligible for potential treatments to conserve and restore late-successional and old-growth forest conditions as described in Alternatives B and D.

### Effects on late-successional and old-growth in moist forests in Matrix

#### Alternative A

Under Alternative A, the No Action Alternative, forest stands would continue to be managed as established in the 1994 NWFP. Matrix stands of all ages would continue to be available for harvest. However, where a fifth-field watershed has less than 15 percent of its federal forest land remaining in LSOG (Table 3-2), the NWFP directs protection of the remaining older forests (USDA Forest Service 1994b: NWFP-S&G C-44).

#### All Action Alternatives

Besides overarching desired conditions for moist forests (FORSTW-ALL-MOI-DC-01-03), desired conditions for moist forests in Matrix and AMAs emphasize the value of LSOG conditions while also supporting variation of desired attributes in patches with more frequent fire (FORSTW-MTX-MOI-DC-01/02). Mature forest stands in moist Matrix are described as having significant complexity and large amounts of carbon to support the recruitment of future old growth forests (FORSTW-MTX-MOI-DC-02). Moist forest stands on Matrix LUAs under all alternatives also provide function as connectivity between LSRs and LSOG-dependent species as well as organisms associated with younger forests.

#### Alternatives B, C, and D – All Action Alternatives

All action alternatives for moist forest in Matrix include additional LSOG conservation measures not present under the existing 1994 NWFP (Table 3-2). This includes limiting timber harvest in mature forest stands (those that established between 1825 and 1905) to treatments that maintain and restore ecosystem integrity, reduce wildfire risk to communities and infrastructure and meeting tribal cultural use priorities (FORSTW-MTX-MOI-GDL-01). As a standard, in moist forests in Matrix, no timber harvest shall occur in old-growth stands (those that established prior to 1825) except to provide for tribal co-stewardship and cultural use or to reduce wildfire risk to communities at risk (FORSTW-MTX-MOI-STD-01). Additional guidelines will also be in place to conserve individual trees established prior to 1905 in stands that have originated after 1905 (FORSTW-MTX-MOI-GDL-03).

Under all action alternatives, 798,000 acres in Matrix would have measures added for S&G to conserve mature forest and 515,000 acres to conserve old-growth forest (Table 3-4). As a result, 1,018,000 acres (Table 3-4) would be available in young forest established after 1905 to provide a predictable supply of timber and other products and outputs (FORSTW-MTX-MOI-DC-03).

Draft Environmental Impact Statement                    Northwest Forest Plan Amendment

**Table 3-4. Acres of moist forests in Matrix/AMA affected by new plan direction**

| Land Use Association [1] | Acres of moist forest under 1994 NFWP unrestricted from forest management | Acres of Stands established before 1825 | Acres of Stands established between 1825-1905 | Acres of Stands established after 1905 |
|---|---|---|---|---|
| AMA | 441,000 | 98,000 | 137,000 | 206,000 |
| AMA RR | 250,000 | 59,000 | 67,000 | 124,000 |
| MATRIX | 1,890,000 | 417,000 | 661,000 | 812,000 |
| MATRIX RR | 747,000 | 196,000 | 222,000 | 329,000 |
| *Total Non-Reserve* | *2,331,000* | *515,000* | *798,000* | *1,018,000* |
| *Total Non-Reserve RR* | *997,000* | *254,000* | *289,000* | *454,000* |
| **Total Moist Matrix/AMA** | **6,656,000** | **1,539,000** | **2,174,000** | **2,943,000** |

1/ LUAs include: AMA = Adaptive Management Area; MATRIX = Matrix and associated; RR = Riparian Reserve
Note: After 1905 = <120 years; 1825 - 1905 = 120 - 200 years; prior to 1825 = >200 years
Note: Acres rounded to nearest 1,000

Silviculture activities to achieve desired conditions based on forest type in stands associated with other LUAs adjacent to RRs may appropriately increase management of RRs in moist forests. Approximately 4,700 acres per year of moist forest is treated in RRs associated with Matrix based on records between 2010 and 2023; the trend in acres treated has been increasing at a rate of approximately 3 percent a year and is expected to continue under the proposed amendment. Active silvicultural treatments and accompanied effects will mostly be focused in RRs where the fire recurrence departed from the historic return interval, and in densely stocked stands less than 80 years old to restore large conifers.

### Effects on late-successional and old-growth in dry forests in Late Successional Reserves and Managed Late Successional Areas

#### Alternative A

Under Alternative A, the No Action Alternative, stands would continue to be managed as established in the 1994 NWFP and subsequent management direction currently in place. Silviculture treatments inside reserves (LSRs and MSLAs) would continue to be subject to review by the REO to ensure that treatments are beneficial to the creation and maintenance of late-successional forest conditions. The risk reduction guidelines would continue to apply; these are described above in the section on existing management of LSOG in the NWFP. They allow for silvicultural treatments to reduce risks of large-scale disturbances, including in older stands, but require for these treatments to meet certain stipulations, which in practice limit the implementation of treatments (USDA Forest Service 1994b: NWFP-S&G C-13).

#### All Action Alternatives

All proposed action alternatives include the same set of desired conditions intended to promote management that maintains and enhances ecological integrity in dry forests, with an emphasis on ecologically appropriate LSOG conditions (FORSTW-ALL-DRY-DC-01 to 09). Alternative A lacked analogous desired conditions. The proposed alternatives also include guidelines intended to promote treatments that conserve older trees through active management (FORSTW-ALL-DRY-GDL-01 and FORSTW-DRY-GDL-02). This plan direction is intended to replace the risk

reduction guidelines from the 1994 NWFP. Previously limited on treatments under the 1994
NWFP, there are approximately 1.8 million acres of dry forests that would be authorized for
restoration under all action alternatives (Table 3-5). The proposed desired conditions and
guidelines promote dry forest restoration to reduce risks from fire, drought, and insects
exacerbated by climate change to older trees (Spies et al. 2018). As described in subsequent
sections on specific alternatives, all proposed action alternatives have plan direction that
provides conservation of old trees during treatments in dry forest stands with exceptions for
tribal co-stewardship and cultural use, restoration of unique habitats, or wildfire risk to
communities.

**Table 3-5. Acres of dry forests in LSRs over certain age thresholds**

| Land Use Association [1,2] | Alternative A Acres of dry forest in stands ≥80 years | Alternatives B and C Acres of dry forest in stands ≥150 years | Alternative D Acres of dry forest stands ≥175 years (est. after 1850) |
|---|---|---|---|
| LSR | 1,285,000 | 595,000 | 382,000 |
| LSR RR | 423,000 | 220,000 | 154,000 |
| MLSA | 53,000 | 17,000 | 7,000 |
| MLSA RR | 11,000 | 3,000 | 1,400 |
| *Total Reserve* | *1,338,000* | *612,000* | *389,000* |
| *Total Reserve RR* | *433,000* | *223,000* | *155,000* |
| Grand Total | 1,771,000 | 835,000 | 544,000 |

1/ LUAs include: LSR = Late Successional Reserve; MLSA = Managed Late-Successional Reserve; and associated RR = Riparian Reserve
2/ Calculations are split up by areas within RR and areas outside RR.
Note: Acres rounded to nearest 1,000

Dry forests would be anticipated to become more open and reflective of historic range of
variation, with fewer dense, multi-canopy stands. It is anticipated that treated dry forest stands
would be more heterogeneous and reflective of conditions prior to fire exclusion activities and
thus more resilient of more frequent fires. These stand conditions would result in loss of dense
canopy stands and habitat for associated species, but would be more reflective of historical
natural conditions, enhancing sustainability (Spies et al. 2018).

### Alternative B

For dry forests, Alternative B includes a standard that states: "Vegetation management and
harvest should retain all trees older than 150 years. Exceptions apply for tribal cultural use,
restoration of unique ecosystems, and to reduce wildfire risks to communities and infrastructure.
See also FIRE-ALL-DC-01 and FIRE-ALL-PMA" (FORSTW-ALL-DRY-STD-01-B). This
standard would apply to around 835,000 acres of stands in dry forest LSRs. However, the
standard would not prevent treatments in these stands, but would provide for conservation of
individual older trees in these stands. A subset of these acres would also be in RRs with
additional needs to meet ACS objectives.

### Alternative C

Alternative C includes the same standard that is protective of trees over 150 years old as
Alternative B and affects the same amount of area. Unlike Alternative B, Alternative C includes
specific plan direction for dry forest LSRs, which builds on the MLSA concept included in the

1994 NWFP. This includes desired conditions related to northern spotted owl habitat with the intent to maintain habitat amounts consistent with the median amount of habitat currently observed in home ranges. Compared to Alternative B, this would result in more areas managed as dense, multi-storied LSOG.

### Alternative D

The standard in Alternative D modifies protections for old trees and applies them to trees established before 1850, which would be 175 years old as of 2025. This standard would apply to around 544,000 acres of stands in dry forest LSRs. Like Alternatives B and C, this standard would not prevent treatments in these stands but would rather protect individual older trees. As such, this standard in Alternative D would affect approximately 291,000 fewer acres than the proposed standard under Alternatives B and C (Table 3-5).

Alternative D also includes desired conditions specific to dry forest LSRs related to northern spotted owl habitat. However, Alternative D sets the desired level to be reflective of a range of historic conditions within the inherent capability of the landscape, given expected fire activity and other effects of climate change.

### Effects on late-successional and old-growth in dry forests in Matrix

### Alternative A

Under Alternative A, the No Action Alternative, stands would continue to be managed as established in the 1994 NWFP and subsequent management direction currently in place. The 1994 NWFP lacks protections specific older trees in Matrix. However, where a fifth-field watershed has less than 15 percent of its federal forest land remaining in LSOG, the NWFP directs conservation of the remaining older forests (USDA Forest Service 1994b: NWFP-S&G C-44). Alternative A lacks specific desired conditions for dry forests in Matrix.

### All Action Alternatives

As is the case for dry forest LSRs, all proposed alternatives include the same set of desired conditions and guidelines intended to promote management that maintains and enhances ecological integrity in dry forests, with an emphasis on ecologically appropriate LSOG conditions (FORSTW-ALL-DRY-DC-01 to 09; FORSTW-ALL-DRY-GDL-01; FORSTW-DRY-GDL-02). These are described in further detail above. Outcomes of managing under this plan direction would be similar to LSRs, including reduced risks to older trees in dry forests from fire, drought, and insects. However, the overall differences in purposes between Matrix and LSR established in the 1994 NWFP would continue to apply.

From 2010 to 2023 approximately 6,600 acres per year of dry forest in RR associated with Matrix have been treated. Active silvicultural treatments and accompanied effects will mostly focus on areas where the fire occurrence is departed from the historic return interval and in densely-stocked stands less than 80 years of age. Treatments within these areas under Alternatives B and D are expected to be similar, while treatments under Alternative C are expected to decrease.

### *Alternative B and C*

In Alternatives B and C, for dry forest Matrix, the same standard as for LSR would apply, providing conservation of trees older than 150 years old with some exceptions (FORSTW-ALL-DRY-STD-01-B and C). There are approximately 748,000 acres of dry forests in Matrix and AMA, including RRs, for which these additional old tree conservation measures would apply under Alternatives B and C (Table 3-6); these protections were absent in the 1994 NWFP. Treatments would be encouraged in these stands but trees older than 150 years would be retained.

**Table 3-6. Acres of dry forests in Matrix and AMA over certain age thresholds**

| Land Use Association[1,2] | Alternatives B and C Acres of dry forest in stands ≥150 years | Alternative D Acres of dry forest stands ≥175 years (est. after 1850) |
|---|---|---|
| AMA | 129,000 | 80,000 |
| AMA RR | 50,000 | 35,000 |
| MATRIX | 430,000 | 261,000 |
| Matrix RR | 140,000 | 92,000 |
| *Total Non-Reserve* | *558,000* | *341,000* |
| *Total Non-Reserve RR* | *190,000* | *127,000* |
| **Total Dry Matrix/AMA** | **748,000** | **468,000** |

1/ AMA = Adaptive Management Area; LSR = Late Successional Reserve; MLSA = Managed Late-Successional Reserve; RR = Riparian Reserve
2/ Calculations are split up by areas within RR and areas outside RR.
Note: Acres rounded to nearest 1,000

### *Alternative D*

In Alternative D, the same standard from LSR would apply, providing protections for trees established before 1850 (175 years old as of 2025; FORSTW-ALL-DRY-STD-01-D). There are approximately 468,000 acres of dry forests in Matrix and AMA for which these additional old tree conservation measures would apply under Alternative D; these protections for old trees were absent in the 1994 NWFP (Table 3-6). Treatments would be encouraged in these stands but trees established before 1850 would be retained. As such, Alternative D results in old tree protections on 280,000 fewer acres than Alternatives B and C but increases flexibility for more intensive treatments, which may be necessary for reversing effects of long-term fire exclusion in dry forests (Spies et al. 2018).

### 3.3.2.2    Change in Salvage Management

Salvage harvest in LSRs and MLSAs is restricted under the 1994 NWFP to events exceeding 10 acres and where canopy closure has been reduced to less than 40 percent. All standing live trees should be left and snag density should not be reduced below a typical level. Salvage outside of these requirements could be permitted where future risk from fire or insect damage is considered high and where hazard reduction is necessary to reduce risks to humans. The action alternatives provide guidelines on salvage harvest within moist forest LSRs. Alternative C is the most restrictive, permitting no harvest within moist forest LSRs, while Alternative B only permits harvest for tribal cultural use, public and firefighter safety, and protection of critical infrastructure and along public roads. Alternative D prohibits salvage harvest in stands older than

120 years old, with exceptions for tribal co-stewardship and cultural use, removing hazard and danger tress, or reducing wildfire risk to communities.

Salvage harvests are allowed in reserve areas for dry forests under all action alternatives. Unlike the 1994 NWFP, there is no threshold acreage; however, permitted salvage levels varies by alternative. Under Alternative C, salvage is only permitted for critical infrastructure protection and along roads, which would likely reduce permitted salvage in many areas from what is currently permitted. Salvage harvest guidelines under Alternatives B and D are focused on ecological conditions. While Alternative B has specific guidelines for salvage based on fire resilience, restoration goals, wildlife and community needs, Alternative D includes salvage as part of a broader strategy to develop forests reflective of dynamic fire-prone landscapes.

Salvage harvest (postfire salvage logging) has generated both public and scientific debate on the economic and accelerated forest development benefits of postfire harvest of fire-killed trees and the current published scientific literature assessing ecological effects of salvage harvests. Nemens et al. (2019) provides an update to a previous literature review completed in 2000 (McIver and Starr 2000) on postfire logging and includes review of 43 peer-reviewed scientific studies published since 2000. Although, these studies provide greater detail on the ecological effects, both supporters and critics of postfire salvage logging can find evidence in the literature to support their claims. A number of ongoing questions require the implementation of long-term experiments, more geographic diversity, use of applicable ecological comparisons, and implementing harvest methods, timing, equipment, and variable retention harvesting that reduce negative efforts are needed (Nemens et al. 2019).

Burned areas can provide complexity and opportunities for wildlife such as cavity nesters and additional disturbance has the potential to increase negative impacts such as sedimentation. Reduction of salvage harvest in moist forest LSRs could reduce disturbance and increase stand complexity. In fire-prone landscapes, excess standing dead and dying trees can result in higher fire risk for remaining trees. Under Alternatives B and D, removal of the 10-acre restriction and focus on ecological restoration and risk reduction could reduce the availability of woody debris and snags for wildlife but increase fire resilience. Alternative B provides opportunity for risk reduction along roads and infrastructure but reduces opportunities for salvage harvest outside of these areas, potentially increasing snag availability and reducing post-disturbance disturbances above the existing management.

## Change in Timber Outputs

The 1994 NWFP projected scheduled timber production harvest, identified as probable sale quantity (PSQ) for the national forests with yields generated from forested Matrix and suitable portions of AMA. Due to multiple use objectives precluding timber harvest, lands included in reserves constrain but do not exclude timber harvest. Reserved lands are unsuitable for timber production, and therefore do not contribute to PSQ but can contribute to reporting of annual timber volume sold. The PSQ was largely unmet (see Figure 3-14 in Section 3.8, *Issue 7 – Sustainability of Regional Communities*). The Draft EIS alternatives provide estimated timber volume sold and timber harvest acre objectives. Due to the limited scope of this amendment, including not changing existing LUA boundaries, existing timber suitability and PSQ have not been amended. The timber volume sold and timber harvest objectives included in the action alternatives are designed to reflect the treatment intensity of dense stands to improve stand

structure and resilience to insects, disease, and wildfire. It is important to note the objective estimates, much like the NWFP PSQ volume, are influenced by factors within agency control as well as those outside of agency control.

While within agency control to a certain extent, consultation with state and federal regulatory agencies has an effect on the ability to meet volume and acreage objectives - especially given the extent of NWFP landscape within critical habitat for northern spotted owl. Another critical factor that affects the agency's ability to meet annual and decadal objectives is the increasingly unpredictable nature of wildfire, the needed response to wildfire in emergency situations, and associated restoration and rehabilitation needs. Factors outside of agency control affecting ability to meet objectives include agency budgets which can impact capacity.

The plan objective for treatment of moist forest Matrix provides desired treatment acre ranges while retaining older trees and achieving other desired conditions: Alternative B (65,000 to 81,000 acres/decade), Alternative C (32,000 to 41,000 acres/decade), and Alternative D (130,000 to 163,000 acres/decade) (Table 3-7). For dry forests, the objective for the NWFP area (both Matrix and reserve lands) is that treatments would strive to achieve desired conditions. Table 3-7 provides the following treatment ranges: Alternative B, 527,000 to 643,000 acres/decade or 790,000 to 964,000 acres/15 years across one-third of the NWFP area; Alternative C, 104,000 to 127,000 acres/decade; and Alternative D, between 208,000 and 254,000 acres/decade or 312,000 to 381,000/15 years. Alternatives B and D would increase forest treatment acres above current harvest levels, while Alternative C would reduce these harvest acres (Table 3-7).

Another context to consider in evaluating environmental consequences with respect to objectives and alternative approaches to managing the NWFP landscape is that, under existing direction, the NWFP forests are treating approximately 212,440 acres with 4,446 MMBF sold per decade. Alternative B, which adhered closely to the FAC recommendations, would increase these treatment acres within a range of 660,000 to 810,000 acres per decade with between 5,900 and 13,500 MMBF sold per decade. Alternative C would treat between 171,000 and 211,000 acres with 1,500 to 3,600 MMBF sold per decade, and Alternative D would treat between 474,000 and 588,000 acres per decade with 4,700 to 12,200 MMBF sold per decade (see ECON-SUST-OBJ-01).

Under the No Action Alternative, and under existing direction, the NWFP forests have had salvage treatments average 35,000 acres and 235 MMBF/decade which is included in the acres treated (212,440 acres) and volume sold (4,446 MMBF sold per decade) shown above. The action alternatives include additional salvage treatment acres and volume that are included in the ECON-SUST-OBJ-01 ranging from 25,000 acres and 170 MMBF/decade under Alternative C to 33,000 acres and 223 MMBF/decade under Alternative B, and 34,000 acres and 229 MMBF/decade under Alternative D.

**Table 3-7. Proposed plan component objectives by alternative for moist matrix and dry forests within the NWFP area**

| Landtype / Plan Objective | Plan Component | | | |
|---|---|---|---|---|
| | Alternative A (No Action) | Alternative B (Proposed Action) | Alternative C | Alternative D |
| Moist Matrix FORSTW-MTX-MOI-OBJ-01 | Modification of existing objective: treatment of 48,104 acres per decade (including approximately 3,100 acres per decade of salvage treatments) in Moist Forest Matrix lands across the Northwest Forest Plan area conserving older trees and achieving desired conditions for multiple resources. | Within 10 years of amendment approval, treat at least one-tenth (65,000 to 81,000 acres/decade) of young stands (established after 1905) in moist forest Matrix lands across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods to bolster timber production while also conserving and retaining older trees and achieving other desired conditions. | Within 10 years of amendment approval, treat 5% of young stands (32,000 to 41,000 acres/decade), in moist forest Matrix lands across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods for forest management while also conserving and retaining older trees and achieving desired conditions for multiple resources. | Within 10 years of amendment approval, treat 20% of young stands (130,000 to 163,000 acres/ decade) in moist forest Matrix lands across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods for forest management while also conserving and retaining older trees and achieving desired conditions for multiple resources. |
| Dry Forests FORSTW-ALL-DRY-OBJ-01 | Modification of existing objective; treatment of 75,000 acres per decade (including 27,000 acres per decade of salvage) in Dry Forest lands across the Northwest Forest Plan area conserving older trees and achieving desired conditions for multiple resources. . | Within 15 years of amendment approval, implement treatments that contribute to ecological resilience on at least one third of dry forests (527,000 to 643,000 acres/decade or 790,000 to 964,000 acres/15 years) of across the Northwest Forest Plan WFP area, not including any additional acres of salvage treatments may occur, by using ecological forestry methods for forest management while conserving and retaining older trees and promoting the development of future functional old-growth forest ecosystems appropriate for dry forests. | Within 15 years of amendment approval, treat between 104,000 and 127,000 acres per decade in dry forests across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods for forest management while conserving and retaining older trees and achieving desired conditions for multiple resources. | Within 15 years of amendment approval, treat between 208,000 and 254,000 acres per decade (312,000 to 381,000 acres/15 years) in dry forests across the Northwest Forest Plan area, not including any additional acres of salvage treatments that may occur, by using ecological forestry methods for forest management while conserving and retaining older trees and achieving desired conditions for multiple resources. |

## Forest Stewardship Approach

For all action alternatives, the forest stewardship guideline for site-specific planning and implementation of activities emphasizes tailoring treatments to be ecologically appropriate to where they occur, considering multiple factors (FORSTW-ALL-GDL-03). These factors include landscape context, historical and future disturbance regimes, desired conditions at multiple scales, information on ecological or fire-return interval departure, co-stewardship with Tribes and Indigenous Knowledge of the area, differences in forest types and conditions including presence of hardwoods and unique plant communities/habitats, and history of management and stand density. Alternative D includes considering climate change projections of potential changes in vegetation.

While the general approach to maintaining old-growth habitats and managing the forest lands for ecological and economic objectives remains similar to the 1994 NWFP, more emphasis is placed on climate conditions, disturbance conditions, communities, and tribal co-stewardship and cultural use. This has potential for more active management within reserves, which could result in additional disturbance to the forest vegetation and animals. This approach includes more active management in areas designated as critical habitat for the recovery of multiple species across the planning area, including federally listed species such as northern spotted owl, marbled murrelet, and coastal marten. Current management in critical habitat follows the same intent of the proposed forest stewardship approach, with a focus on restoring landscapes to restore or maintain habitat or reduce habitat loss due to disturbance. This approach is consistent across all alternatives, but is proposed at a greater scale in Alternatives B and D to accelerate ecological restoration and conserve older trees and habitats—both of which are being lost at an increasing rate (Davis et al. 2022b). Treatments within critical habitat areas are expected to increase in Alternatives B and D, but the objectives for those treatments are meant to be consistent with the conservation of those areas and the species that rely on these habitats.

Inventoried Roadless Areas are areas regulated under the 2001 Roadless Rule that overlap with dry and moist forests in Matrix, LSRs, AMAs, and RRs (and other LUAs) in the NWFP area. The harvest, sale, or removal of timber is not authorized in Inventoried Roadless Areas. However, an exception under the 2001 Roadless Rule authorizes small diameter timber harvest to improve habitat for certain species and to restore ecosystem structure and function, such as reducing the likelihood of uncharacteristic fire. These proposed activities are compatible with the proposed amendment, maintenance of roadless area character, and plan content with the associated LUA. A small amount of Inventoried Roadless Area could be treated with forest management activities as an approach to forest stewardship for conservation of mature and old growth and for fire resistance and resilience.

## Variety of Treatments within Moist Forest LSRs

Current treatments in moist forest LSRs are generally limited to young stands, less than 80 years. The 1994 NWFP, while not explicitly stating that only thinning treatments are permitted, only discussed thinning in its example of silviculture treatments that may be considered. The existing standard states that such treatments should benefit the creation and maintenance of late-successional conditions. All proposed action alternatives expand on treatment options in younger stands and two alternatives (Alternatives B and D) increase the area to which these treatments can be applied by increasing the age at which stand age management limitations are applied from

80 years to 120 years of age. Under the action alternatives, management activities should improve late-successional and old-growth conditions that contribute to recovery of listed species, restore habitat for species dependent on younger stands, or achieve other desired conditions such as cultural use. These treatments encourage management of habitats other than mature and old-growth, providing a more holistic focus to forest management within the NWFP area.

Moist forest LSRs, AMAs, and RRs do not have a specific objective for acres treated under this amendment, unlike moist Matrix, which does have an objective for acres treated, and varies between the proposed action alternatives (FORSTW-MTX-MOI-OBJ- 01; Table 3-7). However, it is anticipated that forest stewardship in moist forest LSRs, AMAs, and RRs will continue as described by the 1994 NWFP and by the proposed guidance under the amendment. Young forest treatment acres within moist forest LSRs, AMAs, and RRs are expected to be proportional to the objective treatment acres proposed for moist Matrix, under each action alternative.

This is based on an average percent of those LUAs currently being treated, as compared to Matrix lands. Data for treatment acres comes from the Forest Service Activity Tracking System database records from 2010 to 2023, which represents average values used for Alternative A (No Action). These potential treatment acres and associated timber harvest volumes are included in the sustainable communities objective (ECON-SUST-OBJ-01 as shown in Table 2-1). Alternative D is anticipated to have the greatest amount of treatment acres for moist forest types as a reflection of the objective acres for moist Matrix since that alternative proposes to treat 20 percent of young stands per decade.

## Change in Forest Structure

Alternatives B and D increase the amount of active management within the forests. A purpose and need for this amendment was to improve forest resiliency to large-scale events in the face of climate change. Treatment approaches vary depending on moist or dry conditions and risks and needs are distinctly different. Forests have been observed to be overly dense in some areas where past silvicultural practices have resulted in dense stands with closed canopies where fire and disease could spread rapidly. Under Alternatives B and D, stands between 80 and 120 years of age moist forest LSRs that aged out of thinning under the 1994 NWFP could be treated with forest management activities designed to improve and maintain late-successional and old-growth forest conditions in moist LSR and improve resiliency of these areas. Alternative C does not increase the stand age at which treatments are restricted in moist forest LSRs, and therefore treatments under this alternative may not vary much from the No Action Alternative; however, permissible treatments of younger stands are expanded to include restoration of habitat for species that depend on younger stands as well as supporting tribal use and co-stewardship. Under all alternatives, harvest in the moist Matrix forests is increased with an objective of conserving and protecting older trees and managing for multiple resources. This, in combination with the forest-wide forest stewardship guideline, is aimed at providing a diverse forest landscape with stands of different ages that manage for wildlife needs of species dependent on old-growth forests as well as those species associated with younger forest types. Management would be guided by local vegetation and regional conditions. Forest management objectives in Alternative B are the greatest for dry forests in both LSR and Matrix, while Alternative D has the highest harvest objective for moist forests in Matrix (Table 3-7).

For the analysis used to create the FORSTW objectives, assumptions were applied to the alternatives based on existing practices currently implemented in the NWFP area for dry and moist forest types. The existing practices include partial harvest treatments (commercial thinning treatments) within critical habitat that do not destroy or adversely modify habitat but do afford restoration treatments that prevent risk of disturbance and improve forest resiliency at varying intensities to maintain habitat. Similarly, LUAs such as LSR and RR are expected to have treatments that meet objectives as existing under the 1994 ROD or as those described in the proposed alternatives. Project-level NEPA requires determination of RR width and consistency for ACS objectives and standards and guidelines. For the purposes of the FORSTW analysis, the outer portions of the RR buffer width are assumed as eligible for thinning treatments where it may be required to attain or maintain ACS objectives (e.g., to reduce the risk of loss due to large scale disturbance in dry forests, improve fire resistance and resilience, or to restore ecological function to a riparian reserve in a moist plantation). It is also assumed that the inner portion of the RR buffer may have no harvest treatments to protect several features including, but not limited to, water quality, near stream riparian vegetation, inner gorge areas and to maintain cover for a primary shade zone of the inner zone of the RR. While these RR assumptions inform our best estimates of anticipated acreage and volume from forest restoration treatments, they should not be interpreted as prescriptive for implementation.

Section 3.5.2 (under *Issue 4 – Biological Resources*) describes the types of change that could be expected within different forest types based on the proposed alternatives. Increased thinning and harvest will open up tree canopies that can provide space for other understory plants, affording additional resources to wildlife that prefer early seral forests. However, decreasing canopy cover could negatively impact some closed-canopy dependent species. Long-term benefits in dry forests could include reduced risk of large-scale high severity wildfire in forests with more open stand structures and opportunities for more diverse habitats; with more open dry forests and denser forests in the moist microclimates. A focus on stand treatments appropriate to small and regional scales provides more opportunities for restoration of specific forest types, such as oak woodlands where conifers have intruded, or white pine stands where firs have established in the absence of low- to moderate-intensity fires. Riparian forests in LSRs have the potential to be affected for stands 80 to 120 years old in moist forests and 80 to 150 years old in dry forests; however, vegetation management activities would need to meet RR plan content and ACS objectives. Action alternatives also provide for protection of old-growth stands (trees for dry forests) in Matrix, as well as address any fifth-field watershed that has less than 15 percent of its federal forest land remaining in LSOG (USDA Forest Service 1994b: NWFP S&G, C-44; Table 3-7). This effectively establishes protected old-growth stands that are managed for old-growth conditions, rather than the rotational stand requirement established in the 1994 NWFP. Additional modeling of tree age and impacts of alternative implementation is being conducted to provide more detail of potential effects and will be available in the Final EIS.

## 3.4   Issue 3 – Fire Resistance and Resilience

This section addresses what effects the proposed alternatives would have on wildfire resistance and resilience of ecosystems within the NWFP area through employing planned (that is, prescribed fire), cultural burning, and management of unplanned ignitions (natural wildfire starts).

Resilience is defined in Forest Service Handbook 1909.12.9 (USDA Forest Service 2015), which describes a state of being or a potential, not a specific end condition. Resilience is the ability of a system to regulate itself as it transitions among stable states (Gunderson 2000, Holling 1973). Fire is one of the key transition triggers within the NWFP area. When a disturbance occurs, an ecosystem responds in different ways. It can be resistant (very little change occurs, and the system reorganizes to its original state), resilient (more change occurs but the ecosystem stabilizes eventually to its pre-disturbance state), or unstable (the ecosystem successional trajectory changes completely) (USDA Forest Service 2021a).

Fire is a primary ecological function (process) that is essential for maintaining both forest and non-forest ecosystems. When the fire frequency and severity metrics of a fire regime are within historical ranges of variability, this provides ecosystem resilience at both landscape (coarse filter) and local (fine filter) scales over time. Wildland fire on the landscape occurs due to natural and planned ignitions. Wildfires occur annually on national forests in the NWFP area, with natural ignitions occurring with summer thunderstorms typically from mid-July through mid-September. Wildfires also occur due to human causes, most frequently campfires that are not adequately extinguished.

Fire managers strive to manage the natural role of fire while protecting values from adverse impacts of fire. This can be accomplished by implementing a coordinated risk management approach to promote landscapes that are resilient to fire-related disturbances and preparing for and executing a safe, effective, and efficient response to fire. Strategic treatment of vegetation over time creates fuel conditions providing for desired fire behavior outcomes and contributing to fire resilience. Treatments should focus on restoring and maintaining natural fire regimes and reducing the negative impacts of wildfires to watershed health, wildlife habitat, and community values at risk. Holistic fire resilience strategies include consideration of ecological, cultural, and community resiliency.

## 3.4.1    Affected Environment

Fire history and previous studies documenting fire history in the NWFP area are summarized by Spies et al. (2018). The role of fire in old-growth forest ecosystems, and how fire exclusion or suppression activities have affected old-growth forest, is well documented and summarized in the Draft EIS for Amendments to Land Management Plans to Address Old-Growth Forests Across the National Forest System (USDA Forest Service 2024a). The discussion below focuses on fire resistance and resilience of ecosystems within the NWFP area.

### 3.4.1.1    *Fire Ecology Groups*

The NWFP area has been characterized into three groups based on fire ecology characteristics as summarized in the Bioregional Assessment of Northwest Forests (USDA Forest Service 2020). As described in Section 3.3.1, vegetation types were classified into these fire ecology groups for the purposes of quantifying acres of moist and dry forests at the NWFP area scale to support effects analysis in this Draft EIS. This approach produced the map presented in Figure 3-1, which is provided to depict how the basis for the analysis in the Draft EIS was developed. However, this map may not directly capture conditions on the ground and is not intended to identify the specific areas where plan direction for moist and dry forests apply.



**Figure 3-1. Primary fire ecology groups used in Draft EIS analysis**

Characteristics of the three fire ecology groups, based on USDA Forest Service (2020), are described below.

## Frequent-Fire Dependent Ecosystems

Frequent-fire dependent ecosystems are areas where vegetation and ecosystem processes evolved under a frequent wildfire return interval (approximately every decade if not more frequent). These systems are commonly fuels limited, in that the wildfire frequency consumed a majority of surface fuels during each event, thus limiting the spread of subsequent wildfires. Before Euro-American settlement, fires were characterized by low or mixed severity and were the primary driver of maintaining landscape heterogeneity and low fuel loading. Fire in these systems drives structural and successional dynamics, favoring fire-dependent understory and fire-adapted tree species. There are approximately 6,956,000 acres within the NWFP area that are identified as frequent-fire dependent ecosystems.

## Fire Diverse (Mixed-Severity) Ecosystems

Historically, wildfires had a wide range of return interval frequency (10-100 years) in which size and severity increased during periods of drought and weather conditions favorable to larger fire growth. The mix of climatic and fuel loading limitations in these systems drives substantial landscape-scale heterogeneity in stand structure and seral stages. There are approximately 8,589,000 acres within the NWFP area that are identified as fire diverse ecosystems.

## Fire Infrequent Ecosystems

Fire infrequent systems are characterized by being climate limited; due to high productivity and lack of frequent fire, high fuel loads are consistently available to burn, and wildfires are governed by the lack of climatic and weather conditions that propagate large fire growth. However, when climatic limitations are lifted due to periods of drought or local fire weather conditions that favor large fire growth, resultant wildfires can be large with a full suite of low-high fire severity patches. There are approximately 3,768,000 acres within the NWFP area that are identified as fire infrequent ecosystems.

### *3.4.1.2    Fire Trends*

Acres of wildfires within the NWFP area, by year, are shown in Figure 3-2. Figure 3-2 also shows that acres of northern spotted owl forested habitat increased by 3.1 percent 25 years after inception of the NWFP (2017), but dropped by 6.8 percent after another 5 years (2022).



**Figure 3-2. Acres of wildfires within the NWFP area, and northern spotted owl habitat**

As mentioned in the introduction to this section, fire exclusion through active suppression and elimination of cultural burning practices has negatively affected fire resistance and resilience in old-growth forests (USDA Forest Service 2024a). This is most evident in the drier physiographic provinces with frequent-fire dependent ecosystems (USDA Forest Service 2020, Davis et al. 2022b). Figure 3-3 shows the mean annual acres of disturbance (natural fire, prescribed fire, and mechanical hazardous fuels treatment) within frequent-fire dependent ecosystems on national forests, compared to the amount of historic or naturally occurring fire that would be expected to occur within the ecosystems (deficit).



**Figure 3-3. Mean annual acres of disturbance within frequent-fire dependent ecosystems and historic or naturally occurring fire that would be expected (deficit) (Source: USDA Forest Service 2020)**

### *3.4.1.3    Ecosystem Resilience*

A resilient ecosystem maintains or recovers key functions and processes following disturbance or stress, while less resilient ecosystems are slower or less likely to recover from disturbances. It is possible to estimate if an ecosystem is resilient to disturbance by comparing existing forest structure, species composition, and landscape patterns to reference conditions, for example how much old, mid-aged, young, and early seral forest would be on the landscape if that landscape were resilient to natural stressors such as fire (USDA Forest Service 2020).

In the Bioregional Assessment of Northwest Forests (USDA Forest Service 2020), it was estimated that about 18 million acres of the national forests and grasslands within the 24 million acres included in the assessment area (65 percent) lack structural diversity and resilience and do not adequately contribute to ecological integrity.[14] Of this, about 10 million acres were deemed to need some type of forest structure restoration to improve and maintain resilience, about 2.2 million acres, primarily in the wettest, most fire-infrequent ecosystems, need restoration to enhance tree growth and snag development, and an estimated 7 million acres where there is denser vegetation than would have been naturally supported would benefit from forest treatment (mechanical or fire) to achieve more resilience (USDA Forest Service 2020). The Bioregional Assessment of Northwest Forests (USDA Forest Service 2020) provides additional detail on restoration needs and type, by national forest, to achieve greater ecosystem resilience, and is incorporated here by reference.

### *3.4.1.4    Fire Risk to Communities*

In recent years, large, high-severity wildfires within the NWFP area have impacted communities surrounding the forests as a result of degraded air quality due to smoke from the wildland fires. As shown in Figure 3-2, there is an increase trend over the past decade in the area within the NWFP affected by wildfire, and research indicates that large wildland fires and associated impacts to adjacent communities will continue to increase in frequency and extent in both the wetter (e.g., western Cascades) and drier (e.g., eastern Cascades, Klamath province) portions of forests within the NWFP area (Spies et al. 2018). An increase in frequency and extent of wildland fires will increase the risk of impacts to adjacent communities, including on public health and safety and community economics, by impacting air quality, infrastructure, recreation, and travel and transportation.

## 3.4.2  Environmental Consequences

### *3.4.2.1    Alternative A – No Action*

Under the No Action Alternative, current direction in the 1994 NWFP, as amended, would continue to guide fire management for the affected national forest units. The 2001 Amendment to the S&M, Protection Buffer, and other Mitigation Measures Standards and Guidelines would continue, as would the "Pechman exemptions" (CV-04-00844-MJP, 10/11/2006). No changes would be made to 1994 NWFP plan components related to fire management unless done so at the unit-level during plan revision or through programmatic or project-specific plan amendments. Under current direction the projected management would include treating 2,500,000 acres per decade, including 1,800,000 acres of mechanical treatment and 700,000 acres of wildland fire.

---

[14] The Bioregional Assessment of Northwest Forests (USDA Forest Service 2020) included all or portions of the Crooked River Grasslands, Ochoco National Forest, Lassen National Forest, and Modoc National Forest, which are not included in the NWFP area; therefore, the total size of the analysis areas do not match.

Under the No Action Alternative, fire resistance and resilience of mature and old growth forests would continue along current trends which would be expected to result in continued loss of mature and old growth and increasing risk of wildfire to communities as a result of increasing frequency and higher severity of wildfires.

### 3.4.2.2    Alternative B – Proposed Action

Alternative B provides new or modified direction, and in some cases replaces 1994 NWFP direction, to improve fire resilience. Fire resilience recognizes that wildland fire plays a critical ecological function and is part of important cultural practices. Resilience against severe wildfire effects is the primary desired condition, while recognizing that fire return intervals across the NWFP area vary and should be managed accordingly. Woodlands, meadows, and other non-forest habitats are also recognized as important parts of forest ecosystems that rely on wildland fire.

The Proposed Action increases forest treatment areas close to communities to enhance the resilience of these stands while decreasing the long-term wildfire risk to communities. LSRs adjacent to communities represent some of the highest risk and yet highly complex acres to treat. Alternative B includes tribal and cultural burning in recognition of Indigenous Knowledge of the use of fire in naturally long fire return interval forest along with the ecocultural uses.

Key features of the fire resilience plan direction in Alternative B include the following:

- Prioritize fuel modification projects that affect people, property, and infrastructure within LSR, Matrix, and AMAs.
- Reduce wildfire risk to communities by re-evaluating community protection area boundaries adjacent to property, critical infrastructure, and places of tribal cultural significance while also supporting ecological functions at a landscape scale. Community protection areas are determined by evaluating conditions on the ground and incorporate the best available fire risk science such as Potential Operational Delineations, Potential Control Lines, and Indigenous Knowledge.

Alternative B would include the following specific actions designed to increase fire resistance and ecosystem resilience within the NWFP area:

- Treat 150,000 additional acres per decade within community protection areas in addition to the current/historic fuels management of 2,500,000 acres, for a total of 2,650,000 acres per decade across all LUAs. Treatment would include:
    – 1,750,000 acres per decade treated with wildland fire (including prescribed burns, unplanned ignitions, and cultural burning).
    – 900,000 acres per decade treated by mechanical means.
- Implement reforestation and associated treatments on 100,000 acres across all LUAs during the first decade following plan approval, and 115,000 acres during the second decade.

Implementing Alternative B would be expected to improve wildland fuel conditions over the existing conditions within the NWFP area. This in turn would be expected to increase fire resistance and ecosystem resilience and reduce wildfire risk to communities, resulting in a

reduced risk from fires to highly valued resources and result in safer communities and more effective wildland fire suppression by local resources.

### 3.4.2.3    Alternative C

Alternative C actions specific to fire resistance and ecosystem resilience would encourage the use of wildland fire and passive restoration and includes fewer forested acres that would receive mechanical treatments. Alternative C does not include the re-evaluation of community protection area boundaries and does not increase forest treatment areas close to communities, but does include tribal and cultural burning in recognition of the Indigenous Knowledge of the use of fire in naturally long fire return interval forest along with the ecocultural uses.

Alternative C would include the following specific actions designed to increase fire resistance and ecosystem resilience within the NWFP area:

- Treat 50 percent of the current/historic fuels and vegetation management of 2,500,000 acres per decade within community protection areas, for a total of 1,250,000 acres per decade across all LUAs. Treatment would include:

  – 350,000 acres per decade treated with wildland fire (including prescribed burns, unplanned ignitions, and cultural burning).

  – 900,000 acres per decade treated by mechanical means.

Alternative C would reduce by one-half (350,000 acres per decade) the acreage where wildland fire is used compared to current conditions (Alternative A) and would reduce by one-half (1,250,000 acres per decade) the area of fuels and vegetation management within community protection areas. It is anticipated that this reduction in management areas would reduce fire resistance and ecosystem resilience, and that overall Alternative C would not improve fire resistance and ecosystem resilience, and would not reduce wildfire risk to communities, within the NWFP area over the current conditions (Alternative A).

### 3.4.2.4    Alternative D

Alternative D actions specific to fire resistance and ecosystem resilience provide more flexibility for forest restoration and wildfire risk reduction treatments, and encourages additional fuels treatment acres close to communities in areas that are at high risk from wildfire to people, property, and infrastructure. Similar to the other action alternatives, Alternative D includes tribal and cultural burning in recognition of the Indigenous Knowledge of the use of fire in naturally long fire return interval forest along with the ecocultural uses. Under this alternative, wildfire risk reduction treatments around identified HUD areas are allowed a 0.25-mile buffer that is exempt from the S&M program including pre-disturbance surveys and associated management requirements. However, known sites would not be exempt from the S&M program requirements.

Alternative D would include the following specific actions designed to increase fire resistance and ecosystem resilience within the NWFP area.

- Treat 4,950,000 acres per decade employing all fuels treatments across all LUAs. Treatment would include:

  o 900,000 acres per decade in and adjacent to community protection areas (1 mile buffer HUD).

    o  2,750,000 acres per decade treated with wildland fire (prescribed, unplanned ignition, and cultural) to meet resource objectives in all LUAs, including LSR.

- Implement reforestation and associated treatments on 100,000 acres across all LUAs during the first decade following plan approval, and 125,000 acres during the second decade.

Implementing Alternative D would be expected to improve wildland fuel conditions over the existing conditions within the NWFP area. This in turn would be expected to increase fire resistance and ecosystem resilience, resulting in reduced risk of wildfire to communities.

## 3.5   Issue 4 – Biological Resources

Other resources beyond those addressed in the sections above were raised by the FAC as well as the public as potential factors that could be affected by the proposed plan amendment, and which the Forest Service has determined that a detailed analyses may be necessary to make a reasoned choice between alternatives. This includes determining the effects the proposed action alternatives could have on biological resources, such as fish and wildlife species, plants, and vegetation communities. As a result, this section addresses effects of the proposed alternatives on biological resources within the NWFP area.

### 3.5.1   Affected Environment

#### 3.5.1.1   Vegetation Types

The 1994 NWFP area was divided into 12 terrestrial physiographic provinces.[15] These provinces were delineated based on the physical, biological, and environmental factors that shape broad-scale landscapes (USDA Forest Service 1994c). Rates of timber harvest and natural disturbance have varied greatly among these provinces, resulting in very little LSOG forests remaining in some provinces (e.g., Oregon Coast Range) and extensive areas of LSOG forests remaining in other provinces (e.g., Oregon Cascades). Table 3-8 provides an overview of the 12 terrestrial physiographic provinces discussed in the 1994 NWFP. A wide variety of vegetation types occur within each of the terrestrial physiographic provinces. For purposes of determining the effects of the proposed amendment alternatives, vegetation was combined into six general vegetation types. Each of these six general vegetation types is discussed further below. Additional details on moist and dry forests are provided in Section 3.3, *Issue 2 – Forest Stewardship*.

---

[15] The 1994 NWFP was also divided into eight aquatic physiographic provinces. However, while the aquatic physiographic provinces are useful for determining distribution of fish species, they were not used as a basis for analysis and therefore are not described in detail in this Draft EIS.

**Table 3-8. Physiographic Provinces within the NWFP Planning Area**

| 1994 NWFP Physiographic Province | General Description of Province |
| --- | --- |
| WA Olympic Peninsula | Within this province, coniferous rain forests occur on the western slopes of the Olympics and relatively dry Douglas-fir (*Pseudotsuga menziesii*) forests occur in the rain shadow on the eastern slopes. Much of Olympic National Park consists of high-elevation forests and subalpine areas; however, lowland valleys within the National Park contain significant areas of late-successional and old-growth (LSOG) forest. The Olympic National Forest is fragmented by clearcuts, young plantations, and natural forests ranging from young stands to stands more than 500 years old. This province is home to many species associated with LSOG forests, including the federally listed and review species northern spotted owl, fisher (*Pekania pennanti*), Pacific marten-coastal DPS (*Martes caurina humboldtensis*), and marbled murrelet (*Brachyramphus marmoratus*). Threatened western snowy plovers (*Charadrius nivosus nivosus*) occur on beaches in this province. This area also includes unique meadows where the endangered Taylor's checkerspot butterfly (*Euphydryas editha taylori*) can only be found on National Forest System lands. |
| WA Western Lowlands | Historically, this province included a mosaic of primarily lowland coniferous forests, as well as deciduous forests and native prairie grasslands. Relatively little federally managed land is found in this province and only small areas of LSOG forests occur. This province also includes extensive agricultural and metropolitan areas, as well as habitat for federally listed species including marbled murrelet, Oregon spotted frog (*Rana pretiosa*), streaked horned lark (*Eremophila alpestris strigata*), and Taylor's checkerspot butterfly. |
| WA Western Cascades | In this province, lower elevation forests consist primarily of Douglas-fir and western hemlock (*Tsuga heterophylla*), while Pacific silver fir (*Abies amabilis*) forests dominate the middle elevations and higher elevations are dominated by forests of mountain hemlock (*Tsuga mertensiana*). Whitebark pine (*Pinus albicaulis*) also occurs at higher elevations. Significant areas of mid-elevation, LSOG forest are found in Mount Rainier and North Cascades National Parks and Wildernesses; however, most of these areas are dominated by high elevation areas of subalpine vegetation, as well as ice and rock. A large portion of the known northern spotted owl population and its habitat in Washington occurs in this province and old-growth forests on national forests in this province are also important habitat for federally listed species including marbled murrelets, wolverine *(Gulo gulo luscus)*, fisher, and Mount Rainier white-tailed ptarmigan (*Lagopus leucura rainierensis*). This and the WA Eastern Cascades provinces support the only known populations of the threatened Canada lynx (*Lynx canadensis*) in the NWFP area. Endangered wolves (*Canis lupus*) have expanded to the northern part of the province, and it is only a matter of time before they establish in the southern portion. |
| WA Eastern Cascades | This province is located along the eastern slopes of the Cascade Range in Washington. In this province, mixed-conifer forests and ponderosa pine (*Pinus ponderosa*) forests occur at mid-to-lower elevations and true fir (*Abies* spp.) and mountain hemlock (*Tsuga mertensiana*) forests occur at higher elevations. The threatened whitebark pine also occurs at higher elevation in this physiographic province. The portions of the North Cascades National Park and Wildernesses that occur within this province include significant areas of mid-elevation, LSOG forest; however, most of these areas are dominated by high elevation areas of alpine or subalpine vegetation, as well as rock and ice. This and the WA Western Cascades province support the only known Canada lynx population in the NWFP area. |
| OR Western Cascades | Forests in this province consist primarily of Douglas-fir and western hemlock at low-to-mid elevations, and Pacific silver fir and mountain hemlock at higher elevations. At the drier, southern end of the province, forests of Douglas-fir and western hemlock are largely replaced by mixed-conifer forests of Douglas-fir, grand fir (*Abies grandis*), and incense cedar (*Calocedrus decurrens*). Lands administered by the Forest Service and the Bureau of Land Management (BLM) include numerous, although highly fragmented, areas of LSOG forest. A large portion of the known northern spotted owl and Forest Service sensitive red tree vole (*Arborimus longicaudus*) populations and their habitat in Oregon occur in this province. |

| 1994 NWFP Physiographic Province | General Description of Province |
|---|---|
| OR Eastern Cascades | This province is dominated by mixed-conifer forests and ponderosa pine forests at mid-to-low elevations, and by true fir and mountain hemlock forests at higher elevations. Although significant areas of mid-elevation LSOG forest are found within Crater Lake National Park and Wildernesses, most of the park and wilderness are dominated by high elevation areas of alpine or subalpine vegetation and rock and ice. Habitat for listed species including wolverine, gray wolf, and Oregon spotted frog occurs in this province. |
| OR Coast Range | This province includes the coastal mountains of western Oregon from the Columbia River south to the Middle Fork of the Coquille River. This area is dominated by forests of Douglas-fir, western hemlock, and western red cedar (*Thuja plicata*). Limited old-growth forests occur in the northern end of the province and older forests in the southern half of the province are highly fragmented, especially on lands administered by the BLM. In this province, coastal meadows are strongholds for the threatened Oregon silverspot butterfly (*Speyeria zerene hippolyta*) and coastal sand dunes are nesting habitat for the threatened western snowy plover. Shore pine stands are inhabited by the threatened coastal distinct population segment (DPS) of Pacific marten. |
| OR Willamette Valley | This province includes the lowland valley area between the OR Coast Range and OR Western Cascade provinces. Originally covered by a mosaic of lowland coniferous and deciduous forests and native prairie grasslands, this province was mostly cleared in the 1800s and early 1900s and converted to farmland, residential areas, and metropolitan areas. There is relatively little federally managed land within this province, and only small parcels of these lands contain late-successional forests. The threatened streaked horned lark occurs near airports and on islands in the Columbia River. |
| OR Klamath | This province, which includes much of southwestern Oregon, is dominated by mixed-conifer and mixed-conifer/hardwood forests. Forests are highly fragmented by natural factors such as poor soils, serpentine geology, dry climate, and wildland fires, as well as human-induced factors including timber harvesting and roads. Many forested stands that were logged in the early 1900s now contain a mixture of old trees left after harvest and younger trees that regenerated after harvest. This and the CA Klamath province is widely recognized as an important biodiversity hotspot (Whittaker 1960; Wagner 1997; DellaSala et al.1999), containing more than 3,500 plant species, more than 200 of which are endemic (Sawyer 2007). |
| CA Klamath | This province, which includes a large part of northwestern California, is dominated by mixed-conifer and mixed-conifer/hardwood forests. Extensive lands managed by the Forest Service occur in this province. Similar to the OR Klamath province, forests are highly fragmented by natural factors such as poor soils, dry climate, and wildland fires, as well as human-induced factors including timber harvesting and roads and many forest stands that were logged in the early 1900s now contain a mixture of old trees left after harvest and younger trees that regenerated after harvest. In addition to a large number of endemic plant species, this province is host to a diversity of narrowly endemic mollusks and salamanders. |
| CA Coast Range | This province is dominated by redwood (*Sequoia sempervirens*) forests and mixed forests of Douglas-fir and hardwoods. Most of the area is privately owned, but lands administered by the Forest Service and the BLM, as well as state and national parks, are also present. This province includes a coastal fog belt containing the last remaining stands of old-growth redwoods. Considerable numbers of northern spotted owls inhabit private lands in the area, as well as federally managed lands. In addition, this is an important nesting area for threatened marbled murrelets. California condor (*Gymnogyps californianus*) was recently reintroduced in this province. |
| CA Cascades | This province includes the extreme southern end of the Cascade Range. Forests in this region are dominated by mixed-conifer or ponderosa pine associations on relatively dry sites. Ownership is mixed, with some areas of consolidated Forest Service administered lands, and some areas of intermixed Forest Service and private lands. Forests are highly fragmented due to natural factors and harvest activities, but still provide habitat for species such as fishers and northern spotted owl. |

Source: USDA Forest Service 1994c

## Moist Forest

Moist forests are described in Section 3.3, *Issue 2 – Forest Stewardship.* As described in that section, a wide variety of conifer species are found in moist forests in the NWFP area. In addition, common understory species in moist forests include vine maple (*Acer circinatum*), salal (*Gaultheria shallon*), Oregon grape (*Berberis* [*Mahonia*] spp.), Pacific rhododendron (*Rhododendron macrophyllum*), salmonberry (*Rubus spectabilis*), trailing blackberry (*Rubus ursinus*), and huckleberry (*Vaccinium* spp.) (Johnson and O'Neil 2001, USDA Forest Service 1990a, USDA Forest Service 1990b). Common herbaceous species include swordfern (*Polystichum munitum*), trillium (*Trillium ovatum*), Oregon oxalis (*Oxalis oregana*), beargrass (*Xerophyllum tenax*), vanilla leaf (*Achlys triphylla*), twinflower (*Linnaea borealis*), false Solomon's seal (*Maianthemum* spp.), foamflower (*Tiarella trifoliata*), and inside-out-flower (*Vancouveria hexandra*).

## Dry Forest

Dry forests are described in Section 3.3, *Issue 2 – Forest Stewardship*. In addition to the characteristic conifers described in that section, a variety of understory species are found in dry forests, with species and predominance varying depending on the region and specific forest type (e.g., ponderosa pine forest). Understory species that may occur include Rocky Mountain maple (*Acer glabrum*), serviceberry (*Amelanchier alnifolia*), oceanspray (*Holodiscus discolor*), snowberry (*Symphoricarpos* spp.), manzanita (*Arctostaphylos* spp.), huckleberry (*Vaccinium* spp.), baldhip rose (*Rosa gymnocarpa*), chinquapin (*Chrysolepis chrysophylla*), Oregon grape, tobacco brush (*Ceanothus velutinus*), prostrate ceanothus (*Ceanothus prostratus*), Pacific ninebark (*Physocarpus capitatus*), antelope bitterbrush (*Purshia tridentata*), sagebrush (*Artemisia* spp.) and Oregon boxwood (*Paxistima myrsinites*) (Johnson and O'Neil 2001, USDA Forest Service 2003). Graminoids and forbs found in dry forests include Idaho fescue (*Festuca idahoensis*), prairie junegrass (*Koeleria macrantha*), bluebunch wheatgrass (*Pseudoroegneria spicata*), oniongrass (*Melica* spp.), pinegrass (*Calamagrostis rubescens*), western fescue (*Festuca occidentalis*), California fescue (*Festuca californica*), long-stolon sedge (*Carex inops*), Geyer's/elk sedge (*Carex geyeri*), beargrass (*Xerophyllum tenax*), twinflower (*Linnea borealis*), vanilla leaf, rattlesnake plantain (*Goodyera oblongifolia*), and prince's pine (*Chimaphila* spp.), as well as many others.

## Oak Woodlands

In western Washington and Oregon, the oak woodlands vegetation type is primarily found in the Willamette Valley, Puget Lowlands, and Klamath Mountains ecoregions, although it is also found along the eastern slopes of the Cascades (Johnson and O'Neil 2001). These dry, frequent, low-intensity fire dependent forests are relatively high in floral and faunal biodiversity compared with other forest types in the NWFP area (Anderson 1970, Thysell and Carey 2001). Oregon white oak is the characteristic species in oak woodlands in Washington, whereas in Oregon characteristic species include Oregon white oak, California black oak (*Quercus kelloggii*), and/or Pacific madrone (Johnson and O'Neil 2001, Larsen and Mogan 1998). Along the east slopes of the Cascades in Oregon and Washington, Oregon white oak is often interspersed with ponderosa pine (Johnson and O'Neil 2001). Common understory species in oak woodlands in Oregon and Washington, may, depending on the region, include oceanspray, poison-oak (*Toxicodendron diversilobum*), serviceberry, beaked hazelnut/California hazelnut (*Corylus cornuta*), trailing

blackberry, Indian plum (*Oemleria cerasiformis*), snowberry (*Symphoricarpos albus, S. mollis*), wedgeleaf ceanothus (*Ceanothus cuneatus*), and oval-leaf viburnum (*Viburnum ellipticum*) (Johnson and O'Neil 2001, Larsen and Morgan 1998). In Oregon and Washington, a wide variety of herbaceous species are found in this vegetation type including blue wildrye (*Elymus glaucus*), long-stolon sedge, Idaho fescue (*Festuca idahoensis*), bluebunch wheatgrass (*Pseudoroegneria spicata*), western fescue (*Festuca occidentalis*), oniongrass (*Melica* spp.), Kentucky bluegrass (*Poa pratensis*), bracken fern (*Pteridium aquilinum*), sword fern (*Polystichum munitum*),  American vetch (*Vicia americana*), woodland strawberry (*Fragaria vesca*), as well as many others (Johnson and O'Neil 2001, Larsen and Morgan 1998).

Within the planning area in California, oak woodlands typically consist of pure stands dominated by white oak, black oak, or blue oak (*Quercus douglasii*), or in association with other tree species such as Douglas-fir, ponderosa pine, foothill pine*,* canyon live oak, California buckeye (*Aesculus californica*), Pacific madrone, tanoak, and bigleaf maple (Jimerson and Carothers 2002, USDA Forest Service 1994d). Understory species found in this vegetation type in California include greenleaf manzanita (*Arctostaphylos patula*), poison oak, birchleaf mountain mahogany (*Cercocarpus betuloides*), wedgeleaf ceanothus, Brewer's oak (*Quercus garryana* var. *breweri*), interior live oak (*Quercus wislizeni* var. *frutescens*), California juniper (*Juniperus californica*), mock orange (*Philadelphus lewisii*), and/or beaked hazelnut/California hazelnut. A wide variety of herbaceous species are found in oak  woodlands in California including miner's lettuce (*Claytonia perfoliata*), yarrow (*Achillea millefolium*), soap plant (*Chlorogalum pomeridianum*), sword fern, American vetch, tarweed (*Madia* spp.), Pacific houndstongue (*Adelinia grandis*), California oatgrass (*Danthonia californica*), blue wildrye, California fescue (*Festuca californica*), Idaho fescue, oniongrass, Kentucky bluegrass, as well as a variety of non-native annual grasses (Jimerson and Carothers 2002).

## Meadows and Grasslands

Meadows and grasslands consist predominantly of herbaceous vegetation dominated by grasses and forbs. A wide variety of meadows and grasslands occur within the planning area ranging from low elevation wet meadows, upland prairies, coastal bluffs, montane grasslands, to high alpine grasslands and meadows. Meadows and grasslands include areas dominated by native perennial grasses, non-native annual grasses, and/or sedge (*Carex* spp.) and rush (*Juncus* spp.) species (USDA Forest Service 1992). Wet meadows, including areas dominated by sedges and grasses often are classified as wetlands (see *Aquatic, Wetlands, and Riparian* section below). A wide variety of grasses and forbs occur in this vegetation type, and dominant species vary by region and specific type of meadow or grassland.

## Aquatic, Riparian, and Wetlands

Many aquatic, wetland, and riparian vegetation types occur within the planning area. These include but are not limited to lakes, rivers, streams, ponds, reservoirs, herbaceous wetlands, scrub-shrub wetlands, forested wetlands, riparian shrublands, and riparian woodlands. As noted in the 1994 NWFP (USDA Forest Service 1994c), aquatic, wetland, and riparian ecosystems within the planning area vary greatly, from large river systems (e.g., Skagit, Rogue, and Klamath Rivers); small headwater streams originating from glaciers in the Cascade Range; coastal rain-influenced streams; numerous lakes and ponds; and wetlands associated with rivers, streams,

lakes, ponds, seeps, and springs. Riparian areas, wetlands, and other aquatic areas serve as habitat for a variety of both aquatic and terrestrial plant and wildlife species.

## Other Vegetation Types and Unique Features

A variety of other vegetation types and unique features occur within the NWFP area. These include but are not limited to subalpine forests, alpine grasslands and shrublands, chaparral, sagebrush steppe, talus slopes, cliffs, and rock outcrops. These other vegetation types and unique features are not the focus of the proposed amendment; therefore, they are not described in detail or analyzed in this Draft EIS; however, they will continue to be addressed by the individual national forests at the project level.

### 3.5.1.2    *Special Status Wildlife and Plants*

National forests within the NWFP area contain a wide diversity of wildlife and plant species that are adapted to a range of diverse habitats, including wide-ranging habitat generalists such as black bear and black tailed deer, more localized semi-specialists such as ground-nesting and cavity-nesting birds and mammals, and habitat specialists such as old growth forest and early seral-associated species. This diversity of wildlife and plant species is essential for ecological balance and ecosystem health. As noted in Section 3.3, *Issue 2 – Forest Stewardship*, effective forest management practices such as habitat restoration and resilience against severe wildfire effects are key to sustaining this biodiversity. Due to the great diversity of wildlife species, and the programmatic level of this effort, this Draft EIS does not assess the potential effects of the proposed amendment on general wildlife and plant species including Region 5 and 6 Management Indicator Species. Site-specific effects analysis to general wildlife and plants would continue to be assessed during project-level NEPA analysis and ongoing forest plan monitoring. This analysis focuses on broad scale potential effects to special status wildlife and plant species including RFSS, S&M species, and federally listed species. Existing conditions related to these categories of special status species are discussed in the sections below.

## Threatened and Endangered Species

A wide variety of federally listed threatened, endangered, proposed, and select candidate species are known to occur and/or have habitat within the NWFP area (hereafter, all federally listed threatened, endangered, proposed, and select candidate species are referred to as threatened and endangered [T&E] species). The October 8, 1994, final Biological Assessment (BA) determined the preferred alternative may affect the following federally listed species: northern spotted owl and its critical habitat, marbled murrelet, grizzly bear, gray wolf (*Canis lupus*), peregrine falcon (*Falco peregrinus*), bald eagle (*Haliaeetus leucocephalus*), Columbian white-tailed deer (*Odocoileus virginianus leucurus*), Lost River sucker (*Deltistes luxatus*), shortnose sucker (*Chasmistes brevirostris*), Oregon silverspot butterfly (*Speyeria zerene hippolyta*), Oregon chub (*Oregonichthys crameri*), McDonald's rock-cress (*Arabis macdonaldiana*), and Nelson's checker-mallow (*Sidalcea nelsoniana*). The remaining listed species identified in the 1994 final BA, which included four anadromous fish [Sacramento River winter chinook salmon (*Oncorhynchus tshawytscha*), Snake River fall chinook salmon (*O. tshawytscha*), Snake River Spring/Summer chinook salmon (*O. tshawytscha*), and Snake River sockeye salmon (*Oncorhynchus nerka*)] administrated by NMFS, were determined not to be affected by the preferred alternative. The bald eagle, peregrine falcon, Douglas County DPS of Columbian

white-tailed deer, Oregon chub, and Nelson's checker-mallow have since been delisted due to successful recovery (64 FR 46543, 68 FR 43647, 72 FR 37346, 80 FR 9126, 88 FR 71491).

Multiple plant and wildlife species have been federally listed and critical habitat has been designated over the past two decades. T&E species preliminarily identified for analysis in this proposed amendment include 7 mammal, 8 birds, 1 reptile, 1 amphibian, 8 invertebrates, 11 fish, and 13 plant species (Table 3-9 and Table 3-10). In addition, several T&E species were preliminarily eliminated from consideration for discussion in this Draft EIS because: 1) they are not known or likely to occur on NFS lands within the NWFP area or 2) the forest management activities under the Proposed Action or action alternatives considered would have no effect on those species. T&E species for which preliminary no effect determinations were appropriate include: Columbia River DPS of the Columbian white-tailed deer, Olympia pocket gopher (*Thomomys mazama pugetensis*), California clapper rail (*Rallus longirostris obsoletus*) / Ridgeway's rail (*Rallus obsoletus*), Hawaiian petrel (*Pterodroma sandwichensis*), short-tailed albatross (*Phoebastria albatrus*), giant garter snake (*Thamnophis gigas*), green sea turtle (*Chelonia mydas*), leatherback sea turtle (*Dermochelys coriacea*), loggerhead sea turtle (*Caretta caretta*), olive ridley sea turtle (*Lepidochelys olivacea*), California red-legged frog (*Rana draytonii*), foothill yellow-legged frog (*Rana boylii*), Sierra Nevada yellow-legged frog (*Rana sierrae*), tidewater goby (*Eucyclogobius newberryi*), Shasta crayfish (*Pacifastacus fortis*), conservancy fairy shrimp (*Branchinecta conservation*), Burke's goldfields (*Lasthenia burkei*), Contra Costa goldfields (*Lasthenia conjugens*), Butte County meadowfoam (*Limnanthes floccosa* ssp. *californica*), Greene's tuctoria (*Tuctoria greenei*), Hoover's spurge (*Euphorbia hooveri*), Kneeland Prairie penny-cress (*Thlaspi californicum*), marsh sandwort (*Arenaria paludicola*), rough popcorn flower (*Plagiobothrys hirtus*), sand dune phacelia (*Phacelia argentea*), showy Indian clover (*Trifolium amoenum*), humpback whale (*Megaptera novaeangliae*), and sunflower sea star (*Pycnopodia helianthoides*). These preliminary species lists and no effect determinations are subject to change as we finalize the ESA action area in coordination with the USFWS and NMFS.

Table 3-9 lists the T&E species (with the exception of T&E fish which are presented in Table 3-10), potentially affected by the proposed amendment, their listing status, whether designated critical habitat overlaps the NWFP area, and key vegetation types they are associated with. Table 3-10 lists the T&E fish species and designated critical habitat that would potentially be affected by the proposed amendment. Of 11 fish species, 5 are *Oncorhynchus* salmon species representing 28 evolutionarily significant units (ESUs) /DPSs and eight recovery domains (the Lower Columbia and Upper Willamette recovery domains are being assessed as one recovery domain). In total, 34 (30 listed ESUs/DPSs plus four other listed fish species with no defined ESU/DPS) are addressed.

Additional details on each of the species listed in the tables below will be provided in the BAs being prepared for the proposed amendment in ESA consultation with the USFWS and NMFS as well as in the final Biological Evaluation (BE) and this information will be summarized in the Final EIS.

**Table 3-9. Federally listed species (all but fish) potentially affected by the Proposed Amendment Action or Action Alternatives**

| Species | Federal Listing Status[1] | Critical Habitat within NWFP Area | Associated Vegetation Types[2] |
|---|---|---|---|
| **Mammals** | | | |
| Canada lynx<br>*Lynx canadensis* | T | Y | O (boreal and subalpine forests) |
| Fisher – Northern California/Southern Oregon DPS<br>*Pekania pennanti* | UR[3] | N | DF, MF, OW |
| Gray wolf<br>*Canis lupus* | E | N | AWR, DF, MF, MG, OW, |
| Grizzly bear<br>*Ursus arctos horribilis* | Proposed EXPN | N | AWR, DF, MF, MG, OW |
| Killer whale[4]<br>*Orcinus orca* | E | N | AWR |
| North American wolverine<br>*Gulo gulo luscus* | T | N | O (subalpine and alpine) |
| Pacific marten-Coastal DPS<br>*Martes caurina* | T | Y | DF, MF, O (serpentine shrubland and forest) |
| **Birds** | | | |
| California condor – Oregon, Northern California Non-Essential Experimental Population<br>*Gymnogyps californianus* | EXPN | N | MG, O (open habitats) |
| California spotted owl<br>*Strix occidentalis occidentalis* | PT | N | DF, MF, OW |
| Marbled murrelet<br>*Brachyramphus marmoratus* | T | Y | DF, MF |
| Mt. Rainier white-tailed ptarmigan<br>*Lagopus leucura rainierensis* | T | N | O (alpine, subalpine) |
| Northern spotted owl<br>*Strix occidentalis caurina* | T | Y | DF, MF, OW |
| Streaked horned lark<br>*Eremophila alpestris strigata* | T | N | MG |
| Western snowy plover<br>*Charadrius nivosus nivosus* | T | Y | AWR, O (coastal, dunes) |
| Yellow-billed cuckoo<br>*Coccyzus americanus* | T | N | AWR |
| **Amphibians and Reptiles** | | | |
| Northwestern pond turtle<br>*Actinemys marmorata* | PT | N | AWR |
| Oregon spotted frog<br>*Rana pretiosa* | T | Y | AWR |
| **Invertebrates** | | | |
| Fender's blue butterfly<br>*Icaricia icarioides fenderi* | T | N | MG, OW |
| Franklin's bumble bee<br>*Bombus franklini* | E | N | MG |
| Monarch butterfly<br>*Danaus Plexippus* | C | N | AWR, MG |
| Oregon silverspot butterfly<br>*Speyeria zerene hippolyta* | T | Y | MG, O (dunes) |
| Taylor's (=whulge) checkerspot<br>*Euphydryas editha taylori* | E | Y | MG, O (coastal bluffs, hardwood woodlands) |

| Species | Federal Listing Status[1] | Critical Habitat within NWFP Area | Associated Vegetation Types[2] |
|---|---|---|---|
| Valley elderberry longhorn beetle *Desmocerus californicus* | T | N | AWR, OW, O (requires presence of blue elderberry shrubs) |
| Vernal pool fairy shrimp *Branchinecta lynchi* | T | N | AWR (vernal pools) |
| Vernal pool tadpole shrimp *Lepidurus packardi* | E | N | AWR (vernal pools) |
| **Plants** | | | |
| Cook's lomatium[5] *Lomatium cookii* | E | Y | AWR (vernal pools) |
| Gentner's fritillary *Fritillaria gentneri* | E | N | DF, MG, OW |
| Keck's checker-mallow *Sidalcea keckii* | E | N | OW, MG, O (barrens; associated with serpentine or clay soils) |
| Kincaid's lupine *Lupinus sulphureus ssp. kincaidii* | T | N | DF, MF, MG, OW |
| Lassics lupine *Lupinus constancei* | E | Y | DF, O (barrens; associated with serpentine soils) |
| McDonald's rock-cress *Arabis macdonaldiana* | E | N | DF, O (barrens; associated with serpentine soils) |
| Showy stickseed *Hackelia venusta* | E | N | DF, O (talus, scree, cliffs) |
| Slender Orcutt grass *Orcuttia tenuis* | T | Y | AWR (vernal pools) |
| Ute ladies'-tresses *Spiranthes diluvialis* | T | N | AWR |
| Wenatchee Mountains checkermallow *Sidalcea oregana* var. *calva* | E | Y | AWR, DF, MG |
| Western lily *Lilium occidentale* | E | N | AWR, MF |
| Whitebark pine *Pinus albicaulis* | T | N | O (subalpine) |
| Willamette daisy *Erigeron decumbens* | E | N | AWR, MG, OW |
| Yreka phlox *Phlox hirsuta* | E | N | DF, OW, O (associated with serpentine soils) |

1/ E = Endangered, T = Threatened, C = Candidate, PT = Proposed Threatened, EXPN = Experimental Population, Non-essential
2/ AWR = Aquatic, wetlands, and riparian; DF = Dry forest; MF = Moist forest; MG = Meadows and grasslands; OW = Oak woodlands; O = Other
3/ UR = Under review. The Northern CA/Southern OR fisher distinct population segment (DPS) was determined not warranted for listing but is under review. The endangered Southern Sierra fisher DPS does not overlap the NWFP area.
4/ Assessed due to potential downstream effects to prey base (i.e., salmonids) concerns.
5/ Assessed due to the presence of designated critical habitat within the NWFP area.

**Table 3-10. Federally listed fish species potentially affected by the Proposed Amendment Action or Action Alternatives**

| Species | ESU/DPS | NMFS Recovery Domain [1] | Federal Listing Status | Critical Habitat within NWFP Area |
|---|---|---|---|---|
| Chinook Salmon (*Oncorhynchus tshawytshca*) | Lower Columbia River Chinook | Willamette /Lower Columbia | T | Y |
| | Upper Willamette River Chinook | | T | Y |
| | Upper Columbia River Spring Chinook | Interior Columbia | E + EXPN | Y |
| | Snake River Fall Chinook | | T | Y |
| | Snake River Spring/Summer Chinook | | T | Y |
| | Puget Sound Chinook | Puget Sound | T | Y |
| | Oregon Coast Chinook | Oregon Coast | C [2] | N |
| | Southern Oregon and Northern California Coastal Chinook | Southern Oregon and Northern California Coastal | C | N |
| | Upper Klamath-Trinity River or Klamath Spring Chinook | | C | N |
| | California Coastal Chinook | North Central California Coast | T | Y |
| | Central Valley Spring Chinook | Central Valley | T + EXPN | Y |
| | Sacramento Winter Chinook | | T + EXPN | N |
| Coho Salmon (*Oncorhynchus kisutch*) | Lower Columbia River Coho | Willamette-Lower Columbia | T | Y |
| | Oregon Coast Coho | Oregon Coast | T | Y |
| | Southern Oregon and Northern California Coastal Coho | Southern Oregon and Northern California Coastal | T | Y |
| | Central California Coast Coho | North Central California Coast | T | N |
| Steelhead (*Oncorhynchus mykiss*) | Lower Columbia River Steelhead | Willamette-Lower Columbia | T | Y |
| | Upper Willamette Steelhead | | T | Y |
| | Upper Columbia River Steelhead | Interior Columbia | E | Y |
| | Middle Columbia River Steelhead | | T | Y |
| | Snake River Basin Steelhead | | T | Y |
| | Puget Sound Steelhead | Puget Sound | T | Y |
| | Northern California Steelhead | North Central California Coast | T | Y |
| | Central California Coast Steelhead | | T | N |
| | California Central Valley Steelhead | Central Valley | T | Y |
| Sockeye Salmon (*Oncorhynchus nerka*) | Snake River Sockeye | Interior Columbia | E | Y |
| Chum Salmon (*Oncorhynchus keta*) | Columbia River Chum | Willamette-Lower Columbia | T | Y |
| | Hood Canal Summer Chum | Puget Sound | T | Y |
| Green Sturgeon (*Acipenser medirostris*) | Southern | NA | T | Y |

| Species | ESU/DPS | NMFS Recovery Domain [1] | Federal Listing Status | Critical Habitat within NWFP Area |
|---------|---------|--------------------------|------------------------|-----------------------------------|
| Eulachon (*Thaleichthys pacificus*) | Southern | NA | T | Y |
| Bull trout (*Salvelinus confluentus*) | NA | NA | T | Y |
| Lost River sucker (*Deltistes luxatus*) | NA | NA | E | Y |
| Shortnose sucker (*Chasmistes brevirostris*) | NA | NA | E | Y |
| Dolly Varden (*Salvelinus malma*) | NA | NA | PSAT | N |

[1] Recovery Domains: The NOAA Fisheries' Endangered Species Act (ESA) recovery planning and implementation efforts for West Coast salmon and steelhead are organized into discrete geographic areas called "recovery domains." Recovery domain boundaries are administrative boundaries (not regulatory boundaries). Recovery Domains covered in the assessment of this action are Willamette-Lower Columbia (Note: the Lower Columbia and Upper Willamette recovery domains are being assessed as one recovery domain), Interior Columbia, Puget Sound, Oregon Coast, Southern Oregon and Northern California Coastal, North Central California Coast, Central Valley, and Southern.

[2] After receiving a petition to list a species, NMFS will evaluate whether substantial information exists that the petitioned action may be warranted.

DPS = distinct population segment; ESU = evolutionarily significant unit; NMFS = National Marine Fisheries Service; E= Endangered, T = Threatened, C = Candidate; EXPN = Experimental Population, Non-essential, PSAT = Proposed Similarity of Appearance Threatened.

As noted in Chapter 1, the 1994 NWFP provided management direction that was intended to conserve LSOG ecosystems and associated species, including the federally listed threatened northern spotted owl and marbled murrelet, as well as threatened and endangered at-risk anadromous fish, while providing a sustainable supply of timber and non-timber products to support and stabilize local and regional economies. In many cases, the land management plans within the NWFP area are delivering effective, landscape-scale management, and moving toward long-term desired ecological conditions by maintaining vegetation conditions that support northern spotted owl and marbled murrelets, protecting mature and old-growth forests, and retaining and improving habitat for aquatic and riparian-associated organisms (Davis et al. 2022a, Dunham et al. 2023, Franklin et al. 2021, Lorenz et al. 2021, McIver et al. 2021). While important progress has been made, in recent years, large, high-severity wildland fires have resulted in losses of mature and old-growth forests, eliminating gains achieved in the first 25 years of implementation of the 1994 NWFP. Research indicates that large wildland fires that impact mature and old-growth forests will increase in frequency and extent within the NWFP area (Halofsky et al. 2020, Halofsky et al. 2018). As noted above, additional details on the affected environments and environmental consequences for T&E species within the NWFP area, including the northern spotted owl, marbled murrelet, as well as other LSOG dependent species such as the Pacific marten (*Martes caurina*) and fisher (*Pekania pennanti*) and a variety of other taxa associated with diverse environments identified in Table 3-9 and Table 3-10 will be provided in the BAs and final BE being prepared for the proposed amendment.

## Regional Forester's Sensitive Species

Sensitive Species are defined as "those plant and animal species identified by a regional forester for which population viability is a concern, as evidenced by a) significant current or predicted downward trends in population numbers or density … [and] b) … habitat capability that would reduce a species' existing distribution" (USDA Forest Service 2005: 2670.5). Management of sensitive species "must not result in a loss of species viability or create significant trends toward federal listing" (USDA Forest Service 2005: 2670.32). The Regional Forester is responsible for identifying sensitive species and shall coordinate with federal and state agencies and other sources, as appropriate, in order to focus conservation management strategies and to avert the need for federal or state listing as a result of national forest management activities (BLM and USDA Forest Service 2024).

The goal of the Forest Service Sensitive Species Program is to ensure that species numbers and population distribution are adequate so that no federal listing will be required and extirpation of these species will not occur on NFS lands. Species occurrence records for the species on the combined RFSS lists for Forest Service Region 5 and Region 6 were reviewed by Forest Service biologists. Reviews included Sensitive Species documented occurrence databases, ranges, and habitat information.

Based on range and habitat data, 143 species listed as RFSS in Region 5, 577 species in Region 6, and 56 species listed as RFSS in both regions have been documented or have potential to occur within national forests in the NWFP area. Nine of these RFSS are also federally listed under the ESA. Table 3-11 summarizes the number of RFSS by Forest Service region and taxon. Additional details on RFSS are provided in the Draft BE for the proposed amendment (Appendix C).

**Table 3-11. Number of Regional Forester's Sensitive Species documented or suspected in Forest Service Regions 5 and 6 and within the 17 National Forests associated with the NWFP area**

| Taxon | Region 5 | Region 6 | Both Regions [1] | Total Species |
|---|---|---|---|---|
| Amphibians | 5 | 8 | 2 | **15** |
| Reptiles | 0 | 1 | 1 | **2** |
| Mammals | 0 | 9 | 8 | **17** |
| Birds | 3 | 23 | 6 | **32** |
| Fish | 13 | 20 | 3 | **36** |
| Invertebrates-Aquatic | 8 | 21 | 3 | **32** |
| Invertebrates-Terrestrial | 8 | 51 | 2 | **61** |
| Plants [2] | 106 | 444 | 31 | **581** |
| **Total by Region** | **143** | **577** | **56** | **776** |

Sources: USDA Forest Service 2013, USDA Forest Service 2021b
1/ Totals include species that are found in both regions
2/ "Plants" includes vascular and non-vascular plants, lichens, and fungus

## Survey and Manage Species

S&M species are rare or uncommon species associated with LSOG forests. Given that little was known about many of these species during initiation of the 1994 NWFP, there was uncertainty regarding whether the reserve network standards and guidelines under the NWFP would allow for persistence of these rare or uncommon LSOG-associated species and predictions were based on best available scientific knowledge. A set of management standards and guidelines, known as

"Survey and Manage," was added to the 1994 NWFP, requiring pre-disturbance surveys for specific S&M species before initiating management actions and requiring management standards and guidelines if S&M species were found. For S&M species not requiring pre-disturbance surveys, requirements include: managing known sites, conducting strategic surveys in suitable habitat, conducting general regional surveys, and applying standards and guidelines related to management activities when sites are located.

The 1994 NWFP established a series of LSRs connected across the landscape to establish an ecosystem-level approach to managing biodiversity and overall ecosystem integrity. The S&M requirements complemented this ecosystem-level approach and are intended to provide for the needs of rare and uncommon species associated with LSOG forests.

The S&M Standards and Guidelines were amended in 2001 to clarify implementation direction around several topics including what activities required survey prior to disturbance (USDA Forest Service and USDI BLM 2001). The S&M Standards and Guidelines apply to projects occurring where S&M species or their habitat could be affected under an action that may change the species' persistence, and where management activities could be considered "habitat-disturbing" for that species (USDA Forest Service and USDI BLM 2001). The 2001 amendment also reorganized S&M species into six categories (see Table 3-12); integrated direction related to Protection Buffers and Protect From Grazing into the S&M program; modified direction for bat roosts, cavity-nesting birds, and Canada lynx; and established an adaptive management process for updating species lists and categorization. Species reviews conducted in 2001, 2002, and 2003 resulted in updates to the S&M species lists.

**Table 3-12. Survey and Manage categories established by 2001 Amendment (USDA Forest Service and USDI BLM 2001)**

| Relative Rarity | Pre-Disturbance Surveys Practical | Pre-Disturbance Surveys Not Practical | Status Undetermined |
|---|---|---|---|
| Rare | Category A<br>• Manage all known sites<br>• Pre-disturbance surveys required<br>• Strategic surveys | Category B<br>• Manage all known sites<br>• Pre-disturbance surveys not required<br>• Strategic surveys | Category E<br>• Manage all known sites<br>• Pre-disturbance surveys not required<br>• Strategic surveys |
| Uncommon | Category C<br>• Manage high priority sites<br>• Pre-disturbance surveys not required<br>• Strategic surveys | Category D<br>• Manage high priority sites<br>• Pre-disturbance surveys not required<br>• Strategic surveys | Category F<br>• Known sites not applicable<br>• Pre-disturbance surveys not required<br>• Strategic surveys |

In 2004, the Forest Service and BLM issued a ROD that made additional changes to the S&M program. Northwest Ecosystem Alliance and others filed a lawsuit challenging the ROD (*Northwest Ecosystem Alliance v. Rey*, No. 04-844P (W.D. Wash. 2006)). The district court vacated the 2004 ROD and issued a Court Order reinstating the 2001 ROD. In October 2006, Judge Pechman modified the Order (commonly referred to as the "Pechman Exemptions") such that the following four categories of ground-disturbing activities would be exempt from the requirements of the 2001 S&M ROD:

a) Thinning projects in stands younger than 80 years old;

b) Replacing culverts on roads that are in use and part of the road system, and removing culverts if the road is temporary or to be decommissioned;

c) Riparian and stream improvement projects where the riparian work is riparian planting, obtaining material for placing in-stream, and road or trail decommissioning; and where the stream improvement work is the placement of large wood, channel and floodplain reconstruction, or removal of channel diversions; and

d) The portions of projects involving hazardous fuels treatments where prescribed fire is applied. Any portion of a hazardous fuels treatment project involving commercial logging will remain subject to the survey and manage requirements except for thinning of stands younger than 80 years old.

Although additional NEPA analysis has been conducted to modify the S&M program over the years, the current status includes: following the 2001 ROD S&G (USDA Forest Service and USDI BLM 2001), applying the "Pechman Exemptions," and implementing species review modifications to the S&M species list per 2001, 2002, and 2003 updates.

The current S&M list includes a total of 305 S&M species (Appendix D; USDA Forest Service and USDI BLM 2001, 2003). This list incorporates updates from the 2001, 2002, and 2003 Species Reviews and includes the following:

- Fungi: 189
- Lichens: 42
- Bryophytes: 15
- Vascular Plants: 12
- Vertebrates: 7
    - Birds: 1 (Great gray owl; *Strix nebulosa*)
    - Mammals: 1 (Red tree vole)
    - Amphibians: 5
- Mollusks: 36
- Arthropods: 4 groupings

Many of the S&M species are difficult to survey for and detect. Of the 305 S&M species, a total of 62 species require pre-disturbance surveys (A or C category) because surveys are considered practical for these species.

The synthesis of science to inform land management within the NWFP area general technical report (Spies et al. 2018) provides the current status of what has been learned since the 1994 NWFP related to changes to forests from known and projected impacts of climate change, the occurrence and effects of large-scale, high-severity wildfire, and the effect of fire suppression and fire behavior on vegetation succession. Each of the above species' groups exhibit different responses to both natural and human-caused factors.

Previous studies on rare fungi, including S&M species (Clarkson and Mills 1994, Amaranthus et al. 1994) found that fungi persisted with the retention of mature trees (e.g., green trees) and coarse woody debris in harvest units. Although the effects of wildfire and fire suppression activities on late-successional and old-growth-associated lichens are poorly understood; however, large-scale, stand-replacing fires likely, over time, reduce distribution and biomass of these lichens due to their dispersal mechanisms and limitations (Sillett et al. 2000, Spies et al. 2018). Root et al. (2010, as cited in Spies et al. 2018) found that variable-density thinning treatments in young forests provides habitat for species of lichen that could complement the assemblages of lichens and bryophytes a found in late-successional and old-growth forests and Neitlich and McCune (1997) found that structurally diverse young forest may play a larger role in lichen diversity and overall biomass than forest age alone. Many species of lichens, fungi, bryophytes, and other rare and poorly known species in the Pacific Northwest, are difficult to detect, inventory, monitor, and study because they require specialized expertise in the field and the laboratory.

There are 12 vascular plants included in the current list of S&M species. The diversity of vascular plants tends to increase during structural development following logging in western hemlock-Douglas-fir, and to peak in old-growth forest conditions (Halpern and Spies 1995) and are generally considered to be protected under the 1994 NWFP guidelines and within LSRs and other reserves. Loya and Jules (2008) noted that fire exclusion may have affected understory communities in late-successional and old-growth forests in vegetation zones where fire was frequent historically, however, these effects are poorly understood, and more research is needed. Studies from drier mixed-conifer forests in the eastern Washington Cascades and from ponderosa pine forests suggest that the effects of prescribed fire on understory response were minor and limited to slight increases in vegetation cover and diversity, with the pre-treatment condition influencing the observed changes and diversity (Busse et al. 2000, Dodson et al. 2008). Donato et al. (2009) found that almost all species in mature and old-growth stands were present following high-severity fire in the Biscuit Fire. There is some evidence that reintroduction of wildfire to dry forests of the Sierra Nevada had little effect on diversity of vascular plant species but may increase the distribution of species that may have been negatively affected by fire exclusion (Webster and Halpern 2010). Conversely, the clustered lady's slipper (*Cypripedium fasciculatum*), a plant on the S&M list, is a mycorrhizal species with shallow rhizomes that has been demonstrated to be killed by high- and moderate-severity fire (Belsher-Howe and Garcia 2017).

A number of avian species closely associated with LSOG forests were the catalysts for the development of the 1994 NWFP and discussed elsewhere; the great gray owl is the only bird species included in the current S&M list. A conservation assessment for this species was published in 2012. Primary threats to great gray owls include habitat loss and fragmentation through timber harvest and development. Other threats include fire suppression (leading to forested-stand density increases and conifer encroachment into meadows), catastrophic wildfire, competition and predation from other birds, starvation during winter, and West Nile Virus. Potential climate change impacts are unknown (USDA Forest Service and USDI BLM 2012).

Red tree vole is the only mammal on the S&M list. This species is an important prey source for northern spotted owls within Oregon (Forsman et al. 2004). Its distribution does not extend far into Northern California (north of the Klamath River) and is limited by the Columbia River to the

north. They are rarely found along the eastern slopes of the Cascades. Red tree voles are arboreal species that prefer forests with interconnected canopies because this facilitates their movement (Linnell and Lesmeister 2019) and rely on needles and twigs of conifers (primarily Douglas-fir and also spruce and hemlock in coastal areas) as their primary food source (Gaines et al. 2003). Based on northern spotted owl pellet studies in Oregon (Forsman et al. 2004), red tree voles in the owl pellets were prevalent in the central and south coastal regions, were relatively sparse in the northern Coast Range and Cascades areas of the state and were absent from pellets on the east slope of the Cascade Mountains and most of the dry forest area in south central Oregon. They also noted that the frequency rate declined as elevation increased in the Cascades, meaning that they were more commonly found in owl pellets below 3,200 feet and rarely documented above 4,000 feet in elevation. Although red tree voles have been documented to cross small forest openings and even forest roads, most non-forest openings are barriers to movement and connected forest canopies are key to dispersal and long-term persistence.

Threats to red tree voles include forest fragmentation and habitat loss due to fire, conversion to non-forest, and timber harvest (Dunk and Hawley 2009, Swingle and Forsman 2009, Linnell and Lesmeister 2019). Wilson and Forsman (2013) noted that thinning of young forest stands to promote late-successional forest conditions can provide habitat, but that thinning can delay the development of a mid-story layer that is important to red tree voles. For red tree voles in the Coast Range, habitat loss due to timber harvest represented the most immediate threat. However, in the Cascades and Klamath Mountains, the risk of habitat loss from wildfires represented the greatest threat (Gaines et al. 2023). Maintaining habitat for this species over the long term will require reducing the threat of habitat loss due to wildfire. The North Oregon Coast DPS of red tree voles was recently considered for listing under the ESA due to their restriction to LSOG forest and ongoing threats from stand-replacing fire events, tree harvest, and fragmentation. In October 2011, the USFWS determined that listing of the DPS was warranted but precluded due to higher priority actions (76 FR 63720). Later, in February 2024, the USFWS determined that this DPS of the red tree vole is no longer warranted for federal listing (89 FR 8137).

Four amphibian species included on the 2003 S&M list are associated with LSOG forest. These four species are terrestrial, lungless salamanders with no aquatic life stage. Two species are talus associates, one is associated with limestone habitats, and one is closely associated with riparian areas. Forested riparian buffers and rocky habitats with high canopy cover provide cool, moist microenvironments that provide critical movement corridors for dispersal as most of these species have restricted ranges. Disturbances that pose threats to S&M salamander species include: (1) timber harvesting (including subsequent site scarification and fuels treatment); (2) construction of roads, trails, homes, and railways; (3) mining of rock; (4) fire (both natural and human-caused); (5) dams; (6) recreation; (7) vulcanism; and (8) chemical applications (Crisafulli et al. 2008, USFWS 2020). The amount of down wood present may help ameliorate potential adverse effects of thinning treatments (Welsh et al. 2015, Kluber et al. 2008, Rundio and Olson 2007, Clayton and Olson 2009). Amphibians, including S&M species, are vulnerable to vehicle collisions where roads bisect suitable habitat, especially at night during or following rain events when they disperse (Andrews et al. 2006, Anderson et al. 2021). The effects of large disturbances such as timber harvest, forest thinning, and wildfire on populations have not been broadly studied nor are monitoring programs in place to effectively assess species status. Surveys conducted for multiple years after the 2017 Eagle Creek Fire in the Columbia River Gorge found no signature of fire effects on Larch Mountain salamander (*Plethodon larselli*) occurrence,

though sample sizes were low (D. Olson and C. Cousins, personal communication, September 25, 2024). The construction of Shasta Dam and potential future raising of the dam will influence individuals and habitat for the Shasta salamander (*Hydromantes shastae*) within the next 15 years (USFWS 2020). It is difficult to evaluate the effects of potential stressors including timber harvest on Van Dyke's salamander (*Plethodon vandykei*) because they have extremely low and variable detection rates that depend on environmental, habitat conditions, and observer experience, and their populations are low in density (Aimee McIntyre, personal communication, September 26, 2024). Siskiyou Mountains salamander (*Plethodon stormi*) appears to be resilient to moderate disturbance when moisture and microhabitat conditions are retained, though little is known about their physiology and comprehensive studies with treatments and controls have not been conducted (DeGross and Bury 2007, 14).

With recent decades of fire suppression in the Pacific Northwest, most of the forests have experienced much less fire than they did historically (see Section 3.4, *Issue 3 – Fire Resistance and Resilience*). The effect of this change on habitats and populations of wildlife, including amphibians that require shaded, cool, moist microsites, is not known. Although many of the species known ranges are mostly within LSRs or other reserves, some are found on nonfederal land (Suzuki and Olson 2008). It should be noted that AMAs were expected to function as experimental areas to address unresolved questions and to conduct long-term studies on timber harvesting and fire effects on forest salamanders and their response to these disturbances (Stankey et al. 2006, Suzuki and Olson 2008); however, the AMA program was never fully instituted under the 1994 NWFP, although AMAs were designated (Spies et al. 2018).

There are 36 mollusks (slugs and snails) associated with LSOG forests on the current S&M species list. Wessell (2005) found positive correlations to overall slug and snail densities in old-forest leave areas at least one acre in size.

Arthropods and other broad groupings of insects are included under S&M in the following groups: canopy herbivores, coarse wood chewers, litter and soil dwelling species, and understory and forest gap herbivores. Although some research and a number of regional species identification guides have been published on insects (see Spies et al. 2018), arthropods primarily associated with LSOG forests are still poorly understood and more research is needed.

## 3.5.2   Environmental Consequences

### 3.5.2.1   *Vegetation Types*

#### No Action

Under the No Action Alternative, management of national forests within the NWFP area would continue to be addressed as defined and outlined in the 1994 NWFP. As a result, the management of the national forests as well as the subsequent effects on vegetation types would continue in accordance with the 1994 NWFP and in line with current trends. The anticipated change in fire regimes as well as the corresponding adverse effects that large high severity fire patches have on these vegetation types would be expected to continue.

## Action Alternatives

Effects to vegetation types under each of the action alternatives are summarized below. Additional details related to potential affects to moist and dry forests are discussed in the Forest Stewardship (Section 3.3) and Climate Change (Section 3.6) sections. Table 3-13 qualitatively describes how the different vegetation (habitat) types may be affected by the different alternatives.

**Table 3-13. Effects of alternatives on habitat/vegetation types**

| Habitat / Vegetation Type | Management Change Element | Alternative A - No Action | Alternative B - Proposed Action | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Moist Forest | Age of timber harvest within moist Late-Successional Reserves (LSR). LSR objectives retained with specified exceptions. | Slower growth of trees due to competition in stands between 80 and 120 years old, especially plantations (e.g., stands planted after timber harvest or naturally regenerated after fire or blowdown). No additional short-term impacts or long-term benefits to moist forest habitat. | Increased short-term habitat impacts from treatments in stands between 80 and 120 years old, especially plantations; stands that may be providing habitat for some species associated with mid- to late-seral forests. Long-term benefits to habitat due to accelerated development of tree size and other late seral characteristics. | Smaller ultimate tree size potential and continued slower development rates of late seral characteristics in stands between 80 and 120 years old, especially plantations. No additional short-term impacts or long-term benefits to moist forest habitat. | Increased short-term habitat impacts from treatments in stands between 80 and 120 years old, especially plantations; stands that may be providing habitat for some species associated with mid- to late-seral forests. Long-term benefits to habitat due to accelerated development of tree size and other late seral characteristics. |
| Moist Forest | Constraints on timber harvest in old growth forest stands established prior to 1825 in moist Matrix. | Timber harvest is allowed in old-growth forest with some constraints from Matrix standards and guidelines. Least benefits to old-growth forest habitat conservation. | Increased constraints on timber harvest resulting in additional conservation of old growth stands; no harvest in stands established prior to 1825 with some specified exceptions. | Increased constraints on timber harvest resulting in additional conservation of old growth stands; no harvest in stands established prior to 1825. | Increased constraints on timber harvest resulting in additional conservation of old growth stands; no harvest in stands established prior to 1825 with some specified exceptions. |
| Moist Forest | Constraints on timber harvest in mature forest stands established between 1825 and 1905 in moist Matrix. | Timber harvest is allowed in mature forest with some constraints from Matrix standards and guidelines. Least benefits to mature forest habitat conservation. | Increased constraints on timber harvest resulting in additional conservation of mature forest stands; harvest in stands established between 1825 and 1905 to maintain ecosystem integrity with some specified exceptions. | Increased constraints on timber harvest resulting in additional conservation of mature forest stands; harvest in stands established between 1825 and 1905 to maintain ecosystem integrity with some specified exceptions. | Increased constraints on timber harvest resulting in additional conservation of mature forest stands; harvest in stands established between 1825 and 1905 to maintain ecosystem integrity with some specified exceptions. |

| Habitat / Vegetation Type | Management Change Element | Alternative A - No Action | Alternative B - Proposed Action | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Moist and Dry Forest | Objective for additional fuels treatments in moist and dry forest across all land use allocations (LUA) and within 1 mile of community protection areas. Given their proximity to communities and associated disturbance, community protection areas likely offer less habitat value for some species. | No objective for additional fuels treatments within moist and dry forest in all LUAs. (Continue to treat 2.5 million acres per decade, including 1.8 million acres per decade by mechanical treatments and 0.7 million acres per decade by wildland fire treatments. No additional acres/decade of fuels treatment in or adjacent to community protection areas). | Potential to increase short- and long-term impacts to habitat characteristics such as canopy cover and down wood. Potential for short- and long-term benefits by reducing loss due to high severity fire within and adjacent to areas being treated. (Treat 2.65 million acres per decade employing all fuels treatments, including 0.9 million acres per decade mechanical and 1.75 million acres per decade wildland fire. This also includes 150,000 additional acres/decade in and adjacent to community protection areas). | Reduced fuels treatments within moist and dry forest in all LUAs; assumes lower rate of mechanical fuels removal and consequently less wildland fire acres contributing to objectives. (Treat 50% of current fuels and vegetation management relative to Alternative A or 1.25 million acres per decade across all LUAs, including 0.9 million acres per decade mechanical and 0.35 million acres per decade wildland fire. No additional acres/decade of fuels treatments in or adjacent to community protection areas.) | Greatest potential to increase short- and long-term impacts to habitat characteristics such as canopy cover and down wood as well as short- and long-term benefits in reducing loss to high severity fire within and adjacent to these areas. (Treat 4.95 million acres per decade employing all fuels treatments, including 2.2 million acres per decade mechanical and 2.75 million acres per decade wildland fire. This also includes at least 900,000 acres per decade treated in and adjacent to community protection areas). |

| Habitat / Vegetation Type | Management Change Element | Alternative A - No Action | Alternative B - Proposed Action | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Moist and Dry Forest | Pre-disturbance surveys and associated management requirements for Survey and Manage (S&M) species. | No change in survey and manage requirements. | No change in survey and manage requirements. | No change in survey and manage requirements. | Vegetation management within 0.25 mile of communities, areas of tribal importance, and infrastructure would be exempt from pre-disturbance surveys for S&M species and associated management requirements (reducing constraints on mechanical treatments on up to 10 acres per hypothetical undetected occurrence). Mitigations for known locations of S&M species are not exempt and would continue (up to 10 mapped acres for red tree vole nest areas). In these limited areas, potential for reduction of canopy cover and down wood and increase of ground disturbance in these areas may negatively impact unknown locations of S&M species requiring closed canopy forests, down wood, or undisturbed soil or litter habitat conditions. Short- and long-term benefits by reducing the threat of habitat loss or degradation due to high severity fire within and adjacent to areas being treated. |

| Habitat / Vegetation Type | Management Change Element | Alternative A - No Action | Alternative B - Proposed Action | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Dry Forest | Changes to plan direction across all LUAs to promote dry forest restoration and resilience. Alternatives differ in three key attributes: 1) constraints on timber harvest related to stand age, tree age, or tree establishment date; 2) dry forest stewardship treatment objective in acres/decade to promote ecosystem function; 3) northern spotted owl habitat desired conditions within dry managed late successional areas (MLSA). | No changes in reduction of canopy cover or resilience in closed canopy dry forests including within dry LSRs. No changes in restoration of open canopy dry forests historically characteristic of landscape type and fire regime. Continued and substantial short- and long-term reductions of dry forest habitat due to high-severity fires. No additional protections of old trees in dry Matrix. Key attributes are as follows:1) no timber harvest in stands >80 years old within LSRs with specified exceptions for accelerating late successional conditions, restoration, and resilience; 2) no added restoration treatment objective, but baseline includes 75,000 acres/decade (including 27,000 acres/decade of salvage treatments); and 3) no changes to MLSA desired conditions related to northern spotted owl habitat. | Reduction of canopy cover in dry forests including within dry LSRs may negatively impact species requiring closed canopy forest conditions. Remaining closed canopy forests will be more resilient to future conditions. Increased restoration of open canopy dry forests historically characteristic of landscape type and fire regime. Short- and long-term benefits from reducing habitat losses to high-severity fires. Added constraints on harvest of old trees in dry Matrix. Relative impacts and benefits in these characteristics will be greatest among the action alternatives. Key attributes are as follows: 1) no timber harvest of trees >150 years old within all LUAs; 2) treatment of 527,000-643,000acres/decade that contribute to ecological resilience, not including any additional acres of salvage treatments that may occur; and 3) no changes to MLSA desired conditions related to northern spotted owl habitat. | Reduction of canopy cover in dry forests including within dry LSRs may negatively impact species requiring closed canopy forest conditions. Remaining closed canopy forests will be more resilient to future conditions. Increased restoration of open canopy dry forests historically characteristic of landscape type and fire regime. Short- and long-term benefits from reducing habitat losses to high-severity fires. Added constraints on harvest of old trees in dry Matrix. Relative impacts and benefits in these characteristics will be least among the action alternatives. Key attributes are as follows: 1) no timber harvest of trees >150 years old within all LUAs; 2) treatment of 104,000-127,000 acres/decade that contribute to ecological resilience, not including any additional acres of salvage treatments that may occur; and 3) maintain northern spotted owl habitat at the median amount of habitat currently observed in home ranges within the province. | Reduction of canopy cover in dry forests including within dry LSRs may negatively impact species requiring closed canopy forest conditions. Remaining closed canopy forests will be more resilient to future conditions.  Increased restoration of open canopy dry forests historically characteristic of landscape type and fire regime. Short- and long-term benefits from reducing habitat losses to high-severity fires. Added constraints on harvest of old trees in dry Matrix, but at lower levels than other action alternatives. Other relative impacts and benefits in these characteristics will be intermediate among the action alternatives. Key attributes are as follows: 1) no timber harvest of trees established prior to 1850 within all LUAs; 2) treatment of at least 208,000-254,000 acres/decade that contribute to ecological resilience, not including any additional acres of salvage treatments that may occur; and 3) maintain northern spotted owl habitat at an amount reflective of historic conditions within the inherent capability of the landscape given expected fire activity and other effects of climate change. |

| Habitat / Vegetation Type | Management Change Element | Alternative A - No Action | Alternative B - Proposed Action | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Oak Woodlands | Oak woodland restoration. | No change in oak woodland restoration. | Increased oak woodland restoration especially via tribal partnerships. | Increased oak woodland restoration especially via tribal partnerships. | Increased oak woodland restoration especially via tribal partnerships. |
| Meadow-Grassland | Meadow-grassland restoration. | No change in meadow-grassland restoration, and generally not considered in moist LSR. | Increased meadow-grassland restoration especially via tribal partnerships and including some opportunity within moist and dry LSR and Matrix. | Increased meadow-grassland restoration especially via tribal partnerships and including limited opportunity within young stands in moist forests and dry old forests. | Increased meadow-grassland restoration especially via tribal partnerships and including full opportunity within both moist and dry LSR and Matrix. |
| Aquatic-Riparian-Wetlands | Watershed and beaver habitat restoration. | No change in watershed and beaver habitat restoration, though this work is being implemented under existing plans. | Increased watershed and beaver habitat restoration especially via tribal partnerships. | Increased watershed and beaver habitat restoration especially via tribal partnerships. | Increased watershed and beaver habitat restoration especially via tribal partnerships. |
| Aquatic-Riparian-Wetlands | LSR objectives retained with specified exceptions. Riparian Reserve (RR) objectives and Aquatic Conservation Strategy (ACS) components retained. | Continued slower development rates and smaller ultimate size potential of late seral characteristics in older stem excluded moist LSR in RR. No additional short-term impacts or long-term benefits to moist forest habitat. | Increased short-term habitat impacts from treatments in stands between 80 and 120 years old, especially plantations; stands that may be providing habitat for some species associated with mid- to late-seral forests. Increased short-term impacts to riparian and aquatic systems, but impacts will be substantially alleviated by RR objectives and ACS components (all retained and applicable). Long-term benefits to habitat conditions from increased ultimate tree size potential and accelerated development of late seral characteristics such as large trees, snags, logs, and branch diameters as well as subsequent large wood recruitment into riparian systems. | Continued slower development rates of late seral characteristics and smaller ultimate tree size in older stem excluded moist LSR in RR. No additional short-term impacts or long-term benefits to moist forest habitat. | Increased short-term habitat impacts from treatments in stands between 80 to 120 years old, especially plantations; stands that may be providing habitat for some species associated with mid- to late-seral forests. Increased short-term impacts to riparian and aquatic systems, but impacts will be substantially alleviated by RR objectives and ACS components (all retained and applicable). Long-term benefits to habitat conditions from increased ultimate tree size potential and accelerated development of late seral characteristics such as large trees, snags, logs, and branch diameters as well as subsequent large wood recruitment into riparian systems. |

| Habitat / Vegetation Type | Management Change Element | Alternative A - No Action | Alternative B - Proposed Action | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Dry Aquatic-Riparian-Wetlands | Changes to plan direction across all LUAs to promote dry forest restoration and resilience, including within Riparian Reserves. Alternatives differ in three key attributes: 1) constraints on timber harvest related to stand age, tree age, or tree establishment date, 2) forest stewardship treatment objective in acres/decade, 3) northern spotted owl habitat desired conditions within dry MLSA. Riparian reserve objectives and ACS components apply across all alternatives. | No changes in loss or resilience in closed canopy dry riparian forests. No changes in restoration of open canopy dry riparian forests historically characteristic of landscape type and fire regime. Continued and substantial short- and long-term reductions of dry riparian forest habitat due to high-severity fires. Key attributes are as follows:1) no timber harvest in stands >80 years old with specified exceptions for accelerating late successional conditions, restoration, and resilience; 2) no added dry forest restoration treatment objective, but baseline includes 75,000 acres/decade (including 27,000 acres/decade of salvage treatments) across all dry LUAs; 3) no changes to MLSA desired conditions related to northern spotted owl habitat. | Impacts to RRs are minimized by RR objectives and ACS components (all retained and applicable in all alternatives). Minor loss of closed canopy dry riparian forests. Remaining closed canopy riparian forests will be more resilient to future conditions.  Increased restoration of open canopy dry riparian forests historically characteristic of landscape type and fire regime. Short- and long-term benefits from reducing riparian habitat losses and impacts from high-severity fires. Relative impacts and benefits in these characteristics will be greatest among the action alternatives. Key attributes are as follows: 1) no timber harvest of trees >150 years old within all dry LUAs; 2) treatment of 527,000-643,000 acres/decade across all dry LUAs that contribute to ecological resilience, not including any additional acres of salvage treatments that may occur; 3) no changes to MLSA desired conditions related to northern spotted owl habitat. | Impacts to riparian reserves are minimized by RR objectives and ACS components (all retained and applicable in all alternatives). Minor loss of closed canopy dry riparian forests. Remaining closed canopy riparian forests will be more resilient to future conditions. Increased restoration of open canopy dry riparian forests historically characteristic of landscape type and fire regime. Short- and long-term benefits from reducing riparian habitat losses and impacts from high-severity fires. Relative impacts and benefits in these characteristics will be least among the action alternatives. Key attributes are as follows: 1) no timber harvest of trees >150 years old within all dry LUAs; 2) treatment of 104,000-127,000acres/decade across all dry LUAs that contribute to ecological resilience, not including any additional acres of salvage treatments that may occur; 3) maintain northern spotted owl habitat at the median amount of habitat currently observed in home ranges within the province. | Impacts to riparian reserves are minimized by RR objectives and ACS components (all retained and applicable in all alternatives). Minor loss of closed canopy dry riparian forests. Remaining closed canopy riparian forests will be more resilient to future conditions. Increased restoration of open canopy dry riparian forests historically characteristic of landscape type and fire regime. Short- and long-term benefits from reducing riparian habitat losses to high-severity fires. Relative impacts and benefits in these characteristics will be intermediate among the action alternatives.  Key attributes are as follows: 1) no timber harvest of trees established prior to 1850 within all dry LUAs; 2) treatment of  208,000-254,000/decade across all dry LUAs that contribute to ecological resilience, not including any additional acres of salvage treatments that may occur; 3) maintain northern spotted owl habitat at an amount reflective of historic conditions within the inherent capability of the landscape given expected fire activity and other effects of climate change. |

## Moist Forest

### Moist Forest – Late-Successional Reserves

Under Alternatives B and D, the age where timber harvest can occur in moist forest stands within LSRs would change from stands under 80 years (under Alternative A) to stands under 120 years. In addition, timber harvest would be authorized in moist forest stands older than 120 years in LSRs under Alternatives B and D to provide for tribal co-stewardship and cultural use and to reduce wildfire risk to communities (FORSTW-LSR-MOI-STD-01). Similar to Alternative A, Alternative C would continue to restrict timber harvest in moist forest stands in LSRs older than 80 years with no exceptions. The proposed changes under Alternative B and D would result in short-term adverse habitat impacts to moist forest stands between 80 and 120 years in LSRs; however, these alternatives would result in long-term beneficial effects to habitat conditions through the accelerated development of late seral forest characteristics such as large trees, snags, logs, and branch diameters. Under Alternatives A and C, there would be no short-term impacts from harvesting of these stands; however, there would also be no additional long-term benefits to habitat conditions because there would continue to be slower development rates of late seral characteristics in stands between 80 and 120 years old, especially in plantations. Outside of LSRs, current standards and guidelines under Alternative A encourage the use of silvicultural practices, as noted above, to accelerate the development of overstocked young plantations into stands with late-successional and old-growth forest characteristics, and to reduce the risk to LSRs from severe impacts resulting from large-scale disturbances and unacceptable loss of habitat. Under Alternatives B and D, this management strategy, which is limited to areas outside of LSRs under Alternative A, would be expanded to stands between 80 and 120 years old within LSRs.

Current standards and guidelines under Alternative A authorize thinning in moist forest stands up to 80 years old in LSRs. Alternative C would retain the same guidance for thinning as Alternative A, whereas Alternatives B and D would authorize thinning in stands up to 120 years old (FORSTW-LSR-MOI-GDL-01). Alternatives B, C, and D would all expand the types of forest management activities allowed in moist forest stands in LSRs with guidelines requiring that forest management activities in these stands be designed to: improve and maintain LSOG forest conditions; restore (Alternatives B and C) or improve (Alternative D) habitat for species that depend on younger stands; or achieve other desired conditions such as fostering old-growth development and supporting tribal cultural use and co-stewardship (FORSTW-LSR-MOI-GDL-01). Similar to the discussion above for timber harvest, thinning activities within moist forest stands in LSRs between 80 and 120 years old under Alternatives B and D would result in short-term adverse habitat impacts; however, these activities would result in long-term beneficial effects to habitat conditions and increased fire resiliency.

### Moist Forest – Matrix

In moist forests within Matrix, Alternatives B, C, and D would restrict harvest, with a few exceptions, in old-growth stands established before 1825 (FORST-MTX-MOI-STD-01) and add constraints on timber harvest in mature stands established between 1825 and 1905 to treatments that maintain and restore ecological integrity (FORSTW-MTX-MOI-GDL-01). This would result in additional conservation of mature and old growth stands under Alternatives B, C, and D as compared to Alternative A. Under Alternative A, these mature and old-growth stands in the Matrix would be available for timber harvest, with some constraints.

Alternatives B, C, and D would add a plan objective to focus forest stewardship treatments (i.e., timber harvest and salvage) on young stands (i.e., those established after 1905) in moist forest Matrix (FORSTW-MTX-MOI-OBJ-01). As summarized in Table 2-1, under Alternative C, fewer acres of young forest would be treated per decade than under Alternative A, whereas more acres would be treated under Alternatives B and D than under Alternative A.

## Dry Forest

Alternatives B, C, and D would add plan directions intended to promote dry forest restoration and resilience through forest stewardship. This includes a plan objective to treat dry forests by using ecological forestry methods for forest management in all LUAs (FORSTW-ALL-DRY-OBJ-01), with the acres of treatment varying by alternative. As summarized in Table 2-1, more acres of dry forests would have forest stewardship treatments  per decade under Alternatives B and D than under Alternatives A or C, with the greatest number of acres of dry forests being treated per decade under Alternative B. Alternative C would result in fewer acres of dry forests in all LUAs being treated per decade, second only to Alternative A. These treatments would result in the reduction of canopy cover in dry forests, including dry forests in LSRs, with the greatest effects occurring under Alternative B and the least effects occurring under Alternative C. However, under Alternatives B, and D these treatments would result in increased restoration of open canopy dry forests historically characteristic of the landscape type and fire regime; increased resiliency of dry forests; and reduction of future loss of these forests to high-severity fires compared to Alternatives A and C.

Alternatives B, C, and D would also add a standard (FORSTW-ALL-DRY-STD-01) regarding conservation and protection of older trees within dry forests in all LUAs. Under Alternatives B and C, vegetation management and harvest would retain all trees older than 150 years, with exceptions for tribal cultural uses and co-stewardship, restoration of unique ecosystems, and to reduce wildfire risk to communities and infrastructure. Alternative D would retain all trees established before 1850, with the same exceptions as under Alternatives B and C.

## Moist and Dry Forest

Alternatives B, C, and D would include plan direction to distinguish between moist forest and dry forests, and their associated vegetation/ecosystems at the stand scale (FORSTW-ALL-GDL-01) and implement ecologically appropriate and site-specific forest stewardship activities (FORSTW-ALL-GDL-03). These components would potentially improve ecological integrity and sustainability of moist and dry forests compared to Alternative A. As noted in Chapter 2, Plan direction in Alternative A currently makes some distinction between moist and dry forests; however, these distinctions are focused on LSRs and apply primarily at the physiographic province scale.

In addition to the management activities discussed above for moist forests and dry forests, Alternatives B and D would add objectives for increasing the acreage of fuels treatment (e.g., mechanical treatments, wildland/prescribed fires) within moist and dry forests in all LUAs (FIRE-ALL-OBJ-01 and -02) compared to Alternative A, whereas Alternative C would reduce the level of fuels treatment compared to Alternative A (see Table 2-1). Additional fuels treatments under Alternatives B and D have the potential to increase short- and long-term impacts to habitat characteristics such as canopy cover and down wood, with these potential effects being greatest under Alternative D. However, these additional fuels treatments would also

potentially result in short- and long-term benefits to moist and dry forest habitat by reducing loss of these forests to high severity fires within and/or adjacent to these areas. As it is unknown where these additional fuels treatment activities would occur, the exact effects to habitat characteristics are not able to be assessed. While no additional short- and long-term impacts to moist and dry forest habitat characteristics from fuels treatments would occur under Alternative C, this alternative would not reduce the potential loss of moist and dry forests due to high severity fires.

Alternatives B, C, and D would also include a plan objective to implement reforestation actions (FIRE-ALL-OBJ-03). As summarized in Table 2-1, all alternatives would implement 100,000 acres of reforestation and associated treatments in the first decade following plan approval. Alternatives B and D would increase reforestation activities in the second decade above the level that would occur under Alternatives A and C.

Alternative D also includes guidelines and proposed management activities (FIRE-ALL-GDL-O5-D, FIRE-ALL-PMA-D) related to the use of wildland fire to, among other things, enhance plant and wildlife habitat, including within designated critical habitat for endangered species (where appropriate), improve forest health, and conserving ecosystem services. While short-term effects to existing forest habitat characteristics, such as loss of canopy cover, would occur, these guidelines and management activities would result in long-term benefits to forest health and plant and wildlife habitat.

## Oak Woodlands

Although the proposed amendment is focused on the management of forest vegetation types, a few plan components under the proposed amendment may affect oak woodlands, which are currently being lost due to conifer encroachment (Schriver et al. 2018). For example, Alternatives B, C, and D would add a guideline (FORSTW-ALL-GDL-03) that adds factors to consider when designing and implementing projects to help determine what treatments would be appropriate. Among the factors to be considered, is the historical presence of hardwood stands, such as madrone, aspen, and oak woodlands. This added guidance would potentially increase the preservation or stewardship of oak woodlands. Alternative A lacks similar plan direction. Alternatives B, C, and D would also add plan objective and goals to develop and implement projects that support restoration of priority culturally relevant species (TRIBAL-FORSTW-ALL-OBJ-01-B, TRIBAL FORSTW-ALL-GOAL-06-C, TRIBAL-FORSTW-ALL-GOAL-05-D). Culturally relevant species may include species found in oak woodlands, resulting in restoration or stewardship of this vegetation type.

Under Alternatives B, C, and D desired conditions (FORSTW-LSR-MOI-DC-01, FORSTW-ALL-DRY-DC-07, FIRE-ALL-DC-04, CLIMATE-DC-02) would be included to recognize that oak woodlands, meadows, and other non-forested areas make important contributions to stand and landscape scale fire resilience, wildlife habitat, and tribal cultural values. These desired conditions note that diverse non-forest habitat types, including oak woodlands, should be present across the landscape because they are important ecological and cultural features, contribute to landscape-level heterogeneity, promote biological diversity and species of tribal importance, and support ecological resilience to climate change and other stressors. Alternative A does not specifically address oak woodlands and lacks formal desired conditions in line with 2012 Planning Rule requirements.

## Meadows and Grasslands

Although the proposed amendment is focused on the management of forest vegetation types, a few plan components under the proposed amendment may affect meadow and grassland vegetation, which similar to oak woodlands are being lost due to conifer encroachment (Schriver et al. 2018). Guideline FORSTW-ALL-GDL-03 would include considering the presence of current or historical non-forested areas, such as meadows and grasslands, or unique forest and non-forest plant communities and the history of land management, including stewardship by Indigenous communities when designing and implementing projects.

In addition, Alternatives B, C, and D would add plan components (TRIBAL-FORSTW-ALL-OBJ-01-, TRIBAL FORSTW-ALL-GOAL-06-C, TRIBAL-FORSTW-ALL-GOAL-05-D) to develop and implement projects that support restoration of priority culturally relevant species, which may include species found in meadow and grassland habitats, and maintain or restore habitat for dry, serpentine, and wet meadow-associated culturally significant species (TRIBAL-FORSTW-ALL-OBJ-03). Alternative A lacks similar plan direction.

As noted in Section 3.2, another difference between Alternative B and Alternatives C and D is TRIBAL-FORSTW-ALL-OBJ-03, pertaining to management of meadows for tribally significant species. Under Alternative B, this Objective is quantified in acres, whereas in Alternatives C and D it is measured in number of projects. The objective under Alternative B would be to annually implement projects that increase populations or maintain or restore habitat for dry, serpentine, and wet meadow-associated culturally significant species, such as camas (*Camassia* spp.) or other species, by 2,000 acres across the NWFP area. Rather than treating 2,000 acres per year to maintain or restore meadow habitat for culturally significant species (Alternative B), Alternative C would annually implement five projects, and Alternative D would annually implement 10 projects across the NWFP area to increase populations or maintain or restore habitat for dry, serpentine, and wet meadow associated culturally significant species such as camas or other species identified through tribal consultation.

## Aquatic, Riparian, and Wetlands

As noted in Section 2.2.1, the proposed amendment would not change direction or approach for the ACS or RRs; however, some elements of the proposed alternatives discussed in the sections above, such as changing the age of stands where vegetation treatments are allowed, increasing the acres of treatment of young forest stands in moist forest Matrix, treating dry forests to promote fire resilience, implementing mechanical and wildland fire treatments within all LUAs, and allowing for fuels treatments in community protection areas that overlap with RRs may have effects on aquatic, riparian, and wetland ecosystems. While these activities will be focused on moist and dry forest vegetation types, they may indirectly affect aquatic, riparian, and wetland vegetation types within the areas being treated. For example, the increased use of prescribed burns under Alternatives B and D (see Table 3-13, FIRE-ALL-OBJ-02) could lead to increased fines and nutrients within the water column, alter the riparian canopy in a manner that could lead to increased solar energy and higher water temperatures, or affect water quantity through the removal of riparian vegetation. However, these impacts would be minimized through existing ACS Objectives and Standards and Guides, which will all be retained and potential effects to aquatic, riparian, and wetland systems would continue to be addressed in future project-level NEPA analysis. In addition, the goal of these treatments is to promote more resilient ecosystems

which may provide a long-term benefit to aquatic, riparian, and wetland systems by decreasing future high severity fires.

The following plan components, which are proposed under all action alternatives, would also potentially affect aquatic, riparian, and wetland systems:

- **TRIBAL-BIO-DC-01:** Beaver habitat is maintained or restored to promote improved beaver presence in watersheds, and to benefit ground water, surface water, and aquatic habitat complexity to support the conservation and recovery of imperiled aquatic species in populations sufficient to fulfill their ecological function.

- **TRIBAL-BIO-OBJ-01:** With relevant and interested Tribes, co-develop actions in priority watersheds that will improve soil and watershed conditions on 3,000 to 4,000 acres every 3 years across the Northwest Forest Plan area.

- **TRIBAL-BIO-PMA:**

  – Consult and engage with affected Tribes in the implementation of any barred owl control strategies.

  – Work with relevant federal and state agencies to coordinate authorities and resources to effectively manage threats to imperiled species.

  – Work with USFWS and NOAA-NMFS to address urgent environmental threats to listed species habitat through the informal and formal ESA consultation procedures to achieve long-term species resiliency.

  – Consult and coordinate with Tribes to identify priority and suitable riparian habitats to maintain or restore for beaver re-introduction or expansion.

- **TRIBAL-COSTW-GOAL-02:** Upon a Tribe's request, develop co-stewardship agreements to support tribally led restoration of ecosystem function in terrestrial and aquatic habitats (including dam removal, post-dam removal, floodplain reconnection, and beneficial or intentional burning) to buffer ecosystems against wildfire threats and climate stressors and enhance their ability to respond to disturbances at multiple scales.

- **FORSTW-ALL-DC-03:** Vegetation structure and composition provide ecosystem resilience to climate change, wildfire, and other stressors including altered fire regimes, drought, and flooding in riparian systems.

- **CLIMATE-DC-02:** Diverse non-forest habitat types including meadows, prairies, woodlands, and wetlands are present across the landscape to promote biological diversity, species of tribal importance, and ecological resilience to climate change and other stressors.

- **CLIMATE-DC-03:** Terrestrial and aquatic ecosystems provide long-term habitat connectivity, permeability, and refugia from climate change and disturbance stressors at the landscape scale.

- **CLIMATE-GOAL-02:** Coordinate with state wildlife agencies and Tribes on beaver management and restoration issues on national forest lands. Identify suitable habitats to encourage beaver to populate uninhabited areas.

*Draft Environmental Impact Statement*                    **Northwest Forest Plan Amendment**

## 3.5.2.2    Special Status Wildlife and Plants

**Threatened and Endangered Species**

*Alternative A—No Action*

Under the No Action Alternative, management of national forests within the range of the NWFP would continue to be addressed as defined and outlined in the 1994 NWFP. As a result, the management of the national forests, as well as the subsequent effects on T&E species, including northern spotted owl, marbled murrelet, and Oregon silverspot butterfly, would continue in accordance with the 1994 NWFP and in line with current trends. Additional species have been federally listed and critical habitat designated since the 1994 NWFP. The anticipated increasing trend in patch size of high severity fire as well as the corresponding adverse effects that large uncontrolled fires have to T&E species and their federally designated critical habitats would be expected to continue.

The original 1994 NWFP consultation included the following species: northern spotted owl, marbled murrelet, gray bear, gray wolf, peregrine falcon, bald eagle, Columbian white-tailed deer, Lost River sucker, shortnose sucker, Oregon silverspot butterfly, Oregon chub, McDonald's rockcress, and Nelson's checker-mallow, with no effect determinations for Sacramento River winter Chinook salmon, Snake River fall Chinook salmon, Snake River spring/summer Chinook salmon, and Snake River sockeye salmon. Since this time, the bald eagle, peregrine falcon, Douglas County DPS of Columbian white-tailed deer, Oregon chub, and Nelson's checker-mallow have been delisted due to successful recovery (64 FR 46543, 68 FR 43647, 72 FR 37346, 80 FR 9126, 88 FR 71491). Both the bald eagle and peregrine falcon are still protected under the Migratory Bird Treaty Act and the bald eagle is also protected under the Bald and Golden Eagle Protection Act. Both species are not currently monitored as part of the NWFP effectiveness monitoring program.

The following summarizes the effects of the No Action Alternative to the remaining T&E species originally addressed in 1994.

### Marbled Murrelet

Habitat for marbled murrelet will continue to experience a net loss due to wildfire on federal lands and timber harvest on state and non-federal lands (Lorenz et al 2021, McIver et al. 2021). The NWFP has been successful in conserving higher probability nesting habitat on federal lands planning area-wide but has been less successful in conserving core habitat. At this broader planning area-wide scale, no distinct population trend has been detected. Current effectiveness monitoring sampling approaches limit the ability to detect within-season and inter-annual movements of marbled murrelet between the five conservation zones of the NWFP (McIver et al. 2021). It is anticipated that the marbled murrelet will continue to experience similar habitat and population trends under the No Action Alternative.

### Northern Spotted Owl

Monitoring has shown a 3 percent net increase in nesting/roosting forest habitat on federal lands between 1993 and 2017 despite losses from wildfire, timber harvest, and insect/disease causes. Dispersal forest habitat on federal lands has seen a 1 percent increase, while dispersal-capable forests have seen a 9 percent decrease on non-federal lands and large wildfires on federal lands

(Davis et al. 2022a). Despite the increase in nesting/roosting and dispersal habitat, current NWFP effectiveness monitoring indicates that northern spotted owl populations continue to decline in all 11 study areas and potentially face extirpation. Analysis indicates that habitat competition from the barred owl (*Strix varia*) is the primary cause of northern spotted owl rate of population decline (Franklin et al. 2021). It is anticipated that northern spotted owl will continue to face significant competition from barred owl and increased wildfire threats to nesting/roosting forest habitat under the No Action Alternative.

## Oregon Silverspot Butterfly

The Oregon silverspot butterfly was listed as Threatened on July 2, 1980, prior to the advent of the NWFP (45 FR 44935). Critical habitat was also designated at the time of listing. This highly endemic coastal butterfly currently occurs in early-successional meadows and grassland communities in Washington, Oregon, and California; however, within the NWFP area, it only occurs in LSR on the Siuslaw National Forest (USFWS 2011). Only five populations are known to be extant, and these populations are at risk from climate change, genetic isolation, and habitat loss due to Douglas-fir encroachment into meadows and coastal grasslands. It is anticipated that the Oregon silverspot butterfly will continue to face habitat loss from conifer encroachment under the No Action Alternative. Designated critical habitat will continue to decline in quality due to reduced opportunities for habitat restoration due to LSR land use allocation.

## Gray Wolf

The gray wolf was listed on March 9, 1978 (43 FR 9607). Prior to European settlement, the range of the gray wolf included most of North America except for the southeastern portion of the U.S.; however, gray wolf populations were essentially extirpated from the western U.S. by the 1930s due to a policy of poisoning, unregulated trapping/shooting, and the public funding of wolf extermination efforts. Due to recovery and reintroduction efforts, wolves have expanded their range in the western U.S. Wolf packs have recently become established in California, Oregon, and Washington; and populations have been increasing in these states since approximately 2008. Wolves are habitat generalists, typically considering areas with adequate wild ungulate populations (e.g., elk and deer) and low risk of conflict with humans and livestock. There is no designated critical habitat for gray wolf within the NWFP area. Under the No Action Alternative, ungulate prey habitat for wolves is likely to continue to degrade in dry and moist forests due to continued increases in tree densities and large area loss to wildfire, as well as in meadows, grasslands, and oak woodlands due to continued conifer encroachment.

## Grizzly Bear

The North Cascades population of the grizzly bear is no longer considered extant and the USFWS does not consider any portion of the NWFP area as currently occupied by this species or subject to ESA section 7(a)(2) consultation as part of their Species List Area. On March 21, 2024, the North Cascades Grizzly Bear Restoration Plan Final EIS identified a preferred alternative to treat translocated individuals as an experimental, nonessential population, and progress is being made to formalize this intent (NPS and USFWS 2024). A joint Record of Decision selecting the preferred alternative was finalized on April 23, 2024. Experimental, nonessential populations are treated by the Forest Service as proposed species (FSM 2671.43; September 23, 2005). This species uses a variety of habitats, including aquatic, wetland, and riparian, dry and moist forests, meadows and grasslands, and oak woodlands. Declining function

and sustainability of dry forests and continued conifer tree encroachment within meadows and oak woodlands under the No Action Alternative would continue to degrade some of these habitats. However, given the generalist and opportunistic habitat use of this species, the No Action Alternative is expected to have minimal effect on this species.

### Lost River and Shortnose Suckers

Lost River and shortnose suckers were federally listed as endangered on July 18, 1988 (53 FR 27130). Primary threats included habitat alteration and loss caused by agriculture, dams, and hydrologic modification from irrigation and draining of lakes and wetlands, resulting in dramatic reduction in populations and recruitment. Both species are endemic and limited to the upper Klamath Basin lakes of Northern California and Southern Oregon. Both are lake obligates, but will use rivers to spawn. The No Action Alternative would likely have minimal effect on both species.

### McDonald's Rock-cress

McDonald's rock-cress has a narrow range and is restricted to ultramafic rocks on barren gravel slopes and in open scrub and pine woodlands. Threats to this species include habitat encroachment by conifers and shrubs, potential mining within and adjacent to its habitat, and climate change (USFWS 2013, USFWS 2019, USFWS 2023). McDonald's rock-cress is adapted to low and mixed severity fire within the landscapes where it is found. Over the past 30 years that the NWFP has been in place, there has been no known increase in effects to McDonald's rock-cress or its habitat from actions implemented as part of the NWFP. Ongoing monitoring of the few known populations of this species on the Rogue River-Siskiyou National Forest show stable populations (pers. comm. Clint Emerson, USFS Region 6 Botanist, October 21, 2024). These are remote sites that are almost exclusively affected by natural disturbances such as wildfire. The No Action Alternative is likely to have minimal effect on this species.

### Action Alternatives—All species

Detailed and more comprehensive analysis on potential effects to T&E species and designated critical habitat under the action alternatives will be provided in the BAs being prepared as part of ESA consultation with the USFWS and NMFS and will be provided in the final BE and summarized in the Final EIS. This section summarizes general potential effects to T&E wildlife, fish, invertebrate, and plant species and their designated critical habitat based on the potential effects of the action alternatives to habitats (i.e., vegetation types) they are associated with. This preliminary analysis assumes these habitat changes are likely to affect T&E species that utilize those habitats. Proposed plan components specifically related to T&E species are also addressed. In general, T&E species found within moist and dry forests have the greatest potential to be affected by the proposed amendment as proposed plan components are primarily focused on forest habitat types. Potential effects to moist and dry forests, as well as other vegetation types, are described in Section 3.5.2.1.

Proposed changes related to timber harvest and thinning and other forest management activities in moist forest stands within LSRs (FORSTW-LSR-MOI-STD-01, FORSTW-LSR-MOI-GDL-01), as discussed in Section 3.5.2.1, would result in short-term adverse impacts in the form of noise disturbance and/or habitat alteration. These short-term adverse habitat impacts could impact T&E species associated with mid- to late-seral moist forests (see Table 3-9), with the

greatest short-term effects occurring under Alternatives B and D. However, these proposed changes would result in long-term beneficial effects to habitat conditions through the accelerated development of late seral forest characteristics such as large trees, snags, logs, and branch diameters. This would, in turn, result in long-term benefits to T&E species associated with mid- to late-seral forests, with the greatest long-term effects occurring under Alternatives B and D.

In addition to improving and maintaining LSOG habitat, especially to contribute to the recovery of federally listed species such as northern spotted owl, marbled murrelet, and the coastal DPS of Pacific marten, guideline FORSTW-LSR-MOI-GDL-01 would allow for additional forest management activities in moist forests in LSRs. These include restoration (Alternatives B and C) or improvement (Alternative D) of early seral habitat for species that depend on younger stands as well as achievement of other desired conditions such as supporting tribal co-stewardship and cultural use. These activities would have differing effects, depending on the T&E species and their key habitats and the type and scope of activities. In general, species associated with moist forest habitats would benefit in the long term from management changes associated with FORSTW-LSR-MOI-GDL-01-B, -C, and -D that provide additional LSOG restoration opportunity in stands up to 120 years old, especially in plantations.

Open early-seral pre-forest habitat includes regenerating pre-forest communities with co-dominated plant forms including grasses, herbs, bryophytes, broadleaf shrubs, and hardwood and coniferous trees, and accompanied by the living and dead woody legacies of the pre-disturbance stand. Creating areas of early-seral forest communities would benefit a number of obligate or near-obligate plant and animal species, particularly pollinator species, butterflies, neo-tropical migrant bird species (Swanson et al. 2014). For T&E wildlife species that utilize non-conifer forested habitats such as the Oregon silverspot butterfly, Franklin's bumblebee and Taylor's checkerspot butterflies, restoration (Alternatives B and C) and improvement (Alternative D) would provide both short-term and long-term benefits resulting in increased ecological integrity through additional opportunities for resiliency treatments against habitat encroachment and could dampen effects from climate change and floristic shift.

Alternatives B, C, and D would also add protections preventing harvest in old-growth stands established before 1825 (FORST-MTX-MOI-STD-01) and add constraints on timber harvest in mature stands established between 1825 and 1905 to treatments that maintain and restore ecological integrity (FORSTW-MTX-MOI-GDL-01) in moist forests within Matrix. This would result in additional conservation of mature and old growth stands in these areas which would beneficially affect late-seral forest T&E species found in these areas. Alternative C would provide the greatest constraints to harvest of old and mature moist forest as it does not allow exceptions to this guideline, while Alternatives B and D allow for exceptions for tribal co-stewardship and cultural use or to reduce wildfire risk to communities and infrastructure. Additional treatment of young stands in moist forest Matrix under Alternative D (FORSTW-MTX-MOI-OBJ-01-D) could adversely affect those T&E species associated with these forests, whereas the reduction of treatment of these young stands under Alternatives B and C as compared to Alternative A would potentially benefit these species.

Plan directions intended to promote dry forest restoration and resilience included under Alternatives B, C, and D such as a plan objective to treat dry forests in all LUAs (FORSTW-ALL-DRY-OBJ-01) and standards to retain trees older than 150 years (FORSTW-ALL-DRY-STD-01-B and -C) or trees established before 1850 (FORSTW-ALL-DRY-STD-01-D), would

affect T&E species associated with dry forests. The reduction in canopy cover within dry forest following treatment could result in adverse effects, especially to those species requiring closed canopy forest conditions; however, these treatments would benefit species requiring open canopies and would result in increased resiliency of dry forests, increased restoration of open canopy dry forests historically characteristic of landscape type and fire regime, and reduction of future loss of these forests to high-severity fires compared to Alternative A.

Changes in habitat characteristic due to fuels treatment objectives within moist and dry forests in all LUAs (FIRE-ALL-OBJ-01 and -02), as described earlier under Section 3.5.2.1, have the potential to increase short- and long-term impacts to T&E species and designated critical habitat associated with these forests, with these potential effects being greatest under Alternative D followed by Alternative B. However, additional fuels treatments under Alternatives B and D would also potentially result in short and long-term benefits to T&E species that utilize these forests by reducing loss of habitat to high severity fires. While these additional short- and long-term impacts would not occur under Alternative C, this alternative would also not reduce the potential loss of these habitats from high severity fires. All action alternatives place greater emphasis on climate conditions, disturbance conditions, communities, and tribal co-stewardship and cultural use. Treatments within critical habitat are expected to increase under Alternatives B and D, with the objectives for those treatments to be consistent with the conservation of those areas and the species that rely on those habitats. It was assumed that under all action alternatives, treatments within designated critical habitat would not adversely modify the critical habitat but rather accelerate ecological restoration to prevent risk to loss from wildfire and improve forest resiliency. Effects analysis to designated critical habitat will be disclosed in the BA.

Plan components under the proposed amendment as discussed under the *Oak Woodlands* and *Meadows and Grasslands* subsections in Section 3.5.2.1 have the potential to benefit T&E plant and wildlife species that are associated with or utilize those habitats. Although the proposed amendment would not change the direction or approach for the ACS or RRs, some elements of the proposed alternatives, as discussed in the *Aquatic, Riparian, and Wetland* subsection in Section 3.5.2.1, may have effects on aquatic, riparian, and wetland ecosystems that in turn may affect aquatic, riparian, and wetland-dependent T&E species such as the Oregon spotted frog. The following provisions for beaver habitat restoration included under all action alternatives, would also potentially benefit aquatic, riparian, and wetland-dependent T&E species long-term:

- **TRIBAL-BIO-DC-01:** Beaver habitat is maintained or restored to promote improved beaver presence in watersheds, and to benefit ground water, surface water, and aquatic habitat complexity to support the conservation and recovery of imperiled aquatic species in populations sufficient to fulfill their ecological function.

- **TRIBAL-BIO-PMA:** Consult and coordinate with Tribes to identify priority and suitable riparian habitats to maintain or restore for beaver re-introduction or expansion.

- **CLIMATE-GOAL-02:** Coordinate with state wildlife agencies and Tribes on beaver management and restoration issues on national forest lands. Identify suitable habitats to encourage beaver to populate uninhabited areas.

In addition, all action alternatives would include the following provisions for watershed restoration and watershed climate change resilience, which will have long-term benefits for aquatic, riparian, and wetland-dependent T&E species:

- **TRIBAL-BIO-OBJ-01:** With relevant and interested Tribes, co-develop actions in priority watersheds that will improve soil and watershed conditions on 3,000 to 4,000 acres every 3 years across the Northwest Forest Plan area.

- **TRIBAL-COSTW-GOAL-02:** Upon a Tribe's request, develop co-stewardship agreements to support tribally led restoration of ecosystem function in terrestrial and aquatic habitats (including dam removal, post-dam removal, floodplain reconnection, and beneficial or intentional burning) to buffer ecosystems against wildfire threats and climate stressors and enhance their ability to respond to disturbances at multiple scales.

- **FORSTW-ALL-DC-03:** Vegetation structure and composition provide ecosystem resilience to climate change, wildfire, and other stressors including altered fire regimes, drought, and flooding in riparian systems.

- **CLIMATE-DC-02:** Diverse non-forest habitat types including meadows, prairies, woodlands, and wetlands are present across the landscape to promote biological diversity, species of tribal importance, and ecological resilience to climate change and other stressors.

- **CLIMATE-DC-03:** Terrestrial and aquatic ecosystems provide long-term habitat connectivity, permeability, and refugia from climate change and disturbance stressors at the landscape scale.

In addition to the potential affects to habitat for T&E species discussed above, several plan components included under all action alternatives (FORSTW-ALL-GOAL-01, FORSTW-LSR-MOI-DC-01, FORSTW-LSR-MOI-GDL-01, FORSTW-MTX-MOI-GDL-01) are directly related to northern spotted owls and/or marbled murrelets and their habitat. Desired conditions and guidelines under Alternative C (FORSTW-LSR-DRY-DC-01-C, FORSTW-LSR-DRY-GDL-01-C, FORSTW-LSR-DRY-GDL-02-C) seeks to set a higher level of northern spotted owl habitat protection than Alternatives B and D. The potential benefits to northern spotted owl from these plan components would likely benefit other species such as marbled murrelet, red tree vole, and Pacific marten. In addition, several desired conditions, guidelines, and proposed management actions included under all action alternatives (FORSTW-ALL-GDL-03, FORSTW-LSR-MOI-DC-01, FORSTW-ALL-DRY-DC-08, FIRE-ALL-PMA) relate to and may result in benefits to T&E species and/or their designated critical habitat in general. A number of retained plan components from the 1994 NWFP that are part of all alternatives will also continue to provide for conservation and recovery of T&E species (Appendix E).

Additional plan components related to northern spotted owls and their habitat in all action alternatives (FORESTW-ALL-GOAL and TRIBAL-BIO-PMA) emphasize developing approaches to barred owl management with federal and state agencies consulting with affected Tribes in the implementation of these strategies. One such approach is the USFWS Barred Owl Management Strategy. The purpose of the USFWS Barred Owl Management Strategy is to reduce barred owl populations to improve survival and recovery of the northern spotted owl. The Forest Service will continue to work with federal and state agencies and other partners to develop the most efficient and effective approach to barred owl management, and will continue to coordinate with barred owl management agencies whose missions include animal population

management, such as the USFWS, Animal and Plant Health Inspection Service (APHIS), and State Fish and Wildlife Agencies. Accordingly, building upon partnership models that have been successful in supporting all-lands species conservation in California, the Forest Service will work with relevant federal and state agencies and other partners that share a common purpose and commitment to this effort to develop a shared approach to manage barred owls in the NWFP area within 18-24 months after a Record of Decision is signed.

The Forest Service will also continue to provide additional support to northern spotted owl recovery through actions that fall within our own agency's mission and expertise. These activities include:

1. Managing late-successional old growth (LSOG) habitat.
2. Range wide monitoring of habitat and populations of northern spotted owl, including the real-time survey data it provides. These data are anticipated to contribute to barred owl survey and monitoring as well.

The Forest Service will continue to manage LSOG habitat for northern spotted owl and other LSOG associated species, under the guidance of the Northwest Forest Plan Amendment, the proposed National Old-Growth Amendment, and Land Management Plans. At the time the subspecies was listed, approximately 90 percent of suitable northern spotted owl habitat occurred on public land, with 79 percent of the habitat on federal land being managed by the Forest Service (Thomas et al. 1990). The Forest Service provides significant contributions to northern spotted owl recovery throughout its range by implementing habitat recovery actions at the project and plan level from the 2011 Revised Recovery Plan for the Northern Spotted Owl.

Many populations of northern spotted owl continue to decline, especially in the northern parts of the subspecies' range, even with extensive maintenance and restoration of spotted owl habitat in recent years. Managing sufficient habitat for the spotted owl now and into the future is important for its recovery.

Wildfire risk reduction projects conducted by the Forest Service are a critical part of northern spotted owl recovery. Silvicultural activities in fire-prone forests where wildland fire has been excluded are designed to: 1) restore stand structure and composition to reflect historical (fire-resilient) conditions and, can also 2) directly improve spotted owl foraging habitat.

In addition to habitat management, the Forest Service contributes to northern spotted owl recovery through NWFP monitoring for northern spotted owl populations and habitat, information important to the development of barred owl management approaches. Barred owl control should occur by the appropriate federal or state agencies whose missions include animal population management if efficacy of the action is supported by appropriate monitoring data over time.

## Regional Forester's Sensitive Species

### *Alternative A—No Action*

Under the No Action Alternative, management of national forests within the range of the NWFP would continue to be addressed as defined and outlined in the 1994 NWFP. As a result, the management of the national forests, as well as the subsequent effects on Sensitive Species would continue in accordance with the 1994 NWFP and in line with current trends. The anticipated

increasing trend in patch size of high-severity fire as well as the corresponding adverse effects that large uncontrolled fires have to Sensitive Species and their habitat would be expected to continue.

### Action Alternatives—Action Alternatives

Due to the programmatic level of this analysis, it is not possible to identify specific effects to individual Sensitive Species; therefore, only broad scale potential effects to these species can be assessed. The analysis of potential effects to Sensitive Species under the action alternatives is provided in the Draft BE prepared for the proposed amendment (Appendix C). In addition, future project-level environmental analysis would continue to consider site-specific affects to Sensitive Species that may be affected to ensure that project actions do not "result in a loss of species viability or create significant trends toward federal listing" per FSM 2670.32. In general, those Sensitive Species found within moist and dry forests have the greatest potential to be affected by the proposed amendment as proposed plan components are primarily focused on those habitat types. Potential effects to moist and dry forests, as well as other vegetation types, are described in Section 3.5.2.1. In addition, general effects discussed in relation to T&E species as discussed above would also apply to Sensitive Species.

## Survey and Manage Species

### Alternative A—No Action

Under the No Action Alternative, management of S&M species on NFS lands within the range of the NWFP would continue to be addressed as defined and outlined in the 1994 NWFP, as amended in 2001 (USDA Forest Service and USDI BLM 2001) through management recommendations, pre-disturbance survey protocols, and subsequent exemptions for some S&M species under certain conditions. As a result, management within the NFS lands in the NWFP area, as well as the subsequent effects on S&M species, would continue in accordance with the S&Gs and current management recommendations. The anticipated increasing trend in patch size of high severity fire and the corresponding adverse effects on S&M species due to large, uncontrolled, high-severity wildfires would continue.

### Action Alternatives

Under all action alternatives, fuels treatments should generally provide for a low risk to the persistence of the S&M species by avoiding mechanical treatments resulting in compaction of soil, or damage to, or removal of known locations, host trees and/or substrate. Recommendations include establishment and maintenance of treatment activities that avoid high intensity thinning and/or burning, with the objective of creating a landscape-wide patchy treatment (thinning and/or prescribed burn) pattern.

Alternatives B and C would retain current protocols for S&M species and effects to S&M species would be the same as the No Action Alternative described above. Under Alternative D, S&M Standards and Guidelines pre-disturbance survey requirements would allow an exemption within a 0.25-mile buffer around identified HUD areas. This exemption would only be applicable to those 62 species identified in Categories A and C for which pre-disturbance surveys are practical; management of known sites would continue to be protected.

The exemption for pre-disturbance surveys under Alternative D would apply within the full 0.25-mile buffer around identified HUD areas and would represent a new exemption only within portions of this buffer composed of forest stands 80 years or older, Current direction, which includes the Pechman Exemptions, does not require S&M pre-disturbance surveys in stands younger than 80 years old. Forested stands greater than 80 years of age on NFS lands within the 0.25-mile buffers proposed under Alternative D is estimated to be 504,000 acres; which is approximately 3.3 percent of all forested acres (15,140,000 acres) containing stands 80 years of age or older within the NWFP area. During project planning and implementation under Alternative D, mitigations for known locations of S&M species would continue to apply, while pre-disturbance surveys within the 0.25-mile buffer would not be required. The exemption would potentially affect only those 62 Category A and C S&M species that would otherwise require pre-disturbance surveys, insofar as management of known sites within the 0.25-mile buffer would continue.

Following species-specific existing management recommendations outlined under amendments for fuel hazard reduction treatments (USDA Forest Service 2002a, b), activities predicted to have some short-term impacts to S&M species are allowable when these activities better manage for long-term benefits contributing to species persistence and habitat retention overall.

Alternative D also modifies plan direction found in Alternative B (the Proposed Action) to (a) provide additional flexibility compared to Alternative B to enable dry forest restoration treatments; (b) increase flexibility and responsiveness to address wildfire risk to communities by allowing hazardous fuel reduction treatments adjacent to communities to be exempted from pre-disturbance survey and associated management requirements related to the S&M program (note that management of known sites shall not be exempt); (c) expand the management framework for addressing wildfire risk to communities; and (d) avoid salvage harvest in stands above 120 years old in moist forest LSR except to provide for tribal cultural uses, public and firefighter safety and access, protection of critical infrastructure, and along existing NFS roads.

### *Potential Effects of Alternative D on Survey & Manage Old Growth-associated Vascular and Nonvascular Plants, Lichens, and Fungi*

Under Alternative D, exemption of pre-disturbance surveys within the 0.25-mile buffer would mean that undiscovered occurrences of S&M plants, lichens, and fungi occurring within the 0.25-mile buffer would remain undetected, and no local mitigations would be implemented to minimize the effects of vegetation treatments.

These organisms are sedentary, except when dispersing seed and spores, and are local in nature. Only a small part of a treatment area may contain these undiscovered occurrences, and the lack of surveys will lead to unintentional loss of individuals and small populations.

Direct effects for ground-dwelling plants, lichens, and fungi would include:

- Damage or death from prescribed fire, pile burning

- Mechanical damage from trampling, firelines, dragging logs for decking, crushing by vehicles used for tree removal or mastication, parking

- Burial by mastication chips too deeply to be able to survive

■ Raking around trees to protect them from fire

Indirect effects for ground-dwelling plants, lichens, and fungi, would include:

- ■ Loss of forest floor organic matter
- ■ Loss of shade from reduction of canopy cover
- ■ Potential invasion of nonnative species
- ■ Loss of host trees (for mycorrhizal species)

Direct effects for canopy and bole-dwelling plants (bryophytes), lichens and fungi would include:

- ■ Scorch of lower boles during prescribed fire—some species are clustered on the lower boles, stumps or downed logs
- ■ Loss of substrate for bryophytes and lichens that are canopy and branch dwellers when their host trees and shrubs are removed

Indirect effects for canopy and bole-dwelling plants (bryophytes), lichens, and fungi, indirect effects would include:

- ■ Loss of microhabitat, shade, and moisture

### *Potential Effects of Alternative D on Survey & Manage LSOG-Associated Wildlife Species*

Under Alternative D, exemption of pre-disturbance surveys within the 0.25-mile buffer for S&M wildlife species could result in unknown occurrences of these species within the 0.25-mile buffer remaining undetected, and no local mitigations would then be implemented to minimize the effects of vegetation treatments. Effects to S&M wildlife species are further discussed below.

***Great Gray Owl:*** This species is associated with mature forests with large trees for nesting in the vicinity of meadows for foraging. Activities affecting either of these habitat elements may result in impacts to this species. While disturbance, especially during the breeding season may also be detrimental, within the 0.25-mile buffer of HUD areas disturbance is less likely to be a factor due to existing ambient levels of noise and other disturbance.

***Red tree vole:*** Red tree voles are arboreal species that prefer forests with interconnected canopies because this facilitates their movement (Linnell and Lesmeister 2019) and they rely on needles and twigs of conifers (primarily Douglas-fir in more inland areas and spruce and hemlock in coastal areas) as their primary food source (Gaines et al. 2003). Activities that result in loss of interconnected canopies or prolonged periods of smoke may affect this species.

***Salamanders:*** Four rare salamander species require pre-disturbance surveys in all (three species) or portions (one species) of their range. These species are all talus limestone associated and are active at the surface during late spring and early fall when moisture/humidity is high and temperatures are above freezing; otherwise, they are below ground in the interstitial spaces where temperatures and humidities are more stable. Removal of canopy cover may result in a decrease in the amount of time when conditions are suitable for these species to be active at the surface which may in turn affect their fitness. Operating heavy equipment on suitable habitat may diminish the interstitial spaces in the talus where these species spend the majority of the

year. Burning in suitable habitats during time periods when the species are active at the surface would be detrimental to their survival. Because these plethodontid salamanders breathe through their skin, use of chemicals in their habitats, such as petrochemicals from drip torches may also affect them. If these suitable habitats for these species were present in the proposed buffers during habitat disturbing activities, individuals of small populations may be negatively affected.

***Mollusks:*** Twenty-nine species of mollusks currently require pre-disturbance surveys prior to habitat-disturbing activities. These species are associated with large down wood as well as forest litter and duff and so may be affected by activities that disturb these habitats, including prescribed fire and to a lesser extent mastication resulting from loss of forest floor organic matter. They may also be affected by loss of shade from opening the canopy during vegetation treatment activities.

## 3.6   Issue 5 – Climate Change

Climate change has contributed to some of the factors addressed in this Draft EIS (e.g., altered fire regimes) and its influence is anticipated to continue to affect the NWFP area. Consistent with recent guidance from the Council on Environmental Quality (88 FR 1196), this section addresses two topics related to climate change effects: the effects of the proposed alternatives on climate change; and the effects of climate change on the ecosystems within the NWFP area and how the proposed alternatives enable adaptation to these effects. To address the first topic, the following assessment considers effects that vegetation management proposed under each alternative could have on climate change, carbon sequestration, and carbon storage. To address the second question, the following assessment considers climate projections and key climate vulnerabilities facing the plan area and how plan direction in the proposed alternatives directs climate adaptation actions.

This approach to analyzing effects is consistent with the Forest Service's approach to tackling climate change, which includes an emphasis on both climate change adaptation (USDA Forest Service 2022) and carbon stewardship (USDA Forest Service 2024b). Climate change adaptation refers to efforts to adjust natural or human systems to a new or changing environment. It takes advantage of beneficial opportunities or moderates negative effects, encompasses efforts to reduce vulnerability, increases resistance and resilience, and facilitates ecosystem transitions when necessary (USDA Forest Service 2022). The Forest Service's approach to carbon stewardship involves intentional consideration of carbon uptake, storage, and stability in management decisions, while balancing carbon benefits with other ecosystem benefits, climate adaptation, and ecological integrity (Janowiak et al. 2017).

### 3.6.1   Affected Environment

#### 3.6.1.1   Effects of Climate Change on the NWFP Area

The Pacific Northwest and Northern California are experiencing changes in temperature and precipitation patterns, which are projected to continue changing. Average annual air temperatures in the region have increased by approximately 2 degrees Fahrenheit (°F) since 1900, and the past decade has seen a higher-than-average number of extremely hot days, and a lower number of extremely cold days, compared to a 1900-2020 baseline period. Average annual air temperatures in the Pacific Northwest will continue to increase in the coming decades, with climate models projecting increases of 4.7 °F (low scenario) to 10 °F (high scenario) by the end-

of-century compared to the 1950-1999 period, resulting in more frequent and severe heatwaves among other impacts (Chang et al. 2023). For example, the Pacific Northwest experienced a heat dome in 2021 that lasted for around a week in late June and early July, and caused more than 250 heat-related deaths in the U.S. as well as significant crop losses in the Willamette Valley and tree mortality in forests across the Oregon Coast Range that were already stressed by two previous years of drought conditions (USDA Northwest Climate Hub 2024). Northern California is experiencing similar trends, with projections for significant increases in temperature, extreme heat wave events, double the likelihood of drought, and a projected reduction in 80 percent of range size for two-thirds of the native flora in the next century (Hilberg et al. 2021b).

With regards to precipitation, there is more uncertainty and variability in observed trends over the past century and in future projections (Reilly et al. 2018). Northern California is projected to experience shorter, wetter winters and longer, drier summers, with high variability in annual precipitation. For Oregon and Washington, while a few global climate models project decreases in total annual precipitation, most models project slight to moderate increases in long-term averages of total annual precipitation. These increases appear to be concentrated in winter months and most models project decreases in summer precipitation (Reilly et al. 2018, Halofsky et al. 2022a, Halofsky et al. 2022b). For the Pacific Northwest as well as Northern California (Hilberg et al. 2021), average winter snowpack has decreased due to warmer temperatures. Snowpack is projected to decrease further as increasing temperatures lead to a greater proportion of winter precipitation falling as rain rather than snow. Summers will become drier and drought events will become more frequent, leading to greater wildfire risk and increasingly water-stressed vegetation in the national forests within the NWFP area. At the same time, extreme precipitation events are projected to become more frequent, increasing the risk of floods and landslides in mountainous terrain (Chang et al. 2023).

Information on climate change vulnerability and adaptation for the NWFP area is in the NWFP Synthesis of Science (Spies et al. 2018). In addition, a series of climate change vulnerability assessments and similar published resources provide information on how these projected changes in climate will impact national forests and associated resources in the NWFP area.

These include reports focused on the following areas:

- Olympic Peninsula (Halofsky et al. 2011)
- North Cascades (Raymond et al. 2014)
- Southwest Washington (Hudec et al. 2019)
- Columbia River Gorge, Mt. Hood National Forest, and Willamette National Forest (Halofsky et al. 2022a and 2022b)
- South-Central Oregon (Halofsky et al. 2019)
- Southwest Oregon (Halofsky et al. 2022a/b)
- Six Rivers National Forest (Butz et al. 2022a)
- Klamath National Forest (Butz et al. 2022b)
- Shasta-Trinity National Forest (Butz et al. 2022c)
- Modoc National Forest (Merriam et al. 2022)

- Lassen National Forest (Merriam et al. 2022)

- Mendocino National Forest (Butz et al 2022d)

As documented across the resources above, some of the major climate vulnerabilities facing ecosystems in the NWFP area include, but are not limited to, the following:

- Increase in area burned by wildland fire with associated impacts on ecosystem structure, composition, and function

- Increases in mortality from insects and drought

- Potential for decreases in growth in lower elevation forests due to decreased moisture availability

- Shifts in species composition to favor species better adapted to warmer temperatures, decreased moisture availability, and drought

- Reduction in cold high-elevation forest as growing seasons and productivity increase and lower elevation forest types become increasingly competitive

- Potential for loss of forest cover at driest margins following high severity fire and regeneration failure due to warmer and drier conditions

- Changes in stream flows and stream temperatures due to warmer temperatures, shifting precipitation patterns, and earlier snowmelt

- Increases in flooding and associated effects on watersheds and infrastructure due to projected increases in winter precipitation, a shift from snow to rain in some locations, and a potential increase in rain-on-snow and rapid snowmelt events

### 3.6.1.2    *Forest Carbon Storage and Sequestration*

Forests in the Pacific Northwest can affect the rate of global climate change through the uptake and storage of carbon in living and dead materials, aboveground biomass, and soils (McKinley et al. 2011). Total carbon storage levels vary across forests located in different physiographic provinces, each containing unique productivity and disturbance characteristics (Spies et al. 2018).

The Forest Service provides data on carbon stocks for each national forest through the "USFS Carbon Dashboard" (USDA Forest Service 2024c). These carbon stock estimates include carbon distributed across seven pools: live trees, belowground live-tree carbon, understory, standing dead trees, downed dead wood, litter, and soil organic carbon. Estimates are derived from summarizing data from Forest Inventory and Analysis (FIA) plots, using the National Scale Volume and Biomass Estimators approach (Westfall et al. 2024).

The national forests within the range of the NWFP have gradually been accumulating carbon over recent decades. Total carbon stocks in 2023 within the NWFP area are approximately 2,891 teragrams (Tg) or 2,891 million metric tonnes of carbon, an increase of approximately 5 percent since 2005, based on data provided in the "USFS Carbon Dashboard" (USDA Forest Service 2024c). All national forests in the NWFP area except for the Okanogan-Wenatchee have had a positive trend in carbon stocks between 2005 and 2023 (Table 3-14). However, carbon stock increases for several other forests, including the Klamath, Mendocino, and Deschutes, are

smaller than the error for the 2023 carbon stock estimate, suggesting that these forests may not have a positive trend.

**Table 3-14. Estimates of carbon stocks, density, and distribution across pools**

| National forest | Carbon stock in 2005 (Tg) | Carbon stock in 2023 (Tg) | Carbon stock error in 2023 (+/-; Tg) | Percent change in carbon stock from 2005 to 2023 | Carbon density in 2023 (Mg/ha) | Proportion of Carbon Stock: Live | Proportion of Carbon Stock: Soil Organic Carbon | Proportion of Carbon Stock: Down Dead and Detritus |
|---|---|---|---|---|---|---|---|---|
| Klamath | 164 | 166 | 13 | 1% | 316 | 41% | 41% | 18% |
| Mendocino | 75 | 80 | 8 | 6% | 265 | 40% | 47% | 13% |
| Shasta-Trinity | 232 | 246 | 14 | 6% | 322 | 46% | 40% | 14% |
| Six Rivers | 161 | 171 | 12 | 6% | 389 | 52% | 36% | 11% |
| Deschutes | 129 | 132 | 5 | 3% | 222 | 33% | 53% | 13% |
| Fremont-Winema | 178 | 185 | 4 | 4% | 230 | 35% | 53% | 12% |
| Mt. Hood | 148 | 160 | 6 | 8% | 412 | 51% | 34% | 15% |
| Rogue River-Siskiyou | 240 | 259 | 11 | 8% | 385 | 49% | 37% | 14% |
| Siuslaw | 97 | 110 | 10 | 13% | 488 | 59% | 30% | 11% |
| Umpqua | 144 | 156 | 6 | 8% | 406 | 52% | 33% | 15% |
| Willamette | 254 | 276 | 11 | 9% | 430 | 54% | 32% | 13% |
| Gifford Pinchot | 200 | 218 | 7 | 9% | 419 | 52% | 33% | 15% |
| Mt. Baker-Snoqualmie | 233 | 251 | 12 | 8% | 420 | 51% | 33% | 17% |
| Okanogan-Wenatchee | 387 | 375 | 13 | -3% | 263 | 28% | 51% | 21% |
| Olympic | 99 | 107 | 7 | 8% | 450 | 50% | 35% | 15% |
| **Total** | **2,742** | **2,891** | **NA** | **5%** | **NA** | **NA** | **NA** | **NA** |

Note: Since carbon estimates are only available at the scale of the entire national forest unit, units with minimal overlap with the NWFP area (e.g., Modoc, Lassen) are not included. However, inclusion of carbon stock estimates for other national forests that are only partially covered by the NWFP (e.g., Fremont-Winema) may lead to a slight overestimate.
Totals are not calculated for carbon density or percentage proportions for different pools.
All data in this table are from the Forest Service's Carbon Dashboard (https://public.tableau.com/app/profile/usda.forest.service/viz/Carbon_Dashboard_Public_17056983339290/Dashboard; USDA Forest Service 2024c)
Mg/ha = megagram per hectare; NA = not applicable; Tg = teragram

Moist forests in the NWFP area can continue to be a net sink for carbon for several centuries. Old forests in the region generally store the highest amounts of carbon while younger forests store less carbon but accumulate it at higher sequestration rates than older forests (Gray et al. 2016, Law and Waring 2015, Spies et al. 2018).

Percent increases in carbon over this period are lower in the fire-prone eastern and southwestern drier forests in the region (e.g., Okanogan-Wenatchee, Klamath, Deschutes, Fremont-Winema), which reflects effects from disturbances and lower productivity in these forests (Table 3-14). However, since the estimates are based on FIA plots resampled every 10 years, it is possible that

these carbon stock estimates do not include carbon losses from large fires in recent years, and percent increases may be even lower because of these disturbances.

The distribution of carbon across pools varies across the landscape with drier forests generally having higher proportions in soil organic carbon (see, for example, the Deschutes, Fremont-Winema, and Okanogan-Wenatchee, which all have more than half of their carbon in the soil organic pool). National forests with larger coverage of the productive moist forest type have higher percentages in aboveground live (see Siuslaw at 59 percent; Table 3-14). Carbon density also varies across this environmental gradient with the most carbon-dense unit, the Siuslaw, having a density (488 megagram per hectare [Mg/ha]) that is more than double that of the least carbon-dense unit, the Deschutes (222 Mg/ha).

For the drier forests that have experienced considerable changes due to fire exclusion for over a century and a legacy of other land use and management activity, current carbon stocks may be unsustainably high as a result of overly dense structural conditions. This presents risks to ecological integrity and limits adaptation of these stands to climate change, and ultimately threatens the long-term stability of forest carbon storage in these areas (Spies et al. 2018). Notably, a study in the Klamath Mountains of California found that current biomass levels of around 250 Mg/ha are more than double the stable levels of between 104 and 128 Mg/ha that characterized forests in the area before Euro-American colonization (Knight et al. 2022). Modeling of fire and carbon dynamics in the eastern Cascades in Washington found that forests with active fire regimes would generally store 25 to 50 percent less carbon than forests in fire-excluded states (Prichard et al. 2023). Another study analyzed the vulnerability of forest carbon across the western United States, considering losses from fire combustion as well as loss of future carbon sequestration potential from regeneration failure and vegetation type conversions. This study found high levels of ecological vulnerability and a need for proactive forest management to reduce risks of fire-induced carbon loss across much of the drier portions of the NWFP area (Peeler et al. 2023).

### 3.6.1.3   *Disturbance and Carbon Stocks in the NWFP Area*

At broad scales, harvest and ecological disturbances had limited effects on forest carbon uptake and storage across the NWFP area during early decades (Gray and Whittier 2014, Spies et al. 2018), though there have been some more localized effects, particularly in recent years. The USFS Carbon Dashboard provides data about the effects of disturbances (fire, insects, and harvest) on carbon within the NWFP area for 1990 through 2011, which is the most recent time period for which these estimates are available (USDA Forest Service 2024c). These estimates use the Forest Carbon Management Framework approach, which is described in Birdsey et al. (2019). While effects from harvest remain relatively steady from year to year, the quantities of carbon removal due to fire and insects vary greatly, depending on the actual wildland fire events.

Percent reductions in non-soil carbon due to disturbances over the 1990-2011 baseline period ranged from reductions of less than 0.5 percent for the Mt. Baker-Snoqualmie and Olympic National Forests to around 5.5 percent for the Deschutes and Rogue River-Siskiyou National Forest (Table 3-15). The comparatively high percentage loss of non-soil carbon for the Rogue River-Siskiyou is likely driven by the 2002 Biscuit Fire that affected over 500,000 acres and resulted in carbon emissions that amounted to around one-third of fossil fuel carbon emissions in the state of Oregon at the time (Campbell et al. 2007).

**Table 3-15. Effects of disturbances on non-soil carbon for 1990-2011**

| National forest | Percent change in 2011 non-soil carbon due to all disturbances, 1990-2011 | Percent change in 2011 non-soil carbon due to fire, 1990-2011 | Percent change in 2011 non-soil carbon due to harvest, 1990-2011 | Percent change in 2011 non-soil carbon due to insects, 1990-2011 |
|---|---|---|---|---|
| Klamath | -1.2% | -0.9% | -0.3% | 0.0% |
| Mendocino | -3.6% | -3.0% | -0.6% | 0.0% |
| Shasta-Trinity | -3.0% | -2.4% | -0.6% | 0.0% |
| Six Rivers | -2.2% | -1.9% | -0.2% | 0.0% |
| Deschutes | -5.6% | -2.5% | -3.1% | -0.1% |
| Fremont-Winema | -3.2% | -0.9% | -2.1% | -0.4% |
| Mt. Hood | -1.1% | -0.2% | -0.9% | 0.0% |
| Rogue River-Siskiyou | -5.5% | -4.9% | -0.5% | -0.3% |
| Siuslaw | -1.4% | 0.0% | -1.3% | 0.0% |
| Umpqua | -1.6% | -0.9% | -0.7% | 0.0% |
| Willamette | -1.4% | -0.8% | -0.6% | 0.0% |
| Gifford Pinchot | -0.6% | -0.1% | -0.5% | 0.0% |
| Mt. Baker-Snoqualmie | -0.2% | 0.0% | -0.2% | 0.0% |
| Okanogan-Wenatchee | -4.7% | -3.5% | -0.7% | -0.7% |
| Olympic | -0.3% | 0.0% | -0.3% | 0.0% |

Fires result in some immediate emissions of carbon from combustion and also transfer carbon from the live tree pool to the dead tree pool, which is then emitted as decomposition occurs. Studies of carbon effects from fires in recent decades provide context on these effects. A study of the 2002 Biscuit Fire found that carbon emissions from combustion during the fire totaled between 3.5 and 4.4 Tg C or around 17 and 22 Mg C per hectare burned (Campbell et al. 2007), and a follow-up study found that 85 percent of the 4.7 Tg C that was killed but not combusted by the fire was still stored in dead trees 10 years after the fire (Campbell et al. 2016). A study of carbon dynamics using inventory plots found that fires between 1993 and 2007 in the Pacific Northwest resulted in, on average, 9 percent decreases in carbon stored over the time period (Gray and Whittier 2014), while a study of fires in the Metolius watershed in central Oregon in 2002-2003 found that fires resulted in combustion of 13 to 35 percent of aboveground carbon (Meigs et al. 2009). Estimates of emissions from fire-related combustion from the 2017 Eagle Creek Fire amount to around 1 Tg (Sweeney et al. 2023). A study of the 2020 Labor Day Fires found that 56 percent of live tree carbon was either combusted or shifted to the dead tree pool as a result of these events (Busby et al. 2023). As such, recent increases in fire activity have likely resulted in carbon emissions and transfers of carbon from the live to dead tree pool that are not captured in the 1990-2011 disturbance data. Models suggest future increases in fire activity, especially in the drier forests, will decrease stability of carbon storage (Spies et al. 2018).

During the 1990-2011 period, harvest resulted in between 0.2 and 3.1 percent reductions in forest carbon stored during this time period. In general, management regimes that promote older forest

with relatively low levels of harvest, similar to the NWFP, can yield higher carbon sequestration rates compared to more intensive management approaches (Spies et al. 2018). However, timber harvest in more fire-prone forests yields mixed results in total carbon management, with studies showing mixed results on the long-term carbon storage benefits of fuel reduction treatments, depending on how well recently treated stands reduced fire-severity. At a landscape scale, fuels reduction treatments can decrease total carbon stored unless treatments are strategically placed in the areas with highest likelihood of fire (Spies et al. 2018).

On the other hand, harvested timber can serve as a medium- to long-term form of carbon storage when it is incorporated into durable end-use products such as structural lumber for buildings or other long-term structures. The USFS Carbon Dashboard indicates that in 2013 (i.e., the most recent year for which a breakdown is available) a total of approximately 130.6 Tg of carbon was removed from national forests in the Pacific Northwest Region in the form of harvested wood products, of which approximately 70.7 Tg was incorporated into end-use wood products, with the remaining 59.9 Tg being sent to solid waste disposal sites.

## 3.6.2  Environmental Consequences

### 3.6.2.1    No Action Alternative

Under the No Action Alternative, management of national forests within the range of the NWFP would continue in accordance with the rules and provisions found in the 1994 NWFP. As a result, the NWFP would not be updated to reflect the current and projected conditions anticipated to occur because of climate change. However, climate change is still anticipated to have impacts on the national forests within the NWFP area under the No Action Alternative, and the 1994 NWFP would lack plan direction guiding climate change adaptation.

Under the No Action Alternative, the NWFP area would likely remain a carbon sink overall, with uptake of carbon from continued growth outweighing loss due to disturbances. However, wildland fire would likely result in increasing losses, particularly in drier portions of the plan area. Challenges in plan direction for dry forest restoration would limit actions that could stabilize carbon stocks in dry forests. Mature and old-growth stands would remain available for harvest in the moist Matrix and, to the extent that they would occur, harvests in these stands would remove considerable amounts of carbon with some remaining stored in harvested wood products.

### 3.6.2.2    Consequences Common to All Action Alternatives

**Effects of the Alternatives on Climate Change Adaptation**

As discussed above, climate change has the potential to affect the quantity and timing of precipitation, leading to changes in hydrology and water supply; to affect habitat, leading to adverse effects on biological and other resources; and to change the frequency and duration of droughts, which can affect the risk of wildland fire and forest health. The action alternatives all include plan components that would strengthen the capacity of ecosystems in the NWFP area to adapt to the ongoing effects of climate change. Notable aspects of this plan direction and expected effects are described below.

The action alternatives include desired conditions for ecosystem resilience to climate that consider vegetation structure, species composition, and ecosystem processes (FORSTW-ALL-

DC-03, FORSTW-ALL-DC-04). Managing for resilience to disturbances is a key adaptation strategy in light of expected increases in fire, drought, and insect mortality associated with climate change (Halofsky et al. 2019, Miller et al. 2007, Spies et al. 2018). Common management activities, including thinning and prescribed fire, represent key adaptation tactics that support this strategy.

The proposed alternatives also include desired conditions that address the need to increase the presence of native species adapted to future climate in moist forests (FORSTW-ALL-MOI-DC-03) and dry forests (FORSTW-ALL-DRY-DC-03). There is also a desired condition specifically focused on oak woodlands and non-forested habitat (FORSTW-ALL-DRY-DC-07). Promoting species diversity at stand and landscape scales and shifting species compositions to favor native species adapted to future climates are established climate adaptation approaches for preparing for climate-driven shifts in species composition (Halofsky et al. 2022a, Halofsky et al. 2022b). Specific tactics that may support this adaptation strategy include favoring drought-resistant species in thinning treatments, planting and encouraging regeneration of rare and disjunct species, and removal of invasive species coupled with planting of native species. Several desired conditions focus specifically on promoting diverse forested and non-forested habitat and habitat connectivity (CLIMATE-DC-01 to 03).

Climate change adaptation is also supported by the overall emphasis in the plan components for Forest Stewardship on tailoring management to the specific characteristics of moist and dry forests and the diversity of ecological conditions associated with each of these categories. Climate change effects will differ across these forest types and distinct plan direction will support adaptation actions appropriate to these different systems. Furthermore, the direction to distinguish between moist and dry forests at the stand level during project planning enables adaptation to changed conditions, particularly in areas where climate change is likely to cause transitions in vegetation types (FORSTW-ALL-GDL-01).

The proposed alternatives also include plan direction that supports managing for infrastructure, recreation sites, and a transportation network that is resilient to the effects of climate change (CLIMATE-DC-04, CLIMATE-DC-05). Projected increases in flooding and other disturbances presents risks to infrastructure, and these desired conditions support adaptation to these effects.

The proposed alternatives also provide plan direction that sets clear expectations to consider climate change vulnerability and adaptation in project planning, drawing on resources like climate change vulnerability assessments (TRIBAL-COSTW-STD-04, CLIMATE-GDL-01, CLIMATE-GLD-02). In addition, the proposed alternatives include Desired Conditions and Goals to collaborate with Tribes, agencies, non-governmental organizations, landowners, and other partners to reduce climate change vulnerability, improve beaver management, and further watershed restoration (TRIBAL-FORSTW-ALL-DC-08, TRIBAL-COSTW-GOAL-01, TRIBAL-COSTW-GOAL-02, TRIBAL-WRKFOR-GOAL -01, TRIBAL-WRKFOR-GOAL-04, CLIMATE-GOAL-01, CLIMATE-GOAL-02, CLIMATE-GOAL-03).

All action alternatives would result in substantial improvements compared to the No Action Alternative in terms of ensuring that treatments, when they occur, contribute to climate adaptation; however, the extent to which the landscape would actually be adapted to climate change would vary according to the amounts of treatments that occur under the different alternatives. As described above, Alternatives B and D would result in increases in the amounts

of forest stewardship and fuel reduction treatments, which would contribute to increased capacity of the landscape to adapt to climate change under both alternatives compared to the No Action Alternative. However, the lower amounts of treatments under Alternative C would not contribute at the scale of alternatives B and D to improve fire resistance and ecosystem resilience.

## Effects of the Alternatives on Carbon Stewardship

The effects on carbon storage and emissions from fuels treatment activities vary according to multiple factors, including forest type, the amount of vegetation treated per acre, terrain complexity, and the number of workers and number and type of equipment required to implement treatment activities. In addition to these short-term emissions considerations related to implementation of any specific fuels treatment under the NWFP, the action alternatives are intended to decrease the severity of wildland fires over the long-term (see Section 3.4, *Issue 3 – Fire Resistance and Resilience*), resulting in the potential for lower greenhouse gas emissions and higher levels of sequestered carbon. Fuels treatments that would be implemented under the action alternatives all involve a tradeoff between the emissions resulting from treatment activities, loss or conversion of carbon stored within the biomass that is removed, improved growth potential of remaining trees due decreased competition for resources, and the potential carbon saved from release by wildland fire associated with the decreased fire risk.

The current scientific understanding of these factors makes it infeasible to develop reliable, quantified estimates of the potential long-term changes in greenhouse gas emissions or carbon sequestration that may result from different types of treatments in different types of landscapes across the NWFP area over time. Equally, the varying levels of expected treatments as reflected in objectives across action alternatives would likely have different effects on carbon, although these effects are complex and difficult to predict at the plan level. Nevertheless, across alternatives, varying levels of treatments would be expected, broadly, to have different implications for carbon storage and release. These effects can be considered thematically according to various topics addressed by the plan components in the action alternatives, as discussed below and summarized in Table 3-16.

The action alternatives all include desired conditions for carbon stewardship that recognize the need to manage carbon in line with ecosystem integrity. Specifically, there is an acknowledgement of different priorities for carbon across moist forests (the primary function being carbon storage) and dry landscapes (stabilizing carbon stocks from release) (FORSTW-MTX-MOI-DC-2, CLIMATE-DC-6). Apparent differences in carbon stocks and trends at the national forest unit scale reflect differences in productivity and disturbance activity between moist and dry forests. Drier forests generally show smaller increases in carbon stocks between 2005 and 2023 and greater effects from disturbances (e.g., wildfire), which supports the idea expressed in the desired condition of distinct priorities for forest carbon across dry and moist forests.

All three action alternatives would provide additional plan direction that protects stands in moist Matrix established before 1825 and substantially limit treatments in stands established between 1825 and 1905. Moist forests in these age classes generally store large amounts of carbon and therefore plan components that support protection in this age classes would likely support increased carbon storage compared to the No Action Alternative. However, the effect would be

minimal because carbon losses due to harvest in these older forests have already been quite minimal.

**Table 3-16. Action alternatives' implications for carbon storage (based on treatment/harvest estimates)**

| Plan Component Topic | Implication for Carbon Storage | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| Dry Forest Stewardship | Carbon Removal | Treat 75,000 acres per decade in Dry Forest | Treat 527,000-643,000 acres/decade across the Northwest Forest Plan area | Treat 104,000-127,000 acres per decade in dry forests across NWFP area | Treat 208,000-254,000 acres per decade in dry forests across the NWFP area |
| Moist Forest Stewardship | Carbon Removal | Treat 48,100 acres per decade in Matrix | Treat 65,000-81,000 acres per decade in Matrix | Treat 32,000-41,000 acres per decade in Matrix | Treat 130,000-163,000 acres per decade in Matrix |
| Fire Resistance and Resilience (Mechanical) | Carbon Removal (All Types) | 1,800,000 acres/decade | 900,000 acres/decade | 900,000 acres/decade | 2,200,000 acres/decade |
| Fire Resistance and Resilience Treatments (Wildland fire) | Carbon Emissions from Combustion | 700,000 acres/decade | 1,750,000 acres/decade | 350,000 acres/decade | 2,750,000 acres/decade |
| Sustainable Communities | Carbon Removal and Storage as Wood Products | 212,440 acres/decade (4,446 MMBF) | 660,000-810,000 acres/decade (5,900-13,500 MMBF) | 171,000-211,000 acres/decade (1,500-3,600 MMBF) | 474,000-588,000 acres/decade (4,700-12,200 MMBF) |

# 3.7   Issue 6 – Air Quality

Although not identified as a key issue/theme in the Notice of Intent, the proposed amendment includes clarifying direction for actions that could have affects to local air quality. Therefore, this section addresses what effects the proposed alternatives would have on air quality.

## 3.7.1   Affected Environment

### 3.7.1.1   Sources of Air Pollution

Individuals living near the NWFP area are exposed to several sources of air pollution throughout the year. During the winter months, residential heating from wood stoves and fireplaces is a common source of air pollution. Smoke from pile burning is another source of air pollution. During the spring and fall, prescribed burning is a common source of air pollution in the NWFP area. During the summer months, wildfires are the largest source of air pollution. Additionally, motor vehicle exhaust occurs year-round. Dust from vehicle travel over paved and unpaved roads can occur anytime the roads are dry.

Additionally, air pollution can travel from sources outside the NWFP area and impact people within the NWFP area, and vice versa. For example, wildland fires located in British Columbia

or Siberia (Teakles et al. 2017) can impact air quality in the NWFP area. Further, wildland fires in the NWFP area can affect populations in the eastern United States (O'Dell 2021).

### 3.7.1.2    Meteorological Controls of Air Pollution

Across the northern midlatitudes, including the NWFP area, winds aloft normally flow from west to east. As such, sources of air pollution to the west of one's location are typically upwind and affecting the air quality in one's location. However, there are meteorological phenomena that temporarily alter the normal west-to-east flow. For example, thermal troughs that develop along the west coast of the United States during the summer can cause easterly winds transporting pollutants from east to west (Brewer et al. 2012). Under such conditions, smoke from wildfires in the Cascade Mountains can be transported to the major metropolitan populations along the Interstate 5 corridor.

Transient weather phenomena such as low-pressure systems also alter the normal west-to-east flow pattern as well. Ahead of a cold front, southerly winds occur, whereas northwesterly winds occur after the passage of a cold front. High pressure systems, which occur during the fall and winter, can bring subsidence inversions trapping air beneath for days, causing the buildup of pollutants until these high-pressure systems move on.

Local terrain can have significant effects on the transport and dispersion of air pollutants. In mountainous terrain, during the daytime, the atmosphere is typically well mixed, allowing pollutants to be transported out of valleys, such as the smoke from a prescribed burn. During the night, pollutants emitted within the valleys can become trapped underneath temperature inversions and concentrate pollutants. This frequently occurs with smoke from smoldering fuels of prescribed burns, which are trapped and concentrated in the shallow stable layer near the surface, and transported along topographic drainages into communities down valley causing elevated concentrations of smoke overnight and early morning. The next morning, when ground begins to heat, the overnight temperature inversion breaks up, which allows air from above to mix with the air in the valleys (Whiteman 2000), thus allowing the smoke to disperse and improving air quality at the surface. This can also allow smoke from a distant wildland fire to be mixed down to the surface. Similarly, in coastal areas and along other large water bodies, land-sea breezes can occur, which control the transport and dispersion of air pollutants.

### 3.7.1.3    Class I Areas and Other Sensitive Air Quality Areas

In addition to the national forests located within the NWFP area, the Pacific Northwest includes dozens of pristine national parks and wilderness areas, which are designated as Class I areas under the federal Clean Air Act (CAA), and which are subject to more stringent air quality protections than other parts of the country, particularly with regard to visible haze and airborne concentrations of particulate matter. The NWFP area contains approximately six Class I national parks (NPS 2024) and approximately 16 mandatory federal Class I wilderness areas (USDA Forest Service 2024d). The Columbia River Gorge National Scenic Area has a management goal of protecting and enhancing air quality (www.gorgecommission.org, ODEQ and SWCAA 2011). The numerous Class II Wilderness areas in the NWFP area are protected under the Wilderness Act and are to remain untrammeled by man (https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd645666.pdf).

*Northwest Forest Plan Amendment*

### 3.7.1.4   Air Quality Trends in the Plan Area

Air quality has improved in many respects over the past few decades, but those improvements are being offset by the increase of wildland fire smoke across the NWFP area (O'Dell et al. 2019). The improvement has occurred as a result of efforts by the U.S. Environmental Protection Agency (EPA) and state and local air quality regulatory agencies to establish ambient air quality standards, monitor those pollutant levels, and to develop and implement plans to reduce those pollutants.

EPA has established National Ambient Air Quality Standards (NAAQS) for six pollutants: nitrogen dioxide ($NO_2$), carbon monoxide (CO), sulfur dioxide ($SO_2$), lead (Pb), ozone ($O_3$), and particulate matter (PM). PM is further broken down by size: PM less than 10 micrometers ($PM_{10}$) and PM less than 2.5 micrometers ($PM_{2.5}$) (40 CFR 50). The CAA requires EPA to review the standards—and the science behind them—periodically to determine whether changes are warranted.

When the NAAQS were established and revised, most of the NWFP area was in attainment (i.e., through monitoring demonstrating that the area was attaining the standard) with a few exceptions. In Washington, Seattle, Tacoma, Olympia, Tumwater, Lacey, and Yakima have all had a history of nonattainment with the $PM_{10}$ standards, but since have developed and implemented plans to reduce $PM_{10}$. Similarly, Seattle, Tacoma, and Everett had histories of nonattainment with the CO standards, but since have come into attainment. Currently, all areas in Washington are in attainment with the NAAQS (https://www.epa.gov/green-book).

In Oregon, a few locations have had a history of nonattainment with the $PM_{10}$ standards including Medford, Grants Pass, Klamath Falls, Oakridge, Eugene, and Springfield. Oakridge and Klamath Falls also were in nonattainment with the $PM_{2.5}$ standard. Portland, Salem, Eugene, Grants Pass, Medford, and Klamath Falls all were in nonattainment with the CO standards, but since have become in attainment with the standards. Klamath Falls is the only community in Oregon that is still in nonattainment with the $PM_{2.5}$ standard.

In California, Chico is the only community near the NWFP area that had a history of nonattainment with the $PM_{2.5}$ standard, but since has become in attainment. Currently, there are no communities in California near the NWFP area not in attainment with the NAAQS.

On February 7, 2024, EPA revised the annual $PM_{2.5}$ standard, reducing it from 12 micrograms per cubic meter ($\mu g/m^3$) to 9 $\mu g/m^3$. However, EPA has not yet made final designations for determining which areas are in nonattainment status, as they are waiting for three complete years of data from the monitoring network.

Beginning around 2012, the improvements in air quality began to be offset from wildland fire smoke. For example, Figure 3-4 illustrates the temporal changes in the $PM_{2.5}$ in the Bend-Redmond Oregon region from 2000 to 2024. During the cold weather months of November–February, the frequency of moderate to unhealthy air quality days has decreased, while the frequency of unhealthy or worse air quality days during the summer months has increased.



**Figure 3-4. Air quality trends in Bend-Redmond**

One way which land managers are trying to reduce the risk posed by wildland fires is to increase the pace and scale of fuels treatments including prescribed burning. Prescribed burning is regulated by State smoke management plans, in which smoke forecasters consider the amounts of proposed burning along with forecasted weather conditions to determine which burns are allowed on a given day to minimize or avoid unacceptable concentrations of smoke in a community. Even though regulated, prescribed burning can cause short-term degradation of air quality in local communities. As shown in Figure 3-4, beginning in 2014, there has been an increase in the frequency of days with degraded air quality during the spring months.

## 3.7.2  Environmental Consequences

All alternatives, including the No Action Alternative, were reviewed to identify potential sources of emissions of air pollutant.  The following activities were identified as potential sources:

- Wildland fires

- Prescribed burning
- Dust generated from the travel of vehicles over paved or unpaved roads
- Motor vehicle tailpipe emissions

Of these emission sources, wildland fires still have the potential to emit the largest amount of smoke and the greatest potential to adversely affect public health (Navarro et al. 2018). Smoke from wildfires can last from just a few days to a few months. It also has the potential to travel long distances, affecting not only local communities but distant locations with greater population of people. Wildfires in the NWFP area can affect air quality in the eastern U.S., which has a greater population density than in the western U.S. Thus, wildfires have the greatest potential to affect public health (O'Dell et al. 2021). In addition to $PM_{2.5}$, wildfires can also cause elevated concentrations of ground-level ozone. Wildfire smoke can also create a safety issue when it reduces roadway visibility, which can cause automobile accidents. It also can cause negative effects on tourism, recreation, transportation (Oregon Forests Research Institute 2018), and agriculture (Krstic et al. 2015).

Prescribed burning is the next largest source of emissions. Similar to wildfires, prescribed fires can cause elevated ground-level concentrations of $PM_{2.5}$ and ozone. While most prescribed fires are conducted without causing unacceptable levels of smoke in communities, on occasion weather forecasts can be inaccurate which can lead to unplanned smoke incidents in communities. These smoke incidents are typically much shorter in duration than smoke impacts caused by wildfires but can reach unhealthy levels. Although rare, it is possible that smoke from prescribed fires can also reduce roadway visibility to a point of causing automobile accidents.

Motor vehicle tailpipe emissions on national forests are relatively small compared to wildland fire emissions. This is due to a combination of clean air standards for motor vehicles and the relatively few vehicles on forest roads as compared with urban areas. Environmental impacts, if any, would likely be very localized to within a few feet of the road and of short duration. The same is true for roadway dust generated from vehicle travel. As such, these two sources of air pollution are not evaluated in the comparison of alternatives, allowing the focus to remain on the much larger and significant issue of smoke from wildland fires.

While environmental impacts from smoke emissions can affect human health directly through breathing air pollutants, and indirectly through releasing greenhouse gases to the atmosphere, only the direct impacts to human health are considered in this section. Refer to Section 3.6, *Issue 5 – Climate Change*, for more information about greenhouse gas emissions.

### 3.7.2.1   No Action Alternative

Under the No Action Alternative, management of national forests within the range of the NWFP would continue to be addressed as defined and outlined in the 1994 NWFP. As a result, the effects of Forest Service management actions on air quality would continue to follow current trends.

### 3.7.2.2   Consequences Common to All Action Alternatives

All alternatives include a change to: (1) the amount of salvage allowed, (2) the amount of thinning to improve succession of desired stands, or (3) the number of acres treated for fire resilience. Restricting salvage can affect air quality because it leaves more fuel on the forest than

would occur if the fuels are salvaged. This could cause more fuels to be consumed causing more smoke emissions than if the fuels were removed through salvage. However, because the change in salvage restrictions would occur in moist LSRs, which is a low frequency, mixed severity fire regime, it is unlikely the added fuel created by salvage restrictions would cause noticeable impacts in the infrequent event of a wildfire. Therefore, it is not considered further in the air quality analysis.

Forest biomass created from thinning is typically either hauled off the forest or burned in slash piles, which generate smoke during prescribed burns. However, it can reduce the spread of a wildfire through the tree canopy, thus reducing smoke emissions from a subsequent wildfire. Air pollution impacts caused by the emissions of forest material which are hauled off site are not considered in this analysis.

Forest treatments to increase fire resilience are assumed to include prescribed burning. Increasing the amount of prescribed burning can have conflicting consequences on air quality; it can both reduce the amount of smoke generated during a wildfire but increase the potential for short-term air quality impacts during prescribed burns. By increasing the treated area in a strategic manner, the probability of a wildfire interacting with a recent fuels treatment would be increased, thereby reducing the negative consequences of wildfire (e.g., burning homes, critical infrastructure, watersheds, and the long-distance transport of smoke).

In order to avoid double counting, all slash generated from thinning and other forms of forest treatment are assumed be included in the total acres treated in the category "Fire Resilience, All LUAs" identified in Table 2-1.

It is important to emphasize the differences in potential impacts on public health between wildfire smoke and smoke caused by prescribed fires. EPA conducted a Comparative Assessment of the Impacts of Prescribed Fire Versus Wildfire (EPA 2021). In that assessment they state the following:

- *In the case study areas, predicted concentrations of $PM_{2.5}$ from the modeled prescribed fires are smaller in magnitude and shorter in duration than wildfires, and the estimated aggregate population exposure for prescribed fires is smaller than for each hypothetical scenario and the actual fires in both case studies.*

    o *Smaller estimated aggregate population $PM_{2.5}$ exposures for prescribed fires can be attributed to the small spatial extent of each prescribed fire and the meteorological characteristics of the days in which the prescribed fires occurred.*

    o *Although prescribed fires are timed for days with specific meteorological conditions to minimize population exposures to smoke, air quality and public health impacts are still observable.*

- *Well-designed prescribed fires targeted for specific locations may be able to reduce air quality and health impacts of subsequent wildfires.*

Smoke from wildfire is often of longer duration than smoke from prescribed burns. Additionally, $PM_{2.5}$ concentrations from wildfire smoke were found to be significantly lower than reported $PM_{2.5}$ concentrations from prescribed fire smoke (Navarro et al. 2018). Therefore,

reducing wildfires would have greater public health benefits than health impacts that may occur due to prescribed fire.

The following sections provide an assessment of each action alternative in regard to its effects on air quality.

Without specific information about each treatment, only qualitative impacts can be assessed. However, the expected relative impacts between alternatives can be assessed.

### 3.7.2.3    Alternative B – Proposed Action

The Proposed Action would treat 150,000 acres per decade in community protection areas (1-mile buffers around HUDs) in addition to current and historic fuels management of 2.65 million acres per decade employing all fuel treatments across all LUAs. The environmental consequences of this would likely have a greater public health benefits associated with air quality than the No Action Alternative because it treats more acres than the No Action Alternative. Further, this alternative would have greater public health benefits associated with air quality than Alternative C for the same reason, but less than Alternative D. However, treating more acres in community protection areas is not without risk to local communities as any increase in prescribed burning would increase the potential for localized, short-term smoke impacts.

### 3.7.2.4    Alternative C

The actions described under Alternative C would reduce the total number of acres treated in the NWFP area to half of the current levels. Treat 50% of current fuels and vegetation management relative to alternative A or 1.25 million acres per decade. Alternative C assumes a lower rate of mechanical fuels removal and consequently fewer wildland fire acres contributing to objectives. Alternative C offers the least probability of decreasing wildfire smoke, thus resulting in the greatest threat to public health.

### 3.7.2.5    Alternative D

Alternative D proposes to treat 900,000 acres per decade in and adjacent to community protection areas (1-mile buffers around HUDs), in addition to current and historic fuels management of 4.95 million acres per decade employing all fuel treatments across all LUAs. As such, Alternative D offers the greatest probability of decreasing wildfire smoke, which would have the greatest benefit to public health, within the NWFP area and beyond.

## 3.8   Issue 7 – Sustainability of Regional Communities

The Notice of Intent published for the NWFP amendment stated that development and implementation of the NWFP has had significant socioeconomic, cultural, workforce, and financial impacts on communities and publics. The NWFP has largely not achieved its timber production goals, which were the NWFP's primary criteria for supporting economies and community wellbeing. Impacts include not only timber-related employment, but also community and industry infrastructure, and community connection to management and conservation practices and activities. In addition, some social, economic, and ecological challenges currently facing communities were not anticipated by the NWFP. For example, communities are facing increasing risks from natural hazards (*e.g.*, wildland fire, flooding, debris flows) related to conditions on NFS lands. Growing recreational demand for federal forestlands in the NWFP area has helped some rural communities transition their economies away from dependence on the

wood products industry, but this benefit is not accessible to many other communities that have experienced challenging economic circumstances during the plan era.

This proposed amendment is in part designed to improve resistance and resilience to fire where needed and through restoration treatment support economic sustainability in communities affected by forest management in the NWFP area. The Notice of Intent also identified for the need to address environmental justice concerns and ensure tribal inclusion in developing and implementing plan direction in the NWFP. Incorporation of Indigenous Knowledge and tribal engagement is addressed in Section 3.2, *Issue 1 – Incorporation of Indigenous Knowledge and Increased Tribal Inclusion,* of this Draft EIS.

## 3.8.1   Affected Environment

### 3.8.1.1    Analysis Area

The analysis area for this section (*Sustainability of Regional Communities*) consists of the 72 counties shown Figure 3-5, with two exceptions (as discussed below). These 72 counties have comprised the NWFP monitoring region for social and economic resources since the first socioeconomic monitoring report was issued in 2006 (Charnley 2006).[16] This 72-county area is referred to as the "NWFP socioeconomic region" in the following section.[17] Socioeconomic monitoring of this 72-county region has been reported in four cycles: 10 years (Charnley 2006), 15 years (Grinspoon and Philips 2008), 20 years (Grinspoon et al. 2016), and, most recently, 25 years (Grinspoon, in press).[18] The 25-year monitoring report, referred to throughout this section as the "25-year report," covers the period from 1994 to 2018. Unless specified otherwise, the information presented in this section is reported for the 72-county NWFP socioeconomic region.

The two exceptions where a related but distinct set of counties is used for analysis are: (1) a sub-set of 54 of the 72 counties developed as part of the 25-year report; and (2) a set of 92 counties that augments the original 72 counties with additional counties in eastern Washington and Oregon, and the central Sierra Nevada region of California and Nevada, which is used for the economic contribution analysis.

The sub-set that includes 54 of the 72 counties is based on a new analytical framework developed to monitor social and economic trends in the 25-year report. This framework replaces the approach used in the 15-year and 20-year reports, which tracked demographic and economic trends across the NWFP socioeconomic region by grouping data into two broad categories of counties: metropolitan or nonmetropolitan, as designated by the U.S. Office of Management and Budget (OMB). The framework used in the 25-year report establishes a typology of counties based on federal forest land outputs and forest industry employment prior to the beginning of the NWFP era (1994) (Adams, in press [a]). Each of the 72 NWFP-socioeconomic region counties is placed into one of six groups based on the relative importance of four federal forest land

---

[16] These are essentially the same counties that were used for the affected environment in the economic analysis by the Forest Ecosystem Management Assessment Team (FEMAT) in 1993.

[17] This 72-county region –the "NWFP socioeconomic region"– is not the same as the "NWFP area" referenced elsewhere in this document, where the term "area" is used to refer specifically to the plan boundary.

[18] This report is anticipated to be published in 2024 but was still in press when this Draft EIS was prepared. The 25-year report consists of an Executive Summary and five chapters that are mostly cited separately in the following assessment, which also includes data originally compiled as part of the 25-year report.

management indicators (circa 1988) and two employment indicators (1990). The six groups are as follows:

- **None (18 counties)**: The 25-year plan analysis found these counties had no significant relationship to the federal forest lands variables used in the analysis, even in circa 1990. They were not monitored in the 25-year report.

- **Low (nine counties):** While forest products industry employment was extremely important in these counties, federal forest lands management was relatively unimportant, though not negligible. These counties are mainly rural in character; the largest population center is Eureka-Arcata, California, which had a population of about 50,000 in 2017.

- **Moderate (17 counties):** Both federal forest lands and industry employment were moderately important in these counties, most of which are in the Portland-Salem, Oregon, and Seattle-Tacoma, Washington, metropolitan regions.

- **High (11 counties):** Federal forest land indicators and industry employment were, on average, highly important in these counties. The counties in the group are geographically diverse; most share in common a location on the edge of the NWFP area. These counties include the cities of Bend and Corvallis, Oregon, and Wenatchee, Washington, but are otherwise mostly rural.

- **Very High (seven counties):** All but one of the counties in this group are in Oregon, with five located in the southwestern quadrant of the state. The primary unifying factor for this group of counties is the very high importance of revenue-sharing payments derived from federal timber sales.

- **Extremely High (10 counties):** Both federal forest lands and industry employment were extremely important in these counties; all 10 are non-metropolitan and most are rural. The largest population center is Roseburg, Oregon, which had a population of about 21,000 in 2017 (Adams and Grinspoon, in press).

The 72 counties that make up the NWFP socioeconomic region are listed and shown by typology group in Table 3-17 and Figure 3-6, respectively. The methodology used to develop this typology is described in detail in Adams (in press [a]). This typology is used to help organize data in the following assessment. Federal land payments and county vulnerability are, for example, described for the 54 counties that belong to one of the five groups "low" through "extremely high." This subset of 54 counties (referred to as the "54-county area" elsewhere in this section) is also used to describe population characteristics potentially indicative of communities with environmental justice concerns in the environmental justice discussion. Unless specified otherwise, the remaining information presented in aggregate or by state in this section is reported for all 72 counties in the NWFP socioeconomic region.

The economic contribution analysis prepared for this assessment uses a larger analysis area that consists of a total of 92 counties: the 72 counties that comprise the NWFP socioeconomic region plus 20 additional counties that are also economically connected to Forest Service management actions. The 72 counties in the NWFP socioeconomic region are listed in Table 3-17. The additional 20 counties are listed in Table 3-18. The additional area includes counties in Nevada, as well as California, Oregon, and Washington.

### 3.8.1.2    Methodology

The following assessment includes an economic contribution analysis that estimates employment and labor income attributable to the use of national forests in the NWFP socioeconomic region. Economic contributions are estimated using the Forest Economic Analysis Spreadsheet Tool (FEAST) which is based on economic multiplier coefficients obtained from the Impact Analysis for Planning (IMPLAN) model and software (USDA Forest Service 2023b). This analysis estimates economic contributions to a 92-county area that consists of the 72-county NWFP socioeconomic region (Figure 3-5, Table 3-17) plus 20 additional counties that are economically connected to forest management through hiring, the processing of resources and purchasing of related goods and services to support management (Table 3-18).

Economic contributions are estimated by examining the flow of economic activity resulting from agency spending, payments to local governments, the use of forest resources for forest products and grazing, and recreational activities. Forest product volumes used to estimate jobs supported include all 17 national forest units that are geographically located within the 72-county NWFP socioeconomic region.[19] Volumes from all 17 national forest units are included to reflect the complete economic contribution of forest products across the region. Jobs supported are the estimate of average annual full-time, part-time, temporary, and seasonal jobs. Estimated labor income is expressed as the sum of employee compensation (wages, salaries, and other benefits) and proprietary income (payments received by small business owners or self-employed workers). The following analysis evaluates the contribution of existing national forest use in this expanded NWFP region, as well as the changes in contribution associated with the action alternatives.

---

[19] These forest units include the 15 national forests that are included in the NWFP area and two additional units, the Lassen and Modoc National Forests. The Lassen and Modoc National Forests are both located in California, within the 72-county NWFP area, but are almost entirely outside the NWFP area. The 72-county NWFP socioeconomic region and NWFP area are shown on Figure 3-5. The 15 national forest units that fall within the NWFP boundary are identified in Table 3-20.



**Figure 3-5. The NWFP social and economic monitoring area**

**Table 3-17. List of counties in the NWFP socioeconomic region by typology group**

| 0 - None | 1 - Low | 2 - Moderate | 3 - High | 4 - Very High | 5 - Extremely High |
|---|---|---|---|---|---|
| Marin County, CA | Humboldt County, CA | Colusa County, CA | Glenn County, CA | Del Norte County, CA | Lassen County, CA |
| Napa County, CA | Mendocino County, CA | Lake County, CA | Benton County, OR | Coos County, OR | Modoc County, CA |
| Sonoma County, CA | Tehama County, CA | Shasta County, CA | Deschutes County, OR | Hood River County, OR | Siskiyou County, CA |
| Sutter County, CA | Columbia County, OR | Clackamas County, OR | Tillamook County, OR | Jackson County, OR | Trinity County, CA |
| Yolo County, CA | Jefferson County, OR | Marion County, OR | Wasco County, OR | Lane County, OR | Crook County, OR |
| Clatsop County, OR | Clallam County, WA | Multnomah County, OR | Chelan County, WA | Lincoln County, OR | Curry County, OR |
| Sherman County, OR | Cowlitz County, WA | Polk County, OR | Jefferson County, WA | Linn County, OR | Douglas County, OR |
| Adams County, WA | Grays Harbor County, WA | WA County, OR | Kittitas County, WA | – | Josephine County, OR |
| Benton County, WA | Mason County, WA | Yamhill County, OR | Klickitat County, WA | – | Klamath County, OR |
| Douglas County, WA | – | Clark County, WA | Lewis County, WA | – | Skamania County, WA |
| Franklin County, WA | – | King County, WA | Okanogan County, WA | – | – |
| Grant County, WA | – | Pierce County, WA | – | – | – |
| Island County, WA | – | Skagit County, WA | – | – | – |
| Kitsap County, WA | – | Snohomish County, WA | – | – | – |
| Pacific County, WA | – | Thurston County, WA | – | – | – |
| San Juan County, WA | – | Whatcom County, WA | – | – | – |
| Wahkiakum County, WA | – | Yakima County, WA | – | – | – |
| Walla Walla County, WA | – | – | – | – | – |

Source: Adams, in press [a]

**Table 3-18. Additional counties included in the economic contribution analysis**

| California | Nevada | Oregon | Washington |
|---|---|---|---|
| Butte County, California | Humboldt County, Nevada | Gilliam County, Oregon | Ferry County, Washington |
| Nevada County, California | Pershing County, Nevada | Harney County, Oregon | Lincoln County, Washington |
| Placer County, California | Washoe County, Nevada | Lake County, Oregon | Stevens County, Washington |
| Plumas County, California | – | Morrow County, Oregon | – |
| Sierra County, California | – | Umatilla County, Oregon | – |
| Solano County, California | – | Union County, Oregon | – |
| Yuba County, California | – | Wheeler County, Oregon | – |



**Figure 3-6. Typology of counties in the NWFP socioeconomic region**

Total contributions estimated by the FEAST model consist of direct and secondary contributions. Secondary contributions are estimated by multiplying direct spending (associated with uses on national forests) by regional economic multipliers. Secondary contributions include both indirect and induced contribution types. These contribution types may be summarized as follows:

- *Direct* contributions come from economic activity associated with Forest Service programs and management activities. These direct contributions generate economic activity elsewhere in the local economy through the multiplier effect, as initial changes in demand "ripple" through the local economy and generate secondary (indirect and induced) contributions,

- *Indirect* contributions are generated by expenditures on goods and services by suppliers who provide goods and services to the identified forest use. Indirect effects are often referred to as "supply-chain" impacts because they involve interactions among businesses.

- *Induced* contributions are generated by the spending of households associated either directly or indirectly with the identified forest use. Workers directly supported by the activity will use their income to purchase groceries and other household goods and services. Workers at businesses that are indirectly supported will do the same. Induced effects are also referred to as "consumption-driven" impacts.

The results of the following analysis can be a useful indicator and important to agency leadership, constituents, partners, and the public. However, jobs and income represent only a portion of the full economic and social contributions of forest management. The economic contribution analysis considers only the market transactions that result from activities on the forests. Numerous non-market, social, and economic values exist on national forests and these other values are not captured in the economic contribution analysis. Therefore, this analysis alone should not be interpreted as a representation of the total economic value derived from the national forests in the expanded 92-county NWFP region used for this analysis.

### 3.8.1.3    Regional Context

## Population

The NWFP socioeconomic region had a total population of almost 13 million people in 2020, with slightly more than half this total (54 percent) in Washington, 31 percent in Oregon, and 15 percent in California. The relatively high share of the population in Washington reflects the presence of Seattle. King, Pierce, and Snohomish Counties together accounted for almost one-third (31 percent) of the total population in 2020. From 1980 to 2020, total population increased by 75 percent, almost 5.6 million people (Table 3-19). Almost two-thirds (60 percent) of this growth occurred in the Washington counties, with Oregon and California accounting for 28 percent and 12 percent of the total, respectively.

**Table 3-19. Population in NWFP socioeconomic region counties by state, 1980 to 2020**

| State[1,2] | 1980 | 1990 | 2000 | 2010 | 2020 |
|---|---|---|---|---|---|
| California | 1,287 | 1,540 | 1,742 | 1,878 | 1,930 |
| Oregon | 2,465 | 2,678 | 3,233 | 3,638 | 4,037 |
| Washington | 3,674 | 4,388 | 5,339 | 6,106 | 7,013 |
| **Total** | **7,426** | **8,606** | **10,314** | **11,621** | **12,979** |
| | Percent Change | | | | |
| State | 1980-1990 | 1990-2000 | 2000-2010 | 2010-2020 | 1980-2020 |
| California | 19.6% | 13.1% | 7.8% | 2.8% | 49.9% |
| Oregon | 8.7% | 20.7% | 12.5% | 11.0% | 63.8% |
| Washington | 19.4% | 21.7% | 14.4% | 14.8% | 90.9% |
| **Total** | **15.9%** | **19.9%** | **12.7%** | **11.7%** | **74.8%** |

Notes:
1/ Population numbers are shown in thousands.
2/ Data are for the counties in the NWFP socioeconomic region organized by state; they are not statewide totals.
Sources: California Department of Finance 2021, Oregon Office of Economic Analysis 2024, U.S. Census Bureau 2020, Washington Office of Financial Management 2024

These population data are also presented by typology group in Table 3-20 and Figure 3-7. The 17 counties in the "moderate" group accounted for almost two-thirds (62 percent) of the population in the NWFP socioeconomic region in 2020. These 17 counties are mostly metropolitan in character and include the largest population centers in the area, including the cities of Seattle, Tacoma, and Everett in Washington and Portland, Oregon. The 18 counties that were not carried forward in the 25-year report (the "none" group) accounted for 17 percent of the 2020 population total. The other four county groups ("low", "high", "very high", and "extremely high") each accounted for less than 10 percent of the total, reflecting their mostly nonmetropolitan and rural character.  Viewed by typology group, the "moderate" group saw the largest relative increase in population from 1980 to 2020, with a net increase of 89 percent. Population increases were more modest in other typology groups over this period, ranging from 30 percent to 78 percent in the "extremely high" and "high" groups, respectively (Table 3-20).

**Table 3-20. Population by typology group, 1980 to 2020**

| Typology Group[1] | 1980 | 1990 | 2000 | 2010 | 2020 |
|---|---|---|---|---|---|
| None | 1,318 | 1,545 | 1,828 | 2,036 | 2,185 |
| Low | 490 | 541 | 605 | 664 | 700 |
| Moderate | 4,274 | 5,086 | 6,206 | 7,073 | 8,080 |
| High | 383 | 423 | 522 | 602 | 682 |
| Very high | 631 | 660 | 763 | 832 | 902 |
| Extremely high | 332 | 351 | 391 | 414 | 430 |
| **Total** | **7,426** | **8,606** | **10,314** | **11,621** | **12,979** |
| | Percent Change | | | | |
| Typology Group | 1980-1990 | 1990-2000 | 2000-2010 | 2010-2020 | 1980-2020 |
| None | 17.3% | 18.3% | 11.3% | 7.3% | 65.8% |
| Low | 10.4% | 11.8% | 9.8% | 5.4% | 42.9% |
| Moderate | 19.0% | 22.0% | 14.0% | 14.2% | 89.1% |
| High | 10.3% | 23.4% | 15.4% | 13.3% | 78.1% |
| Very high | 4.7% | 15.5% | 9.1% | 8.4% | 43.0% |
| Extremely high | 5.7% | 11.4% | 6.1% | 3.8% | 29.7% |
| **Total** | **15.9%** | **19.9%** | **12.7%** | **11.7%** | **74.8%** |

Note:
1/ Population numbers are shown in thousands.
Sources: California Department of Finance 2021, Oregon Office of Economic Analysis 2024, U.S. Census Bureau 2020, Washington Office of Financial Management 2024



**Figure 3-7. Population by typology group, 1980 to 2020**

## Employment

Total annual covered employment and average annual wages for the NWFP socioeconomic region for 1975 to 2023 are shown in Figure 3-8. Wage data are presented in 2023 dollars. These data are from the U.S. Bureau of Labor Statistics Quarterly Census of Employment and Wages (QCEW). Originally compiled for the 25-year report, these data are extended here to also include more recent years (2018 to 2023). Total covered employment increased almost threefold from 1975 to 2023, with a total of 5.9 million jobs in 2023 compared to 2.0 million in 1975. Adjusted for inflation and presented in 2023 dollars, average annual wages have generally trended upward, ranging from a low of $51,200 in 1989 to $83,700 in 2021, with an annual average of $60,800 from 1975 to 2023 (Figure 3-8).



**Figure 3-8. Total covered employment and average annual wages, 1975 to 2023**

### 3.8.1.4    *National Forest Regional Economic Contributions*

Contributing to community well-being by providing a broad range of economic opportunities for national forest communities is consistent with the USDA strategic goal to expand opportunities for economic development and improve quality of life in rural and tribal communities (USDA 2022). However, national forest management alone cannot ensure community stability. Market conditions and changes outside the control of forest management influence employment in the forest products, agricultural, and recreation industries (Charnley et al. 2018a, Grinspoon, in press).[20]

While national forests are not the sole factor determining economic well-being, they do make socioeconomic contributions to communities. This economic contribution analysis estimates the role of Forest Service resources, uses, and management activities in supporting employment and income in the NWFP socioeconomic region. These contributions establish a baseline using forest financial and resource data from 2021 (the most recent year available) to characterize forest management and activities.

The 92-county study area used to assess economic contributions has a very large and diverse economy, with an estimated total of 8.4 million jobs and $670 billion in labor income in 2021 (IMPLAN 2021). According to IMPLAN, in 2021 the five largest sectors in this area in terms of employment were health and social services; local, state, and federal government; retail trade; professional, scientific, and professional occupations; and accommodation and food services.

National forests contribute a relatively small share of the overall economic activity across the 92-county study area. Table 3-21 shows that in 2021 the identified Forest Service program areas supported an estimated 26,500 jobs and $1.7 billion in labor income. The extraction and consumption of forest products (for example, timber and forage for grazing), recreation visitors, and agency operations (for example, agency salaries and equipment use) all contribute to employment and income in communities. Employment and labor income estimates are presented as annual averages. Employment estimates consist of full-time, part-time, temporary, and seasonal workers.

Viewed in terms of total jobs supported, recreation visitation is the largest contributor to the regional economy, supporting an estimated 12,551 jobs, followed by agency operations (7,070 jobs), and forest products (5,091 jobs) (Table 3-21). Agency operations is the largest contributor in terms of labor income, supporting a slightly larger estimated total than recreation visitation ($628.7 million compared to $628.3 million), despite supporting fewer jobs. Annual labor income per total job ranged from just $17,517 for livestock grazing to $88,925 for forest products. These averages include labor income for both direct and secondary jobs supported by each program area.

---

[20] The Forest Service published the General Technical Report PNW-GTR-966: Synthesis of Science to Inform Land Management Within the Northwest Forest Plan Area in 2018. Chapter 8: Socioeconomic Well-Being and Forest Management in Northwest Forest Plan Area Communities provides a comprehensive synthesis of findings from NWFP monitoring and scientific research that addresses the relationship between federal forest management and socioeconomic well-being (Charnley 2018a). The following assessment reports findings from this synthesis. Often the information cited is drawn from other studies and references that are discussed in more detail in Charnley (2018a).

**Table 3-21. Estimated annual employment and labor income by program area, 2021**

| Program Area | Direct Employment (Jobs) [1] | Indirect and induced Employment (Jobs) | Total Employment (Jobs) | Direct Labor Income ($ million) [1] | Indirect and induced Labor Income ($ million) | Total Labor Income ($ million) |
|---|---|---|---|---|---|---|
| Forest Products | 2,280 | 2,811 | 5,091 | $179.7 | $177.1 | $356.9 |
| Agency Operations | 4,898 | 2,172 | 7,070 | $479.2 | $149.5 | $628.7 |
| Payments to Local Governments | 654 | 283 | 937 | $54.4 | $19.9 | $74.3 |
| Recreation Visitors | 9,076 | 3,475 | 12,551 | $377.9 | $250.4 | $628.3 |
| Livestock Grazing | 614 | 237 | 851 | $2.9 | $12.0 | $14.9 |
| **Total Supported** | **17,522** | **8,976** | **26,499** | **$1,094** | **$609** | **$1,703** |

Note:
1/ Employment and labor income estimates are presented as annual averages. Employment estimates consist of full-time, part-time, temporary, and seasonal workers.
Source: USDA Forest Service 2024e

These estimates are for the 92-county study area. Viewed in terms of the overall regional economy, these contributions represent a small share of total economic activity. However, these jobs are not distributed evenly across the region and may be important to smaller, rural communities that have less diverse economies and fewer economic opportunities than communities with larger populations. The following sections provide more detail on each of these program areas as follows:

- Forest products (Section 3.8.1.5, Forest Products)
- Agency operations (Section 3.8.1.6, Federal Agency Employees)
- Payments to local governments (Section 3.8.1.7, Federal Land Payments)
- Recreation visitors (Section 3.8.1.8, Recreation)
- Livestock grazing (Section 3.8.1.9, Livestock Grazing).

### 3.8.1.5   Forest Products

#### Timber Harvest

Timber harvest by ownership is presented for the NWFP socioeconomic region for 1982 through 2022 in Figure 3-9. Harvest peaked during this period in 1988. Total harvest in that year was 16.9 billion board feet (BBF) with federal lands accounting for 39 percent (6.6 BBF) of the total. Data compiled as part of the 25-year report indicate that viewed over a longer time frame (1978 to 2017) federal timber harvest volumes in the mid- to late-1980s were unusually high, reaching levels not previously seen since 1973 (Adams and Grinspoon, in press). Federal harvest levels dropped sharply in the early 1990s. By 1994, federal harvest volumes had fallen to 848 million board feet (MMBF), which was equivalent to just 13 percent of the federal total in 1988. Federal harvest accounted for 10 percent of total harvest in 1994, down from 39 percent in 1988.

Although less apparent in Figure 3-9, state and private harvest during the period from 1982 to 2022 also peaked in the late 1980s, with total harvest of 10.6 BBF in 1989.



Notes:
1/ Data for 1982 to 2017 were compiled as part of the 25-year report from annual harvest tax receipts from the responsible state agencies. Data for 2018 to 2022 were compiled for this EIS from the University of Montana Bureau of Business and Economic Research's (BBER's) Harvest by County tool.
2/ The federal category from 2018 to 2022 consists of two ownerships as reported by BBER: Forest Service, and BLM & Other Public. Other Public in this context includes harvest from county and municipal lands. Comparison of the two sources of data -- annual harvest tax receipts vs. BBER – for 2002 through 2017 suggests that the inclusion of Other Public in the BBER data results in higher numbers in the federal category. As a result, the data for 2018 to 2022 likely overstate the federal share of total timber harvest.

**Figure 3-9. Timber harvest by ownership in the NWFP socioeconomic region, 1982 to 2022**

Commercially productive forests and NFS lands are not evenly distributed across the NWFP area. There are approximately 22.1 million acres of NFS lands in the NWFP area. Viewed by state, Oregon accounts for the largest share (43 percent, 9.6 million acres), followed by Washington (32 percent, 7.1 million acres), and California (25 percent, 5.4 million acres). Much of the federal harvest in the middle to late 1980s was concentrated in Oregon, which accounted for almost two-thirds (64 percent) of the federal total in 1988 (Figure 3-10). Two Oregon counties (Douglas and Lane), alone, accounted for more than one quarter (27.5 percent) of total federal harvest in 1988, each accounting for about 14 percent (900 MMBF) of the total. Viewed by state, federal harvest rates did, however, decrease at broadly similar rates in the early 1990s, with 1994 totals ranging from 12 percent (Oregon and Washington) to 18 percent (California) of the corresponding peak volumes in 1988 (Figure 3-10).



**Figure 3-10. Federal timber harvest by state in the NWFP socioeconomic region, 1985 to 2022**

From 1994 to 2022, federal harvest averaged 563 MMBF per year, ranging from a low of 165 MMBF in 2001 to a high of 886 in 1996. Federal harvest on average accounted for just 7.8 percent of total annual timber harvest on all lands in the NWFP socioeconomic region over this period, ranging from 2.3 percent of the total in 2001 to 12.0 percent in 2019. The decline in federal harvest volume since the 1980s has also been accompanied by a shift in harvest methods. Harvest on NFS lands has shifted from primarily clear cutting in the 1980s and early 1990s to mainly commercial thinning since 1994 (USDA Forest Service 2020). Much of the more recent federal timber log supply in the NWFP socioeconomic region, especially in Oregon, comes from thinning harvests in plantations that are less than 80 years of age (Charnley et al. 2018a).

Total annual harvest from all lands in the NWFP socioeconomic region has fluctuated since 1994, ranging from a low of 5 BBF during the recession in 2009 to 8.9 BBF in 1995. From 1994 to 2022, State and private harvest, which on average accounted for about 92 percent of all harvest, followed similar patterns, with total and state and private volumes generally trending downward (Figure 3-11).

Following passage of the NWFP, federal timber harvest in the NWFP socioeconomic region has continued to be concentrated in Oregon, with Oregon's share of total federal harvest ranging from 59 percent (1994) to 79 percent (2014). Over the last decade (2013 to 2022), Oregon's share has averaged 491 MMBF, or 73 percent of total annual federal harvest in the NWFP socioeconomic region (Figure 3-12). Average annual federal harvest over this period is shown by county for the NWFP socioeconomic region in Figure 3-13.



Note:

1/ Total harvest consists of harvest from all land ownerships in the NWFP socioeconomic region, including federal, state, and private lands,

**Figure 3-11. State and private and total timber harvest in the NWFP socioeconomic region, 1994 to 2022**



**Figure 3-12. Federal timber harvest by state in the NWFP socioeconomic region, 1994 to 2022**

*Draft Environmental Impact Statement*                    *Northwest Forest Plan Amendment*



**Figure 3-13. Average annual timber harvest from federal lands by NWFP-socioeconomic-region county, 2013 to 2024**

Viewed by region in Oregon, annual harvest from all lands has declined in both the Westside and Eastside regions since the early 1990s, but Eastside counties experienced the largest decline, mainly due to reductions in federal harvest (Simmons et al. 2021).[21] Federal harvest also declined on the Westside but was partially offset by harvest from privately and state-owned lands. Federal forests account for 70 percent of all forest land on the Eastside, leaving relatively small amounts of private or state forest land to offset federal harvest reductions (Simmons et al. 2021).

Harvest from all ownerships over the last decade (2013 to 2022) in the NWFP socioeconomic region in Oregon has been concentrated in Westside counties, which accounted for 95 percent of the total, with the remaining 5 percent coming from Eastside counties. The share of federal harvest coming from Eastside counties over this period was higher, 15 percent compared to 5 percent, and federal harvest accounted for almost half (45 percent) of total Eastside volumes, compared to 13 percent for the Westside counties.

Statewide, 77.6 percent of estimated standing timber volumes in Oregon in 2017 were in Westside counties, with 12.6 percent and 9.8 percent in the Central and Blue Mountains regions, respectively (Simmons et al. 2021).[22]

*Probable Sale Quantity*

One of the methods that the Forest Service uses to calculate timber production for land management plans is the allowable sale quantity (ASQ), which is the quantity of timber that may be sold from lands identified as suitable for timber production. The NWFP uses a related, but slightly different measure, probable sale quantity (PSQ), to describe timber production. PSQ describes harvest levels that can be maintained without a decline over the long term and represents the anticipated average annual flow of timber over a 10-year period. The use of the term "probable" rather than "allowable" reflects some uncertainty related to alternative Plan calculations, but the PSQ is otherwise comparable to the ASQ (Grinspoon et al. 2015). The current PSQ for the NWFP area for NFS and BLM-administered lands combined is 805 MMBF.

The NWFP identified Matrix lands and AMAs as being suitable for producing a sustainable timber supply and, as a result, only timber produced from these locations counts toward PSQ volume. While harvest from other areas, including LSRs, riparian reserves, and administratively withdrawn areas, contributes to the total volume offered for sale and to local socioeconomic well-being, these volumes do not count toward the PSQ (Borchers et al., in press, Charnley et al. 2018a).

Since the adoption of the NWFP, harvest west of the Cascades in Matrix lands has mostly occurred in existing plantations that have younger, smaller trees, with commercial thinning often applied to stands younger than 80 years. This focus on younger trees and selective harvest has been attributed to the limited social acceptability of harvesting old-growth and large diameter trees and clearcutting (Charnley et al. 2018a). This emphasis contrasts with the original PSQ

---

[21] Oregon is typically divided into two broad wood-producing regions: the Westside, which contains all counties west of the crest of the Cascade Range; and the Eastside, which consists of all the remaining counties east of the crest (Simmons et al. 2021).

[22] Simmons et al. (2021) divide the state into four resource areas: northwest and southwest on the Westside, and the Central and Blue Mountains regions on the Eastside. The Eastside Oregon counties included in the NWFP area are all located in the Central region, as defined by Simmons et al. (2021).

calculation, which assumed that volumes produced in the matrix would primarily come from stands older than 80 years (Charnley et al. 2018a, Grinspoon et al. 2016).

*Volume Sold by National Forest*

The current PSQ for the NWFP area for NFS and BLM-administered lands combined is 805 MMBF, as noted above. The portion allocated to NFS lands is currently 607 MMBF. Figure 3-14 compares annual volume sold on NFS lands by state with the PSQ for NFS lands. These data were compiled by National Forest from the Region 5 and Region 6 cut and sold reports.[23],[24] NFS lands in Oregon on average accounted for 57 percent of annual volume sold on NFS lands in the NWFP area from 1994 to 2003.



**Figure 3-14. NWFP PSQ and timber volume sold on NFS lands in the NWFP area by state, 1994 to 2023**

The data presented in Table 3-22 indicate that the volume sold on NFS lands has failed to meet the applicable PSQ (currently 607 MMBF) since passage of the NWFP in 1994. Annual volume sold since 2001 (when the PSQ was adjusted to its current value) as a share of the PSQ for NFS lands ranged from 25 percent (149 MMBF) in 2001 to 86 percent (524 MMBF) in 2020. Over the past decade (2014 to 2023), annual volume sold on NFS lands in the NWFP area has averaged 445 MMBF, which is equivalent to 73 percent of the current PSQ. Oregon's share of volume sold over this period averaged 241 MMBF, 54 percent of total volume sold on NFS lands in the NWFP area. Meeting the PSQ (607 MMBF) on NFS lands over the past decade would have required that on average an additional 162 MMBF would be sold, which is equivalent to approximately 2.3 percent of the existing average harvest from all lands (7.1 BBF) over this period.

---

[23] The cut and sold reports are available online at: https://www.fs.usda.gov/forestmanagement/products/cut-sold/index.shtml.

[24] The following discussion reports volume sold, rather than volume cut, because volume sold represents the actual volume awarded that could count toward the PSQ. Volume cut reports the amount that is actually removed from the forest.

**Table 3-22. Annual volume sold by national forest in the NWFP area, 1994 to 2023 (MMBF)**

| State and National Forest | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **California** | | | | | | | | | | | | | | | | | |
| Klamath National Forest | 24 | 26 | 40 | 52 | 30 | 31 | 3 | 24 | 24 | 12 | 14 | 28 | 22 | 25 | 20 | 51 | 37 |
| Mendocino National Forest | 1 | 4 | 7 | 19 | 18 | 13 | 3 | 4 | 1 | 3 | 1 | 5 | 6 | 5 | 3 | 11 | 7 |
| Shasta-Trinity National Forest | 20 | 30 | 53 | 58 | 87 | 59 | 4 | 25 | 39 | 47 | 44 | 63 | 38 | 68 | 18 | 4 | 15 |
| Six Rivers National Forest | 3 | 4 | 10 | 19 | 15 | 12 | 3 | 2 | 2 | 5 | 4 | 7 | 8 | 9 | 8 | 38 | 73 |
| **Subtotal** | **48** | **64** | **109** | **147** | **149** | **114** | **13** | **55** | **66** | **67** | **64** | **103** | **74** | **107** | **49** | **103** | **132** |
| **Oregon** | | | | | | | | | | | | | | | | | |
| Deschutes National Forest | 35 | 29 | 39 | 48 | 20 | 24 | 19 | 18 | 31 | 20 | 24 | 49 | 16 | 21 | 19 | 24 | 23 |
| Fremont-Winema National Forest | 0 | 15 | 30 | 40 | 2 | 7 | 8 | 2 | 1 | 1 | 8 | 1 | 4 | 10 | 9 | 9 | 8 |
| Mt. Hood National Forest | 49 | 22 | 48 | 103 | 43 | 40 | 10 | 2 | 14 | 40 | 14 | 9 | 36 | 24 | 25 | 34 | 41 |
| Rogue River-Siskiyou National Forest | 26 | 45 | 69 | 53 | 29 | 29 | 2 | 8 | 20 | 19 | 48 | 58 | 48 | 42 | 63 | 55 | 26 |
| Siuslaw National Forest | 6 | 1 | 26 | 37 | 23 | 11 | 2 | 6 | 28 | 14 | 33 | 30 | 31 | 41 | 44 | 40 | 43 |
| Umpqua National Forest | 21 | 13 | 58 | 58 | 44 | 32 | 0 | 1 | 0 | 11 | 20 | 17 | 64 | 44 | 53 | 42 | 29 |
| Willamette National Forest | 39 | 11 | 125 | 72 | 87 | 34 | 2 | 18 | 59 | 85 | 48 | 39 | 75 | 61 | 72 | 71 | 73 |
| **Subtotal** | **176** | **135** | **395** | **411** | **247** | **179** | **44** | **54** | **153** | **190** | **195** | **204** | **274** | **244** | **285** | **275** | **242** |
| **Washington** | | | | | | | | | | | | | | | | | |
| Gifford Pinchot National Forest | 6 | 12 | 49 | 58 | 33 | 3 | 3 | 2 | 1 | 27 | 10 | 8 | 15 | 40 | 11 | 17 | 11 |
| Mt. Baker/Snoqualmie National Forest | 8 | 6 | 28 | 12 | 12 | 0 | 0 | 8 | 0 | 0 | 12 | 7 | 0 | 13 | 2 | 9 | 16 |
| Okanogan-Wenatchee National Forest | 0 | 9 | 5 | 12 | 0 | 1 | 31 | 30 | 0 | 20 | 31 | 41 | 32 | 42 | 46 | 38 | 38 |
| Olympic National Forest | 14 | 3 | 18 | 9 | 12 | 8 | 1 | 1 | 12 | 12 | 21 | 19 | 9 | 24 | 5 | 37 | 17 |
| **Subtotal** | **28** | **30** | **100** | **91** | **58** | **12** | **35** | **41** | **14** | **59** | **74** | **74** | **56** | **118** | **63** | **101** | **81** |
| **NWFP Area Total** | **252** | **229** | **604** | **650** | **454** | **305** | **91** | **149** | **233** | **316** | **333** | **381** | **404** | **470** | **397** | **479** | **456** |
| PSQ | 818 | 736 | 736 | 736 | 736 | 684 | 684 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 |
| **Harvest as a Percent of PSQ** | **31%** | **31%** | **82%** | **88%** | **62%** | **45%** | **13%** | **25%** | **38%** | **52%** | **55%** | **63%** | **67%** | **77%** | **65%** | **79%** | **75%** |

Table 3-22. Annual Volume Sold by National Forest in the NWFP Area, 1994 to 2023 (continued)

| State and National Forest | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 1994–2023 AVG | 2014–2023 AVG | MIN | MAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **California** | | | | | | | | | | | | | | | | | |
| Klamath National Forest | 34 | 31 | 31 | 18 | 36 | 75 | 24 | 46 | 45 | 47 | 16 | 42 | 43 | 32 | 39 | 3 | 75 |
| Mendocino National Forest | 1 | 5 | 13 | 1 | 1 | 1 | 1 | 6 | 6 | 20 | 0.2 | 0.1 | 6 | 6 | 4 | 0 | 20 |
| Shasta-Trinity National Forest | 23 | 23 | 20 | 25 | 24 | 20 | 38 | 37 | 46 | 37 | 29 | 49 | 51 | 34 | 30 | 4 | 87 |
| Six Rivers National Forest | 35 | 37 | 53 | 29 | 43 | 26 | 25 | 31 | 10 | 10 | 15 | 10 | 35 | 21 | 29 | 2 | 73 |
| **Subtotal** | **93** | **97** | **117** | **74** | **103** | **122** | **87** | **120** | **107** | **113** | **60** | **101** | **134** | **93** | **102** | **13** | **149** |
| **Oregon** | | | | | | | | | | | | | | | | | |
| Deschutes National Forest | 22 | 26 | 26 | 25 | 21 | 20 | 21 | 9 | 9 | 21 | 31 | 20 | 13 | 24 | 19 | 9 | 49 |
| Fremont-Winema National Forest | 9 | 33 | 28 | 30 | 35 | 17 | 5 | 8 | 21 | 36 | 31 | 52 | 77 | 18 | 31 | 0 | 77 |
| Mt. Hood National Forest | 33 | 39 | 35 | 33 | 29 | 38 | 30 | 35 | 36 | 25 | 19 | 8 | 33 | 32 | 29 | 2 | 103 |
| Rogue River-Siskiyou National Forest | 40 | 36 | 32 | 15 | 40 | 27 | 33 | 36 | 28 | 43 | 27 | 16 | 12 | 34 | 28 | 2 | 69 |
| Siuslaw National Forest | 37 | 43 | 45 | 42 | 42 | 32 | 41 | 41 | 41 | 43 | 42 | 40 | 47 | 32 | 41 | 1 | 47 |
| Umpqua National Forest | 47 | 47 | 33 | 27 | 20 | 31 | 12 | 26 | 19 | 31 | 35 | 31 | 28 | 30 | 26 | 0 | 64 |
| Willamette National Forest | 62 | 74 | 85 | 80 | 77 | 83 | 79 | 71 | 104 | 82 | 32 | 36 | 32 | 62 | 68 | 2 | 125 |
| **Subtotal** | **248** | **298** | **283** | **252** | **263** | **248** | **220** | **226** | **258** | **281** | **216** | **203** | **241** | **231** | **241** | **44** | **411** |
| **Washington** | | | | | | | | | | | | | | | | | |
| Gifford Pinchot National Forest | 25 | 33 | 33 | 35 | 39 | 33 | 21 | 50 | 87 | 51 | 55 | 39 | 40 | 28 | 45 | 1 | 87 |
| Mt. Baker/Snoqualmie National Forest | 7 | 3 | 13 | 12 | 12 | 2 | 3 | 1 | 37 | 19 | 11 | 4 | 16 | 9 | 12 | 0 | 37 |
| Okanogan-Wenatchee National Forest | 33 | 25 | 40 | 28 | 18 | 19 | 34 | 8 | 6 | 26 | 18 | 4 | 53 | 23 | 21 | 0 | 53 |
| Olympic National Forest | 20 | 25 | 26 | 13 | 38 | 28 | 31 | 30 | 3 | 34 | 33 | 8 | 20 | 18 | 24 | 1 | 38 |
| **Subtotal** | **85** | **86** | **111** | **89** | **106** | **81** | **88** | **89** | **133** | **130** | **117** | **55** | **129** | **78** | **102** | **12** | **133** |
| **NWFP Area Total** | **426** | **481** | **511** | **414** | **473** | **451** | **396** | **434** | **498** | **524** | **393** | **360** | **504** | **402** | **445** | **91** | **650** |
| PSQ | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 736 |
| **Harvest as a Percent of PSQ** | **70%** | **79%** | **84%** | **68%** | **78%** | **74%** | **65%** | **71%** | **82%** | **86%** | **65%** | **59%** | **83%** | **66%** | **73%** | **15%** | **88%** |

Notes:
MMBF = million board feet; NWFP = Northwest Forest Plan; PSQ = probable sale quantity
1/ Data are sold volumes compiled from the quarterly Forest Products Cut and Sold Reports for Regions 5 and 6 (https://www.fs.usda.gov/forestmanagement/products/cut-sold/index.shtml)
2/ The Deschutes and Fremont-Winema National Forests, both located in Oregon, and the Okanogan-Wenatchee National Forest in Washington are partially within the NWFP area. Data for these forests are provided only for the share of harvest on "owl" lands, as indicated in the source reports. Data from "non-owl" lands are excluded.

Table 3-22 presents annual volume sold totals for 1994 to 2023 by national forest and also identifies the range (low and high) and average annual volumes for each Forest. Annual average volumes over this period ranged from less than 10 MMBF per year on the Mendocino and Mt. Baker-Snoqualmie National Forests in California and Washington, respectively, to 62 MMBF on the Willamette National Forest in Oregon (Table 3-22).

## Employment and Income

Figure 3-15 presents annual employment and average annual wages in the wood products sector for the past 49 years (1975 to 2023). Wage data are presented in 2023 dollars. These data are from the U.S. Bureau of Labor Statistics QCEW. Originally compiled for the 25-year report, these data are extended here to also include more recent years (2018 to 2023).



Note:

1/ The sharp decline in employment shown for 2001 is the result of a change in reporting from SIC to NAICS and subsequent data gaps. Data prior to 2001 include logging and manufacturing employment. From 2001 on, data are for wood products manufacturing only.

**Figure 3-15. Wood products employment and average annual wages, 1975 to 2023**

These data are indicative of long-term trends in wood products employment and income in the NWFP socioeconomic region, with the following caveats. The sharp drop in employment in 2001 represents the change in the U.S. industrial classification system from the Standard Industrial Classification (SIC) to the North American Industrial Classification System (NAICS), rather than a dramatic decline in jobs. Prior to 2001, employment and wage data in the chart include both logging and manufacturing employment. From 2001 on, logging and related forestry support jobs are captured in a separate data series not shown here. In addition, there are substantial gaps in the post-2001 data for wood products manufacturing employment and wages due to confidentiality protocols and, as a result, the trend line captures less than 100 percent of the regional employment and earnings in this sector. Finally, QCEW data measure employment and wages in industries covered by unemployment insurance and do not include self-employed or contract

workers, who do not pay into state unemployment insurance pools. This suggests that the data for logging (included in the trend line from 1975 to 2000), likely undercounts employment in this sector, where many workers operate as sole proprietors or family partnerships.

Wood products employment in the NWFP socioeconomic region peaked in 1978 with a total of 161,625 jobs. By 1982 this number had dropped to approximately 104,000 jobs (a 31 percent decrease), largely as a result of a nationwide recession. Employment rebounded somewhat from 1983 to 1988, but total employment was still about 20 percent lower in 1988 than a decade earlier. From 1988 the number of jobs declined, with job loss more rapid in the "litigation era" (1989 to 1993) than in the period following passage of the NWFP.[25] By 2000, the number of wood products jobs (logging and manufacturing) had dropped to 88,900, approximately 60 percent of the 1988 peak. Wood products manufacturing employment has continued to decline since 2001, dropping from 51,400 in 2001 to a low of 30,900 in 2012.

Employment in wood products manufacturing has remained fairly consistent over the past decade (2014 to 2023), averaging approximately 34,300 jobs (Figure 3-15). Viewed as a share of total covered employment in the NWFP socioeconomic region, wood products jobs (logging and manufacturing) dropped from a peak of 7.7 percent in 1976 to 2.1 percent in 2000. From 2001 to 2023, wood products manufacturing jobs (excluding logging) as a share of total covered employment dropped from 1.3 percent in 2001 to 0.7 percent in 2011 and has remained at approximately 0.7 percent for the last decade (2014 to 2023).

Adjusted for inflation and presented in 2023 dollars, average annual wood products wages (logging and manufacturing) also peaked in 1978 at $77,400. Wages subsequently dropped to approximately $58,900 in 1991 and have fluctuated since, but generally trended upward since 2008 (Figure 3-15). The average annual wood products manufacturing salary in 2023 was approximately $69,000.

Viewed in terms of the county typology , one of the most significant socioeconomic themes from the 25-year report is the finding that a higher dependence on wood products wages in the 1970s is strongly correlated with very low total job growth in all sectors – not just wood products – since (through 2017).[26] In the low and extremely high typology groups, where 22 percent and 26 percent of all earned wages in 1978 were from wood products, the numbers of reported total jobs in 2017 were 25 percent to 35 percent higher, representing annual job gains of less than 1 percent in both cases. Elsewhere, in the moderate and high typology groups, where wood products accounted for a much smaller share of all earned wages in 1978, total employment more than doubled from 1978 to 2017 (Adams 2024).

### Local Employment

Job availability and individual income are key factors in assessing the social and economic health of communities. Interviews conducted for both the 10-year and 25-year socioeconomic monitoring reports revealed that community leaders often reported a decline in well-being, largely due to the loss of family-wage blue-collar jobs that robustly supported local populations from the 1950s through the 1970s. This decline was frequently summarized by the sentiment that

---

[25] This period (1988 to 1992) is referred to as the "litigation era" in the 25-year report. The rapid decline in jobs during this period reflects the effects of legal injunctions on federal timber sales during this period. Total harvest from state and private lands also decreased during this time, but much less severely (Adams, in press (a)).

[26] The county typology developed for the 25-year report is summarized in Section 3.8.1.1 and shown in Figure 3-6.

'good jobs have disappeared' in these areas. The community case studies included in these reports show that social and economic changes have impacted different communities in varied ways (Charnley 2006, Grinspoon, in press).[27] These variations are partly due to each community's unique geographic and historical circumstances, which influenced their starting points for sociodemographic changes following the implementation of the NWFP. However, there are also common experiences across these communities, such as similar historical ties to federal forests and parallel trends in industry, employment, school enrollment, housing, services, and social dynamics.

It is difficult to tie the NWFP directly to these various changes experienced by communities since its adoption. Over the past 25 years, the timber industry has undergone numerous technological and market-induced changes that have resulted in plant shutdowns and employee reductions, regardless of the forest policies in force. Sawmills and other wood products manufacturing facilities have been consolidated by international financial entities. Automation in logging and processing has reduced both skilled and unskilled manual labor positions, with only a slight increase in technical and managerial employment opportunities. Although timber industry representatives included in the 25-year case studies were actively seeking employees, most reported that they were often unable to attract a competent and dedicated workforce. However, it is also clear that federal forest management since NWFP implementation has done little to buffer changes to employment opportunities and community characteristics that many participants perceived as negative, or to enhance changes that participants saw as positive (Adams and Grinspoon, in press).

The 25-year report's analysis of wood products employment and wages from the QCEW found change trends among the different county types that were best interpreted as a spatial re-ordering of industry-derived employment and wages within the NWFP socioeconomic region. This re-ordering mainly occurred in the late 1980s and 1990s but appears to have been sustained throughout the NWFP era. The analysis found that the share of the region's wood products wages within the more isolated county types (the "low" and "extremely high" county groups) fell much more rapidly during the 1990s than did their respective share of regional timber harvest volume. In contrast, counties of the "moderate" group, mostly located in major metropolitan areas, showed a larger decline in share of timber harvest volume, but a stable trend in wood products industry earnings. These contrasting trends suggest a consolidation of processing industry employment (not necessarily logging or other forestry support operations) in the larger cities and metropolitan areas, receiving timber supply from a larger catchment than had been typical before the NWFP era.

*Forest Restoration and Wildfire-Suppression Contracting*

Following budget and workforce reductions, the Forest Service is increasingly contracting out land management, including forest restoration and wildland fire-suppression activities. One intended outcome of the NWFP was the anticipation that logging and processing job losses in the forest products sector would be partially offset by new employment opportunities in forest restoration on NFS and BLM lands (Charnley et al. 2018a). Forest restoration activities generate economic opportunity through direct employment, workforce development, and purchases of

---

[27] The community case studies conducted as part of the 25-year report are discussed further in Section 3.8.1.10 of this EIS.

materials and equipment which can be particularly important in rural areas with relatively few other employment opportunities. In addition, in some cases these activities directly overlap with the forest products sector, with much of the federal timber volume generated since the mid-1990s coming from commercial thinning in areas west of the Cascades (Charnley et al. 2018a).

Research on the forest management contracting sector has found that contractors operate in regional markets, with workers sometimes traveling fairly long distances to perform restoration-related services on federal lands. Contractors engaged in manual, low-skill, labor-intensive activities, such as thinning trees and clearing brush, are more likely to travel long distances, as federal contracting for these types of activities tends to favor mobile businesses that employ temporary and migrant workers. Contractors engaged in more equipment-intensive activities such as mechanical thinning, stream restoration, and road construction tend to work more locally (Charnley et al. 2018a).

Studies indicate links between local forest restoration and wildland fire-suppression contracting, but recent research suggests that wildland fire contracting has become more nationalized and mobile. As recently as 20 years ago, restoration contractors tended to work on fire suppression with the equipment on hand, as needed. While many restoration businesses are still engaged in fire suppression contracting, there has been a shift toward businesses that are primarily oriented toward fire contracting, rather than restoration. Researchers have noted that changes in federal wildland fire contracting policy may in some cases unintentionally limit the ability of local contractors to participate in nearby fire suppression efforts (Charnley et al. 2018a).

The 25-year report's findings about spatial variability in labor force and infrastructure capacity are also a factor in the viability of accomplishing forest restoration objectives that the amendment may envision. A strong positive correlation exists in much of the affected environment between regions with the most urgent need for forest restoration and those with the lowest industry workforce capacity—typically, these are subregions in northern California, southcentral Oregon, and the eastside Cascades of Oregon and Washington. Both limited local workforce capacity and few available processing facilities significantly complicate forest restoration activity planning in large extents of the affected environment, by limiting project implementation options to the types of projects that are primarily accomplished by agency staff rather than contractors.

## Wood Processing Facilities

The number of operating wood products facilities in the NWFP socioeconomic region has declined since the 1960s mirroring statewide industry trends in California, Oregon, and Washington, and elsewhere in the Western United States (Charnley et al. 2018a, Simmons et al. 2021). Timber supply is one factor that affects mill operations and output levels, but it is not the only factor. As noted above with respect to local employment, numerous technological and market-related changes have influenced mill operations and output levels in recent decades. Interviews conducted as part of the socioeconomic monitoring of communities in the 25-year report found that many of those interviewed attributed reductions in mill capacity and employment in their communities to a range of broader structural forces and industry changes, rather than simply a reduction in federal harvest volumes (Adams and Grinspoon, in press).

Figure 3-16 to Figure 3-18 show trends in the number of mills for California, Oregon, and Washington, respectively. In California and Oregon, the number of facilities in both states generally trended downward from 1968 through the early 1990s. Overall numbers briefly increased in both states in the early 2000s but were still substantially below the numbers 30 years earlier. The numbers of facilities have generally continued to decline in both states since their respective peaks in the early 2000s, but at much slower rates than in the 1970s and 1980s. The trends in Washington have been similar, except the number of facilities increased from 1970 to 1978, before following the same broader trends as California and Oregon (Figure 3-16 to Figure 3-18). The peak in Washington in 1978 primarily reflected changes in the number if shake and shingle mills, which almost doubled between 1970 and 1978 (increasing from 172 to 337), before sharply declining in subsequent mill surveys (WDNR 1981).



Note:

1/ The California NWFP socioeconomic region shown here consists of the 17 counties included in the 72 county area historically used for socioeconomic monitoring (Figure 3-6). Data are readily available by county starting in 2000.
2/ Data are provided for primary wood products facilities in the following sectors: sawmills, veneer and plywood, pulp and board, bioenergy, decorative bark, and other (e.g., log home producers, firewood producers, etc.)
Sources: Marcille et al. 2020, McIver et al. 2015, Morgan et al. 2004, Morgan et al. 2012.

**Figure 3-16. Number of wood products facilities in California, 1968 to 2021**



Note:

1/ The Oregon NWFP socioeconomic region shown here consists of the 25 counties included in the 72 county area historically used for socioeconomic monitoring (Figure 3-6). Data are readily available by county starting in 2003.

2/ Data are provided for primary wood products facilities in the following sectors: lumber, veneer and plywood, pulp and board, cedar products, export, posts, pole, pilings, and utility poles, and other (e.g., bioenergy, log homes, log furniture, etc.)

Sources: Brandt et al. 2006, Gale et al. 2012, Simmons et al. 2016, Simmons et al. 2021

**Figure 3-17. Number of wood products facilities in Oregon, 1968 to 2017**



Notes:

1/ The Washington NWFP socioeconomic region shown here consists of the 30 counties included in the 72 county area historically used for socioeconomic monitoring (Figure 3-6). Data are shown for the NWFP socioeconomic region starting in 1990.

2/ Data are provided for primary wood products facilities in the following sectors: lumber, veneer and plywood, pulp, shake shingle, log export, post, pole, and piling, and roundwood chipping.

Sources: WDNR, various years 1994-2017

**Figure 3-18. Number of wood products facilities in Washington, 1972 to 2016**

Figure 3-16 to Figure 3-18 also provide data aggregated for the NWFP socioeconomic region counties in each state. For California and Oregon, mill survey data are readily available at the county level starting in 2000 and 2003, respectively (Figure 3-16 and Figure 3-17). In Washington, data are compiled for the counties in the NWFP socioeconomic region starting in 1990 (Figure 3-18).[28] These data indicate that for the years shown, trends in the NWFP counties in aggregate have mirrored corresponding statewide trends. This especially makes sense for Oregon and Washington, where most wood facilities are located in counties that are part of the NWFP socioeconomic region. The distribution of mills in each state may be further summarized as follows:

- A total of 72 wood products facilities were identified in California in 2021, compared to 77 in 2012. Slightly more than half (53 percent) of these facilities were located in the NWFP socioeconomic region, including 18 (58 percent) of the state's 31 sawmills. Wood products facilities were located in 12 of the 17 counties that comprise the NWFP socioeconomic region in California. Four counties—Humboldt, Shasta, Siskiyou, and Sonoma—accounted for almost three-quarters (74 percent) of all wood products facilities in the NWFP socioeconomic region in California. Humboldt County had the largest number of sawmills in 2021 (five), followed by Shasta and Sonoma Counties with four each (Marcille et al. 2020, Scott 2024).

- A total of 166 operating wood products facilities were identified in Oregon during 2017, compared to 188 in 2013. The 2017 Mill Survey report noted that viewed by sector these declines, particularly lumber, were related to closures of smaller facilities, mainly due to owner retirements (Simmons et al. 2021). Most of the identified facilities in 2017 (89 percent) were located in the NWFP socioeconomic region, which included 66 of the state's 75 lumber mills. Wood products facilities were located in 23 of the 25 counties that comprise the NWFP socioeconomic region in Oregon. Five counties – Lane, Linn, Douglas, Coos, and Jackson – accounted for more than half (56 percent) of all wood products facilities in the NWFP socioeconomic region in Oregon, with Lane County alone accounting for almost one-quarter (24 percent) of lumber mills and 17 percent of all wood products facilities (Simmons et al. 2021).

- The 2016 Washington Mill Survey identified a total of 88 mills, wood processing facilities, and export businesses operating in Washington in 2016, compared to 105 in 2012 (WDNR 2014, 2017). Most of these facilities (91 percent) were located in the NWFP socioeconomic region, which included 33 of the state's 37 lumber mills. Wood products facilities were located in 20 of the 30 counties that comprise the NWFP socioeconomic region in Washington. Five counties—Grays Harbor, Cowlitz, Snohomish, Pierce, and Lewis—accounted for 60 percent of all wood products facilities and 61 percent of sawmills in the NWFP socioeconomic region in Washington. Lewis County had the largest number of sawmills in 2016 (six), followed by Snohomish County with five (WDNR 2017).

*Mill Location and Restoration Needs*

The Forest Service may harvest timber to achieve various land and resource management objectives, including forest restoration, which includes a range of forest-related management

---

[28] Additional data by county are available in the earlier Washington Mill Surveys but were not compiled as part of this review. The Washington Mill Survey reports are available online at: https://www.dnr.wa.gov/about/fiscal-reports/washington-state-mill-surveys.

activities in the NWFP socioeconomic region, including stream rehabilitation, fish passage improvements, road decommissioning, forest fuel reduction treatments, and forest health-related thinning. Stewardship contracting and the Good Neighbor Authority are special timber harvest authorities that address timber harvesting on NFS lands under specified circumstances related to forest restoration. Stewardship contracting may, for example, involve combining contracts for restoration activities with timber harvesting to offset some of the restoration costs. Under the Good Neighbor authority, the Forest Service may authorize states, counties, or federally recognized Indian Tribes to sell NFS timber as part of forest restoration projects. The Forest Service may also salvage harvest trees damaged or killed in fires or other disturbance events (Congressional Research Service 2023).

Active management to meet forest restoration and other land and resource management objectives depends on an existing forest-related industry that includes existing mill infrastructure and timber processors. Declines in agency capacity, lack of markets for small-diameter wood, lack of wood processing infrastructure in some areas, and lack of social agreement have limited the amount of active management for restoration on federal lands in some areas (USDA Forest Service 2024f). The preceding discussion indicates that the numbers of wood products facilities in the NWFP socioeconomic region have trended downward in recent decades. It should also be noted that mills vary in size, both in terms of the overall log volumes they can process, as well as the size of material they can handle.

Data on sawmill locations originally provided by the University of Montana Bureau of Business and Economic Research (BBER) were mapped as part of the 2020 *Bioregional Assessment of Northwest Forests* (2020 Bioregional Assessment; USDA Forest Service 2020). Review of these data in 2024 indicated that there have been at least five mill closures in Oregon since the last mill survey was completed in 2017. Figure 3-19 shows the location of sawmills in and near the NWFP socioeconomic region along with the estimated disturbance restoration need by watershed. Sawmills are classified in this figure based on processing capacity, with slightly different ranges used for Washington and Oregon/California based on the original source data. The sawmill data has also been adjusted to exclude the five sawmills in the NWFP socioeconomic region in Oregon that are known to have closed since 2017. The disturbance restoration need by watershed information was originally developed for the 2020 Bioregional Assessment (USDA Forest Service 2020).[29] These data indicate that there are limited sawmill facilities in many of the areas east of the Cascades in Washington and Oregon and in Northern California where disturbance restoration needs are relatively high (Figure 3-19). In addition to this geographical limitation, existing facilities may need time and investment to adapt to processing different diameters and species of trees. A lack of mills in some locations and the need to invest in different diameter or timber species processing capacity in the region may have negative impacts on the Forest Service's ability to conduct management activities aimed at reducing risk from fire, insects, and pathogens in a cost-effective way, especially in cases where economic returns from commercial products are needed to reduce cost and make management viable.

---

[29] The disturbance restoration need by watershed layer is from the 2020 Bioregional Assessment, which included a slightly different study area. As a result, data were not available from this source for some parts of the NWFP socioeconomic region (Figure 3-19). These areas generally coincide with counties that were subsequently excluded from socioeconomic monitoring in the 25-year report (counties in the "none" typology group) (Figure 3-6).



**Figure 3-19. Sawmill locations and disturbance restoration need by watershed**

## Special Forest Products

Forests in the NWFP socioeconomic region also provide a wide variety of special forest products (often also called non-timber forest products), such as moss, mushrooms, cones, grasses, and firewood. These products provide important benefits to rural and urban households through their use, harvest and processing (see Section 3.2, *Issue 2 – Incorporation of Indigenous Knowledge and Increase Tribal Engagement*, for additional information on important species). Due to the diverse range of products harvested, estimating the true economic contribution of these special forest products in the NWFP socioeconomic region is difficult. The retail value of non-timber forest products in the United States is estimated to be at least $1.4 billion, with much of that coming from the NWFP socioeconomic region (Charnley et al. 2018). Special forest product permits from NFS lands in the NWFP socioeconomic region are mostly from seven categories: foliage, fruits and berries, fuelwood, grass, limbs/boughs, mushrooms, and Christmas trees (Borchers et al., in press). These products are important for the social and economic well-being of local populations and communities.

### 3.8.1.6    Federal Agency Employees

The historic importance of the contribution made by local permanent full-time and seasonal federal agency employees (Forest Service and BLM) to the social fabric of communities throughout the NWFP area is documented in the 10-year NWFP monitoring report (the "10-year report") (Charnley 2006). The 10-year report also documented the negative impacts to communities from the staff cutbacks and management unit closures/consolidations in the first years following passage of the NWFP. This concern is also addressed in research for the 25-year report (Santo et al. 2021) and was raised during public comment and scoping as part of this amendment process.

In 1990, the Forest Service had 17 supervisor offices and 79 district ranger offices in the NWFP area. By 2010, these numbers had dropped to 15 supervisor offices and 55 ranger district offices, with no additional closures from 2010 to 2016 (Borchers et al., in press).

Figure 3-20 shows the annual number of federal (Forest Service and BLM) employees in the NWFP socioeconomic region by state from 1973 to 2017. These data compiled from the U.S. Office of Personnel Management as part of the 25-year report show full-time permanent and full-time seasonal employees based on the county of their official duty station.[30] Total federal employment in counties within the NWFP socioeconomic region over this period (1973 to 2017) peaked at slightly more than 14,000 in 1982. Following a sharp decline in the mid-1980s, staffing recovered to just over 13,000 positions in 1992. Since then, federal employment in these counties has generally trended downward. In 2017, approximately 8,000 federal employees had a duty station in one of these counties, a 40 percent decline from 1992. While some of these reductions occurred in metropolitan counties, positions were also eliminated in rural towns or small, isolated cities, where the federal employee pool likely played an important role in supporting community businesses and social institutions (Adams, in press [a]).

---

[30] Full-time seasonal employees are those workers with a recurring part-year appointment at the same location (Adams, in press [a]). These data do not include temporary seasonal employees.



**Figure 3-20. Federal agency employment in the NWFP socioeconomic region by state, 1973 to 2017**

As shown in Figure 3-20, the distribution by state stayed relatively consistent over this period (1973 to 2017), with Oregon counties on average accounting for 54 percent of federal (Forest Service and BLM) employment, followed by California with 26 percent, and Washington with 20 percent.

### 3.8.1.7    Federal Land Payments

Payments from the sale of timber on NFS lands were historically a key driver of local economic conditions in the NWFP socioeconomic region. The Forest Service and BLM manage approximately 22.1 million acres of federal land in the NWFP area. Unlike privately owned lands, federal lands are not subject to local property taxes and do not generate revenues for local governments.[31] To redress this imbalance, in a 1908 omnibus appropriations bill Congress required the Forest Service to allocate 25 percent of gross receipts revenue generated from timber sales to the states where the sales occurred, to be distributed to counties according to a fixed allocation formula. Counties are limited to spending these "25 percent payments" on roads and public schools. In 1937, Congress passed the Oregon and California Revested Railroad Lands Act (O&C Act), which placed management jurisdiction of revested O&C lands and Coos Bay Wagon Road (Wagon Road) lands in western Oregon under the Department of the Interior. The O&C Act allocated 50 percent of timber receipts generated from revested lands to the

---

[31] Payments in Lieu of Taxes (PILT) are not examined here as the action alternatives are not expected to change acreage under management. This discussion instead focuses on federal land payments related to timber sales on NFS and BLM-managed lands and Secure Rural School funding established to stabilize county revenues under these programs.

counties (Borchers et al., in press). O&C Act payments are distributed only to the 18 counties where the revested lands are located. O&C Act payments include no stipulations on how they can be spent. Recipient counties in Oregon historically used them for a wide range of public service purposes, including funding law enforcement. Due to the initially large O&C Act payment amounts, most of these counties tended to hold property tax levies much lower than was typical in the rest of the state (Adams, in press [a]).

In 1993, Congress authorized supplemental payments to 48 counties in the Pacific Northwest to compensate for the sharp decline in 25 percent rule and O&C payments owing to reductions in federal timber sales. All three payments were superseded by passage of the Secure Rural Schools and Community Self-Determination Act of 2000 (SRS), which tied payment amounts to 85 percent of payments made between 1986 and 1989, and dramatically boosted revenue to counties compared to the 1990s. Counties have the option of receiving either the 25 percent rule and O&C payment allocations in a given year, or the payment calculated by the SRS formula; the latter has almost always been larger. Ad-hoc congressional reauthorizations of the original SRS resulted in payments to counties dropping sharply after 2007. The SRS has continued to be reauthorized since then, with one exception. The SRS was not renewed in one year (2016), which is reflected in the steep annual decline in payments in that year (Figure 3-21). Total payments in 2023 in the 72-county region were $106.0 million, just 13 percent of the 1989 total (in adjusted 2023 dollars).



Notes:
1/ Data are inflation-adjusted and presented in 2023 dollars.
**Figure 3-21. Federal land payments by typology group, 1986 to 2023**

Payments data are summarized for 1986 through 2023 in Figure 3-21 in inflation-adjusted 2023 dollars, with data presented by county group for the 54-county area (the "low" to "extremely high" county typology groups identified in Table 3-17 and Figure 3-6).[32] These data originally compiled for the 25-year report and extended here to also include more recent years (2018 to 2023) are from the USDA Forest Service Secure Rural Schools Program archived reports and the BLM Oregon/Washington State Office. Fifty-six of the 72 counties in the NWFP socioeconomic region received federal payments in 1986. Fifty-four counties received 25 percent payments, 18

---

[32] The county typology developed for the 25-year report is discussed in Section 3.8.1.1.

Draft Environmental Impact Statement *Northwest Forest Plan Amendment*

counties received O&C Act payments, and 16 counties in western Oregon received payments for both types of lands.

The data presented in Figure 3-21 for 1986 to 1992 show the combined receipt of 25 percent and O&C Act payments derived from federal timber sales in the three NWFP states. Data for 1993 to 2000 include 25 percent and O&C Act payments plus the supplemental "owl payments." Payments to the 72 counties in the NWFP socioeconomic region peaked in 1989 with total payments of $806.4 million (in 2023 dollars).[33] The 10 counties in the "extremely high" county group received 41 percent ($328.7 million) of that total, with 15 percent ($124.1 million) paid to just one county (Douglas County, Oregon).

Despite the reduced amounts, payments to counties continue to contribute to the regional economy as shown in Table 3-21, with an estimated 940 jobs and $74 million in labor income supported in the 92-county study area used for the economic contribution analysis (see Table 3-17 and Table 3-18). Congress continues to debate reauthorization of the Act, which is a subject of ongoing political debate and economic uncertainty in counties that rely heavily on these payments (Charnley et al. 2018a).

### 3.8.1.8    Recreation

#### National Forest Visitation

NFS lands in the NWFP socioeconomic region provide a wide range of motorized and non-motorized recreational opportunities. The most recent Forest Service National Visitor Use Monitoring (NVUM) program data indicated that together the 17 national forests located fully or partially within the NWFP area received an estimated 16.1 million annual visits (USDA Forest Service 2024e). The NVUM program surveys visitors on each national forest in 5-year intervals using consistent protocols, which make the results by forest directly comparable. These 5-year intervals are referred to as "Rounds." Data are available for Round 4 (2017 to 2021) for 15 of the 17 national forests in the NWFP area. The two exceptions are the Mt. Hood and Siuslaw National Forests, both of which were last surveyed in 2016. The Okanogan-Wenatchee National Forest accounted for the largest share of the combined total (22 percent), with an estimated 3.6 million visits, followed by the Mt. Hood, Deschutes, and Mt. Baker-Snoqualmie National Forests with 2.3 million, 2.1 million, and 2.0 million estimated visits, respectively (Table 3-23).[34]

Data are presented for three NVUM survey rounds in Table 3-23 for most of the national forests in the NWFP area. The NVUM provides a snapshot of annual visitation to each national forest and is not designed to track trends in recreation visitation over time. As a result, the data in Table 3-23 should be interpreted as a series of snapshots and not necessarily representative of trends in visitation. It may also be noted that some forests have been combined for administrative purposes during the period covered by the three survey periods, as noted in the table footnotes.

---

[33] The 18 counties in the "none" county group received a combined total of just $21,000, which reflects the absence of federal lands in most of these counties.

[34] The estimated total of 16.1 million visits is the sum of the most recent visit totals identified for the 17 national forests in the NWFP area in Table 3-20. Most of these totals (15 of 17) are from NVUM Road 4; the other two (Mt. Hood National Forest and Siuslaw National Forest) are from NVUM Round 3.

**Table 3-23. Annual national forest visits in the NWFP area by forest**

| National Forest and State | NVUM Round 2 | | | NVUM Round 3 | | | NVUM Round 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Fiscal Year | 1,000s of Visitors | Confidence Interval (Percent) | Fiscal Year | 1,000s of Visitors | Confidence Interval (Percent) | Fiscal Year | 1,000s of Visitors | Confidence Interval (Percent) |
| **California** | | | | | | | | | |
| Klamath NF | 2008 | 303 | 35.9 | 2013 | 145 | 22.6 | 2018 | 132 | 32.1 |
| Mendocino NF | 2008 | 347 | 16.6 | 2013 | 254 | 19.4 | 2018 | 274 | 22.3 |
| Shasta-Trinity Non-NRA[1/] | 2008 | 625 | 24.8 | 2013 | 351 | 27.8 | 2018 | 954 | 17.9 |
| Shasta-Trinity NRA | 2008 | 1,287 | 218 | 2013 | 688 | 23.9 | NA | NA | NA |
| Six Rivers NF | 2008 | 224 | 23.4 | 2013 | 185 | 33.7 | 2018 | 166 | 27.1 |
| **Oregon** | | | | | | | | | |
| Deschutes NF | 2008 | 1,895 | 12.3 | 2013 | 1,376 | 11.3 | 2018 | 2,087 | 10.0 |
| Fremont-Winema NF[2/] | NA | NA | NA | NA | NA | NA | 2018 | 203 | 38.7 |
| Mt. Hood NF[3/] | 2011 | 1,947 | 12.5 | 2016 | 2,306 | 9.4 | NA | NA | NA |
| Rogue River-Siskiyou NF[4/] | NA | NA | NA | NA | NA | NA | 2017 | 620 | 11.3 |
| Rogue River NF[4/] | 2007 | 306 | 18.1 | 2012 | 597 | 15.9 | NA | NA | NA |
| Siskiyou NF[4/] | 2007 | 514 | 27.8 | NA | NA | NA | NA | NA | NA |
| Siuslaw NF[3/] | 2011 | 946 | 20.8 | 2016 | 1,017 | 13.2 | NA | NA | NA |
| Umpqua NF | 2007 | 300 | 25.4 | 2012 | 506 | 25.6 | 2017 | 367 | 18.7 |
| Willamette NF | 2007 | 970 | 16.1 | 2012 | 938 | 16.6 | 2017 | 1,074 | 13.0 |
| Winema NF[2/] | 2008 | 296 | 13.9 | NA | NA | NA | NA | NA | NA |
| **Washington** | | | | | | | | | |
| Gifford Pinchot NF | 2011 | 588 | 29.6 | 2016 | 1,169 | 13.6 | 2021 | 667 | 20.2 |
| Mt. Baker - Snoqualmie NF | 2010 | 1,995 | 20.9 | 2015 | 2,185 | 19.6 | 2020 | 1,961 | 20.7 |
| Okanogan-Wenatchee NF[5/] | NA | NA | NA | NA | NA | NA | 2020 | 3,564 | 18.0 |
| Okanogan NF | 2005 | 347 | 74.5 | 2010 | 272 | 32.3 | NA | NA | NA |
| Olympic NF | 2010 | 562 | 20.2 | 2015 | 626 | 16.5 | 2020 | 722 | 28.4 |
| Wenatchee NF | 2005 | 1,405 | 31.1 | 2010 | 1,096 | 16.9 | NA | NA | NA |

Notes:
NA – not applicable (not surveyed); NF – National Forest; NRA – National Recreation Area; NVUM – National Visitor Use Monitoring
1/ Data for 2018 for the Shasta-Trinity NF are not separated into NRA and Non-NRA.
2/ Data for 2018 are for the combined Fremont-Winema NF.
3/ Data for 2016 shown as part of NVUM Round 3 are the most recent data available for the Mt. Hood NF and Siuslaw NF.
4/ Data for 2017 are for the combined Rogue River-Siskiyou NF.
5/ Data for 2017 are for the combined Okanogan-Wenatchee NF.

Sources: Borchers et al. (in press), USDA Forest Service (2024e)

## Employment and Income

Recreation visitor spending is the largest source of economic activity associated with NFS land management in the NWFP socioeconomic region, supporting an estimated total of 12,550 jobs and $628 million in income (see Table 3-21). As discussed in Section 3.8.1.4, these totals include direct, indirect, and induced jobs.

### Leisure and Hospitality

The recreation and tourism sector is not classified or measured as a standard industrial category. Components of travel and tourism activities are instead partially captured in other economic sectors, such as retail trade, transportation, accommodation and food services, and arts, entertainment, and recreation. Figure 3-22 presents annual employment and average annual wages in the NWFP socioeconomic region for the leisure and hospitality sector for 1975 to 2023. The leisure and hospitality sector consists of the arts, entertainment and recreation subsector, and the accommodation and food services sector. These data – originally compiled from the U.S. Bureau of Labor Statistics QCEW data for the 25-year report and extended here to also include more recent years (2018 to 2023) – are presented to provide an indication of longitudinal trends in recreation and tourism-related employment and income in the NWFP socioeconomic region.

Viewed over the past 49 years (1975 to 2023), leisure and hospitality employment in the NWFP socioeconomic region has generally trended upward with some relative downturns during periods of economic recession and a sharp COVID-19-related drop in 2020 and 2021. Leisure and hospitality employment has largely rebounded since 2021, but total leisure and hospitality jobs in the NWFP socioeconomic region in 2023 (596,300), were still slightly lower than the pre-COVID-19 peak in 2019 (611,600) (Figure 3-22). Adjusted for inflation and presented in 2023 dollars, average annual leisure and hospitality wages have also generally trended upward. Excluding the COVID-19-related spike in 2020, wages in the leisure and hospitality (in 2023 dollars) ranged from a low of $19,700 in 1985 to $31,300 in 2023 (Figure 3-22).



**Figure 3-22. Leisure and hospitality employment and average annual wages, 1975 to 2023**

*Outdoor Recreation Visitor Spending and Employment*

Recent studies in Oregon and Washington have estimated the value of outdoor recreation based on trip-related spending and associated jobs and income (Mojica and Fletcher 2020, Mojica et al. 2021). Overall spending estimates for both studies were developed based on trip-related spending and spending on outdoor recreation equipment, such as bikes, fishing rods, backpacks, and seasonal rentals. Trip-related expenditures were based on total days of recreation participation across different recreation agencies and recreation activities and corresponding spending profile data. Both studies included visitors to NFS and BLM-administered lands, as well as lands managed by other federal agencies, state agencies, and local parks. Employment and income estimates developed by these studies include direct and secondary (indirect and induced) impacts.[35]

The study in Oregon, prepared on behalf of Travel Oregon, the Oregon Office of Outdoor Recreation, and Oregon Department of Fish and Wildlife, found that statewide outdoor recreation in 2019 supported an estimated $15.6 billion in spending, which in turn supported an estimated 224,000 total jobs and $9.3 billion in total wages and other compensation (Mojica et al. 2021).

The study in Washington conducted on behalf of the Washington Department of Natural Resources (WDNR) and others found that statewide outdoor recreation supported $26.5 billion in spending in 2019, which in turn supported an estimated 260,000 total jobs and nearly $12 billion in total wages and other compensation (Mojica and Fletcher 2020).

Both studies also estimated impacts at the county-level. Table 3-24 presents trip-related spending and associated total (direct, indirect, and induced) employment for the NWFP socioeconomic region counties in Oregon and Washington.[36] These estimates provide a snapshot estimate of the total jobs supported by outdoor recreation in each county. In Oregon, Lincoln County had the largest estimated number of total (direct, indirect, and induced) jobs supported by outdoor recreation, with 16,195, followed by Coos County (13,385 jobs) and Lane County (12,689 jobs). In Washington, outdoor recreation supported the largest number of jobs in the Puget Sound region, with an estimated 46,563 total jobs in King County, followed by Pierce and Snohomish Counties, with 25,396 and 20,718 total estimated jobs, respectively (Table 3-24).

---

[35] Secondary (indirect and induced) impacts represent jobs and income supported elsewhere in the state economy. Direct, indirect, and induced impacts are defined with respect to the FEAST model in Section 3.8.1.2. These definitions also apply to the estimates developed for the outdoor recreation studies cited here, which like FEAST were IMPLAN-based. Job estimates include both full- and part-time positions.
[36] These county level estimates do not include the outdoor equipment-related expenditures factored into the statewide assessments because the study authors were unable to distribute equipment expenditures by county.

**Table 3-24. Outdoor recreation visitor spending and employment in the NWFP socioeconomic region counties in Oregon and Washington, 2019**

| Oregon | | | Washington | | |
|---|---|---|---|---|---|
| County | Trip-Related Spending (000s)[1] | Total Employment[2] | County | Trip-Related Spending (000s)[1] | Total Employment[2] |
| Benton | $79,975 | 765 | Adams | $66,784 | 785 |
| Clackamas | $628,307 | 7,455 | Benton | $357,379 | 4,903 |
| Clatsop | $785,485 | 5,784 | Chelan | $305,592 | 3,479 |
| Columbia | $37,085 | 271 | Clallam | $358,936 | 3,936 |
| Coos | $1,267,023 | 13,385 | Clark | $955,675 | 7,519 |
| Crook | $85,516 | 841 | Cowlitz | $263,381 | 2,461 |
| Curry | $611,819 | 5,137 | Douglas | $122,678 | 1,229 |
| Deschutes | $744,279 | 9,424 | Franklin | $181,137 | 1,599 |
| Douglas | $375,005 | 3,821 | Grant | $378,213 | 3,713 |
| Hood River | $283,142 | 3,468 | Grays Harbor | $257,044 | 2,642 |
| Jackson | $310,974 | 3,225 | Island | $473,796 | 5,192 |
| Jefferson | $138,255 | 1,396 | Jefferson | $357,561 | 3,630 |
| Josephine | $174,794 | 1,701 | King | $4,557,122 | 46,563 |
| Klamath | $384,217 | 4,396 | Kitsap | $614,030 | 6,572 |
| Lane | $1,289,630 | 12,689 | Kittitas | $217,349 | 1,666 |
| Lincoln | $2,077,683 | 16,195 | Klickitat | $153,254 | 1,110 |
| Linn | $204,072 | 1,789 | Lewis | $278,127 | 2,575 |
| Marion | $316,326 | 2,939 | Mason | $227,589 | 1,946 |
| Multnomah | $426,210 | 4,285 | Okanogan | $244,839 | 3,187 |
| Polk | $64,793 | 453 | Pacific | $246,450 | 3,484 |
| Sherman | $6,710 | 41 | Pierce | $1,837,176 | 25,396 |
| Tillamook | $737,143 | 5,459 | San Juan | $131,782 | 1,728 |
| Wasco | $288,737 | 3,746 | Skagit | $343,907 | 4,445 |
| Washington | $163,550 | 1,267 | Skamania | $122,875 | 1,656 |
| Yamhill | $68,677 | 529 | Snohomish | $1,672,064 | 20,718 |
| **Total** | **$11,549,407** | **110,461** | Thurston | $654,682 | 9,148 |
| | | | Wahkiakum | $19,572 | 211 |
| | | | Walla Walla | $145,024 | 1,901 |
| | | | Whatcom | $582,535 | 8,122 |
| | | | Yakima | $669,536 | 8,584 |
| | | | **Total** | **$16,796,089** | **190,100** |

Notes:
1/ Trip-related expenditures were based on total days of recreation participation across different recreation agencies and recreation activities and corresponding spending profile data. Both studies include visitors to NFS and BLM lands, as well as lands managed by other federal agencies, state agencies, and local parks.
2/ Total employment estimates include direct, indirect, and induced jobs.
Source: Mojica and Fletcher 2020, Mojica et al. 2021

### 3.8.1.9    Livestock Grazing

Grazing on NFS and BLM-administered lands in the NWFP area primarily occurs west of the Cascade Range. Grazing in these areas is minor compared to grazing on NFS and BLM-administered lands in eastern Oregon and Washington and northeastern California, areas that are outside the NWFP area. Most of the grazing that does occur on NFS lands in the NWFP area takes place on the Okanogan-Wenatchee, Klamath, Rogue-Siskiyou, and Deschutes National Forests. The 25-year report found that federal forage, where present, represents a small share of total forage in these areas. Livestock grazing on NFS and BLM-administered lands in the NWFP area has decreased since 1994, but passage of the NWFP is believed to be just one of several

factors that have contributed to this decline (Borchers et al., in press). Livestock grazing is not expected to be affected by the Proposed Action or alternatives and is not discussed further in this section.

### 3.8.1.10   Community Case Studies

As part of the 25-year report, the Forest Service, working with the Ecosystem Workforce Program at the University of Oregon, conducted 10 case studies of non-metropolitan communities distributed across the NWFP socioeconomic region (Table 3-25). Communities were selected to represent the major ecoregions in the NWFP socioeconomic region and each of the county typology types, with two communities specifically selected to represent O&C Act lands. The other eight case studies either currently serve as an official Forest Service duty station or hosted a Forest Service ranger station at the time the NWFP was adopted.

**Table 3-25. Case study communities in the NWFP 25-year socioeconomic monitoring report**

| Community | County, State | NWFP Ecoregion | County Typology Group[1/] |
|---|---|---|---|
| Darrington | Snohomish, WA | West Cascades | Moderate |
| Leavenworth | Chelan, WA | East Cascades | High |
| Lake Quinault | Grays Harbor, WA | Olympic Peninsula | Low |
| Stevenson | Skamania, WA | West Cascades | Extremely high |
| Santiam Canyon | Linn/Marion, OR | West Cascades | Very high |
| Gilchrist | Klamath, OR | East Cascades | Extremely high |
| Myrtle Point | Coos, OR | Coast Range | Very high |
| Riddle | Douglas, OR | West Cascades/Klamath Mountains | Extremely high |
| Happy Camp | Siskiyou, CA | Klamath Mountains | Extremely high |
| Weaverville | Trinity, CA | Klamath Mountains | Extremely high |

Note:
1/ County typology group refers to the county groups developed for the 25-year report (see Section 3.8.1.1).
Source: Adams and Grinspoon (in press); see also Coughlan et al. (2022) for additional discussion.

A total of 137 interviews were conducted with 158 community members, ranging from 11 to 17 interviews per case study community. The case studies found that all 10 communities had changed considerably since 1994, with socioeconomic trajectories ranging from persistent economic and demographic decline to increasing prosperity. The case study analysis identified five major timber dependence-related factors that affected social and economic trajectories over the 25-year study period (1994 to 2017): (1) reduced public sector funding owing to loss of federal timber receipts, (2) reduction in federal agency employees, (3) loss of owner-operator enterprises such as logging companies and small mills, (4) mill and logging automation, and (5) mill closures.[37] Two of the 10 case study communities experienced all five of these factors (Stevenson and Santiam Canyon); five communities experienced different combinations of four of the factors (Darrington, Weaverville, Lake Quinault, Gilchrist, and Happy Camp), two communities experienced two factors (Myrtle Point and Riddle), and one community experienced only one (Leavenworth).

Accounting for timber-dependence change factors, tourist amenities, services, and commuting factors, the study identified five different types of socioeconomic trajectory: (1) high amenity

---

[37] Trends in federal land payments, federal agency employees, and mills are discussed for the broader NWFP area in Section 3.8.1.7, Section 3.8.1.6, and Section 3.8.1.4, respectively.

and tourism, (2) diversified timber/county seat, (3) diversified timber/recreation amenity, (4) natural resources, and (5) low amenity/isolated (Table 3-26).

**Table 3-26. Socioeconomic trajectories of case study communities in the NWFP 25-year report**

| Trajectory | Community | Explanation |
| --- | --- | --- |
| High amenity and tourism | Leavenworth | Successfully developed a tourism and recreational amenity economy: the community itself is a tourist attraction. |
| Diversified timber/County seat | Stevenson Weaverville | Some timber industry remains. Status as a county seat has helped retain services and provided an economic buffer. |
| Diversified timber/Recreation amenity | Darrington Santiam Canyon Gilchrist | Continued demographic shift (fewer families, more retirees). May have reached a point of economic stability with a combination of surviving timber operations and recreation/tourist businesses. Commuting is feasible if arduous for residents traveling to a larger community for work and for agency employees who live elsewhere. |
| Natural resources | Myrtle Point Riddle | Continued natural resources focus without accompanying tourism/amenity development. Commuting options are limited. Continued social and economic decline. |
| Low amenity/isolated | Lake Quinault Happy Camp | Economy and population severely affected by changes in timber industry. Commuting is infeasible due to extreme distances. Despite natural beauty of its setting, the community has been unable to recover because of isolation and lack of tourist infrastructure and amenities. |

Source: Adams and Grinspoon (in press)

Interviews suggested that residents of 9 of the 10 case study communities had experienced more negative than positive changes since 1994, the exception being Leavenworth. Most interviewees, regardless of their role in community life, noted how the complexity of social and economic change factors and their interaction with changes in federal forest management made it nearly impossible to attribute changes specifically to the NWFP instead of to larger state, regional, and national trends (Adams and Grinspoon, in press).

Another recurrent theme in the case studies was a "spatial disconnect" between local employment and residents in communities. Wood products businesses in western Washington, and in both the westside and eastside Oregon Cascades, reported dissatisfaction with the available local labor pool, noting that it was very difficult to find reliable, trainable workers in general, and nearly impossible when drawing only from the labor pool in the communities where their facilities were located.

The interviews also identified several common themes related to community well-being that were consistent across all 10 communities, including community-federal agency relationships and workforce and employment opportunities among others. These themes are summarized in the Executive Summary to the 25-year report as follows:

- **Community-federal agency relationships.** Case study participants reported a trend of agency disengagement with their respective community and its well-being. Disengagement has been amplified, if not caused, by federal agency workforce reductions, duty station closures, and high staff turnover. Few of the current agency personnel among the

interviewees had been stationed at their respective community location for more than a few years. In addition, for the agency positions that remained, there was a clear trend away from staff living in the community where their job was based, with staff instead commuting long distances from larger communities seen as more desirable (Adams and Grinspoon, in press). This local federal agency workforce reduction was observed to result in diminished social capital that had historically been supplied by agency employees residing in the community (e.g., federal employees who lived in their duty station often had spouses who worked as teachers and both employees and spouses often volunteered for community roles at relatively high rates) (Santo et al. 2021).

- **Workforce and employment change**. In every community, case study participants suggested that since the implementation of the NWFP, many of the hardest working community members had moved away in search of opportunities elsewhere. Aside from a net decrease in employment opportunities, case study participants also suggested that local higher-paying family wage jobs were at best difficult to find, and at worst effectively nonexistent. Another frequent theme involved automation in logging and milling occupations. Many participants suggested that automation was responsible for a significant reduction in job opportunities and an overall shift in the type of skills that employers seek. In several of the 25-year case studies, multiple community representatives noted that, in effect, they 'did not know anyone' who was employed at wood products facilities in or near their communities and felt that the facility was not truly a part of the community since its owners and managers were not residing locally and did not participate in community life – as had been typical in prior generations. This theme was echoed in observations of several forest industry representative interviewees who noted their employees typically commuted a significant distance to the facility (Adams and Grinspoon, in press).

These social and economic changes were one of the most important reasons why multiple interviewees expressed doubt that a revival of timber production on nearby federal forest lands would offer tangible benefits to their communities. Locals typically no longer worked at the remaining wood products facilities. Interviewees saw the limited contracted work in the forest (primarily logging and hauling, but also replanting) as being controlled by large companies that were based far away, usually in large metropolitan centers, and employed crews of laborers who typically did not live in proximity to the work site.

The conditions described in the previous paragraphs were mostly found in communities located within roughly 30 miles of an interstate highway, a large city, or both. In this community type, wood products infrastructure was often still present and in operation though the labor force to operate it was generally not locally based. The case studies also included interviews from two former forest-dependent communities that were much more geographically isolated. These communities represent another type that exists across the region—with a change trajectory best described as "low amenity / isolated" (Table 3-26)—where population and the available local services are all significantly diminished, and no major wood products infrastructure has been locally active for roughly 30 years (Coughlan et al. 2022).

### 3.8.1.11   County Vulnerability Index

As part of the 25-year report, Adams (in press [b]) employed a purpose-built social vulnerability measure that focuses on the demographic and earnings income factors affecting the workforce capacity of the population in each of the 54 counties that belong to one of the five groups "low"

through "extremely high" identified in Table 3-17.[38] These factors include: educational attainment of adults; proportion of people 65 and older; participation in the workforce by eligible adults and the rate of unemployment among participants; annual wages paid by employers across all industry sectors; and individuals in poverty. Vulnerability is described in this measure in relative terms with each county compared to the share of the six observed factors in the total 54-county-area population. Figure 3-23 shows relative social vulnerability by county for 1990 and 2017 and the change from 1990 to 2017 (Adams, in press [b]).

Little or no change during the NWFP era was most frequently observed. Twenty-three counties did not experience measurable changes in relative social vulnerability; 16 changed slightly, positively or negatively; and 15 had larger shifts in either direction. There was a clear geographic pattern of improvement and deterioration trends:

- In California, Colusa County alone recorded an improvement in relative vulnerability, driven by its unusually (for the region) young population; deterioration was recorded in five counties, including the three coastal counties where private timber lands were historically the most important source of raw material for industry.

- In Oregon, large relative improvements occurred in Hood River and Wasco Counties and coastal Tillamook County, while most counties in southwestern Oregon experienced slight or some deterioration in vulnerability.

- Most notably, all five counties in Washington's eastside Cascades region recorded some to large improvements in vulnerability during the NWFP era, though in rural, isolated Okanogan County, vulnerability was still high in 2017.

The 25-year report compared this pattern (Figure 3-23) to the county typology (Figure 3-6) and found that deteriorating social vulnerability is strongly correlated with counties in the "low" and "extremely high" groups, while large improvements in social vulnerability are almost exclusive to counties in the "high" group. The latter were typified by high reliance on federal forest lands and timber industry employment in the 1980s but are also located on the edges of the NWFP area where non-forest products economies (e.g., agriculture, amenity recreation) are also viable (Adams, in press [b]).

---

[38] Note that this measure designed specifically for use in NWFP monitoring is not the same as the "Social Vulnerability Index – SVI" maintained by the Centers for Disease Prevention and Control.



**Figure 3-23. Social vulnerability in the NWFP-area counties, 1990 and 2017**

### 3.8.1.12  Environmental Justice

Historically, low-income, minority, and tribal populations have borne some of the greatest human health and environmental burdens. In 1994, President Clinton issued E.O. 12898, "Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations," to focus federal attention on the environmental and human health conditions in these communities with the goal of achieving environmental justice. E.O. 12898 and USDA Regulation 5600-002 direct the Forest Service to identify and address, as appropriate, disproportionate and adverse human health or environmental effects on minority and low-income populations. These policies also require, in accordance with Title VI of the Civil Rights Act of 1964, that the Forest Service ensure people are not denied access to the benefits of agency programs, policies, and activities because of their race, color, or national origin.

Environmental justice is defined in NEPA implementing regulations as: the just treatment and meaningful involvement of all people, regardless of income, race, color, national origin, tribal affiliation, or disability, in agency decision-making and other federal activities that affect human health and the environment so that people (1) are fully protected from disproportionate and adverse human health and environmental effects (including risks) and hazards, including those related to climate change, the cumulative impacts of environmental and other burdens, and the legacy of racism or other structural or systemic barriers; and (2) have equitable access to a healthy, sustainable, and resilient environment in which to live, play, work, learn, grow, worship, and engage in cultural and subsistence practices (40 CFR § 1508.1 (m)). Evaluating potential environmental justice implications has typically included considering the potential for disproportionate and adverse impacts from an action, access to the benefits of an action, and opportunities for meaningful involvement in the decision-making process.

E.O. 14096, "Revitalizing Our Nation's Commitment to Environmental Justice for All," issued by President Biden in April 2023, reaffirmed the importance of environmental justice considerations in federal decision-making and reiterated the requirements for consideration of environmental justice under NEPA as detailed in E.O. 12898. E.O. 14096 provides updated direction to federal agencies for addressing Environmental Justice, following two main themes:

***Theme 1*: Expanding the identifying characteristics of people who may have experienced environmental injustice.** While E.O. 12898 focused on potential injustices experienced by low income and racial minority populations, E.O. 14096 expands the population characteristics potentially associated with environmental justice issues beyond race, color, national origin and income to include:

- People with disabilities,

- Households in which adults have limited proficiency speaking English,

- People living in rural areas that are chronically short of essential services, such as health care and lack full employment opportunities.

- Tribal Nations, and

- Communities anywhere that are affected by persistent poverty and inequality, such as the legacy effects of redlining.

*Theme 2*: **Reframing the notion of "environmental justice populations."** E.O. 12898 emphasized identifying communities with disproportionately high representations of people of color, Hispanic/Latino people, and people in low-income households, and determining how they were impacted by federal agency actions. This approach led to the practice of federal agencies labeling communities as "environmental justice populations," often without the consent of community representatives. E.O. 14096 instead places emphasis on identifying "communities with environmental justice concerns," and adopts an approach of allowing the representatives of such communities to describe the extent of environmental justice issues they have experienced or expect to experience in the future.

This reframed "listening" approach to environmental justice suggests moving away from the usual practice of analyzing population characteristics and labeling places as "environmental justice populations" or "EJ communities." However, it is infeasible for a federal agency to elicit, hear, and act on expressions of potential environmental justice concern from every community that is potentially affected by a planned management action. Some kind of filtering for locations of communities more likely to express concerns is necessary as an initial analytical step in this reframed environmental justice assessment process. One approach is to identify communities and populations where the characteristics that are associated with greater likelihood of expressions of environmental justice concern are disproportionately represented. These characteristics include those identified in the original 1994 E.O., plus the new characteristics from E.O. 14096 listed in Theme 1 above.

## Mapping Population Characteristics

Although both the purpose and the process of mapping population characteristics has changed from typical practices responding to E.O. 12898, mapping population characteristics remains essential for an environmental justice assessment that responds to the new direction articulated in E.O. 14096. Communities where one or more of the traits listed in Theme 1 are disproportionately represented in the population, in comparison to all others that could experience similar impacts from current and proposed land management direction, are probably more likely to express environmental justice concerns if invited to do so. These characteristics also tend to be more prevalent in places that were historically underserved or outright neglected by many government agency programs. Thus, places where characteristics from Theme 1 are relatively disproportionate in the local population are most likely to present opportunities to hear local residents express environmental justice concerns in their own words, as E.O. 14096 envisions.

An environmental justice assessment supporting the proposed NWFP amendment was prepared by the Forest Service's Geospatial Technology & Applications Center (GTAC). This assessment, included as Appendix E to this Draft EIS, employs currently best available scientific practice for population characteristics mapping. The two notable aspects of best practice are: 1) determining whether certain population characteristics are disproportionately represented in a community in a relative, not absolute, sense by comparing local characteristics to 2) an appropriate reference population for establishing meaningful relative comparisons. GTAC's assessment calculates the relative presence of population characteristics for each census block group in the 54-county area, by comparing the share of the population with that characteristic to the corresponding regional

share in the reference population.[39] The reference population is the total population of the 54-county area (Figure 3-6).[40] A relatively high concentration occurs when the share in a census block group is 1.5 to 2.0 times the share in the reference population. The assessment in Appendix E focuses on race, ethnicity and people living in low-income households to identify communities with a high potential for expressing environmental justice concerns. This focus on these characteristics and the exclusion of other population characteristics identified in E.O. 14096 as potential predictors of environmental justice concerns (such as disability and limited English proficiency) is largely driven by data availability as discussed in Appendix E. Focus on the limited set of race, ethnicity, and income characteristics does not imply that the other characteristics in the list are not relevant, only that other methods not available for this assessment are required to assess these characteristics. Key findings from the race, ethnicity, and income assessment in Appendix E are summarized below. The population characteristic categories listed are used by the U.S. Census Bureau in data collection and reporting for the American Community Survey, and—though lacking the ability to describe nuanced identities—reflect the best available race and ethnicity classifications. See Appendix E for more information on how these categories are defined and measured.

- **Hispanic or Latino**. People who identify as Hispanic or Latino are widely distributed throughout the affected environment, and most reside in locations with less than high concentration. A key theme in the distribution of high Hispanic population concentrations throughout the 54-county area is their frequent presence in locations with large scale field crop or orchard agriculture operations, such as Chelan, Kittitas, and Yakima Counties, Washington, Hood River County, Oregon, and the Sacramento Valley of California. High concentrations outside of major metropolitan areas are not, however, limited to rural, agricultural locations. They can also be found at something closer to a neighborhood scale in cities like Medford, Oregon and Redding, California; and in small towns in primarily non-agricultural landscapes, including Forks, Aberdeen, Montesano and Shelton, Washington; and Arcata and Eureka, California.

- **American Indian or Alaska Native**. Most Reservations of federally recognized Tribes in the 54-county area are spatially associated with high concentrations of people who self-identify as American Indian. The largest numbers of individuals in these concentrations are associated with the largest reservations, including the Confederated Tribes of Warm Springs (Wasco and Jefferson counties, Oregon), Yakama Nation (Yakima County, Washington) and Confederated Tribes of Colville (Okanogan County, Washington). High relative concentrations occur frequently across rural parts of the 54-county area, but the largest number of people self-identifying as American Indian and/or Alaska Native live in large metropolitan counties that have few to no high concentration locations that could plausibly be described as "American Indian communities." Almost one-third of individuals who identify as American Indian or Alaska Native reside in the most populous counties in the 54-

---

[39] A Census block group is generally defined to contain between 600 and 3,000 people and 240 and 1,200 housing units, with an optimal population of 1,500. Census block groups consist of groups of blocks and are the smallest geographic unit that the Census Bureau tabulates sample data for, including data from the American Community Survey.
[40] As noted elsewhere in this section, the "54-county area" consists of those counties included in the Low to Extremely High typology categories shown in Figure 3-6.

county area (King, Pierce and Snohomish Counties, Washington, and Multnomah County, Oregon).

- **Black or African American.** Communities that could be described as black or African American in the 54-county area are almost entirely located in urban areas, primarily the Seattle-Tacoma-Bellevue and Portland metropolitan areas. In both metro areas, the imposition of discriminatory housing practices in the 20th century resulted in the development of neighborhoods almost exclusively comprised of black residents. These patterns have moderated and shifted in recent years, but urban black populations in the 54-county area remain more segregated than people of most other ethnic or racial identity groups.

- **Asian.** More than 9 in 10 people in the 54-county area who identify with an Asian (including Asian-American) racial identity live in one of the eight principal counties of the Seattle-Tacoma-Bellevue and Portland metropolitan areas. A total of 54 percent reside in a local area where Asians are highly concentrated—thus more plausibly representing an identifiably Asian community—within King (Seattle), Pierce (Tacoma) and Snohomish (Everett) counties, Washington. Like the distribution of Black or African American populations, highly segregated Asian population enclaves are largely the result of historic patterns of discrimination. High concentrations of Asian population that are not within the major metropolitan areas also occur in counties with large public universities in mid-size cities, including Benton and Lane counties, Oregon and Whatcom County, Washington.

- **Native Hawaiian or Other Pacific Islander**. Less than 1 percent of the population in the 54-county area cites native Hawai`ian or Pacific Islander heritage, and, based on the data available for this analysis, there are few obvious locations where a community of place defined by these identities may exist.

- **Low-Income Households.** Approximately 25 percent of individuals in the 54-county area, about 2.5 million people, live in a low-income household, with almost 40 percent of these individuals residing in high-concentration locations. Significant numbers of low-income individuals live in largely rural counties. Twenty of the 54 counties include rural locations with high concentrations of low-income residents. These counties are Colusa, Humboldt, Lassen, Mendocino, Modoc, Siskiyou and Trinity Counties, California; Coos, Curry, Douglas, Jefferson, Klamath and Wasco Counties, Oregon; and Clallam, Grays Harbor, Jefferson, Klickitat, Lewis, Okanogan and Yakima Counties, Washington. One of the principal common attributes of these 20 counties is long travel times to large cities or major metropolitan regions (except Yakima County, which is considered metropolitan).

## Communities of Interest

Just treatment requires analyzing and addressing, where appropriate, the potential for disproportionate and adverse human health and environmental effects of agency actions and ensuring equitable access to the environmental benefits of agency actions. Historically, some populations, including people with low incomes or experiencing persistent poverty, people of color, and people with disabilities, have experienced higher exposure or vulnerability to environmental burdens. The analysis in Appendix E addresses places where people with these attributes are disproportionately represented in the resident population. However, populations with these attributes may also be uniquely susceptible to impacts from a proposed action due to

special vulnerabilities, unique routes of exposure, or cultural practices, including subsistence uses and access to sacred sites (Federal Interagency Working Group & NEPA Committee 2016). These vectors of exposure are not necessarily place-based; rather, they result from a particular form of interaction with forested environments. Members of the affected community are defined not by where they live, but by their interest in a specific resource on, or their use of, NFS lands.

Research has indicated that different populations may have different relationships to federal forests, different use preferences, different views on forest management, and face different constraints that influence their use of federal forests, although variations exist within groups. A recent review found that research related to environmental justice and forest management in the Pacific Northwest has mainly focused on low-income and racial and ethnic minority populations in the environmental workforce, the gathering of nontimber forest products, and recreation (Charnley et al. 2018b).

- **The Environmental Workforce**. Starting in the late 1970s the forestry workforce in the Pacific Northwest shifted from being predominantly white toward a workforce largely composed of low-income Hispanic or Latino immigrants and undocumented workers. Studies in western Oregon have indicated that Hispanic or Latino workers employed by forestry and fire contracting businesses tend to be employed in more labor-intensive tasks, such as planting and thinning trees, piling and burning brush, manual herbicide application, and digging fire lines to fight wildland fires, and less represented in forest work that is less labor-intensive, such as operating heavy equipment and timber cruising. Labor-intensive and Hispanic or Latino workers are more likely to travel long distances to work and be employed seasonally, with low wages, no benefits, and poor working conditions. Some improvements to these types of working conditions have been noted in recent years, mainly in relation to fire suppression work, which is typically more profitable and less price competitive than other types of forest work (Charnley et al. 2018b).

- **Nontimber Forest Products Gathering.** Commercial nontimber forest products gathering in the NWFP area mostly occurs in the temperate forests west of the Cascades where there are concentrations of economically important species, more people, and easier access. Low-income and minority populations – particularly Southeast Asians, Latinos, and low-income Whites – are often active in the commercial harvesting of nontimber forest products. Subsistence and cultural uses are also important drivers, particularly in the case of indigenous gathering. Commercial harvesting of nontimber forest products may be a primary source of income or used to supplement income from other sources, such as seasonal employment in agriculture or forestry services or other types of employment. Nontimber forest products that are commercially harvested from federal lands by low-income and minority populations in the NWFP area include bluegrass, wild mushrooms, and salal, a major commercial product in the floral greens industry (Charnley et al. 2018b).

- **Recreation.** Rates of recreation visitation to federal forests in the NWFP area for low-income and minority populations are relatively low, with the costs of a trip serving as one of the main barriers to recreation participation for low-income populations. Identified barriers for minority populations include travel distance, cost, safety concerns, and lack of knowledge regarding recreation opportunities (Charnley et al. 2018b).

These cases, particularly the environmental workforce and nontimber forest products gathering, suggest that the relationship between low-income and minority populations and federal forests is

not primarily based on proximity, as Hispanic forest workers, for example, often travel long distances to work. A shared forestry work experience among a group of people with similar characteristics but residing in different places is a classic illustration of a "community of interest."

## 3.8.2　Environmental Consequences

This section examines potential environmental consequences for the No Action and action alternatives. It is important to note that every rural forest community is different. Social and economic conditions in some communities are more connected to forest activities than they are in others. Of those communities with close ties to forests, some have been able to adapt to forest management and industry changes while other communities have faced significant challenges because of these changes. These types of differences are discussed in the community case studies and county vulnerability sections of the Affected Environment section. The following is a programmatic analysis and therefore no specific project information can be evaluated at the community level. That said, all the potential effects identified here should be considered within the context of the differences in communities that occur across the NWFP socioeconomic region. Those communities that are more connected to the forests and/or are facing greater challenges would be expected to have greater potential for effects. In addition, when future potential effects are examined at the project level, these differences should be considered and evaluated for the specific communities that are potentially affected.

### 3.8.2.1　*Improving Opportunities for Jobs Supported in Local Communities*

ECONSUST-GOAL-2, ECONSUST-GOAL-3, and ECONSUST-GOAL-4 are included in all action alternatives and identify the importance of economic opportunities from forest management, particularly with respect to the economic contributions resulting from forest products and restoration work. Goals include supporting local community workforce capacity, improving access to opportunities for underserved populations, and identifying areas of common workforce needs by collaboratively prioritizing training and promoting workforce development. These goals are expected to result in improved communication and partnerships with local governments, businesses, Tribes, and organizations to identify project-related funding for restoration projects, as well as improved coordination with local cooperators, contractors, and operators on a recurring basis to align project objectives and local workforce capabilities.

In addition, ECONSUST-OBJ-1, also included in all action alternatives, establishes an objective to increase restoration treatments using ecological forestry methods for forest management while also conserving and protecting older trees and achieving desired conditions for LUAs. Levels of restoration treatments vary in each of the alternatives, but across all variations and in conjunction with the three ECONSUST goals described above, this objective is expected to promote the consistency and reliability of timber harvest and the restoration work that will support aligning Forest Service needs and job opportunities in local communities.

The 25-year report findings strongly suggest that the employment benefits any alternatives may generate are not equally likely to occur in all parts of the NWFP socioeconomic region. Given sub-regional trends since the 1990s in harvest volume and earned wages in the wood products sector (see the "Employment and Income" discussion under Section 3.8.1.8), a likely scenario is that employment benefits will flow primarily to already job-rich metropolitan counties (Adams, in press [a]). The 25-year report's community case studies also noted that some timber industry

operators in historically timber-dependent non-metropolitan communities in the NWFP socioeconomic region have struggled to identify and retain a sufficient local workforce (Adams and Grinspoon, in press). It is not just the total number of forest management-supported jobs that is important to community well-being but also the share of those jobs that can be filled by area residents. As indicated by the social vulnerability and community case study analyses in the 25-year report, the degree of need to strengthen local workforce capacity in support of both an economically viable industry and the social capital of communities is location-specific.

Consequently, not all potentially job-creating restoration treatments or related timber harvests resulting from adoption of any of the alternatives are equally aligned with local economic sustainability priorities. Restoration projects or timber sales in which removal of raw material is contracted to a firm located a long travel distance from the work site, with material subsequently acquired by a processor located in an urban setting, will likely have little local economic impact that is aligned with the ECONSUST goals. However, simply ensuring that forest removals are acquired by locally based processors will not necessarily be sufficient to achieve the goal of supporting local jobs, since the facility may very likely rely on non-local employees. Proposed actions will best support the ECONSUST goals and objective when they are intentionally designed to engage the remaining local industry facilities and are coordinated with the efforts of partner organizations to build workforce training programs for the residents of communities that have lacked access to industry-related employment during implementation of the NWFP.  This context highlights the importance of ECONSUST-GOAL-2, ECONSUST-GOAL-3, and ECONSUST-GOAL-4 in the action alternatives.

### 3.8.2.2    Forest Products

Timber from NFS lands represents a small share of the total supply in the NWFP socioeconomic region accounting for just 6.6 percent of total harvest over the past decade. High transport costs and the species preference of mills mean that most wood processed within the region also originates in the region. While a relatively small share, harvest from federal lands is an important source for some local mills. This is especially the case when other sources of supply are constrained. This is, for example, generally thought to be the case on the east side of the Cascades where most productive forests are owned by the federal government (Charnley et al. 2018a). This relative dependence has been exacerbated by reductions in mill capacity on the east side, which has led to limited processing infrastructure. Supply can also be constrained as a result of high log export prices, which make it difficult for domestic processors to compete for private timber. Federal timber in the NWFP area is barred from international export and may represent a consistent supply that is available for purchase at relatively low prices when export demand is high (Charnley et al. 2018a).[41]

Federal timber harvest can also be important in scenarios where local milling capacity is in danger of closing due to supply constraints and the addition of federal timber helps local mills avoid reaching a tipping point and having to close operations. Increases in log supply more generally can increase employment at mills when there is unutilized capacity and sufficient volume to support adding an extra shift or opening another processing line (Charnley et al. 2018a). It should, however, be noted that supporting local mills is not automatically an action

---

[41] Federal timber in the NWFP area is barred from international export under the Forest Resources Conservation and Shortage Relief Act of 1990 (as amended), and, in most cases, also barred for purchase by an entity that sells timber into the export market (Charnley et al. 2018a).

that benefits the communities in which they are based, given the observed trend of mills in more remote locations relying heavily on a non-local workforce.

While the following job estimates are relatively small in the context of the wood products economy in the NWFP socioeconomic region, the volumes they are based on may be important sources of supply for local mills as the preceding discussion suggests. Recent news reports have identified seven mill closures in Oregon in 2024, with several mills citing uncertainty over log supply as a contributing factor (Southern Oregon Business Journal 2024).

## Jobs Supported by Changes in Timber Volumes by Alternative

Table 3-27 summarizes the number of jobs and amount of labor income supported by forest products-related national forest management activities under each alternative. These differences are a result of changes in the expected annual volumes of forest products harvested under each alterative. Employment is the estimate of average annual full-time, part-time, temporary, and seasonal jobs. Direct job contributions come from economic activity associated with Forest Service programs and management activities. Secondary (indirect and induced) job contributions are jobs supported elsewhere in the regional economy through the multiplier effect, as initial changes in demand "ripple" through the local economy and support additional economic activity. Total job contributions are the sum of these direct and secondary contributions. As discussed in Section 3.8.1.2, this analysis is based on a 92-county region that includes the 72 counties that make up the NWFP socioeconomic region plus 20 additional counties (see Table 3-17 and Table 3-18).

Under the No Action Alternative, existing levels of timber harvest are assumed to continue over the next decade. Treatments in dry and moist forest in Matrix, AMA, LSR and RR lands would result in an estimated 4,446 MMBF sold per decade for an annual average harvest of 445 MMBF (which was the annual average volume sold from NFS lands in the NWFP area for 2014 to 2023 [Table 3-22]). This harvest level would continue to support an annual average of 4,360 direct and secondary jobs (Table 3-27).

**Table 3-27. Estimated annual forest products employment and labor income by alternative**

| Impact | Alt. A (No Action) | Alt. B (Proposed Action) (Low) | Alt. B (Proposed Action) (high) | Alt. C (low) | Alt. C (high) | Alt. D (low) | Alt. D (high) |
|---|---|---|---|---|---|---|---|
| Volume (MMBF) | 445 | 590 | 1,350 | 150 | 360 | 470 | 1,220 |
| **Employment (Jobs)** | | | | | | | |
| Direct | 1,950 | 2,570 | 5,920 | 650 | 1,590 | 2,060 | 5,340 |
| Indirect and Induced | 2,410 | 3,180 | 7,330 | 810 | 1,960 | 2,540 | 6,610 |
| **Total** | **4,360** | **5,740** | **13,250** | **1,470** | **3,550** | **4,600** | **11,960** |
| Net Change from No Action | - | 1,380 | 8,890 | (2,890) | (810) | 240 | 7,600 |
| **Labor Income ($ million)** | | | | | | | |
| Direct | 151.0 | 198.8 | 458.8 | 51.0 | 122.8 | 159.2 | 414.0 |
| Indirect and Induced | 148.7 | 195.8 | 451.8 | 50.3 | 121.0 | 156.8 | 407.8 |
| **Total** | **299.7** | **394.6** | **910.6** | **101.3** | **243.8** | **316.0** | **821.8** |
| Net Change from No Action | - | 94.9 | 610.9 | (198.4) | (55.9) | 16.3 | 522.1 |

Notes:
1/ Volumes are annual estimates based on decadal totals.
2/ Employment estimates include full-time, part-time, temporary, and seasonal jobs.
Source: USDA Forest Service 2024f

The three action alternatives would treat varying amounts of young stands, defined as stands established after 1905, in dry and moist forests in Matrix, AMA, LSR, and RR lands using ecological forestry methods for forest management while also conserving and protecting older trees and achieving other desired conditions. Estimates of acres that would be treated by action alternative (Alternatives B, C, and D) and the corresponding volume estimates are influenced by a variety of factors as discussed in Section 3.3.2.2 and, as a result, estimates are provided for these alternatives as a range from low to high volumes in each case (Table 3-27).

Viewed in terms of net change from the No Action Alternative (with low and high values considered separately), annual average jobs supported over the first decade of implementation would range from an estimated increase of about 8,890 jobs under Alternative B (high) to net decreases ranging from 810 jobs (Alternative C – high) to 2,890 jobs (Alternative C – low) (Table 3-27). These estimates are total (direct and secondary) jobs. In terms of direct forest products jobs, the No Action Alternative would continue to support an annual average of 1,950 jobs, with changes under the action alternatives ranging from an estimated net gain of around 3,970 jobs (Alternative B – high) to a net decrease of 1,290 jobs supported (Alternative C – low) (Table 3-27). Estimated total labor income would follow the same pattern, ranging from an estimated net annual increase of about $610.9 million (Alternative B – high) to an annual decrease of $198.4 million (Alternative C – low) (Table 3-27).

Viewed as a range by alternative (from low to high), under Alternative B, which adheres closely to FAC recommendations, direct forest products jobs supported would range from 1.3 to 3.0 times the number of jobs under the No Action Alternative. Alternative D would result in similar, but smaller increases, equivalent to 1.1 to 2.7 times the direct jobs supported by the No Action Alternative. Alternative C would, in contrast, result in a reduction in jobs supported relative to No Action, with direct jobs ranging from 34 percent to 81 percent of the No Action total (Table 3-27). Increases in estimated volumes and associated jobs supported would help sustain existing facilities and infrastructure, and in some cases could potentially encourage additional investment. Substantial reductions in estimated volumes, such as those anticipated under Alternative C (low and high) and the resulting loss of jobs and income relative to No Action could on the other hand affect the sustainability of the local workforce and processing infrastructure in areas that depend on federal timber harvest.

## Jobs Supported by Forest Restoration Activities

The preceding section addresses potential impacts to the forest products sector in terms of the jobs and labor income that could be potentially supported by the removal of merchantable timber under each alternative. These estimates capture just part of the overall economic activity that would be supported by the restoration actions proposed as part of each alternative.

Recent studies have sought to quantify the economic impacts of ecosystem restoration activities (Nielsen-Pincus and Moseley 2010, Headwaters Economics 2014, BenDor et al. 2014, Cullinane Thomas et al. 2016). Investments in ecosystem restoration have both short- and long-term economic impacts. Impacts in the short term include the business activity and jobs and income that are supported during project implementation. Nielsen-Pincus and Moseley (2010), for example, in a study of public investment in forest and watershed restoration in Oregon found that each $1 million invested in restoration activities supported approximately 16 to 24 jobs (Nielsen-

Pincus and Moseley 2010).[42] This range in jobs per $1 million varies with the type and scale of restoration. Investments in labor-intensive activities (such as site preparation, tree and shrub planting, and cutting small trees and brush by hand) support the greater number of jobs, whereas equipment- and technical-intensive activities (such as forest thinning, small-diameter and selective logging, masticating ground fuels, constructing stream habitat features, and excavating of floodplain and wetland features) support fewer jobs.

Another study estimated the economic impacts of 21 ecosystem restoration projects on BLM lands and found that every $1 million invested in ecosystem restoration supported between 13 and 32 job-years and from $2.2 million to $3.4 million in total economic output (Cullinane Thomas et al. 2016). The range in job-years per $1 million reflects variations in the split between labor and non-labor expenditures, which in turn result from a number of different factors, including the range of treatments and prevailing labor rates (Cullinane Thomas et al. 2016).

Implementation of the non-commercial timber harvest parts of the Action Alternatives would support local economic activity through the local procurement of services, equipment rental, and materials, as well as through spending by workers. These direct expenditures would generate economic activity in other parts of the economy through what is known as the multiplier effect, with direct spending supporting indirect (supply-chain) and induced (consumer-driven) economic impacts. The top two economic sectors typically affected by this multiplier effect are wholesale and retail trade, including transactions for fuel, wood products, rock, metal, and other building and landscaping products. Other common but less affected sectors include employment services, commercial and industrial machinery rental, commercial and industrial machinery repair and maintenance, and professional services such as insurance brokers and accountants (Nielsen-Pincus and Moseley 2010). Ecosystem restoration may also result in long-term economic impacts in cases where restored ecosystems support ongoing or increased recreation and tourism and other business activity.

Estimated acres of treatment across the action alternatives (Table 2-1) provides an indication of the relative extent of resulting restoration activities. These estimates indicate higher treatment acres and therefore more forest stewardship-related jobs potentially supported under Alternative B followed by Alternative D. Also, considering additional fire resistance and resilience treatment acres, Alternative D could potentially support the largest number of jobs, followed by Alternative B. Alternative C has the lowest estimated total treatment acres and therefore would be expected to provide the least opportunity for jobs supported through these restoration activities. As the preceding discussion suggests, the numbers and types of jobs and the associated local contracting opportunities supported across all the action alternatives would vary by treatment type and conditions in local communities.

Importantly, restoration-based employment has the potential to offer local employment opportunities and ultimately lead to enhanced local workforce capacity in communities that now entirely lack wood products processing infrastructure. There are many such communities throughout the NWFP area: places where one or more mills once operated but have long been idle or were long ago dismantled. Industry investors are unlikely to view most of these as

---

[42] Adjusting for inflation, the restoration spending required to support 16 to 24 jobs would be $1.36 million in 2023 dollars or put another way, each $1 million invested in restoration activities in 2023 dollars would support approximately 12 to 18 jobs.

promising locations to refurbish an idle mill or build an entirely new one. In such places, forest-related employment opportunities are related to either the leisure and hospitality sector that is a secondary benefit of enhanced recreation visitation, or, potentially, a range of unskilled, semi-skilled and skilled labor supporting forest restoration activities that occur largely nearby. Developing new capacity in these communities is dependent on implementation of ECONSUST-GOAL-2, ECONSUST-GOAL-3, and ECONSUST-GOAL-4 across all the action alternatives.

## Special Forest Products

Improvements to forest health and resilience under all the action alternatives are expected to improve the sustainability of important special forest products (also called non-timber forest products). This would include opportunity and access to harvest important products such as foliage, fruits and berries, fuelwood, grass, limbs/boughs, mushrooms, and Christmas trees. Sustaining access and opportunity to these special forest products is important to the social and economic well-being of the region. Because populations that are engaged in non-timber forest products collection activities to generate income are somewhat more likely to be people of color and/or low-income, sometimes traveling long distances to access collecting opportunities (Charnley et. al 2018), special forest products access and opportunity are also important to "communities of interest" in an environmental justice context.

### 3.8.2.3    *Federal Land Payments*

Federal payments to counties under the Secure Rural Schools and Community Self-Determination Act of 2000 (SRS) will not change under any of the action alternatives. However, SRS is renewed on an annual basis through Congressional action and is therefore uncertain. In years when SRS is not renewed, payments revert to the levels generated under the 25 percent and O&C Acts. While SRS payment amounts have been converging with the levels that would be generated under the 25 percent and O&C Acts, the failure to renew the SRS in 2016 still resulted in a steep aggregate decline in payments in that year (Figure 3-20). Any Congressional failure to renew the SRS would revert payment amounts to a basis in actual federal timber sales. In this hypothetical event, payments to counties would be lower under Alternative C than the other alternatives.

### 3.8.2.4    *Recreation*

Viewed in terms of the Forest Service program areas identified in Table 3-21 and total jobs supported, recreation visitation was the largest contributor to the regional economy in 2021, supporting an estimated 12,551 jobs (USDA Forest Service 2024e). Current trends in forest health and resilience would be expected to continue under the No Action Alternative. Management activities, including prescribed burns, treatments, and forest thinning, under all of the alternatives, including No Action, may temporarily prevent public access to a recreational resource (for the duration of the treatment) or change the structure or quality of recreation areas. Potential impacts could include effects on settings that support activities such as hiking, camping, mountain biking, and off-highway vehicle use, as well as effects on the terrestrial and aquatic species that support hunting, fishing, and wildlife viewing.

Rural communities located along access routes to the national forests often have a strong tie to the economic contributions that these recreational visitors provide. These include the visitor spending that supports jobs and the contributions to local tax revenues through the sales and lodging taxes collected. These local tax revenues support important public services that improve

the quality of life in these communities. These important visitor-related economic contributions may be negatively affected if the settings and opportunities that draw these visitors to the area are at risk. There would also be a potential loss of benefits to recreational users who would have to find other activity settings. These alternative settings may—or may not—provide a similar quality of the experience, or they could be located farther away, thus increasing recreation costs and reducing the availability of outdoor experiences.

As discussed in Section 1.10, *Other Resources Considered or Dismissed*, the proposed amendment may affect the use of recreation areas in the NWFP area, but given the programmatic level of this assessment, impacts to individual areas or uses, and related impacts to the recreation visitor-related economy cannot be determined at this time and will instead be considered in future project-level analyses. More broadly, alternatives that promote better forest health and resilience and reduce the risk of wildland fire affecting highly valued recreation resources would likely contribute to the improved sustainability of recreational settings and opportunities, as well as associated economic contributions to local communities.

### 3.8.2.5    Fire Resistance and Resilience

The population in the NWFP socioeconomic region has increased substantially in recent decades (see Table 3-19), with people increasingly living in and around NFS and other forest lands. Increases in the wildland-urban interface have been accompanied by some of the largest and most impactful fire seasons in recent decades. Wildfire can have significant effects on public health and safety and community economics by affecting air and water quality, power supplies, recreation opportunities, property and critical infrastructure, and travel and transportation (USDA Forest Service 2020). Fire resistance and resilience is addressed in detail in Section 3.4, *Issue 3 – Fire Resistance and Resilience*.

Under the No Action Alternative, fire resistance and resilience of mature and old growth forests would continue along current trends. A continued loss of mature and old growth would be expected under this alternative as a result of increasing frequency of natural fire most prevalent in the drier physiographic provinces with frequent-fire dependent ecosystems. Current trends in risk to communities would continue under the No Action Alternative.

The Proposed Action would increase forest treatment areas close to communities to enhance the resilience of these stands while decreasing the long-term wildland fire risk to communities. Wildland fire risk to communities would be reduced by re-evaluating community protection area boundaries adjacent to property, critical infrastructure, and places of tribal cultural significance. Community protection areas would be determined by evaluating conditions on the ground and incorporating the best available fire risk science. Implementing Alternative B would be expected to improve wildland fuel conditions over existing conditions within the NWFP area, resulting in a reduced risk from fires to highly valued resources, safer communities, and more effective wildland fire suppression by local resources.

Under Alternative C the use wildland fire would increase relative to the No Acton Alternative, but the area of fuels and vegetation management within community protection areas would be substantially reduced, with estimated treated acres dropping by one-half relative to the No Action Alternative over the first decade. Overall, Alternative C is not expected to improve fire resistance or reduce fire risk to communities relative to existing conditions.

Alternative D encourages additional fuels treatment acres in areas that are at a high risk of wildland fire to people, property, and infrastructure. This alternative would exempt a 0.25-mile buffer around identified HUD areas from the S&M direction to conduct pre-disturbance surveys and the associated management requirements. S&M direction regarding the management of known sites would still apply within these areas. Like the Proposed Action, Alternative D would be expected to improve wildland fuel conditions over existing conditions within the NWFP area, resulting in a reduced risk from fires to highly valued resources, safer communities, and more effective wildland fire suppression by local resources.

### 3.8.2.6    Other Ecosystem Services

National forests provide numerous benefits that are critical for the health and well-being of both the environment and society. These are often referred to as ecosystem services and they provide key economic benefits (for example, jobs, income, and commodities) as well as social and quality of life benefits (for example, improved health through clean air and water and cultural connections to the land). While some of these benefits are easily measured, others, like clean air and water and biodiversity, can be harder to quantify but are just as important. The preceding analysis examines the potential benefits of the alternatives on the following key ecosystem services: forest products, recreation, and fire resistance and resilience. The following sections address potential impacts to air and water quality and biodiversity. Given the programmatic level of this effort, it is not possible to identify specific project-level effects and, therefore, only broad-scale potential effects are addressed in the following discussion, which focuses on the social and economic aspects of these issues. Impacts to resources where economic benefits are less easily measured are also discussed elsewhere in this EIS.

### Air and Water

One of the significant benefits of healthy and resilient forests is their ability to regulate air and water quality. Forests act as natural filters, removing pollutants from the air and water, which is crucial for public health. They also play a vital role in climate regulation by absorbing and storing carbon, thus helping to mitigate the effects of climate change. A forest's capacity to provide these services is directly linked to its health and resilience, meaning that well-managed forests are much more effective at maintaining clean air and water. Forest management can also reduce the risk of large, high-severity wildland fires, which can release large amounts of smoke and harmful pollutants into the air. By using restoration activities to maintain forest health, we can mitigate the effects of wildland fires, thereby improving air quality and protecting the health of nearby communities. Fire resistance and resilience is addressed with respect to communities in the preceding section, with more detail provided in Section 3.4, *Issue 3 – Fire Resistance and Resilience*. Wildfire-related impacts to air quality are addressed in Section 3.7, *Issue 6 – Air Quality*. As discussed in Section 1.10, *Other Resources Considered or Dismissed*, the proposed amendment is not expected to affect water resources.

### Biodiversity

Biodiversity is another critical service provided by healthy and resilient forests. National forests support a wide variety of plant and animal species, many of which are essential for ecological balance on the landscape. This biodiversity is not only vital for ecosystem health but also provides cultural, educational, and recreational benefits to people. For instance, wildlife viewing, and the preservation of culturally significant species and landscapes are important to many

communities, including Tribes. Effective forest management practices, such as habitat restoration and resilience against severe wildland fire effects are key to sustaining this biodiversity and the associated benefits. Section 3.5.2 (under *Issue 4 – Biological Resources*) describes the types of change that could be expected within different forest types based on the proposed alternatives.

### 3.8.2.7　Environmental Justice

The affected environment section summarizes the key findings of the environmental justice assessment prepared in support of this Draft EIS. This assessment, included as Appendix E, maps likely locations for communities of place that are most likely to express environmental justice concerns, based on the race, ethnicity and income characteristics identified in E.O. 12898 (1994) and E.O. 14096 (2023). The latter order emphasizes that federal agencies should identify locations in which to adopt the practice of listening to communities express their concerns – not simply labeling the communities as "environmental justice populations." Not all communities can be heard with available resources for public outreach and engagement. Race, ethnicity and income are robust predictors of the kinds of communities that have long experienced marginalization or been overlooked/underserved by agencies and, as a result, likely have more to say about the potential to experience environmental injustices. Although other population characteristics, such as disability and limited English proficiency, are identified in E.O. 14096 as potential predictors of environmental justice concerns, race, ethnicity and income are the only ones for which robust data are available for analysis at a community, rather than state or county, scale.

Mapping these and other relevant population characteristics as potential indicators of communities with environmental justice concerns can be used to plan one vector of outreach and engagement activities that address potential place-based communities. Communities with environmental justice concerns may also be interest-based. Summary information is provided for three related communities of interest in Section 3.8.1.12: the environmental workforce, the gathering of nontimber forest products, and recreation. These types of potential interest-based communities with environmental justice concerns provide another vector to consider when planning outreach and public engagement.

The proposed amendment to land management plans across the NFS is programmatic; it orients future decisions but does not authorize action. Project-level environmental analysis will consider impacts to communities with environmental justice concerns in the context of specific actions, consistent with current NEPA implementing regulations and best practices. The mapping and analysis provided in Appendix E and the communities of interest discussion are available for future project-level analysis to consider the distribution of risks and benefits from agency management actions. Project-level analysis of environmental justice implications will ideally consider the race/ethnicity and income dimension of potential impacts and benefits through the lenses of communities of place and communities of interest, where the latter are defined in part by shared racial heritage or income. Additionally, project-level analysis should also address the need for information about the disproportionate representation of other population characteristics listed in E.O. 14096, such as people with a disability, though this assessment will require other approaches not discussed here.

Key findings from the environmental justice assessment that may help inform outreach and meaningful engagement activities at the project level in the NWFP area include:

▪ E.O. 14096 requires consideration of where any racial or ethnic identity other than "non-Hispanic, white alone*"* may be disproportionately present in a community relative to the appropriate reference population. While this is a helpful category for an intital, broad overview of the locations with the greatest likelihood to express a racial/ethnic identity other than white, it is not a helpful category for understanding the local nuance of that identity, which is a prerequisite for actual community outreach and meaningful, sustained engagement. The means by which a federal agency may seek to hear expressions of environmental justice concern from communities that may be appropriate to one racial or ethnic identity may not be for another.

▪ While high Hispanic population concentrations tend to frequently be present in locations with large scale field crop or orchard agriculture operations, they can also be found in small rural towns in primarily nonagricultural landscapes, which suggests these place-based communities may also have a labor-based connection to forest management in the region, as suggested in the communities of interest discussion. Project level analysis may therefore need to consider the appropriateness of two forms of engagement with Hispanic communities – those based in places where impacts or benefits of proposed actions are expected, and those who may belong to a labor-based community of interest. The maps and discussion in Appendix E can be used to identify locations outside the expected zone of impact where engagement with members of a such a community of interest may be fruitful.

▪ High American Indian concentrations occur throughout the 54-county area used for the environmental justice assessment, though the numbers of American Indian individuals residing in them are often small. Usually, these concentrations are spatially associated with specific tribal lands of interest – reservation, off-reservation trust land, or rancheria. The analysis in Appendix E is <u>not</u> a map of "Tribal populations," which is an additional criterion for assessment in E.O. 14096. This is because Census Bureau data are based on self-reported racial identity. Tribes themselves are the authoritative source of information about the number and distribution of tribal members. Project-level analysis will also go through a tribal consultation process as specified in E.O. 13175 (2000) and recent presidential memos and secretarial orders. However, in cases where additional efforts beyond consultation with specific tribal governments to reach people of American Indian heritage not living in Reservation communities or other obvious communities of place may be warranted, these can be aided by reference to the analysis in Appendix E. For example, there may be instances when it would also be appropriate to seek to engage American Indian individuals residing in other high concentration locations that are beyond the expected scope of place-based impacts – either because they may be connected to expected impacts or benefits of the action on adjacent tribal lands of interest, and they are members of the same Tribe – or, because they have connections to a community of interest through their racial or tribal identity that are rooted in access to sacred sites or culturally significant species that could be affected by the proposed actions.

▪ Black/African American and Asian populations tend to be highly concentrated in the 54-county area's major metropolitan counties. There are few evident opportunities to reach communities of these populations outside of the Seattle-Tacoma-Bellevue and Portland

metropolitan areas. Due to their rarity and isolation from each other, any locations outside of these metropolitan areas where black and Asian populations are locally highly concentrated would be especially worthwhile opportunities in which to pursue engagement and elicit a discussion of potential environmental injustice with community members.

- Pacific Islanders represent a very small share of the population in the 54-county area, with no obvious high concentration locations. However, a "community of interest" associated with shared Pacific Islander heritage but not a specific location may be a relevant environmental justice consideration.

- About one-quarter of individuals in the 54-county area live in a low-income household, with many of these individuals living in semi-rural or rural counties. Twenty of the 54 counties include rural locations with high concentrations of low-income residents. One of the principal attributes these 20 counties share are long travel times to principal arterial highways, large cities, or major metropolitan regions. As is the case with individual racial/ethnic identities, low-income communities may be a source of place-based environmental justice concern. In addition, low-income status may predispose individuals to also belong to one or more communities of interest based on patterns of use of national forest lands and resources. For example, subsistence hunting or gathering activities may be practiced by a community of forest users that share low incomes but reside in different places, including locations far from the proposed project actions under consideration. Engagement with low-income communities that focuses more broadly on the needs of the user community may be used to complement a place-based engagement with local low-income communities to capture a more complete picture of potential environmental justice concerns tied to income status.

Public and agency involvement, including public and tribal participation, is discussed in Sections 1.4 through 1.7 of this Draft EIS. Development of the amendment will meet requirements of NEPA and the 2012 Planning Rule, which requires the responsible official to encourage participation from youth, low-income, and minority populations. Additionally, under all action alternatives, there will be opportunities for meaningful engagement through project-level environmental analysis. Plan components in the action alternatives are not expected to have the effect of reducing the ability of communities with environmental justice concerns to participate in decision-making processes for future management actions in the NWFP area.

## 3.9 Cumulative Effects

Cumulative effects are defined by the CEQ as: "the effects on the environment that result from the incremental effects of the action when added to the effects of other past, present, and reasonably foreseeable actions regardless of what agency (federal or non-federal) or person undertakes such other actions. Cumulative effects can result from individually minor but collectively significant actions taking place over a period of time" (40 CFR 1508.1(g)(3)).

### 3.9.1 Past, Present, and Reasonably Foreseeable Actions within the Cumulative Effects Analysis Area

Past and present actions within the region encompassed and influenced by the land management plans, as amended, have shaped the landscape and current conditions within the area. As a result, these actions and their effects are captured by the assessment presented above of the existing

environment within the area displayed in Figure 1-1 (all land management types within the range of the NWFP).

Reasonably foreseeable future actions include the continuation of management actions of federal and non-federal landowners and managers geographically proximate to the NWFP area. As it would be speculative for the Forest Service to anticipate site-specific actions that would occur in the future on lands managed by others over the time period analyzed in the EIS, assumptions about future management on other ownerships are based on existing and proposed or draft plans applicable to those lands, current trends, and the potential effect of existing laws, regulations, and management plans. This analysis includes proposed planning efforts currently underway that the Forest Service considers as reasonably foreseeable to occur. These assumptions provide context for evaluating the incremental effect of the alternatives when added to the effects of other past, present, and reasonably foreseeable actions.

The cumulative effects analysis area used in this assessment consists of region encompassed and influenced by the land management plans, as amended, unless otherwise stated. The following describes the reasonably foreseeable future actions in the cumulative effects analysis area that are known to the Forest Service, and which are included in this assessment.

### 3.9.1.1    Forest Service National Old-Growth Amendment

The Forest Service is currently considering a nation-wide[43] amendment to national forest and grassland management plans, referred to as the Forest Service National Old-Growth Amendment (NOGA). The proposed amendment is intended to provide consistent direction to conserve and steward old-growth forest conditions nation-wide in response to rapidly changing climate conditions. NOGA focuses on wildland fire resilience, climate change adaptation, tribal inclusion, sustainable communities, and overall old-growth forest health. If the proposed amendment is approved, the agency will use the best available science, including Indigenous Knowledge, to provide consistent direction related to old-growth forest conditions across national forests and grasslands.

During the NEPA process being conducted for the NOGA project, the current versions of land management plans remain in effect and the local guidance for ongoing management of all national forests and grasslands until a Record of Decision is signed for the old-growth amendment. A Draft EIS for the NOGA project was published on June 21, 2024 (89 FR 52039), and the NEPA process for the project is anticipated to be completed in early 2025.

### 3.9.1.2    Bureau of Reclamation

Multiple lands administered by the Bureau of Reclamation occur within the cumulative effects analysis area, including Ash Creek, Cle Elum Lake, Bumping Lake, Kachess Lake, Keechelus Lake, Rimrock Lake in Washington; Bear Creek Greenway, Crane Prairie Reservoir, Emigrant Lake, Henry Hagg Reservoir, Howard Prairie Lake, Hyatt Reservoir, Wickiup Reservoir in Oregon; and Trinity River and Whiskeytown Dam in California. In 2003, the Bureau of Reclamation published a resource management plan guidebook which established management of Bureau of Reclamation lands to develop and protect water and water related resources in a

---

[43] As currently proposed, the NOGA would amend all national forest and grassland management plans with seven exceptions. One of these excepted units, the Crooked River National Grassland, occurs in Region 6 but is outside of the NWFP area.

manner that is both environmentally and economically sound and in the interest of the America public. The Bureau of Reclamation manages forest lands within the cumulative effects analysis area with an emphasis on wildland fire management. The 2009 Reclamation Manual, which outlines the Bureau of Reclamation's wildland fire management practice as well as other strategies for managing Reclamation-wide programs, is currently in the process of being updated (it was last updated in 2021).

### 3.9.1.3    BLM-administered Lands

In 1995, the BLM updated resource management plans in western Oregon for the management of BLM-administered lands in the Coos Bay District, Eugene District, Salem District, and the Swiftwater Field Office of the Roseburg District, consistent with the NWFP, which guide management of approximately 2.5 million acres of BLM-administered lands. On August 5, 2016, the BLM revised these 1995 resource management plans to maintain strong protections for the northern spotted owl, listed fish species, and water resources while offering predictable and sustainable outcomes for local communities from tourism, recreation, and timber harvest.

In 1992, the BLM updated resource management plans in eastern Washington for the management of BLM-administered lands in the San Juan Islands National Monument and Wenatchee Field Offices of the Spokane District. This updated resource management plan focuses on maintaining lands for wilderness management, as well as for their recreational, riparian, and wildlife value. Overall, BLM forest lands of eastern Washington are managed according to the Federal Land Policy and Management Act of 1976; however, this 1992 resource management plan update has allowed for the disturbance of forestlands for road construction primarily associated with oil and gas leasing and operations.

In the western region of the Northern California District of the BLM, the Arcata and Redding Field Offices are in the process of preparing a new joint resource management plan called the Northwest California Integrated Resource Management Plan. This plan would replace and update management plans set forth in 1992 and 1993 by the Arcata and Redding Resource Management Plans, respectively. Currently, lands administered by these field offices are managed by the aforementioned 1992 and 1993 management plans to maintain recreational areas for nearby urban communities, protect coastal forests, protect associated threatened species, protect National Conservation Lands, and for overall wilderness management. The eastern region of the BLM Northern California District Office, including the Applegate Field Office, maintains land for a variety of uses which provide economic benefits, including livestock grazing and tourism uses such as hunting and mountain biking. The Northern California District Office guides management of approximately 3.5 million acres of BLM-administered lands. The BLM Central California District Office maintains approximately 2 million acres of land for scenic and recreational opportunities for public use with an emphasis on preserving natural resources.

### 3.9.1.4    National Parks and National Wildlife Refuges

Multiple national parks occur within the cumulative effects analysis area, including the Crater Lake National Park; Ebey's Landing National Historical Reserve; Fort Vancouver National Historic Site; Golden Gate National Recreation Area; Klondike Gold Rush National Historical Park; Lake Chelan National Recreation Area; Lewis and Clark National Historical Park; Mount Rainier National Park; Muir Woods National Monument; North Cascades National Park; Olympic National Park; Oregon Caves National Monument and Preserve; Point Reyes National

Seashore; Redwood National Park; Ross Lake National Recreation Area; San Juan Island National Historical Park; and Whiskeytown-Shasta-Trinity National Recreation Area. These lands are managed as required by the 1916 Organic Act and upheld in the 2006 National Park Service management policies, to conserve unimpaired these natural, cultural, and physical to be enjoyed today and by generations to follow and valuing conservation over use. As a result, timber extraction and management is not part of the management objectives of national parks.

Multiple national wildlife refuges occur within the cumulative effects analysis area, including the Ankeny National Wildlife Refuge; Bandon Marsh National Wildlife Refuge; Baskett Slough National Wildlife Refuge; Bear Valley National Wildlife Refuge; Billy Frank Jr. Nisqually National Wildlife Refuge; Cape Meares National Wildlife Refuge; Conboy Lake National Wildlife Refuge; Copalis National Wildlife Refuge; Dungeness National Wildlife Refuge; Flattery Rocks National Wildlife Refuge; Government Island Game Management Area; Grays Harbor National Wildlife Refuge; Humboldt Bay National Wildlife Refuge; Julia Butler Hansen Refuge For The Columbian White-Tailed Deer; Lewis And Clark National Wildlife Refuge; Marrowstone Wildlife Management Area; Nestucca Bay National Wildlife Refuge; Oregon Islands National Wildlife Refuge; Pierce National Wildlife Refuge; Protection Island National Wildlife Refuge; Quillayute Needles National Wildlife Refuge; Ridgefield National Wildlife Refuge; San Juan Islands National Wildlife Refuge; Siletz Bay National Wildlife Refuge; Steigerwald Lake National Wildlife Refuge; Tualatin River National Wildlife Refuge; Upper Klamath National Wildlife Refuge; Wapato Lake National Wildlife Refuge; Willapa National Wildlife Refuge; and the William L. Finley National Wildlife Refuge. These lands are managed via the 2012 revitalized strategic growth approach created by the USFWS which maintains and grows the wildlife refuge system to recover threatened and endangered species, implement the North American Waterfowl Management Plan, and conserve migratory birds of special concern. As a result, management actions on these lands are targeted to benefit wildlife species, and tree removal and management is conducted only if it would be deemed beneficial to wildlife species or is critical to the maintenance of the areas and not for timber/resource management.

### 3.9.1.5    *Department of Defense Lands*

Multiple military installations occur within the cumulative effects analysis area, including the U.S. Army / U.S. Air Force's Joint Base Lewis-McChord; U.S. Air Force's Point Arena Air Force Station and Portland International Airport Air National Guard; as well as multiple U.S. Navy and U.S. National Guard facilities. Lands encompassed by these military installations are managed per the U.S. Department of Defense as well as the applicable military branch of the Armed Forces' directives, instructions, protocols, and management plans. The land management priorities for these facilities focuses on the Department of Defense's mission established for each applicable facility; however, protection and management of natural resource is taken into consideration when such protection/management is not in direct conflict with the military's mission established for the facility.

### 3.9.1.6    *Tribal Reservations*

Since time immemorial, Indigenous communities across the Pacific Northwest have stewarded the land and developed strategic and innovative management practices to sustain communities and ecosystems. The cumulative effects analysis area includes traditional lands of over 80 federally recognized tribal nations, and many more tribal communities and organizations. Although there are similarities between these Tribes and their management of natural resources

in the Pacific Northwest, each Tribe is a sovereign nation with different Treaty, legal rights, and trust responsibilities reserved by the federal government; as well as unique needs, perspectives, and approaches to ecosystem management and ways to adapt to climate change. As a result, the targeted ecosystem goals and objectives for each tribal territory and reservation differ between each sovereign nation; however, the policies and objectives of the various tribal governments and communities place a strong emphasis on preserving traditional values and healthy ecosystems.

### 3.9.1.7    State and Private Lands

In Washington, the WDNR completed the State Trust Lands Habitat Conservation Plan in 1997, which was amended in 2019. This ecosystem-based forest management plan addresses forest management and other activities on the State trust lands it manages for revenue for the respective Trusts while developing and protecting habitat for northern spotted owls, marbled murrelets, riparian areas, wetlands, salmon, other species of concern, and uncommon/unique habitats found within the state. State Parks and State Department of Fish and Wildlife lands are managed with an emphasis on recreation and wildlife, though small areas of forest may be affected by other management decisions. The WDNR balances conservation, recreation, and timber production in a multi-use land management approach. Private forest timber lands in Washington are managed under the Washington Forest Practices Act.

In Oregon, the Oregon Department of Forestry (ODF) manages state lands in Oregon within the cumulative effects analysis area. The ODF manages these lands under the 2010 Northwest Oregon State Forests Management Plan (FMP) (ODF 2010a), 2010 Southwest Oregon State FMP (ODF 2010b), 1995 Eastern Region Long-Range FMP (ODF 1995), and district-level implementation plans. Currently, the ODF is in the process of replacing the 2010 Northwest FMP and 2010 Southwest FMP with the Western Oregon State FMP, which would cover 640,000 acres of ODF managed lands west of the Cascades. The ODF anticipates this FMP process will be completed in 2025. Oregon State Parks are managed with an emphasis on recreation, though small areas of forest may be affected by other management decisions. Most private forest lands are maintained as commercial timberlands dominated by plantations composed of relatively young, uniform forest. Private and non-Federal lands must be managed in accordance with the Oregon Forest Practices Act and associated Forest Practice Administrative Rules.

In California, the California State Lands Commission manages state lands within the cumulative effects analysis area by issuing leases for use or development of the land, providing public access to the land, and implementing regulatory programs to protect state waters from oil spills and invasive species in order to protect and enhance the land and its natural resources. State parks, natural reserves, and historic areas are managed in the state by the California Department of Parks and Recreation which guides each area in producing their own management plan pursuant to the California State Parks 2010 General Planning Handbook.  Generally, these areas are managed with an emphasis on preserving biodiversity, protecting the state's valued natural and cultural resources, and growing opportunities for high-quality outdoor recreation activities. The California Department of Forestry and Fire Protection manages natural resource and conservation areas within the cumulative effects analysis area to promote healthy forests and protect communities by removing overgrown vegetation via prescribed burns, tree thinning, pruning, and chipping, and roadway clearance. California state and private forestry lands are administered through a partnership between the State of California, the Forest Service, and other

private and government entities and are maintained to promote the health and productivity of California's forest lands, rural economies, and urban forests with an emphasis on timber and other forest products, fuels management, wildlife, water resources, rural economies, conservation practices, and the multiple benefits of urban forests, although small areas of forest may be affected by other management decisions.

## 3.9.2   Cumulative Effects by Issue

The following provides a cumulative effects analysis for the issue topics addressed in detail within this Draft EIS.

### 3.9.2.1    Issue 1 – Incorporation of Indigenous Knowledge and Increased Tribal Engagement

Present and reasonably foreseeable future actions that could cumulatively combine with the proposed amendment as it relates to Indigenous Knowledge and tribal engagement include the National Old-Growth Amendment that is intended to conserve old-growth on NFS lands, and contains specific provisions to recognize tribal sovereignty, treaties, Indigenous Knowledge and the ethic of reciprocity and responsibility to future generations. Implementation of the National Old Growth Amendment would enable co-stewardship, including cultural burning, prescribed fire, and other activities, occur in consultation with Tribes. Other cumulative actions include federal agency (e.g., Bureau of Reclamation, BLM, National Park Service, National Wildlife Refuge, Department of Defense, etc.) projects on nearby or adjacent lands that engage and partner with Tribes to conserve and manage natural resources; management activities on tribal territories and reservations that hold strong emphasis on preserving healthy ecosystems; state land management activities that focus on conservation, recreation, and timber; and activities on private timber lands that have partnered with Tribes. All action alternatives would be anticipated to generate beneficial effects related to incorporation of Indigenous Knowledge in forest planning and management throughout the NWFP area and tribal engagement because they include specific components to advance these objectives. When combined with other regional or local plans and actions within the cumulative effects analysis area that feature tribal engagement, partnerships, or incorporate Indigenous Knowledge, these beneficial effects have the potential to be compounded, and there would be an opportunity for a more holistic approach to land management as it relates to tribal inclusion.

### 3.9.2.2    Issue 2 – Forest Stewardship

Cumulative actions relating to forest stewardship include those from any of the federal and state agencies listed above, as well as by local, private, and tribal interests. Any plan or project within the cumulative analysis area that includes forest stewardship activities that align with the action alternatives' intent to maintain and enhance ecological integrity throughout the NWFP area (including conservation and enhancement of mature and old-growth forests) could cumulatively combine with the proposed amendments to the land management plans,  to influence forest stewardship in regional and local ecosystems more broadly. For example, fuels treatments on lands adjacent to NFS lands within the NWFP area could be planned cooperatively with activities carried out under the amended land management plans to maintain or restore forest structure, ecosystem integrity, habitat connectivity, and improve fuel loading characteristics to produce desired wildland fire characteristics over a larger area. Conversely, projects on NWFP-adjacent lands that are not planned in connection with Forest Service projects under the amended

land management plans could hinder or harm the effectiveness of either agency or entity's actions. Generally, federal, state, local, and tribal interests and planning structures are aligned to achieve similar environmental and ecological objectives, and they operate with mandates that recognize the importance of addressing climate change in planning. Additionally, during the environmental review process for actions covered pursuant to environmental statutes (e.g., NEPA, State Environmental Policy Act, California Environmental Quality Act), agencies typically partner or otherwise participate in the environmental review process as cooperating, consulting, or commenting agencies. As such, agencies have an opportunity to inform or modify planning actions cooperatively during environmental review. Consequently, the cumulative effects of the proposed action alternatives as they relate to forest stewardship would be expected to be overall beneficial when combined with other reasonably foreseeable future actions.

### 3.9.2.3    Issue 3 – Fire Resistance and Resilience

Each of the reasonably foreseeable future actions included in the cumulative effects analysis include the planning and management of lands potentially affected by wildland fires. Each of the land management decisions and actions strive to protect managed resources and adjacent communities and infrastructure from adverse impacts of fire. While each of the other actions may have varied approaches for using the natural role of fire and ecosystem resilience in managing fire risk, it is anticipated that the other actions, when considered alongside the effects from the Proposed Action, would result in a positive cumulative impact on fire resistance and ecosystem resilience.

### 3.9.2.4    Issue 4 – Biological Resources

Cumulative actions relevant to biological resources include the National Old-Growth Amendment intended to conserve old growth on NFS lands; Bureau of Reclamation activities intended to develop and protect water resources and promote wildland fire management; USFWS Barred Owl Management strategy; BLM activities intended to maintain strong protections for the northern spotted owl, listed fish species, and water resources while offering predictable and sustainable outcomes for local communities from tourism, recreation, and timber harvest; National Park Service and National Wildlife Refuge activities aimed at conservation of natural resources; Department of Defense land management activities that promote protections and management of natural resources when consistent with military missions; tribal territories and reservations that hold strong emphasis on preserving healthy ecosystems; state land management activities that focus on conservation, recreation, and timber; and private timber lands that emphasize timber production.

These activities within the cumulative effects analysis area, which includes the range of the northern spotted owl, marbled murrelet, other federally listed species, and Regional Forester Sensitive Species, would influence biological resources alongside the effects produced by the Proposed Action. While continued commercial timber harvest, especially on private lands, and other land management activities such as recreation, grazing, mining, and agriculture are likely to degrade biological species' habitats and impact species, forest resiliency treatments and restoration activities that promote conservation of biological resources within the NWFP area are likely to benefit ecological resiliency and function of dry forest systems and other habitats that support NWFP biological resources, especially in the long-term. Activities on non-federal and non-NFS lands that support the management and conservation of imperiled species and habitat is assumed to complement and contribute to efforts on NWFP NFS lands.

### 3.9.2.5    *Issue 5 – Climate Change*

Climate change results from greenhouse gas emissions, which have the potential to adversely affect the human environment because they contribute, on a cumulative basis, to global climate change. Thus, any evaluation of carbon emissions from greenhouse gases and climate change is inherently cumulative, and the evaluation of environmental consequences Section 3.6, *Issue 5 – Climate Change*, is the cumulative impact analysis related to climate change.

### 3.9.2.6    *Issue 6 – Air Quality*

The temporal scope for cumulative effects analysis of air quality is bound by the planning horizon for this amendment, which is 10 years; the spatial analysis area is bound by the individual local air basins.

Implementation of any of the action alternatives would generate emissions from prescribed burns that would temporarily affect air quality in the region. There would be a short-term cumulative impact on air quality if several prescribed burns from various land management agencies or landowners occur in the same air basin at the same time (e.g., if the Forest Service, BLM, tribal nations, state agencies, or others conduct prescribed burns at the same time and in the same air basins). However, air quality effects from future wildland fires in treated areas on NFS lands would be reduced relative to the No Action Alternative because decreased fuel loading would generate lower emissions. Moreover, the action alternatives would be implemented on NFS lands in a controlled environment, whereas a wildland fire would not, potentially leading to much higher emissions and worse air quality over a potentially larger area and for an extended duration if a wildland fire were to occur.

Although the action alternatives have the potential to add to the cumulative effects on air quality in the region encompassed and influenced by the NWFP and in individual air basins, agencies and landowners would be required to manage the effects to within the regulatory standards of the local air districts and/or clean air agencies, the Washington Department of Ecology, the Oregon Department of Environmental Quality, and/or the California Air Resources Board, as applicable. Air districts and regulatory agencies would also regulate other emissions sources in their jurisdictions and manage those emissions in a manner consistent with air quality objectives for each basin. Because air quality is already managed—and will continue to be regulatory required to be managed within the region encompassed and influenced by the NWFP to within federal, state, and local standards—none of the action alternatives would have a substantial contribution to an adverse cumulative effect on air quality.

### 3.9.2.7    *Issue 7 – Sustainability of Regional Communities*

National forests support a relatively small share of economic activity for the entire NWFP region though they remain central to economic activity for individual communities and NWFP sub-regions (i.e., northwestern California). Population growth and economic development is anticipated to continue in the NWFP socioeconomic region's main economic hubs, such as the Seattle and Portland metropolitan areas, in the future. However, contrary trends may typify other parts of the region, especially communities that are spatially isolated and had a history of economic dependence on forest industry prior to the NWFP era. Other local trends may also be expected to continue, such as increased development in or near the wildland-urban interface, which could affect future project-level assessments. To support community sustainability, other plan and programmatic actions that improve forest health and resilience would generally be

expected to yield contributions to local economic activity and the provision of ecosystem services; these assumptions should be evaluated in the context of both prevailing social and economic trends in localized affected environments and broad regional trends such as structural shifts in wood products markets.

# CHAPTER 4. PREPARERS AND CONTRIBUTORS

The Forest Service collaborated with the following individuals; federal, state, and local agencies; Tribes; and other organizations and individuals during the development of this environmental impact statement:

## Interdisciplinary Team (IDT) Members

| Name | Contribution | Education/Specialized Experience | Years of Experience |
|------|--------------|----------------------------------|---------------------|
| **Forest Service** | | | |
| Mark Adams | Socioeconomics | MS Land Resources<br>PhD Geography | 20 |
| David Anderson | Vegetation Analysis | BS Forest Science<br>MS Quantitative Resource Management | 32 |
| Bonnie Bennetsen | ESA Consultation Biologist | BS Ecology, Behavior, and Evolution<br>MS Biology<br>PhD Wildlife Sciences | 23 |
| Mark Brown | ESA Consultation | BS Criminal justice<br>MPA- Public Administration<br>MEM- Environmental Management | 25 |
| Delaney Caslow | FAC Management/Communications and Engagement | BS Wildlife Sciences | 2 |
| Tara Chestnut | Ecologist | BS Wildlife Biology<br>MES Environmental Policy<br>MEM Aquatic Science (Aquatic Invasive Species)<br>PhD Environmental Science (Wildlife Disease Ecology) | 22 |
| Talitha Derksen | Asst. Species Lead | BS – Wildlife Conservation Biology / Applied Vertebrate Ecology | 17 |
| Nick DiProfio | Species Lead | M.A. Public Policy, NEPA and Natural Resource Management | 11 |
| Dennis Dougherty | IDT Lead – Plan Content | BA Anthropology<br>Recreation and Designated Areas, Planning. | 27 |
| John Dow | COR | BS Political Science, MURP, Environmental Planning, NEPA, Planning, and Contracts | 23 |
| Thea Doyon | Social Scientist | BA English Literature, MA Social Science | 4 |
| Clint Emerson | Botanist/Plant Ecologist | BS Botany & Plant Ecology | 27 |
| Kendra Fallon | Ecology (fire) and fire ops | BS Environmental Science<br>MA Ecology | 15 |

| Name | Contribution | Education/Specialized Experience | Years of Experience |
|------|-------------|--------------------------------|------|
| Shasta Ferranto | Amendment Deputy | PhD Environmental Science, Policy, and Management<br>MS Geography<br>BA Ecology | 26 |
| Thomas Flowe | GIS Lead | MS Natural Resource Stewardship: Spatial Information Systems | 14 |
| Kimm Fox-Middleton | Communities / Communications | MPA Natural Resource Management<br>BA Biology-Natural Resources<br>Community Relations/ Engagement/ Partnerships/Program Development | 30 |
| Rebecca Frus | Project Manager | PhD Earth and Planetary Sciences.<br>MS School of Earth and Space Exploration<br>BS Geology<br>Project Manager and Senior Scientist, US Geological Survey<br>Project Manager in Private Sector | 27 |
| Patricia Goude | Writer-Editor | BA Technical Communication | 35 |
| Rick Graw | Air Quality | MS Atmospheric Science, BA Geography | 38 |
| Kathryn Heard | Federal Advisory Committee Coordinator | MS Environmental Science<br>BS Biology | 15 |
| Kelly Hetzler | Tribal Lead | MS Silviculture and Forest Protection<br>BS Forest Science | 27 |
| Gretchen Jehle | Wildlife / Plant Biology | MS Ecology (Wildlife Ecology, Forest Ecology and Fire Ecology)<br>Wildlife Habitat Management<br>NEPA, NFMA, 2012 Planning Rule, Plan Amendments | 25 |
| Cara Joos | GIS Specialist – Wildlife Ecologist | MS Wildlife Sciences and Experimental Statistics, PhD Ecology and Conservation Biology | 20 |
| Madison Kirshner | Communications and Engagement | MPA Public Administration | 4 |
| Kyle Lemle | Tribal Engagement Support | B.A. Environmental Studies and International Development<br>Master of Forestry | 13 |
| Audrey Maclennan | Ecology (fire) | M.S. Silviculture, Fire, and Forest Health | 10 |
| Myrnie Mayville | Wildlife Biologist | BS Wildlife Biology<br>MS Avian Science | 34 |
| Mark Metcalfe | Socioeconomics | BA Geography<br>MS Natural Resource Economics<br>MS Statistics<br>PhD Economics | 30 |

| Name | Contribution | Education/Specialized Experience | Years of Experience |
|---|---|---|---|
| Michele Miranda | Engagement & Communications Lead | BA International Studies; Environmental Studies and German minors; J.D. | 26 |
| Jamie Moore | NHPA | MA Anthropology<br>BA Anthropology<br>Minor Geology | 29 |
| Scott Peets | Aquatics/Coop Agency Liaison, ESA Aquatics | BS – Wildlife Science<br>MA Interdisciplinary Studies – Fisheries, Cultural Anthropology & Creative Writing. | 34 |
| Anne Poopatanapong | Wildlife Biologist | BS Wildlife, Fish and Conservation Biology<br>MS Biology | 27 |
| Joe Rausch | Ecology / Vegetation Management Lead | BA Anthropology<br>BS Biology<br>MS Biology<br>PhD Botany | 26 |
| Dean Schlichting | Environmental Coordinator / Project Record | NEPA/Botany/BA Forest management | 25 |
| Priya Shahani | Amendment Lead | BA Biology, Environmental Sciences<br>PhD Ecology & Evolutionary Biology | 27 |
| Ryan Siebold | Silviculture/Forestry | BS Forest Resources<br>Certified Forest Service Silviculturist | 20 |
| Thomas Timberlake | Climate Change | B.A. - Sustainable Development and Environmental Science<br>PhD – Forest Science | 9 |
| Katie Van Alstyne | Assistant Interdisciplinary Team Lead - NEPA Coordination | B.A Biology, A.S. Science | 31 |
| Kayanna Warren | Climate Change | M.S. Forest Science<br>BA International Science<br>BS Conservation Biology | 12 |
| Josh White | Special Assistant to the NWFP Team (Forest Supervisor Liaison, Comm & Engagement Coordination) | BA – Ecology<br>MS – Plant community ecology<br>USFS Line Officer | 15 |
| Sharon Yeh | Writer-Editor | BA – Social Welfare, Sociology MEM – Environmental Management, Landscape Ecology<br>MF - Forestry | 15 |
| Don Yasuda | Old Growth | Ph.D. Forest Resources,<br>M.S. Plant Breeding,<br>B.S. Plant Biology; FAC P/PM training | 36 |
| **Tetra Tech, Inc.** | | | |
| Karen Brimacombe | Botany | MS Botany/Evolution/ Conservation/Biology | 19 |

| Name | Contribution | Education/Specialized Experience | Years of Experience |
|---|---|---|---|
| Berenika Byszewski | Incorporation of Indigenous Knowledge and Increased Tribal Inclusion | MA American Studies with Certificate in Historic Preservation | 22 |
| David Cox | Project Manager | BS Environmental & Engineering Geology, | 23 |
| John Crookston | Technical Reviewer | MS Ecology | 22 |
| Matt Dadswell | Social Sciences | PhD Economic Geography (Candidate) | 29 |
| Heather Darrow | Biology | BS Evolution, Ecology, and Behavioral Biology | 20 |
| David Gravender | Technical Editing | MA English | 23 |
| Emmy Irvin | Comment Analysis | BS Environmental Science | 9 |
| Tiffany Lunday | NEPA Support | M.Phil. Geography | 17 |
| Dylan Monahan | Fisheries | MA Environmental Studies/Watershed Management | 24 |
| Steve Negri | Biology, Ecology | MS Wildlife Ecology | 27 |
| Dawn Nelson | Word Processing | H.S. diploma | 33 |
| Katie Pyne | Biology, Comment Analysis | BS Biology | 8 |
| Anna Ritchie | Biology, Stewardship, Comment Analysis | MS Forest Resources | 22 |
| John Scott | Fire | MS Wildlife and Fisheries Science | 37 |
| Victoria Sunkel | Comment Analysis | MS Environmental Policy and Management | 4 |
| MaryJo Watson | Geographic Information Systems (GIS), Graphics | BS Business Administration/Computer Information Systems | 31 |
| Wayne Watson | GIS | BS Forestry | 30 |
| Katie White | Biology | MS, Marine Environmental Management | 12 |
| Chris Williams | Climate and Air | BS Chemical Engineering | 22 |
| **Tribal Participants** | | | |
| Tribal Staff Member | Confederated Tribes of Coos, Lower Umpqua, and Siuslaw Indians | None provided | None provided |
| Colleen Rossier | Senior Research and Policy Advisor, Karuk Tribe, Department of Natural Resources | Master's and PhD in Ecology MA in Ecology BS in Environmental Science Fire certificate | 12 |
| **Agriculture Conservation Experienced Services Program (ACES) Contractor** | | | |
| John Chatel | ESA Consultation | BS Environmental Biology MS Environmental Studies | 32 |

| Name | Contribution | Education/Specialized Experience | Years of Experience |
|---|---|---|---|
| Julie Kierstead | Botanist | BS Botany<br>MS Biology | 44 |
| Joe Krueger | IDT Strategic Advisor (NFMA, NEPA) | BS Forest Management | 37 |
| Alan Olson | Planning Consultant | BS Natural Resource Management<br>MS Natural Resource Management | 40 |
| Ken Tu | Strategic Advisor (NEPA, Organizational Advice, Leadership Comms Prep) | BS Forest Management | 39 |
| **NWFP FAC Facilitation Team – True Wind Collaborative** | | | |
| Cory Archer | FAC Facilitator | BS Oceanography, University of Washington | 9 |
| Shannon Browne | FAC Facilitator | MS Biology & Environmental Education, Southern Oregon University | 10 |
| Candice Plendl | FAC Facilitator | BS Environmental Science | 6 |

## NWFO Federal Advisory Committee

| Name | Title; Location; Category; Seat |
|---|---|
| Mike Anderson, JD | ▪ Title: Senior Policy Analyst, The Wilderness Society<br>▪ Location: Washington<br>▪ Committee Category: Organization<br>▪ Seat: Wildlife Organization |
| Susan Jane Brown, JD | ▪ Title: Principal, Silvix Resources<br>▪ Location: Oregon<br>▪ Committee Category: Organization<br>▪ Seat: Forest Collaborative Groups |
| Robert "Bobby" Brunoe | ▪ Title: Secretary Treasurer/CEO, Confederate Tribes of Warm Springs<br>▪ Location: Oregon<br>▪ Committee Category: Science<br>▪ Seat: Indigenous Traditional Ecological Knowledge |
| Jerry Franklin, PhD | ▪ Title: Professor Emeritus, School of Environmental and Forest Science, University of Washington<br>▪ Location: Oregon<br>▪ Committee Category: Science<br>▪ Seat: Forest Ecology |
| Nicholas Goulette | ▪ Title: Executive Director, Watershed Research and Training Center<br>▪ Location: California<br>▪ Committee Category: Organization<br>▪ Seat: Watershed Organizations |

| Name | Title; Location; Category; Seat |
|------|--------------------------------|
| Karen Hans | ▪ Title: Good Neighbor Authority Program Coordinator, Oregon Department of Fish and Wildlife<br>▪ Location: Oregon<br>▪ Committee Category: Government<br>▪ Seat: State Governments |
| Laurel Harkness | ▪ Title: Coalition Director, Rural Voices for Conservation Coalition<br>▪ Location: California<br>▪ Committee Category: Organization<br>▪ Seat: Local Conservation Organization |
| Elaine Harvey, PhDc | ▪ Title: Environmental Coordinator, Yakama Nation<br>▪ Location: Washington<br>▪ Committee Category: Science<br>▪ Seat: Aquatic and Riparian Ecosystem and Species |
| Ryan Haugo, PhD | ▪ Title: Director of Conservation Science, The Nature Conservancy<br>▪ Location: Oregon<br>▪ Committee Category: Science<br>▪ Seat: Climate Change |
| Ann House, JD | ▪ Title: Staff Attorney, Snoqualmie Indian Tribe Environmental and Natural Resources Department<br>▪ Location: Washington<br>▪ Committee Category: Government<br>▪ Seat: American Indian Tribes |
| Heidi Huber-Stearns, PhD | ▪ Title: Associate Research Professor and Director, Ecosystem Workforce Program, Institute for a Sustainable Environment, University of Oregon<br>▪ Location: Oregon<br>▪ Committee Category: Science<br>▪ Seat: Social Science |
| Travis Joseph | ▪ Title: President/CEO, American Forest Resource Council<br>▪ Location: Oregon<br>▪ Committee Category: Organization<br>▪ Seat: Forest Products Industry |
| Meg Krawchuk, PhD | ▪ Title: Associate Professor of Landscape Fire, Ecology, and Conservation Science, College of Forestry, Oregon State University<br>▪ Location: Oregon<br>▪ Committee Category: Science<br>▪ Seat: Fire Ecology |
| Jose Linares | ▪ Title: District Manager (Retired), Bureau of Land Management, Northwest Oregon District and Board Member, Straub Outdoors<br>▪ Location: Oregon<br>▪ Committee Category: Organization<br>▪ Seat: Underserved Communities Outreach Organizations |
| Laura Osiadacz | ▪ Title: Kittitas County Commissioner<br>▪ Location: Washington<br>▪ Committee Category: Government<br>▪ Seat: County Governments |
| Ryan Miller | ▪ Title: Director of Treaty Rights and Government Affairs, Tulalip Tribes<br>▪ Location: Washington<br>▪ Committee Category: Government<br>▪ Seat: American Indian Tribes |

| Name | Title; Location; Category; Seat |
|------|--------------------------------|
| Ryan Reed | ▪ Title: Co-founder and Executive Director, Fire Generation Collaborative and Wildland Firefighter<br>▪ Location: California<br>▪ Committee Category: Public<br>▪ Seat: Member of the Affected Public at Large |
| Daniel Reid Sarna-Wojcicki, PhD | ▪ Title: Policy & Communications Contractor, Karuk Tribe Wildlife Program<br>▪ Location: California<br>▪ Committee Category: Science<br>▪ Seat: Adaptive Management and Planning |
| Elizabeth Robblee | ▪ Title: Conservation and Advocacy Director, The Mountaineers<br>▪ Location: Washington<br>▪ Committee Category: Organization<br>▪ Seat: Recreation Organizations |
| Angela Sondenaa, PhD | ▪ Title: Natural Resources Director, Confederated Tribes of Siletz Indians<br>▪ Location: Oregon<br>▪ Committee Category: Science<br>▪ Seat: Terrestrial Wildlife Ecology |
| Lindsay Warness | ▪ Title: Western Regional Manager, Forest Resource Association<br>▪ Location: Oregon<br>▪ Committee Category: Organization<br>▪ Seat: Forest Products Industry |

**Federal, State, and Local Agencies**

- Department of Interior, U.S. Fish and Wildlife Service
- Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service
- Department of Interior, Bureau of Land Management (Cooperating Agency)
- U.S. Environmental Protection Agency (Cooperating Agency)
- Washington State Department of Natural Resources (Cooperating Agency)
- Oregon Department of Forestry (pending Cooperating Agency)

**Tribes and Tribal Organizations**

Tribes who had representatives on interdisciplinary team:

- Confederated Tribes of Coos, Lower Umpqua and Siuslaw Indians
- Karuk Tribe

**Tribes who hosted Tribal Roundtables**

- Snoqualmie Tribal Organization, March 13 and 14, 2024
- Karuk Tribe, April 30 to May 2, 2024
- Cow Creek Band of Umpqua Tribe of Indians, July 16 and 17, 2024

Government-to-government consultation is available and ongoing to all Tribal Nations who have ancestral lands within the footprint of the NWFP.

**List of Agencies, Organizations, and persons to whom copies of the statement are sent.**

*Federal Agencies*

- The Forest Supervisor of each of the 17 NWFP national forests.

*Federal Advisory Committee Members*

| | | |
|---|---|---|
| Michael Anderson | Elaine Harvey | Ryan Miller |
| Susan Jane Brown | Ryan Haugo | Laura Osiadacz |
| Bobby Brunoe | Ann House | Ryan Reed |
| Jerry Franklin | Heidi Huber-Stearns | Elizabeth Robblee |
| Nicholas Goulette | Travis Joseph | Daniel Sarna-Wojcicki |
| Karen Hans | Meg Krawchuk | Angela Sondenaa |
| Laurel Harkness | Jose Linares | Lindsay Warness |

*Tribes and Tribal Communities and Organizations*

| | |
|---|---|
| Bear River Band of Rohnerville Rancherias | Big Valley Rancheria |
| Big Lagoon | Blue Lake Rancheria |
| | Burns Paiute Tribe |

**Draft Environmental Impact Statement**      **Northwest Forest Plan Amendment**

- Cachil Dehe Band of Wintun Indians of Colusa Indian Community
- Cahto Tribe of Laytonville Rancheria
- Cher-Ae Heights Indian Community of Trinidad Rancheria
- Confederated Tribes and Bands of the Yakama Nation
- Confederated Tribes of Grand Ronde
- Confederated Tribes of Siletz Indians of Oregon
- Confederated Tribes of the Chehalis Reservation
- Confederated Tribes of the Colville Reservation
- Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians of Oregon
- Confederated Tribes of the Grand Ronde
- Confederated Tribes of the Siletz Indians
- Confederated Tribes of the Umatilla Indian Reservation
- Confederated Tribes of the Warm Springs Reservation of Oregon
- Coquille Indian Tribes
- Cow Creek Band of Umpqua Tribe of Indians
- Cowlitz Indian Tribe
- Coyote Valley Reservation
- Elem Indian Colony
- Elk Valley Rancheria
- Grindstone Indian Rancheria of Wintun-Wailaki Indians
- Guidiville Rancheria
- Habematole Pomo of Upper Lake
- Hoh Indian Tribe
- Hoopa Valley Tribes
- Hopland Band of Pomo Indians

- Jamestown S'Klallam Tribe of Indians
- Kalispel Indian Community of The Kalispel Reservation
- Karuk Tribe
- Klamath Tribes
- Kletsel Dehe Band of Wintun Indians
- Lower Elwha Tribal Community
- Lummi Tribe of the Lummi Reservation, Washington
- Makah Indian Tribe of the Makah Indian Reservation
- Mechoopda Indian Tribe of Chico Rancheria
- Middletown Rancheria
- Modoc Nation of Oklahoma
- Muckleshoot Indian Tribe
- Nez Perce Tribe
- Nisqually Indian Community
- Nooksack Indian Tribe
- Paskenta Band of Nomlaki Indians
- Pinoleville Pomo Nation
- Pit River Tribe
- Port Gamble Band of S'Klallam Indians
- Potter Valley Rancheria
- Puyallup Tribe of the Puyallup Reservation of The State of Washington
- Quartz Valley Indian Community of the Quartz Valley Reservation of California
- Quileute Tribe of the Quileute Reservation
- Quinault Indian Nation
- Redding Rancheria
- Redwood Valley Reservation-Rancheria
- Resighini Rancheria
- Robinson Rancheria of Pomo Indians

- Round Valley Indian Tribes of the Round Valley Reservation
- Samish Indian Nation
- Sauk-Suiattle Indian Tribe
- Scotts Valley Band of Pomo Indians
- Shasta Indian Nation
- Sherwood Valley Rancheria
- Shoalwater Bay Indian Tribe of the Shoalwater Bay Indian Reservation
- Skokomish Indian Tribe
- Snoqualmie Tribal Organization
- Squaxin Island Tribe
- Stillaguamish Tribe of Indians
- Suquamish Tribe of the Port of Madison Reservation Washington
- Swinomish Indian Tribal Community
- The Klamath Tribes
- The Spokane Tribe
- The Tulalip Tribes
- Tolowa Di Nee Nation
- Upper Skagit Indian Tribe
- Wiyot Tribe of Table Bluff Rancheria
- Yocha Dehe Wintun Nation
- Yurok Tribe

# CHAPTER 5. REFERENCES

Adams, M.D.O. [In press (a)]. Chapter 2: Typology of Northwest Forest Plan Counties, circa 1990. In Grinspoon, E., tech. coord. 2024. Northwest Forest Plan—The First 25 Years (1994–2018): Socioeconomic Monitoring Results. General Technical Report PNW-GTR-1019. Portland, OR: U.S. Department of Agriculture, Forest Service.

Adams, M.D.O. [In press (b)]. Chapter 3: Social and Economic Changes in Similar NWFP Counties Since 1980. In Grinspoon, E., tech. coord. 2024. Northwest Forest Plan—The First 25 Years (1994–2018): Socioeconomic Monitoring Results. General Technical Report PNW-GTR-1019. Portland, OR: U.S. Department of Agriculture, Forest Service.

Adams, M.D.O. 2024. Overview of Major Trends in the NWFP Monitoring Region: Extracts from the Draft 25-year Social & Economic Monitoring Report. Summary prepared for the NWFP Federal Advisory Committee. May 14.

Adams, M.D.O., and E. Grinspoon. [In press]. Executive Summary. In Grinspoon, E., tech. coord. 2024. Northwest Forest Plan—The First 25 Years (1994–2018): Socioeconomic Monitoring Results. General Technical Report PNW-GTR-1019. Portland, OR: U.S. Department of Agriculture, Forest Service.

Amaranthus, M., J.M. Trappe, L. Bednar, and D. Arthur. 1994. Hypogeous fungal production in mature Douglas-fir forest fragments and surrounding plantations and its relation to coarse woody debris and animal mycophagy. Canadian Journal Forest Research 24(11): 2157–2165.

Anderson, S.H. 1970. The Avifaunal Composition of Oregon White Oak Stands. The Condor 72(4): 417-423. https://www.jstor.org/stable/1366388

Anderson, A.S., D.D. Swinney, and R.A. Lofgren. 2021. Mapping Amphibian Occurrence on the Road System at Mount Rainier National Park. Science Brief. Available online at: https://www.nps.gov/articles/000/mapping-amphibian-occurrence-on-the-road-system-at-mount-rainier-national-park.htm

Andrews, K. M., J. W. Gibbons, and D. M. Jochimsen. 2006. Literature Synthesis of the Effects of Roads and Vehicles on Amphibians and Reptiles. Federal Highway Administration (FHWA), U.S. Department of Transportation, Report No. FHWA-HEP-08-005. Washington, D.C. 151 pp.

Barnett, K. G.H. Aplet, and R.T. Belote. 2023. Classifying, inventorying, and mapping mature and old-growth forests in the Unites States. Frontiers in Forests and Global Change 5. Available online at: https://doi.org/10.3389/ffgc.2022.1070372

Belsher-Howe, J., and H. Garcia. 2017. Wildfire effects on populations of *Cypripedium fasciculatum*. Plumas National Forest monitoring results poster presented at Northern California Botanists symposium, January 2017. Available online at: http://www.norcalbotanists.org/files/NCB_2017Poster_4_Belsher-Howe.pdf

BenDor, T.K., T.W. Lester, A. Livengood, A. Davis, and L. Yonayjak. 2014. Exploring and
    Understanding the Restoration Economy. University of North Carolina at Chapel Hill's
    Center for Urban & Regional Studies. Working Paper No. 2014.01. Available online at:
    https://curs.unc.edu/files/2014/01/RestorationEconomy.pdf

Birdsey, R.; A.J. Dugan, S. Healey, K. Dante-Wood, F. Zhang, G. Mo, J. Chen, A. Hernandez,
    C. Raymond, and J. McCarter. 2019. Assessment of the influence of disturbance,
    management activities, and environmental factors on carbon stocks of United States
    National Forests. Gen. Tech. Report RM-402, USDA Forest Service, Rocky Mountain
    Research Station, Fort Collins, CO.

BLM and USDA Forest Service (U.S. Department of Interior, Bureau of Land Management and
    U.S. Department of Agriculture, Forest Service). 2021. Interagency Special Status /
    Sensitive Species Program - Region 6 Regional Forester and OR/WA State Director
    Special Status Species List. Available online at: https://www.fs.usda.gov/r6/issssp/policy/

BLM and USDA Forest Service. 2024. Interagency Special Status / Sensitive Species Program -
    Agency Policies and Lists. Available online at: https://www.fs.usda.gov/r6/issssp/policy/

Borchers, A., E. Grinspoon, and D. Jaworski. [In press]. Chapter 1: Federal Forest Resource and
    Recreation Outputs in the Northwest Forest Plan Region. In Grinspoon, E., tech. coord.
    2024. Northwest Forest Plan—The First 25 Years (1994–2018): Socioeconomic
    Monitoring Results. General Technical Report PNW-GTR-1019. Portland, OR: U.S.
    Department of Agriculture, Forest Service.

Brandt, J.P., T.A. Morgan, T. Dillon, G.J. Lettman, C.E. Keegan, and D.L. Azuma. 2006.
    Oregon's Forest Products Industry and Timber Harvest, 2003. USDA Forest Service.
    Pacific Northwest Research Station General Technical Report PNW-GTR-681. August.
    Available online at: https://www.bber.umt.edu/pubs/forest/fidacs/OR2003.pdf

Brewer, M.C., C.F. Mass, and B.E. Potter. 2012. The West Coast Thermal Trough: Climatology
    and Synoptic Evolution. Monthly Weather Review: 140: 3820–3843.

Busby, S.U., A.M., Klock, and J.S. Fried. 2023. Inventory analysis of fire effects wrought by
    wind-driven megafires in relation to weather and pre-fire forest structure in the western
    Cascades. Fire Ecology 19: 58. https://doi.org/10.1186/s42408-023-00219-x

Busse, M.D., S.A. Simon, and G.M. Riegel. 2000. Tree growth and understory responses to low-
    severity prescribed burning in thinned *Pinus ponderosa* forests of central Oregon. Forest
    Science 46: 258–268.

Butz, R. J., G. N. Bohlman, and C. M. Johnson. 2022a. Six Rivers National Forest climate
    change trend summary. Regional Ecology Program, USDA Forest Service Pacific
    Southwest Region. Vallejo, CA. 75 pp.

Butz, R. J., G. N. Bohlman, and C. M. Johnson. 2022b. Klamath National Forest climate change
    trend summary. Regional Ecology Program, USDA Forest Service Pacific Southwest
    Region. Vallejo, CA. 75 pp.

Butz, R. J., G. N. Bohlman, and C. M. Johnson. 2022c. Shasta-Trinity National Forest climate change trend summary. Regional Ecology Program, USDA Forest Service Pacific Southwest Region. Vallejo, CA. 76 pp.

Butz, R. J., G. N. Bohlman, and C. M. Johnson. 2022d. Mendocino National Forest climate change trend summary. Regional Ecology Program, USDA Forest Service Pacific Southwest Region. Vallejo, CA. 75 pp.

Cajete, G. 2021. Native Science and Sustaining Indigenous Communities. In: Traditional Ecological Knowledge: Learning from Indigenous Practices for Environmental Sustainability. Nelson, M.K. & Shilling, D., eds. Cambridge, United Kingdom: Cambridge University Press.

Cajete, G., and L. Little Bear. 2001. Native Science: Natural Laws of Interdependence. Clear Light Books

California Department of Finance. 2021. Historical Census Populations: 1850-2020 California, Counties, and Incorporated Cities/Towns. California State Census Data Center. Demographic Research Unit. August. Available online at: https://dof.ca.gov/forecasting/demographics/state-census-data-center/

Campbell J.C., D.C. Donato, D.A. Azuma, and B. Law. 2007. Pyrogenic carbon emission from a large wildfire in Oregon, United States. Journal of Geophysical Research: Atmospheres 112: G04014.

Campbell, J. L., J. B. Fontaine, and D. C. Donato. 2016. Carbon emissions from decomposition of fire-killed trees following a large wildfire in Oregon, United States. Journal of Geophysical Research: Biogeosciences 121: 718–73. https://doi.org/10.1002/2015JG003165

CARB (California Air Resources Board). 2024. Maps of State and Federal Area Designations. Available online at: https://ww2.arb.ca.gov/resources/documents/maps-state-and-federal-area-designations

Case-Scott, H., and K. Lynn. 2021. *Strengthening the Federal-Tribal Relationship: 25-Year Report on the Monitoring Consultation under the Northwest Forest Plan*. USDA, Northwest Forest Plan, the First 25 Years (1994-2018), Pacific Northwest Region.

Chang, M., K. Araújo, E.N. Asinas, S. Ch. Hatfield, L.G. Crozier, and E. Fleishman. 2023. "27. Northwest." In *Fifth National Climate Assessment,* Crimmins, A.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, B.C. Stewart, and T.K. Maycock, Eds. U.S. Global Change Research Program. Washington, DC, USA. https://doi.org/10.7930/NCA5.2023.CH27

Charnley, S., tech. coord. 2006. Northwest Forest Plan: the first ten years (1994-2003): socioeconomic monitoring results. Gen. Tech. Rep. PNW-GTR-649. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 6 vols.

Charnley, S., A.P. Fischer, and E.T. Jones. 2008. Traditional and Local Knowledge about Forest Biodiversity in the Pacific Northwest. General Technical Report PNW-GTR-751.

Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. https://doi.org/10.2737/PNW-GTR-751

Charnley, S., D. Jaworski, H. Huber-Stearns, E.M. White, E. Grinspoon, R.J. McLain, and L. Cerveny. 2018b. Chapter 10—Environmental Justice, Low-Income and Minority Populations, and Forest Management in the Northwest Forest Plan Area. In: General Technical Report PNW-GTR-966: Synthesis of Science to Inform Land Management Within the Northwest Forest Plan Area. Pp. 809-849.

Charnley, S., J.D. Kline, E.M. White, J. Abrams, R.J. McLain, C. Moseley, and H. Huber-Stearns. 2018a. Chapter 8: Socioeconomic Well-Being and Forest Management in Northwest Forest Plan Area Communities. In: General Technical Report PNW-GTR-966: Synthesis of Science to Inform Land Management Within the Northwest Forest Plan Area. Pp. 625-715.

Clarkson, D.A., and L.S. Mills. 1994. Hypogeous sporocarps in forest remnants and clearcuts in southwest Oregon. Northwest Science 68(4): 259–265.

Clayton, D.R., and D.H. Olson. 2009. Conservation assessment for the Oregon Slender Salamander *(Batrachoseps wrighti)*. Version 1.0. U.S. Department of Agriculture, Forest Service, Region 6, and U.S. Department of Interior, Bureau of Land Management, Oregon, Special Status and Sensitive Species Program. Available online at: http://www.fs.fed.us/r6/sfpnw/issssp/planningdocuments/assessments.shtml

Congressional Research Service. 2023. National Forest System Management: Overview and Issues for Congress. R43872. Updated May 18. Available online at: https://crsreports.congress.gov/product/pdf/R/R43872

Coughlan, M., M.D.O. Adams, H. Huber-Stearns, G. Kohler and A. Rhodeland. 2022. Socioeconomic Trajectories of 10 Rural Federal Forest-Based Communities in the American Pacific Northwest. Society and Natural Resources 35(1): 38–58.

Council on Environmental Quality. 1997. Environmental Justice and National Environmental Policy Act. Council on Environmental Quality. Available online: https://www.doi.gov/sites/doi.gov/files/uploads/EJ-under-NEPA.pdf

Crisafulli, C.M., D.R., Clayton, and D.H. Olson. 2008. Conservation Assessment for the Larch Mountain Salamander (*Plethodon larselli*) Version 1.0 October 28, 2008. Available online at: https://andrewsforest.oregonstate.edu/sites/default/files/lter/pubs/pdf/pub4516.pdf (Accessed on September 25, 2024).

Cullinane Thomas, C., C. Huber, K. Skrabis, and J. Sidon. 2016. Estimating the Economic Impacts of Ecosystem Restoration—Methods and Case Studies: U.S. Geological Survey Open-File Report 2016–1016. Available online at: http://dx.doi.org/10.3133/ofr20161016

Davis, R. J., B. Hollen, J. Hobson, J. E. Gower, and D. Keenum. 2016. Northwest Forest Plan—the first 20 years (1994-2013): status and trends of northern spotted owl habitats. General Technical Report PNW-GTR-929. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. https://doi.org/10.2737/PNW-GTR-929

Davis, R. J., D. B. Lesmeister, Z. Yang, B. Hollen, B. Tuerler, J. Hobson, J. Guetterman, and A. Stanton. 2022a. Northwest Forest Plan—The First 25 Years (1994–2018): Status and Trends of Northern Spotted Owl Habitats. General Technical Report PNW-GTR-1003. July. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Davis, R. J., D. M. Bell, M. J. Gregory, Z. Yang, A. N. Gray, S. P. Healey, and A. E. Stratton. 2022b. Northwest Forest Plan—The First 25 Years (1994–2018): Status and Trends of Late-Successional and Old-Growth Forests. General Technical Report PNW-GTR-1004. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. September. Available online at: https://www.fs.usda.gov/pnw/pubs/pnw_gtr1004.pdf

Davis, R. J., J. L. Ohmann, R. E. Kennedy, W. B. Cohen, M. T. Gregory, Z. Yang, H. M. Roberts. A. N. Gray, and T. A. Spies. 2015. Northwest Forest Plan—the first 20 years (1994-2013): status and trends of late-successional and old-growth forests. General Technical Report PNW-GTR-911. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. https://doi.org/10.2737/PNW-GTR-911

DeGross, D.J., and R.B. Bury. 2007. Science Review for the Scott Bar Salamander (*Plethodon asupak*) and the Siskiyou Mountains Salamander (*P. stormi*): Biology, Taxonomy, Habitat, and Detection Probabilities/Occupancy. Reston, Virginia, U.S. Geological Survey, Open-File Report 2007-1352.

DellaSala, D.A., S.B. Reid, T.J. Frest, J.R. Strittholt, and D.M. Olson. 1999, A global perspective on the biodiversity of the Klamath-Siskiyou ecoregion. Natural Areas Journal 19(4): 300–319.

Dodson, E.K., D.W. Peterson, and R.J. Harrod. 2008. Understory vegetation response to thinning and burning restoration treatments in dry conifer forests of the eastern Cascades, USA. Forest Ecology and Management 255(8–9): 3130–3140. https://doi.org/10.1016/j.foreco.2008.01.026

Donato, D.C, J.B. Fontaine, J.L. Campbell, W.D. Robinson, J.B. Kauffman, and B.E. Law. 2009. Conifer regeneration in stand-replacement portions of a large mixed-severity wildfire in the Klamath-Siskiyou Mountains. Can. J. For. Res. 39 823-838. Available online at: Conifer regeneration in stand-replacement portions of a large mixed-severity wildfire in the Klamath–Siskiyou Mountains (usda.gov).

Dugger, K. M., E. D. Forsman, A. B. Franklin, R. J. Davis, G. C. White, C. J. Schwarz, K. P. Burnham, J. D. Nichols, J. E. Hines, C. B. Yackulic, P. F. Doherty, L. Bailey, D. A. Clark, S. H. Ackers, L. S. Andrews, B. Augustine. B. L. Biswell, J. Blakesley, P. C. Carlson, M. J. Clement, L. V. Diller, E. M. Glenn, A. Green, S. A. Gremel, D. R. Herter, J. M. Higley, J. Hobson, R. B. Horn, K. P. Huyvaert, C. McCafferty, T. McDonald, K, McDonnell, G. S. Olson, J. A. Reid, J. Rockweit, V. Ruiz, J. Saenz, and S. G. Sovern. 2015. The effects of habitat, climate, and Barred Owls on long-term demography of Northern Spotted Owls. The Condor 118(10): 57-116. https://doi.org/10.1650/CONDOR-15-24.1

Dunham, J, C. Hirsch, S. Gordon, R. Flitcroft, N. Chelgren, M. Snyder, D. Hockman-Wert, G. Reeves, H. Andersen, S. Anderson, W. Battaglin, T. Black, J. Brown, S. Claeson, L. Hay, E. Heaston, C. Luce, N. Nelson, C. Penn, M. Raggon. 2023. Northwest Forest Plan—the first 25 years (1994–2018): watershed condition status and trends. Gen. Tech. Rep. PNW-GTR-1010. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 163 p. https://doi.org/10.2737/PNW-GTR-1010.

Dunk, J. R., and J. J. V. G. Hawley. 2009. Red-tree vole habitat suitability modeling: implications for conservation and management. Forest Ecology and Management 258:626-634.

EPA (U.S. Environmental Protection Agency). 2021. Comparative Assessment of the Impacts of Prescribed Fire Versus Wildfire (CAIF): A Case Study in the Western U.S. U.S. Environmental Protection Agency. Washington, DC. EPA/600/R-21/197. Available online at: https://assessments.epa.gov/risk/document/&deid=352824#:~:text=The%20purpose%20of%20this%20report%20is

EPA. 2023a. EPA Approved Regulations in the Washington SIP. Available online at: https://www.epa.gov/air-quality-implementation-plans/epa-approved-regulations-washington-sip

EPA. 2023b. EPA Approved Regulations in the Oregon SIP. Available online at: https://www.epa.gov/air-quality-implementation-plans/epa-approved-regulations-oregon-sip

EPA. 2024. Approved Air Quality Implementation Plans in EPA's Pacific Southwest (Region 9). Available online at: https://www.epa.gov/air-quality-implementation-plans/r9-approved-aqips

Falxa, G. A. and M. G. Raphael. 2016. Northwest Forest Plan—the first 20 years (1994-2013): status and trends of marbled murrelet populations and nesting habitat. General Technical Report PNW-GTR-933. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Available online at: https://doi.org/10.2737/PNW-GTR-933

Federal Interagency Workgroup on Environmental Justice & NEPA Committee. 2016. Promising Practices for EJ Methodologies in NEPA Reviews. Report of the Federal Interagency Working Group on Environmental Justice & NEPA Committee. Available online at: https://www.epa.gov/sites/production/files/2016-08/documents/nepa_promising_practices_document_2016.pdf

FEMAT (Forest Ecosystem Management Assessment Team). 1993. Forest ecosystem management: an ecological, economic, and social assessment. Portland, OR: U.S. Department of Agriculture; U.S. Department of the Interior [and others]. [Irregular pagination].

Forsman, E.D.; Anthony, R.G.; Zabel, C.J. 2004. Distribution and abundance of red tree voles in Oregon based on occurrence in pellets of northern spotted owls. Northwest Science 78: 294–302.

Franklin, A.B., K. M. Dugger, D.B. Lesmeister, R.J. Davis, J.D. Wiens, G.C. White, J.D. Nichols, J.E. Hines, C.B. Yackulic, C. J. Schwarz, S.H. Ackers, L.S. Andrews, L.L. Bailey, R. Brown, J. Burgher, K.P. Burnham, P.C. Carlson, T. Chestnut, M.M. Conner, K. E. Dilione, E.D. Forsman, E.M. Glenn, S.A. Gremel, K.A. Hamm, D.R. Herter, J.J. Higley, R.B. Horn, J.M. Jenkins, W.L. Kendall, D.W. Lamphear, C. McCafferty, T.L. McDonald, J.A. Reid, J.T. Rockweit, D.C. Simon, S.G. Sovern, J.K. Swingle, and H. Wise. 2021. Range-wide declines of northern spotted owl populations in the Pacific Northwest: A meta-analysis. Biological Conservation 259: 109168. https://doi.org/10.1016/j.biocon.2021.109168

Gaines, W.L., A.L. Lyons, L.H. Suring, and C.S. Hughes. 2023. Ecosystem Conditions That May Influence the Viability of an Old-Forest Species with Limited Vagility: The Red Tree Vole. Animals 13(7): 1166. https://doi.org/10.3390/ani13071166

Gale, C.B., C.E. Keegan III, E.C. Berg, J. Daniels, G.A. Christensen, C.B. Sorensen, T.A. Morgan, and P. Polzin. 2012. Oregon's Forest Products Industry and Timber Harvest, 2008: Industry Trends and Impacts of the Great Recession Through 2010. USDA Forest Service. Pacific Northwest Research Station General Technical Report PNW-GTR-868. September. Available online at: https://www.bber.umt.edu/pubs/forest/fidacs/OR2008.pdf

Gray, A. N., and T. R. Whittier. 2014. Carbon stocks and changes on Pacific Northwest national forests and the role of disturbance, management, and growth. Forest Ecology and Management 328:167–178.

Gray, A.N., T. R. Whittier, and M. E. Harmon. 2016. Carbon stocks and accumulation rates in Pacific Northwest forests: role of stand age, plant community, and productivity. Ecosphere 7(1):e01224. https://doi.org/10.1002/ecs2.1224

Gray, A.N., K. Pelz, G.D. Hayward, T. Schuler, W. Salverson, M. Palmer, C. Schumacher, and C.W. Woodall. 2023. Perspectives: The wicked problem of defining and inventorying mature and old-growth forests. Forest Ecology and Management 546: 121350. https://doi.org/10.1016/j.foreco.2023.121350

Grinspoon, E., and R. Phillips. 2008. Northwest Forest Plan: Socioeconomic Status and Trends. R6-RPM-TP-02-2011. Portland, OR: U.S. Department of Agriculture, Forest Service. 80 p.

Grinspoon, E., D. Jaworski, and R. Phillips. 2016. Northwest Forest Plan—the First 20 Years (1994-2013): Social and Economic Status and Trends. Report FS/R6/PNW/2015/0006. February. U.S. Department of Agriculture, Forest Service, Pacific Northwest Region. Available online at: https://www.fs.usda.gov/r6/reo/monitoring/downloads/socioeconomic/Nwfp20yrMonitoringReportSocioeconomic.pdf

Grinspoon, E., tech. coord. [In press]. Northwest Forest Plan—The First 25 Years (1994–2018): Socioeconomic Monitoring Results. General Technical Report PNW-GTR-1019. Portland, OR: U.S. Department of Agriculture, Forest Service.

Gunderson, L.H. 2000. Ecological Resilience – in Theory and Application. Annual Review of Ecology and Systematics 31(1): 425–439.

Halpern, C.B., and T.A. Spies. 1995. Plant species diversity in natural and managed forests of the Pacific Northwest. Ecological Applications 5(4): 913. https://doi.org/10.2307/2269343

Halofsky, J.E., D.L. Peterson, K.A. O'Halloran, and C. Hawkins Hoffman, eds. 2011. Adapting to climate change at Olympic National Forest and Olympic National Park. Gen. Tech. Rep. PNW-GTR-844. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 130 pp.

Halofsky, J.E., D.L. Peterson, and B.J. Harvey. 2020. Changing wildfire, changing forests: the effects of climate change on fire regimes and vegetation in the Pacific Northwest, USA. Fire Ecology 16(1): 1–26.

Halofsky, J.S., D.R. Conklin, D.C. Donato, J.E. Halofsky, and J.B. Kim. 2018. Climate change, wildfire, and vegetation shifts in a high-inertia forest landscape: Western Washington, U.S.A. PLoS ONE 13(12): e0209490. https://doi.org/10.1371/journal.pone.0209490

Halofsky, J.E., D.L. Peterson, and J.J. Ho, eds. 2019. Climate change vulnerability and adaptation in south-central Oregon. Gen. Tech. Rep. PNW-GTR-974. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 473 pp.

Halofsky, J.E., D.L. Peterson, and R.A. Gravenmier, eds. 2022a. Climate change vulnerability and adaptation in the Columbia River Gorge National Scenic Area, Mount Hood National Forest, and Willamette National Forest. Gen. Tech. Rep. PNW-GTR-1001. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 469 pp. https://doi.org/10.2737/PNW-GTR-1001.

Halofsky, J.E., D.L. Peterson, and R.A. Gravenmier, eds. 2022b. Climate change vulnerability and adaptation in southwest Oregon. Gen. Tech. Rep. PNW-GTR-995. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 445 p. https://doi.org/10.2737/PNW-GTR-995.

Haynes, R.W.; Bormann, B.T.; Lee, D.C.; Martin, J.R. 2006. Northwest Forest Plan—the first 10 years (1994- 2003): synthesis of monitoring and research results. Gen. Tech. Rep. PNW-GTR-651. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 292 pp. https://doi.org/10.2737/pnw-gtr-651

Headwaters Economics. 2014. The Economic Impacts of Restoration Custer and Lemhi Counties, Idaho. April. Available online at: http://headwaterseconomics.org/land/reports/idaho-restoration-impacts

Hemstrom, M., T. Spies, C. Palmer, R. Kiester, J. Teply, P. McDonald, and R. Warbington. 1998. Late-successional and old-growth forest effectiveness monitoring plan for the

Northwest Forest Plan. Gen. Tech. Rep. PNW-GTR-438. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 37 p, 438. https://doi.org/10.2737/PNW-GTR-438

Hilberg, L. E., and J. M. Kershner. 2021. Overview of climate trends and projections for the Northern California Climate Adaptation Project. EcoAdapt, Bainbridge Island, WA. Holling, C.S. 1973. Resilience and Stability of Ecological Systems. Annual Review of Ecology and Systematics 4: 1–23.

Hood Canal Coordinating Council. 2005. Hood Canal & Eastern Strait of Juan de Fuca Summer Chum Salmon Recovery Plan. Prepared by Scott Brewer, Jay Watson, Dave Christensen, and Richard Brocksmith. November 15. Available online at: https://repository.library.noaa.gov/view/noaa/16122

Hudec, J.L., J.E. Halofsky, D.L. Peterson, and J.J. Ho, eds. 2019. Climate Change Vulnerability and Adaptation in Southwest Washington. Gen. Tech. Rpt. PNW-GTR-977. Portland, Oregon: Pacific Northwest Research Station. October. Available online at: https://www.fs.usda.gov/pnw/pubs/pnw_gtr977.pdf

IMPLAN (IMPLAN Group, LLC). 2021. IMPLAN Region Data for 92-County NWFP Study Area. Huntersville, NC. Available online at: http://www.implan.com

Janowiak, M., W.J. Connelly, K. Dante-Wood, G.M. Domke, C. Giardina, Z. Kayler, K. Marcinkowski, T. Ontl, C. Rodriguez-Franco, C. Swanston, C.W. Woodall, and M. Buford. 2017. Considering Forest and Grassland Carbon in Land Management. Gen. Tech. Rep. WO-95. Washington, D.C.: United States Department of Agriculture, Forest Service. 68 pp.

Jimerson, T.M., and S.K. Carothers. 2002. Northwest California Oak Woodlands: Environment, Species Composition, and Ecological Status. General Technical Report PSW-GTR-184. U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station.

Johnson, D.H., and T.A. O'Neil. 2001. *Wildlife-Habitat Relationships in Oregon and Washington*. Oregon State University Press. Corvallis, Oregon.

Kluber, M.R., D.H. Olson, and K.J. Puettmann. 2008. Amphibian distributions in riparian and upslope areas and their habitat associations on managed forest landscapes in the Oregon Coast Range. Forest Ecology and Management 256: 529–535.

Knight, C.A., L. Anderson, M.J. Bunting, and others. 2022. Land management explains major trends in forest structure and composition over the last millennium in California's Klamath Mountains. PNAS 119(12): e2116264119. https://doi.org/10.1073/pnas.2116264119

Krstic, M.P., D.L. Johnson, and M.J. Herderich. 2015. Review of smoke taint in wine: smoke-derived volatile phenols and their glycosidic metabolites in grapes and vines as biomarkers for smoke exposure and their role in the sensory perception of smoke taint. Australian Journal of Grape and Wine Research 21(S1):537–553. https://doi.org/10.1111/ajgw.12183

Larsen, E.M., and J.T. Morgan. 1998. Management Recommendations for Washington's Priority Habitats: Oregon White Oak Woodlands. Washington Department of Fish and Wildlife, Olympia, WA. January.

Law, B.E., and R.H. Waring. 2015. Carbon implications of current and future effects of drought, fire and management on Pacific Northwest forests. Forest Ecology and Management 355: 4–14.

Lesmeister, D.B., C.L. Appel, R.J. Davis, C.B. Yackulic, and Z.J. Ruff. 2021. Simulating the Effort Necessary To Detect Changes in Northern Spotted Owl (*Strix occidentalis caurina*) Populations Using Passive Acoustic Monitoring. Res. Pap. PNW-RP-618. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 55 pp. Available online at: https://www.fs.usda.gov/research/treesearch/628

Linnell, M.A., and D.B. Lesmeister. 2019. Landscape connectivity and conservation prioritization for an old forest species with limited vagility. Animal Conservation 22(6): 568-578. https://doi.org/10.1111/acv.12496

Lint, J., B. Noon, R. Anthony, E. Forsman, M. Raphael, M. Collopy, and E. Starkey. 1999. Northern spotted owl effectiveness monitoring plan for the Northwest Forest Plan. Gen. Tech. Rep. PNW-GTR-440. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 43 p, 440. Available online at: https://doi.org/10.2737/PNW-GTR-440

Long, J., F.K. Lake, K. Lynn, and C. Viles. 2018. Chapter 11: Tribal Ecocultural Resources and Engagement. In: Synthesis of Science to Inform Land Management within the Northwest Forest Plan Area, Volume 3. General Technical Report PNW-GTR-966 Vol. 3. USDA, Northwest Forest Plan, Pacific Northwest Research Station.

Lorenz, T.J., M.G. Raphael, R.D. Young, D. Lynch, S.K. Nelson, and W.R. McIver. 2021. Northwest Forest Plan—the first 25 Years (1994-2018): Status and Trends of Nesting Habitat for the Marbled Murrelet Under the Northwest Forest Plan, 1993 to 2017. General Technical Report PNW-GTR-998. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Available online at: https://www.fs.usda.gov/r6/reo/monitoring/downloads/murrelet/20211101-lorenz-etal-2021-status-trend-marbled-murrelet-nesting-habitat-1993-2017-pnw-gtr998.pdf

Loya, D.T., and E.S. Jules. 2008. Use of species richness estimators improves evaluation of understory plant response to logging: a study of redwood forests. Plant Ecology 194(2): 179–194.

Luoma, D.L. 2001. Monitoring of fungal diversity at the Siskiyou integrated research site with special reference to the survey and manage species *Arcangeliella camphorata* (Singer & Smith) Pegler & Young. Unpublished report. On file with: Chetco Ranger District, Siskiyou National Forest, Brookings, OR 97415.

Madsen, S., D. Evans, T. Hamer, P. Henson, S. Miller, S.K. Nelson, D. Roby, and M. Stapanian. 1999. Marbled murrelet effectiveness monitoring plan for the Northwest Forest Plan.

Gen. Tech. Rep. PNW-GTR-439. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 51 p, 439. https://doi.org/10.2737/PNW-GTR-439

Marcille, K.C., T.A. Morgan, C.P. McIver, and G.A. Christensen. 2020. California's Forest Products Industry and Timber Harvest, 2016. USDA Forest Service. Pacific Northwest Research Station General Technical Report PNW-GTR-994. December. Available online at: https://www.fs.usda.gov/pnw/pubs/pnw_gtr994.pdf

McIver, C.P., J.P. Meek, M.G. Scudder, C.B. Sorenson, T.A. Morgan, and G.A. Christensen. 2015. California's Forest Products Industry and Timber Harvest, 2012. USDA Forest Service. Pacific Northwest Research Station General Technical Report PNW-GTR-908. October. Available online at: https://www.bber.umt.edu/pubs/forest/fidacs/CA2012.pdf

McIver, R.R., S.F. Pearson, C. Strong, M.M. Lance, J. Baldwin, D. Lynch, M.G. Raphael, R.D. Young, and N. Johnson. 2021. Northwest Forest Plan—the first 25 Years (1994-2018): Status and Trend of Marbled Murrelet Populations in the Northwest Forest Plan Area, 2000 to 2018. General Technical Report PNW-GTR-996. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Available online at: https://www.fs.usda.gov/r6/reo/monitoring/downloads/murrelet/20211101-mciver-etal-2021-status-trend-marbled-murrelet-2000-2018-pnw-gtr996.pdf

McKinley, D.C., M.G. Ryan, R.A. Birdsey, C. P. Giardina, M.E. Harmon, L.S. Heath, R.A. Houghton, R.B. Jackson, J.F. Morrison, B.C. Murray, D. E. Pataki, and K.E. Skog. 2011. A synthesis of current knowledge on forests and carbon storage in the United States. Ecological Applications 21(6): 1902–1924. https://doi.org/10.1890/10-0697.1

Meigs, G.W., D.C. Donato, J.L. Campbell, J.G. Martin, and B.E. Law. 2009. Forest Fire Impacts on Carbon Uptake, Storage, and Emission: The Role of Burn Severity in the Eastern Cascades, Oregon. Ecosystems 12: 1246–1267. https://doi.org/10.1007/s10021-009-9285-x

Merriam, K., S. Gross, B. Estes, H. Safford, S. Sawyer, Z. Steel, L. Wolf, and A. Wuenschel. 2022a. Modoc National Forest Climate Change Trend Summary. USDA Forest Service Region 5 Ecology Program. April. Available online at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd1012066.pdf

Merriam, K., S. Gross, B. Estes, H. Safford, S. Sawyer, Z. Steel, L. Wolf, and A. Wuenschel. 2022b. Lassen National Forest Climate Change Trend Summary. USDA Forest Service Region 5 Ecology Program. Available online at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd1027266.pdf

Miller, S.A., S.N. Gordon, P. Eldred, R.M. Beloin. S. Wilcox, M. Raggon, H. Andersen, and A. Muldoon. 2017. Northwest Forest Plan—the first 20 years (1994–2013): watershed condition status and trends. General Technical Report PNW-GTR-932. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Available online at: https://doi.org/10.2737/PNW-GTR-932

Mojica, J., and A. Fletcher. 2020. Economic Analysis of Outdoor Recreation in Washington State, 2020 Update. Earth Economics. Tacoma, WA. Available online at: https://rco.wa.gov/wp-content/uploads/2020/07/EconomicReportOutdoorRecreation2020.pdf

Mojica, J., K. Cousins, K., and T. Madsen. 2021. Economic Analysis of Outdoor Recreation in Oregon. Earth Economics. Tacoma, WA. Available online at: https://industry.traveloregon.com/resources/research/oregon-outdoor-recreation-economic-impact-study/

Morgan, T.A., C.E. Keegan III, T. Dillon, A.L. Chase, J.S. Fried, and M.N. Weber. 2004. California's Forest Products Industry: A Descriptive Analysis. USDA Forest Service. Pacific Northwest Research Station General Technical Report PNW-GTR-615. July. Available online at: https://www.bber.umt.edu/pubs/forest/fidacs/CA2000.pdf

Morgan, T.A., J.P. Brandt, K.E. Songster, C.E. Keegan III, and G.A. Christensen. 2012. California's Forest Products Industry and Timber Harvest, 2006. USDA Forest Service. Pacific Northwest Research Station General Technical Report PNW-GTR-866. August. Available online at: https://www.bber.umt.edu/pubs/forest/fidacs/CA2006.pdf

NatureServe Explorer. 2024. Mediterranean California Dry-Mesic Mixed Conifer Forest and Woodland. Available online at: https://explorer.natureserve.org/Taxon/ELEMENT_GLOBAL.2.722765/Mediterranean_California_Dry-Mesic_Mixed_Conifer_Forest_and_Woodland

Navarro, K., D. Schweizer, J. Balmes, and R. Cisneros. 2018. A Review of Community Smoke Exposure from Wildfire Compared to Prescribed Fire in the United States. Atmosphere 9: 185. https://doi.org/10.3390/atmos9050185

Nemens, Deborah G.; Varner, J. Morgan; Johnson, Morris C. 2019. Environmental effects of postfire logging: an updated literature review and annotated bibliography. Gen. Tech. Rep. PNW-GTR-975. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 35 p.

Neitlich, P.N., and B. McCune. 1997. Hotspots of epiphytic lichen diversity in two young managed forests. Conservation Biology 11(1): 172–182. https://doi.org/10.1046/j.1523-1739.1997.95492.x

Nielsen-Pincus, M., and C. Moseley. 2010. The employment and economic impacts of forest and watershed restoration in Oregon. Ecosystem Workforce Program. Working Paper No. 24, Spring 2010. Eugene, OR. University of Oregon, Institute for a Sustainable Environment. 4 p.

NOAA Fisheries. 2007a. Magnuson-Stevens Reauthorization Act Klamath River Coho Salmon Recovery Plan. Southwest Region. July 10. Available online at: https://repository.library.noaa.gov/view/noaa/17378

NOAA Fisheries. 2007b. Puget Sound Salmon Recovery Plan. Shared Strategy Development Committee. January 19. Available online at: https://repository.library.noaa.gov/view/noaa/16005

NOAA Fisheries. 2009a. Recovery Plan for Middle Columbia River Steelhead Distinct Population Segment. Northwest Region. November 30. Available online at: https://repository.library.noaa.gov/view/noaa/16003

NOAA Fisheries. 2009b. Recovery Plan for Lake Ozette Sockeye Salmon (Oncorhynchus nerka). Northwest Region. May 4. Available online at: https://repository.library.noaa.gov/view/noaa/4200

NOAA Fisheries. 2011. Columbia River Estuary ESA Recovery Plan Module for Salmon and Steelhead. Northwest Region. January 1. Available online at: https://repository.library.noaa.gov/view/noaa/17401

NOAA Fisheries. 2012a. Recovery Plan for the Evolutionarily Significant Unit of Central California Coast Coho Salmon. 3 Volumes. West Coast Region. September. Available online at: https://www.fisheries.noaa.gov/resource/document/recovery-plan-evolutionarily-significant-unit-central-california-coast-coho

NOAA Fisheries. 2012b. Southern California Steelhead Recovery Plan. West Coast Region. January 1. Available online at: https://repository.library.noaa.gov/view/noaa/15988

NOAA Fisheries. 2013a. South-Central California Steelhead Recovery Plan. West Coast Region. December. Available online at: https://repository.library.noaa.gov/view/noaa/17275

NOAA Fisheries. 2013b. ESA Recovery Plan for Lower Columbia River Coho Salmon, Lower Columbia River Chinook Salmon, Columbia River Chum Salmon, and Lower Columbia River Steelhead. Northwest Region. June. Available online at: https://repository.library.noaa.gov/view/noaa/16002

NOAA Fisheries. 2014a. Recovery Plan for The Evolutionarily Significant Units of Sacramento River Winter-run Chinook Salmon and Central Valley Spring-run Chinook Salmon and the DPS of California Central Valley Steelhead. West Coast Region. July. Available online at: https://s3.amazonaws.com/media.fisheries.noaa.gov/dam-migration/central_valley_salmonids_recovery_plan-accessible.pdf

NOAA Fisheries. 2014b. Final Recovery Plan for the Southern Oregon/Northern California Coast Evolutionarily Significant Unit of Coho Salmon (*Oncorhynchus kisutch*). West Coast Region. Available online at: https://repository.library.noaa.gov/view/noaa/15985

NOAA Fisheries. 2015. ESA Recovery Plan for Snake River Sockeye Salmon (*Oncorhynchus nerka*). West Coast Region. June 8. Available online at: https://repository.library.noaa.gov/view/noaa/16001

NOAA Fisheries. 2016a. Final ESA Recovery Plan for Oregon Coast Coho Salmon *(Oncorhynchus kisutch*). West Coast Region. December. Available online at: https://repository.library.noaa.gov/view/noaa/15986

NOAA Fisheries. 2016b. Final Coastal Multispecies Recovery Plan: California Coastal Chinook Salmon, Northern California Steelhead, Central California Coast Steelhead. West Coast Region. 5 volumes. Available online at:

https://www.fisheries.noaa.gov/resource/document/final-coastal-multispecies-recovery-plan-california-coastal-chinook-salmon

NOAA Fisheries. 2017a. ESA Recovery Plan for Snake River Fall Chinook Salmon (*Oncorhynchus tshawytscha*). West Coast Region. November. Available online at: NOAA Fisheries. 2007a. Magnuson-Stevens Reauthorization Act Klamath River Coho Salmon Recovery Plan. Southwest Region. July 10. Available online at: https://repository.library.noaa.gov/view/noaa/17378

NOAA Fisheries. 2017b. ESA Recovery Plan for Snake River Spring/Summer Chinook Salmon (*Oncorhynchus tshawytscha*) & Snake River Basin Steelhead (*Oncorhynchus mykiss*). West Coast Region. November. Available online at: https://www.fisheries.noaa.gov/s3//dam-migration/final-snake-river-spring-summer-chinook-salmon-and-snake-river-steelhead-recovery-plan-2017.pdf

NOAA Fisheries. 2019. ESA Recovery Plan for the Puget Sound Steelhead Distinct Population Segment (*Oncorhynchus mykiss*). Office of Protected Resources and West Coast Region, National Marine Fisheries Service. December 20. Available online at: https://www.fisheries.noaa.gov/s3/dam-migration/final_puget_sound_steelhead_recovery_plan.pdf

NPS (U.S. Department of Interior, National Park Service). 2024. NPS Class I Areas - Air (U.S. National Park Service). Available at: https://www.nps.gov/subjects/air/npsclass1.htm

NPS and USFWS (U.S. Department of Interior, National Park Service and U.S. Fish and Wildlife Service). 2024. Grizzly Bear Restoration Plan Final Environmental Impact Statement. North Cascades Ecosystem. March. Available online at: https://www.fws.gov/project/north-cascades-grizzly-bear-restoration.

O'Dell, K., K. Bilsback, K., B.Ford, S. E. Martenies, S. Magzamen, E. V. Fischer, and J. R. Pierce. 2021. Estimated mortality and morbidity attributable to smoke plumes in the United States: Not just a western US problem. GeoHealth. https://doi.org/10.1029/2021GH000457

O'Dell, K., B. Ford, E.V. Fischer, and J. R. Pierce. 2019. Contribution of wildland-fire smoke to US PM2.5 and its influence on recent trends. Environmental Science & Technology 53: 1797–804.

ODEQ and SWCAA (Oregon Department of Environmental Quality and Southwest Clean Air Agency). 2011. Columbia River Gorge Air Study and Strategy. Air Quality Report. September. Available online at: https://www.swcleanair.org/docs/ColumbiaRiverGorge/ColumbiaGorgeAirStrategyDocument-Final.pdf

ODF (Oregon Department of Forestry). 1995. Eastern Region Long-Range Forest Management Plan. October 1995. Eastern Oregon Region. 412 pp.

ODF. 2010a. Northwest Oregon State Forests Management Plan, Revised Plan April 2010. 581 pp.

ODF. 2010b. Southwest Oregon State Forests Management Plan, Revised Plan April 2010. 313 pp.

ODFW (Oregon Department of Fish and Wildlife) and NOAA Fisheries. 2011. Upper Willamette River Conservation and Recovery Plan for Chinook Salmon and Steelhead. West Coast Region. August 5. Available online at: https://repository.library.noaa.gov/view/noaa/15981

Oregon Office of Economic Analysis. 2024. Population for Oregon's Counties, 1980-2010. Available online at: https://www.oregon.gov/das/oea/pages/surveyresults.aspx

Oregon Forests Research Institute. 2018. Impacts of Oregon's 2017 Wildfire Season - Tie for a Crucial Conversation. Available online at: https://digitalcollections.library.oregon.gov/nodes/view/259486

OSTP (Office of Science and Technology Policy) and CEQ. 2021. Indigenous Traditional Ecological Knowledge and Federal Decision Making. Memorandum for the Heads of Departments and Agencies. Executive Office of the President. November 15. Washington, D.C. Available online at: https://www.whitehouse.gov/wp-content/uploads/2021/11/111521-OSTP-CEQ-ITEK-Memo.pdf

OSTP and CEQ. 2022a. Guidance for Federal Departments and Agencies on Indigenous Knowledge. Memorandum for the Heads of Departments and Agencies. Executive Office of the President. November 30. Available online at: https://www.whitehouse.gov/wp-content/uploads/2022/12/OSTP-CEQ-IK-Guidance.pdf

OSTP and CEQ. 2022b. Implementation of Guidance for Federal Departments and Agencies on Indigenous Knowledge. Memorandum for the Heads of Departments and Agencies. Executive Office of the President. November 30. Available online at: https://www.whitehouse.gov/wp-content/uploads/2022/12/IK-Guidance-Implementation-Memo.pdf

Pacific Planning Service Group. 2024. Northwest Forest Plan Amendment Internal Survey Results. Prepared for USDA Forest Service. April 2024.

Parrota, J.A., and R.L. Trosper. 2012. Traditional Forest-Related Knowledge: Sustaining Communities, Ecosystems and Biocultural Diversity. Springer Publishing Company, New York.

Peeler, J.L., L. McCauley, K.L. Metlen, T. Woolley, K.T. Davis, M.D. Robles, R.D. Haugo, K.L. Riley, P.E. Higuera, and J.E. Fargione. 2023. Identifying opportunity hot spots for reducing the risk of wildfire-cause carbon loss in western US conifer forests. Environmental Research Letters 18(9):094040. https://doi.org/10.1088/1748-9326/acf05a

Pierotti, R. 2010. *Indigenous Knowledge, Ecology, and Evolutionary Biology.* Taylor & Francis Group.

President of the United States. 2021. Memorandum on Tribal Consultation and Strengthening Nation-to-Nation Relationships. Memorandum for the Heads of Executive Departments

and Agencies. January 26, 2021. Available online at: https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/26/memorandum-on-tribal-consultation-and-strengthening-nation-to-nation-relationships/

Prichard, S.J., R.B. Salter, P.F. Hessburg, N.A. Povak, and R.W. Gray. 2023. The REBURN model: simulating system-level forest succession and wildfire dynamics. Fire Ecology 19:38. https://doi.org/10.1186/s42408-023-00190-7

Raymond, C.L., D.L. Peterson, and R.M. Rochefort, eds. 2014. Climate change vulnerability and adaptation in the North Cascades region, Washington. Gen. Tech. Rep. PNW-GTR-892. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 279 pp.

Reeves, G.H., D.B. Hohler, D.P. Larsen, D.E. Busch, K. Kratz, K. Reynolds, K.F. Stein, T. Atzet, P. Hays, and M. Tehan. 2004. Effectiveness monitoring for the aquatic and riparian component of the Northwest Forest Plan: Conceptual framework and options. Gen. Tech. Rep. PNW-GTR-577. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 71 p, 577. https://doi.org/10.2737/PNW-GTR-577

Reilly, J.J., T.A. Spies, J. Littell, R. Butz, and J.B. Kim. 2018. Chapter 2: Climate, Disturbance, and Vulnerability to Vegetation Change in the Northwest Forest Plan Area. In: *Synthesis of science to inform land management within the Northwest Forest Plan area*, T.A. Spies, P.A. Stine, R. Gravenmier, J.W. Long, and M.J. Reilly, tech. coords. Gen. Tech. Rep. PNW-GTR-966. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. Available online at: https://www.fs.usda.gov/pnw/pubs/pnw_gtr966_chapter2.pdf

Rosenblad, K. C., K. C. Baer, and D. D. Ackerly. 2023. Climate change, tree demography, and thermophilization in western US forests. April 24, 2023. PNAS 120(108): e2301754120. https://doi.org/10.1073/pnas.2301754120

Ruggerio, L.F., D.E. Pearson, and S.E. Henry. 1998. Characteristics of American marten dens in Wyoming. Journal of Wildlife Management 62(2): 663–673.

Rundio, D.E., and D.H. Olson. 2007. Influence of headwater site conditions and riparian buffers on terrestrial salamander response to forest thinning. Forest Science 53(2): 320–330.

Santo, A., M. Coughlan, H. Huber-Stearns, M.D.O. Adams and G. Kohler. 2021. Changes in Relationships between the USDA Forest Service and Small, Forest-Based Communities in the Northwest Forest Plan Area amid Declines in Agency Staffing. Journal of Forestry 119(3): 291–304.

Sawyer, J.O. 2007. Why are the Klamath Mountains and adjacent north coast floristically diverse? Fremontia 35(3): 3–11.

Schriver, M., R.L. Sherriff, J.M. Varner, L. Quinn-Davidson, and Y. Valachovic. 2018. Age and stand structure of oak woodlands along a gradient of conifer encroachment in northwestern California. Ecosphere 9(10): e02446. https://doi.org/10.1002/ecs2.2446

Scott, S. 2024. California's Forest Products Industry and Timber Harvest, 2021. Posted Feb. 2024 Updated Mar. 2024. Available online at: https://www.bber.umt.edu/pubs/forest/fidacs/CA2021Tables.pdf

Sillett, S.C., B. McCune, J. E. Peck, T.R. Rambo, and A. Ruchty. 2000. Dispersal limitations of epiphytic lichens result in species dependent on old-growth forests. Ecological Applications 10(3): 789–799.

Simmons, E.A., K.C. Marcille, G.J. Lettman, T.A. Morgan, D.C. Smith, L.A. Rymniak, GA. Christensen. 2021. Oregon's forest products industry and timber harvest 2017 with trends through 2018. USDA Forest Service. Pacific Northwest Research Station. General Technical Report PNW-GTR-997. October. Available online at: https://research.fs.usda.gov/treesearch/63436

Simmons, E.A., M.G. Scudder, T.A. Morgan, E.C. Berg, and G.A. Christensen. 2016. Oregon's Forest Products Industry and Timber Harvest 2013 With Trends Through 2014. USDA Forest Service. Pacific Northwest Research Station. General Technical Report PNW-GTR-942. November. Available online at: https://www.bber.umt.edu/pubs/forest/fidacs/OR2013.pdf

*Southern Oregon Business Journal*. 2024. Western Cascade is 7th Timber Mill to close in Oregon this year. August 4. Available online at: https://southernoregonbusiness.com/western-cascade-is-7th-timber-mill-to-close-in-oregon-this-year/

Spies, T.A., and J.F. Franklin. 1988. Old growth and forest dynamics in the Douglas-fir region of western Oregon and Washington. Natural Areas Journal. 8(3): 190–201.

Spies, T.A., P.A. Stine, R. Gravenmier, J.W. Long, and M.J. Reilly, tech. coords. 2018. Synthesis of science to inform land management within the Northwest Forest Plan area. Gen. Tech. Rep. PNW-GTR-966. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 1020 p. 3 vol.

Spies, T.A., J.W. Long, S. Charnley, P.F. Hessburg, B.G. Marcot, G.H. Reeves, D.B. Lesmeister, M.J. Reilly, L.K. Cerveny, P.A. Stine, and M.G. Raphael. 2019. Twenty- five years of the Northwest Forest Plan: what have we learned? Frontiers in Ecology and the Environment 17(9): 511–520. https://doi.org/10.1002/fee.2101

Stankey, George H.; Clark, Roger N.; Bormann, Bernard T., eds. 2006. Learning to manage a complex ecosystem: adaptive management and the Northwest Forest Plan. Res. Pap. PNW-RP-567. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 194 p. Available: Learning to manage a complex ecosystem: adaptive management and the Northwest Forest Plan. | US Forest Service Research and Development (usda.gov).

Steen-Adams, M.M., S. Charnley, R.J. McLain, M.D.O. Adams, and K.L. Wendel. 2019. Traditional knowledge of fire use by the Confederated Tribes of Warm Springs in the eastside Cascades of Oregon. Forest Ecology and Management 450: 117405.

Suzuki, N, D.H. Olsen, and E.C. Reilly. 2008. Developing landscape habitat models for rare amphibians with small geographic ranges: a case study of Siskiyou Mountains salamanders in the western USA. Biodiversity and Conservation 17: 2197–2218.

Swanson, M.E., et al. Biological associates of early-seral pre-forest in the Pacific Northwest. Forest Ecol. Manage. (2014), http://dx.doi.org/10.1016/j.foreco.2014.03.046

Sweeney, K., R. Dittrich, S. Moffat, C. Power, and J.D. Kline. 2023. Estimating the Economic Value of Carbon Losses from Wildfires Using Publicly Available Data Sources: Eagle Creek Fire, Oregon 2017. Fire Ecology 19: 55. https://doi.org/10.1186/s42408-023-00206-2

Swingle, J. K., and E. D. Forsman. 2009. Home range areas and activity patterns of red tree voles (*Arborirnus longicaudus*) in western Oregon. Northwest Science 83:273–286.

Teakles, A.D., R. So, B. Ainslie, R. Nissen, C. Schiller, R. Vingarzan, I. McKendry, A.M. MacDonald, D.A. Jaffe, A.K. Bertram, K.B. Strawbridge, W.R. Leaitch, S. Hanna, D. Toom, J. Baik, and L. Huang. 2017. Impacts of the July 2012 Siberian fire plume on air quality in the Pacific Northwest. Atmospheric Chemistry and Physics 17: 2593–2611. https://doi.org/10.5194/acp-17-2593-2017

Thomas, J.W., Forsman, E.D., Lint, J.B., Meslow, E.C., Noon, B.R. and Verner, J., 1990. A conservation strategy for the northern spotted owl: report of the Interagency Scientific Committee to address the conservation of the northern spotted owl. United States Government Printing Office, Washington, DC.

Thompson, I.D., J. Fryxell, and D. J. Harrison. 2012. Improved insights into use of habitat by American martens. In *Biology and Conservation of Martens, Sables, and Fishers: A New Synthesis,* K. Aubry, W. Zielinski, M. Raphael, G. Proulx, and S. Buskirk (editors), pages 209–230. Cornell University Press. Ithaca, NY, USA.

Thysell, D.R., and A.B. Carey. 2001. *Quercus garryana* Communities in the Puget Trough, Washington. NW Science 75(3): 219–235.

Upper Columbia Salmon Recovery Board. 2007. Upper Columbia Spring Chinook Salmon and Steelhead Recovery Plan. August 1. Available online at: https://repository.library.noaa.gov/view/noaa/15990

U.S. Census Bureau. 2020. P1 Race. 2020: DEC Redistricting Data (PL 94-171). Available online at: https://data.census.gov/

USDA (U.S. Department of Agriculture). 2021. United States Department of Agriculture Action Plan: Tribal Consultation and Strengthening Nation-to-Nation Relationships. Plan submitted pursuant to Presidential Memorandum dated January 26, 2021. April 26, 2021.

USDA. 2022. Strategic Plan Fiscal Years 2022-2026. Washington DC. 49 pp.

USDA Forest Service (U.S. Department of Agriculture, Forest Service). 1989. Chief Dale Robertson letter to regional foresters, station directors, and WO staff regarding national

forest old-growth values and the generic definition and description of old-growth forests. Dated October 11, 1989.

USDA Forest Service. 1990a. Final Environmental Impact Statement, Land and Resource Management Plan, Olympic National Forest. USDA Forest Service, Pacific Northwest Region.

USDA Forest Service. 1990b. Final Environmental Impact Statement, Land and Resource Management Plan, Mt. Baker-Snoqualmie National Forest. USDA Forest Service, Pacific Northwest Region.

USDA Forest Service. 1990c. Final Environmental Impact Statement, Land and Resource Management Plan, Willamette National Forest, Clackamas, Douglas, Jefferson, Lane, Linn, and Marion Counties, Oregon. USDA Forest Service, Pacific Northwest Region.

USDA Forest Service. 1992. Final Environmental Impact Statement for the Land and Resource Management Plan, Lassen National Forest. USDA Forest Service, Pacific Southwest Region. San Francisco, California.

USDA Forest Service. 1994a. Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents Within the Range of the Northern Spotted Owl. April 13.

USDA Forest Service. 1994b. Standards and Guidelines for the Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl. Attachment A to the Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents Within the Range of the Northern Spotted Owl. 153 pp.

USDA Forest Service. 1994c. Final Supplemental Environmental Impact Statement on Management of Habitat for Late-Successional and Old-Growth Forest Related Species Within the Range of the Northern Spotted Owl. February.

USDA Forest Service. 1994d. Final Environmental Impact Statement, Shasta-Trinity National Forests, Land and Resource Management Plan. Humboldt, Modoc, Shasta, Siskiyou, Tehama, and Trinity Counties, California. USDA Forest Service, Pacific Southwest Region. San Francisco, California.

USDA Forest Service. 1996. Field Guide to the Forested Plant Associations of Southwestern Oregon. Technical Paper R6-NR-ECOL-TP-1 7-96. USDA Forest Service, Pacific Northwest Region.

USDA Forest Service. 2002a. Survey and Manage Management Recommendation Amendments for Fuel Hazard Reduction Treatments Around At-Risk Communities. Group 1 – Certain Fungi, Lichens, Bryophytes, Vascular Plants. Available online at: https://www.fs.usda.gov/r6/reo/survey-and-manage/downloads/vascular/mr-fire-amendment-va-li-br-fu-att1-2002.pdf

USDA Forest Service. 2002b. Survey and Manage Management Recommendation Amendments for Fuel Hazard Reduction Treatments Around At-Risk Communities. Group 2 – Certain Mollusks, Amphibians, and Red Tree Vole. Available online at: https://www.fs.usda.gov/r6/reo/survey-and-manage/downloads/general/mr-fire-amendment-ha-ig-rtv-att1-2003.pdf

USDA Forest Service. 2003. Final Environmental Impact Statement, Land and Resource Management Plan, Six Rivers National Forest. USDA Forest Service, Pacific Southwest Region. San Francisco, California.

USDA Forest Service. 2005. Chapter 2670 – Threatened, Endangered, and Sensitive Plants and Animals. FSM 2600 – Wildlife, Fish, and Sensitive Plant Habitat Management. Amendment No. 2600-2005-1. Effective Date September 23, 2005. Available online at: https://www.fs.usda.gov/cgi-bin/Directives/get_dirs/fsm?2600!

USDA Forest Service. 2015. Forest Service Handbook 1909.12 – Land Management Planning Handbook. Effective date: January 30, 2015. Available online at: https://www.fs.usda.gov/cgi-bin/Directives/get_dirs/fsh?1909.12

USDA Forest Service. 2020. Bioregional Assessment of Northwest Forests. July. Available online at: https://www.fs.usda.gov/detail/r6/landmanagement/planning/?cid=fseprd677501#documents

USDA Forest Service. 2021a. Supplemental Report to the Bioregional Assessment of Northwest Forests. Pacific Northwest Region, Portland, Oregon. Pacific Southwest Region, Vallejo, California.

USDA Forest Service. 2021b. FINAL Region 6 Regional Forester and OR/WA State Director Special Status Species List, June 21, 2021. Available online at: https://www.fs.usda.gov/r6/isssp/policy/

USDA Forest Service. 2022. Climate Adaptation Plan. FS-1196. July. Available online at: https://www.usda.gov/sites/default/files/documents/4_NRE_FS_ClimateAdaptationPlan_2022.pdf

USDA Forest Service. 2023a. Strengthening Tribal Consultation and Nation-to-Nation Relationships: a USDA Forest Service Action Plan. FS-1211. February 2023. Available online at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd1179946.pdf

USDA Forest Service. 2023b. FY19 Economic Contributions from National Forests and Grasslands. Methodology and Summary Report. USDA Forest Service, Ecosystem Management Coordination, Social Science and Economics. Washington DC.

USDA Forest Service. 2024a. Draft Environmental Impact Statement for Amendments to Land Management Plans to Address Old-Growth Forests Across the National Forest System. June.

USDA Forest Service. 2024b. Carbon. August. Available online at: https://www.fs.usda.gov/managing-land/sustainability-and-climate/carbon

USDA Forest Service.2024c. USFS Carbon Dashboard to support land management planning in the National Forest System. Office of Sustainability and Climate. Available online at: https://public.tableau.com/app/profile/usda.forest.service/viz/Carbon_Dashboard_Public_17056983339290/Dashboard (accessed September 16, 2024).

USDA Forest Service. 2024d. Class I Map - Forest Service Air Resource Management Program. Available online at: https://www.fs.usda.gov/air/map.htm

USDA Forest Service. 2024e. National Visitor Use Monitoring Program. Available online at: https://www.fs.usda.gov/about-agency/nvum

USDA Forest Service. 2024f. Amendments to Land Management Plans to Address Old-Growth Forests Across the National Forest System. Draft Environmental Impact Statement. June. Available online at: https://www.fs.usda.gov/project/?project=65356

USDA Forest Service. 2024g. Northwest Forest Plan Amendment Internal Survey Results. Pacific Planning Services Group. April 2024.

USDA Forest Service and USDI BLM (U.S. Department of the Interior, Bureau of Land Management). 1994. Final supplemental environmental impact statement on management of habitat for late-successional and old-growth forest related species within the range of the northern spotted owl. Volumes 1–2 and record of decision. Portland, OR: U.S. Department of Agriculture, Forest Service and U.S. Department of the Interior, Bureau of Land Management.

USDA Forest Service and USDI BLM. 2001. Record of Decision for Amendments to the Survey and Manage, Protection Buffer, and Other Mitigation Measures, Standards and Guidelines.

USDA Forest Service and USDI BLM. 2003. Survey Protocols for Survey & Manage Category A & C Lichens in the Northwest Forest Plan Area.

USDA Forest Service and USDI BLM. 2012. Conservation Assessment for Great Gray Owl (*Strix nebulosa*). April 2012. 55 pp.

USDA Forest Service and USDI BLM. 2024. Mature and Old-Growth Forests: Definition, Identification, and Initial Inventory on Lands Managed by the Forest Service and Bureau of Land Management in Fulfillment of Section 2(b) of Executive Order No. 14072. FS 1215a. April 2024 (revised). 82 pp. Available online: https://www.fs.usda.gov/sites/default/files/fs_media/fs_document/Mature-and-Old-Growth-Forests.pdf

USDA Northwest Climate Hub. 2024. 2021 Northwest Heat Dome: Causes, Impacts and Future Outlook. Available at: https://www.climatehubs.usda.gov/hubs/northwest/topic/2021-northwest-heat-dome-causes-impacts-and-future-outlook

USFWS (U.S. Fish and Wildlife Service). 2011. Revised Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*). U.S. Fish and Wildlife Service, Portland, Oregon. xvi + 258 pp.

USFWS. 2012. Endangered and Threatened Wildlife and Plants; Revised Critical Habitat for the Northern Spotted Owl. 77 Federal Register 14062.

USFWS. 2013. *Arabis macdonaldiana* (McDonald's rock-cress) 5-Year Review: Summary and Evaluation. U.S. Fish and Wildlife Service. Arcata Fish and Wildlife Office, Arcata, California.  USFWS. 2015. Heritage Management Handbook. Amendment Number 2309.12-2015-1

USFWS. 2019. Recovery Plan for *Arabis macdonaldiana* (McDonald's rock-cress) Amendment. U.S. Fish and Wildlife Service, Pacific Southwest – Region 8. Sacramento, California. 11 pp.

USFWS. 2020. Species Status Assessment Report for the Shasta Salamander Complex (*Hydromantes shastae, H. wintu,* and *H. samweli*), Version 1.3. February 2021. Sacramento, CA. Available online at: https://ecos.fws.gov/ServCat/DownloadFile/204457

USFWS. 2021. Endangered and Threatened Wildlife and Plants; Revised Designation of Critical Habitat for the Northern Spotted Owl. 86 Federal Register 62606.

USFWS. 2023. Biological Opinion on the Bureau of Land Management's Northwest California Integrated Resource Management Plan. U.S. Fish and Wildlife Service, Arcata Fish and Wildlife Office. Arcata, California.

Vinyeta, K., and K. Lynn. 2015. The Northwest Forest Plan—the First 20 Years (1994-2013): Strengthening the Federal-Tribal Relationship: A Report on Monitoring Consultation under the Northwest Forest Plan. Report FS/R6/PNW/23015/0005. May. U.S. Department of Agriculture, Forest Service, Pacific Northwest Region. Available online at: https://www.fs.usda.gov/r6/reo/monitoring/downloads/tribal/Nwfp20yrMonitoringReportTribal.pdf

Wagner, D. H. 1997. Klamath-Siskiyou Region. In *Centres of Plant Diversity: A Guide and Strategy for their Conservation. Volume 3: The Americas*, S.D. Davis, V. H. Heywood, O. Herrera-MacBryde, J. Villa-Lobos and A. C. Hamilton (Eds.), pp. 74-76. World Wide Fund for Nature (WWF) and IUCN - The World Conservation Union, Gland, Switzerland.

Washington Office of Financial Management. 2024. Postcensal Estimates of April 1 Population, 1960 to Present. Forecasting and Research Division. Last modified June 28. https://ofm.wa.gov/washington-data-research/population-demographics/population-estimates

WDNR (Washington Department of Natural Resources). 1981. Washington Mill Survey 1980. Series Report #7. Published December 1981. Available online at: https://www.dnr.wa.gov/publications/obe_econ_rprt_millsurv_1990.pdf

WDNR. 1994. Washington Mill Survey 1990. Series Report #12. Published May 1994.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprt_millsurv_1990.pdf

WDNR. 1998. Washington Mill Survey 1992. Series Report #13. Published March 1998.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprt_millsurv_1992.pdf

WDNR. 2000. Washington Mill Survey 1996. Series Report #14. Published September 2000.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprt_millsurv_1996.pdf

WDNR. 2004. Washington Mill Survey 1998. Series Report #15. Published March 2004.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprts_millsurv_1998.pdf

WDNR. 2005. Washington Mill Survey 2002. Series Report #16. Published May 2005.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprts_millsurv_2002.pdf

WDNR. 2006. Washington Mill Survey 2000. Series Report #17. Published February 2006.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprts_millsurv_2000.pdf

WDNR. 2007. Washington Mill Survey 2004. Series Report #18. Published May 2007.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprts_millsurv_2004.pdf

WDNR. 2008. Washington Mill Survey 2006. Series Report #19. Published December 2008.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprt_millsurv_2006.pdf

WDNR. 2010. Washington Mill Survey 2008. Series Report #20. Published February 2010.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprt_millsurv_2008.pdf

WDNR. 2012. Washington Mill Survey 2010. Series Report #21. Published March 2012.
Available online at:
https://www.dnr.wa.gov/publications/obe_econ_rprt_millsurv_2010.pdf

WDNR. 2014. Washington Mill Survey 2012. Series Report #22. Published February 2014.
Available online at: https://www.dnr.wa.gov/about/fiscal-reports/washington-state-mill-surveys

WDNR. 2015. Washington Mill Survey 2014. Series Report #23. Published December 2015.
Available online at:
https://www.dnr.wa.gov/publications/em_obe_2014_mill_survey_dec29_2015_nc.pdf

WDNR. 2017. Washington Mill Survey 2016. Series Report #24. Published December 2017.
Available online at: https://www.dnr.wa.gov/about/fiscal-reports/washington-state-mill-surveys

Webster, K.M., and C.B. Halpern. 2010. Long-term vegetation responses to reintroduction and repeated use of fire in mixed-conifer forests of the Sierra Nevada. Ecosphere 1(5): 9. https://doi.org/10.1890/es10-00018.1

Welsh, H. J. Waters, G. Hodgson, T Weller, and C. Zabel. 2015. Responses of the woodland salamander *Ensatina eschscholtzii* to commercial thinning by helicopter in late-seral Douglas-fir forest in northwest California. Forest Ecology and Management 335: 156–165.

Wessell, S.J. 2005. Biodiversity in managed forests of western Oregon: species assemblages in leave islands, thinned, and unthinned forests. Corvallis, OR: Oregon State University. 74 pp. M.S. thesis.

Westfall, J.A., J.W. Coulston, A.N. Gray, J.D. Shaw, P.J. Radtke, D.M. Walker, A.R. Weiskittel, D.W. MacFarlane, D.L. Affleck, D. Zhao, H. Temesgen, K.P. Poudel, J.M. Frank, S.P. Prisley, Y. Wang, A.J. Sánchez Meador, D. Auty, and G.M. Domke. 2024. A National-scale Tree Volume, Biomass, and Carbon Modeling System for the United States. Gen. Tech. Rep. WO-104. Washington, DC: U.S. Department of Agriculture, Forest Service. 37 pp. https://doi.org/10.2737/WO-GTR-104

Whiteman, C. D. 2000. *Mountain Meteorology: Fundamentals and Applications.* Oxford University Press, New York, 355pp.

Whittaker, R.H. 1960. Vegetation of the Siskiyou Mountains, Oregon and California. *Ecological Monographs* 30: 279–338.

Williams, N.G., and M.D. Powers. 2019. Medium-term effects of active management on the structure of mature Douglas-fir (*Pseudotsuga menziesii*) stands. Ecosphere 10(8): e02830. https://doi.org/10.1002/ecs2.2830

Wilson, Todd M.; Forsman, Eric D. 2013. Thinning effects on spotted owl prey and other forest-dwelling small mammals. In *Density Management in the 21st Century: West Side Story*, P.D. Anderson, and K.L. Ronnenberg, eds., 79–90. Gen. Tech. Rep. PNW-GTR-880. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Woodall, C.W., A.G. Kamoske, G.D. Hayward, T. M. Schuler, C.A. Hiemstra, M. Palmer, and A.N. Gray. 2023. Classifying mature federal forests in the United States: The forest inventory growth stage system. Forest Ecology and Management 546: 121361. https://doi.org/10.1016/j.foreco.2023.121361

WRCC (Western Regional Climate Center). 2024. State Climate Narratives. Available online at: https://wrcc.dri.edu/Climate/narratives.php