ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**BURGUM**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-02296-CL<br><br>Honorable Magistrate Judge Mark D. Clarke<br>Honorable Judge Mustafa T. Kasubhai<br><br>**NOTICE OF LODGING ADMINISTRATIVE RECORDS** |

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, the U.S. Bureau of Land Management ("BLM"), and the U.S. Fish and Wildlife Service ("Service") (collectively, "Federal Defendants") hereby notice the lodging of the two certified Administrative Records for the above-captioned case. Each Administrative Record comprises those materials considered—directly or indirectly—by the respective agency in reaching the challenged decisions. Each Administrative Record certification and index is attached to this notice as exhibits.

The Administrative Records are being transmitted to the Court via flash drives, each of which holds Bates numbered, electronic copies of the documents in the records, accessible via the hyperlinked indexes. Three sets of the Administrative Records are being provided to the Clerk's Office via Federal Express. One set is for the Clerk's Office, one set is for the Chambers of Magistrate Judge Mark D. Clarke, and one set is for the Chambers of Judge Mustafa T. Kasubhai. The Administrative Records are being provided to counsel for Plaintiffs, Intervenor Defendant, and Proposed Intervenor Defendants via an emailed sharefile link.

Respectfully submitted this 27th day of February 2026.

>ADAM R. F. GUSTAFSON,
>Principal Deputy Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division
>
>SHANNON BOYLAN (DC Bar No. 1724269)
>Natural Resources Section
>
>*/s/ Christian H. Carrara*
>CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
>Wildlife and Marine Resources Section
>Trial Attorneys
>Ben Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611
>(202) 598-9584 (Boylan)
>(202) 598-9736 (Carrara)
>shannon.boylan@usdoj.gov
>christian.carrara@usdoj.gov
>
>*Counsel for Defendants*