ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**BURGUM**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-02296-CL<br><br>Honorable Magistrate Judge Mark D. Clarke<br><br>**DECLARATION OF JUSTIN KELLY CERTIFYING ADMINISTRATIVE RECORD** |

I, Justin Kelly, hereby declare as follows:

1. I am over 21 years of age, fully competent, and duly authorized to make this declaration.

2. I am the Grants Pass Field Manager, Medford District, U.S. Bureau of Land Management (BLM) in Grants Pass, Oregon. I have been employed by BLM in this position since January 2025. Previously, I was employed by BLM as Assistant Field Manager in the Ashland, Oregon Field Office for four years, and prior to that, as a BLM Planning and Environmental Specialist in Butte Falls Field Office, Oregon for one and a half years.

3. As part of my official duties, I provided oversight for BLM's efforts in compiling the Administrative Record for BLM's Last Chance Forest Management Project. I also provided oversight for the preparation of the index for the Administrative Record. The complete Administrative Record for the Last Chance Forest Management Project and the index are contained on one external flash drive, two identical copies of which are being filed with this Court.

4. To the best of my knowledge, information, and belief, the documents listed on the index and contained on the flash drive constitute true, accurate, and complete copies of the original documents located in BLM's files, and constitute the materials directly or indirectly considered by agency decision- makers in issuing the challenged decision for the Last Chance Forest Management Project.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 27th day of February 2026.

JUSTIN KELLY
Digitally signed by JUSTIN KELLY
Date: 2026.02.27 10:00:17 -08'00'

_____
Justin Kelly

Grants Pass Field Manager
Medford District
Bureau of Land Management

DECLARATION CERTIFYING ADMINISTRATIVE RECORD
*Klamath-Siskiyou Wildlands Center, et al., v. BLM*, Case No. 1:24-cv-01930-CL

Page 2