ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**BURGUM**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-02296-CL<br><br>Honorable Magistrate Judge Mark D. Clarke<br><br>**CERTIFICATION OF THE U.S. FISH AND WILDLIFE SERVICE ADMINISTRATIVE RECORD** |

I, Michael Asch, declare the following:

1. I am employed by the U.S. Department of the Interior, Fish and Wildlife Service (FWS), as the Roseburg FWS Field Office Supervisor, in Roseburg, Oregon.

2. My duties include overseeing the assembly and maintenance of the administrative record for the FWS's July 3, 2023, Biological Opinion for the Medford District of the Bureau of Land Management's FY23 Batch of Projects.

3. I hereby certify that, to the best of my knowledge, the documents lodged with the court in

the above-captioned case comprise the full and complete administrative record for the FWS Endangered Species Act Section 7 consultation on the Medford District of the Bureau of Land Management's FY23 Batch of Projects. I further certify that the FWS administrative record provided to the court and parties contain true and correct copies of the materials identified in the administrative record index.

4. I make this declaration pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of February, 2026, in Roseburg, Oregon.

MICHAEL ASCH
Digitally signed by MICHAEL ASCH
Date: 2026.02.26 17:51:39 -08'00'

Michael Asch
Field Supervisor
Roseburg, Oregon Office
U.S. Fish and Wildlife Service