Michael E. Haglund, OSB No. 772030
e-mail: mhaglund@hk-law.com
Julie A. Weis, OSB No. 974320
e-mail: weis@hk-law.com
Christopher T. Griffith, OSB No. 154664
e-mail: cgriffith@hk-law.com
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Defendant-Intervenor
Murphy Company

THE HONORABLE MARK D. CLARKE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,**<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>**DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U. S. BUREAU OF LAND MANAGEMENT,**<br><br>　　　　Defendants,<br><br>and<br><br>**MURPHY COMPANY,**<br><br>　　　　Defendant-Intervenor. | Case No. 1:25-cv-02296-CL<br><br>**DECLARATION OF SAM WHEELER** |

I, Sam Wheeler, being sworn, declare as follows:

1.　　I am the Area Resource Manager for Murphy Company in charge of operations on the Paul's Payoff Timber Sale. I make this declaration based on personal knowledge and in opposition to plaintiffs' preliminary injunction motion against the Last Chance Forest Management Project, which Paul's Payoff is helping implement.

Page 1 – **DECLARATION OF SAM WHEELER**

2. Murphy Company purchased Paul's Payoff from the Bureau of Land Management in September 2024. The same plaintiffs in this case filed a lawsuit challenging the Project in November 2024. Murphy Company was as intervenor in that case and in August gave two weeks' notice to plaintiffs of the commencement of operations (roadwork and roadside vegetation management) on Paul's Payoff. Shortly thereafter, plaintiffs voluntarily dismissed their first lawsuit.

3. Murphy Company had agreed to give plaintiffs two weeks' notice of the commencement of operations and intended to commence operations at the end of the notice period. We had our pre-work meeting with BLM in September but then decided to delay our mobilization of equipment into the Paul's Payoff sale area due to high fire danger, with the first falling of trees at the start of November 2025. The sale's roadside vegetation management and roadwork involved brushing roads, which is a high-risk endeavor during elevated fire danger.

4. On December 9, Plaintiffs filed this second lawsuit against the Last Chance Project. We did not know about the new lawsuit until mid-January and have again been granted intervention.

5. Murphy Company began operating Paul's Payoff last year. Plaintiffs knew Murphy Company was operating its timber sale and investing time and resources in those operations. Yet plaintiffs did not file for an injunction until February 13, months after we gave notice of the commencement of operations.

6. As of the date of this declaration, we are wrapping up some timber falling in certain cable yarding units. We shared the specific unit information where that work has been taking place with plaintiffs and provided an estimated date of completion, contingent on weather.

The weather turned bad (snow and winds), which delayed our work since winds can make conditions unsafe for the timber fallers.  I anticipate completing that timber falling work before the end of the month.

7. After we complete that work, our next timber falling operations will not commence until May because of agency restrictions on operations.  In April, Murphy Company will begin yarding (moving the down wood) out of the cable units.  The yarding work may entail the cutting of a few trees around yarder landings and potentially yarding corridors during the course of operations, but that is standard practice.  We also are continuing to haul logs generated by the roadside vegetation management work.

8. Paul's Payoff is a multi-year timber sale.  During the remainder of 2026, starting in May, Murphy Company plans to cut the trees in these units:  1-4, 1-3, 35-10, 27-1 and 26-2.  Murphy Company also plans to log (meaning do all the things necessary to remove the down timber from the sale area) those same units.  Cable yarding in units 35-12 (partial), 25-9, 26-2 (partial), 27-5, 34-1D and 1-4 will be ongoing at that time, having started in April.  In addition, Murphy Company will conduct road construction, renovation and maintenance activities.  I currently expect our road construction operations to be completed by July 15, 2026, after which renovation and maintenance activities are expected to continue through September 15.

9. The above operations for 2026 are based on my best projections.  Operational plans are not set in stone and can change due to unexpected circumstances.

10. The timber volume Murphy Company plans to remove with the above planned operations is between 2,200 and 2,400 thousand board feet (Eastside Scribner scale).  Taking into account the timber volume associated with the work we have completed to date

(approximately 1,000 thousand board feet from roadside vegetation management, right of way work, and cable yarding units), I anticipate that by the end of our 2026 operations, we will have harvested about 58% of the Paul's Payoff Timber Sale.

11. Murphy Company's current monetary investment in the Paul's Payoff Timber Sale is at least $163,258.50. This includes an estimated $72,458.50 invested in roadwork and $40,800 invested in cable unit cutting plus a $50,000 down payment on the sale. If Murphy Company's operations on Paul's Payoff were halted by an injunction, we could not recoup those costs until the injunction was lifted.

12. Removing felled timber on the ground would be especially critical to prevent loss of wood due to decay and avoid creating a fire risk to people and natural resources. Down wood needs to be removed quickly during warmer weather to avoid deterioration caused by insects and other agents of decay that would render the wood nonmerchantable. I expect that by May, temperatures will increase to the point that we would have only about three months left to remove down wood before it degrades significantly. Removing down wood takes time - I estimate it will take at least two months to yard the felled timber already on the ground.

13. It is my understanding plaintiffs describe their requested injunction as being tailored to only prevent activities in northern spotted owl nesting/roosting/foraging habitat and northwestern pond turtle overwintering habitat, which they say would not implicate more than 65% of the Last Chance Project. Murphy Company does not have information about species-specific habitat in each of its timber sale units. We instead have information about operational restrictions. Even if we had such information, I do not see how it would be feasible for Murphy

Company to economically harvest Paul's Payoff Timber Sale units while avoiding a large percentage of the acreage in each of the units.

14. I live in Rogue River, Oregon (Jackson County) and can personally attest to the importance of timber industry-related jobs to local communities. Paul's Payoff is located in Josephine and Jackson Counties. Murphy Company's operations on timber sales like Paul's Payoff benefit the local counties by supporting living wage jobs in the logging, trucking and road construction/maintenance businesses. People working in those industries in turn regularly rely on local small businesses for needed supplies and thereby provide additional economic benefits to the local communities. These benefits are in addition to those available to local communities from timber harvest on O&C Act timberlands, where the dominant use established by Congress is sustained-yield timber production. Nearly all (99%) of Paul's Payoff is on O&C lands.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated this 24th day of February, 2026.

_____
Sam Wheeler

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2026, I served the foregoing **DECLARATION OF SAM WHEELER** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

        /s/ Julie A. Weis
        Julie A. Weis

**CERTIFICATE OF SERVICE**