Michael E. Haglund, OSB No. 772030  
e-mail: mhaglund@hk-law.com  
Julie A. Weis, OSB No. 974320  
e-mail: weis@hk-law.com  
Christopher T. Griffith, OSB No. 154664  
e-mail: cgriffith@hk-law.com  
Haglund Kelley LLP  
2177 SW Broadway  
Portland, Oregon 97201  
Phone: (503) 225-0777  
Facsimile: (503) 225-1257  

Attorneys for Defendant-Intervenor  
Murphy Company

THE HONORABLE MARK D. CLARKE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD,** and **CASCADIA WILDLANDS,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE,** and **U. S. BUREAU OF LAND MANAGEMENT,**<br><br>Defendants,<br><br>and<br><br>**MURPHY COMPANY,**<br><br>Defendant-Intervenor.<br><br>and<br><br>**AMERICAN FOREST RESOURCE COUNCIL,** an Oregon non-profit corporation, and **ASSOCIATION OF O&C COUNTIES,** an unincorporated Association,<br><br>Proposed Defendant-Intervenors. | Case No. 1:25-cv-02296-CL<br><br>**SECOND DECLARATION OF CHRISTOPHER T. GRIFFITH** |

Page  1 – **SECOND DECLARATION OF CHRISTOPHER T. GRIFFITH**

I, Christopher T. Griffith, being sworn, declare as follows:

1.  I am one of the attorneys representing intervenor Murphy Company.

2.  Attached as Exhibit A is a true and correct copy of a March 28, 2025 letter from George Sexton to the Bureau of Land Management.  It was included in the original administrative record for plaintiffs' lawsuit challenging the Last Chance Forest Management Project as AR_000583-AR_000589.

3.  Attached as Exhibit B is a true and correct copy of DR#4 King Graves Timber Sale associated with the Project.  I secured a copy of that documents from the Bureau of Land Management's webpage for the Last Chance Forest Management Project located at the following address https://eplanning.blm.gov/Documents/?id=2eb004d1-a7f2-f011-8407-001dd806295a&spid=1b682883-a8f2-f011-8407-001dd80c29f3.

4.  Attached as Exhibit C is a true and correct copy of Decision Record #2 Hazardous Fuels Reduction – Erratum.  I secured a copy of that documents from the Bureau of Land Management's webpage for the Last Chance Forest Management Project located at the following address https://eplanning.blm.gov/Documents/?id=2eb004d1-a7f2-f011-8407-001dd806295a&spid=1b682883-a8f2-f011-8407-001dd80c29f3.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated this 27th day of February, 2026.

>                s/ Christopher T. Griffith
>                Christopher T. Griffith

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2026, I served the foregoing **SECOND DECLARATION OF CHRISTOPHER T. GRIFFITH** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Julie A. Weis  
Julie A. Weis

**CERTIFICATE OF SERVICE**