

March 28, 2025

Bureau of Land Management
Attn: Justin Kelly, Field Manager
Grants Pass Interagency Office
2164 N.E. Spalding Ave.
Grants Pass, OR 97526

## RE: Last Chance Forest Timber Sale Revised EA Comments – Literature Attachments

**DOI-BLM-ORWA-M070-2022-0007**

Sent to BLM_OR_GP_Projectinbox@blm.gov

Please find attached to this letter a bibliography of scientific literature and resources which accompanies Klamath-Siskiyou Wildlands Center's comments for the BLM's Last Chance Forest Management Project Revised Environmental Assessment. Each study and resource has been submitted to the project's commenting page and sent via the project's email inbox.

The purpose of the National Environmental Policy Act ("NEPA") is to require disclosure of relevant environmental considerations that were given a "hard look" by the agency, and thereby to permit informed public comment on proposed action and any choices or alternatives that might be pursued with less environmental harm. This necessarily involves considering relevant scientific data. NEPA requires that documents prepared contain high-quality information and accurate scientific analysis. *Lands Council v. Powell*, 395 F.3d 1019, 1031 (9th Cir. 2005). The agency must also examine the relevant data and articulate a satisfactory explanation for its action including a rational connection between the facts found and the choice made. *Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto Ins. Co.*, 463 U.S. 29, 43, 103 S. Ct. 2856, 2866, 77 L. Ed. 2d 443 (1983).

Based on the statutory and common law requirements of NEPA, please consider the attached relevant science in your decision making process for the Last Chance timber sale project.

Thank you for your attention to the peer-reviewed science relevant to informed project planning on our public lands.

Regard,

/s/ George Sexton
Conservation Director
Klamath-Siskiyou Wildlands Center
562 A Street

Ashland, OR 97520
(541) 778-8120
gs@kswild.org

2

**Exhibit A**
**Page 2 of 7**
AR_000584

**Bibliography & Relevance to the Last Chance Forest Management Project**

Altman and Alexander (2012) Habitat Conservation for Landbirds in the Coniferous Forests of Western Oregon and Washington Version 2.0 Oregon-Washington Partners in Flight and American Bird Conservancy and Klamath Bird Observatory.
**Relevance:** Recommendations to support conservation of landbirds in Oregon. BLM must analyze impacts of its timber harvest activities on landbirds during the Last Chance project and adequately implement measures to prevent disruption of populations and their habitats.

Beschta (1997) Riparian Shade and Stream Temperature: An Alternative Perspective. Rangelands 19(2), 25-28.
**Relevance:** Importance of stream shade and temperature on salmonid populations. BLM must analyze impacts of removing vegetation on effective stream shade, temperature, and salmonids and their habitat during its Last Chance forest management project.

Boston (2016) The Potential Effects of Forest Roads on the Environment and Mitigating their Impacts. Curr. Forestry Rep. 2:215-222.
**Relevance:** Adverse impacts of road construction on wildlife, wildlife habitat, wildlife behavior, water quality and pollution, and spread of invasive organisms. BLM must consider and analyze impacts of its proposed road construction activities and consider dropping such proposed activities or implementing concrete mitigation measures to ensure adverse impacts are minimized or nonexistent.

Brooks et al. (2004) Effects of Invasive Alien Plants on Fire Regimes. BioScience 54(7), 677-688.
**Relevance:** Effect of invasive plant species on biodiversity conservation and fuel properties. Invasive plants can alter frequency, intensity, extent, type, and seasonality of fire. BLM must consider the effects of invasive plant species on biodiversity and fire risk, and implement concrete measures to prevent the spread of invasive species.

Brown (1973) The Impact of Timber Harvest on Soil and Water Resources. Oregon State University Extension Service, Extension Bulletin 827.
**Relevance:** Adverse impacts of timber harvesting on soil health, erosion, runoff, and water resources. BLM must thoroughly consider and analyze impacts of harvesting activities, such as slash burning, road construction, and yarding on surface erosion, runoff, and water quality in its Last Chance forest management project.

Chase et al. (2019) Soil disturbance and stream-adjacent disturbance from tethered logging in Oregon and Washington. Forest Ecology and Management 454.
**Relevance:** Potential adverse impacts of heavy machinery and tethered operations on steep slopes on streams and soils. More research is required to determine detrimental environmental impacts of tethered logging. BLM must include adequate BMPs to avoid such detrimental impacts on soil and water resources from heavy machinery on steep slopes.

Flory and Clay (2009) Effects of roads and forest successional age on experimental plant invasions. Biological Conservation.
**Relevance:** The impacts of roads on the spread of invasive species and habitat fragmentation and loss, and ultimately loss of biodiversity. BLM must consider halting its proposed road construction activities within the Last Chance project.

Fremier et al. (2015) A riparian conservation network for ecological resilience. Biological Conservation 191, 29-37.
**Relevance:** The importance of connectivity for wildlife habitat and ecological resilience, and conservation of riparian areas, habitat, and ecosystem services. BLM must analyze the impacts of its harvesting activities on wildlife habitat and connectivity and ensure adequate protections will be implemented to maintain ecosystem integrity.

Germano et al. (2022) Growth and Reproduction of Northwestern Pond Turtles in the Mid-Willamette Valley, Oregon. Northwestern Naturalist 103(2), 110-117.
**Relevance:** Scientific biological information on the Northwestern Pond Turtle and their growth and reproduction which the BLM must consider when proposing activities which would affect WPT habitat and populations.

Gucinski et al. (2001) Forest Roads: A Synthesis of Scientific Information. Gen. Tech. Rep. PNW-GTR-509. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 103 p.
**Relevance:** Adverse impacts of roads in forested ecosystems. Roads and their construction have direct and indirect impacts on geomorphic and hydrologic effects along with effects on aquatic habitat, terrestrial vertebrates, conservation of biodiversity. BLM must consider halting or minimizing its road construction activities proposed within its Last Chance project.

Hansen and Clevenger (2005) The influence of disturbance and habitat on the presence of non-native plant species along transport corridors. Biological Conservation 125, 249-259.
**Relevance:** Adverse impacts of transportation corridors on surrounding habitat and the spread of invasive species. Non-native species can be detrimental to local biodiversity, and the spread of such species can be exacerbated by transportation corridors. BLM must consider and analyze this when implementing its Last Chance timber harvesting project, and take any necessary measures to prevent such spread.

Harmon et al. (2009) Effects on carbon storage of conversion of old-growth forests to young forests. Science 247(4943), 699-702.
**Relevance:** Converting old-growth forests to young, regenerated forests decreases carbon storage capacity. BLM must consider and analyze impacts of removing old-growth forests on climate change.

Higley and Matthews (2006) Demographic rates and denning ecology of female Pacific fishers (Martes pennanti) in northwestern California: Preliminary report.

**Relevance:** Scientific biological information on the Pacific fishers which the BLM must consider when proposing activities which would affect fisher habitat and populations.

Holderegger and Di Giulio (2009) The genetic effects of roads: A review of empirical evidence. Basic and Applied Ecology 11, 522-531.
**Relevance:** Roads cause various adverse impacts on wildlife and habitat, such as habitat loss and fragmentation. BLM must analyze these impacts and consider dropping proposed road construction from its Last Chance logging project plans.

Holland (1994) The Western Pond Turtle; Habitat and History. Oregon Dept. of Fish and Wildlife.
**Relevance:** Scientific information on WPTs. The BLM includes information from this source in its REA, but fails to appropriately use such information.

Jones and Grenz (2023) A review of the impacts and management of invasive plants in forestry. CABI Reviews 18(1).
**Relevance:** Adverse impacts and threats of invasive plant species on forest ecosystems and biodiversity during forestry operations. BLM must thoroughly analyze impacts of invasive plant species on forest and watershed health and implement concrete measures to prevent the spread of invasive plant species and noxious weeds.

MacDonald and Coe (2008) Road Sediment Production and Delivery: Processes and Management. Proceedings of the first world landslide forum, international programme on landslides and international strategy for disaster reduction, 381-384.
**Relevance:** The impacts unpaved roads have on sediment delivery to water resources and soil erosion and runoff rates. BLM must analyze impacts of its proposed road construction activities on water quality, habitat, and soil health. BLM should consider limiting road construction as proposed in its Last Chance logging project.

Manzo et al. (2021) Conservation of Northwestern and Southwestern Pond Turtles: Threats, Population Size Estimates, and Population Viability Analysis. Journal of Fish and Wildlife Management 12(2).
**Relevance:** Scientific information on WPTs that must be considered by BLM when implementing its Last Chance project and associated BMPs to protect WPT populations and habitat. WPT is a Bureau Sensitive Species and BLM must take concrete measures and implement BMPs and PDFs to provide for its conservation.

Mildrexler et al. (2020) Large Trees Dominate Carbon Storage in Forests East of the Cascade Crest in the United States Pacific Northwest. Frontiers in Forests and Global Change. 3(593274).
**Relevance:** Addresses the importance of large conifers for carbon storage and habitat ecosystems. BLM must consider and analyze this information before cutting large trees and contributing to habitat loss and climate change.

Mortensen et al. (2009) Forest Roads Facilitate the Spread of Invasive Plants. Invasive Plant Science and Management 2, 191-199.
**Relevance:** Adverse impacts of forest roads on the spread of invasive plants which the BLM must consider and analyze when planning road construction and implementing BMPs and PDFs to allegedly prevent the spread of invasive plants.

Olson et al. (2013) Riparian buffers and forest thinning: Effects on headwater vertebrates 10 years after thinning. Forest Ecology and Management 321, 81-93.
**Relevance:** Adverse impacts of forest thinning on riparian areas. BLM must consider and analyze the potential adverse risks to aquatic species from forest thinning in riparian areas.

Picchio et al. (2020) How and How Much, Do Harvesting Activities Affect Forest Soil, Regeneration and Stands? Current Forestry Reports 6, 115-128.
**Relevance:** Adverse impacts of timber harvesting on soil, regeneration, and residual stands. BLM must thoroughly consider and analyze impacts of harvesting activities such as yarding and skidding on soil health and compaction.

Rogue River Basin Total Maximum Daily Load (TMDL) (2008), Oregon Department of Environmental Quality.
**Relevance:** The Last Chance project will affect temperature-impaired waters of the Rogue Basin, and the BLM has failed to appropriately implement effective shade-preserving BMPs and PDFs. The BLM must comply with the appropriate WQMPs in planning its activities on federal lands and watersheds.

Rosenberg and Swift (2013) Post-Emergence Behavior of Hatchling Western Pond Turtles (Actinemys marmorata) in Western Oregon. Am. Midl. Nat 169, 111-121.
**Relevance:** Scientific information on WPTs that must be considered by BLM when implementing its Last Chance project and associated BMPs to protect WPT populations and habitat. WPT is a Bureau Sensitive Species and BLM must take concrete measures and implement BMPs and PDFs to provide for its conservation.

Steen and Gibbs (2004) Effects of Roads on the Structure of Freshwater Turtle Populations. Conservation Biology 18(4), 1143-1148.
**Relevance:** Adverse impacts of roads on WPT populations and habitat that must be considered and addressed by BLM during planning of its Last Chance forest project.

Trombulak and Frissell (2000) Review of Ecological Effects of Roads on Terrestrial and Aquatic Communities. Conservation Biology 14(1), 18-30.
**Relevance:** Adverse ecological impacts of roads and their construction. Roads contribute to mortality of wildlife and altered demography, movement, and reproductive success of wildlife species. Roads also adversely impact health and nutrient content of soils. The construction of roads is highly correlated with changes in species composition, population sizes, and hydrologic

and geomorphic processes that shape aquatic and riparian systems. BLM must consider halting its proposed road construction activities within the Last Chance project.

Umpqua Basin Water Quality Management Plan (WQMP) (2006), Oregon Department of Environmental Quality.
**Relevance:** The Last Chance project will affect temperature-impaired waters of the Umpqua Basin, and the BLM has failed to appropriately implement effective shade-preserving BMPs and PDFs. The BLM must comply with the appropriate WQMPs in planning its activities on federal lands and watersheds.

Zaborske (1989) Soil Compaction On A Mechanized Timber Harvest Operation In Eastern Oregon. Dept. of Forest Engineering, Oregon State University.
**Relevance:** Adverse impacts from timber harvesting operations on soil health and compaction. Mechanized harvesting equipment results in detrimental compaction of soils. BLM should consider using manual methods wherever possible to avoid such detrimental effects to soil, the most basic and vital component of healthy forests.

Zielinksi et al. (2004) Home Range Characteristics of Fishers in California. Journal of Mammalogy 85(4), 649-657.
**Relevance:** Scientific biological information on the Pacific fishers which the BLM must consider when proposing activities which would affect fisher habitat and populations.