**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

February 2026

**Last Chance Forest Management Project**

**Decision Record #2 Hazardous Fuels Reduction - Erratum**

# Last Chance Forest Management Project
## DOI-BLM-ORWA-M070-2022-0007-EA
## 2026

Grants Pass Field Office / Medford District
2164 NE Spalding Avenue
Grants Pass, Oregon 97526

**Exhibit C**
**Page 1 of 4**

## Introduction

On May 12th, 2025, the Medford District Bureau of Land Management (BLM), Grants Pass Field Office posted the Last Chance Forest Management Project (LCFMP) Revised Environmental Assessment (REA), DOI-BLM-ORWA-M070-2022-0007-EA, on e-planning. The REA analyzed the effects of commercial and non-commercial treatments and associated activities on up to 11,686 acres of BLM-administered lands within a 56,888-acre project area. The REA is not-self executing and did not authorize any project activities or ground-disturbing actions. Rather, as explained in the REA (p. 4, section 1.3), BLM will implement the treatments analyzed in the REA through individual Decision Records authorizing treatments specified in each decision.

On May 12th, 2025, pursuant to the LCFMP EA, BLM also issued Decision Record #2 to implement the Hazardous Fuel Reduction (HFR) activities proposed and analyzed in the LCFMP REA. The BLM anticipates releasing future Decision Records authorizing additional HFR actions proposed in the LCFMP REA. This Erratum documents a clarification to the HFR acres authorized in DR#2. It also clarifies where HFR treatments authorized in DR#2 overlap with commercial treatments authorized in DR#1 and clarifies that the HFR maintenance treatments authorized in DR#2 have the potential to have overlap on the same footprint area with commercial treatments in future decisions, as described in the LCFMP REA.

This Erratum for DR#2 does not modify, supersede, replace, reopen, or change the decision made in DR#2, the rationale supporting it, or the BLM's selection of non-commercial treatments authorized in DR#2. Rather, this Erratum for DR#2 clarifies the BLM's intent in the final decision already made in DR#2 for implementation purposes. Because the DR#2 Erratum does not constitute a new decision or new final agency action, administrative finality applies to DR#2 and there is no new opportunity for administrative appeal. The DR#2 Erratum does not restart or create additional administrative appeal rights beyond those applicable to DR#2.

## Summary of Decision made in DR #2 and Erratum Clarification

See DR#2 issued on May 12th, 2025. As stated above, this Erratum for DR#2 does not modify, supersede, replace, reopen, or change the decision made in DR#2. No decision is being made in this Erratum. The Erratum clarifies the BLM's intent and documents the actual hazardous fuels reduction acreage authorized in DR#2.

DR#2 authorizes the following actions:

- 4,332 acres of maintenance HFR treatments in areas treated in the past twenty years to maintain low to moderate surface fuel loading and initial investments.
    - 24 acres of the 4,332 acres of maintenance HFR treatments authorized in DR#2 overlap with commercial treatments authorized in Decision Record #1 issued May 12, 2025.
- 749 acres of new HFR treatments in commercial timber harvest units which are deferred from commercial treatment in future DRs.

**Exhibit C**
**Page 2 of 4**

- o As stated in the REA, 6,365 acres proposed for commercial timber harvest which were not previously treated for HFR, will be evaluated for implementation of HFR treatments if not treated commercially under subsequent Decision Records (REA, p. 13, 21).

- The total amount of HFR treatments authorized in DR#2 is 5,081 acres.

Table 1. Summary of HFR Acres Clarification by DR#2 Erratum

| TREATMENT TYPE | DR#2 | DR#2 - Erratum |
|---|---|---|
| Maintenance HFR | 5,321 acres | 4,332 acres |
| New HFR | 749 acres | 749 acres |
| Total HFR Treatments | 6,070 acres | 5,081 acres |

These HFR treatments will all occur within the same footprint as depicted in the DR #2 map packet. This Erratum removes 989 acres of duplication in HFR maintenance treatments (HFR on top of HFR) which were unintentionally double-counted in the project's acreage data in the REA and DR#2. For example, double-counting of acres unintentionally occurred when a treatment unit had a handpile and handpile burn HFR prescription and an underburn HFR prescription on the same footprint area. This was a GIS data error resulting in an overstatement of treated acres in the REA.

The correct acreage of HFR treatments authorized in DR#2 is 5,081 acres. Because the treatment acreage totals were overstated compared to the acreage authorized in DR#2, the REA effects analysis remains unchanged and valid. This Erratum clarifies the HFR acreage authorized in DR#2 and corrects the acreage totals as presented in the REA for accuracy of the administrative record. BLM is not reopening or supplementing the REA, and DR#2 remains unchanged.

The BLM tracks acres by NSO habitat type being treated in each Decision Record to ensure that the acres treated and the associated effects of those treatments do not exceed the effects disclosed in the Biological Opinion. Any future Decision Records not yet issued for this project will include additional information regarding overlapping HFR and commercial treatments and an accounting of all previous work authorized in other Decision Records.

**Signed as a Correction to Decision Record #2 dated May 12th, 2025.**

JUSTIN KELLY
Digitally signed by JUSTIN KELLY
Date: 2026.02.09 14:48:13 -08'00'

_____
Justin L. Kelly                                    Date
Field Manager
Grants Pass Field Office

Exhibit C
Page 3 of 4



Last Chance Forest Management Project Overlap of DR1, DR2, and DR3

Exhibit C

Page 4 of 4