ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**BURGUM**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-02296-CL<br><br>Honorable Magistrate Judge Mark D. Clarke<br>Honorable Judge Mustafa T. Kasubhai<br><br>**NOTICE OF LODGING ADMINISTRATIVE RECORDS** |

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, the U.S. Bureau of Land Management ("BLM"), and the U.S. Fish and Wildlife Service ("Service") (collectively, "Federal Defendants") hereby notice the lodging of the two certified Administrative Records for the above-captioned case. Each Administrative Record comprises those materials considered—directly or indirectly—by the respective agency in reaching the challenged decisions. Each Administrative Record certification and index is attached to this notice as exhibits.

The Administrative Records are being transmitted to the Court via flash drives, each of which holds Bates numbered, electronic copies of the documents in the records, accessible via the hyperlinked indexes. Three sets of the Administrative Records are being provided to the Clerk's Office via Federal Express. One set is for the Clerk's Office, one set is for the Chambers of Magistrate Judge Mark D. Clarke, and one set is for the Chambers of Judge Mustafa T. Kasubhai. The Administrative Records are being provided to counsel for Plaintiffs, Intervenor Defendant, and Proposed Intervenor Defendants via an emailed sharefile link.

Respectfully submitted this 27th day of February 2026.

>ADAM R. F. GUSTAFSON,
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section

*/s/ Christian H. Carrara*
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*



**U.S. Department of Justice**
Environment and Natural Resources Division

*Wildlife and Marine Resources Section*
*P.O. Box 7611*
*Ben Franklin Station*
*Washington, DC 20044-7611*

*Telephone: (202) 598-9736*
*Facsimile: (202) 305-0275*

February 27, 2026

Wayne L. Morse United States Courthouse
Attn: Clerk of Court
405 East Eighth Avenue, Room 5500
Eugene, Oregon 97401-2706

      RE: *Klamath-Siskiyou Wildlands Center, et al v. Burgum, et al.,* 1:25-cv-02296-CL-MDC

Dear Clerk of Court:

Enclosed are three sets of two USB drives containing copies of the administrative records compiled by the United States Fish and Wildlife Service ("FWS") and United States Bureau of Land Management ("BLM") in the above referenced case. One USB drive set is enclosed for the case file, one set is for the Chambers of Magistrate Judge Mark D. Clarke, and one set is for the Chambers of Judge Mustafa T. Kasubhai.

Each USB drive contains one of two agency-specific folders, labeled either "FWS AR" or "BLM AR," containing each agency's respective Bates-stamped administrative record in PDF format. FWS's AR folder contains no sub-folder. BLM's AR folder contains one sub-folder labeled "Final", which contains the PDF documents. Finally, each agency-specific folder also contains a hyperlinked Excel version of the index and a PDF version of the index.

Federal Defendants will file a notice of lodging the administrative records on the docket on February 27, 2026, along with declarations from agency personnel certifying the contents of the administrative records and the index for each administrative record. Federal Defendants also provided copies of the administrative records to Plaintiffs', Intervenor's, and Proposed-Intervenors' counsel.

If you have questions about any of the above, please feel free to contact me at the number below. Thank you in advance for your assistance.

Sincerely,

*/s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Trial Attorney
(202) 598-9736

*Attorney for Federal Defendants*

Enclosures.

Cc:    David Woodsmall and Sangye Ince-Johannsen, Attorneys for Plaintiffs
Julie A. Weis and Christopher T. Griffith, Attorneys for Intervenor Defendant
Sara Ghafouri, Dominic M. Carollo, and Nolan Grant Smith, Attorneys for
Proposed Intervenor Defendants

