Michael E. Haglund, OSB No. 772030
e-mail: mhaglund@hk-law.com
Julie A. Weis, OSB No. 974320
e-mail: weis@hk-law.com
Christopher T. Griffith, OSB No. 154664
e-mail: cgriffith@hk-law.com
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Defendant-Intervenor
Murphy Company

THE HONORABLE MARK D. CLARKE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,**<br><br>       Plaintiffs,<br><br>v.<br><br>**DOUGLAS JAMES BURGUM in his official capacity as Secretary of the Interior, U.S. FISH & WILDLIFE SERVICE, and U. S. BUREAU OF LAND MANAGEMENT,**<br><br>       Defendants,<br><br>**and**<br><br>**MURPHY COMPANY,**<br><br>       Defendant-Intervenor,<br><br>**and**<br><br>**AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit corporation, and ASSOCIATION OF O&C COUNTIES, an unincorporated Association,**<br><br>       Proposed Defendant-Intervenors. | Case No. 1:25-cv-02296-CL<br><br>**DEFENDANT-INTERVENOR MURPHY COMPANY'S OPPOSITION TO PLAINTIFFS' POST-HOC PROPOSED CONDITIONS ON ITS PARTICIPATION IN CASE** |

**DEFENDANT-INTERVENOR MURPHY COMPANY'S OPPOSITION TO PLAINTIFFS' POST-HOC PROPOSED CONDITIONS ON ITS PARTICIPATION IN CASE**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

Plaintiffs, in responding to the pending motion to intervene of American Forest Resource Council (AFRC) and Association of O&C Counties (O&C), ask the Court to impose restrictions on the participation of Murphy Company, *an existing party in this case that is not the subject of that pending motion*.  See ECF No. 40.  Plaintiffs' improper and untimely effort to impose new restrictions on Murphy Company's participation in this case should be denied.

Plaintiffs' after-the-fact request to cabin Murphy Company's participation is inappropriate.  This Court already granted Murphy Company party status as an intervenor by way of Minute Order dated February 18, 2026.  ECF No. 27.  Plaintiffs took no position on Murphy Company's intervention motion, just as they took no position when Murphy Company intervened in plaintiffs' prior challenge to the same project, which plaintiffs subsequently chose to dismiss voluntarily.  Having declined to contest Murphy Company's intervention on two separate occasions, plaintiffs cannot now seek to constrain Murphy Company's participation in unwarranted ways.  See 7C CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1920 (3d ed.) (WRIGHT AND MILLER) (stating that an "intervenor is entitled to litigate fully on the merits once intervention has been granted").

Murphy Company is representing its own interests in this case, although it supports the motion of AFRC and AOCC to intervene as a matter of right under Rule 24(a) of the Federal Rules of Civil Procedure.  Murphy Company is a timber sale purchaser and operator with direct, project-specific economic and operational interests in its Paul's Payoff Timber Sale.  It has gone to the effort to intervene twice to defend its concrete contract interests.  And again, it already is a party to this case.

Murphy Company hopes that proposed intervenors AFRC and AOCC will be allowed to intervene as of right to ensure the Court hears the voices of their affected members.  Murphy

Page 1 - **DEFENDANT-INTERVENOR MURPHY COMPANY'S OPPOSITION TO PLAINTIFFS' POST-HOC PROPOSED CONDITIONS ON ITS PARTICIPATION IN CASE**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

Company and proposed intervenors are represented by experienced and capable counsel who have demonstrated over the years their ability to participate in multi-party litigation in a way that informs without overburdening the Court.   AFRC and AOCC's motion to intervene jointly, despite their non-overlapping interests, already illustrates that approach.

Wherefore, Murphy Company respectfully asks the Court to deny plaintiffs' request – not even brought by motion – to constrain Murphy Company's ability to represent its unique interests *as an existing party*.

DATED this 4th day of March, 2026.

                **HAGLUND KELLEY LLP**

                By:   /s/ Julie A. Weis
                     Michael E. Haglund, OSB No. 772030
                     Julie A. Weis, OSB No. 974320
                     Christopher T. Griffith, OSB No. 154664
                     Attorneys for Defendant-Intervenor Murphy Company

Page  2 - **DEFENDANT-INTERVENOR MURPHY COMPANY'S OPPOSITION TO PLAINTIFFS' POST-HOC PROPOSED CONDITIONS ON ITS PARTICIPATION IN CASE**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW BROADWAY
PORTLAND, OR 97201

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2026, I served the foregoing **DEFENDANT-INTERVENOR MURPHY COMPANY'S OPPOSITION TO PLAINTIFFS' POST-HOC PROPOSED CONDITIONS ON ITS PARTICIPATION IN CASE** with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Julie A. Weis
Julie A. Weis

**CERTIFICATE OF SERVICE**