Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
541.778.6626
971.285.3632

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD**, and **CASCADIA WILDLANDS**,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>    *Defendants;*<br><br>    and<br><br>**MURPHY COMPANY,**<br><br>    *Defendant-Intervenor,*<br><br>    and<br><br>**AMERICAN FOREST RESOURCE COUNCIL** and **ASSOCIATION OF O&C COUNTIES**,<br><br>    *Applicant-Defendant-Intervenors.* | Case No. 1:25-cv-2296-CL<br><br>**SECOND DECLARATION OF GEORGE SEXTON** |

I, GEORGE SEXTON, declare as follows:

1. I am the Conservation Director for the Klamath-Siskiyou Wildlands Center (KS Wild). I am also a financial supporter and member of KS Wild. KS Wild is a registered non-profit corporation in Oregon, and I serve as a full-time employee.

2. I have advocated for conservation practices on federal public forest lands in Oregon and California since 1997. In that time, I have "groundtruthed" and monitored over 300 federal timber sales located on public lands and I have attended the public auctions of over 50 federal timber sales.

3. The efforts of the Medford District Bureau of Land Management (BLM) and the Murphy Company to preclude public observation of the auction and logging of public timber lands associated with the Last Chance old-growth logging project is unique and singular in my professional experience.

4. On September 25, 2025, I attempted to attend and observe the auction of the Take a Chance timber sale -part of the Last Chance old-growth timber sale project- at the Medford District BLM office in Medford, Oregon. I have attended numerous such timber sale auctions in the past in which the timber was successfully sold by the BLM without incident of any kind.

5. In many of the Medford BLM timber sale auctions that I have observed, the timber sale has been the subject of competitive bidding by both the Murphy and Boise companies such that the timber sold for a much higher price than the BLM's appraised minimum value.

6. As reflected in Exhibit A to this declaration, the stated reason that BLM Public Affairs Officer Kyle Sullivan excluded the public and the press from the Paul's Payoff auction was to "ensure that the auction environment welcomes competitive bidding." I have no intention of interrupting competitive bidding during my attendance, nor have I ever disrupted proceedings in any way. The

BLM is aware that dozens of timber sales have been successfully auctioned in my presence.

7. Because the public and the press were physically excluded from the timber sale auction, I was unable to ascertain whether the BLM informed potential purchasers of pending administrative appeals challenging the Paul's Payoff and Take a Chance timber sales or the sixty-day Endangered Species Act Notice of Intent to Sue letter regarding the Last Chance Forest Management Project and associated Biological Opinion.

8. Through KS Wild's legal counsel, I was made aware of the contention from opposing counsel that logging at Paul's Payoff would not commence until April of 2026.

9. I reviewed the January 25, 2026, declaration (filed on January 28, 2026) by Mr. Nate Root indicating that "Murphy Company intends to begin logging in April 2026."

10. On January 26, 2026, KS Wild staff visited the Paul's Payoff timber sale area, observed that logging in the form of tree felling, yarding, and decking had commenced, and were denied access by Murphy Company to logging unit 34-01 in which logging within a Road Right of Way was occurring within a known Northern spotted owl home range.

11. On Sunday February 1, 2026, I visited Paul's Payoff unit 34-01. During that visit, I took numerous photos and videos of ongoing logging activities, including the removal of purple marked wildlife habitat "leave trees" from the Road Right of Way. See Exhibits B-D. KS Wild then posted videos of the ongoing logging on our social media channels. Following the posting of the videos, Murphy Company blocked road 34-5-2.1 which provides access to Last Chance unit 34-01.

12. On February 2, 2026, Murphy Company filed an "errata" acknowledging that

Nate Root's January 25, 2026 declaration was in error and that logging had, in fact, commenced.

13. On Sunday February 8, 2026, I attempted to return to unit 34-01 and found that the BLM public road 34-5-2.1 to the unit was blockaded by Murphy Company equipment to prevent public entry. See exhibit E. I and my staff instead turned around and visited additional Paul's Payoff old-growth forest stands slated for logging and right-of-way construction located off of the 34-5-2.1 road system. See Exhibits E-G.

14. When I contacted the BLM regarding Murphy's road blockade on 34-5-2.1, the agency was initially unaware that Murphy was precluding motorized access by the public and the BLM to the site.

15. I returned to the Paul's Payoff timber sale area on Sunday March 1, 2026. A sign had now been posted by Murphy on BLM public road 34-5-2.1 notifying the public of Murphy's belief that the road was "For Logging Use Only." See Exhibit H.

16. Murphy company had again blocked vehicle access to unit 34-01 and had added a sign to their road blockade reading "Road Closed."

17. There were no logging, yarding or hauling activities taking place on February 1st, February 8th or March 1st. I had specifically selected those dates as Sundays in which my presence would not inhibit or interfere with logging operations. Prior to our site visit on January 26th (when logging activities were occurring) KS Wild had believed that logging activities had not yet begun as this was the information presented to us by opposing counsel and as stated in the January 25th Root/Murphy Declaration.

18. On March 1, 2026, I proceeded to walk to Paul's Payoff unit 34-01 which contains spotted owl habitat of value to myself and KS Wild. I observed that Murphy Company had hauled away the vast majority of the old-growth leave

    trees removed from the Road Right of Way logging from the site and had left a large cull pile of the smaller material in the cleared area where forest habitat had previously existed. See Exhibit I.

19. While walking back from unit 34-01 on BLM public road 34-5-2.1, a Murphy Company representative on a quad approached and informed us of his belief that we should not be on the road or in the area.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 5th day of March, 2026.

*[signature]*

George Sexton