Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
541.778.6626
971.285.3632

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,<br><br>　　*Plaintiffs*,<br><br>　v.<br><br>**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>　　*Defendants;*<br><br>　and<br><br>**MURPHY COMPANY,**<br><br>　　*Defendant-Intervenor,*<br><br>　and<br><br>**AMERICAN FOREST RESOURCE COUNCIL** and **ASSOCIATION OF O&C COUNTIES**,<br><br>　　*Applicant-Defendant-Intervenors.* | Case No. 1:25-cv-2296-CL<br><br>**DECLARATION OF SYDNEY WILKINS** |

I, SYDNEY WILKINS, declare as follows:

1.  My name is Sydney Wilkins. I am a resident of the United States and over the age of eighteen. I live in Talent, Oregon.

2.  I am the Conservation Attorney for Klamath-Siskiyou Wildlands Center (KS Wild) and am otherwise an active member of KS Wild. KS Wild is a registered 501(c)(3) non-profit conservation organization based in Ashland, Oregon dedicated to protecting and restoring the forests, watersheds, and wildlife of the Klamath-Siskiyou region in southwestern Oregon and northwestern California, spanning the mountain ranges of the Klamaths, the Siskiyous, and the southern Cascades. KS Wild has nearly three decades of experience advocating for science-based conservation of public lands and wildlife species, and it has a longstanding interest in protecting imperiled native species and their habitats within Oregon.

3.  I have had a personal and professional interest in advocating for both sea and freshwater turtle species throughout my life and career. They are ancient species and among the oldest reptiles, with ancestors dating back 260 million years. In 2016, I participated in hands-on conservation of sea turtles, particularly Hawksbill (*Eretmochelys imbricata*) and Olive Ridley (*Lepidochelys olivacea*), in Indonesia. Turtle conservation became a main reason for my decision to attend law school. In 2023, I performed extensive research on sea turtles as a legal extern for Friends of Animals and submitted public comments on the proposed rule to designate new areas of critical habitat for threatened and endangered distinct population segments of the Green Sea Turtle (*Chelonia mydas*).

4.  Now, the western pond turtle (*Actinemys marmorata*) is a particular focus of my work as Conservation Attorney for KS Wild, which involves advocating for conservation measures for the pond turtle and its habitat during the National Environmental Policy Act (NEPA) process for federal land and forest management projects. I also raise awareness and enthusiasm in the public by disseminating

information regarding the threats which pond turtles face. The following photos depict (1) myself at Willow Witt Ranch on May 22, 2025 pulling a turtle trap to count, measure, and study the resident turtles and (2-3) holding pond turtles.



 

5.	The Northwestern Pond Turtle was proposed by the U.S. Fish and Wildlife Service as threatened under the Endangered Species Act in October 2023. The species is unlikely to be officially listed by the conclusion of the Last Chance logging project.

6.	Northwestern pond turtles are the only freshwater turtle native to the Klamath-Siskiyou region. I am passionate about fostering their ability to persist in the region. The species faces various threats, including but not limited to the effects of climate change such as drought, predation by American bullfrogs, competition with the invasive red-eared slider, shell rot, and habitat fragmentation and degradation from logging and road-building.

7.	I have a personal hobby in observing basking pond turtles while kayaking and hiking, especially at Acorn Woman Lakes in the Rogue River-Siskiyou National Forest in late spring and early summer. I derive significant joy from observing

native turtles in the wild.

8.      I hope to one day observe a pond turtle in the Last Chance old-growth logging project area. While visiting forest stands slated for logging, I have kept a sharp eye out for turtles, particularly in and around Grave Creek. While I have observed rough-skinned newts, I have yet to see a pond turtle in the Last Chance logging area.

9.      The BLM's Last Chance logging project, as planned, entails removal and modification of over 3,000 acres of northwestern pond turtle overwintering habitat. Intact overwintering habitat is crucial to pond turtle survival as they spend many months of the year overwintering in upland, forested habitat. Overwintering is a period in which the pond turtle is at its most vulnerable: they bury shallowly under forest duff and debris and enter a state of dormancy, unable to react to or escape from immediate threats of danger. Not only would turtles be at long-term risk from BLM's removal of important habitat, but individual turtles would be at immediate risk of being crushed by heavy logging equipment and vehicles. Loss of individual turtles can have a disproportionately large impact on population stability due to being long-lived, exhibiting late sexual maturity, and low survival rates of hatchlings to adulthood. When individual mature turtles are killed, the population does not quickly replace them. Ultimately, if BLM were to remove 3,100 acres of overwintering habitat and build 28 miles of new logging roads as planned, opportunities to observe healthy populations of pond turtles in the Last Chance project area would be significantly diminished. This will harm both my professional and personal interests of viewing and conserving pond turtles and their habitat.

//
//
//
//

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 9th day of March 2026,

*[signature]*

Sydney Wilkins