ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**BURGUM**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-02296-CL<br><br>Honorable Magistrate Judge Mark D. Clarke<br><br>**NOTICE OF ADMINISTRATIVE CORRECTION** |

Federal Defendants notify the Court that the U.S. Bureau of Land Management ("BLM") administratively corrected the May 5, 2025 Revised Environmental Assessment ("REA") for the Last Chance Forest Management Project (the "Project") on March 20, 2026.[1]

*See* Exhibit A, Excerpt of Administrative Correction. Specifically, as provided in the

---

[1] A copy of the corrected REA was published to BLM's e-planning website on the same date and is available at the following link: https://eplanning.blm.gov/public_projects/?doc=%2F 5b21716e-95f2-f011-8406-001dd802fdea%2FDocuments%2F20260320_LastChanceREA_corrected%20 NAID%20B32.pdf.

attached declaration, BLM corrected the clerical acreage mistake in the REA at pages B-54 to B-55 as it relates to Project acreage occurring with designated critical habitat for the northern spotted owl ("NSO"). *See* Exhibit B, Second Declaration of Justin Kelly ("Kelly Decl.") ¶ 4. This is a ministerial, administrative correction of the NSO critical habitat acreages displayed and corresponding percentages in the REA at those pages. Kelly Decl. ¶ 4.

The corrected REA reflects up to 3,049 acres of NSO critical habitat affected under Alternative 2 (and unselected Alternative 3). *Id.* ¶ 5. This acreage is slightly lower than the 3,093 acres analyzed in the U.S. Fish & Wildlife Service's Biological Opinion related to the Project. *Id.*; *see also* FWS_326 (Biological Opinion acreage). The difference reflects minor refinements in the REA dataset between 2023 and 2025, following completion of the Biological Opinion in 2023, including BLM removing certain inner riparian areas that would not receive treatment under the Project but had been included in the acreage provided for consultation. Kelly Decl. ¶ 5. These refinements reduced the acreage of critical habitat potentially affected and did not expand or otherwise alter the scope of the proposed action. *Id.* The Project, as reflected in the REA, remains fully within the acreage analyzed in the Biological Opinion. *Id.*

Notwithstanding this administrative correction, Federal Defendants maintain their position that the now-corrected clerical mistake did not render BLM's reliance on the Biological Opinion arbitrary and capricious. *See* ECF No. 36 at 21-23; *see also* Kelly Decl. ¶ 6. The correction to the REA was a ministerial action to resolve a clerical discrepancy and ensure internal consistency in the Administrative Record. Kelly Decl. ¶ 6.

In light of BLM's issuance of the corrected REA, and for the reasons stated in Federal Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 36, and during the March 17, 2026 hearing, Federal Defendants reiterate their request that the Court reject

Plaintiffs' First Claim for Relief which challenges BLM's reliance on the Biological Opinion under the Endangered Species Act based on the now-corrected discrepancy contained in the REA. ECF No. 1 ¶¶ 92-98.

Respectfully submitted this 23rd day of March 2026.

ADAM R. F. GUSTAFSON,
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section

*/s/ Christian H. Carrara*
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*