**B. 32    How would timber harvest, activity fuels treatments, fuels maintenance treatments, and new road and landing construction affect NSO Critical Habitat Unit function?**

Background: In December 2021, the USFWS released the Designation of Revised Critical Habitat for the NSO, Final Rule, which designated NSO critical habitat on federal lands. A Critical Habitat Unit (CHU) identifies geographic areas that contain features essential for the conservation of the NSO and may require special management considerations. The Last Chance FMP NSO Analysis Area includes 19,343 acres of spotted owl CHU 10, including portions of sub-unit KLE-1, KLE-2 and KLE-3; however, treatments would only occur in KLE-2. The KLE-2 subunit, which extends well beyond the footprint of the Last Chance NSO Analysis area, contains a total of 70,376 acres of CHU. Only a portion (3,049 acres) of the treatments proposed as part of the action alternatives overlap with lands designated as KLE-2. The proposed treatments include up to 3,049 acres of NSO critical habitat (approximately 16 percent of the Critical Habitat in the spotted owl Analysis Area and four percent of the entire KLE-2 sub-unit). Both Action Alternatives would treat a total of 3,049 acres of critical habitat, but Alternative 3 would treat less acres with commercial harvest (these acres would be hazardous fuels reduction, which only modifies the understory) which would result in more acres of treatments that modify habitat, as opposed to downgrade or removal. Table B-32.1 below presents the potential effects that would result from implementation of either Action Alternative on the spotted owl habitat types within the critical habitat that overlaps the treatment areas.

Table B-32.1: Effects to NSO Habitat within Spotted Owl Critical Habitat in the NSO Analysis Area (Federal Land Ownerships Only).

| TREATMENT ACRES BY EFFECT TYPE | ALT 2 | ALT 3 |
|---|---|---|
| Treatments within Spotted Owl Critical Habitat | | |
| NRF Modified | 1,290 | 1,708 |
| NRF Downgraded | 0 | 0 |
| NRF Removed | 771 | 353 |
| Dispersal Only Modified | 660 | 877 |
| Dispersal Only Removal | 328 | 111 |
| Treatments in Unsuitable Habitat (No Effect) | 472 | 472 |
| **SUBTOTAL (Not including No Effect acres)** | 3,049 | 3,049 |

Rationale: The BLM did not analyze in detail the effects of the proposed alternatives on NSO critical habitat in the planning area because there is no potential for significant effects beyond those already analyzed in the 2016 PRMP/FEIS, to which this EA is tiered (USDI/BLM 2016b, pp. 990-993). Therefore, this issue was not carried forward for further detailed analysis of direct, indirect, and cumulative effects. The 2016 PRMP/FEIS analysis of the 2016 ROD/RMP on NSO critical habitat was based on the vegetation modeling (including timber harvest and growth) in the 2016 PRMP/FEIS. In the Biological Opinion for Western Oregon Resource Management Plan, the USFWS predicted that unevenaged management would result in the loss of primary biological features, such as nesting-roosting

and foraging habitat, in the HLB (USFWS 2016). The RMP Biological Opinion projected effects from RMP implementation of uneven-aged management to 61,520 acres of nesting-roosting habitat and 29,385 acres of dispersal habitat (USDI/FWS 2016). Because BLM is still within the first decade of RMP implementation, and total harvest has been below levels projected in the RMP FEIS, BLM is well below treating the acres of critical habitat projected in the RMP FEIS and RMP Biological Opinion. The USFWS also concluded that the mitigation of these losses would occur because during the same time span, NSO critical habitat in reserved LUAs would develop through ingrowth and through management actions, such as thinning designed to speed the development of critical habitat primary biological features (USFWS 2016, pp 690 and 691). The proposed treatments would reduce the amount of nesting-roosting, foraging, and dispersal-only habitat within critical habitat under all action alternatives, consistent with the projections in the RMP FEIS and RMP Biological Opinion (USDI/FWS 2016). However, the potential reduction of NSO habitat would not alter the intended sub-unit function of providing connectivity between subunits and critical habitat units because these changes are immeasurable at the sub-unit scale and therefore would not affect the dispersal of NSO between sub-units. Additionally, the proposed actions would not affect the ability for the critical habitat subunits to provide demographic support because incidental take of NSOs would not occur under all action alternatives, so the proposed actions would not affect NSO occupancy at active sites.