ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)s
(202) 598-9736 (Carrara)
shannon.boylan@usdoj.gov
christian.carrara@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**BURGUM**, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-02296-CL<br><br>Honorable Magistrate Judge Mark D. Clarke<br><br>**SECOND DECLARATION OF JUSTIN KELLY** |

I, Justin Kelly, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1. I am the Grants Pass Field Manager, Medford District, U.S. Bureau of Land Management (BLM) in Grants Pass, Oregon. I have been employed by BLM in this position since January 2025. Previously, I was employed by BLM as Assistant Field Manager in the Ashland, Oregon Field Office for four years, and prior to that, as a BLM Planning and Environmental Specialist in Butte Falls Field Office, Oregon for one and a half years. This is the second declaration I have submitted in this case.

2. I became the Grants Pass Field Manager after the BLM issued the original Last Chance Forest Management Project Decision Record (DR) #1 and #2. I have reviewed DR #1 and #2, and the associated Finding of No Significant Impact and am familiar with their contents. I have supervised the Interdisciplinary Team's preparation of a Revised Environmental Assessment (REA) for the Last Chance Forest Management Project and signed the Project's DR #3 and DR #4.

3. I am familiar with Plaintiffs' claims in this case and their arguments presented in their motion for a preliminary injunction. I attended the hearing on their preliminary injunction motion held before the Court on March 17, 2026.

4. Pursuant to my direction following the March 17, 2026, hearing, I directed my staff to correct the clerical acreage mistake in the REA at pages B-54 to B-55 as it relates to project acreage occurring with designated critical habitat for the northern spotted owl. This was a ministerial, administrative correction of the northern spotted owl (NSO) critical habitat acreages displayed and corresponding percentages in the REA at those pages.

5. The corrected REA reflects up to 3,049 acres of NSO critical habitat affected under Alternative 2 (and unselected Alternative 3). This acreage is slightly lower than the 3,093 acres analyzed in the U.S. Fish & Wildlife Service Biological Opinion (BiOp). The difference reflects minor refinements in the REA dataset between 2023 and 2025, following completion of the BiOP in 2023, including BLM removing certain inner riparian areas that would not receive treatment under the Project but had been included in the acreage provided for consultation. These refinements reduced the acreage of critical habitat potentially affected and did not expand or otherwise alter the scope of the proposed action. The Project, as reflected in the REA, remains fully within the acreage analyzed in the BiOp.

6. As stated in my previous declaration, the REA is not self-executing. As stated in the REA and

DR #4, and again in my first declaration, BLM must issue authorizing decisions before on-the-ground-activity may proceed, and BLM will not issue decisions that exceed the acreage of NSO critical habitat analyzed in the BiOp. The correction to the REA was a ministerial action to resolve a clerical discrepancy and ensure internal consistency in the record. The corrected REA confirms that the Project alternatives, as analyzed, are—and always have been—within the scope of the acreage of critical habitat analyzed by FWS in the BiOP.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 23rd day of March, 2026, in Grants Pass, Oregon.

JUSTIN KELLY
Digitally signed by JUSTIN KELLY
Date: 2026.03.23 11:17:14 -07'00'

Justin Kelly
Field Manager
Grants Pass Field Office,
Medford District BLM