

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment:                                        April 10, 2026

Case Number:                                        1:25−cv−02296−MTK

Case Title:            Klamath−Siskiyou Wildlands Center et al v. Burgum et al

**(A)    Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Mark D. Clarke to the Honorable Mustafa T. Kasubhai, United States District Judge. Information on this case may be obtained from the following:

Case Status or Scheduling Information:        Telephone:  541−431−4101
                                             Email:  kasubhai_crd@ord.uscourts.gov

Filing or Docket Entry Information:        Telephone: 541−608−8777

**(B)    Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, James A. Redden U.S. Courthouse, 310 West Sixth St., Medford, OR, 97501.

**(C)    Change to the Case Number:**  Effective immediately, Judge Kasubhai's initials (MTK) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:    Judge Kasubhai
       Counsel of Record