ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

CHRISTIAN H. CARRARA
Trial Attorney (NJ Bar No. 317732020)
ALISON C. FINNEGAN
Senior Trial Attorney (PA Bar No. 88519)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 598-9736 (Carrara)
(202) 532-3312 (Finnegan)
christian.carrara@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,<br><br>      Plaintiffs,<br><br>      v.<br><br>**DOUGLAS JAMES BURGUM**, in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>      Defendants. | Case No. 1:25-cv-2296-CL<br><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that Senior Trial Attorney Alison C. Finnegan of the

United States Department of Justice is hereby substituted as co-counsel for

Federal Defendants for Trial Attorney Christian H. Carrara. Service of all papers

by U.S. mail to Ms. Finnegan should be addressed as follows:

Mailing Address:

    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    P.O. Box 7611
    Washington, DC 20044-7611

Overnight Delivery / Street Address:

    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    150 M Street, N.E., Room 3.1120
    Washington, DC 20002

Telephone / Facsimile:

    Tel: (202) 532-3312
    Fax: (202) 305-0275

E-Mail: alison.c.finnegan@usdoj.gov

    Respectfully submitted this 1st day of May, 2026.

        ADAM R.F. GUSTAFSON
        Principal Deputy Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        /s/ Christian H. Carrara_____

KLAMATH-SISKIYOU WILDLANDS CENTER, ET AL. v. BURGUM, 1:25-CV-2296-CL
NOTICE OF SUBSTITUTION OF COUNSEL                                          2

CHRISTIAN H. CARRARA
Trial Attorney (NJ Bar No. 317732020)
ALISON C. FINNEGAN
Senior Trial Attorney (PA Bar No. 88519)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 598-9736 (Carrara)
(202) 532-3312 (Finnegan)
christian.carrara@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Defendants*