David T. Woodsmall, OSB # 240631
Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
woodsmall@westernlaw.org
sangyeij@westernlaw.org
971.285.3632
541.778.6626

*Attorneys for Plaintiffs*

ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
ALISON C. FINNEGAN (PA Bar No. 88519)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 532-3312 (Finnegan)
shannon.boylan@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Defendants*

Michael E. Haglund, OSB No. 772030
e-mail: mhaglund@hk-law.com
Julie A. Weis, OSB No. 974320
e-mail: weis@hk-law.com
Christopher T. Griffith, OSB No. 154664
e-mail: cgriffith@hk-law.com
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

*Attorneys for Defendant-Intervenor*
*Murphy Company*

DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034

AUDREY F. BOYER, OSB #106560
Carollo Law Group
Mail: P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com
Email: nsmith@carollolegal.com
Email: aboyer@carollolegal.com

SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

*Attorneys for Defendant-Intervenors American-Forest
Resource Council and Association of O&C Counties*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD**, and **CASCADIA WILDLANDS**, | Case No. 1:25-cv-2296-MTK |
| *Plaintiffs*, | |
| v. | **PARTIES' JOINT REPORT** |
| **DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**, | |
| *Defendants;* | |
| and | |
| **MURPHY COMPANY,** | |
| *Defendant-Intervenor,* | |

Parties' Joint Report, No. 1:25-cv-2296-MTK

2

and

**AMERICAN FOREST RESOURCE COUNCIL** and **ASSOCIATION OF O&C COUNTIES**,

*Defendant-Intervenors.*

Plaintiffs, Defendants, and Defendant-Intervenors Murphy Company, American Forest Resource Council, and Association of O&C Counties (collectively, the "Parties") have met and conferred and respectfully submit this Joint Report regarding the resolution of this matter. In support of this Joint Report, the Parties state as follows:

1.     This case challenges the United States Bureau of Land Management's authorization of the Last Chance Forest Management Project and the United States Fish and Wildlife Service's accompanying Biological Opinion.

2.     The Parties agree that this case is a civil action brought under the ESA, 16 U.S.C. § 1533 *et seq*., and the Administrative Procedure Act, 5 U.S.C. § 706. The Parties also agree that this case can likely be resolved following the lodging of the administrative record ("record") and through briefing on the merits (summary judgment) and without a trial. As such, this matter is currently exempt from preliminary pretrial statements, discovery plans, and related requirements unless otherwise ordered by this Court.

3.     The Parties agree this case is not suitable for an alternative dispute resolution program such as arbitration, mediation, or judicial settlement conference. The Parties, however, agree to explore settlement in this matter informally, amongst themselves, and have allowed time in the schedule (outlined below) to accommodate such talks.

4.     The Parties propose the following schedule for resolving this matter on the merits:

| Event | Date | Comments |
|---|---|---|
| Motion to complete, supplement or challenge the administrative | Thursday, August 27, 2026 | Plaintiffs' and Intervenors' counsel shall identify all |

| record, or to seek leave to amend the pleadings.[1] | | documents that they propose to complete or supplement the administrative record no later than **Thursday, July 30, 2026.** <br><br> Federal Defendants shall respond to Plaintiffs' identification of issues by Thursday, August 20, 2026. <br><br> If the parties are able to resolve the issues and if Plaintiffs do not file a motion to complete, supplement, or challenge the administrative record, Federal Defendants will provide the other parties with the supplemental record no later than **August 31, 2026.** |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | Thursday, August 20, 2026 | 35 pages |
| Federal Defendants' Combined Cross Motion for Summary Judgment and Opposition | Friday, October 2, 2026 | 35 pages |
| Each Intervenors' Combined Cross Motion for Summary Judgment and Opposition | Thursday, October 22, 2026 | 35 pages |
| Plaintiffs' Combined Reply in Support of its Motion for Summary Judgment and Opposition to Defendants' Motions for Summary Judgment | Thursday, December 17, 2026 | 45 pages |
| Federal Defendants' Reply | Thursday, January 28, 2027 | 30 pages |

---

[1] In the event any motion to complete, supplement, or challenge the administrative record, or to seek leave to amend the pleadings, is filed, all subsequent deadlines shall be vacated and the parties shall confer and submit a new proposed schedule to the Court within 14 days.

| Each Intervenors' Reply | Friday, February 5, 2027 | 25 pages |
|---|---|---|
| Hearing on the Cross Motions for Summary Judgment | At the Court's convenience | |

5.      The Parties submit that the above schedule will facilitate the timely, efficient, and economical resolution of this civil action. Accordingly, good cause exists for adopting the Parties' proposed schedule.

Respectfully submitted this 20 day of May, 2026.

/s/ David T. Woodsmall
David T. Woodsmall, OSB # 240631
Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
woodsmall@westernlaw.org
sangyeij@westernlaw.org
971.285.3632
541.778.6626

Attorneys for Plaintiffs

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Alison C. Finnegan
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
ALISON C. FINNEGAN (PA Bar No. 88519)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 532-3312 (Finnegan)

shannon.boylan@usdoj.gov
alison.c.finnegan@usdoj.gov

Counsel for Defendants

/s/ Julie A. Weis
Michael E. Haglund, OSB No. 772030
Julie A. Weis, OSB No. 974320
Christopher T. Griffith, OSB No. 154664
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
503.225.0777
mhaglund@hk-law.com
weis@hk-law.com
cgriffith@hk-law.com

Attorneys for Defendant-Intervenor Murphy Company

/s/ Dominic M Carollo
DOMINIC M. CAROLLO, OSB 093057 (he/him)
NOLAN G. SMITH, OSB 215034 (he/him)
Carollo Law Group
Mail:       P.O. Box 2456
            Roseburg, OR 97470
Office:     2315 Old Highway 99 South
            Roseburg, OR 97471
Telephone: (541) 957-5900
Fax : (541) 957-5923
Email : dcarollo@carollolegal.com
Email : nsmith@carollolegal.com
Of Attorneys for Defendant Intervenors-
Association of O&C Counties and
American Forest Resouce Council