Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
541.778.6626
971.285.3632

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

**KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,

*Plaintiffs*,

v.

**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,

*Defendants;*

and

**MURPHY COMPANY,**

*Defendant-Intervenor.*

and

**AMERICAN FOREST RESOURCE COUNCIL** AND **ASSOCIATION OF O&C COUNTIES,**

*Defendant-Intervenors.*

Case No. 1:25-cv-2296-MTK

**DECLARATION OF ERICH REEDER**

I, ERICH REEDER, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. My name is Erich Reeder. I am a resident of the United States and over the age of eighteen.

3. I live in Medford, Oregon. I am recently retired from the Swiftwater Resource Area (SW RA), Roseburg District, Bureau of Land Management (BLM).

4. For the last 30 years, I have worked in many of our public forests managed by either the BLM or the U.S. Forest Service (FS) throughout southwestern Oregon and northern California, for non-profit organizations, private contractors, and federal agencies. This work has consisted of, among other tasks, felling trees on small-diameter logging and fuel reduction projects, conducting native plant community assessments, and monitoring threatened and sensitive species and their habitats, including marbled murrelets and northern spotted owls (NSOs), both species listed as threatened with extinction by the U.S. Fish & Wildlife Service (FWS).

5. In the spring of 2002, I began working as a Biological Science Technician for the BLM based out of its Roseburg Office. There, I specialized in conducting wildlife surveys for marbled murrelets, northern spotted owls, bald eagles, golden eagles, northern goshawks, peregrine falcons, terrestrial mollusks, red tree voles, foothill yellow-legged frogs, western pond turtles, and various other threatened and sensitive species. I recently retired from this position after 23 years (2002-2024). Though retired from this position, I continue to both explore and work in the public forests of southwestern Oregon as a private contractor and consultant.

6. I submit this declaration to explain, based on my field experience and a

review of the cited materials, how NSO callback surveys have changed the way they function over the years as barred owls (BOs) invaded and then dominated the forested landscapes of southwest Oregon; the technical meaning and management consequences of "Status Unknown" determinations based on single or multiple NSO responses from NSO callback surveys following the 2012 NSO Survey Protocol; and the demographic and statistical terminology used in the administrative record.

7. The materials I reviewed for this Declaration include:

- The 2012 Survey Protocol [1]
- The 2023 USFWS BiOp [2]
- The 2012 NSO Critical Habitat (CH) Rule [3]
- The 2021 Klamath Study Area annual report [4]
- The 2021 USFWS Autonomous Recording Unit (ARU) Draft Protocol [5]
- The 2018 Lesmeister synthesis [6]
- The 2022 Appel, et al. report [7]
- The 2002 Forsman, et al. paper [8]

---

[1] *Protocol for Surveying Proposed Management Activities That May Impact Northern Spotted Owls*, Endorsed by the USFWS, Revised January 9, 2012.

[2] *Biological Opinion: Medford District Bureau of Land Management's FY23 Batch of Projects*, USDI USFWS, July 3, 2023.

[3] *Designation of Revised Critical Habitat for the Northern Spotted Owl; Final Rule*, USFWS, December 4, 2012.

[4] *Northern Spotted Owl Monitoring Annual Report FY2020: Demographic characteristics of northern spotted owls* (Strix occidentalis caurina) *in the Klamath Mountain Province of Oregon, 1990-2020.*

[5] *Protocol for Surveying Proposed Management Activities That May Impact Northern Spotted Owls Using Passive Autonomous Recording Unit Methods,* Draft Pilot Version 0.1, Endorsed by the USFWS, March 2021.

[6] *Synthesis of Science to Inform Land Management Within the Northwest Forest Plan Area, Chapter 4: Northern Spotted Owl Habitat and Populations: Status and Threats*, p.260. Lesmeister, et al. USDA GTR PNW-GTR-966.(June 2018)

[7] *Using passive acoustic monitoring to estimate northern spotted owl landscape use and pair occupancy*, Appel, C.L. et al (2023).

[8] *Natal and Breeding Dispersal of Northern Spotted Owls*, Forsman, E.D, et al, Wildlife Monographs, No.149 (October 2002).

- The 2023 Dugger, et al. paper [9]
- The LCFMP NSO survey and occupancy findings.

8. My direct field experience includes surveying for NSOs from 2004-2024 for the Swiftwater Resource Area (SW RA), Roseburg District, BLM, conducting both monitoring and project clearance surveys. In the early years of my owl survey work, locating NSOs was relatively easy as most pairs and their territories, and even their specific nest trees, were known and documented. I, or another surveyor, could go out in the late winter/early spring to a known site, hike into the nesting territory, and find one or both of the NSO pair with minimal effort, often without even hooting for the owls. At that time, barred owls (BOs) were extremely rare to hear or otherwise observe anywhere in the SW RA, and it was not until 2006 when I saw my first BO.

9. During these years, 2004-2024, I also worked closely with coworkers who conducted NSO surveys throughout the South River Resource Area (SR RA), which is adjacent to the LCFMP, with comparable topography, geology, forest characteristics, and overall NSO habitats and prey species. Frequent contact and discussion with these coworkers regarding NSO survey results and BO presence and interactions in the SR RA inform my knowledge of this area. Furthermore, about 2/3 of the LCFMP area lies within the Klamath Study Area and the findings from this long-term NSO demography study directly apply to it.

---

[9] *Estimating Northern Spotted Owl (Strix occidentalis caurina) Pair Detection Probabilities Based on Call-Back Surveys Associated with Long-Term Mark-Recapture Studies 1993-2018*, Dugger K.M. et al. USGS (2023).



**Northern spotted owl in an old-growth forest (2022).**

10. In 2012, the FWS revised its NSO Survey Protocol to help account for the increasing BO population and the recognized antagonistic pressure of BO suppressing NSO responses to callback surveys, by essentially doubling the survey effort required to clear forest management projects. At *that* time, NSOs were still prevalent on the forested landscape and could be reliably found on most of their home territories within the SW and SR RAs. However, BOs were now more frequently encountered and hostile interactions between the two owl species were witnessed by many surveyors, including myself, with BOs flying in, harassing, and chasing off NSOs who had responded to broadcast vocalizations during callback surveys.

11. By 2016, when the BLM enacted a new Resource Management Plan (RMP),

BOs had begun to saturate the forested landscape with many encounters with BOs occurring throughout nightly surveys. This corresponded to an increasingly severe drop-off in the number of NSOs detected. The RMP was contingent on FWS beginning a BO removal program within 8 years (2024).

12. Many of the biological factors which make BOs such a problem for NSOs are well known and listed here:

- BO are attracted to the same nesting habitat features that NSO prefer and often the very same nest tree (i.e.. mature and old-growth forests with large, old trees with structural characteristics such as broken-tops, side cavities, and mistletoe brooms, large snags, a multi-layered canopy, large down wood on the ground and in steams, etc.).
- BO are slightly larger and more aggressive than NSO and begin claiming and defending territories and nesting earlier in the breeding season.
- BO nest in much greater densities than NSO, often with 3-8 pairs of BO nesting in the same home range of a single NSO pair.
- BO pair reproductive output is 4.4 times that of NSO pairs; BO tend to nest every year and produce 4-6 young, while NSO tend to nest every other year and produce 1-3 young.
- BO prey upon the same species NSO specialize in (e.g. red tree voles, northern flying squirrels, and woodrats), but they are generalist predators and will eat just about anything else they can capture and kill, including salamanders, crayfish, and other bird species. This greatly increased predator pressure on the NSO's specialized prey populations has subsequently reduced prey availability for NSO, especially for pairs who are attempting to nest and raise young.
- In a forested landscape already heavily fragmented by private industrial clearcuts and young monoculture tree farms, all the above factors greatly

limit the space and prey species available for NSO to establish and hang on to territories, pair up with mates, and nest successfully.

13. In 2019, because of concerns by SW wildlife staff that NSO were no longer replying to callback surveys with a high confidence level, I began deploying ARUs to augment our callback surveys for project clearance. At the time, we listened to the recorded data at the office, as well as using Kaleidoscope software to analyze spectrograms of the audio files (also called sonographs). We eventually detected NSOs at several sites where we had been unable to detect them by the standard callback surveys of the 2012 Survey Protocol, including a nesting female at our Hill Creek site where we had previously only detected a male.

14. I then designed and implemented Passive Acoustic Monitoring (PAM) surveys following the 2021 FWS ARU Draft Protocol to augment project clearance surveys for the Blue & Gold Harvest Plan during the 2022 season and then trained a co-worker to implement the same during the 2023 season. I did not process the data, however. It was sent to Damon Lesmeister's lab at Oregon State University, processed by a convoluted neural network program (C-Net), and those filtered results were further analyzed back at our office by wildlife staff. Again, NSO were detected by passive acoustic surveys at several sites where we had been unable to detect them using the callback surveys of the 2012 Survey Protocol.

15. By 2023, during my second to last NSO survey season, it had become extremely rare to detect any NSO at all across the Roseburg District. In fact, in recent years it had become difficult to train onboarding wildlife staff because there were so few detectable, living examples of NSO to have them observe in the wild. BO though continued to respond regularly and aggressively to call-back surveys. Any nesting pair of NSO found in these later survey years was cause for celebration.

16. In addition to this, the last 3 NSO detections I experienced in the years leading up to the Biological Opinion's publication were all spotted owls flying in

silently. These detections were so rare as to be memorable. On March 26, 2020, a single NSO flew in while I was conducting a daytime stand search at our Kelly Creek site. It landed on a branch about 200 feet away and it was just by chance that I happened to notice it as an odd brown clump on a tree limb surrounded by the forest. On March 3, 2021, a NSO flew in silently at dusk at our Western Cougar site and I caught movement in the shadows down the slope which alerted me to her presence (she was banded and turned out to be 20 years old which is beyond breeding age). On April 6, 2022, I joined a couple of coworkers on a visit to one of our last known pair sites and we were rewarded with seeing the pair, who remained silent throughout our encounter. I describe each of these encounters here, simply to demonstrate that in my recent experience NSO have really gone quiet and the chances of hearing an audio detection, which the 2012 Survey Protocol heavily relies on for detection rates, is much reduced. In all these instances, if I hadn't been diligently paying attention, I would have missed visually detecting the owls altogether. I do not like to think that I missed detecting any NSO during these last 5-10 years of surveying for the species, however I am unable to say that with any certainty as NSOs were no longer reliably responding vocally and so becoming increasingly hard to detect.



**One of the last northern spotted owls I saw and photographed, deep in an old-growth forest of the Oregon Coast Range (2022).**

17. During these last 15 years (2010-2024), I typically worked every season along with 20 or so other wildlife biologists or wildlife technicians who surveyed for NSO out of the Roseburg District Office on the SW and SR RAs. We all individually had the common experience of being on the front lines as BO detections exploded and NSO detections plummeted during our nightly surveys. It was a startling and disturbing trend which we often talked about as it evolved, and these concerns were shared with BLM program leads and resource area managers as well as FWS NSO leads. All of us who had real-world experience surveying for NSO night after night through those years certainly lost faith in the effectiveness of the 2012 Survey Protocol to detect NSO and accurately capture NSO resident status with a high degree of confidence.

18. The following graph is from page 6 of the *Northern Spotted Owl Monitoring Annual Report FY2020: Demographic characteristics of northern spotted owls* (Strix occidentalis caurina) *in the Klamath Mountain Province of Oregon, 1990-2020.*

There are 4 other Demography Study Areas (DSAs) in western Oregon, all with similar findings, and I present this DSA's final annual report specifically because it covers much of the forested area to be impacted by the Last Chance Forest Management Project. The red line shows the percentage of sites with STOC (NSO) detections in comparison with the blue line showing the percentage of sites with STVA (BO) detections in the Klamath Study Area (KSA) over time from 1990-2020.

*Figure 5. Percentage of sites surveyed with at least one spotted owl detection versus sites with at least one barred owl detection. Klamath Study Area (KSA), 1990-2020.*




As the graph shows, in the year 2012, NSO detections still outpaced BO detections, but by 2016 they had reversed with BO detections rapidly climbing to double that of NSO detections which were dropping fast. In 2018, a BO removal study began in this DSA and the dip in BO detections reflects this; without this removal program one can logically surmise the trend in BO detections would have continued to increase.

19. I recount my personal field experience, and offer the supporting evidence from the KSA DSA, to demonstrate how the real-world biological and operational

landscape of western Oregon differs from conditions in 2012 when the survey protocol was revised to account for BO suppression of NSO responses. To this, the 2023 FWS BiOp says, “Dugger et al. (2023a) affirmed that barred owls influence spotted owl detectability, which is not new information . . . and for which the survey protocol incorporates.” (p.83)

20. Under the 2012 Survey Protocol, a single NSO detection, or any combination of detections in an area throughout a survey season which do not strictly meet this “Resident Single Status” or “Territorial Pair Status” criteria, lead to the site becoming classified as “Status Unknown.” In my experience as a field biologist, this classification is a statement of uncertainty; it means the surveyor cannot confirm residency based on the vocal responses received. It is not a biological determination that the site is unoccupied, nor does it affirmatively identify the detected NSO as a nonresident “floater.” When FWS equates this “Status Unknown” category with an ‘Unoccupied Site’ determination for management purposes, the biological consequence is that forest stands currently being used by spotted owls are cleared for immediate timber harvest, which the 2023 FWS BiOp acknowledges “will remove or downgrade 3,662 acres of NRF habitat…a 16 percent decrease in available NRF habitat on Federal lands in the Last Chance portion of the Action Area.” (p.99).

21. Appel et al. highlights the scientific importance of taking a conservative approach to interpreting and classifying NSO detections when determining occupancy, particularly considering the current threat to NSO survival and NSO

callback suppression given BO prevalence. The argument here isn't which survey method (i.e. callback vs passive acoustic) is better at detecting NSO and should be used for management purposes, but *how* NSO detections should be interpreted by the FWS and the public land management agencies (i.e. State lands, BLM, USFS). Appel et al. speaks directly to this, clearly stating: "When determining pair or residency status is necessary for assigning appropriate protections, the observed presence of a female and male to define pair status may be a threshold too high and unachievable to ensure that areas used by breeding owls are adequately protected."

22. Referring specifically to callback surveys, Appel cites Olsen et al. (2005), which estimated detection probability for NSO pairs at *that* time (2002-2005): "We agree with Olsen et al. (2005) that these detection probabilities [for callback surveys] are sufficient for many studies, but the consequences of missing a pair or misidentifying a pair as a single owl are high when management actions are dependent on correctly classifying states. Using only naïve survey results and requiring both sexes to be detected as the basis of pair determinations would likely result in loss of habitat and be detrimental for spotted owl pairs." Their concern is clear: "Given the sensitivity of spotted owls to land management decisions, it is critical that survey methods—especially those designed to inform protection levels by determining pair status—account for imperfect detection of pairs, which are the most important biological unit in need of protection."

23. They then propose a solution to this potentially perilous oversight: "We suggest that single detections could be used as an alternative benchmark to ensure

protection of sites used by spotted owl pairs." Although this refers to the results of PAM surveys and pair detection, the idea behind it—how to adjust management strategies to account for the "imperfect detection" of survey methods—directly applies to callback surveys and single owl occupancy if the detection rates no longer have an acceptably high level of confidence.

24. Regarding this level of confidence in the ability of callback surveys to detect NSO, there is the report by Dugger et al., which looks at 25 years of survey data from 1993-2018 to estimate NSO pair detection rates from callback surveys, from before BO presence and then with widespread BO presence. They found that NSO detection rates have dropped considerably across all Demographic Study Areas (DSAs). In Table 8, p.23, for example, in the Klamath DSA which includes much of the Last Chance FMP area, the probability of detecting a known NSO pair at least one time during a survey season under the 6-survey-per-season standard of the 2012 Survey Protocol, dropped from 98% when no BO were present, down to 73% when BO are present. So, while the 2012 Survey Protocol still *requires* both the female and male NSO to be detected within ¼ mile from each other on a *single* visit during a survey season to acquire "Territorial Pair Status," Dugger defines a pair detection much more permissively (allowing detections of males and females across a two-week window). Therefore, the 73% chance of meeting Dugger's permissive definition represents the absolute upper bound probability of satisfying the Protocol's stricter single-visit detection requirement. Because there is at least a 27% biological probability of failing to meet the pair criteria even when a pair is present,

the BiOp's practice of interpreting sub-threshold detections as "unoccupied" sites ensures that occupied territories will be misclassified. A solution to this, again, suggested by Appel et al. to account for the "imperfect detection" of survey methods, is that "single detections could be used as an alternative benchmark to ensure protection of sites used by spotted owl pairs."

25. Regarding nonresident or "floater" NSO, Appel et al. state: "In fact, we found that hexagons with only landscape use detected [nonresident use] likely represented undetected spotted owl pairs in nearly three out of four cases." While Appel does not quantify the probability that a single callback detection represents a resident pair, the biological mechanism Appel identifies—reduced NSO vocalization and lower female detectability in landscapes dominated by barred owls—applies to callback surveys as well. In my professional opinion, Appel et al. is directly relevant to the management interpretation of single callback detections because it shows that requiring repeated detections in a breeding season or the responses of both female and male NSOs in close proximity during a single visit can misclassify occupied sites as "Status Unknown," which FWS then interprets as "Unoccupied." As to the risks of taking the more conservative approach when interpreting survey results suggested by Appel et al., they conclude: "…affording protections to any site with spotted owl detections would rarely result in protecting sites used only by nonresident spotted owls."

26. Furthermore, the whole concept of nonresident or "floater" owls is now an artifact from the days when NSO pairs were much more numerous and reproducing

hundreds of offspring annually, who then dispersed throughout the spotted owl's range. The term "floater" was originally applied to these juvenile owls dispersing across the landscape from their natal territories and young nonbreeding owls who were searching for vacant territories to occupy. As Forsman *et al.* wrote in a 2002 Wildlife Monograph of the species: "Areas traversed by dispersing juveniles typically encompassed the home ranges of multiple pairs of resident owls…suggesting a strategy in which floaters inhabited the periphery of the territories of resident owls." "If, as Rhoner (1997*b*) suggested, spatial knowledge is paramount to hunting success and survival, then floaters would be expected to occupy temporary home ranges from which they could regularly sample or 'prospect' (Eadie and Gauthier 1985) the underlying network of territorial pairs for opportunities to acquire a territory. In this context, floating is the result of territorial behavior, which excludes floaters from obtaining territories."(p.27) In 2012, the FWS, in their final designation of Critical Habitat for NSO state: "When all suitable territories are occupied, dispersers may temporarily pursue a nonresident (nonbreeding) strategy; such individuals are sometimes referred to as 'floaters' (Forsman et al. 2002, pp.15,26). Floaters prospect for territorial vacancies created when residents die or leave their territories. Floaters contribute to stable or increasing populations of northern spotted owls by quickly filling in territorial vacancies."

27. The biological premise of a 'floater' relies on a surplus of dispersing juveniles or nonbreeding young owls prospecting for territories. The demographic data for the

Klamath Study Area demonstrates that this underlying condition no longer exists in the project vicinity. Appendix A (p.16) shows 99 sites with pair occupancy in 2005, declining to 51 sites in 2012, and down to 9 sites with pair occupancy by 2020. This leaves 90 NSO sites or suitable territories in the study area vacant, which floaters would then have filled in if there had been a surplus of dispersing nonresident owls. This did not happen. Appendix C on p.18 shows 61 fledglings produced by NSO pairs in the study area in 2005, down to 12 fledglings in 2012, before crashing to 0 in both 2019 and 2020. That is, *no* young NSO were known to have been reproduced from this study area in its last 2 years of research. There simply is no longer a large enough pool—or any pool—of dispersing juveniles or nonbreeding young owls out there, and so to continue to characterize single owl detections as merely "floaters" searching about for unoccupied suitable territories is inaccurate and misleading.

28. The 2023 FWS BiOp for the LCFMP itself states, "With the barred owl impact reducing spotted owl populations and demographic rates it is likely the floater population has decreased and thus is not replacing the territory holders…Both the recent meta-analysis (Franklin et al. 2021) and Wiens et al. (2021) hypothesize the continued reproductive suppression within the spotted owl population has led to an absence of non-territorial individuals on the landscape; however, the true proportion of these individuals within the population is unknown." (p.50)

29. Despite this uncertainty, FWS in the 2023 BiOp continues to use the term "floater" and the concept to disregard NSO detections as "incidental spotted owl responses" and repeatedly deny any residency status to the responding NSO: "Seven of the unoccupied sites have detected incidental spotted owl responses (responses that do not meet residency status) in the last two years." And then assure us that without a doubt, "Protocol surveys will continue within the Action Area and would discover any future recolonization by floaters of the currently unoccupied territories, or colonization of other NRF habitat outside of known territories…" (p.87)

30. If future project clearance surveys continue to apply the same interpretation to NSO responses—treating single detections of either female or male NSOs as merely incidental responses from nonresident "floater" owls and classifying sites as "Status Unknown"—then future surveys will not eliminate the risk to occupied sites I describe. They simply reproduce the same misclassification problem. I understand the 2012 Survey Protocol makes allowances for NSO detected in an area over multiple years to give residency status, "Multiple responses over several years (e.g., 2 responses in year 1 and 1 response in year 2) from the same general area." However, based on my professional experience surveying for NSO and my review of the cited materials, I believe this still requires too high a level of repeated detections of NSOs to achieve the habitat protections afforded to an occupied site given the suppression of their vocal responses in a landscape dominated by BO.

31. The scientific literature, demographic data, and biological and operational realities I have explained above were available to the agencies prior to the issuance of the July 2023 Biological Opinion. The Klamath Study Area annual demography reports are generated by long-running federal monitoring programs. The behavioral dynamics of barred owl suppression that prompted the 2012 Protocol revision are recognized by the agencies. Furthermore, the 2023 Biological Opinion explicitly acknowledges the findings in Dugger et al. (2023) regarding barred owl influence on detectability (BiOp p. 83), and acknowledges that the 'floater' population has decreased (BiOp p. 50). Aside from my personal field observations, the information I have synthesized here consists of published science and agency data that was already in the agencies' possession.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of August 2026, /s/ Erich Reeder

Erich Reeder



**Northern Spotted Owl. Photo by E. Reeder.**