David T. Woodsmall, OSB # 240631
Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
woodsmall@westernlaw.org
sangyeij@westernlaw.org
971.285.3632
541.778.6626

*Attorneys for Plaintiffs*

ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
ALISON C. FINNEGAN (PA Bar No. 88519)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 532-3312 (Finnegan)
shannon.boylan@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Defendants*

Michael E. Haglund, OSB No. 772030
e-mail: mhaglund@hk-law.com
Julie A. Weis, OSB No. 974320
e-mail: weis@hk-law.com
Christopher T. Griffith, OSB No. 154664
e-mail: cgriffith@hk-law.com
Haglund Kelley LLP
2177 SW Broadway
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

*Attorneys for Defendant-Intervenor*
*Murphy Company*

DOMINIC M. CAROLLO, OSB #093057
NOLAN G. SMITH, OSB #215034
AUDREY F. BOYER, OSB #106560
Carollo Law Group
Mail: P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax: (541) 957-5923
Email: dcarollo@carollolegal.com
Email: nsmith@carollolegal.com
Email: aboyer@carollolegal.com

SARA GHAFOURI, OSB #111021
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org

*Attorneys for Defendant-Intervenors American-Forest Resource Council and Association of O&C Counties*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

**KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,

*Plaintiffs*,

v.

**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,

*Defendants;*

and

Case No. 1:25-cv-2296-MTK

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD AND STAY SUMMARY JUDGMENT DEADLINES**

**MURPHY COMPANY,**

*Defendant-Intervenor,*

and

**AMERICAN FOREST RESOURCE COUNCIL** and **ASSOCIATION OF O&C COUNTIES**,

*Defendant-Intervenors.*

Plaintiffs, Defendants, and Defendant-Intervenors (collectively, "the Parties") jointly request this Court enter a briefing schedule on Plaintiffs' Motion to Supplement the Administrative Record ("Motion to Supplement") (Dkt. 63) and stay summary judgment deadlines pending resolution of Plaintiffs' motion. In support of this motion, the Parties state as follows:

1. On May 20, 2026, the Parties filed a Joint Report regarding the resolution of this matter. *See* Dkt. 60. The Joint Report established a schedule for resolving disputes about the administrative record and summary judgment briefing. The Joint Report provides that in the event Plaintiffs file a motion to complete, supplement, or challenge the administrative record, or to amend the pleadings, all subsequent deadlines shall be vacated and the Parties shall confer and submit a new proposed schedule to the Court within 14 days.

2. On June 8, 2026, the Court issued an Order adopting the deadlines in the Parties' Joint Report. Dkt. 61. On June 24, 2026, the Court issued an Amended Order to resolve a clerical error in its June 8, 2026 Order. Dkt. 62.

3. On August 20, 2026, Plaintiffs filed a Motion to Supplement. Defendants and Defendant-Intervenors have stated they intend to oppose the Motion to Supplement. Pursuant to Local Rule 7-1(e), their response is due September 3, 2026. Plaintiffs' Reply is due September 17, 2026.

4. Counsel for the respective Parties have preexisting conflicts and deadlines in

other matters and anticipate they will need additional time to brief the Motion to Supplement. The Parties propose the following schedule:

| **Event** | **Date** |
|---|---|
| Defendants and Defendant-Intervenors' Responses to Plaintiffs' Motion to Supplement | Thursday, September 10, 2026 |
| Plaintiffs' Reply to Defendants and Defendant-Intervenors' Responses to Plaintiffs' Motion to Supplement | Thursday, October 1, 2026 |

5. Pursuant to the Parties' Joint Report, and the Court's subsequent Orders adopting the Joint Report, Plaintiffs' Motion to Supplement vacates subsequent deadlines in this matter. The Parties request the Court stay summary judgment briefing pending resolution of Plaintiffs' Motion to Supplement and direct the Parties to file a Joint Report proposing deadlines for summary judgment briefing within 14 days of the Court's order on Plaintiffs' Motion to Supplement.

6. Counsel for the Parties have conferred and agree to the proposed schedule for briefing Plaintiffs' Motion to Supplement and stay summary judgment briefing pending resolution of Plaintiffs' motion.

Respectfully submitted this 20th day of August, 2026.

/s/ Sangye Ince-Johannsen
David T. Woodsmall, OSB # 240631
Sangye Ince-Johannsen, OSB # 193827
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
woodsmall@westernlaw.org
sangyeij@westernlaw.org

971.285.3632
541.778.6626

Attorneys for Plaintiffs

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Alison C. Finnegan
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
ALISON C. FINNEGAN (PA Bar No. 88519)
Wildlife and Marine Resources Section
Trial Attorneys
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-9584 (Boylan)
(202) 532-3312 (Finnegan)
shannon.boylan@usdoj.gov
alison.c.finnegan@usdoj.gov

Counsel for Defendants

/s/ Christopher T. Griffth
Michael E. Haglund, OSB No. 772030
Julie A. Weis, OSB No. 974320
Christopher T. Griffith, OSB No. 154664
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR 97201
503.225.0777
mhaglund@hk-law.com
weis@hk-law.com
cgriffith@hk-law.com

Attorneys for Defendant-Intervenor Murphy Company

/s/ Dominic M. Carollo
DOMINIC M. CAROLLO, OSB 093057 (he/him)
NOLAN G. SMITH, OSB 215034 (he/him)
Carollo Law Group

Mail: P.O. Box 2456
Roseburg, OR 97470
Office: 2315 Old Highway 99 South
Roseburg, OR 97471
Telephone: (541) 957-5900
Fax : (541) 957-5923
Email : dcarollo@carollolegal.com
Email : nsmith@carollolegal.com

Attorneys for Defendant Intervenors-
Association of O&C Counties and
American Forest Resouce Council