ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SHANNON BOYLAN (DC Bar No. 1724269)
Natural Resources Section
ALISON C. FINNEGAN
Senior Trial Attorney (PA Bar No. 88519)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 598-9584 (Boylan)
(202) 532-3312 (Finnegan)
shannon.boylan@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

**KLAMATH-SISKIYOU WILDLANDS CENTER**, **OREGON WILD**, and **CASCADIA WILDLANDS**,

Plaintiffs,

v.

**DOUGLAS JAMES BURGUM**, in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,

Defendants.

Case No. 1:25-cv-2296-MTK

**NOTICE OF LODGING CORRECTED ADMINISTRATIVE RECORD – U.S. BUREAU OF LAND MANAGEMENT**

Defendants Doug Burgum, in his official capacity as Secretary of the Interior and the U.S. Bureau of Land Management ("BLM") hereby notice the lodging of BLM's corrected Administrative Record for the above-captioned case. This correction to BLM's Administrative Record comprises a single document that has been provided to counsel for the other parties, and is being filed electronically with this notice, a certification, and a corrected index. BLM's

corrected Administrative Record comprises those materials considered—directly or indirectly—by the agency in reaching the challenged decisions. The certification and corrected index are attached as Exhibit 1. The additional document is attached as Exhibit 2. These materials also are being served on counsel for the parties by the Court's CM/ECF system.

Respectfully submitted this 26th day of August, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Alison C. Finnegan
ALISON C. FINNEGAN
Senior Trial Attorney (PA Bar No. 88519)
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0500 (Finnegan)
alison.c.finnegan@usdoj.gov

*Counsel for Defendants*