Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
541.778.6626
971.285.3632

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

**KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD**, and **CASCADIA WILDLANDS**,

*Plaintiffs*,

v.

**DOUGLAS JAMES BURGUM** in his official capacity as Secretary of the Interior, **U.S. FISH & WILDLIFE SERVICE**, and **U.S. BUREAU OF LAND MANAGEMENT**,

*Defendants;*

and

**MURPHY COMPANY,**

*Defendant-Intervenor.*

and

**AMERICAN FOREST RESOURCE COUNCIL AND ASSOCIATION OF O&C COUNTIES,**

*Defendant-Intervenors.*

Case No. 1:25-cv-2296-MTK

**PLAINTIFFS' NOTICE OF ISSUANCE OF DECISION RECORD #6**

## INTRODUCTION

Plaintiffs respectfully notify the Court that on November 13, 2026, the Bureau of Land Management issued Decision Record #6 for the Last Chance Forest Management Project, DOI-BLM-ORWA-M070-2022-0007-EA. A copy is attached as Exhibit 1.

Decision Record #6 implements a portion of the activities analyzed in the Revised Environmental Assessment challenged in this action. It authorizes commercial treatments on approximately 293 acres, along with associated road construction, renovation, and timber haul. Ex. 1 at 1–4. BLM made the decision effective immediately and states that it "will proceed expeditiously with the timber sale contracting process." *Id.* at 10.

Plaintiffs submit this notice for the Court's information only. Plaintiffs do not offer Decision Record #6 as part of the administrative record, and this notice does not bear on Plaintiffs' pending Motion to Supplement the Administrative Record, ECF No. 65.

Respectfully submitted this 20th day of November, 2026,

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen, OSB # 193827
David T. Woodsmall, OSB # 240631
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
sangyeij@westernlaw.org
woodsmall@westernlaw.org
+1 541.778.6626
+1 971.285.3632